# United States Court of Appeals
*for the*
# First Circuit

---

Case Nos. 24-1770,
24-1771, 24-1772,
24-1773, 24-1774

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff-Appellee,*

v.

ZHIYING YVONNE GASARCH,

*Defendant-Appellant,*

FREDERICK L. SHARP; COURTNEY KELLN; MIKE K. VELDHUIS;
PAUL SEXTON; JACKSON T. FRIESEN; WILLIAM T. KAITZ;
AVTAR S. DHILLON; GRAHAM R. TAYLOR,

*Defendants.*

---

*(For Continuation of Caption See Inside Cover)*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS, BOSTON IN CASE NO. 1:21-CV-11276-WGY,
HONORABLE WILLIAM G. YOUNG, U.S. DISTRICT JUDGE

## JOINT APPENDIX
## Volume 8 of 8 (Pages A4129 to A4659)

STEPHEN G. TOPETZES
NEIL T. SMITH
ROBERT S. SILVERBLATT
K&L GATES LLP
*Counsel for Defendant-Appellant*
  *Paul Sexton*
1601 K Street, NW
Washington, DC 20006
(202) 778-9000

MICHAEL TREMONTE
SHER TREMONTE
*Counsel for Defendant-Appellant*
  *Mike K. Veldhuis*
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2600

---

*(For Continuation of Appearances See Inside Cover)*

CP COUNSEL PRESS   (800) 4-APPEAL • (336840)

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff-Appellee,*

v.

MIKE K. VELDHUIS,

*Defendant-Appellant,*

ZHIYING YVONNE GASARCH; FREDERICK L. SHARP;
COURTNEY KELLN; PAUL SEXTON; JACKSON T. FRIESEN;
WILLIAM T. KAITZ; AVTAR S. DHILLON; GRAHAM R. TAYLOR,

*Defendants.*

---

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff-Appellee,*

v.

PAUL SEXTON,

*Defendant-Appellant,*

ZHIYING YVONNE GASARCH; FREDERICK L. SHARP;
COURTNEY KELLN; MIKE K. VELDHUIS; JACKSON T. FRIESEN;
WILLIAM T. KAITZ; AVTAR S. DHILLON; GRAHAM R. TAYLOR,

*Defendants.*

---

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff-Appellee,*

v.

COURTNEY KELLN,

*Defendant-Appellant,*

ZHIYING YVONNE GASARCH; FREDERICK L. SHARP;
MIKE K. VELDHUIS; PAUL SEXTON; JACKSON T. FRIESEN;
WILLIAM T. KAITZ; AVTAR S. DHILLON; GRAHAM R. TAYLOR,

*Defendants.*

---

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff-Appellee,*

v.

JACKSON T. FRIESEN,

*Defendant-Appellant,*

ZHIYING YVONNE GASARCH; FREDERICK L. SHARP;
COURTNEY KELLN; MIKE K. VELDHUIS; PAUL SEXTON;
WILLIAM T. KAITZ; AVTAR S. DHILLON; GRAHAM R. TAYLOR,

*Defendants.*

FRANK SCADUTO
KEVIN B. MUHLENDORF
WILEY REIN LLP
*Counsel for Defendant-Appellant*
*    Courtney Kelln*
2050 M Street, NW
Washington, DC 20036
(202) 719-7000


MARANDA FRITZ
MARANDA E. FRITZ PC
521 5th Avenue
17th Floor
New York, New York 10175
(646) 584-8231


TIMOTHY J. FAZIO
MANNING GROSS + MASSENBURG LLP
125 High Street
Oliver Street Tower, 6th Floor
Boston, Massachusetts 02110
(617) 670-8800


*Counsel for Defendant-Appellant*
*    Jackson T. Friesen*

DANIEL STAROSELSKY
ASSISTANT GENERAL COUNSEL
KERRY J. DINGLE
SENIOR APPELLATE COUNSEL
U.S. SECURITIES & EXCHANGE
    COMMISSION
*Counsel for Plaintiff-Appellee*
100 F Street, NE
Washington, DC 20549
(202) 551-6953

KAREN A. PICKETT
PICKETT LAW OFFICES, PC
*Counsel for Defendant-Appellant*
*    Zhiying Yvonne Gasarch*
125 High Street, 26th Floor
Boston, Massachusetts 02110
(617) 423-0485

# TABLE OF CONTENTS

**Page**

Docket Entries ....................................................................................... A1

Complaint, filed August 5, 2021 (Dkt. 1) ........................................... A55

    Exhibit A: Hearing dated August 29, 2019 ................................. A136

    Exhibit B: Foot Loose Charlie Smith's Offshore Chronicles ................ A143

    Exhibit C: Invoice.................................................................. A144

    Exhibit D: E-Mail Correspondence ........................................ A148

    Exhibit E: Q Account............................................................ A184

    Exhibit F: Q Bank Broker: Work .......................................... A191

    Exhibit G: Peaceful Lion Holdings Limited............................ A194

    Exhibit H: Wire Transfer...................................................... A211

    Exhibit I: Securities and Exchange Commission, Schedule 13D/A....... A212

    Exhibit J: Chart .................................................................... A217

    Exhibit K: August 19, 2013, Treasury Order ......................... A220

    Exhibit L: Portfolio Valuation 790-1 .................................... A248

Declaration of Trevor T. Donelan, filed August 5, 2021................... A275

Civil Cover Sheet ............................................................................... A310

Plaintiff's Emergency *Ex Parte* Motion for a Temporary Restraining Order, Order Freezing Assets and Order for Other Equitable Relief, filed August 5, 2021 (Dkt. 3) ........................................................... A311

[Proposed] Temporary Restraining Order, Order Freezing Assets, and Order for Other Equitable Relief, filed August 5, 2021 ................... A313

Plaintiff's Memorandum of Law in Support of its Emergency *Ex Parte* Motion for a Temporary Restraining Order, Order Freezing Assets, and Other for Equitable Relief, filed August 5, 2021 (Dkt. 4).............. A323

Temporary Restraining Order, Order Freezing Assets, and Order for Other Equitable Relief, filed August 6, 2021 (Dkt. 7) ..................... A358

i

**Page**

[Proposed] Preliminary Injunction Order, order Freezing Assets, and Order for Other Equitable Relief, filed August 20, 2021 (Dkt. 39)................. A368

Transcript of Motion Hearing Held on January 20, 2022, filed January 25, 2022 (Dkt. 193)........................................................................ A380

Final Judgment as to Defendant Frederick L. Sharp, filed May 12, 2022 (Dkt. 211)............................................................................. A407

Memorandum and Order, filed September 6, 2022 (Dkt. 228) ........................ A420

Amended Complaint, filed September 9, 2022 (Dkt. 230).............................. A524

Defendant Paul Sexton's Answer to Amended Complaint and Affirmative Defenses, filed September 23, 2022 (Dkt. 242) ..................................... A616

Defendant Mike K. Veldhuis Verified Answer to Verified Amended Complaint, filed September 23, 2022 (Dkt. 244) ................................... A652

Defendant Courtney Kelln's Answer to Amended Complaint, filed September 30, 2022 (Dkt. 245) ............................................................ A702

Defendant Zhiying Yvonne Gasarch's Anser to Amended Complaint and Affirmative Defenses, filed October 7, 2022 (Dkt. 246)...................... A738

Answer of Defendant Jackson T. Friesen to Amended Complaint, filed October 14, 2022 (Dkt. 247)..................................................... A848

Declaration of Roger Knox, filed April 17, 2023 (Dkt. 274) .......................... A950

Defendants Mike K. Veldhuis and Courtney Kelln's Motion to Stay the Proceedings, filed May 2, 2023 (Dkt. 280) ............................................ A959

Memorandum of Law in Support of Defendants Mike K. Veldhuis and Courtney Kelln's Motion to Stay the Proceedings, filed May 2, 2023 (Dkt. 281)............................................................................... A962

Declaration of Robert Knuts, filed may 2, 2023 (Dkt. 282) ............................ A988

Exhibit A: Email correspondence dated February 8, 2022 ................... A990

Exhibit B: Email exchange involving AUSA Drabick and Kevin Muhlendorf, counsel for defendant Courtney Kelln, dated February 8, 2022 through February 11, 2022 ............................... A994

**Page**

Exhibit C: Email dated February 17, 2023, from AUSA Drabick to counsel for Mr. Veldhuis, Michael Tremonte and Noam Biale ... A997

Exhibit D: Email dated March 17, 2023, from SEC Attorney Kathleen Shields ...................................................................... A1014

Exhibit E: Notice of Civil Claim that the Securities and Exchange Commission filed in the Supreme Court of British Columbia on August 11, 2022 ........................................................ A1020

Exhibit F: Reasons for Judgment issued by the Supreme Court ofBritish Columbia on March 21, 2023 ................................. A1031

Exhibit G: SEC's Responses and Objections to Defendant Courtney Kelln's First Requests for Admissions dated March 17, 2023 . A1061

Defendant Paul Sexton's Notice of Joinder, filed May 8, 2023 (Dkt. 286) . A1079

Plaintiff's Opposition to Defendants Mike K. Veldhuis and Courtney Kelln's Motion to Stay the Proceedings, filed May 9, 2023 (Dkt. 289) ......... A1082

Exhibit A: Application Response ....................................... A1096

Electronic Order, filed May 15, 2023 (Dkt. 292) ........................................ A1101

Defendants Courtney Kelln and Mike Veldhuis' Notice of Non-Opposition to Entry of Judgment, filed June 13, 2023 (Dkt. 315)...................... A1102

[Proposed Order Entering] Judgment as to Defendant Courtney Kelln, filed June 13, 2023 .................................................. A1106

[Proposed Order Entering] Judgment as to Defendant Mike Veldhuis, filed June 13, 2023 .................................................. A1112

Plaintiff's Response to Kelln's and Veldhuis's Notice of Non-Opposition to Entry of Judgment, filed June 14, 2023 (Dkt. 316) .......................... A1118

Order Entering Judgment s to Defendant Courtney Kelln, filed June 14, 2023 (Dkt. 317).......................................................... A1121

Notice of Corrected Filing Regarding Defendant Mike Velhuis' Notice of Non-Opposition of Entry of Judgment, filed June 14, 2023 (Dkt. 318) ...................................................... A1127

[Proposed Order Entering] Judgment as to Defendant Mike Veldhuis, filed June 14, 2023 .................................................. A1130

**Page**

Notice of Corrected Filing Regarding Defendant Mike Veldhuis' Notice of
Non-Opposition to Entry of Judgment, filed June 15, 2023 (Dkt.
319) ................................................................................... A1137

[Proposed Order Entering] Judgment as to Defendant Mike Veldhuis, filed
June 15, 2023 ................................................................... A1140

Judgment as to Defendant Mike Veldhuis, filed June 21, 2023 (Dkt. 325) ... A1147

Defendant Jackson T. Friesen's Motion in Limine to Exclude "Q" Records
and Purported Expert Testimony, filed August 10, 2023 (Dkt. 329) ... A1154

Order, filed August 10, 2023 ........................................... A1167

Yvonne Gasarch's Motion in Limine to Exclude "Q" Records and Purported
Expert Testimony, filed August 24, 2023 (Dkt.. 334) ....................... A1168

Exhibit 1: Deposition of Fedir Nikolayev ........................... A1174

Plaintiff's Opposition to Defendant Jackson T. Friesen's Motion to Exclude
"Q" Records and Purported Expert Testimony, filed August 25, 2023
(Dkt. 336) ........................................................................ A1261

Exhibit 1: Declaration of Ryan Murphy ............................ A1279

Exhibit 2: Deposition of Written Questions of Zhiying Yvonne
Gasarch ............................................................................. A1285

Defendant Paul Sexton's Motion in Limine to Exclude Q System and
Associated Data, fled August 31, 2023 (Dkt. 338) .............................. A1323

Exhibit 1: Deposition of Fedir Nikolayev ........................... A1336

Transcript of Motion Hearing, filed September 1, 2023 (Dkt. 344) ............... A1356

Yvonne Gasarch's Motion to Supplement Her Motion in Limine filed on
August 24, 2023, filed September 1, 2023 (Dkt. 346) ........................ A1377

Plaintiff's Opposition to Defendants Sexton's and Gasarch's Motions to
Exclude Expert Testimony, filed September 4, 2023 (Dkt. 350) ......... A1379

Exhibit A: Expert Witness Report of Philip A. Feigin ......................... A1385

Exhibit B: Government's Trial Memorandum, Response to
Defendants' Motion in Limine, and Supplemental 404(b) Notice ....... A1395

**Page**

Plaintiff's Opposition to Defendant Yvonne Gasarch's Motion in Limine to Exclude "Q" Records and Purported Expert Testimony, filed September 5, 2023 (Dkt. 352) .............................................................. A1422

Plaintiff's Opposition to Defendant Paul Sexton's Motion in Limine to Exclude "Q" System and Associated Data, filed September 5, 2023 (Dkt. 353)......................................................................................... A1426

    Exhibit A: Securities and Exchange Commission B03147 Analysis of MySQL Databases, Summary of Accounts ............................... A1439

    Exhibit B: Summary of Transfer Agent Records – Acquisitions of Stevia First, Vitality Stock ....................................................... A1454

    Exhibit C: Q Account Detail ................................................................. A1455

    Exhibit D: Revised Deposition on Written Questions of Paul Sexton . A1456

    Exhibit E: Wire Transfer ...................................................................... A1524

    Exhibit F: E-Mail Correspondence ....................................................... A1527

    Exhibit G: E-Mail Correspondence ...................................................... A1528

    Exhibit H: E-Mail Correspondence ...................................................... A1529

Defendant Paul Sexton's Notice of Non-Opposition to Entry of Judgment, filed September 11, 2023 (Dkt. 376) ..................................................... A1530

[Proposed] Order Entering Judgment as to Defendant Paul Sexton, filed September 11, 2023 ................................................................................. A1533

Order Entering Judgment as to Defendant Paul Sexton, filed September 12, 2023 (Dkt. 378)....................................................................................... A1535

Order, filed September 19, 2023 (Dkt. 385) ...................................................... A1537

Yvonne Gasarch's Motion in Limine to Preclude Admission of Exhibit QK, filed September 21, 2023 (Dkt. 389) ..................................................... A1542

    Exhibit 1: Summary of Gasarch Earnings ............................................ A1544

Yvonne Gasarch's Motion to Strike Evidence that the Court Admitted De Bene Pursuant to Fed. R. Evid. 801(d)(2)(E), filed September 25, 2023 (Dkt. 394)......................................................................................... A1545

Yvonne Gasarch's Motion Pursuant to Fed. R. Civ. P. 50 for Judgment as a Matter of Law, filed September 25, 2023 (Dkt. 395).......................... A1548

**Page**

Verdict, filed September 27, 2023 (Dkt. 402) ................................................ A1553

Yvonne Gasarch's Renewed Motion Pursuant to Fed. R. Civ. P. 50 for
    Judgment as a Matter of Law or, in the Alternative, for a New Trial,
    filed October 25, 2023 (Dkt. 413) ........................................................ A1555

Electronic Order, filed October 26, 2023 (Dkt. 414)..................................... A1564

Defendants Mike K. Veldhuis and Courtney Kelln's Motion to Stay the
    Proceedings, filed December 5, 2023 (Dkt. 421) ................................. A1565

Memorandum of Law in Support of Defendants Mike K. Veldhuis and
    Courtney Kelln's Motion to Stay the Proceedings, filed December 5,
    2023 (Dkt. 422)..................................................................................... A1569

Declaration of Robert Knuts, filed December 5, 2023 (Dkt. 423) ............... A1592

    Exhibit 1:Affidavit dated November 17, 2023 executed by Assistant
        United States Attorney James R. Drabick ................................ A1594

    Exhibit 2: Email correspondence dated February 8, 2022 ................. A1726

    Exhibit 3: Email dated February 17, 2023 , from AUSA Drabick to
        counsel for Mr. Yeldhuis, Michael Tremonte and Noam Biale A1730

    Exhibit 4: Email dated March 17, 2023, from SEC Attorney ............ A1747

Plaintiff's Motion for Remedies Against Defendants Mike Veldhuis, Paul
    Sexton, Jackson Friesen, Courtney Kelln and Zhiying Yvonne
    Gasarch, filed December 8, 2023 (Dkt. 425)..................................... A1753

Final Judgment as to Defendant Jackson T. Friesen, filed December 8,
    2023 ..................................................................................................... A1756

Final Judgment as to Defendant Yvonne Gasarch, filed December 8, 2023 A1769

Final Judgment as to Defendant Paul Sexton, filed December 8, 2023 ....... A1779

Final Judgment as to Defendant Mike K. Veldhuis, filed December 8,
    2023 ..................................................................................................... A1791

Final Judgment as to Defendant Courtney Kelln, filed December 8, 2023 .. A1804

Plaintiff's Memorandum in Support of Motion for Remedies Against
    Defendants Mike Veldhuis, Paul Sexton, Jackson Friesen, Courtney
    Kelln, and Zhiying Yvonne Gasarch, filed December 8, 2023 (Dkt.
    426) ..................................................................................................... A1813

**Page**

Exhibit A: Transcript of September 27, 2023 Jury Charge ................ A1845

Exhibit B: Government's Notice of Anticipated Restitution Request
and Motion for Continuance ..................................... A1890

Declaration of Ryan Murphy, filed December 8, 2023 (Dkt. 427) ............. A1902

Exhibit 1: ACCO / ACC1 Q Account Detail.................................... A1916

Exhibit 2: HEAR Q Account Detail .................................. A1941

Exhibit 3: GARD Q Account Detail.................................... A1956

Exhibit 4: Chart.................................................... A1972

Exhibit 5: Wire Transfer.................................... A2141

Exhibit 6: Wire Transfer.................................... A2142

Exhibit 7: Wire Transfer.................................... A2143

Exhibit 8: Wire Transfer.................................... A2144

Exhibit 9: Wire Transfer.................................... A2145

Exhibit 10: Wire Transfer.................................... A2147

Exhibit 11: E-mail Correspondence ................................. A2149

Exhibit 12: E-mail Correspondence ................................. A2150

Exhibit 13: E-mail Correspondence ................................. A2151

Exhibit 14: Wire Transfer.................................... A2152

Exhibit 15: Wire Transfer.................................... A2153

Exhibit 16: E-mail Correspondence ................................. A2154

Exhibit 17: E-mail Correspondence ................................. A2155

Exhibit 18: Wire Transfer.................................... A2168

Exhibit 19: Wire Transfer.................................... A2169

Exhibit 20: DGM Bank and Trust Inc. Statement of Account Activity
.................................................... A2170

Exhibit 21: E-mail Correspondence ................................. A2171

Exhibit 22: E-mail Correspondence ................................. A2175

**Page**

Exhibit 23: Wire Transfer ............................................................... A2181

Exhibit 24: Text Messages ............................................................ A2182

Exhibit 25: Text Messages ............................................................ A2223

Exhibit 26: E-mail Correspondence ............................................. A2225

Exhibit 27: Invoice ........................................................................ A2226

Exhibit 28: Wire Transfer ............................................................. A2227

Exhibit 29: Wire Transfer ............................................................. A2228

Exhibit 30: E-mail Correspondence ............................................. A2229

Exhibit 31: Invoice ........................................................................ A2230

Exhibit 32: Bank Statement .......................................................... A2235

Exhibit 33: Veldhuis PJI Backup.................................................. A2237

Plaintiff's Opposition to Defendants Mike K. Veldhuis and Courtney Kelln's Second Motion to Stay the Proceedings, filed December 18, 2023 (Dkt. 429)............................................................................ A2284

Final Pretrial Conference Transcript, filed January 24, 2023 (Dkt. 434) ....... A2289

Jury Trial Transcript Day 1, filed January 24, 2024 (Dkt. 435) .................... A2310

Jury Trial Transcript Day 2, filed January 24, 2024 (Dkt. 436) .................... A2416

Jury Trial Transcript Day 3, filed January 24, 2024 (Dkt. 437) .................... A2534

Jury Trial Transcript Day 4, filed January 24, 2024 (Dkt. 438) .................... A2674

Jury Trial Transcript Day 5, filed January 24, 2024 (Dkt. 439) .................... A2772

Jury Trial Transcript Day 6, filed January 24, 2024 (Dkt. 440) .................... A2865

Jury Trial Transcript Day 7, filed January 24, 2024 (Dkt. 441) .................... A2946

Jury Trial Transcript Day 8, filed January 24, 2024 (Dkt. 442) .................... A3103

Motion and Charge Conference Transcript, filed January 24, 2024 (Dkt. 443)............................................................................. A3273

Jury Trial Transcript Day 9, filed January 24, 2024 (Dkt. 444).................... A3331

Jury Trial Transcript Day 10, filed January 24, 2024 (Dkt. 445).................. A3458

**Page**

Electronic Order, filed February 7, 2024 (Dkt. 451) ...................................... A3469

Defendant Paul Sexton's Opposition to Motion for Remedies, filed February 14, 2024 (Dkt. 454) ................................................................................ A3470

Defendant Courtney Kelln's and Mike K. Veldhuis's Opposition to Plaintiff SEC's Motion for Remedies Against Defendants Veldhuis, Sexton, Friesen, Kelln, and Gasarch, filed February 14, 2024 (Dkt. 455) ........ A3491

Defendants Mike K. Veldhuis and Courtney Kelln's Motion for Reconsideration, filed February 16, 2024 (Dkt. 456) ............................ A3495

Memorandum of Law in Support of Veldhuis and Kelln's Motion for Reconsideration of the Second Motion to Stay, filed February 16, 224 (Dkt. 457) ................................................................................................ A3499

Declaration of Robert Knuts, filed February 16, 2024 (Dkt. 458) .............. A3505

Exhibit 1: Indictment filed January 9, 2024 ...................................... A3506

Defendant Paul Sexton's Motion for Stay, filed February 20, 2024 (Dkt. 459) ............................................................................................................ A3544

Electronic Order Denying Motion for Reconsideration, filed February 20, 2024 (Dkt. 460) ...................................................................................... A3547

Defendant Yvonne Gasarch's Opposition to SEC's Remedies Motion, filed February 21, 2024 (Dkt. 464) ............................................................. A3548

Exhibit 1: Q System Data ................................................................. A3566

Plaintiff's Reply Memorandum in Support of Motion for Remedies Against Defendants Paul Sexton, Mike Veldhuis, and Courtney Kelln, filed March 1, 2024 (Dkt. 470) .................................................................... A3587

Exhibit A: E-Mail Correspondence .................................................. A3602

Exhibit B: Wire Transfer .................................................................. A3604

Exhibit C: DGM Band and Trust Inc. Statement of Account Activity ................................................................................. A3606

Exhibit D: E-Mail Correspondence .................................................. A3610

Exhibit E: E-Mail Correspondence .................................................. A3617

Defendant Jackson Friesen's Opposition to Plaintiff's Motion for Remedies, filed March 1, 2024 (Dkt. 471) ....................................................... A3620

**Page**

Defendant Paul Sexton's Sur-Reply Regarding Motion for Remedies, filed
    March 6, 2024 (Dkt. 473) .................................................................... A3633

Plaintiff's Reply Memorandum in Support of Motion for Remedies Against
    Defendant Yvonne Gasarch, filed March 7, 2024 (Dkt. 474) ............ A3641

    Exhibit A: Wire Transfer ..................................................................... A3655

    Exhibit B: Wire Transfer ..................................................................... A3656

    Exhibit C: Wire Transfer ..................................................................... A3657

    Exhibit D: Information Return for Electronic Filing of An Individual's
        Income Tax and Benefit Return ................................................. A3658

    Exhibit E: Officers and Directors Enquiry ......................................... A3661

    Exhibit F: Wire Transfer ...................................................................... A3666

    Exhibit G: Wire Transfer ..................................................................... A3668

    Exhibit H: Letter dated April 21, 2018................................................ A3671

    Exhibit I: Wire Transfer ....................................................................... A3672

    Exhibit J: Bank Statement ................................................................... A3673

    Exhibit K: Chart.................................................................................... A3674

    Exhibit L: Assignment ......................................................................... A3676

    Exhibit M: E-mail Correspondence ..................................................... A3681

Declaration of Christopher Beckstrom, filed March 7, 2024 (Dkt. 475)...... A3695

    Exhibit 1: E-Mail Correspondence ...................................................... A3698

    Exhibit 2: E-Mail Correspondence ...................................................... A3699

    Exhibit 3: E-Mail Correspondence ...................................................... A3700

Declaration of Ryan Murphy, filed March 7, 2024 (Dkt. 476).................... A3701

    Exhibit 1: Summary of Cash Withdrawals .......................................... A3704

    Exhibit 2: Summary of Cash Withdrawals .......................................... A3706

Plaintiff's Reply Memorandum in Support of Motion for Remedies Against
    Defendant Jackson Friesen, filed March 14, 2024 (Dkt. 480) ........... A3710

**Page**

Defendant Yvonne Casarch's Sur-Reply to SEC's Reply to her Opposition
    to SEC's Remedies Motion, filed March 15, 2024 (Dkt. 481)........... A3715

Plaintiff's Proposed Judgments Against Defendants Veldhuis, Sexton,
    Friesen, Kelln and Gasarch, filed May 10, 2024 (Dkt. 485) .............. A3723

Judgment as to Defendant Mike K. Veldhuis, filed May 10, 2024  ............ A3725

Judgment as to Defendant Paul Sexton, filed May 10, 2024...................... A3733

Judgment as to Defendant Jackson T. Friesen, filed May 10, 2024 ............ A3741

Judgment as to Defendant Courtney Kelln, filed May 10, 2024 ................. A3749

Judgment as to Defendant Yvonne Gasarch, filed May 10, 2024 ............... A3756

Yvonne Gasarch's Objections to SEC's Proposed (Partial) Judgment, filed
    May 20, 2024 (Dkt. 486) ...................................................... A3762

Plaintiff's Response to Defendant Zhiying Yvonne Gasarch's Objections to
    SEC's Proposed Judgment, filed may 20, 2024 (Dkt. 487) ................ A3766

Defendant Paul Sexton's Objections to Proposed Judgment, filed May 20,
    024 (Dkt. 488)........................................................................ A3769

Defendant Jackson Friesen's Objections to Plaintiff's Proposed Judgment,
    filed May 20, 2024 (Dkt. 489)................................................. A3773

Objections by Defendants Veldhuis and Kelln to Proposed Partial Judgments
    Against Veldhuis and Kelln Submitted by Plaintiff Securities and
    Exchange Commission, filed May 20, 2024 (Dkt. 490)...................... A3782

Transcript of Disgorgement, filed May 23, 2024 (Dkt. 491).......................... A3787

Memorandum and Order, filed June 17, 2024 (Dkt. 494) ............................ A3823

Judgment as to Defendant Paul Sexton, filed June 20, 2024 (Dkt. 495)........ A3886

Judgment as to Defendant Mike K. Veldhuis, filed June 20, 2024 (Dkt.
    496) ..................................................................................... A3896

Judgment as to Defendant Jackson T. Friesen, filed June 20, 2024 (Dkt.
    497) ..................................................................................... A3907

Judgment as to Defendant Yvonne Gasarch, filed June 20, 2024 (Dkt. 498) A3917

Judgment as to Defendant Courtney Kelln, filed June 20, 2024 (Dkt. 499) .. A3925

**Page**

Motion for Orders Directing the Turnover of Frozen Funds to the Securities and Exchange Commission, filed July 2, 2024 (Dkt. 500).................. A3935

[Proposed] Order Directing Transfer of Jackson T. Friesen's Frozen Funds to the Securities and Exchange Commission, filed July 2, 2024 ........ A3940

[Proposed] Order Directing Transfer of Yvonne Gasarch's Frozen Funds to the Securities and Exchange Commission, filed July 2, 2024 ........... A3947

[Proposed] Order Directing Transfer of Courtney Kelln's Frozen Funds to the Securities and Exchange Commission, filed July 2, 2024 ........... A3952

[Proposed] Order Directing Transfer of Paul Sexton's Frozen Funds to the Securities and Exchange Commission, filed July 2, 2024 ................. A3955

[Proposed] Order Directing Transfer of Mike K. Veldhuis's Frozen Funds to the Securities and Exchange Commission, filed July 2, 2024 ........... A3961

Defendant Jackson Friesen's Objections to Judgment, Motion to Amend, Clarify or Correct Judgment and Opposition to Motion for Turnover Order, filed July 2, 2024 (Dkt. 501) .................................................... A3968

Defendant Paul Sexton's Opposition to Motion for Orders Directing the Turnover of Frozen Funds to the Securities and Exchange Commission, filed July 2, 2024 (Dkt. 502) ..................................... A3974

Defendant Courtney Kelln's Notice of Joinder, filed July 3, 2024 (Dkt. 503) .................................................................................... A3977

Defendant Yvonne Gasarch's Notice of Joinder, filed July 3, 2024 (Dkt. 504) .................................................................................... A3979

Defendant Paul Sexton's Notice of Joinder, filed July 3, 2024 (Dkt. 505)    A3981

Defendant Mike K. Veldhuis's Notice of Joinder, filed July 3, 2024 (Dkt. 506) .................................................................................... A3984

Plaintiff's Opposition to Defendants' Motions to Amend, Clarify or Correct Judgment, filed July 15, 2024 (Dkt. 507)......................................... A3986

Electronic Order Allowing Motion for Release of Funds, filed July 11, 2024 (Dkt. 508)........................................................................ A3990

Order Directing Transfer of Jackson T. Friesen's Frozen Funds to the Securities and Exchange Commission, filed July 11, 2024 (Dkt. 509) .................................................................................... A3991

**Page**

Order Directing Transfer of Yvonne Gasarch's Frozen Funds to the
    Securities and Exchange Commission, filed July 11, 2024 (Dkt.
    510) ................................................................................ A3998

Order Directing Transfer of Courtney Kelln's Frozen Funds to the Securities
    and Exchange Commission, filed July 11, 2024 (Dkt. 511)............. A4003

Order Directing Transfer of Paul Sexton's Frozen Funds to the Securities
    and Exchange Commission, filed July 11, 2024 (Dkt. 512)............. A4006

Order Directing Transfer of Mike K. Veldhuis's Frozen Funds to the
    Securities and Exchange Commission, filed July 11, 2024 (Dkt.
    513) ................................................................................ A4012

Electronic Order re: Motion to Amend, filed July 16, 2024 (Dkt. 514)..... A4019

Defendant Paul Sexton's Motion to Stay Execution of Judgment, filed July
    18, 2024 (Dkt. 515)............................................................ A4020

    Exhibit 1: E-mail Correspondence ................................. A4025

Motion of Defendants Mike Veldhuis and Courtney Kelln to Stay Execution
    of Judgment, filed July 19, 2024 (Dkt. 516).................................. A4029

Defendant Yvonne Gasarch's Motion to Stay Execution of Judgment, filed
    July 22, 2024 (Dkt. 517).................................................... A4035

    Exhibit 1: Order Made After Application ...................... A4045

Electronic Order Denying Motion to Stay, filed July 24, 2024 (Dkt. 518)    A4054

Electronic Order Denying Motion to Stay, filed July 24, 2024 (Dkt. 519) .... A4055

Electronic Order Denying Motion to Stay, filed July 24, 2024 (Dkt. 520) .... A4056

Notice of Appeal by Zhiying Yvonne Gasarch, filed August 19, 2024 (Dkt.
    521) ................................................................................ A4057

Notice of Appeal by Mike Veldhuis, filed August 19, 2024 (Dkt. 522) ........ A4059

Notice of Appeal by Courtney Kelln, filed August 19, 2024 (Dkt. 523) ....... A4061

Notice of Appeal by Paul Sexton, filed August 19, 2024 (Dkt. 524)............. A4063

Notice of Appeal by Jackson T. Friesen, filed August 19, 2024 (Dkt. 525) .. A4066

Plaintiff's Motion in Support of Distribution for the Benefit of Harmed
    Investors and Seeking and Order Establishing a Fair Fund, Appointing

a Tax Administrator, and Authorizing Payment of Tax Obligations and Related Fees and Expenses of Tax Administrator Without Further Court Order, filed September 4, 2024 (Dkt. 537) ............................... A4068

[Proposed] Order Establishing a Fair Fund, Appointing a Tax Administrator, and Authorizing Payment of Tax Obligations and Related Fees and Expenses of the Tax Administrator Without Further Court Order, filed September 4, 2024 ............................................................................... A4071

Plaintiff's Memorandum of Law Describing Proposed Distribution Framework and in Support of Motion Seeking an Order Establishing a Fair Fund and Other Relief, filed September 4, 2024 (Dkt. 538) ........ A4074

Exhibit A: Order Approving Distribution Plan .................................... A4093

Exhibit B: Order Approving Plan of Distribution ................................ A4129

Exhibit C: Order Reclassifying Prejudgment Interest as Disgorgement, Appointing a Distribution Agent, and Approving a Distribution Plan for the Distribution Fund.................................................... A4160

Declaration of Dr. Thomas A. Dunn, filed September 4, 2024, filed September 4, 2024 (Dkt. 539) ...................................................... A4173

Appendix 1: Defendants' Monetary Remedies .................................... A4186

Appendix 2: Knox Restitution Fund, Losses by OTC Security Ticker  A4187

Appendix 3: Group 2 Tickers and Defendants .................................... A4188

Defendant Paul Sexton's Opposition to Motion for Fair Fund, filed September 16, 2024 (Dkt. 540) ............................................................ A4189

Defendant Jackson Friesen's Opposition to Motion for Fair Fund, filed September 16, 2024 (Dkt. 541) ............................................................ A4192

Defendant Yvonne Gasarch's Motion for Joinder, filed September 16, 2024 (Dkt. 542)............................................................................................ A4196

Defendant Courtney Kelln's Motion for Joinder, filed September 16, 2024 (Dkt. 543)............................................................................................ A4198

Defendant Mike K. Veldhuis's Notice of Joinder and Response to Motion, filed September 16, 2024 (Dkt. 544) .................................................... A4200

Electronic Order, filed September 18, 2024 (Dkt. 545) ................................. A4203

**Page**

Trial Exhibits:

Exhibit 14: Xphone between 2, 4 and 66.................................................... A4204

Exhibit 16: Ian Cooper's Special Report re Arch Therapeutics .................. A4205

Exhibit 17: Chuck Hughes Microcap Report (Conmar Capital) re Stevia First
        $50 Billion Sugar ..................................................................... A4250

Exhibit 18: Xphone chain between 2, 3, 4 and 66 re Send ......................... A4262

Exhibit 40: E-mail from Wires to Nikolayev (FEN) re Wire please ........... A4264

Exhibit 45: Xphone chain between 2, 3, 4, 60 and Sexy re Summary ........ A4265

Exhibit 79: Xphone chain between Elgi, Wires and 19 .............................. A4266

Exhibit 81: Xphone chain between Bond, 104 and Blgx re Hiya................ A4268

Exhibit 87: Xphone chain between 2, 3 and 4 re Meeting........................... A4304

Exhibit 90: Xphone chain between Bond and Wires re Cash...................... A4305

Exhibit 99: Xphone chain between Gard, Celt and 2 re ARW ................... A4306

Exhibit 113: Xphone chain between 2, 3, and 4 re Copy ........................... A4307

Exhibit 126: Xphone between Gard and Kash re Yo ................................. A4308

Exhibit 134: Xphone chain between 2, 3, and 4 re Rights .......................... A4309

Exhibit 136: Xphone chain between 2, 3, and 4 re Today........................... A4311

Exhibit 140: Xphone from 4 to 2 ................................................................ A4314

Exhibit 141: Xphone chain between 2, 3, and 4 .......................................... A4315

Exhibit 151: Xphone chain between Wires and 19 ELGI .......................... A4316

Exhibit 154: Xphone from GARD to KASH and ACCO re Yo.................. A4318

Exhibit 157: Xphone chain between Wires, Kash and Celt re Wire to
        Business Venture Investments............................................... A4319

Exhibit 168: Xphone chain between Peace, 77, Lion and Wires re Hi ....... A4320

Exhibit 170: Xphone chain between 2, 3 and 114 re There you have it...... A4321

Exhibit 180: Xphone chain between Wires, Bond, Luna and Alex 110 re
        Remo.................................................................................... A4322

**Page**

Exhibit 183: Xphone between 2 and 98 re Test ............................................. A4323

Exhibit 184: Xphone chain between Fen, Wires and 76 re Where r u ........ A4324

Exhibit 190: Xphone chain between 2 and 4 re Test ................................... A4326

Exhibit 193: Xphone chain between 76, Fen and Wires re Xvoice ............. A4327

Exhibit 233: Beckstrom Xphone Header Spreadsheet ................................ A4329

Exhibit 237: Xmail message from Wires (xMeridian) to Friesen re 2 Wires
to Go Out ........................................................................................ A4384

Exhibit 239: Xmail message from Wires to Friesen re 2 Wires to go out ... A4385

Exhibit 261: Xmail messages between Friesen, "acco" and "hear" re NA . A4387

Exhibit 273: Xmail message from Friesen to Acco and Hear re creative with
attachments ................................................................................... A4391

Exhibit 284: Establishment of the beneficial owner's identity for Peregrine
Capital ............................................................................................ A4412

Exhibit 286: E-mail from Riverfall Group to Silverton Ops re wire 129k to
Greenberg with attachments showing metadata ............................... A4413

Exhibit 287: E-mail from Hilton Capital to Wintercap Operations re wire
CAD100016 to Sun Life with attachments ...................................... A4518

Exhibit 288: Text messages between Friesen, Knox, and Threema with
photos of Cristal bottles and SUB Penny $ ..................................... A4523

Exhibit 289: Threema chats ........................................................................ A4534

Exhibit 290: Friesen cash collection for 9k EUR ....................................... A4536

Exhibit 292: Murphy Summary charts summarizing transfers of Arch
Therapeutics stock .......................................................................... A4537

Exhibit 293: MDDD Q Account Details....................................................... A4538

Exhibit 295: ARTH Q Account Details ....................................................... A4546

Exhibit 296: STVFVBIO Q Account Details ............................................... A4560

Exhibit 298: STEV Q Account Details ........................................................ A4583

Exhibit 299: LBY and PBAV Q Account Details ......................................... A4594

Exhibit 306: RIHT & RIH1 Q Account Details ........................................... A4605

**Page**

Exhibit 307: Murphy Summary charts summarizing sales of the Fourteen
Issuers' stock by year ......................................................................... A4619

Exhibit 308: Murphy Summary Charts showing sales of Fourteen Issuers'
securities based on Q system and brokerage account........................ A4620

Exhibit 310: Murphy Summary charts summarizing market trading based on
Blue Sheets in Stevia FirstVitality and Arch d.................................. A4634

Exhibit 311: GARD Q reports ...................................................................... A4635

Exhibit 313: Murphy Summary charts showing profit allocations to the Q
accounts of Veldhuis, Sexton and Friesen ........................................ A4651

Exhibit 314: Summary chart of allocations to PEAC PERE account.......... A4659

ORIGINAL



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SECURITIES AND EXCHANGE COMMISSION,

            Plaintiff,

    - against -

AIMSI TECHNOLOGIES, INC., REGINALD HALL,
HAROLD DEMPSEY "BUTCH" BALLOW,
EVERETT BASSIE, WINFRED FIELDS, AND
BRUCE CHARLES POLLOCK

            Defendants,

    - and -

WILLIAM WATKINS, DOLORES WATKINS,
WRIGHT FAMILY HOLDINGS, INC., WRIGHT
FAMILY TRUST, GBY INTERNATIONAL PUBLIC
RELATIONS, INC., BP INTERNATIONAL, INC.,
SECURE RELEASES, INC., CHINA GLOBAL
DISTRIBUTION CORP., LINES OVERSEAS
MANAGEMENT, WONDERLAND CAPITAL
CORP., PRIVATE FUNDING CORP., and
OREKOYA CAPITAL CORP.,

            Relief Defendants.

---

05-CV-4724 (LLS)

Judge Louis L. Stanton

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/17

---

**ORDER APPROVING PLAN OF DISTRIBUTION**

    The Court, having considered Plaintiff's Motion for an Order Approving a Plan of

Distribution (the "Motion"), the Memorandum of Law in Support, the supplement thereto and

the proposed Plan of Distribution filed on March 1, 2017 ("Distribution Plan") and for good

cause shown, the Court grants the Motion and approves in its entirety the Distribution Plan

attached hereto.  The Distribution Plan shall govern

1

the administration and distribution of the Fair Fund previously established by order entered

January 6, 2015.

**SO ORDERED.**

Dated: _March 2, 2017_

_Louis L. Stanton_

**Honorable Louis L. Stanton**
United States District Judge
Southern District of New York

2

A4130

Case: 24-1770    Document: 00118249072    Page: 23    Date Filed: 02/18/2025    Entry ID: 6700951

Case 1:21-cv-11276-WGY   Document 585-2   Filed 09/04/24   Page 3 of 31
Case 1:05-cv-04724-LLS   Document 1545   Filed 03/01/17   Page 3 of 31

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

Plaintiff,

- against-

AIMSI TECHNOLOGIES, INC., REGINALD
HALL, HAROLD DEMPSEY "BUTCH"
BALLOW, EVERETT BASSIE, WINFRED
FIELDS, and BRUCE CHARLES POLLOCK,

Defendants,

- and-

WILLIAM WATKINS, DOLORES WATKINS,
WRIGHT FAMILY HOLDINGS, INC.,
WRIGHT FAMILY TRUST, GBY
INTERNATIONAL PUBLIC RELATIONS,
INC., BP INTERNATIONAL, INC., SECURE
RELEASES, INC., CHINA GLOBAL
DISTRIBUTION CORP., LINES OVERSEAS
MANAGEMENT, WONDERLAND CAPITAL
CORP., PRIVATE FUNDING CORP., and
OREKOYA CAPITAL CORP.,

Relief Defendants.

05-CV-4724 (LLS)

## PLAN OF DISTRIBUTION

### I.    INTRODUCTION

1.    The Commission brought this civil injunctive action in 2005 alleging that the

defendants had violated the antifraud provisions of the federal securities laws, Section 17(a) of

the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77q(a), and Section 10(b) of the

Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78j(b), and Rule 10b-5

thereunder, 17 C.F.R. § 240.10b-5, in connection with a "pump-and-dump" scheme involving the securities of AIMSI Technologies, Inc. ("AIMSI"). In summary, the Commission alleged that the defendants intentionally manipulated the market for the common stock of AIMSI, a company which claimed to be developing a hand-held security device known as the Automatic Large Area Radiation Mapper ("ALARM"). AIMSI became public through a "reverse merger" in June 2004, and from July 2004 until at least November 2004 the defendants ran a promotional campaign consisting of press releases, mass faxes, and internet postings in which they repeatedly and deliberately materially misrepresented AIMSI's financial prospects and touted AIMSI common stock.

     2.     The defendants and the relief defendants sold large quantities of AIMSI common stock to the investing public, receiving at least $3 million in trading profits.

     3.     Subsequently the Court entered judgments against some of the defendants and the relief defendants providing for monetary relief as follows:

     a.     Defendant Bruce Charles Pollock ("Pollock") (Dkt. No. 66), entered on May 9, 2007, providing for disgorgement of $69,860.28, prejudgment interest of $10,139.72, and a civil penalty of $170,000.00, for a total of $250,000.00;

     b.     Relief defendant William Watkins ("Watkins") (Dkt. No. 67), entered May 9, 2007, providing for disgorgement together with prejudgment interest in the total amount of $250,000.00;

     c.     Defendant Winfred Fields ("Fields") (Dkt. No. 87), entered January 15, 2008, not ordering a civil penalty and waiving payment of all but $62,035.00 of the $413,572.13 in disgorgement and pre-judgment interest ordered;

A4132

   d.    Defendant AIMSI (Dkt. No. 88), entered January 15, 2008, not ordering a civil penalty and waiving payment of all but $50,525.51 of the $202,423.62 in disgorgement and pre-judgment interest ordered;

   e.    Relief defendant Orekoya Capital Corp. ("OCC") (Dkt. No. 126), by default, entered August 10, 2009, providing for disgorgement of $505,220.91, together with prejudgment interest of $158,329.99, for a total amount of $663,550.90;

   f.    Defendant Reginald Hall ("Hall") (Dkt. No. 127), entered August 10, 2009, providing for disgorgement of $448,616.00, prejudgment interest of $149,944.04, and a civil penalty of $448,615.00, for a total amount of $1,047,175.04; and

   g.    Defendant Harris Dempsey "Butch" Ballow ("Ballow") and relief defendants Wright Family Holdings, Inc. ("WFH"), Wright Family Trust ("WFT"), and Lines Overseas Management ("LOM") (Dkt. No. 128), entered August 10, 2009, providing that Ballow, WFH and WFT are jointly and severally liable for disgorgement of $2,229,087.07 and prejudgment interest of $710,766.99, for a total of $2,939,854.06; providing further that LOM transmit to the Clerk all funds held by LOM and/or LOM Securities (Bahamas) Limited in Account No. 6030065 in the name of WFH and in Account No. 600-0065 entitled LOM Bahamas - Wright Family Legal Suspense; and providing further that Ballow pay a civil penalty of $2,229,087.07.

   4.    To date, the following payments have been made by the defendants and relief defendants to the Court Registry Investment System ("CRIS"):

   a.    Watkins, $250,000.00, current balance with interest, approximately $259,829.53;

   b.    WFT, $342,573.17, current balance with interest, approximately $375,270.23;

A4133

Case: 24-1770     Document: 00118249072     Page: 26     Date Filed: 02/18/2025     Entry ID: 6700951

Case 1:21-cv-11276-WGY s Document 53-2 Filed 09/04/24 Page 6 of 31
Case 1:05-cv-04724-LLS   Document 154-1   Filed 03/01/17   Page 4 of 27

    c.      Fields, $62,035.00, current balance with interest approximately $62,035.37;

    d.      AIMSI, $50,431.51, current balance with interest, approximately $50,888.66;

    e.      WFH, $397,599.42, current balance with interest, approximately $399,204.46;

    f.      Pollack, $52,550.60, current balance with interest, approximately $53,329.05;

    g.      Hall, $14,053.91, current balance with interest, approximately $14,093.36; and

    h.      Ballow, $24,601.03, current balance with interest, approximately $24,675.09.

5.      In addition, Pollack paid $5,788.49 to the Commission.[1]

6.      The judgments entered in this action providing for monetary relief expressly authorize the Commission to "by motion propose a plan to distribute the Fund subject to the Court's approval." They further provide that "[s]uch a plan may provide that Fund shall be distributed pursuant to the Fair Fund provisions of Section 308(a) of the Sarbanes-Oxley Act of 2002."

7.      On January 6, 2015, a Fair Fund ("Fair Fund") was established by the Court to compensate investor victims of the fraud, and Damasco & Associates LLP[2] was appointed as the tax administrator ("Tax Administrator") to handle the tax obligations of the Fair Fund. On October 7, 2016, the Court appointed Analytics Consulting, LLC ("Analytics") as the distribution agent ("Distribution Agent") for the Fair Fund overseeing the administration and distribution of the Fair Fund. The Commission now moves the Court to approve the proposed plan of distribution ("Distribution Plan").

8.      The current balance of the Fair Fund is approximately $1,245,114.24.

---

[1] These payments were made pursuant to Order of Payments issued in SEC v. AIMSI Technologies Inc. and Bruce Charles Pollack, Civ. Action No. 4:12-mc-613 (January 5, 2015).

[2] As of October 1, 2016, Damasco & Associates LLP became part of Miller Kaplan Arase LLP. The firm's engagement with the SEC and its ability to carry out its duties as the appointed Tax Administrator for this case has not changed.

4

A4134

Case: 24-1770    Document: 00118249072    Page: 27    Date Filed: 02/18/2025    Entry ID: 6700951

Case 1:21-cv-11276-WGY-LS  Document 5385-2  Filed 09/04/24  Page 7 of 31
Case 1:05-cv-04724-LLS  Document 154-1  Filed 03/01/17  Page 5 of 27

## II.    DEFINED TERMS

As used herein, the following definitions shall apply:

9.    "**Affiliate**" shall have the meaning set forth in Section 101(2) of the United States Bankruptcy Code, 11 U.S.C. § 101(2).

10.    "**Claim Deficiency Notice**" means the notice sent by the Distribution Agent to a Potentially Eligible Claimant whose claim is deficient in one or more ways (*e.g.*, failure to provide required information or documentation). The Claim Deficiency Notice shall advise the Potentially Eligible Claimant of the reason or reasons for the deficiency and give the opportunity to cure such deficiency. A Claim Deficiency Notice shall be provided no later than ninety (90) days after the Claims Bar Date. Subject to certain extensions provided for in this Distribution Plan, the deadline to cure deficiencies shall be thirty (30) days from the date of the Claim Deficiency Notice.

11.    "**Claims Bar Date**" means the date established in accordance with this Distribution Plan by which Proof of Claim Forms must be postmarked or submitted electronically in order to receive consideration under this Distribution Plan. Subject to certain extensions provided for in this Distribution Plan, the Claims Bar Date will be one hundred and twenty (120) days from the initial Summary Notice Publication.

12.    "**Claims Determination Date**" shall mean the date on or before which the Distribution Agent is to reach its final determination concerning the validity and amount of each Potentially Eligible Claimant's claim. Except as otherwise provided herein, the Claims Determination Date shall be no later than one hundred and eighty (180) days following the Claims Bar Date.

A4135

13.    **"Days"** shall mean calendar days, unless specified otherwise.

14.    **"Determination Notice"** shall mean the notice sent by the Distribution Agent to all Potentially Eligible Claimants who submitted a Claim Form. The Determination Notice will set forth the Distribution Agent's determination of the eligibility of the claim (wholly deficient or eligible) and the Eligible Loss Amount. The Determination Notice will constitute the Distribution Agent's final ruling regarding the status of the claim.

15.    **"Distribution Agent"** means Analytics Consulting, LLC (collectively with all employees, consultants, or independent contractors of such firm), which has been appointed by the Court to administer and distribute the Fair Fund in accordance with this Distribution Plan and the Court's orders.

16.    **"Distribution Payment"** shall mean the funds allocated to an Eligible Claimant in accordance with this Distribution Plan. The *de minimis* threshold for a Distribution Payment is $10.00; therefore, a Distribution Payment must equal or exceed $10.00 in order for a distribution to be made to an Eligible Claimant.

17.    **"Distribution Plan Notice"** shall mean the notice given to Potentially Eligible Claimants of their potential right to participate in the distribution of the Fair Fund and their obligation to file a Proof of Claim Form in order to participate. The Distribution Agent, in consultation with the staff of the Commission, shall design the Distribution Plan Notice, consistent with the provisions of this Distribution Plan, and such notice shall include, at a minimum, a statement that the Fair Fund relates to the "pump-and-dump" scheme involving the common stock of AIMSI, formerly known as "Advanced Integrated Management Services, Inc.," the means of obtaining Notice Packets (including Proof of Claim Forms), instructions for submitting Proof of Claim Forms, and the Claims Bar Date. The Distribution Plan Notice shall

6

Case: 24-1770    Document: 00118249072    Page: 29    Date Filed: 02/18/2025    Entry ID: 6700951

Case 1:21-cv-11276-WGY-S Document 585-2 Filed 09/04/24 Page 9 of 31
Case 1:05-cv-04724-LLS  Document 154-1  Filed 03/01/17  Page 7 of 27

advise Potentially Eligible Claimants that by participating in the distribution of the Fair Fund,
they will not be releasing any rights or claims they may have against any party (other than with
respect to the Distribution Agent), including but not limited to, any party's past and present
directors, officers, promoters, advisers, agents, affiliates, nominees, assigns, creditors, or
controlled entities. The notice will be both mailed and published according to the schedule
detailed herein.

    18.    **"Eligible Claimants"** means a Potentially Eligible Claimant who suffered an
Eligible Loss Amount as a result of transactions in Eligible Securities during the Recovery
Period and who is determined by the Distribution Agent to be eligible for a Distribution Payment
from the Net Fair Fund pursuant to the Plan of Allocation.  An Eligible Claimant shall not
include:

    a.    Any director or officer, or former director or office, of defendants or relief
defendants, or any of defendants' or relief defendants' past or present Affiliates
who served in such a capacity during the Recovery Period and were directly
involved in the conduct detailed in the Complaint;

    b.    Any employee or former employee of defendants or relief defendants or any of
its past or present Affiliates who has been terminated for cause in connection with
the violations alleged in the complaint or any related Commission action, or who
was otherwise terminated or has resigned in connection with the violations
alleged in the complaint or any related Commission action;

    c.    Any defendant or relief defendant in any action brought by the Commission or
any class action lawsuit related to the conduct described in the Commission's
complaint in this action or any related Commission action  unless and until such

A4137

defendant or relief defendant  is found not liable in all such civil suits prior to the Claims Bar Date, and proof of the finding(s) is included in such defendant's or relief defendant's timely filed Proof of Claim Form;

d.    Any Person who, as of the Claims Bar Date, has been the subject of criminal charges related to the violations alleged in the Commission's complaint in this action or any related Commission action unless and until such defendant is found not guilty in all such criminal actions prior to the Claims Bar Date, and proof of the finding(s) is included in such defendant's timely filled Proof of Claim Form;

e.    Any Affiliates, assigns, creditors, heirs, distributees, spouses, parents, children, or controlled entities of any of the foregoing persons or entities described in paragraph 18 (a)-(d) above;

f.    Any Person who assigned their right to obtain a recovery in the Commission's action against defendants or relief defendants; provided, however, that this provision shall not be construed to exclude those Persons who obtained such a right by gift, inheritance, devise or operation of law; or

g.    The Distribution Agent, its employees, and those Persons assisting the Distribution Agent in its role as the Distribution Agent.

19.    **"Eligible Loss Amount"** is the amount of loss an Eligible Claimant incurred through the investment in Eligible Securities during the Recovery Period calculated in accordance with the Plan of Allocation. A Potentially Eligible Claimant's Eligible Loss Amount will be reduced by the amount of any compensation for the loss that resulted from the conduct described in the complaint in this case that was received from another source (*e.g.*, class action settlement), to the extent known by the Distribution Agent.

Case: 24-1770    Document: 00118249072    Page: 31    Date Filed: 02/18/2025    Entry ID: 6700951

Case 1:21-cv-11236-WGY S Document 538-2 Filed 09/04/24 Page 31 of 31
Case 1:05-cv-04724-LLS   Document 154-1   Filed 03/01/17   Page 9 of 27

20.    "**Eligible Purchase Date**" is the "trade" date as distinguished from the "settlement" date on which AIMSI common stock was purchased.

21.    "**Eligible Securities**" shall mean AIMSI common stock shares purchased during the Recovery Period.

22.    "**Fair Fund**" refers to the fund created by the Court pursuant to the provisions of Sarbanes-Oxley, as amended, as to the disgorgement, prejudgment interest and civil penalties paid by the defendants and relief defendants in compliance with the final judgments in this case, plus any accumulated interest or earnings thereon or any additions thereto as may be provided by future Court order or agreement in related cases or otherwise.

23.    "**Net Fair Fund**" shall mean Fair Fund, plus accumulated interest earnings thereon, less amounts expanded for tax obligations and fees and costs of administering the Fair Fund in accordance with this Distribution Plan.

24.    "**Notice Packet**" shall mean the materials relevant to submitting a claim that will be provided to Potentially Eligible Claimants known to the Distribution Agent or to those people who request such materials. The Distribution Agent, in consultation with the staff of the Commission, shall prepare the Notice Packet, which shall include, at a minimum, a copy of the Distribution Plan Notice and the Proof of Claim Form (together with instructions for completion of the Proof of Claim Form). The Notice will inform investors, among other things, of their right to object to the Court regarding any dispute which the investors are unable to resolve with the court-appointed Distribution Agent or regarding any objection the investor may have to the Distribution Plan.

25.    "**Person**" shall mean a natural individual as well as a legal entity, such as a corporation, partnership, limited liability company, or governmental entity.

9

A4139

Case: 24-1770    Document: 00118249072    Page: 32    Date Filed: 02/18/2025    Entry ID: 6700951

Case 1:21-cv-11276-WGY   Document 586-2   Filed 09/04/24   Page 42 of 31
Case 1:05-cv-04724-LLS   Document 154-1   Filed 03/01/17   Page 10 of 27

26.     **"Plan of Allocation"** shall mean the methodology by which a Potentially Eligible Claimant's Eligible Loss Amount is calculated. The Plan of Allocation is set forth in Exhibit 1 and attached hereto.

27.     **"Potentially Eligible Claimants"** shall mean those Persons, or their lawful successors, identified by the Distribution Agent as having possible claims to recover from the Net Fair Fund under this Distribution Plan, or Persons asserting to have possible claims to recover from the Net Fair Fund under this Distribution Plan.

28.     **"Proof of Claim Form"** shall mean the form designed by the Distribution Agent in accordance with the terms of this Distribution Plan for the filing of proof of a Potentially Eligible Claimant's claim, which form shall require, at a minimum, sufficient documentation reflecting the Potentially Eligible Claimant's purchases and sales of Eligible Securities during the Relevant Period, and the tax identification number of the Potential Claimant.

29.     **"*Pro Rata* Share"** is a computation intended to measure Potentially Eligible Claimants' claims against one another. Should the total Eligible Loss Amount of all Eligible Claimants exceed the Net Fair Fund, the Distribution Agent will distribute funds to the Eligible Claimants based upon a *pro rata* distribution formula. The Distribution Agent shall determine each Eligible Claimant's *pro rata* share of the Fair Fund based upon each Eligible Claimant's Eligible Loss Amount divided by the total Eligible Loss Amounts of all Eligible Claimants.

30.     **"Recognized Loss (or Gain) per Share"** shall mean the Potentially Eligible Claimant's recognized loss or gain per share of Eligible Securities during the Recovery Period, pursuant to the Plan of Allocation, attached as Exhibit 1.

31.     **"Recovery Period"** shall mean July 1, 2004 and continuing until 11:59 p.m. EST on December 14, 2004.

32.     **"Summary Notice Publication"** shall mean publication of the Distribution Plan Notice, or a notice closely resembling the Distribution Plan Notice, in print or internet media in a manner deemed appropriate by the Distribution Agent and not unacceptable to the Commission staff.

33.     **"Tax Administrator"** shall mean Damasco & Associates LLP,[3] the firm appointed by the Court.

## III.   PLANS AND PROCEDURES

### A.   General Provisions

34.     The Distribution Agent shall oversee the administration of the claims, procedures, and distribution as provided in this Distribution Plan. The Distribution Agent shall review the claims of Potentially Eligible Claimants and make determinations under the criteria established herein as to the eligibility of each Potentially Eligible Claimant to recover monies and the amount of money to be distributed from the Fair Fund to each Eligible Claimant.

35.     Any claim asserted by a Potentially Eligible Claimant shall be in writing or filed online and shall provide adequate documentary evidence to substantiate the claim, including all documentary evidence that the Distribution Agent deems necessary or appropriate including but not limited to, available account statements and trade confirmations.

36.     All claims must be verified on the basis of a signed Proof of Claim Form executed by the Potentially Eligible Claimant or its representative under the penalty of perjury under the laws of the United States.

37.     The receipt of Eligible Securities during the Recovery Period by gift, inheritance, devise, or operation of law shall not be deemed to be a purchase of Eligible Securities during the Recovery Period, nor shall it be deemed an assignment of any claim relating to the purchase of

---

[3] *Supra* fn. 2.

such securities unless specifically so provided in the instrument of gift or assignment. However, the recipient of Eligible Securities as a gift, inheritance, devise or operation of law shall be eligible to file a Proof of Claim Form and participate in the distribution of the Fair Fund to the extent the particular donor or decedent as the actual purchaser of Eligible Securities would have been eligible. However, the donee and the donor may not both make a claim with regard to the same Eligible Securities. If both the donor and the donee make such a claim, only the claim filed by the donee will be honored.

38.    To the extent that an Eligible Claimant, his or her representative, heir, successor, or assign requests a distribution check to be issued or reissued in a different name than the Eligible Claimant (*e.g.*, as the result of a name change because of marriage or divorce, or as the result of death), the Distribution Agent shall honor such request upon receipt of a written request and documentation, which the Distribution Agent in its sole discretion deems appropriate to substantiate the request.

39.    Claims on behalf of a retirement plan covered by Section 3(3) of Employee Retirement Income Security Act, 29 U.S.C. § 1002(3), which do not include Individual Retirement Accounts, and such plan's participants, are properly made by the custodian or fiduciary of the plan and not by the plan's participants. The Distribution Agent shall distribute any payments on such claims directly to the custodian or fiduciary of the retirement plan. The distribution shall be accompanied by a list of plan participants and the number of shares owned by each plan participant, if that information is known to the Distribution Agent or provided to the Distribution Agent. The custodian or fiduciary of the retirement plan shall distribute any payments received in a manner consistent with its fiduciary duties and the account or plan provisions. With respect to any retirement plan that has been closed prior to the Distribution

12

A4142

Agent's identification of Potentially Eligible Claimants, the Distribution Agent shall endeavor to distribute funds directly to the beneficial accountholders of such retirement plans if the information required for such a distribution is known to or provided to the Distribution Agent prior to the Claims Bar Date.

40.    Claims resulting in a Distribution Payment of less than the *de minimis* amount of $10.00 will not be paid.

**B.    Identification of and Notice to Potentially Eligible Claimants**

41.    The Distribution Agent shall, insofar as is practicable, identify individual Potentially Eligible Claimants from a review of trading records, account information provided by registered broker-dealers and investment advisers, and any other source available to them.

42.    Within forty-five (45) days following the entry by the Court of its order approving this Distribution Plan, the Distribution Agent shall:

a.    Design a Notice Packet, which shall be submitted to Commission staff for review and approval;

b.    Create a mailing and claims database, consisting of information in the trading records for Eligible Securities obtained by the Commission staff or information otherwise obtained by the Distribution Agent;

c.    Run a National Change of Address search to retrieve updated addresses for all records in the new database, thereby ensuring updated mailing information for Potentially Eligible Claimants;

d.    Mail by United States First Class Mail a Notice Packet to each Potentially Eligible Claimant known to the Distribution Agent;

13

A4143

e.    Establish a website for the administration of the Fair Fund,

www.AIMSITechnologiesDistributionFund.com, from which each Potentially

Eligible Claimant may request a Notice Packet by mail or download a copy of the

Notice Packet and other relevant documents online;

f.    Establish an email address of Claims@AIMSITechnologiesDistributionFund.com;

g.    Establish a toll-free telephone number, 866-562-5857, by which Potentially

Eligible Claimants can obtain information about the Fair Fund;

h.    Provide a copy of the Distribution Plan and Distribution Plan Notice to the

Commission staff and request that the Commission staff post the Distribution Plan

and the Distribution Plan Notice on the Information for Harmed Investors Page on

the Commission's website, www.SEC.gov, and establish a link to the Fair Fund's

website;

i.    Publish a copy of the Summary Notice Publication, approved by the Commission

staff, and disseminate the Summary Notice Publication via PRNewswire once a

week for three consecutive weeks within five (5) days of the initial mailing of

Notice Packets to Potentially Eligible Claimants; and

j.    Deliver electronic copies of the Proof of Claim Form to electronic filers who

regularly submit electronic claims on behalf of their clients.

43.    The Distribution Agent will also send Notice Packets and cover letters to

brokerages and other institutions ("Nominal Holders") that hold securities in "street name" as

nominees for the benefit of their customers who are the beneficial owners of the securities. The

Distribution Agent will require that these entities, to the extent that they were record holders for

beneficial owners of the Eligible Securities:

14

A4144

Case: 24-1770    Document: 00118249072    Page: 37    Date Filed: 02/18/2025    Entry ID: 6700951

Case 1:05-cv-04724-WGY-LS  Document 585-2  Filed 09/04/24  Page 37 of 31
Case 1:05-cv-04724-LLS  Document 154-1  Filed 03/01/17  Page 15 of 27

a.    Notify the respective beneficial owners within fourteen (14) days of receipt of the
Distribution Agent's notice so that beneficial owners may timely a file a claim.
The burden will be on the Nominal Holders to ensure the Notice Packet and other
relevant materials are properly disseminated to their customers; and/or

b.    Provide the Distribution Agent a list of last known names and addresses for all
beneficial owners for whom the record holders purchased (or sold in the case of
put options) Eligible Securities during the Recovery Period so that the
Distribution Agent can communicate with them directly.

44.    The Distribution Agent shall supply a Notice Packet to any Potentially Eligible
Claimant who so requests via mail, phone or e-mail, as set forth in the Distribution Plan Notice.

45.    The Distribution Agent shall attempt to locate any Potentially Eligible Claimant
whose Notice Packet has been returned by the United States Postal Service ("USPS") as
undeliverable. The Distribution Agent shall immediately mail again any returned undelivered
mail for which the USPS has provided a forwarding address.

46.    Additionally, the Distribution Agent may engage a third-party search firm
(Experian) to conduct more rigorous searches for addresses of missing Potentially Eligible
Claimants. Additional efforts to identify new addresses for returned undelivered mail will be
conducted, as necessary and economically reasonable, after consultation with the staff of the
Commission.

C.    **Review of Claims Process**

47.    The Distribution Agent shall review each Proof of Claim Form received to
determine the validity and amount of such Potentially Eligible Claimant's Eligible Loss Amount,
together with any additional conclusions of the Distribution Agent on other issues relevant to the

15

Case: 24-1770    Document: 00118249072    Page: 38    Date Filed: 02/18/2025    Entry ID: 6700951

Case 1:05-cv-11279-WGY   Document 585-2   Filed 03/04/24   Page 39 of 31
Case 1:05-cv-04724-LLS   Document 154-1   Filed 03/01/17   Page 16 of 27

claim. Each Potentially Eligible Claimant shall have the burden of proof to establish the validity

and amount of his or her claim. The Distribution Agent shall have the right to request, and the

Potentially Eligible Claimant shall have the burden of providing to the Distribution Agent, any

additional information and/or documentation deemed relevant by the Distribution Agent.

48.     To avoid being barred from asserting a claim, each Potentially Eligible Claimant

must submit to the Distribution Agent a properly completed Proof of Claim Form reflecting such

Potentially Eligible Claimant's claim, together with all supporting documentation on or before

the Claims Bar Date. The Claims Bar Date may be extended for one or more Potentially Eligible

Claimants by the Distribution Agent, in its sole discretion, in which event such extension shall

constitute the Claims Bar Date for such Potentially Eligible Claimants. Unless otherwise

determined by the Distribution Agent, in its sole discretion, for good cause shown, any

Potentially Eligible Claimant who does not file a properly completed and documented Proof of

Claim Form, including the Potentially Eligible Claimant's Tax Identification Number,

postmarked by (or received by the Distribution Agent if submitted electronically to the

Distribution Agent) on or before the Claims Bar Date shall be barred from asserting a claim

against the Distribution Agent or the Fair Fund.

49.     A claim will not be deemed submitted unless the Potentially Eligible Claimant

receives an "Acknowledgement Postcard" or an electronic acknowledgement from the

Distribution Agent. The Acknowledgement Postcard or the electronic acknowledgement shall be

the official acknowledgement that the Distribution Agent has received and will review the claim.

**D.      Notice of Deficient Claims, Opportunity to Cure, and Notification
of Claims Determination**

50.     The Distribution Agent shall provide to each Potentially Eligible Claimant whose

claim is deficient, in whole or in part, a Claim Deficiency Notice setting forth the reason(s) why

16

Case: 24-1770    Document: 00118249072    Page: 39    Date Filed: 02/18/2025    Entry ID: 6700951

Case 1:05-cv-11376-WGY-LS Document 586-2 Filed 09/04/24 Page 19 of 31
Case 1:05-cv-04724-LLS Document 154-1 Filed 03/01/17 Page 17 of 27

the claim is deficient. The Claim Deficiency Notice shall be provided to such affected claimants within ninety (90) days after the Claims Bar Date.

51.    The Distribution Agent shall have the authority, in its sole discretion, on a case-by-case basis, to extend the Claims Bar Date and waive technical claim deficiencies and to approve claims.

52.    Any Potentially Eligible Claimant who has received a Claim Deficiency Notice shall have thirty (30) days from the date of the Claim Deficiency Notice to cure any deficiencies identified in the notice. The Potentially Eligible Claimant has the burden of notifying the Distribution Agent of his or her current address and other contact information.

53.    On or before the Claims Determination Date, the Distribution Agent shall mail by United States First Class Mail a Determination Notice to each Potentially Eligible Claimant who has filed a Proof of Claim Form with the Distribution Agent, setting forth the Distribution Agent's conclusions concerning such claim. In the event a claim is denied, in whole or in part, the Distribution Agent will state the reason for such denial.

54.    All determinations made by the Distribution Agent in accordance with this Distribution Plan shall be final and not subject to appeal.

**E.    Payee List**

55.    The Distribution Agent shall distribute the Net Fair Fund to all Eligible Claimants only after all timely submitted Proof of Claim Forms have been processed and all Potentially Eligible Claimants whose claims have been rejected or disallowed, in whole or in part, have been notified and provided the opportunity to cure pursuant to the procedures set forth above.

56.    Within sixty (60) days following the Claims Determination Date, the Distribution Agent shall prepare a final payee list that includes the names of Eligible Claimants and the

A4147

Case: 24-1770     Document: 00118249072     Page: 40     Date Filed: 02/18/2025     Entry ID: 6700951

Case 1:21-cv-11276-WGY   Document 586-2   Filed 09/04/24   Page 20 of 31
Case 1:05-cv-04724-LLS   Document 154-1   Filed 03/01/17   Page 18 of 27

Eligible Loss Amount of each Eligible Claimant. The Distribution Agent shall provide the final payee list to the Commission staff, and upon review, the Commission staff shall petition the Court to transfer funds in the CRIS account and any funds held at the Commission to the Distribution Agent for distribution pursuant to this Distribution Plan. In recommending a distributable amount to the Court, the Distribution Agent will retain a prudent reserve to pay any taxes, fees and expenses payable in connection with the Fair Fund, as well as a reasonable contingency for potential unforeseen issues. The final payee list shall, upon request, be made available to the Court under seal.

57.     Following the Court's approval of the Commission's petition for the authority to distribute the funds from the Net Fair Fund to Eligible Claimants as provided for in this Distribution Plan, the Court may issue an order to the Clerk of the Court to transfer funds in the CRIS account representing the Net Fair Fund, less any expenses due the Court, to the account or accounts established by the Distribution Agent in accordance with paragraph 59 below. The Court may also issue an order to the Commission to transfer funds held at the Commission to the Distribution Agent for distribution to Eligible Claimants. The Distribution Agent shall commence the distributions to all Eligible Claimants as promptly as possible following the transfer of the funds.

**F.     Establishment of the Escrow Account**

58.     Upon receipt of the monies from the CRIS account in this matter and from the Commission, the Distribution Agent shall sign  a receipt acknowledging the receipt of the funds with the Court and supply a copy of the receipt to counsel for the Commission in this matter within ten (10) days of receipt of the monies.

18

A4148

59.     Prior to disbursement of the Net Fair Fund, the Distribution Agent will establish
accounts described as follows at a U.S. commercial bank ("Bank") not unacceptable to
Commission staff. The Distribution Agent will establish an escrow account (the "Escrow
Account") pursuant to an escrow agreement (the "Escrow Agreement") to be provided by
Commission staff. The Escrow Account will be established to receive the monies from the Court
and Commission and the Net Fair Fund will be held in the Escrow Account until the time of
distribution. The Distribution Agent will also establish a separate deposit account (*e.g.*, controlled
distribution account, managed distribution account, linked checking and investment account) (the
"Distribution Account") for the purpose of funding the Distribution Payments to be distributed to
Eligible Claimants. The accounts shall be in the name of and bearing the Employer Identification
Number of the Fair Fund as custodian for the distributees of this Distribution Plan. The name of
each account will be in the following form: "SEC v. AIMSI Fair Fund, as custodian for the
benefit of investors allocated a distribution, pursuant to the Distribution Plan in SEC v. AIMSI
Technologies, Inc. et al., Case No. 05-CV-4724 (S.D.N.Y.)."

60.     During the term of the Escrow Agreement, if invested, the Escrow Account shall
be invested and reinvested in short-term United States Treasury securities backed by the full faith
and credit of the United States Government or an agency thereof, of a type and term necessary to
meet the cash liquidity requirements for payments to Eligible Claimants, tax obligations, and/or
fees and expenses that may accrue, including investment or reinvestment in a bank account
insured by the Federal Deposit Insurance Corporation ("FDIC") up to the guaranteed FDIC limit,
or money market mutual funds registered under the Investment Company Act of 1940 that invest
100% of their assets in direct obligations of the United States Government.

19

A4149

Case: 24-1770    Document: 00118249072    Page: 42    Date Filed: 02/18/2025    Entry ID: 6700951

Case 1:21-cv-11276-WGY-S Document 585-2 Filed 09/04/24 Page 23 of 31
Case 1:05-cv-04724-LLS Document 154-1 Filed 03/01/17 Page 20 of 27

61.    In consultation with the staff of the Commission, the Distribution Agent will work with the Bank on an ongoing basis to determine an allocation of funds between the Escrow Account and Distribution Account that will preserve earnings, if possible, while providing maximum protection for the Fair Fund.

62.    Upon transfer from the CRIS account, the assets of the Fair Fund will be held in the Escrow Account, separate from Bank assets, until the presentation of checks. All Fair Fund checks presented for payment or electronic transfers will be subject to "positive pay" controls before they are honored by the Bank. The "positive pay" system provides protection against fraud arising from counterfeit or altered checks. The "positive pay" system will require, at a minimum, confirmation by the Bank that all checks presented for payment match the identifiers and amounts on the payee list prior to honoring such checks. In each instance, funds will be transferred from the Escrow Account to the Distribution Account upon the Bank's confirmation that a presented check matches the relevant "positive pay" criteria.

63.    The Distribution Agent shall provide copies of bank and/or investment statements on any accounts established by the Distribution Agent to the Tax Administrator on a monthly basis and shall assist the Tax Administrator in obtaining mid-cycle statements, as necessary.

**G.    Distribution**

64.    The Fair Fund will be distributed to Eligible Claimants as provided under the terms of the Distribution Plan. An Eligible Claimant's Eligible Loss Amount, as determined in accordance with the Plan of Allocation contained in Exhibit 1 to this Distribution Plan, will be used to determine the amount of their Distribution Payment.

65.    Should the total of the Eligible Loss Amounts of all Eligible Claimants exceed the Net Fair Fund, the Distribution Agent will distribute the Eligible Claimants' *Pro Rata* Share of

20

the Net Fair Fund. All Fair Fund checks issued to Eligible Claimants by the Distribution Agent shall bear a stale date of one hundred and twenty (120) days. Accordingly, checks that are not negotiated within this period shall be voided and the issuing financial institution shall be instructed to stop payment on those checks. Where an Eligible Claimant's check has not been negotiated within the one hundred and twenty (120) day period and has been voided by the Bank, that Eligible Claimant's claim shall be extinguished upon the occurrence of the stale date. All such funds will remain in the Fair Fund.

66.    All Distribution Payments shall be preceded or accompanied by a communication, submitted to the staff of the Commission and the Tax Administrator for review and approval, that includes, as appropriate:

a.    A statement characterizing the distribution;

b.    A statement that the tax treatment of the distribution is the responsibility of each recipient and that the recipient should consult his or her tax advisor for advice regarding the tax treatment of the distribution;

c.    A statement that checks will be void after one hundred and twenty (120) days; and

d.    The name of a person or entity to contact, if the Eligible Claimant has any questions regarding the distribution.

67.    Any such communication shall be submitted to the staff of the Commission and the Tax Administrator for review and approval. The Distribution Payment checks, on their face or the accompanying mailbag, shall clearly indicate that the money is being distributed from a Fair Fund established by the Commission to compensate investors for harm as a result of their investment in AIMSI common stock.

21

A4151

68.     Under no circumstances shall the Distribution Agent, its employees or its agents incur any liability to any Person in connection with a distribution made in accordance with the Eligible Claimants and their Eligible Loss Amount as approved by the Court, and all Persons are enjoined from taking any action in contravention of this provision. Upon receipt and acceptance by an Eligible Claimant of a distribution from the Fair Fund, such Eligible Claimant shall be deemed to have released all claims that such Eligible Claimant may have against the Distribution Agent, its employees, agents, and attorneys in connection with the Distribution Plan and the administration of the Fair Fund, and shall be deemed enjoined from prosecuting or asserting any such claims.

69.     The submission of the Proof of Claim Form and the receipt and acceptance of a distribution by an Eligible Claimant shall not affect an Eligible Claimant's rights and claims against any party (other than the Distribution Agent), including, but not limited to, past or present directors, officers, employees, promoters, agents, advisers, Affiliates, nominees, assigns, creditors, or controlled entities.

**H.      Uncashed and Reissued Checks**

70.     The Distribution Agent shall reissue checks to Eligible Claimants, upon the receipt of a valid, written request from the Eligible Claimant. Such reissued checks will be void after sixty (60) days from the issuance and in no event will a check be reissued after one hundred and twenty (120) days post-distribution.

71.     The Distribution Agent will perform an advanced address search for those checks that are returned as undeliverable, to the extent such search is feasible, and will reissue such checks so long as the new address is received within one hundred and twenty (120) days post-distribution. Furthermore, the Distribution Agent will take additional steps, as necessary, to

22

A4152

Case: 24-1770     Document: 00118249072     Page: 45     Date Filed: 02/18/2025     Entry ID: 6700951

Case 1:21-cv-11276-WGY-LS   Document 585-2   Filed 09/04/24   Page 25 of 31
Case 1:05-cv-04724-LLS   Document 154-1   Filed 03/01/17   Page 23 of 27

follow up on the status of uncashed checks at the request of Commission staff and will reissue such checks if necessary, within one hundred and twenty (120) days post-distribution. However, the Eligible Claimant has the burden of providing the Distribution Agent with any changes to his or her mailing address.

**I.     Post Distribution**

72.     One hundred and eighty (180) days following the distribution, all approved final fees and expenses shall be paid, all outstanding checks shall be voided, and any remaining funds shall be paid to the Commission for transfer to the United States Treasury upon receipt of written instructions by the Distribution Agent.

73.     The Distribution Agent will destroy all documents, including documents in any media, six (6) years after the transfer of any remaining funds to the Commission. In addition, the Distribution Agent will shut down the website established specifically for the administration of the Fair Fund six (6) months after the transfer of any remaining funds to the Commission.

74.     No further claims shall be made against the Fair Fund beyond the amount allocated to Eligible Claimants. Once the funds, if any, are returned to the Commission, no additional payments to investors shall be made whatsoever.

75.     Upon final distribution of the funds, the Distribution Agent shall make arrangement for the final payment of taxes and tax-related fees. The Distribution Agent shall also provide to Commission staff, who shall in turn file with the Court, a final accounting to the Court in an SEC standard accounting format provided by the staff of the Commission. The final report shall include, among other things, a final accounting of all monies received, earned, spent, and distributed in connection with the administration of the Distribution Plan and shall be compiled in coordination with the Tax Administrator.

A4153

**J.     Responsibilities of the Tax Administrator**

76.     The Net Fair Fund is a "Qualified Settlement Fund" within the meaning of the regulations issued under Section 468B(g) of the Internal Revenue Code of 1986, as amended. The Tax Administrator is the administrator of such Qualified Settlement Fund, for purposes of Treas. Reg. § 1.468B-2(k)(3)(I), and shall satisfy the tax-related administrative requirements imposed by Treas. Reg. § 1.468B-2, including, but not limited to:

a.     Obtaining a taxpayer identification number;

b.     Timely requests for funds necessary for the timely paying of all applicable taxes, the timely payment of taxes for which the Tax Administrator has received funds, and the filing of applicable tax returns; and

c.     Fulfilling any information reporting or withholding requirements required for distributions from the Net Fair Fund.

77.     The Distribution Agent shall cooperate with the Tax Administrator in providing any information necessary to ensure income tax compliance.

**K.     Payment of Costs, Fees, and Taxes, and Filing Report and Accountings**

78.     All taxes and the reasonable fees and expenses of the Tax Administrator, Distribution Agent, third-party professionals and service providers incurred in the performance of its duties, will be paid from the Fair Fund on a quarterly basis, subject to the review and approval of the Court.

79.     The Distribution Agent shall provide Commission staff, who shall file with the Court, a progress report, pursuant to and in a format to be provided by Commission staff, within forty-five (45) days of Court approval of this Distribution Plan, and shall provide additional

24

reports within twenty (20) days after the end of every quarter thereafter, and a final report when its duties are completed.

80.     The progress reports shall inform the Court and the staff of the Commission of the activities and status of the Fair Fund during the reporting period, and shall:

a.     Specify, at a minimum, the location of the account(s) comprising the Fair Fund; and

b.     Include, among other things, an interim accounting of all monies in the Fair Fund as of the most recent month-end, including the value of those accounts, all monies earned or received into these accounts, monies expended from the Fair Fund to satisfy any fees, costs, taxes and other expenses incurred in the implementation of this Distribution Plan, and funds distributed to Eligible Claimants under this Distribution Plan.

81.     The final report shall include, among other things, a final accounting of all monies received, earned, spent, and distributed in connection with the administration of the Distribution Plan, and a request for approval of any unpaid taxes.

82.     The Clerk of the Court shall provide the Distribution Agent with any and all account information relating to funds held in the CRIS account that may be required for the progress and final reports, including providing copies of any account statements that the Distribution Agent may request.

83.     The Fair Fund shall be eligible for termination, and the Distribution Agent eligible for discharge, after all of the following have occurred: (a) the final accounting has been submitted and approved by the Court, (b) all taxes and fees have been paid, and (c) all remaining funds have been paid to the Commission for transfer to the United States Treasury.

A4155

Case: 24-1770    Document: 00118249072    Page: 48    Date Filed: 02/18/2025    Entry ID: 6700951

Case 1:21-cv-11276-WGY-S Document 536-2 Filed 09/04/24 Page 39 of 31
Case 1:05-cv-04724-LLS  Document 154-1  Filed 03/01/17  Page 26 of 27

### L.    Other Rights and Powers

84.    To carry out the purposes of this Distribution Plan, the Distribution Agent is authorized to make non-material changes to the Distribution Plan if agreed upon by the staff of the Commission.  Material changes to this Distribution Plan may only be implemented by the Distribution Agent after consultation with, and consent of, Commission staff and approval by the Court.

85.    The Distribution Agent may extend any procedural deadline contained in this Distribution Plan for good cause shown, if agreed upon by the Commission staff.

86.    The Distribution Agent is entitled to rely on all outstanding rules of law and Court orders, and shall not be liable to anyone for any action taken or omitted by it in connection with this Distribution Plan, except upon a finding by this Court of misfeasance, gross negligence, or reckless disregard of duty under this Distribution Plan.

87.    The Distribution Agent is authorized to enter into agreements with financial institutions ("Institutions") as may be appropriate or necessary in the administration of the Fair Fund, provided that such Institutions are not excluded pursuant to other provisions of this Distribution Plan. In connection with such agreements, the Institutions shall be deemed to be agents of the Distribution Agent under this Distribution Plan.

88.    All proceedings with respect to the administration, processing, and determination of claims and the determination of all related controversies, shall be subject to the exclusive jurisdiction of this Court. Any dispute which an investor is unable to resolve with the Distribution Agent, or any objection an investor may have to this Distribution Plan, may be raised with the Court as an objection.

A4156

Case: 24-1770    Document: 00118249072    Page: 49    Date Filed: 02/18/2025    Entry ID: 6700951

Case 1:21-cv-11276-WGY    Document 58-2    Filed 09/04/24    Page 29 of 31
Case 1:05-cv-04724-LLS    Document 154-1    Filed 03/01/17    Page 27 of 27

89.    The Court reserves the right to amend this Distribution Plan from time to time, and retains jurisdiction over this matter for this purpose and for any and all other matters that may arise under or relate to this Distribution Plan.

A4157

Case: 24-1770    Document: 00118249072    Page: 50    Date Filed: 02/18/2025    Entry ID: 6700951

Case 1:05-cv-04724-WGY    Document 585-2    Filed 09/04/24    Page 30 of 31
Case 1:05-cv-04724-LLS    Document 151-1    Filed 02/07/17    Page 27 of 28

**Exhibit 1**
**Plan of Allocation**

1.     For shares of AIMSI common stock that were:

    (a)     Purchased between July 1, 2004 and December 14, 2004, inclusive ("Recovery

    Period"), and sold on or before December 14, 2004, the Recognized Loss (or

    Gain) per Share[1] is equal to the sale price per share less the purchase price per

    share;

    (b)     Purchased during the Recovery Period and held after December 14, 2004 the

    Recognized Loss (or Gain) per Share is the negative of the purchase price per

    share; and

    (c)     Purchased after December 14, 2004, the Recognized Loss (or Gain) per Share is

    zero.

    (d)     For example, a share purchased on July 2, 2004 at $2.00 and sold on July 14,

    2004 at $1.40 has a Recognized Loss (or Gain) per Share of - $0.60.  If instead,

    the share was sold on July 15, 2004 at $2.10, the Recognized Loss (or Gain) per

    Share is $0.10. If instead, the share was sold or held after December 14, 2004

    the Recognized Loss (or Gain) per Share is - $2.00.

2.     Specifically, for each investor who held shares of AIMSI common stock as of the

beginning of the Recovery Period or made multiple purchases or sales during the

Recovery Period, the first-in, first-out ("FIFO") method will be applied to such

holdings, purchases and sales. Under the FIFO method, sales of shares during the

Recovery Period will be matched, in chronological order, first against shares held at

the beginning of the Recovery Period. The remaining sales of shares during the

---

[1] Capitalized terms are as defined in the Plan of Distribution.

1

A4158

Recovery Period will then be matched, in chronological order, against shares purchased during the Recovery Period. The date of acquisition or sale is the "trade" date as distinguished from the "settlement" date. Option contracts will not be valued.

3.    A claimant's Eligible Loss Amount shall be determined by summing the claimant's Recognized Loss (or Gain) per Share across all shares purchased during the Recovery Period. If the sum is negative, reflecting an overall loss, the claimant will have an Eligible Loss Amount. If the sum is positive, reflecting an overall gain, the claimant's Eligible Loss Amount will be zero. An Eligible Claimant will be eligible to receive a distribution not to exceed the Eligible Loss Amount.

4.    If the sum of Eligible Loss Amounts across all Eligible Claimants exceeds the Net Fair Fund, payments to Eligible Claimants will reflect their *Pro Rata* shares of the Net Fair Fund, where the *pro rata* share is the claimant's Eligible Loss Amount divided by the sum of Eligible Loss Amounts across all Eligible Claimants.

A4159



**EXHIBIT**

**C**

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE
COMMISSION,

             **Plaintiff,**

    **v.**

VASSILIOS TRIKANTZOPOULOS AND
NAVIS VENTURES LLC,

          **Defendants,**

Civil Action No. 1:20-11156 (RGS)

### ORDER RECLASSIFYING PREJUDGMENT INTEREST AS DISGORGEMENT, APPOINTING A DISTRIBUTION AGENT, AND APPROVING A DISTRIBUTION PLAN FOR THE DISTRIBUTION FUND

The Court, having considered Plaintiff's Motion for an Order Reclassifying Prejudgment

Interest as Disgorgement, Appointing a Distribution Agent, and Approving a Distribution Plan

for the Distribution Fund (the "Motion"), the Memorandum of Law in Support and the

Distribution Plan, and for good cause shown, the Court grants the Motion and hereby orders that:

    1.    Any prejudgment interest paid by the Defendants be reclassified as disgorgement;

    2.    Jennifer Cardello, a Commission employee, is appointed as the Distribution Agent

            for the Distribution Fund; and

    3.    The Distribution Plan appended hereto is approved in its entirety.

The Distribution Plan shall govern the administration and distribution of the Distribution Fund.

IT IS SO ORDERED.

Dated: __3-22__ , 2023.

_____
UNITED STATES DISTRICT JUDGE

A4160

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br>           **Plaintiff,** <br><br>   **v.** <br><br> VASSILIOS TRIKANTZOPOULOS AND NAVIS VENTURES LLC, <br><br>           **Defendants,** |     Civil Action No. 1:20-11156 (RGS) |

**DISTRIBUTION PLAN**

## I.    OVERVIEW

1.    This Distribution Plan (the "Plan") was developed by the Securities and Exchange Commission (the "Commission") in accordance with practices and procedures customary in distribution fund administrations. This Plan provides for the distribution of a distribution fund (the "Distribution Fund"), comprised of disgorgement collected from Vassilios Trikantzopoulos and Navis Ventures LLC (collectively, the "Defendants") in this proceeding.

2.    As described more specifically below, the Plan seeks to compensate investors who were harmed by the Defendants' conduct alleged in the Complaint, in connection with an offering fraud. As calculated using the methodology detailed in the Plan of Allocation (attached as Exhibit A), investors will be compensated for their Recognized Loss on their investment with the Defendants between April 2015 and June 2018.

3.    Based on information obtained by the Commission during its investigation and the review and analysis of applicable records, the Commission has reasonably concluded that it has all records necessary to calculate each investor's harm. As a result, the Distribution Fund is not being distributed according to a claims-made process.

4.    The Commission has custody of the Distribution Fund and shall retain control of the assets of the Distribution Fund. The Court retains jurisdiction over its implementation.

## II.    BACKGROUND

5.    On June 18, 2020, the Commission filed a Complaint against the Defendants. The Complaint alleged that, from at least April 2015 through June 2018, the Defendants violated federal securities laws by posing as the scion of a wealthy Greek shipping family and claiming to be a highly successful money manager in order to solicit investors for various real estate ventures, pledging hefty profits and offering "secured" promises that, if the ventures did not go

forward, investors' funds would be returned in full.  The Commission alleged that, in reality, Navis had no substantial assets or operations and Trikantzopoulos representations were worthless.  Some of the investors' funds were spent for business purposes with no apparent success while Trikantzopoulos spent tens of thousands of investors' funds for his own personal use.  *See* Dkt. No. 1.

6.      On October 15, 2021, after allowing the Commission's motion for summary judgment against the Defendants, the Court entered final judgment ("Final Judgment") against Defendants finding Trikantzopoulos liable for disgorgement of $109,139, prejudgment interest of $17,841 and a civil penalty of $195,046 and finding Navis liable for a civil penalty of $250,000 for a total of $576,026.  *See* Dkt. No. 33.

7.      To date, Defendants have paid $53,795.96.  Any additional funds received pursuant to the Final Judgment will be added to the Distribution Fund.  The Distribution Fund has been deposited in an SEC-designated account at the United States Department of the Treasury, and any accrued interest will be added to the Distribution Fund for the benefit of the harmed investors.

8.      On November 18, 2022, the Court appointed Heffler, Radetich & Saitta, LLP ("HRS") as Tax Administrator for the Distribution Fund.  Dkt. No. 38.

9.      The Distribution Fund currently holds approximately $54,550.

## III.    DEFINITIONS

As used in this Plan, the following definitions will apply:

10.     **"Administrative Costs"** shall mean any administrative costs and expenses, including without limitation tax obligations, the fees and expenses of the Tax Administrator, and investment and banking costs.

11.     **"Certification Form"** means the form that will be mailed to each Eligible Claimant in order to confirm the Recognized Loss amount, the name of the payee to which the Eligible Claimant's check will be issued, and the mailing address for distribution. The Certification Form may be accompanied by other tax forms, as required, relating to the tax treatment of any distribution.

12.     **"Distribution Fund"** means the fund created for the benefit of investors harmed by Defendants' violations alleged in the Complaint.  Any additional funds collected from the Defendants, pursuant to the Final Judgment will be added to the Distribution Fund.

13.     **"Distribution Payment"** means a payment from the Distribution Fund to a Payee in accordance with the terms of this Plan.

14.     **"Eligible Claimant"** means a Preliminary Claimant, who is determined to have suffered a Recognized Loss, pursuant to the Plan of Allocation, and who is not an Excluded

A4162

Party or an Unresponsive Preliminary Claimant.

15.     **"Excluded Party"** shall mean: (a) the Defendants, and Defendants' advisers, agents, nominees, assigns, creditors, heirs, distributees, spouses, parents, children, or controlled entities; and (b) any purchaser or assignee of another Person's right to obtain a recovery from the Distribution Fund for value; provided, however, that this provision shall not be construed to exclude those Persons who obtained such a right by gift, inheritance or devise.

16.     **"Final Determination Notice"** means the written notice sent by the Distribution Agent to (a) any Preliminary Claimant who timely submitted a written dispute of his, her, or its calculated Recognized Loss notifying the Preliminary Claimant of her resolution of the dispute; and (b) those Preliminary Claimants who have not responded to the Plan Notice as described in paragraph 33, except for those whose Plan Notice were returned as "undeliverable," notifying the Preliminary Claimant that he, she, or it has been deemed an Unresponsive Preliminary Claimant. The Final Determination Notice will constitute the Distribution Agent's final ruling regarding the status of the claim.

17.     **"Net Available Distribution Fund"** means the Distribution Fund, plus any interest or earnings, less Administrative Costs.

18.     **"Payee"** means an Eligible Claimant whose distribution amount is equal to or greater than $10.00, as calculated in accordance with the Plan of Allocation, who will receive a Distribution Payment.

19.     **"Person"** means natural individuals as well as legal entities such as corporations, partnerships, or limited liability companies.

20.     **"Plan Notice"** means a written notice from the Distribution Agent to each Preliminary Claimant regarding the Court's approval of the Plan, including, as appropriate: a statement characterizing the distribution; a link to the approved Plan posted on the Commission's website, a copy of the Plan; a certification form, specification of any information needed from the Preliminary Claimant to prevent him, her, or it from being deemed an Unresponsive Preliminary Claimant; his, her, or its Recognized Loss and instruction on how to dispute the same; a description of the tax information reporting and other related tax matters; the procedure for the distribution as set forth in the Plan; and the name and contact information for the Distribution Agent as a resource for additional information or to contact with questions regarding the distribution.

21.     **"Plan of Allocation"** means the methodology used by the Distribution Agent to calculate if a Preliminary Claimant has suffered a Recognized Loss. The Plan of Allocation is attached as Exhibit A.

22.     **"Preliminary Claimant"** means a Person, or their lawful successors, identified by the Distribution Agent based on its review and analysis of applicable records obtained by the Commission during its investigation, who may have suffered a loss as a result of the offering fraud conducted by the Defendants during the Relevant Period.

A4163

23.     **"Recognized Loss"** means the amount of loss calculated in accordance with the Plan of Allocation.

24.     **"Relevant Period"** is between April 2015 and June 2018.

25.     **"Unresponsive Preliminary Claimant"** means a Preliminary Claimant whose address the Distribution Agent has not been able to verify and/or who does not timely respond to the Distribution Agent's attempts to obtain information, including any information sought in the Plan Notice. Unresponsive Preliminary Claimants will not be eligible for a distribution under the Plan.

## IV.     TAX COMPLIANCE

26.     The Tax Administrator shall handle the tax obligations of the Distribution Fund. The Tax Administrator will be compensated for reasonable fees and expenses from the Distribution Fund. Pursuant to the Court's Order entered on November 18, 2022, the Commission staff is authorized to approve and arrange payment of all tax obligations owed by the Distribution Fund and the fees and expenses of the Tax Administrator directly from the Distribution Fund without further approval of this Court. *See id.*

27.     The Distribution Fund constitutes a Qualified Settlement Fund ("QSF") under Section 468B(g) of the Internal Revenue Code of 1986, as amended, 26 U.S.C. § 468B(g), and related regulations, 26 C.F.R. §§ 1.468B-1 through 1.468B-5. The Tax Administrator is the administrator of such QSF for purposes of Treas. Reg. § 1.468B-2(k)(3)(I) and shall satisfy the tax-related administrative requirements imposed by Treas. Reg. § 1.468B-2, including, but not limited to:

(a)     Obtaining a taxpayer identification number;

(b)     Requesting funds necessary for the timely payment of all applicable taxes, the payment of taxes for which the Tax Administrator has received funds, and the filing of applicable returns; and

(c)     Fulfilling any information reporting or withholding requirements imposed on distributions from the Distribution Fund.

## V.     DISTRIBUTION AGENT

28.     Jennifer Cardello will be the distribution agent for the Distribution Fund ("Distribution Agent"). As a Commission employee, the Distribution Agent shall receive no compensation, other than her regular salary as a Commission employee, for her services in administering the Distribution Fund.

29.     The Distribution Agent will be responsible for administering the Distribution Fund in accordance with the Plan. This will include, among other things, taking reasonable steps to obtain accurate mailing information for Preliminary Claimants; disseminating the Plan Notice; preparing accountings; cooperating with the Tax Administrator appointed by the Court to satisfy

4

A4164

any tax liabilities and to ensure compliance with income tax reporting requirements, including but not limited to Foreign Account Tax Compliance Act (FATCA); disbursing the Distribution Fund in accordance with this Plan, as ordered by the Court; and researching and reconciling errors and reissuing payments, when possible.

30.     To carry out the purposes of this Plan, the Distribution Agent is authorized to make and implement immaterial changes to the Plan upon agreement of the Commission staff. If a change is deemed to be material by the Commission staff, Court approval is required prior to implementation by amending the Plan.

31.     The Distribution Agent may extend any procedural deadline contained in the Plan for good cause shown, if agreed upon by the Commission staff.

## VI.     PLAN PROCEDURES

### Specification of Preliminary Claimants

32.     Using information obtained during its investigation, the Commission has identified the Preliminary Claimants. Preliminary Claimants are limited to only those Persons who may have suffered a loss as a result of the offering fraud conducted by the Defendants during the Relevant Period as alleged in the Complaint.

### Procedures for Locating and Notifying Preliminary Claimants

33.     Within thirty (30) days of Court approval of the Plan, the Distribution Agent will send the Plan Notice to each Preliminary Claimant's last known email address (if known) and/or mailing address.

### Undeliverable Mail

34.     If any mailing is returned as undeliverable, the Distribution Agent will make the best practicable efforts to ascertain a Preliminary Claimant's correct address. If another address is obtained, the Distribution Agent will then resend it the Preliminary Claimant's new address within ten (10) days of receipt of the returned mail. If the mailing is returned again, and the Distribution Agent, despite best practicable efforts, is unable to find a Preliminary Claimant's correct address, the Distribution Agent, in her discretion, may deem such Preliminary Claimant an Unresponsive Preliminary Claimant.

35.     Any Preliminary Claimant who relocates or otherwise changes contact information after receipt of the Plan Notice must promptly communicate any change in address or contact information to the Distribution Agent.

### Procedures to Request Plan Notice

36.     Any Person who does not receive a Plan Notice, as described in paragraph 33, but who is aware of this Plan (e.g., through other Preliminary Claimants or on www.sec.gov) and

A4165

believes they should be included as a Preliminary Claimant should contact the Distribution Agent, in writing, within thirty (30) days from the approval of the Plan to establish that they should be considered a Preliminary Claimant.  The Distribution Agent will send the Person a Plan Notice within fifteen (15) days of receiving the Person's documentation, if the Distribution Agent determines that the Person should have received a Plan Notice.

<u>Certification Requirement by Preliminary Claimants and Failure to Respond to Plan Notice</u>

37.    In order to maintain classification as a Preliminary Claimant, the Certification Form must be signed by the Preliminary Claimant under penalty of perjury under the laws of the Unites States and returned to the Distribution Agent by the deadline stated in the Plan Notice. The Certification Form must be executed by the Preliminary Claimant, unless the Distribution Agent accepts such Certification Form from a successor, heir, administrator, or other Person authorized to act on the Preliminary Claimant's behalf.  Those authorized to act on behalf of Preliminary Claimants will be eligible to participate in the distribution to the same extent the original investor would have been eligible under the terms of the Plan.

38.    The Distribution Agent will review all Certification Forms. Each Preliminary Claimant will have the burden of proof to establish their identity as a Preliminary Claimant. The Distribution Agent will have the right to request, and the Preliminary Claimant will have the burden of providing to the Distribution Agent, any additional information and/or documentation deemed relevant by the Distribution Agent.

39.    If a Preliminary Claimant is requested to respond and fails to respond within forty-five (45) days from the initial mailing of the Plan Notice, the Distribution Agent will make no fewer than two (2) attempts to contact the Preliminary Claimant by telephone or email, if known to the Distribution Agent.  If a Preliminary Claimant fails to respond to the Distribution Agent's contact attempts as described in this paragraph, the Distribution Agent, in her discretion, may deem such Preliminary Claimant an Unresponsive Preliminary Claimant.

<u>Dispute Process</u>

40.    Disputes will be limited to the amount of the Preliminary Claimant's calculated Recognized Loss.  Within thirty (30) days of the initial mailing Plan Notice, the Distribution Agent must receive the Certification Form along with any supporting documentation.  The Distribution Agent will investigate the dispute, and such investigation will include a review of the written dispute as well as any supporting documentation.

<u>Final Determination Notices</u>

41.    Within sixty (60) days of the initial mailing of the Plan Notices, the Distribution Agent will send a Final Determination Notice to (a) any Preliminary Claimant who timely submitted a written dispute as described in paragraph 40 above, notifying the Preliminary Claimant of her resolution of the dispute; and (b) those Preliminary Claimants who have not responded to the Plan Notice, as described in paragraph 39  above, except for those whose Plan

Notice were returned as undeliverable, notifying the Preliminary Claimant that he, she, or it has been deemed an Unresponsive Preliminary Claimant.

### Distribution Methodology

42.     The Distribution Agent will calculate each Preliminary Claimant's Recognized Loss in accordance with the Plan of Allocation. All Preliminary Claimants who are determined to have a Recognized Loss, and who are not deemed an Excluded Party or an Unresponsive Preliminary Claimant will be deemed an Eligible Claimant. All Eligible Claimants whose distribution amount is equal to or greater than $10.00, as calculated in accordance with the Plan of Allocation, will be deemed a Payee and receive a Distribution Payment.

### Establishment of a Reserve

43.     Before determining the amount of funds available for distribution and calculating each Payee's Distribution Payment, the Distribution Agent, in conjunction with the Tax Administrator, will establish a reserve to pay Administrative Costs and to accommodate any unexpected expenditures (the "Reserve").

44.     After all Distribution Payments are made and Administrative Costs paid, any remaining amounts in the Reserve will become part of the Residual described in paragraph 57 below.

### Preparation of the Payment File

45.     Within one hundred eighty (180) days of Court approval of the Plan, the Distribution Agent will compile the Payee information, including the name, address, calculated Recognized Loss, and the amount of the Distribution Payment for all Payees (the "Payee List") to make disbursements through the U.S. Treasury.

### Distribution of the Distribution Fund

46.     After preparation of the Payee List, the Commission will petition the Court for authority to disburse funds from the Net Available Distribution Fund for distribution to Payees in accordance with the Payee List. Checks will be mailed or funds electronically transferred to each Payee as instructed by the Distribution Agent in accordance with the Court's order.

47.     All checks will bear a stale date of one (1) year from the date of issuance. Checks that are not negotiated by the stale date will be voided, and the Distribution Agent will initiate a stop payment on those checks. A Payee's claim will be extinguished if he, she, or it fails to negotiate his, her or its check by the stale date, and the funds will remain in the Distribution Fund, except as provided in paragraph 51.

48.     All Distribution Payments will be preceded or accompanied by a communication that includes, as appropriate: (a) a statement characterizing the distribution; (b) a statement that the tax treatment of the distribution is the responsibility of each Payee and that the Payee should

A4167

consult his, her or its tax advisor for advice regarding the tax treatment of the distribution; (c) a statement that checks will be void and cannot be reissued after one (1) year from the date the original check was issued; and (d) contact information for the Distribution Agent for questions regarding the Distribution Payment. The letter or other mailings to Payees characterizing a Distribution Payment will be submitted to the Tax Administrator and for review and approval.

49.     All Distribution Payments, either on their face or in the accompanying mailing, will clearly indicate that the money is being distributed from the Distribution Fund established by the Court to compensate investors for harm as a result of securities law violations.

### Post Distribution; Handing of Returned or Uncashed Checks; and Reissues

50.     The Distribution Agent shall use her best efforts to make use of commercially available resources and other reasonably appropriate means to locate all Payees whose checks are returned as "undeliverable." If new address information becomes available, the Distribution Agent will repackage the distribution check and send it to the new address. If new address information is not available after a diligent search (and in no event no later than one (1) year after the initial mailing of the original check) or if the distribution check is returned again, the check shall be voided and the Distribution Agent will initiate a stop payment on such check. If the Distribution Agent is unable to find a Payee's correct address, the Distribution Agent, in her discretion, may remove such Payee from the distribution and the allocated Distribution Payment will remain in the Distribution Fund for distribution, if feasible, to the remaining Payees.

51.     The Distribution Agent will reissue checks or electronic payments to Payees upon the receipt of a valid, written request from the Payee if prior to the initial stale date. In cases where a Payee is unable to endorse a Distribution Payment check as written (*e.g.*, name changes, IRA custodian changes, or recipient is deceased) and the Payee or a lawful representative requests the reissuance of a Distribution Payment check in a different name, the Distribution Agent will request, and must receive, documentation to support the requested change. The Distribution Agent will review the documentation to determine the authenticity and propriety of the change request. If, in the discretion of the Distribution Agent, such change request is properly documented, the Distribution Agent will issue an appropriately redrawn Distribution Payment to the requesting party. In no event will a check be reissued after the stale date of the original check without good cause found by the Distribution Agent.

52.     The Distribution Agent will maintain information about uncashed checks and any returned items due to non-delivery, insufficient addresses, and/or other deficiencies. The Distribution Agent is responsible for researching and reconciling errors and reissuing payments when possible. The Distribution Agent is also responsible for accounting for all payments. The amount of all uncashed and undelivered payments will continue to be held in the Distribution Fund.

53.     The Distribution Agent will make and document her best efforts to contact Payees to follow-up on the status of uncashed distribution checks over $100 (other than those returned as "undeliverable") and take appropriate action to follow-up on the status of uncashed checks. The Distribution Agent may reissue such checks, subject to the time limits detailed herein.

A4168

54.     At the discretion of the Distribution Agent, certain costs that were not factored into the Reserve, such as bank fees for the return of a payment, may reduce the Payee's Distribution Payment.  In such situations, the Distribution Agent will immediately notify the Tax Administrator of the reduction in the Distribution Payment.

### Receipt of Additional Funds

55.     Should any additional funds be received pursuant to Commission or Court order, agreement, or otherwise, prior to the Court's termination of the Distribution Fund, such funds will be added to the Distribution Fund and distributed, if feasible, in accordance with the Plan.

### Disposition of Undistributed Funds

56.     If funds remain following the initial distribution and payment of all Administrative Costs, the Distribution Agent may seek subsequent distribution(s) of any available remaining funds.  All subsequent distributions shall be made in a manner that is consistent with this Plan and pursuant to a Court Order.

57.     A residual within the Distribution Fund will be established for any amounts remaining after the final disbursement to Payees from the Distribution Fund and the payment of all Administrative Costs (the "Residual").  The Residual may include funds from, among other things, amounts remaining in the Reserve, distribution checks that have not been cashed, checks or electronic payments that were not delivered or were returned to the Commission, and tax refunds for overpayment of taxes or for waiver of IRS penalties.

58.     All funds remaining in the Residual that are infeasible to distribute to investors will be held pending a final accounting.

### Administrative Costs

59.     The Distribution Fund is responsible to pay all Administrative Costs.

### Filing of Reports and Accountings

60.     Upon completion of all distributions to Payees and payment of all Administrative Costs, pursuant to the procedures described above, the Distribution Agent will prepare a final accounting.  The final accounting report will include a recommendation as to the disposition of the Residual consistent with *Liu v. SEC*, 140 S. Ct. 1936 (2020) and Section 21(d)(7) of the Exchange Act, 15 U.S.C. § 78u(d)(7).[1]  If distribution of the Residual to investors is infeasible,

---

[1] Section 21(d)(7) was added to the Exchange Act by Section 6501(a) of the National Defense Authorization Act for Fiscal Year 2021, Pub. L. No. 116-283, enacted January 1, 2021.  The relevant provisions of the NDAA apply "to any action or proceeding that is pending on, or commenced on or after, the date of" the NDAA's enactment.  NDAA, Section 6501(b).

9

the Commission may recommend the transfer of the Residual to the general fund of the U.S. Treasury subject to Section 21F(g)(3) of the Exchange Act.[2]

### Termination of the Distribution Fund

61.     The Distribution Fund will be eligible for termination and the Distribution Agent will be eligible for discharge after all of the following have occurred (a) a final accounting, in a standard accounting format, has been submitted by the Distribution Agent and approved by the Court; (b) all Administrative Costs have been paid; and (c) the Court has approved the Commission's recommendation as to the final disposition of the Residual consistent with *Liu v. SEC*, 140 S. Ct. 1936 (2020) and Section 21(d)(7) of the Exchange Act, 15 U.S.C. § 78u(d)(7).

62.     Once the Commission staff has reviewed and accepted the final accounting, the Commission will petition the Court for an order, as appropriate, approving the final accounting, discharging the Distribution Agent, disposing of the Residual, and terminating the Distribution Fund.

63.     Once the Distribution Fund has been terminated, no additional payments will be made whatsoever.

---

[2] Section 21F(g)(3) of the Exchange Act, 15 U.S.C. §78u-6(g)(3), provides, in relevant part, that any monetary sanction of $200 million or less collected by the SEC in any judicial action brought by the SEC under the securities laws that is not added to a disgorgement fund or Fair Fund or otherwise distributed to victims, plus investment income, shall be deposited or credited into the SEC Investor Protection Fund.

A4170

## Exhibit A

### PLAN OF ALLOCATION

This Plan of Allocation is designed to compensate investors based on their losses on their investment with the Defendants between April 2015 and June 2018 (the "Relevant Period"). Investors who did not experience a Recognized Loss are ineligible to recover under this Plan. Based upon records obtained by the Commission during its investigation, the Distribution Agent has identified those investors, or their lawful successors, who may have suffered a Recognized Loss as a result of the offering fraud conducted by the Defendants during the Relevant Period (the "Preliminary Claimants").

The Distribution Agent will calculate each Preliminary Claimant's Recognized Loss as the amount of actual monies invested with the Defendants during the Relevant Period less any monies received from the Defendant.

If the Recognized Loss calculates to a gain, then the Recognized Loss will be $0.00.

To avoid payment of a windfall, the Recognized Loss will be reduced by the amount of any compensation for the loss that resulted from the conduct alleged in the Complaint that was received from another source (e.g., class action settlement), to the extent known by the Distribution Agent.

Any Preliminary Claimant who suffered a Recognized Loss pursuant to this Plan of Allocation, and who is not an Excluded Party or an Unresponsive Preliminary Claimant, as defined in the Plan, will be deemed an Eligible Claimant.

### Additional Provisions

Allocation of Funds: Since the Net Available Distribution Fund is less than the sum of the Recognized Losses of all Eligible Claimants, each Eligible Claimant's distribution amount will equal his, her or its "*Pro Rata* Share" of the Net Available Distribution Fund subject to the "Minimum Distribution Amount."

*Pro Rata* Share: A *Pro Rata* Share computation is intended to measure Eligible Claimants' Recognized Losses against one another. The Distribution Agent shall determine each Eligible Claimant's *Pro Rata* Share as the ratio of his, her, or its Recognized Loss to the sum of Recognized Losses of all Eligible Claimants.

Minimum Distribution Amount: The Minimum Distribution Amount will be $10.00. If an Eligible Claimant's distribution amount is less than the Minimum Distribution Amount, that Eligible Claimant will be deemed ineligible to receive a Distribution Payment and his, her, or its distribution amount will be reallocated on a *pro-rata* basis to Eligible Claimants whose distribution amounts are greater than or equal to the Minimum Distribution Amount.

Payee: An Eligible Claimant whose distribution amount equals or exceeds the Minimum Distribution Amount will be deemed a Payee and receive a Distribution Payment equal to his,

her, or its distribution amount.  In no event will a Payee receive from the Distribution Fund more than his, her, or its Recognized Loss.

A4172

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>                              **Plaintiff,**<br><br>      **v.**<br><br>**FREDERICK L. SHARP, ZHIYING YVONNE GASARCH, COURTNEY KELLN, MIKE K. VELDHUIS, PAUL SEXTON, JACKSON T. FRIESEN, WILLIAM T. KAITZ, AVTAR S. DHILLON, and GRAHAM R. TAYLOR,**<br><br>                              **Defendants.** | **Case No. 1:21-CV-11276 (WGY)** |

### DECLARATION OF DR. THOMAS A. DUNN

I, Thomas A. Dunn, Ph.D., pursuant to 28 U.S.C. § 1746, declare as follows:

## I.   Qualifications

1.      My name is Thomas A. Dunn. I am a Supervisory Financial Economist in the Office of Litigation Economics within the Division of Economic and Risk Analysis at the U.S. Securities and Exchange Commission ("the Commission"). I provide economic, financial, and statistical analyses in support of the Commission in its enforcement investigations, litigations, and distributions to harmed investors.

2.      I earned a Ph. D. in Economics from Northwestern University. I was an assistant professor of economics at Syracuse University, during which I taught graduate classes in economics, supervised doctoral dissertations, published my research in academic journals, and acted as a referee for academic journals. I worked for eleven years in litigation and business consulting prior to joining the Commission in 2011.

A4173

## II.  Scope

3.     I make this Declaration in support of the Commission's Motion in Support of Distribution for the Benefit of Harmed Investors and Seeking an Order Establishing a Fair Fund, Appointing a Tax Administrator, and Authorizing Payment of Tax Obligations and Related Fees and Expenses of Tax Administrator Without Further Court Order.

4.     Commission staff working on this matter asked me to describe the Commission's proposed framework for distributing any monetary remedies collected from Defendants Gasarch, Kelln, Sexton, Veldhuis, Friesen, Dhillon, Taylor, Kaitz and Sharp in the Commission's proposed "Distribution Framework."

5.      The Distribution Framework has three parts. First, the Commission proposes to contribute monetary remedies collected from Gasarch and Kelln toward the restitution fund in *U.S. v. Knox*, No. 1:18-cr-10385-NMG (D. Mass.) ("Knox Restitution Fund"[1]) for distribution to victim-investors who purchased shares in any of 17 "over the counter" or "OTC" securities during the period in which the share price had been manipulated in connection with the fraud schemes Roger Knox participated in and for which he pled guilty (the "Knox Restitution Tickers"). In addition, the Commission proposes to contribute to the Knox Restitution Fund the remedies collected from defendants in the Commission's other Knox-related cases where the defendants' misconduct involves any of the 17 Knox Restitution Tickers, assuming such transfers are authorized by the respective courts having jurisdiction over those cases.

6.     Second, the Commission will seek authority to combine any remedies collected from Sexton, Veldhuis, Friesen, Dhillon, Taylor, and Kaitz for distribution to harmed investors

---

[1] Amended Judgment in a Criminal Case, *U.S. v. Knox*, No. 1:18-cr-10385-NMG (D. Mass. Jan. 5, 2024), ECF No. 277.

A4174

in an additional 15 OTC securities that were part of the Defendants' scheme, the "Group 2 Tickers."[2]

7.      Third, the Commission will determine at a later date how to recommend allocating any remedies from Sharp among the Knox Restitution Fund, the distribution to the Group 2 Tickers, and/or a third set of additional OTC securities in which the Defendants traded using the Sharp Group's services ("Group 3 Tickers") and seek the Court's approval for such a plan.

8.      In developing the Distribution Framework, the Commission staff wrestled with a number of intertwined complications—many defendants, many OTC securities manipulated by defendants, the various overlaps across the defendants and OTC securities, the very large number of harmed investors and losses, the uncertain amounts of remedies ultimately to be collected from certain Defendants, and the administrative costs of conducting distributions—that make it essentially impossible to compensate all investors in the hundreds of OTC securities who were harmed by the collective actions of the Defendants. The Distribution Framework attempts to make meaningful recoveries to the largest number of investors in the OTC securities manipulated by the Defendants, while maintaining fairness across investors and keeping administrative expenses in check.

9.      I base this declaration on my experience, training, and analyses conducted by myself and other Commission economists under my supervision.

---

[2] This proposed disposition differs with respect to one OTC security from the disposition proposed in the Commission's Memorandum in Support of Motion for Remedies Against Defendants Mike Veldhuis, Paul Sexton, Jackson Friesen, Courtney Kelln, and Zhiying Yvonne Gasarch ("Remedies Brief"). ECF No. 426. *See* footnote 17 and paragraph 29 below for further discussion.

A4175

## III. Background

10.     To develop the Distribution Framework, I considered the nine Defendants and their respective ordered monetary remedies and the amount of currently frozen or collected funds for each, as shown in Appendix 1.

11.     Each of the Defendants participated in the manipulation of one or more—and for some *many*—OTC securities and there is a high degree of overlap of the Defendants across the OTC securities.

12.     The harm to investors in the manipulated OTC securities, from buying at artificially inflated prices and selling or holding when the prices fell, will be very large across the manipulated OTC securities.

13.     The funds ultimately collected from all defendants (the "collected remedies") will likely fall short of the aggregate harm meaning that not all investors will see a return of their full losses. The Commission therefore must determine how to allocate the limited collections over the wide landscape of losses.

14.     In doing so, the Commission proposes to allocate the collected remedies across the set of OTC tickers in a *pro rata* fashion according to investor losses, rather than earmark the remedies derived from one security to the losses for that security. The Commission views the former method as fairer, in that investors who go to the trouble to make a claim are all treated on equal footing with respect to their losses. The choice also reflects the fact that, as I understand it, the Defendants recycled profits from schemes in some securities to perpetuate the schemes in other securities, creating a commingling of ill-gotten gains and redounding harm across securities.

A4176

15.     There is uncertainty as to the monetary remedies the Commission will collect and be able to distribute. As I understand it, several of the Defendants have appealed the Court's judgments, likely challenging the amount of disgorgement that will ultimately be ordered and collected.[3] The Commission's methodology and plan for administering a distribution fund are driven largely by the amount of money available to distribute and to pay administrative costs. Because of the Defendants' appeals, which will likely include the disgorgement orders, and the uncertainties of the Commission's ability to collect the Defendants' assets in foreign countries, the Commission cannot deliver a complete plan of distribution at this time, however, we can propose a framework.

16.     Sections IV, V, and VI describe the three parts of the Commission's proposed Distribution Framework.

## IV. Framework Part 1: Contributions to the Knox Restitution Fund

17.     A criminal restitution fund has been established in the *United States v. Knox* case. As this Court is aware from Knox's trial testimony, Knox served as an outlet for selling many of the OTC securities that were involved in the Defendants' scheme. The "Declaration of Michael J. Petron" submitted as Exhibit A ("the Petron Declaration") in the United States' Notice of Anticipated Restitution Request and Motion for Continuance[4] (the "United States' Notice and Motion") identifies individual victim-investors and calculates restitution for their losses from purchasing shares of OTC securities during the respective periods in which the share price had been manipulated under the fraud schemes Roger Knox participated in and for which he pled

---

[3] *See* Motion of Defendants Mike Veldhuis and Courtney Kelln to Stay Execution of Judgment, ECF No. 516, p. 3.

[4] *U.S. v. Knox*, No. 1:18-cr-10385-NMG (D. Mass. Dec. 4, 2023), ECF No. 269.

A4177

guilty. Read in combination with the United States' Notice and Motion,[5] it provides a detailed

description of the selection of the set of OTC securities for restitution, the identification of

harmed investors, the calculation of harm, and the eligibility requirements for victims to recover

from the restitution fund.

18.     In particular, Petron identifies the 17 OTC securities selected by the United States

Attorney's Office for restitution[6] and identifies victim-investors through an analysis of their

transactions using the Blue Sheets trading records.[7] Investors' losses are calculated as trading or

holding losses in excess of trading gains[8] on shares purchased during the "inflation period"

defined for each OTC security.[9] To be eligible to recover under the Knox Restitution Fund, a

victim-investor must have a U.S. mailing address, a loss on any one ticker of at least $25, losses

---

[5] *Id.*

[6] The United States' Notice and Motion describes the selection this way: "The government identified the stocks based on an analysis of the size and scope of Wintercap's trading and ultimately selected 17 stocks (approximately 40% of the stocks identified in the PSR for the period 2016-2018) that accounted for approximately $100 million of the illicit proceeds generated (approximately 70% of the total illicit proceeds in that same timeframe)." *Id.* at 3. Wintercap (fka Silverton SA), which was founded, owned, and run by Knox, "provided a platform for control persons to flout the securities laws." *Id.* at 2. The securities are Aureus Inc. (ARSN), Digatrade Financial Corp. (DIGAF), Environmental Packaging Technologies Holdings Inc. (EPTI), Flitways Technology Inc. (FTWS), Garmatex Holdings Ltd. (GRMX), Korver Corp. (KOVR), Nexus Biopharma Inc. (NEXS), OneLife Technologies Corp. (OLMM), Oroplata Resources Inc. (ORRP), Proto Script Pharmaceutical Corp. (PSCR), PureSnax International Inc. (PSNX), ReTech Corporation (RETC), Supernova Energy Inc. (SPRN), Stevva Corp. (STVA), Tactical Services Inc. (TTSI), UMF Group Inc. (UMFG) and Vitality Biopharma Inc. (VBIO) and their various other names and trading symbols over the relevant time period. Petron Declaration, at ¶ 5.

[7] Petron Declaration, at ¶ 7-12.

[8] *Id.* at ¶ 13-17.

[9] "The government then identified a proposed 'inflation period' for each stock—*i.e.*, the period(s) during which investor purchases would qualify for potential victim losses—based on a review of when Wintercap's selling took place, the changes in each stock's price (*i.e.*, when did the price collapse), the time period during which the control group was directing selling through encrypted communications channels, and transaction records reflecting payments to known stock promoters." The United States' Notice and Motion, at 4.

A4178

summing to $500 or more across all 17 tickers, and "clean hands."[10,11] The losses subject to restitution sum to just over $58.0 million for 8,051 unique victim-investors.[12]

19.    Appendix 2 hereto is a reproduction of Petron's Schedule 3 that lists the OTC securities covered by the Knox Restitution Fund, their individual losses, and the aggregate losses, summing to $58.0 million, subject to restitution for each. (The schedule has more than 17 rows because OTC securities with multiple episodes of manipulation appear more than once.)

20.    The existing monetary judgement against Knox of $10.9 million[13] is not sufficient to cover the full amount of victim-investor losses for the 17 OTC securities. Assuming full participation of all investor-victims and before the payment of administrative expenses, investors stand to recover about 19% (= $10.9 / $58.0) of their losses under the Knox Restitution Fund if the only source of funds is from Knox himself.

21.    The Commission proposes contributing the remedies it may collect from Defendants Gasarch and Kelln to the Knox Restitution Fund. Those two Defendants participated in fraudulent schemes involving 16 of the 17 tickers for which restitution has been ordered.[14]

22.    The Knox Restitution Fund has many features that comport with what the Commission would propose in its own distribution plan for manipulated OTC securities. It also has a few features that differ, for example, the high *de minimis* threshold and the heavy reliance on the Blue Sheets for identifying victim-investors. As an economist who has developed over a

---

[10] Petron Declaration, at ¶ 18.

[11] The United States Attorney's Office established a parallel "remission" process through which non-U.S. investors may petition for a payment.

[12] *Id.* at ¶ 19.

[13] United States' Notice and Motion, at 2.

[14] Kelln and Gasarch were not involved in the trading of Environmental Packaging Technologies Holdings Inc. This security accounts for 0.2% of the losses to be compensated by the Knox Restitution Fund (*see* Appendix 2 at line 3 for EPTI). Aside from this miniscule diversion, the remedies paid by Kelln and Gasarch will compensate investors who were directly harmed by their misconduct under this proposal.

A4179

hundred plans of allocations for Commission distributions to harmed investors, it is my view that contributing the funds of Gasarch and Kelln to the Knox Restitution Fund is an efficient use of those funds, consistent with the Commission's typical considerations of equity and reasonableness, that will benefit a large number of victim-investors at a minimal additional cost to the Commission or the United States Attorney's Office.

23.     The uncertainty in the monetary remedies that will be collected from Gasarch and Kelln make it difficult to measure the impact of the Commission's proposed contribution to the Knox Restitution Fund. As a benchmark, I assume that the contribution would be the amounts currently frozen in Canadian banks plus amounts currently frozen in an escrow account held by Gasarch's counsel, which the Commission's counsel estimates to be approximately $2.5 million for the two Defendants.[15] This contribution would increase the recovery rate for victim-investors by about 4% (= $2.5 million / $58.0 million). If the full disgorgement amounts are collected and contributed, summing to approximately $4.1 million, the increase would be 7%.

24.     In addition, outside the proposed Framework, the Commission intends to seek the authority to contribute remedies collected in actions against other defendants in Knox-related cases to the Knox Restitution Fund, to the extent that those defendants' misconduct involved the Knox Restitution Tickers.[16] Based on preliminary calculations and current collections, the

---

[15] Approximate amounts: Gasarch, $1.2 million frozen plus $0.75 million escrowed by counsel; Kelln, $0.5 million frozen.

[16] The cases include: *SEC v. Bercowy*, No. 8:18-cv-792-T26-CPT (M.D. Fla. filed April 3, 2018); *SEC v. Knox et al.*, No. 1:18-cv-12058 (D. Mass. filed Oct. 2, 2018); *SEC v. Gomes et al.*, No. 1:20-cv-11092 (D. Mass. filed June 9, 2020) (sums awarded against defendants other than Knox); *SEC v. DiChiara*, No. 1:20-cv-11645 (D. Mass. filed September 3, 2020); *In the Matter of Wedbush Securities, Inc.*, Administrative Proceeding No. 3-20679.

A4180

Commission will seek authority to contribute approximately $3.5 million, which would raise the recovery rate for the Knox victim-investors by an additional 6%.

## V. Framework Part 2: "Group 2" Distribution

25.    The Commission proposes to seek authority to combine any remedies collected from Defendants Sexton, Veldhuis, Friesen, Dhillon, Taylor and Kaitz for distribution by the Commission to harmed investors who purchased shares in an additional 15 OTC securities, the "Group 2 Tickers" shown in Appendix 3.[17] Each of these six Defendants was involved in the manipulation scheme related to one or more of these tickers.[18]

26.    The Group 2 distribution plan would have many parallels with the Knox Restitution Plan, but with certain features more in line with the Commission's typical standards and practices in distributions to investors harmed by manipulation of OTC securities. Chief among them is the process of public notice whereby investors are made aware of the distribution and how to participate.

27.    As a preliminary calculation, assuming the amounts already collected from these six Defendants or currently frozen in Canadian banks were available, the distribution fund for the Group 2 tickers would be approximately $28.1 million.[19]

---

[17] The Group 2 Ticker list includes one security that also appears in the Knox Restitution Plan. Stevia First/Vitality Biopharma (STVF/VBIO) appears in the Knox Restitution Plan as VBIO in the last three rows in the table in Appendix 2 corresponding to three inflation periods. For the Group 2 distribution plan, the Commission proposes a set of additional inflation periods based on the Defendants' illegal sales when the company traded as Stevia First (STVF).

[18] Gasarch and Kelln were also involved in the schemes related to these 15 OTC securities, but unlike these six Defendants, they were also involved with schemes related to the Knox Restitution Tickers.

[19] Approximate amounts: Veldhuis, $5.4 million frozen; Sexton, $17.4 million in disgorgement of $18.7 million frozen; Friesen, $3.8 million frozen; Kaitz, $1.3 million collected; Dhillon, $0 frozen or collected; Taylor, $0.2 million collected.

A4181

28.     At this time, the Commission has no measure of aggregate harm for the investors in the 15 Group 2 Tickers. So, I currently cannot determine the potential recovery rate in this proposed Group 2 distribution. But, I can say on average, there is approximately $1.9 million per ticker (= $28.1 million / 15 tickers) in remedies in the Group 2 plan, compared to $0.6 million per ticker (=$10.9 million / 17 tickers) in the Knox Restitution Plan prior to any contribution from the Commission, and $1.0 million per ticker (= ($10.9 + $2.5 + $3.5 million) / 17) after the proposed contribution of Gasarch's and Kelln's remedies and the contribution from other matters are added to the Knox Restitution Fund.

29.     This proposal differs slightly from the Commission's Remedies Brief. In particular, the Remedies Brief suggested that the respective portions of funds collected from Sexton, Veldhius, and Friesen relating solely to their actions in the Stevia First/Vitality Biopharma scheme could be contributed to the Knox Restitution Fund.[20] Here, the Commission proposes that all the funds of these three Defendants stay with the Group 2 distribution for two reasons. First, the Group 2 distribution plan provides for recoveries to Stevia First/Vitality Biopharma investors over additional date ranges of manipulation not covered by the Knox Restitution Plan. Second, the Commission's contribution of $3.5 million in remedies from other matters to the Knox Restitution Fund, as described in paragraph 24, will benefit Stevia First/Vitality Biopharma investors in that distribution, as well.

---

[20] ECF No. 426 at 23 ("Further, one of the Fourteen Issuers whose investors were harmed by the conduct of Veldhuis, Sexton, and Friesen—Vitality Biopharma—is part of the Knox restitution fund and it would be efficient to contribute a portion of the funds collected from Veldhuis, Sexton, and Friesen to the Knox restitution fund to compensate the identified harmed investors in Vitality Biopharma.")

A4182

## VI. Framework Part 3: Distribution of Sharp Remedies

30.     I understand that the evidence at trial demonstrated that Defendant Sharp orchestrated the manipulation of all but one of the 17 Knox Restitution Tickers and all 15 Group 2 Tickers, as well as hundreds of other OTC securities.

31.      This Court has ordered Sharp to pay disgorgement and prejudgment interest of over $28.9 million, and about $3 million is currently frozen in Canadian banks. The Commission is actively involved in Canadian litigation that would require Sharp to provide information about additional assets and resources he controls. The uncertainty about the amount of remedies the Commission will ultimately collect from Sharp complicates the decision of how the Commission will recommend that funds recovered from him should be distributed. There are several good options the Commission could consider.

32.     On one hand, if the collections from Sharp are limited to the frozen $3 million, the money could be contributed to the Knox Restitution Fund, added to the distribution fund for the Group 2 Tickers, or split in some way between them. In any case, the recovery rate of losses would go up for investors in either or both of those distributions with minimal additional cost to the United States Attorney's Office or the Commission.

33.     If the collections from Sharp run to the upper range of the ordered amount, another option arises: seeking the creation of a distribution plan that covers a third set of OTC securities. Subject to the Court's approval, the distribution of these funds would be structured in the same way the Commission proposes to distribute to harmed investors for the Group 2 Tickers. There are a number of possible ways to select the particular OTC securities to include in the distribution: OTC securities with the most recent episode of manipulation (for improving the success rate in contacting investors) or the ones with the largest trading proceeds (if that could be

11

A4183

considered a proxy for investor harm), or some other rule. As for the number of OTC securities that could be covered by such a distribution, the Commission proposes creating another group of up to 14 OTC securities (if amounts collected from Sharp approach the ordered $28.9 million). This would help keep the administrative fees (which increase with the number of tickers) in check while providing a meaningful recovery to investors.

34.    The Commission proposes delaying the decision of which of these options to pursue until the collections from Sharp and the other elements of its proposed Framework, have been more fully developed. Regardless of the amount ultimately collected from Sharp, the Commission will propose a plan to use those funds to compensate harmed investors in the most efficient and cost-effective way available.

35.    Upon the Court's approval for the Commission to proceed with a distribution plan for the Group 2 Tickers and/or the Group 3 Tickers, Commission staff economists working under my direction would work with staff in the Office of Distributions within the Commission's Trial Unit to craft the "plan of allocation." This section of the distribution plan defines the set of OTC securities eligible for recovery and the inflation period for each one. It also provides the formula for calculating each investor's loss based on their transactions records and the method for allocating the available funds over the calculated losses. The economists would also process the available Blue Sheets trading records to identify a preliminary set of investors who may be eligible to recover based on their purchases of the relevant OTC securities during their respective inflation period. My staff has extensive experience in developing plans of allocation and analyzing investor harm and processing Blue Sheets in OTC market manipulation investigations, litigations, and distributions.

A4184

I declare under the penalty of perjury that the foregoing is true, accurate and complete.

This 4th day of September, 2024
Chicago, Illinois

_____

Thomas A. Dunn, Ph. D.

A4185

**Appendix 1: Defendants' Monetary Remedies**

| Defendant | Disgorgement | Pre-judgment Interest | Penalty | Total Money Ordered | Currently Frozen in Canada (appx) |
|---|---|---|---|---|---|
| Gasarch (Dkt. No. 498) | $ 2,522,367 | $ - | $ 296,651 | $ 2,522,367 | $ 1,200,000 |
| Kelln (Dkt. No. 499) | $ 1,582,785 | $ - | $ 904,078 | $ 1,582,785 | $ 500,000 |
| Veldhuis (Dkt. No. 496) | $ 13,289,897 | $ - | $ 1,562,603 | $ 13,289,897 | $ 5,400,000 |
| Sexton (Dkt. No. 495) | $ 17,367,474 | $ - | $ 1,562,603 | $ 17,367,474 | $ 18,700,000 |
| Friesen (Dkt. No. 497) | $ 11,846,176 | $ - | $ 1,562,603 | $ 11,846,176 | $ 3,800,000 |
| Kaitz (Dkt. No. 263) | $ 812,854 | $ 279,014 | $ 215,000 | $ 1,306,868 | See Note |
| Dhillon (Dkt No. 404 | $ 9,143,548 | $ 1,303,236 | $ - | $ 10,446,784 | $ - |
| Taylor (Dkt No. 262) | $ 3,432,412 | $ 1,285,272 | $ 207,183 | $ 4,924,867 | See Note |
| Sharp (Dkt. No. 211) | $ 21,760,936 | $ 7,173,497 | $ 23,990,781 | $ 52,925,214 | $ 3,000,000 |
| Note: The Commission has collected its full judgment against Kaitz and approximately $210,693 from Taylor. | | | | | |

A4186

**Appendix 2: Knox Restitution Fund, Losses by OTC Security Ticker**

U.S. v. Knox

Restitution by OTC Ticker by Inflation Period

Schedule 3

| Schedule by VNS | Ticker Symbol | Blue Sheets Data Range | Inflation Period | Realized Loss | | | Unrealized Loss | Victim-Investor Submissions | Restitution Previously Awarded | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Shares Sold During Inflation Period | Shares Sold After Inflation Period For > 90 Day Average Share Price | Shares Sold After Inflation Period For < or = 90 Day Average Share Price | | | | |
| 4 | ARSR | 11/25/2015 to 09/30/2020 | 08/05/2016 to 08/23/2016 | $ 28,082.30 | $ 227,326.07 | | $ 1,674,349.65 | $ - | $ - | $ 1,929,758.02 |
| 5 | DIGAF | 06/24/2016 to 08/07/2020 | 11/01/2016 to 12/13/2016 | 105,335.07 | 469,087.08 | 694,868.41 | 413,129.30 | - | - | 1,682,419.86 |
| 6 | EPTI | 02/28/2017 to 04/02/2018 | 05/31/2017 to 06/27/2017 | 3,050.00 | - | 952.36 | 985.94 | - | (654.70) | 4,333.60 |
| 7 | FTWS | 10/23/2015 to 11/30/2020 | 09/06/2016 to 11/30/2016 | 508,569.59 | 1,068,874.40 | 4,741,794.63 | 2,638,642.20 | - | - | 8,957,880.82 |
| 8 | GRMX | 09/23/2016 to 06/28/2019 | 03/14/2017 to 04/28/2017 | 549,099.94 | 817,439.23 | 3,269,309.60 | - | 16.00 | - | 4,635,864.77 |
| 9 | KOVR | 03/14/2016 to 06/27/2019 | 07/17/2017 to 07/27/2017 | 5,695.60 | 591,645.46 | 1,519,404.90 | 4,076,869.20 | 102,448.00 | - | 6,296,063.16 |
| 10 | NEXS | 09/11/2015 to 06/27/2019 | 08/10/2016 to 10/21/2016 | 198,919.86 | 70,272.61 | 857,029.67 | 418,114.37 | - | - | 1,544,336.51 |
| 11 | NEXS | 09/11/2015 to 06/27/2019 | 05/04/2017 to 05/22/2017 | 42,276.40 | 35,979.35 | 192,793.56 | 717,955.56 | - | - | 989,004.87 |
| 12 | OLMM | 06/23/2017 to 01/10/2020 | 01/12/2018 to 03/09/2018 | 202,544.12 | 781,859.23 | 307,806.29 | 1,578,494.86 | - | - | 2,870,704.50 |
| 13 | OLMM | 06/23/2017 to 01/10/2020 | 08/31/2018 to 10/01/2018 | 11,309.16 | 1,788.88 | 3,712.15 | 191,735.85 | - | - | 208,546.04 |
| 14 | ORRP | 02/24/2016 to 03/01/2019 | 06/07/2016 to 09/15/2016 | 2,591,696.15 | 531,021.05 | 3,628,133.23 | - | - | - | 6,750,850.43 |
| 15 | PSCR | 08/22/2016 to 06/26/2019 | 12/14/2016 to 01/27/2017 | 361,614.32 | 973,911.38 | 1,144,132.19 | 1,306,189.15 | - | - | 3,785,847.04 |
| 16 | PSNX | 06/23/2015 to 08/31/2018 | 03/09/2016 to 05/16/2016 | 28,177.22 | 20,392.44 | 211,392.51 | - | - | - | 259,962.17 |
| 17 | RETC | 06/27/2017 to 01/02/2020 | 06/27/2017 to 07/31/2017 | 760,031.87 | 2,379,385.73 | 2,191,270.28 | 1,553,189.22 | 91,557.00 | - | 6,975,434.10 |
| 18 | SPRN | 11/11/2014 to 04/13/2018 | 03/02/2017 to 03/10/2017 | 156,654.11 | 264,971.09 | 206,293.62 | - | - | - | 627,918.82 |
| 19 | STVA | 08/04/2017 to 12/06/2017 | 08/17/2017 to 09/21/2017 | 1,946,831.47 | 419,613.70 | 376,891.40 | 1,831,825.99 | - | - | 4,575,162.56 |
| 20 | TTSI | 10/24/2017 to 02/25/2019 | 10/24/2017 to 11/16/2017 | 75,285.63 | 38,627.41 | 23,770.69 | - | - | - | 137,683.73 |
| 21 | UMFG | 08/16/2016 to 02/01/2019 | 12/12/2017 to 02/09/2018 | - | | 67,856.16 | 390,900.23 | 80,189.00 | - | 538,945.39 |
| 22 | VBIO | 03/05/2012 to 01/13/2021 | 11/29/2016 to 06/13/2017 | 1,591,568.05 | 345,471.97 | 1,209,345.61 | 1,507,238.96 | - | - | 4,653,624.59 |
| 23 | VBIO | 03/05/2012 to 01/13/2021 | 10/04/2017 to 11/20/2017 | 87,939.88 | 13,360.69 | 119,605.97 | 24,541.06 | - | - | 245,447.60 |
| 24 | VBIO | 03/05/2012 to 01/13/2021 | 06/06/2018 to 09/04/2018 | 91,207.63 | 70,005.86 | 156,869.45 | 58,346.72 | - | - | 376,489.66 |
| | | | | $ 9,345,888.37 | $ 9,121,093.63 | $ 22,597,582.33 | $16,708,158.61 | $274,210.00 | (654.70) | $58,046,278.24 |

**Note:** See Petron December 1, 2023 Declaration for explanation and description of calculation for each column.

15

A4187

**Appendix 3: Group 2 Tickers and Defendants**

| Tickers Involved in Defendants' Violations | Veldhuis | Sexton | Friesen | Kaitz | Dhillon | Taylor |
|---|---|---|---|---|---|---|
| 1  Stevia First/Vitality Biopharma - STVF/VBIO | x | x | x | x | x | x |
| 2  Arch Therapeutics - ARCH | x | x | x | x | x | x |
| 3  OncoSec - ONCS | x | x | x |  | x | x |
| 4  Echo Automotive - ECAU | x | x | x | x |  |  |
| 5  Stevia Corp - STEV | x | x | x |  |  |  |
| 6  Liberty One Lithium - LBY | x | x | x |  |  |  |
| 7  Oryon Technologies - ORYN | x | x | x | x |  |  |
| 8  Makism 3D Corp - MDDD | x | x | x |  |  |  |
| 9  Graphite Corp - GRPH | x | x | x |  |  |  |
| 10  NewGen Biopharma - NEWG | x | x | x |  |  |  |
| 11  StartMonday Technology - JOB/STMDF | x | x | x | x |  |  |
| 12  Lexington Biosciences - LNB/LXGTF | x | x | x |  |  |  |
| 13  BreathTec BioMedical - BTH | x | x | x |  |  |  |
| 14  RightsCorp - RIHT | x | x | x |  |  |  |
| 15  Inovio Pharmaceuticals - INO |  |  |  |  | x | x |

16

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Case No. 1:21-cv-11276-WGY |
| v. | |
| Frederick L. Sharp, *et al.*, | |
| Defendants. | |

**DEFENDANT PAUL SEXTON'S OPPOSITION TO MOTION FOR FAIR FUND**

Defendant Paul Sexton opposes the Security and Exchange Commission's motion to create a Fair Fund as it pertains to any remedies that the Commission is seeking against him. Mr. Sexton has filed a timely notice of appeal, which has divested the Court of jurisdiction to enter further orders related to the Commission's attempt to collect disgorgement and penalties from him. *See* ECF No. 524; *see also United States v. George*, 841 F.3d 55, 71 (1st Cir. 2016) ("[O]nce a notice of appeal is filed, the district court is divested of authority to proceed with respect to any matter touching upon, or involved in, the appeal.") (internal quotation marks omitted).

Mr. Sexton's appeal relates to the foundational question of whether any monetary remedies are appropriate, and resolving the appeal is a necessary antecedent step to determining whether a Fair Fund is appropriate. Put differently, if Mr. Sexton prevails fully in his appeal, there will be nothing to distribute via a Fair Fund. The close nexus between the subject matter of the appeal and the relief sought by the Commission's proposed order demonstrates why jurisdiction does not currently exist in this Court.

1

A4189

Mr. Sexton also opposes the Commission's proposed "framework" for distributing funds. However, even though this framework is the primary subject of the Commission's briefing, there is no pending request for the Court to approve or endorse it. To the contrary, the proposed order does not even mention the framework, let alone set forth steps for this Court to review and approve it. For present purposes, Mr. Sexton notes that the framework does not include key details, such as the identification of victims, that the Court has directed the Commission to provide. Mr. Sexton reserves the right to brief the substantive issues underlying the proposed framework in the event the matter is properly presented to this Court subsequent to the exhaustion of any appeal.

<div style="text-align:right">

*/s/ Neil T. Smith*

Neil T. Smith (BBO# 651157)
   Neil.Smith@klgates.com
K&L Gates LLP
1 Congress St.
Boston, MA 02114
Tel:  (617) 261-3100
Fax:  (617) 261-3175

*/s/ Stephen G. Topetzes*

Stephen G. Topetzes*
   Stephen.Topetzes@klgates.com
Robert S. Silverblatt*
   Rob.Silverblatt@klgates.com
K&L Gates LLP
1601 K St. NW
Washington, DC 20006
Tel:  (202) 778-9328
Fax:  (202) 778-9100

*Admitted pro hac vice*

*Counsel for Paul Sexton*

</div>

Dated: September 16, 2024

<div style="text-align:center">2</div>

<div style="text-align:center">

A4190

</div>

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing was filed through the Electronic Court Filing system on September 16, 2024, and a copy thereof will be sent electronically to the registered recipients and counsel of record as identified on the Notice of Electronic Filing.

<u>*/s/ Neil T. Smith*</u>

Neil T. Smith

A4191

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

          v.

Frederick L. Sharp, *et al.*,

    Defendants.

Case No. 1:21-cv-11276-WGY

## <u>DEFENDANT JACKSON FRIESEN'S OPPOSITION TO MOTION FOR FAIR FUND</u>

Defendant joins in the opposition filed by Defendant Paul Sexton and opposes the Securities and Exchange Commission's ("SEC") motion to create a Fair Fund, first, because he has filed a timely notice of appeal which divests the Court of jurisdiction to enter further orders related to the Commission's attempt to collect disgorgement and penalties from him. *See* ECF No. 525.

Further, this Court's exercise of jurisdiction is particularly inappropriate because Mr. Friesen, on appeal, will  be challenging the method by which the Court set a disgorgement figure, not only because it is not predicated on any evidence concerning what Mr. Friesen *received* but also because it ignored the equally critical issue of the amount of loss, if any, suffered by investors in a case such as this involving failures to disclose beneficial ownership of stock.  The SEC had, in the past, been able to procure disgorgement and treat those funds, as this Court stated, as a "pseudo-penalty to be held by the SEC" ECF 491: Hearing Transcript at 3. Under those circumstances, orders of disgorgement could be and were entered without regard for the amount of loss suffered by investors; the SEC could then assert that distribution was not feasible and retain the funds. But the Supreme Court made clear that there is not just one but a series of issues that have to be addressed in order for an order of disgorgement to be appropriate.  The Commission is

1

A4192

entitled to disgorgement only if it is "awarded for victims." *SEC v. Govil*, 86 F.4th 89, 106 (2d Cir. 2023) (quoting *Liu v. SEC*, 140 S. Ct. 1936, 1940 (2020)) (internal quotation marks omitted). As a result, a court must "determine that the investors [who were] defrauded suffered pecuniary harm *before awarding disgorgement*." Id. at 94 (emphasis added). Thus, as an initial matter, the SEC is supposed to have to demonstrate that amounts were actually *received* by the defendant. But the inquiry does not stop there. For an order of disgorgement to be permissible, the SEC must also demonstrate the existence and extent of investor losses.

Although the law has changed, the SEC's procedures apparently have not, and the SEC continues to insist that it can obtain orders of disgorgement, hold massive quantities of defendants' funds that bear no relation to the charged conduct, and then spend roughly "two years" (ECF 538 at 10) and untold administrative expense calculating losses and determining if it can provide reimbursement to investors. And notably, notwithstanding its resources and the analysis supposedly done to pursue its claims, the SEC does not even handle the distribution process itself; rather, it outsources it, resulting in a drain of those funds and a windfall to third parties.[1] There is no reason that the SEC should be permitted to upend what should be the process: given the shift in the law on disgorgement, the SEC should be required to provide identification of investor losses *in order to obtain a disgorgement order.* That is the procedure that, it appeared, this Court initially envisioned, and it is a reasonable and proper means by which to ensure adherence to the Supreme Court's decision that disgorgement is permissible only if used to reimburse harmed investors.

---

[1] The Court should bear in mind that the SEC is perfectly able to conduct the Blue Sheeting analysis (see ECF 538 at 8) to identify the potential categories of investors' loss including identifying losses from purchases and sales as well as offsetting those by the investors' gains. While it may want to then retain somehow to handle the distribution process, that is no excuse for failing to provide to the court the data regarding amounts of investor loss *at the time that it seeks an order of disgorgement.*

2

These are issues that will be raised in the appeal from the judgments in this case and those issues should be resolved before the SEC is permitted to move forward with a process that arguably places the cart furlongs ahead of the horse.

Dated: September 16, 2024

/s/ Maranda E. Fritz

MG+M THE LAW FIRM

By: /s/ Timothy J. Fazio
Timothy J. Fazio
125 High Street
Oliver Street Tower
Boston, MA 02110
Tel: 617 670 8635
Email: TFazio@mgm.law

MARANDA E. FRITZ PC

By: /s/ Maranda E. Fritz
Maranda E. Fritz (*pro hac vice*)
521 Fifth Avenue, 17th Floor
New York, New York 10017
Tel: 646-584-8231
Email: Maranda@fritzpc.com

3

A4194

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that the foregoing was filed through the Electronic Court Filing system on September 16, 2024, and a copy thereof will be sent electronically to the registered recipients and counsel of record as identified on the Notice of Electronic Filing.

*/s/ Maranda Fritz*
Maranda E. Fritz

4

A4195

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

   v.                                                          Case No. 1:21-cv-11276-WGY

FREDERICK L. SHARP, ZHIYING
YVONNE GASARCH, COURTNEY
KELLN, MIKE K. VELDHUIS, PAUL
SEXTON, JACKSON T. FRIESEN,
WILLIAM T. KAITZ, AVTAR S.
DHILLON, and GRAHAM R TAYLOR,

                Defendants.

## DEFENDANT YVONNE GASARCH'S MOTION FOR JOINDER

Defendant Yvonne Gasarch hereby moves to joint in  Defendants Paul Sexton's and

Jackson Friesen's Oppositions to Motion for Fair Fund (ECF Nos. 540 and 541).   Ms. Gasarch

specifically incorporates by reference the arguments contained therein.

                        Respectfully submitted,

                        YVONNE GASARCH

                        By her counsel:

                        */s/ Karen A. Pickett*
                        Karen A. Pickett (BBO #633801)
                        Pickett Law Offices, PC
                        125 High St., 26th Floor
                        Boston, MA  02110
                        617.423.0485
                        kpickettlaw@gmail.com

A4196

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 16, 2024, I filed the foregoing via the Court's ECF system, which electronically serves a copy on all counsel of record.

<u>*/s/ Karen A. Pickett*</u>
Karen A. Pickett

A4197

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

   v.

FREDERICK L. SHARP, ZHIYING
YVONNE GASARCH, COURTNEY
KELLN, MIKE K. VELDHUIS, PAUL
SEXTON, JACKSON T. FRIESEN,
WILLIAM T. KAITZ, AVTAR S.
DHILLON, and GRAHAM R TAYLOR,

                Defendants.

Case No. 1:21-cv-11276-WGY

### DEFENDANT COURTNEY KELLN'S NOTICE OF JOINDER

Defendant Courtney Kelln hereby provides notice that she joins in Defendants Paul

Sexton's and Jackson Friesen's Oppositions to Motion for Fair Fund (ECF Nos. 540 and 541).

In addition to joining the jurisdictional and other arguments made therein, the Motion for Fair

Fund should also be denied because it improperly seeks to contribute monies collected from her

toward a case to which she is not a party, *U.S. v. Knox*, No. 1:18-cr-10385-1-NMG (D. Mass.).

                Respectfully submitted,

Dated: September 16, 2024

                */s/ Frank Scaduto*
                Frank Scaduto (BBO #663430)
                WILEY REIN LLP
                2050 M Street NW
                Washington, DC 20036
                Tel.: 202.719.7000
                Fax: 202.719.7049
                fscaduto@wiley.law
                *Counsel for Defendant Courtney Kelln*

A4198

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 16, 2024, I filed the foregoing via the Court's ECF system, which electronically serves a copy on all counsel of record.

/s/ Frank Scaduto
Frank Scaduto

A4199

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                           Plaintiff,<br><br>    v.<br><br>FREDERICK L. SHARP, ZHIYING YVONNE GASARCH, COURTNEY KELLN, MIKE K. VELDHUIS, PAUL SEXTON, JACKSON T. FRIESEN, WILLIAM T. KAITZ, AVTAR S. DHILLON, and GRAHAM R TAYLOR,<br><br>                        Defendants. | Case No. 1:21-cv-11276-WGY |

**DEFENDANT MIKE K. VELDHUIS'S**
**NOTICE OF JOINDER AND RESPONSE TO MOTION**

Defendant Mike K. Courtney Kelln hereby provides notice that he joins in Defendants

Paul Sexton's and Jackson Friesen's Oppositions to Motion for Fair Fund (ECF Nos. 540 and

541).

In addition to joining the jurisdictional and other arguments made therein, the Motion for

Fair Fund should also be denied because it improperly seeks to contribute monies potentially

collected from him to compensate persons alleged to be victims in a case to which he is not a

party, *U.S. v. Knox*, No. 1:18-cr-10385-1-NMG (D. Mass.).

Finally, defendant Veldhuis also notes, as did defendant Sexton, that the proposed order

sought by plaintiff Securities and Exchange Commission ("SEC") is dramatically narrower in

scope and effect than the arguments presented in the supporting motion papers filed by the SEC.

By including those over-reaching and unnecessary arguments concerning the "framework" for a

A4200

potential future distribution plan, counsel for the SEC appears to be seeking a stealth "law of the case" ruling from the Court concerning the future "framework" for a Fair Fund in this case. This Court should reject any such attempt to pre-empt a full hearing on whether or not the SEC can establish by a preponderance of the evidence the identity of any persons who suffered any losses as a result of any actions by the defendants in this action. Instead, this Court should deny the SEC's motion without prejudice – there is simply no need to set the Fair Fund administrative wheels in motion at this time.

Dated: September 16, 2024

SHER TREMONTE LLP

By: ___/s/ Robert Knuts_____
　　　　　　Michael Tremonte *(pro hac vice)*
　　　　　　Robert Knuts *(pro hac vice)*
　　　　　　Katie Renzler *(pro hac vice)*
　　　　　　90 Broad Street, 23rd Floor
　　　　　　New York, New York 10004
　　　　　　Tel: 212.202.2600
　　　　　　Email: rknuts@shertremonte.com

A4201

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 16, 2024, I filed the foregoing via the Court's ECF system, which electronically serves a copy on all counsel of record.

<u>*/s/ Robert Knuts*</u>
Robert Knuts

| 545 | 09/18/2024 | Judge William G. Young ELECTRONIC ORDER entered: Well aware that this case is on appeal, the Court makes the indicative ruling that, if the jury's verdict is affirmed, the Court intends to allow the Fair Plan motion in its entirely, save only that, if the funds presently ordered disgorged exceed the sum of the identified claimants claims, such funds shall be retained by the SEC subject to further order of the Court. (Paine, Matthew) (Entered: 09/18/2024) |  |

**EXHIBIT**

**Friesen 26**

```
------Original Message------
From: 4
To: 66
To: 2
Subject: Re:
Sent: Mar 6, 2013 12:35 PM
```

Yes.  But we need to provide brack with the direction.
```
------Original Message------
From: 66
To: 4
To: 2
Subject: Re:
Sent: Mar 6, 2013 9:29 AM
```

I'm on it, just now got the word docs from jordan, my only priority until its done.

Did 2 mention the header idea? Like a note or letter update from endorser?
```
------Original Message------
From: 4
To: 66
To: 2
Subject: Re:
Sent: Mar 6, 2013 12:28 PM
```

Let's get that oryn copy done.
```
------Original Message------
From: 66
To: 2
To: 4
Subject: Re:
Sent: Mar 6, 2013 6:54 AM
```

They asked me to, but I never did either, told Tom I was waiting on a call "with my team" then I get a bbm from ian at like 1130 est saying press at 6am....didn't see it till I woke up...
```
------Original Message------
From: 2
To: 66
To: 4
Subject: Re:
Sent: Mar 6, 2013 9:52 AM
```

I didn't
```
------Original Message------
From: 66
To: 2
To: 4
Subject:
Sent: Mar 6, 2013 6:52 AM
```

Who authorized press on oryn?  That could have been stretched into multiple PR's....considering we get none....

**EXHIBIT**

**14**

21-cv-11276-WGY

ARTH | Arch Therapeutics

**EXHIBIT**

**Friesen 17**

Page 1 of 19



Special Report | Summer 2013

# Ian Cooper's Speed Retirement System
### Inside the New Technologies Revolution

## A breakthrough discovered at the Massachusetts Institute of Technology...

# This may be the most important medical discovery in decades *and it could earn you a fortune!*



04:11

Blood loss is among the leading cause of surgical complications. This newly developed technology from MIT (Massachusetts Institute of Technology) stops surgical bleeding in seconds. It's a discovery could be worth a fortune and only one company has it:

## Arch Therapeutics (OTCBB: ARTH)

# This game-changing product could ultimately disrupt a $32 billion

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

http://arthreport.com/

**EXHIBIT**

**16**

21-cv-11276-WGY

C000159

7/8/2013 John Sazegar

SEC-FINRA-E-0012221

# market and propel ARTH to stunning highs.

## Expect 300% to 500% gains in 2013 and much more over the long term.

**Arch Therapeutics holds exclusive license to a medical breakthrough that could**

✓ Save countless lives,

✓ Save billions in medical costs and

✓ Propel ARTH into medical investing record books.

## Get some money on the table now...this can be big!

**To the Informed Investor:**

Medical breakthroughs often become huge moneymakers for ground-floor shareholders, but nothing I've seen in recent memory is as far-reaching as this.

The stock I recommend for immediate consideration is **Arch Therapeutics (OTCQB: ARTH)**.

Within months, **Arch Therapeutics** could become the most talked about medical company on the planet and its stock, **ARTH**, could be selling three- to five-times what you can get in for today.

The reason is simple.

*Arch Therapeutics is preparing to release a ground-breaking new medical product that could benefit the entire global population.*

*Yes, I mean everyone, over seven billion people in a market exceeding $32 billion!*



**BUY ALERT!**

**ARCH THERAPEUTICS**

Company: **Arch Therapeutics**
Symbol: **OTCQB: ARTH**
Initial offering: **$1.00**
Early Growth: **$3.00**
Long Term: **$20+ on global roll-out or IP acquisition**

Arch Therapeutics (ARTH) could revolutionize a $32 billion global market in wound management. Its exclusive new product could rapidly grab a 30% to 50% share of market and its stock price could soar to $20 or more!

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

http://arthreport.com/

C000160

7/8/2013 John Sazegar

SEC-FINRA-E-0012222



**This revolutionary medical product, called AC5™, is reported to do one thing better than anything else on the market today....**

**When applied to an incision or wound, AC5™ stops the bleeding and seals the wound almost instantly.**

Bleeding is a fact of life, yet despite all the medical advances made in our lifetimes, bleeding control has stayed largely unchanged for over 100 years.

Recently however, researchers at the Massachusetts Institute of Technology (MIT) developed a breakthrough for bleeding control.

One noted surgeon calls AC5™ the *"Holy Grail"*. Another calls it a *"gamechanger"* that he would use in *"80% of my cases."*



AC5™ top and side view

**From an investor's point-of-view, ARTH is one of the best growth opportunities I've seen in years; *I urge you to act on this immediately!***

# This is a pivotal time for investors to move on ARTH. From here on in...

➤ All progress to market amplifies **ARTH** growth potential.

➤ Every announcement carries significant potential for share price gains.

➤ By the end of the year, **ARTH** could be a $3.00 to $5.00 stock and climbing.

➤ Longer term, **ARTH** could be a $20 stock or better either through global market gains or acquisition by a major such as Johnson and Johnson, maker of Band-Aid® products.

The lengthy research and development phase is complete; **Arch Therapeutics** now enters the final phases that lead to market release. Closing in fast, this opportunity is one to act on immediately.

*In my view, this is a slam-dunk for biotech investing.*

# An urgent investment opportunity

This is such a revolutionary product, a real game-changer, that news of AC5™ and **Arch Therapeutics** could spread like wildfire through medical and investment communities.

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

http://arthreport.com/

C000161

7/8/2013 John Sazegar

SEC-FINRA-E-0012223

If you are thinking of getting **ARTH** into your portfolio at today's bargain price, then make your move immediately. These may be the final moments of **ARTH** as a ground-floor investment.

As soon as investors get wind of this, I anticipate a flood of buying that could get started at any time now.

Currently trading around one dollar, the short-term potential for **ARTH** to hit the $3.00 to $5.00 mark can be driven by a cascade of post-R&D developments.



At this point, key milestones toward product release can **add new value to ARTH shares. This is the inflection point where ground-floor shareholders can expect significant leaps in share prices.**

Experienced biomedical investors will tell you that the very best time to maximize the profit potential of your buy is at the point where the company moves from pre-clinical trials to the final clinical trials that lead to regulatory approval and marketing. I strongly recommend that you make your move on ARTH as soon as possible. Two key facts drive that recommendation:

1. Arch Therapeutics' AC5 is a breakthrough that if approved by regulators stands to skyrocket into hospitals worldwide.
2. AC5 is also classified as a "medical device" so regulatory approval can move much faster than pharmaceuticals.

# Nothing like it for bleeding control

**Arch Therapeutics' AC5™** is an incredible product, a gel composed of common peptides that when applied to a wound (surgical or trauma) instantly forms an organic mesh that stops the bleeding in seconds.

Medical professionals and surgeons are already clamoring for AC5™ by recognizing the enormous positive impact it offers in surgical procedures. AC5™ could completely change how surgeons control bleeding.

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

http://arthreport.com/

C000162

7/8/2013 John Sazegar

SEC-FINRA-E-0012224

A4208

# Here's how AC5 works and why it might quickly become the most widely used bleeding control and wound sealant on the planet.

The investment potential in ARTH ranks among the best I've seen. This product, AC5, may soon have a place in every one of the billions of first aid kits sold worldwide.



Bleeding is a common surgical challenge that presents significant additional risks to the patient, especially in procedures where profuse bleeding can be expected.



AC5 is a gel that can be easily applied. It is simply squirted onto the incision (or the wound in the case of trauma). There are no special procedures or prep required.



AC5 rapidly creates a physical barrier in the nooks and crannies of the tissue and promptly stops bleeding and fluid leaks.



Once the incision heals, AC5™ is naturally absorbed and passes from the body.

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

http://arthreport.com/

C000163

7/8/2013 John Sazegar

SEC-FINRA-E-0012225

A4209



Bleeding control consumes 30% to 50% of time and resources in surgical procedures. **Arch Therapeutics' AC5™** stops bleeding almost instantly clearing the way for better procedures, better outcomes and significantly lower costs. Because it is transparent, doctors can see through as they work, performing what **Arch Therapeutics** has dubbed, **"Crystal Clear Surgery."**

# A $4 billion market today projected to hit $7 billion over the next four years!

Right out of the gate, **Arch Therapeutics'** AC5™ promises to dramatically impact this rapidly growing market. Many, if not most of the bleeding control products currently in use are fraught with problems that AC5™ addresses and eliminates.

> *"The hemostasis market is clearly in search of products that work better, faster, and more reliably. AC5™ is designed to do that. Arch believes its products will be significantly superior to what is currently available."*

Once AC5™ establishes its foothold in the operating room, its use can go viral. Initial revenue could quickly pass $550 million annually. Adjusted to market growth, that's a billion dollar in revenue for Arch Therapeutics...and that's just from surgical procedures.

Its full potential as a wound care product could propel **Arch Therapeutics** revenue into tens-of-billions! (More about that in a moment!)

> *"According to MedMarket Diligence, LLC, approximately 114 million surgical and procedure-based wounds occur annually*

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

C000164

7/8/2013 John Sazegar

SEC-FINRA-E-0012226

A4210



*worldwide, including 36 million from surgery in the US, all of which can benefit from sealants and hemostatic agents."*

# A stealth move into European surgeries first...with American surgeries next on the list!

**Arch Therapeutics** plans introducing AC5™ to Europe first, where faster approval processes could have surgeons using it within a year. Reports of improved procedures and outcomes should quickly push AC5™ into American surgeries.

# Expect bigger push from the guys who pay the medical bills: health insurers and government agencies.

Bleeding complications are leading causes for extended hospitalization time and poor patient outcomes, costing billions that could be virtually eliminated with the use of Arch Therapeutics' AC5™.

> ➤ In surgery, **bleeding consumes 30% to 50% of the resources needed** to complete the procedure. AC5™ could cut that to near zero.

> ➤ Bleeding accounts for more in-surgery complications than any other cause.

> ➤ Complications of bleeding trigger significantly longer hospital stays and more time spent in intensive care.

> ➤ It exposes patients to the high risk of blood transfusions needed to maintain blood volume.

> ➤ Tragically, it also accounts for more negative patient outcomes and deaths.

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

C000165

http://arthreport.com/

7/8/2013 John Sazegar

SEC-FINRA-E-0012227

The following charts[1] show the impact that bleeding complications have on the average time in hospital intensive care (ICU) and overall length-of-stay (LOS)[2].



This chart compares the average length of stay in hospital intensive care (ICU) and overall length-of-stay (LOS) for surgical procedures with bleeding complications (red bars) and without bleeding complications (blue bars).



Carrying the length of stay data to overall costs, the financial impact of bleeding complications can as much as double the final cost of a surgical procedure to the insurance provider.

1. BMC Health Services Research | Impact of Bleeding-related Product Transfusions on Hospital Costs in Inpatient Surgical Patients

2. These data and charts do not show outcomes with and without the use of AC5™. However, it is clear to me that bleeding complications are having an enormous impact on the cost of medical procedures. A better, more effective solution (think AC5™) can have an enormous impact on these figures.

Bleeding complications can double or triple of days in ICU and length of stay in hospital care. The impact on medical costs is equally stunning, pushing costs to double a normal procedure.

My conclusion is that AC5™, once released to the medical world, can rapidly reduce the risk and expense of bleeding management and

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

C000166

7/8/2013 John Sazegar

SEC-FINRA-E-0012228

A4212

greatly improve patient outcomes. As an investment, I rarely see an opportunity this good.

# Clinical tests conclusively show that AC5™ stops blood flow in seconds rather than minutes… up to 30-times faster in many applications!

The chart below shows how quickly AC5™ stops bleeding. The barely discernable green bars illustrate the time required for AC5™ to achieve hemostasis (bleeding stopped) compared to the control times in red.



To surgeons, these can be stunning figures. Bleeding stopped in 10 seconds rather than five minutes…that can be a life in some situations.

Keep in mind, medical developments are among the most keenly watched sectors on Wall Street. Professional investors recognize that the time to move on a promising new product is before regulatory approval, not after.

**You are definitely hearing about ARCH at the right time.**

# HERE'S WHERE THIS GETS REALLY BIG

AC5™ is an entirely new solution to wound care with clear potential for global use…and for buyout!

For decades, wound management has seen nothing new come to market, only a few specialty products for unique situations and limited application.

Despite the dearth of innovation, wound management and bleeding control is a *__massive $32 billion market projected worldwide to near $40 billion mid-decade!__*

Enter **Arch Therapeutics** and AC5™. As a spray-on wound care product, AC5™ could dominate this space. Bandages, sutures, wound closure products…all face sharp sales losses, if not obsolescence, once AC5™ enters market.

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

C000167

7/8/2013 John Sazegar

SEC-FINRA-E-0012229

A4213

# So simple, anyone can use it!

Arch Therapeutics reports that AC5™ can be "squirted or sprayed" onto the wound site, immediately stopping bleeding and sealing the wound.



**At Home:** It could replace every bandage in your medicine chest. Just spray it on; bleeding stops and the wound is sealed. Carry AC5™ anywhere; use it any time.



**On the Scene:** AC5™ could be a life-saver at the scene of a crisis. For a bleeding accident victim blood loss can be controlled faster and more effectively than gauze dressing and compression.



**In the military:** Bleeding is the leading cause of death on the battlefield. AC5™ could become standard issue to every soldier and become one of the vital life-saving tools in a medic's first aid pack.

# When you look at the global reach and numbers for AC5™, it could be the fastest growing medical product to be introduced in decades!



7+ billion on the planet and every one of us bleeds. Arch Therapeutics couldn't ask for a bigger market!

The ubiquitous **Band-Aid®** is a Johnson & Johnson's heritage products. **AC5™** in broad distribution could render it all but obsolete. About time too! Band-Aid has been the go-to solution for nearly 100 years!

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

http://arthreport.com/

C000168

7/8/2013 John Sazegar

SEC-FINRA-E-0012230

A4214



## The Common bandage:
## 100-years-old and soon-to-be
# OBSOLETE!

As an easily applied spray or ointment, AC5™ could entirely disrupt the enormous $32 billion global market for wound management products.

✓ In everyday life, it could replace the bandages in your medicine chest.

✓ In the operating room, accident scenes and battlefield, it could save lives.

✓ And if you act on this now, it could be one of the best investment decisions of your life.

## ARTH has buy out potential written all over it!

My guess is that someone big is going to take **ARTH** out, paying an enormous premium to own this exciting new technology.

Top of my acquisition prospect list is **Johnson & Johnson (JNJ)**.

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

http://arthreport.com/

C000169

7/8/2013 John Sazegar

SEC-FINRA-E-0012231

A4215

AC5™ has the potential to demolish JNJ sales in its wound-care products. This includes its heritage brand, Band-Aid, which along with all its products in consumer wound care category generated $1 billion in sales for JNJ last year.

And that's just JNJ. Hundreds of companies operate in this space, and every one of them face enormous challenges from **Arch Therapeutics** advancing AC5™ from surgical to tertiary health care and consumer markets.

## A feeding frenzy for new medical technology!

*A partial list of important medical device acquisitions that have recently closed!*

| DATE | TARGET COMPANY | PRICE ($) |
|---|---|---|
| Apr-08 | LifeCell Tech | $1.7 billion |
| Jun-11 | Advanced Biohealing | $750 million |
| Jan-12 | SuperDimension | $300 million |
| Jan-12 | Kinetic Concepts | $6.3 billion |
| Mar-12 | Zoll Medical | $2.2 billion |
| Apr-12 | Oridion Systems | $346 million |
| Apr-12 | Gen-Probe | $3.8 billion |
| Apr-12 | Pall (blood filtering unit) | $551 million |
| Apr-12 | Becton Dickinson Lab-ware | $730 million |
| May-12 | Dako | $2.14 billion |
| Jun-12 | BSN Medical | $2.27 billion |
| Jul-12 | Aspen Surgical | $400 million |
| Jul-12 | One Lambda | $925 million |
| Nov-12 | Healthpoint Biotherapeu-tics | $782 million |
| Jan-13 | Trauson Holdings | $764 million |

*Breakthrough health care products are highly prized for companies seeking innovation and sales growth.*

## Top buyout prospects for Arch Therapeutics include:

### Johnson & Johnson

JNJ operates an enormous medical products division, which includes products (beyond just Band-Aids) that would face significant market share challenges from AC5™.

With market penetration already in place, plus a preexisting and aggressive strategy for acquiring promising new medical technologies, JNJ is my #1 pick as a potential buyer.

### Abbott Labs

Among the leading products from Abbott are Vascular: stents, vessel closure devices, and other vascular technologies. AC5™ could be a natural fit in this product mix.

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

http://arthreport.com/

C000170

7/8/2013 John Sazegar

SEC-FINRA-E-0012232



## Boston Scientific

A worldwide developer of medical devices used in a range of specialties, including cardiac and vascular surgery. Boston Scientific is best known for the Taxus Stent, a drug-eluting stent which is used to open clogged arteries.

You need to stay ahead of this by making your moves now.

## Six key reasons why you can expect Arch Therapeutics AC5™ product to be quickly adopted by surgeons worldwide.

### From Arch Therapeutics:

①  **AC5™ can make surgery and interventional care faster and safer** by reducing bleeding and stop leaking from organs during procedures.

②  First introduction of AC5™ will be in the surgical environment where AC5™ can be used to **stop profuse bleeding promptly**.

③  AC5™ is shown to be **simple, safe and effective in animal trials and is expected to enter human trials shortly**.

④  Versatile and fast acting, AC5™ can be especially **valuable in laparoscopic surgeries**.

⑤  It is non-sticky, transparent (can operate through it), and can be administered with readily available instruments. In its ultimate product form, **it could be administered as easily as a spray or salve, readily accessible to anyone.**

⑥  **Inexpensive to manufacture**, AC5™ could rapidly achieve significant market presence in the United States and Europe. It could quickly scale up to its global market potential.

CONFIDENTIAL TREATMENT REQUESTED BY FINRA
http://arthreport.com/

C000171

7/8/2013 John Sazegar

SEC-FINRA-E-0012233

A4217

# A stellar team medical researchers and practitioners developed AC5™ and will now direct its market debut through Arch Therapeutics.

The people behind AC5™ are as good as it gets. Most are MDs or PhDs with impressive medical, academic, and surgical careers and world-wide fame. I believe this team was a key factor in landing the exclusive license for AC5™, beating out numerous competitors vying for the technology.

### Avtar Dhillon, MD;
*Chairman*



Dr. Dhillon is the former President & Chief Executive Officer of Inovio Pharmaceuticals, Inc. He has rich experience in several deals that include global giants, Merck and Wyeth (now Pfizer).

### Arthur Rosenthal, PhD;
*Director*



Dr. Rosenthal is a leading expert in medical technology, successfully commercialized hundreds of unique medical products over 37 years in senior R&D roles for medical technology companies

### Terrence W. Norchi, MD;
*President, CEO, Director, Co-Founder*



Dr. Norchi was the lead portfolio manager of the world's second largest healthcare mutual fund and the US pharmaceutical analyst while at Putnam Investments.

### Steven A. Kates, PhD;
*VP of Technology*



A world leading chemist and industry expert in peptide design and manufacture in the biopharmaceutical industry.

### William M. Cotter;
*Chief Operating Officer*



30 years of operational experience in Medical Devices, Diagnostics, Biologics and Life Science companies, including Johnson & Johnson.

### Elaine Whitmore, PhD;
*VP of Regulatory Affairs*

25 years of extensive experience in regulatory planning and strategy for medical products, including hemostasis and tissue adhesion prevention products.

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

http://arthreport.com/

C000172

7/8/2013 John Sazegar

SEC-FINRA-E-0012234

A4218



### Roger Gregory, PhD;
*Scientific Advisor*



A physical biochemist with over 30 years of experience in protein chemistry and analysis. He is Professor of Chemistry and Biochemistry at and former Chair of Chemistry Dept. at Kent State University.



### Victor Garsky, PhD;
*Scientific Advisor and Consultant*



35 years in the pharmaceutical and biotechnology with Wyeth Laboratories, Bachem California, and most recently 25 years with Merck Research Laboratories where he headed the Peptide Synthesis Laboratory.

### William T. Denman, MBChB, FRCA;
*Medical Advisor*

Massachusetts General Hospital Anesthesiologist, Clinical Trial Investigator; Past Chief Medical Officer of Covidien, Chief Medical Officer at GE



### Sharon O'Kane, PhD;
*Scientific Advisor*

Served as Chief Scientific Officer and Director at Renovo and holds over 300 company patents and applications.



### Floyd D. Loop, MD;
*Past CEO, Cleveland Clinic ('89-'04); Cardiothoracic Surgeon.*



Dr. Loop is a distinguished cardiothoracic surgeon and former chief executive of The Cleveland Clinic. He has earned an international reputation in coronary artery surgery performing 12,000 open-heart operations and authoring 350 papers on cardiovascular surgery.

### Steve Schwaitzberg, MD, FACS;
*Past President of SAGES, Surgeon.*

Chief of Surgery at Cambridge Health Alliance, adjunct professor at Tufts University, and Visiting Associate Professor at Harvard Medical School.



CONFIDENTIAL TREATMENT REQUESTED BY FINRA

http://arthreport.com/

C000173

7/8/2013 John Sazegar

SEC-FINRA-E-0012235

A4219



Healthcare. Currently practices at Massachusetts General Hospital with academic affiliation at Harvard Medical School.



**Jeremy Ollerenshaw, PhD;**
*Scientific Advisor*



Technical Leader in Research and Engineering Department, Kimberly-Clark Health Care. 11 years in academic medical research at the University of Leicester in the UK and at Emory University in Atlanta, where he was Instructor in Medicine.

**ARTH** is a stock that could readily triple in weeks... but longer term, AC5™ technology is so revolutionary that it could soar to stunning heights I can only imagine at this stage.

# I recommend ARTH as an immediate and aggressive buy.

### If you can get in for under $2.00, I recommend that you do so immediately.

I see ARTH as one of the best finds of my career, a potential blockbuster for shareholders as well as being a top-tier medical breakthrough that could one day save your life.

***Don't miss this one.***

# What YOU Should Consider Now

Learn more about **Arch Therapeutics, (ARTH)** by visiting their website at www.archtherapeutics.com

### Go online now or call your discount broker to invest in Arch Therapeutics, (ARTH).

Join the hundreds of investors who are profiting from my **Speed Retirement System** and receive my buy, hold and sell recommendations on **ARTH** and other stocks.

# A company like Arch Therapeutics and its stock can rise on its own merits, in ARTH's case substantially...

### ...and here's how to find more gains with my Speed Retirement System strategy:

**BUY ALERT!**



**Company: Arch Therapeutics**

**Symbol: OTCQB: ARTH**

**Initial offering: $1.00**

**Early Growth: $3.00**

**Long Term: $20+ on global roll-out or IP acquisition**

Arch Therapeutics (ARTH) could revolutionize a $32 billion global market in wound management. Its exclusive new product could rapidly grab a 30% to 50% share of market and its stock price could soar to $20 or more!

It's vital you don't miss my up to the minute buy-sell and hold alerts that have helped investors just like you start seeing their retirement dreams realized in as little as 5 short years. Here's how.

## Speed your way to retirement in as little as 5 years?

I've been helping investors make money for nearly 15 years- when the economy was booming...crashing...or dead flat.

Since 2007, the year I first started documenting my trades, I've averaged 76.2% profits. My average net gain is 32%, and that includes all the losers.

In fact, if you'd had access to my trades since 2007, you could have turned $10,000 into $2.2 million, just by putting 10% of your portfolio into every one of my trades.

If you just did what I did, you'd be retired by now.

So what do you do? The answer is a simple strategy that makes the Speed Retirement System so successful— Hyper-Compounding.

With hyper-compounding you simply take your gains (just your gains!) from one position and reinvest it in the next position. The money you make goes right back to work for you, and you make more and more money each time, reinvesting and compounding your gains. It's simple and dramatically lowers your risk.

## So let's see how hyper-compounding's less risky approach works in the real world. What happens if you invested 10% of your portfolio per trade each time I made a recommendation?

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

http://arthreport.com/

C000175

7/8/2013 John Sazegar

SEC-FINRA-E-0012237

A4221

- In 2008, you would have turned **$10,000 into $58,935.89** - a **589% return** while only risking a reasonable portion of your portfolio!

- In 2009, my performance dropped and I only earned **280.3% on all my recommendations**. Still, if you followed my **trusted 10% rule**, along with my hyper-compounding method, you would have still finished the year with $165,191.32.

- In 2010, I bounced back despite having 24 losers for the year my winners were strong enough to produce a **426.3% gain** overall turning your **$10,000 account into $538,979.90** in pure profit.

- In 2011 I produced a **412.4% return**. Chances are that's a lot better than what your portfolio has performed over the same time period.

But if you look at my track record, you know that I also have some pretty big losers too. So losses are always possible.

## My answer to that is... when you win 76.2% of the time... you follow a hyper-compounding strategy... and you manage your money properly... so that your winners not only cancel out your losers...

# They put you WAY AHEAD!

Just imagine getting monthly income checks from your portfolio by the end of the third year. They're $10,739... $25,982...$57,753... or more.

All from a modest $10,000 account when you started-without adding any more money to the portfolio outside of the returns you generate!

Get started on a system that has proven successful almost 76.2% of the time turning $10,000 into $2.2 million in just 5 years—whether the market was up, down or sideways.

To learn more about my money-making strategies and invetment recommendations, visit my website at: marketauthority.com/speed-retirement/join/

To a prosperous nest egg,

*[signature]*

Ian Cooper
*Speed Retirement System*

Endorser/Publisher IMPORTANT NOTICE AND DISCLAIMER: Market Authority, Inc., and Ian Cooper expect to receive future subscription revenues, the amount of which is not known at this time, with respect to the publication of this Advertisement. No representation is made that actual purchases and sales were made at any prices that may be stated herein. Facts stated in this article were supplied to endorser from third-party sources. Ian Cooper has been compensated $10,000 by Advantege Media Group for endorsing this product, and Market Authority has been paid a $25,000 by Advantage Media Group for sending out this advertisement. This compensation constitutes a conflict of interest as to our ability to remain objective in our communication regarding the profiled company. Because of this conflict, individuals are strongly encouraged to not use this newsletter as the basis for any investment decision. MARKET AUTHORITY AND ENDORSER OWN NO SHARES, OPTIONS, OR WARRANTS in the security that is the subject of this advertisement, and Company policies are in place that preclude such ownership. While all

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

http://arthreport.com/

C000176

7/8/2013 John Sazegar

SEC-FINRA-E-0012238

A4222

information is believed to be reliable, it is not guaranteed by us to be accurate. Individuals should verify by their own independent research all of the claims made in this advertisement. Neither Market Authority nor any endorser of this product is responsible for errors or omissions. Neither Market Authority nor Endorser claim any special expertise or knowledge regarding the described industry. Endorser has not taken any steps to ensure that the securities referred to in this report are suitable for any particular investor. Be extremely careful, because investing in securities carries a high degree of risk; you have a very real risk of losing some or all of the investment, or not making the profit from you investment that you expect. The advertised company's financial position and all other information regarding the company should be independently verified directly with the company, which is the best source of comprehensive information. Additional information about many publicly traded companies and other investor resources can be found at the Securities and Exchange Commission's website at www.sec.gov. The price and value of the securities mentioned in the endorsement can fall as well as rise, and may have a high level of volatility. High volatility securities may experience sudden and large falls in their value, leading to losses. High volatility investments may also be difficult to sell. Investing in securities is speculative and carries risk, including the risk of losing your original investment. It is recommended that any investment in any security should be made only after consulting with your investment advisor and only after reviewing all publicly available information, including the financial statements of the company. This mailing piece is not intended to be, nor should it be construed as, an offer to sell or a solicitation of an offer to buy securities, nor should it be construed as the provision of any investment-related advice or services tailored to any particular individual's financial situation or investment objective(s). Market Authority, Inc. is not an investment advisor, nor does it offer brokerage services. Your decision to make the investments represented in this advertisement may benefit the company through continued advertising revenue and subscriptions, but Market Authority does not earn or accept any commission directly from the companies described in any of its promotional materials. Market Authority and the publisher of this newsletter are independent companies offering impersonalized investment-related research to readers and/or prospective readers and is not an investment adviser. As such, it relies upon the "publisher's exclusion "as provided under Section 202(a) (11) of the Investment Advisers Act of 1940 and corresponding state securities laws. All information we present is to be reliable, but its accuracy cannot be guaranteed. Additionally, it includes forward-looking statements and information within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934, including statements regarding expected growth of the featured company. Any statements that express or involve discussions with respect to predictions, expectation, beliefs, plans, projections, objectives, goods, assumptions or future events or performance may be forward-looking statements. The forward-looking statements contained herein (which include all statements other than historical information) involve significant uncertainties. Factors that could cause actual results to differ from the results or implied in forward-looking statements include: the size and growth of the market for the Company's products, the Company's ability to fund its capital requirements in the near term and in the long term, pricing pressures for the Company's products and services, the Company's ability to obtain needed resources, and the local, regional and global markets. Forward-looking statements are based on expectations, estimates and projections at the time the statements are made that involve a number of risks and uncertainties that could cause actual results or events to differ materially from those presently anticipated. Past performance does not guarantee future results. There is no guarantee that past results are indicative of future performance.

**Third Party Advertiser/Advertising Agency IMPORTANT NOTICE AND DISCLAIMER:** Advantage Media Corp., the third party advertiser, has paid $390,000 USD and is expected to pay an additional $400,000 to Full Service Media, LLC (FSM) as of June 20, 2013 for this advertising effort in an effort to build investor awareness. FSM shall retain any amounts over and above the cost of creating and distributing this email advertisement which advertises Ian Cooper's Speed Retirement System Newsletter coverage of Arch Therapeutics, inc., Advertising services include; production, outsourced advertising design services, online mailing and other related distribution services and digital advertising media placement costs. Advantage Media Corp., the third party advertiser, is a company based in Belize City, Belize. Advantage Media Corp. represents that it does not own any shares of Arch Therapeutics, Inc. (except for 2,500,000 shares of restricted stock) which Advantage Media Corp. will not sell, pledge or hypothecate or otherwise agree to dispose of for 90 days following the initial dissemination of this advertisement. Neither Advantage Media Corp., nor its affiliates will buy or sell any shares of Arch Therapeutics, Inc. during the period that this advertisement is being disseminated by FSM third party media vendors. This is sponsored advertising and does not purport to provide an analysis of the featured company's financial position, operations or prospects and is not to be construed as a recommendation or solicitation by FSM to buy or sell any security. FSM is a firm which refers and facilitates the services of third-party vendors and advertising related service providers to persons wishing to sponsor advertising featuring publicly-traded companies. FSM is not a financial analyst, investment advisor or broker/dealer. The services provided by FSM in connection with this advertisement are limited to the digital design of ad copy, the renting of distribution list(s), and managing the production and distribution of this advertisement. FSM is not responsible for the endorsement of this advertisement, which is the sole responsibility of Ian Cooper's Speed Retirement System Newsletter. Neither FSM nor its members have an ownership interest in Ian Cooper's Speed Retirement System Newsletter or any of its affiliates, and neither Ian Cooper's Speed Retirement System Newsletter nor its affiliates have an equity interest in FSM. Neither FSM nor its members will trade in the securities of Arch Therapeutics, Inc. FSM makes no warranties as to the accuracy of the content of this advertisement and expressly disclaims and assumes no liability for how readers may choose to utilize the content of this advertisement. Readers are strongly urged to independently verify all statements made in this advertisement and to perform their own due diligence on this or any other advertised company, including but not limited to consulting with a qualified investment professional and reviewing the publicly available financial statements of, and other information about Arch Therapeutics, Inc. You should also determine that an investment in Arch Therapeutics, Inc. company is appropriate and suitable for you. Arch Therapeutics, Inc. is traded on the OTCQB (trading symbol: ARTH). Its stock is registered under the Securities Act of 1933, as amended, and its periodic and other reports filed under the Securities Exchange Act of 1934, as amended, are publicly available from the Securities and Exchange Commission at its website at http://www.sec.gov. This website also contains general investor information about publicly-traded companies, advice to investors and other investor resources. Other investor resources are available from the Financial Industry Regulatory Authority through its website at http://www.finra.org. Many states have established rules requiring approval by the state securities administrator to permit sales of a security to its residents. Check with the North American Securities Administrators Association through its website at http://www.nasaa.org or call your state securities administrator to determine whether a particular security may be purchased by you as a resident of your state. Many companies have filed information with state securities regulators and many companies will supply prospective investors with additional information upon request. Investing in securities is highly speculative and carries a great deal of risk, especially as to newer companies with comparatively short operating histories and limited earnings This advertisement contains forward-looking statements regarding Arch Therapeutics, Inc. its business and prospects. Such forward-looking statements are within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, and are intended to be covered by the safe harbor provisions created by these laws. This advertisement may provide the addresses of or contain hyperlinks to outside or third-party websites, FSM has not reviewed any such websites and takes no responsibility for the contents thereof or any possible effects resulting from accessing any such websites. The contents of any such websites do not in eny way constitute a part of this advertisement. Accessing such websites or following any link shall be at your own risk.



CONFIDENTIAL TREATMENT REQUESTED BY FINRA

http://arthreport.com/

C000177

7/8/2013 John Sazegar

SEC-FINRA-E-0012239

A4223



Find out about **ARTH** before anyone else with this *FREE REPORT FOR SUBSCRIBERS ONLY*

### Ian Cooper's
# Speed Retirement System
*Inside the New Technologies Revolution*

Special Report
Summer 2013

# Arch Therapeutics (ARTH) to debut what may be the most important medical discovery in decades.



Their newly developed product, AC5™, "heals" a bleeding wound in seconds! This is a breakthrough product that can radically impact bleeding control in surgery, trauma care, even your child's scraped knee!

```
All totaled:
Arch Therapeutics (ARTH) is set to
totally disrupt a $32 billion
global market that hasn't seen a
major breakthrough in decades.

You can expect that when this news
reaches broad markets, ARTH shares
could soar 300% to 500% almost
immediately!
```

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

*John Sazager*
C000178
7/2/13

SEC-FINRA-E-0012240

A4224

Fellow Investor:

For decades, bleeding complications have been a major problem in surgery, often triggering life-threatening nightmares for surgeons, doctors and patients.

*That's not all.*

Bleeding control is essential trauma response, especially in the military where it is the number one cause of death on the battlefield.

Even at home, bleeding control from scrapes and cuts depends on a 100-year old approach that may soon be obsolete.

This breakthrough product from **Arch Therapeutics (ARTH)** could be worth a fortune to you, if you act immediately. Here's why.



**BUY ALERT!**

ARCH
THERAPEUTICS

Company: **Arch Therapeutics**
Symbol: **OTCQB: ARTH**
Initial offering: **$1.00**
Early Growth: **$3.00**
Long Term: **$20+ on global roll-out or IP acquisition**

Get Your FREE REPORT

## Arch Therapeutics is preparing its breakthrough bleeding control product, AC5™, for final phases to market... and I'm strongly recommending ARTH as an immediate buy.

## This may be your last chance to catch ARTH early.

The profit potential in **ARTH** today is simply enormous. If you're excited about catching a breakout early, you'll want to read my new online report right now. It reveals details how:

✓ **Arch Therapeutics gained exclusive licenses to** the product from the Massachusetts Institute of Technology......

✓ **Pre-clinical trials** confirmed its efficacy with stunning results...

✓ **It is now entering human trials to regulatory approval,** which is the pivotal point for ground floor investing...

✓ **A stellar team of world-renown medical researchers, surgeons and medical products specialists** are preparing to bring this product to market...

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

C000179

SEC-FINRA-E-0012241

 Surgeons are already calling this the **"Holy Grail"** that could be used in "80% of cases"...

 Its European introduction should accelerate regulatory approvals to explosive growth in America...

***And most important for investors...***

This is the <u>*entry point*</u> where **ARTH** <u>*remains off-radar*</u>, unknown to even seasoned biotech investors!

But with final phases of product trials and approvals underway, <u>***this won't last long!***</u>

## A buy now in ARTH can put you weeks ahead of a rush that could rapidly triple, even quintuple ARTH into the <u>*$3.00 to $5.00*</u> range this year.

Yes, that means you can still own ARTH shares for around a dollar!

*Don't expect that to last.*

**Arch Therapeutics** clearly qualifies as one of the best medical technology stocks I've uncovered in my career. The product is a genuine breakthrough, its uses are global, and the profit potential for shareholders is stunning.

You can get all the details on this emerging story through my new report. I urge you to read it now!

Yours for Profit,

*Ian L. Cooper* (signature)

Ian Cooper, Publisher
*Speed Retirement System Newsletter*

### New ARTH Report Available Here

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

C000180

SEC-FINRA-E-0012242

A4226

· Our Pre-Promotion Early Alert is on Extremely High Alert

## Our Pre-Promotion Early Alert is on Extremely High Alert Jul 04, 2013 21:47

| | | |
|---|---|---|
| Promoter: **Penny Stock Fanatics** | Paying Party: **UNKNOWN** | |
| Stocks covered: | Compensation: | |
| **ARTH** | Unknown compensation | Avg $ Volume for Period: |
| Max Profit: 5.83 % | Gain at close: 3.43 % | UNKNOWN |

**Watch the video to learn about the probability of () Chart Signal as of Jul 08 2013**



00:08                                                    02:31

Hotstocked Precision will calculate the probabilities of ()

| | |
|---|---|
| Rating: | ☆☆☆☆☆ |
| Size: | 656KB |
| Version: | 1.1 |
| Platform: | Win/Mac |
| Downloads: | 396,140 |



**FREE DOWNLOAD** ⬇

**STOP** **Important Disclaimer**

This page is a redisplay of an e-mail received that was most likely a paid promotional event. Hotstocked does not in any way agree or endorse the opinions expressed in the content of this e-mail nor have we verified the accuracy of any of the statements made. Hotstocked republishes this to serve as a reference for shareholders in the company.

*Michael Gunn's Legendary Early Stock Alerts and Penny Stock Promotion Trading System!*

👍 Like    🐦 Tweet    ↪ Forward

*Our New Early Stock Promo Alert is ARTH*

*ARTH is the Michael Gunn industry insider team's number 1 ticker on our pre-promotion stock list. ARTH is trading 8% above our initial alert 1 week ago. Furthermore, ARTH continues to trade like a typical pre-promotion ticker. Our insider sources have revealed some convincing intel that ARTH will likely be promoted*

CONFIDENTIAL TREATMENT REQUESTED BY FINRA
C000181

http://newsletter.hotstocked.com/newsletters/view/Our_Pre-Promotion_Early_...    7/8/2013 John Sazegar

SEC-FINRA-E-0012243

- Our Pre-Promotion Early Alert is on Extremely High Alert



by a mega stock promoter in the next few trading days
Keep ARTH number 1 on your watch list!

Still not sure how to trade stock promotions the correct way?

Then....

Check out Michael Gunn's "Get Rich Trading Penny Stock Promotions", an industry insider's top secret trading strategies!

Learn the ONLY available penny stock trading strategies tailored to penny stock promotions

You'll also receive our proprietary list of TOP 1 percent of stock promoters, the very best in the business, to follow on your own for FREE!

Click the Book to learn more!

GET RICH TRADING
PENNY STOCK PROMOTIONS

MICHAEL C. GUNN

Professionally,
Michael C. Gunn
Chief Publisher
PennyStockFanatics.com
*Disclaimer

CONFIDENTIAL TREATMENT REQUESTED BY FINRA
C000182



small size

Special Report | Summer 2013

# Speed Retirement System

*Inside the New Technologies Revolution*

**A breakthrough discovered at the Massachusetts Institute of Technology...**

# This may be the most important medical discovery in decades *and it could earn you a fortune!*

Blood loss is among the leading cause of surgical complications. This newly developed technology from MIT (Massachusetts Institute of Technology) stops surgical bleeding in seconds. It's a discovery could be worth a fortune and only one company has it:

Arch Therapeutics (OTCBB: ARTH)

## This game-changing product could ultimately disrupt a $32 billion market and propel ARTH to stunning highs.

**Expect 300% to 500% gains in 2013 and much more over the long term.**

**Arch Therapeutics holds exclusive license to a medical breakthrough that could**

- ✓ Save countless lives,
- ✓ Save billions in medical costs and
- ✓ Propel ARTH into medical investing record books.

## Get some money on the table now...this can be big!

**To the informed investor:**

Medical breakthroughs often become huge moneymakers for ground-floor shareholders, but nothing I've seen in recent memory is as far-reaching as this.

**BUY ALERT!**

ARCH



The stock I recommend for immediate consideration is Arch Therapeutics (OTCQB: ARTH)

Within months, Arch Therapeutics could become the most talked about medical company on the planet and its stock ARTH could be selling three- to five-times what you can get in for today.

The reason is simple

*Arch Therapeutics is preparing to release a ground-breaking new medical product that could benefit the entire global population.*

*Yes, I mean everyone, over seven billion people in a market exceeding $32 billion!*



**Company: Arch Therapeutics**

Symbol: OTCQB: ARTH

Initial offering: $1.00

Early Growth: $3.00

Long Term: $20+ on global roll-out or IP acquisition

Arch Therapeutics (ARTH) could revolutionize a $32 billion global market in wound management. Its exclusive new product could rapidly grab a 30% to 50% share of market and its stock price could soar to $20 or more!



This revolutionary medical product, called AC5™, is reported to do one thing better than anything else on the market today....

When applied to an incision or wound, AC5™ stops the bleeding and seals the wound almost instantly.

Bleeding is a fact of life, yet despite all the medical advances made in our lifetimes, bleeding control has stayed largely unchanged for over 100 years.

Recently however, researchers at the Massachusetts Institute of Technology (MIT) developed a breakthrough for bleeding control.

One noted surgeon calls AC5™ the *"Holy Grail"*. Another calls it a *"gamechanger"* that he would use in *"80% of my cases."*

AC5™ top and side view

From an investor's point-of-view, ARTH is one of the best growth opportunities I've seen in years; *I urge you to act on this immediately!*

## This is a pivotal time for investors to move on ARTH. From here on in...

➤ All progress to market amplifies ARTH growth potential.

➤ Every announcement carries significant potential for share price gains.

➤ By the end of the year, ARTH could be a $3.00 to $5.00 stock and climbing.

➤ Longer term, ARTH could be a $20 stock or better either through global market gains or acquisition by a major such as Johnson and Johnson, maker of Band-Aid® products.

The lengthy research and development phase is complete. Arch Therapeutics now enters the final phases that lead to market release. Closing in fast, this opportunity is one to act on immediately.

*In my view, this is a slam-dunk for biotech investing.*

## An urgent investment opportunity

This is such a revolutionary product, a real game-changer, that news of AC5™ and Arch Therapeutics could spread like wildfire through medical and investment communities.

If you are thinking of getting ARTH into your portfolio at today's bargain price, then make your move immediately. These may be the final moments of ARTH as a ground-floor investment.

As soon as investors get wind of this, I anticipate a flood of buying that could get started at any time now.

Currently trading around one dollar, the short-term potential for ARTH to hit the



At this point, key milestones toward product release can add new value to ARTH shares. This is the inflection point where ground-floor shareholders can expect significant leaps in share prices.

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

http://www.screencast.com/t/qcCu9MkY

C000184

7/8/2013 John Sazegar

SEC-FINRA-E-0012246

A4230



$3.00 to $5.00 mark can be driven by a cascade of post-R&D developments.

We are here

Experienced biomedical investors will tell you that the very best time to maximize the profit potential of your buy is at the point where the company moves from pre-clinical trials to the final clinical trials that lead to regulatory approval and marketing. I strongly recommend that you make your move on ARTH as soon as possible. Two key facts drive that recommendation:

1. Arch Therapeutics' ACS is a breakthrough that if approved by regulators stands to skyrocket into hospitals worldwide.

...so classified as a "medical device" so regulatory ...can move much faster than pharmaceuticals.

## Nothing like it for bleeding control

Arch Therapeutics' ACS™ is an incredible product, a gel composed of co... a ... ton... ble...

Me... po... ble...

0 Comments

Post a Comment

Name:

Email:
(Will not be displayed)

Comment: 1000 characters remaining (No HTML)

RSS Feed

Post Comment

Bleeding control consumes 30% to 50% of time and resources in surgical procedures. Arch Therapeutics' ACS™ stops bleeding almost instantly clearing the way for better procedures, better outcomes and significantly lower costs. Because it is transparent, doctors can see through as they work, performing what Arch Therapeutics has dubbed, "Crystal Clear Surgery."



## A $4 billion market today projected to hit $7 billion over the next four years!

Right out of the gate, **Arch Therapeutics** AC5™ promises to dramatically impact this rapidly growing market. Many, if not most of the bleeding control products currently in use are fraught with problems that AC5™ addresses and eliminates.



*"The hemostasis market is clearly in search of products that work better, faster, and more reliably. AC5™ is designed to do that. Arch believes its products will be significantly superior to what is currently available."*

Once AC5™ establishes its foothold in the operating room, its use can go viral. Initial revenue could quickly pass $550 million annually. Adjusted to market growth, that's a billion dollar in revenue for Arch Therapeutics...and that's just from surgical procedures.

Its full potential as a wound care product could propel Arch Therapeutics revenue into tens-of-billions! (More about that in a moment!)

*"According to Medmarket Diligence, LLC, approximately 114 million surgical and procedural wounds occur annually worldwide, including 36 million from surgery in the US, all of which can benefit from sealants and hemostatic agents."*

## A stealth move into European surgeries first...with American surgeries next on the list!

**Arch Therapeutics** plans introducing AC5™ to Europe first, where faster approval processes could have surgeons using it within a year. Reports of improved procedures and outcomes should quickly push AC5™ into American surgeries.

## Expect bigger push from the guys who pay the medical bills: health insurers and government agencies.

Bleeding complications are leading causes for extended hospitalization time and poor patient outcomes, costing billions that could be virtually eliminated with the use of Arch Therapeutics' AC5™.

➤ In surgery, **bleeding consumes 30% to 50% of the resources needed to complete the procedure.** AC5™ could cut that to near zero.

➤ Bleeding accounts for more in-surgery complications than any other cause.

➤ Complications of bleeding trigger significantly longer hospital stays and more time spent in intensive care.

➤ It exposes patients to the high risk of blood transfusions needed to maintain blood volume.

➤ Tragically, it also accounts for more negative patient outcomes and deaths.

The following charts[1] show the impact that bleeding complications have on the average time in hospital intensive care (ICU) and overall length-of-stay (LOS)[1].



CONFIDENTIAL TREATMENT REQUESTED BY FINRA

http://www.screencast.com/t/qcCu9MkY

C000186

7/8/2013 John Sazegar

SEC-FINRA-E-0012248

A4232



This chart compares the average length of stay in hospital intensive care (ICU) and overall length-of-stay (LOS) for surgical procedures with bleeding complications (red bars) and without bleeding complications (blue bars).



Carrying the length of stay data to overall costs, the financial impact of bleeding complications can be as much as double the final cost of a surgical procedure to the insurance provider.

1. BMC Health Services Research - Impact of Bleeding-related Product Transfusions on Hospital Costs in Inpatient Surgical Patients

2. These data and charts do not show outcomes with and without the use of AC5™. However, it is clear to me that bleeding complications are having an enormous impact on the cost of medical procedures. A better, more effective solution (like AC5™) can have an enormous impact on these figures.

Bleeding complications can double or triple of days in ICU and length of stay in hospital care. The impact on medical costs is equally stunning, pushing costs to double a normal procedure.

**My conclusion is that AC5™, once released to the medical world, can rapidly reduce the risk and expense of bleeding management and greatly improve patient outcomes. As an investment, I rarely see an opportunity this good.**

## Clinical tests conclusively show that AC5™ stops blood flow in seconds rather than minutes... up to 30-times faster in many applications!

The chart below shows how quickly AC5™ stops bleeding. The barely discernable green bars illustrate the time required for AC5™ to achieve hemostasis (bleeding stopped) compared to the control times in red.



To surgeons, these can be stunning figures. Bleeding stopped in 10 seconds rather than five minutes  that can be a life in some situations

Keep in mind  medical developments are among the most keenly watched sectors on Wall Street Professional investors recognize that the time to move on a promising new product is before regulatory approval  not after

You are definitely hearing about ARCH at the right time.

## HERE'S WHERE THIS GETS REALLY BIG

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

C000187

http://www.screencast.com/t/qcCu9MkY

7/8/2013 John Sazegar

SEC-FINRA-E-0012249

A4233



AC5™ is an entirely new solution to wound care with clear potential for global use...and for buyout!

For decades, wound management has seen nothing new come to market, only a few specialty products for unique situations and limited application.

Despite the dearth of innovation, wound management and bleeding control is a **massive $32 billion market projected worldwide to near $40 billion mid-decade!**

Enter **Arch Therapeutics** and AC5™. As a spray-on wound care product, AC5™ could dominate this space. Bandages, sutures, wound closure products...all face sharp sales losses, if not obsolescence, once AC5™ enters market.

## So simple, anyone can use it!

Arch Therapeutics reports that AC5™ can be "squirted or sprayed" onto the wound site, immediately stopping bleeding and sealing the wound.



**At Home:** It could replace every bandage in your medicine chest. Just spray it on; bleeding stops and the wound is sealed. Carry AC5™ anywhere; use it any time.



**On the Scene:** AC5™ could be a life-saver at the scene of a crisis. For a bleeding accident victim blood loss can be controlled faster and more effectively than gauze dressing and compression.



**In the military:** Bleeding is the leading cause of death on the battlefield. AC5™ could become standard issue to every soldier and become one of the vital life-saving tools in a medic's first aid pack.

## When you look at the global reach and numbers for AC5™, it could be the fastest growing medical product to be introduced in decades!



7+ billion on the planet and every one of us bleeds. Arch Therapeutics couldn't ask for a bigger market!

The ubiquitous **Band-Aid®** is a Johnson & Johnson's heritage products. AC5™ in broad distribution could render it all but obsolete. About time too! Band-Aid has been the go-to solution for nearly 100 years!



## The Common bandage:
## 100-years-old and soon-to-be
# OBSOLETE!

As an easily applied spray or ointment, AC5™ could entirely disrupt the enormous $32 billion global market for wound management products.

CONFIDENTIAL TREATMENT REQUESTED BY FINRA
http://www.screencast.com/t/qcCu9MkY                    7/8/2013 John Sazegar

C000188

SEC-FINRA-E-0012250

A4234

✓ In everyday life, it could replace the bandages in your medicine chest.

✓ In the operating room, accident scenes and battlefield, it could save lives.

✓ And if you act on this now, it could be one of the best investment decisions of your life.

## ARTH has buy out potential written all over it!

My guess is that someone big is going to take ARTH out, paying an enormous premium to own this exciting new technology.

Top of my acquisition prospect list is Johnson & Johnson (JNJ).

AC5™ has the potential to demolish JNJ sales in its wound-care products. This includes its heritage brand, Band-Aid, which along with all its products in consumer wound care category generated $1 billion in sales for JNJ last year.

And that's just JNJ. Hundreds of companies operate in this space, and every one of them face enormous challenges from Arch Therapeutics advancing AC5™ from surgical to tertiary health care and consumer markets.

### A feeding frenzy for new medical technology!
*A partial list of important medical device acquisitions that have recently closed!*

| DATE | TARGET COMPANY | PRICE($) |
|------|----------------|----------|
| Apr-08 | LifeCell Tech | $1.7 billion |
| Jan-11 | Advanced Bionics | $790 million |
| Jan-12 | SuperDimension | $300 million |
| Jan-12 | Kinetic Concepts | $6.3 billion |
| May-12 | Zoll Medical | $2.2 billion |
| Apr-12 | Oridion Systems | $346 million |
| Apr-12 | Gen-Probe | $3.8 billion |
| Apr-12 | Pall (blood filtering unit) | $551 million |
| Apr-12 | Becton Dickinson Lab-ware | $730 million |
| May-12 | Dako | $2.14 billion |
| Jun-12 | BSN Medical | $2.27 billion |
| Jul-12 | Aspen Surgical | $400 million |
| Jul-12 | One Lambda | $925 million |
| Nov-12 | Healthpoint Biotherapeutics | $782 million |
| Jan-13 | Trauson Holdings | $764 million |

*Breakthrough health care products are highly prized for companies seeking innovation and sales growth.*

## Top buyout prospects for Arch Therapeutics include:



### Johnson & Johnson

JNJ operates an enormous medical products division which includes products (beyond just Band-Aids) that would face significant market share challenges from AC5™

With market penetration already in place, plus a preexisting and aggressive strategy for acquiring promising new medical technologies, JNJ is my #1 pick as a potential buyer.

### Abbott Labs

Among the leading products from Abbott are Vascular stents, vessel closure devices, and other vascular technologies. AC5™ could be a natural fit in this product mix.

### Boston Scientific

A worldwide developer of medical devices used in a range of specialties, including cardiac and vascular surgery. Boston Scientific is best known for the Taxus Stent, a drug-eluting stent which is used to open clogged arteries.

You need to stay ahead of this by making your moves now

## Six key reasons why you can expect Arch Therapeutics AC5™ product to be quickly adopted by surgeons worldwide.

From Arch Therapeutics:



CONFIDENTIAL TREATMENT REQUESTED BY FINRA

C000189

http://www.screencast.com/t/qcCu9MkY

7/8/2013 John Sazegar

SEC-FINRA-E-0012251

A4235



From Arch Therapeutics:

1. AC5™ can make surgery and interventional care faster and safer by reducing bleeding and stop leaking from organs during procedures.

2. First introduction of AC5™ will be in the surgical environment where AC5™ can be used to stop profuse bleeding promptly.

3. AC5™ is shown to be simple, safe and effective in animal trials and is expected to enter human trials shortly.

4. Versatile and fast acting, AC5™ can be especially valuable in laparoscopic surgeries.

5. It is non-sticky, transparent (can operate through it), and can be administered with readily available instruments. In its ultimate product form, it could be administered as easily as a spray or salve, readily accessible to anyone.

6. Inexpensive to manufacture, AC5™ could rapidly achieve significant market presence in the United States and Europe. It could quickly scale up to its global market potential.

## A stellar team medical researchers and practitioners developed AC5™ and will now direct its market debut through Arch Therapeutics.

The people behind AC5™ are as good as it gets. Most are MDs or PhDs with impressive medical, academic, and surgical careers and world-wide fame. I believe this team was a key factor in landing the exclusive license for AC5™, beating out numerous competitors vying for the technology.

**Avtar Dhillon, MD;**
*Chairman*



Dr. Dhillon is the former President & Chief Executive Officer of Inovio Pharmaceuticals, Inc. He has rich experience in several deals that include global giants, Merck and Wyeth (now Pfizer)

**Arthur Rosenthal, PhD;**
*Director*



Dr. Rosenthal is a leading expert in medical technology, successfully commercialized hundreds of unique medical products over 37 years in senior R&D roles for medical technology companies

**Terrence W. Norchi, MD;**
*President, CEO, Director, Co-Founder*



Dr. Norchi was the lead portfolio manager of the world's second largest healthcare mutual fund and the US pharmaceutical analyst while at Putnam Investments

**Steven A. Kates, PhD;**
*VP of Technology*



A world leading chemist and industry expert in peptide design and manufacture in the biopharmaceutical industry.

**William M. Cotter;**
*Chief Operating Officer*



30 years of operational experience in Medical Devices, Diagnostics, Biologics and Life Science companies, including Johnson & Johnson

**Elaine Whitmore, PhD;**
*VP of Regulatory Affairs*



25 years of extensive experience in regulatory planning and strategy for medical products, including hemostasis and tissue adhesion prevention products

CONFIDENTIAL TREATMENT REQUESTED BY FINRA
http://www.screencast.com/t/qcCu9MkY

C000190

7/8/2013 John Sazegar

SEC-FINRA-E-0012252

A4236

**Roger Gregory, PhD;**
*Scientific Advisor*



A physical biochemist with over 30 years of experience in protein chemistry and analysis. He is Professor of Chemistry and Biochemistry at and former Chair of Chemistry Dept. at Kent State University.

**Sharon O'Kane, PhD;**
*Scientific Advisor*



Served as Chief Scientific Officer and Director at Renovo and holds over 300 company patents and applications

**Victor Garsky, PhD;**
*Scientific Advisor and Consultant*



35 years in the pharmaceutical and biotechnology with Wyeth Laboratories, Bachem California, and most recently 25 years with Merck Research Laboratories where he headed the Peptide Synthesis Laboratory.

**Floyd D. Loop, MD;**
*Past CEO, Cleveland Clinic ('89-'04); Cardiothoracic Surgeon.*



Dr. Loop is a distinguished cardiothoracic surgeon and former chief executive of The Cleveland Clinic. He has earned an international reputation in coronary artery surgery performing 12,000 open-heart operations and authoring 350 papers on cardiovascular surgery

**William T. Denman, MBChB, FRCA;**
*Medical Advisor*



Massachusetts General Hospital Anesthesiologist, Clinical Trial Investigator. Past Chief Medical Officer of Covidien, Chief Medical Officer at GE Healthcare. Currently practices at Massachusetts General Hospital with academic affiliation at Harvard Medical School.

**Steve Schwaitzberg, MD, FACS;**
*Past President of SAGES, Surgeon.*



Chief of Surgery at Cambridge Health Alliance, adjunct professor at Tufts University, and Visiting Associate Professor at Harvard Medical School

**Jeremy Ollerenshaw, PhD;**
*Scientific Advisor*



Technical Leader in Research and Engineering Department, Kimberly-Clark Health Care. 11 years in academic medical research at the University of Leicester in the UK and at Emory University in Atlanta, where he was instructor in Medicine

ARTH is a stock that could readily triple in weeks - but longer term AC5™ technology is so revolutionary that it could soar to stunning heights I can only imagine at this stage.

## I recommend ARTH as an immediate and aggressive buy.

If you can get in for under $2.00, I recommend that you do so immediately.

I see ARTH as one of the best finds of my career, a potential blockbuster for shareholders as well as being a top-tier medical breakthrough that could one day save your life.

*Don't miss this one.*

## What YOU Should Consider Now

Learn more about Arch Therapeutics, (ARTH) by visiting their website at www.archtherapeutics.com

Go online now or call your discount broker to invest in Arch Therapeutics, (ARTH).

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

http://www.screencast.com/t/qcCu9MkY

C000191

7/8/2013 John Sazegar

SEC-FINRA-E-0012253

A4237

Join the hundreds of investors who are profiting from my Speed Retirement System and receive my buy, hold and sell recommendations on ARTH and other stocks.

# A company like Arch Therapeutics and its stock can rise on its own merits, in ARTH's case substantially...

*...and here's how to find more gains with my Speed Retirement System strategy:*



**BUY ALERT!**



Company: **Arch Therapeutics**

Symbol: **OTCQB: ARTH**

Initial offering: **$1.00**

Early Growth: **$3.00**

Long Term: **$20+ on global roll-out or IP acquisition**

Arch Therapeutics (ARTH) could revolutionize a $32 billion global market in wound management. Its exclusive new product could rapidly grab a 30% to 50% share of market and its stock price could soar to $20 or more!

It's vital you don't miss my up to the minute buy-sell and hold alerts that have helped investors just like you start seeing their retirement dreams realized in as little as 5 short years. Here's how.

## Speed your way to retirement in as little as 5 years?

I've been helping investors make money for nearly 15 years-- when the economy was booming...crashing... or dead flat.

Since 2007, the year I first started documenting my trades I've averaged 76.2% profits. My average net gain is 32%, and that includes all the losers.

In fact, if you'd had access to my trades since 2007 you could have turned $10,000 into $2.2 million, just by putting 10% of your portfolio into every one of my trades.

If you just did what I did, you'd be retired by now.

So what do you do? The answer is a simple strategy that makes the Speed Retirement System so successful— Hyper-Compounding.

With hyper-compounding you simply take your gains (just your gains!) from one position and reinvest it in the next position. The money you make goes right back to work for you, and you make more and more money each time, reinvesting and compounding your gains. It's simple and dramatically lowers your risk.

**So let's see how hyper-compounding's less risky approach works in the real world. What happens if you invested 10% of your portfolio per trade each time I made a recommendation?**

- In 2008, you would have turned **$10,000 into $68,335.83** – a 589% return while only risking a reasonable portion of your portfolio!

- In 2009, my performance dropped and I only earned **280.3% on all my recommendations**. Still, if you followed my trusted 10% rule, along with my hyper-compounding method, you would have still finished the year with $165,191.32.

- In 2010, I bounced back despite having 24 losers for the year my winners were strong enough to produce a 428.3% gain overall turning your **$10,000 account into $538,078.89** in pure profit

- In 2011 I produced a 412.4% return. Chances are that's a lot better than what your portfolio has performed over the same time period

But if you look at my track record, you know that I also have some pretty big losers too  So losses are always possible.

**My answer to that is... when you win 76.2% of the time... you follow a hyper-compounding strategy... and you manage your money properly... so that your winners not only cancel out your losers...**

## They put you WAY AHEAD!

Just imagine getting monthly income checks from your portfolio by the end of the third year. They're $10,739 ... $25,982...$57,753... or more.

All from a modest $10,000 account when you started-without adding any more money to the portfolio

CONFIDENTIAL TREATMENT REQUESTED BY FINRA                                    C000192
http://www.screencast.com/t/qcCu9MkY                          7/8/2013 John Sazegar

SEC-FINRA-E-0012254

A4238

outside of the returns you generate!

Get started on a system that has proven successful almost 76.2% of the time turning $10,000 into $2.2 million in just 5 years—whether the market was up, down or sideways.

To learn more about my money-making strategies and investment recommendations, visit my website at: marketauthority.com/speed-retirement/join/

To a prosperous nest egg,

Ian Cooper
*Speed Retirement System*

Endorser/Publisher IMPORTANT NOTICE AND DISCLAIMER: Market Authority, Inc., and Ian Cooper expect to receive future subscription revenues, the amount of which is not known at this time, with respect to the publication of this Advertisement. No representation is made that actual purchases and sales were made at any prices that may be stated herein. Facts stated in this article were supplied to endorser from third-party sources. Ian Cooper has been compensated $10,000 by Advantage Media Group for endorsing this product, and Market Authority has been paid a $25,000 by Advantage Media Group for sending out this advertisement. This compensation constitutes a conflict of interest as to our ability to remain objective in our communication regarding the profiled company. Because of this conflict, individuals are strongly encouraged to not use this newsletter as the basis for any investment decision. MARKET AUTHORITY AND ENDORSER OWN NO SHARES, OPTIONS, OR WARRANTS in the security that is the subject of this advertisement, and Company policies are in place that preclude such ownership. While all information is believed to be reliable, it is not guaranteed by us to be accurate. Individuals should verify by their own independent research all of the claims made in this advertisement. Neither Market Authority nor any endorser of this product is responsible for errors or omissions. Neither Market Authority nor Endorser claim any special expertise or knowledge regarding the described industry. Endorser has not taken any steps to ensure that the securities referred to in this report are suitable for any particular investor. Be extremely careful, because investing in securities carries a high degree of risk; you have a very real risk of losing some or all of the investment, or not making the profit from your investment that you expect. The advertised company's financial position and all other information regarding the company should be independently verified directly with the company, which is the best source of comprehensive information. Additional information about many publicly traded companies and other investor resources can be found at the Securities and Exchange Commission's website at www.sec.gov. The price and value of the securities mentioned in the advertisement can fall as well as rise, and may have a high level of volatility. High volatility securities may experience sudden and large falls in their value, leading to losses. High volatility investments may also be difficult to sell. Investing in securities is speculative and carries risk, including the risk of losing your original investment. It is recommended that any investment in any security should be made only after consulting with your investment advisor and only after reviewing all publicly available information, including the financial statements of the company. This mailing piece is not intended to be, nor should it be construed as, an offer to sell or a solicitation of an offer to buy securities, nor should it be construed as the provision of any investment-related advice or services tailored to any particular individual's financial situation or investment objective(s). Market Authority, Inc. is not an investment advisor, nor does it offer brokerage services. Your decision to make the investments represented in this advertisement may benefit the company through continued advertising revenue and subscriptions, but Market Authority does not earn or accept any commission directly from the companies described in any of its promotional materials. Market Authority and the publisher of this newsletter are independent companies offering impersonalized investment-related research to readers and/or prospective readers and is not an investment adviser. As such, it relies upon the "publisher's exclusion" as provided under Section 202(a)(11) of the Investment Advisers Act of 1940 and corresponding state securities laws. All information we present is to be reliable, but its accuracy cannot be guaranteed. Additionally, it includes forward-looking statements and information within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934, including statements regarding expected growth of the featured company. Any statements that express or involve discussions with respect to predictions, expectation, beliefs, plans, projections, objectives, goals, assumptions or future events or performance may be forward-looking statements. The forward-looking statements contained herein herein include all statements other than historical information involve significant uncertainties. Factors that could cause actual results to differ from the results or implied in forward-looking statements include: the size and growth of the market for the Company's products, the Company's ability to fund its capital requirements in the near term and in the long term; pricing pressures for the Company's products and services, the Company's ability to obtain needed resources, and the local, regional and global markets. Forward-looking statements are based on expectations, estimates and projections at the time the statements are made that involve a number of risks and uncertainties that could cause actual results or events to differ materially from those presently anticipated. Past performance does not guarantee future results. There is no guarantee that past results are indicative of future performance.

Third Party Advertiser/Advertising Agency IMPORTANT NOTICE AND DISCLAIMER: Advantage Media Corp., the third party advertiser has paid $[illegible] USD and is expected to pay an additional $400,000 to Full Service Media, LLC (FSM) as of June 20, 2013 for this advertising effort in an effort to build investor awareness. FSM shall retain any amounts over and above [illegible] as operating [illegible] and this email advertisement which advertises Ian Cooper's Speed Retirement System Newsletter [illegible] Arch Therapeutics, Inc. Advertising [illegible] include production, [illegible] design services, [illegible] mailing and other related distribution services and digital advertising [illegible] placement costs. Advantage Media Corp., the third party advertiser is a company based in Belize City, Belize. Advantage Media Corp. represents that it does not own any shares of Arch Therapeutics, Inc. (except for 2,500,000 shares of restricted stock which Advantage Media Corp. will not sell, pledge or hypothecate or otherwise agree to dispose of for 90 days following the initial dissemination of this advertisement. Neither Advantage Media Corp., nor its affiliates will buy or sell any shares of Arch Therapeutics Inc. during the period that this advertisement is being disseminated by FSM third party media vendors. This is sponsored advertising and does not purport to provide an analysis of the featured company's financial position, operations or prospects and is not to be construed as a recommendation or solicitation by FSM to buy or sell any security. FSM is a firm which refers and facilitates the services of third-party vendors and advertising related service providers to persons wishing to sponsor advertising featuring publicly-traded companies. FSM is not a financial analyst, investment advisor or broker/dealer. The services provided by FSM in connection with this advertisement are limited to the digital design of ad copy, the renting of distribution list(s), and managing the production and distribution of this advertisement. FSM is not responsible for the endorsement of this advertisement, which is the sole responsibility of Ian Cooper's Speed Retirement System Newsletter. Ian Cooper's Speed Retirement System Newsletter expects to generate new subscriber revenue as a result of this advertising effort. Neither FSM nor its members have an ownership interest in Ian Cooper's Speed Retirement System Newsletter or any of its affiliates, and neither Ian Cooper's Speed Retirement System Newsletter nor its affiliates have an equity interest in FSM. Neither FSM nor its members will trade in the securities of Arch Therapeutics, Inc. FSM makes no warranties as to the accuracy of the content of this advertisement and expressly disclaims and assumes no liability for how readers may choose to utilize the content of this advertisement. Readers are strongly urged to independently verify all statements made in this advertisement and to perform their own due diligence on this or any other advertised company, including but not limited to consulting with a qualified investment professional and reviewing the publicly available financial statements of, and other information about Arch Therapeutics, Inc. You should also determine that an investment in Arch Therapeutics, Inc. company is appropriate and suitable for you. Arch Therapeutics, Inc. is traded on the OTCQB (trading symbol: ARTH). Its stock is registered under the Securities Act of 1933, as amended, and its periodic and other reports filed under the Securities Exchange Act of 1934, as amended, are publicly available from the Securities and Exchange Commission at its website at http://www.sec.gov. This website also contains general investor information about publicly-traded companies, advice to investors and other investor resources. Other investor resources are available from the Financial Industry Regulatory Authority through its website at http://www.finra.org. Many states have established rules requiring approval by the state securities administrator to permit sales of a security to its residents. Check with the North American Securities Administrators Association through its website at http://www.nasaa.org or call your state securities administrator to determine whether a particular

[illegible] advertisement contains forward-looking statements regarding Arch Therapeutics, Inc. its business and prospects. Such forward-looking statements are within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, and are intended to be covered by the safe harbor provisions created by these laws. This advertisement may provide the addresses of or contain hyperlinks to websites or third-party websites. FSM has not reviewed any such websites and takes no responsibility for the contents thereof or any possible effects resulting from accessing any such websites. The contents of any such websites do not in any way constitute a part of this advertisement. Accessing such websites or following any link shall be at your own risk.

Tim Lento (TimLento) on Twitter

Page 1 of 2



CONFIDENTIAL TREATMENT REQUESTED BY FINRA
https://twitter.com/TimLento

C000194

7/8/2013 John Sazegar

SEC-FINRA-E-0012256

A4240

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

https://twitter.com/TimLento

7/8/2013 John Sazegar

C000195

SEC-FINRA-E-0012257

A4241



CONFIDENTIAL TREATMENT REQUESTED BY FINRA

http://timlento.blogspot.com/2013/07/arth-390k-promotion.html

7/8/2013 John Sazegar

C000196

SEC-FINRA-E-0012258

A4242



CONFIDENTIAL TREATMENT REQUESTED BY FINRA

C000197



CONFIDENTIAL TREATMENT REQUESTED BY FINRA

http://timlento.blogspot.com/2013/07/arth-390k-promotion.html

7/8/2013 John Sazegar

C000198

SEC-FINRA-E-0012260

A4244



CONFIDENTIAL TREATMENT REQUESTED BY FINRA

# BioTech Picks: Breakthrough Discovered at MIT is Close to Market
## Today, 07:00 am

| | | |
|---|---|---|
| Promoter: **The Stock Junction** | Paying Party: **UNKNOWN** | |
| Stocks covered: | Compensation: | Avg $ Volume for Period: |
| **ARTH** | $3000 | |
| | total production budget of $790000 | UNKNOWN |
| Max Profit: Pending | Gain at close: Pending | |

*We think that this promoter is a part of a group of promoters.

**Watch the video to learn about the probability of () Chart Signal as of Jul 08 2013**



**Hotstocked Precision will calculate the probabilities of ()**

| | | |
|---|---|---|
| Rating: | ☆☆☆☆☆ | |
| Size: | **656KB** | |
| Version: | **1.1** | |
| Platform: | **Win/Mac** | |
| Downloads: | **396,141** | |

 

FREE DOWNLOAD

## STOP Important Disclaimer

This page is a redisplay of an e-mail received that was most likely a paid promotional event. Hotstocked does not in any way agree or endorse the opinions expressed in the content of this e-mail nor have we verified the accuracy of any of the statements made. Hotstocked republishes this to serve as a reference for shareholders in the company.

CONFIDENTIAL TREATMENT REQUESTED BY FINRA                                                C000200





**All totaled:**
Arch Therapeutics (ARTH) is set to totally disrupt a *$32 billion* global market that hasn't seen a major breakthrough in decades.

You can expect that when this news reaches broad markets, **ARTH** shares could soar *300% to 500%* almost immediately!

**$32 billion global market**

Fellow Investor:

For decades, bleeding complications have been a major problem in surgery, often triggering life-threatening nightmares for surgeons, doctors and patients.

*That's not all.*

Bleeding control is essential trauma response, especially in the military where it is the number one cause of death on the battlefield.

Even at home, bleeding control from scrapes and cuts depends on a 100-year old approach that may soon be obsolete.

This breakthrough product from **Arch Therapeutics (ARTH)** could be worth a fortune to you, if you act immediately. Here's why.

**BUY ALERT!**

**ARCH**
T H E R A P E U T I C S

Company: **Arch Therapeutics**

Symbol: **OTCQB: ARTH**

Initial offering: **$1.00**

Early Growth: **$3.00**

Long Term: **$20+ on global roll-out or IP acquisition**

Get Your FREE REPORT

## Arch Therapeutics is preparing its breakthrough bleeding control product, AC5™, for final phases to market... and I'm strongly recommending ARTH as an immediate buy.

## This may be your last chance to catch ARTH early.

The profit potential in **ARTH** today is simply enormous. If you're excited about catching a breakout early, you'll want to read my new online report right now. It reveals details how:



CONFIDENTIAL TREATMENT REQUESTED BY FINRA                                    C000202

http://newsletter.hotstocked.com/newsletters/view/BioTech_Picks:_Breakthro...    7/8/2013 John Sazegar

SEC-FINRA-E-0012264

A4248



*And most important for investors...*

This is the ***entry point*** where ARTH ***remains off-radar***, unknown to even seasoned biotech investors!

But with final phases of product trials and approvals underway, ***this won't last long!***

## A buy now in ARTH can put you weeks ahead of a rush that could rapidly triple, even quintuple ARTH into the *$3.00 to $5.00* range this year.

Yes, that means you can still own ARTH shares for around a dollar!

*Don't expect that to last.*

**Arch Therapeutics** clearly qualifies as one of the best medical technology stocks I've uncovered in my career. The product is a genuine breakthrough, its uses are global, and the profit potential for shareholders is stunning.

You can get all the details on this emerging story through my new report. I urge you to read it now!

Yours for Profit,

Ian Cooper, Publisher
*Speed Retirement System Newsletter*

CONFIDENTIAL TREATMENT REQUESTED BY FINRA                                                          C000203

http://newsletter.hotstocked.com/newsletters/view/BioTech_Picks:_Breakthro...    7/8/2013 John Sazegar

SEC-FINRA-E-0012265

A4249

Stevia First Inc.

**EXHIBIT**

**Friesen 7**

Page 1 of 12

Spring 2012

# The Chuck Hughes Microcap Report

AS SEEN ON:     

## The Revolution in Stevia Sweetener Explodes!

# $50 Billion Sugar
## Industry Under Fire as Major Food Companies Race to Capture Stevia Sweetener Market Share!

### *An Exclusive Chuck Hughes Investor Report*

**Now approved in both U.S. and European markets, stevia market share in the sweetening industry is forecast to explode past $10 billion.**





*Food and beverage giants spring to market with stevia-sweetened products!*

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

3/21/2012 Tien Pham

**EXHIBIT**

**17**

21-cv-11276-WGY

A4250

Fortunes will be made as consumer demand for all-natural, zero calorie stevia-sweetened products skyrockets worldwide! *Coke* knows this... *Pepsi* knows this... as do dozens more food and beverage giants!

Now what you need to know is *where to profit from this booming market!*

*U.S. stevia grower,* **Stevia First Inc. (STVF)** *is my current top pick to capture early entry profits!*

*Coke* and *Pepsi* take commanding first lead with dozens of new product introductions.*

*Overall, thousands of stevia-sweetened products are expected to hit market in the next year or two.*

### *I believe that STVF could pay 12-to-1 this year, propelling $2,500 to over $30,000!*

### My advice: Get in now; this is huge!

To My Fellow Investor:

By this time next year, stevia sweetener could be on record as the biggest money-making commodity in decades.

Dozens of global giants like Coca Cola, PepsiCo, Kraft, Nestle have released hundreds of new stevia sweetened products .. and are on track to release thousands more.

There's just one big issue... Projected demand for stevia leaf could outstrip current production as much as 20 to 1!

The time to make money on this is right now.

I'm recommending that any investor who is watching this market for a home run opportunity needs to load up on Stevia First Inc. (STVF) immediately.

### *STVF carries explosive profit potential in 2012!*

Stevia First Inc. is establishing stevia leaf production operations and is planning to become America's premier supplier of stevia leaf to the food and beverage industry.

*In the coming year, I anticipate that*

## A Very Sweet Profit Opportunity



**Company:** Stevia First Inc.
**OTCBB Symbol:** STVF
**Recommendation:** *BUY NOW!*
**Entry Point:** *Up to $3.00*
**Conservative Profit Strategy:** *Sell half at $6.00, Hold balance to $12.00+*
**Aggressive Profit Strategy:**

*the growth in demand for stevia sweetener could propel STVF shares from today's around $1.00 entry point to $12.00 or higher.*

*Your shares in STVF could soar 1,000% and up!*



*Hold to $12.00 or higher*

As a ground floor investor, you stand to make a fortune as profits from stevia production accelerate. Now that both U.S. and European regulators have approved the use of stevia sweetener, demand for stevia leaf is skyrocketing.

Early data suggest that stevia will become the fastest growing agricultural commodity in modern times. Investors on the supply side could turn this to fortunes if they move in now.



**Click to View Stevia First Inc. Video**

## STEVIA QUICK FACTS:

✓ **The sweetener refined from stevia leaf is up to 300-times sweeter than ordinary sugar.**

✓ **Stevia is an all-natural product.**

✓ **Stevia sweetener has zero calories and does not impose a glycemic load on the body.**

✓ **Stevia sweetener is safe for use by diabetics, one of the most problematic diseases in the world today.**

✓ **Stevia sweetener does not promote dental decay or disease.**

A4252

 **In established markets, consumer demand for stevia is enormous. In Japan, stevia holds over 40% of the sweetener market.**

 **Bonus Fact:** Stevia leaf is becoming so valuable that South American marijuana growers are being encouraged to shift their production focus from hemp to stevia!

In the United States, stevia has already made enormous strides in consumer products.

Last year, Nielson reported that sales in Cargill's Truvia branded stevia shot up nearly 50%, displacing Sweet-N-Low to become America's #2 product in the $2 billion sugar substitute market.

And that's just in those little packets that consumers add to their coffee and tea!

## A "game changer" in the food and beverage industry!



Coca Cola partners with Cargill to produce branded stevia sweetener, Truvia. Newly released ads focus on key stevia benefits, good taste, zero calories, guilt-free indulgence. In just three years, stevia sweetener has achieved 62% consumer awareness in the US.

Any food or beverage product that uses sugar, corn syrup, aspartame, or sucralose as a sweetener is a candidate for stevia.

The revolution is underway. .

*Coca Cola breaks in with proprietary stevia branding and 21 new patents!*

*PepsiCo sees explosive demand! Trop50 fruit drink posts 50% quarter-over-quarter sales growth in its stevia sweetened brand!*

Many analysts project that 2012 will be the breakout year for stevia products.

The catalyst for explosive stevia sales came following approvals by the U.S. Food & Drug Administration and European Union regulatory agencies for food and beverage companies to begin using stevia sweetener in their products.

The only thing that could be holding back stevia sales now is the global supply of stevia leaf!

That's where Stevia First Inc. (STVF) steps in with what could become the first vertically integrated cultivation and supply corporation in the United States.

Stevia First Inc. (STVF) is out of the gate with no one in the lead. For investors... this is an ideal entry point for outsized profits!

STVF now trades around $1.00. Within a year it could pass $12.00! The growth opportunity in STVF is simply enormous

A4253

and it's at your fingers right now!

### Demand for stevia has already skyrocketed!

Analysts are projecting that within two to three years, the market share for stevia sweetener could soar to 25% of the $50 billion global market for sweeteners!

Believe me, you'll want to be well invested in Stevia First Inc. (STVF) to see the profit potential in this market.

Hundreds of newly branded products will hit the U.S. market alone, and not just from the big name brands.

Lesser-known brands have been moving aggressively to carve a position in stevia-sweetened products. Too many to list here, but with one certain outcome:



**2012 could mark the beginning of a global stevia supply crisis!**

## *Soaring demand for stevia in U.S. and European markets could overwhelm current stevia production capacity!*

Today, only 79,000 acres of stevia are in cultivation worldwide... and 80% of that is in China!

The world needs more stevia and American agricultural expertise will rise to meet that need.

Stevia First Inc. (STVF) is moving aggressively to capitalize on this enormous opportunity.

Stevia First Inc. reports that it *"plans to establish a first of kind vertically integrated stevia enterprise in California's Central Valley that capitalizes on the region's agro-business agricultural infrastructure to become California's major producer of stevia. That will include stevia tissue culture, laboratory propagation, farming, and cultivation of stevia leaf."*

Stevia First Inc. can be the first... and that means soaring profit potential for shareholders who get in on this now.

I'm recommending an aggressive buy on STVF: By the end of this year, I believe STVF could be selling over $12/share! If I'm right... ***That's 1,200% growth on a stock around $1.00 right now!***

***Just 1,500 shares of STVF could earn $20,625 profit for you this year!***

A4254

**5,000 shares could rack up a $68,750 profit!**

## Outrageous? Don't be caught on the sidelines this time!

## The world can't meet new demand for stevia, not in quantity nor quality.

## When the U.S. steps in, it can trigger an explosion in stevia sales... and Stevia First Inc. (STVF) intends to be number one!

Supply is the one key restraint that severely limits stevia's near term growth potential.

Major end users, like Coke®, Pepsi®, etc. are scouring the globe for dedicated, dependable stevia leaf suppliers.

Until now, China has accounted for 80% of the global supply for stevia leaf, but experts report that even if the Chinese could grow enough stevia, the quality is inconsistent and not suitable for major brands to depend upon.

The race is on to lock down stevia supplies that meet the stringent requirements of companies like Coca Cola, PepsiCo, Nestle, etc.

### Authorities Praise Stevia's Health Benefits!

**Unlike sugar, stevia is actually good for you! WebMD says of stevia:**

*"Stevia is used as a weight loss aid; for treating diabetes, high blood pressure and heartburn; for lowering uric acid levels; and for increasing the strength of the muscle contractions that pump blood from the heart."*

Third world sources, Thailand, Vietnam, parts of South America, all have seen significant growth in stevia production, but not nearly enough to meet projected demand in the years to come.

## The world's leading supplier of refined stevia sweetener desperately seeks dependable stevia leaf supplies.

### 1,500% sales growth by 2015!

Now that stevia sweetener has been approved for use in both the U.S. and Europe, projections for stevia sales has been skyrocketing.

Industry analysts expect breakout growth in 2012 following sales of $670 million in 2010.

By 2015, the World Health Organization, which too is monitoring the burgeoning stevia market, expects stevia sales to grow to $10 billion by 2015!

### Stevia has helped energize the sugar substitute business.
### *"It's on fire... a very fertile area for growth."*
#### — Paul Block, Merisant chief executive



**Buy Now: STVF**
*Stevia First Inc. (STVF) initiates California stevia production:* It's a wide open market for U.S. stevia production as global demand for stevia leaf far exceeds current world production!

California is ideal for stevia cultivation plus, the market is ripe for new producers as stevia supplies fall short of projected demand!

*When you see that STVF could soar from a $45MM market cap to over $540MM market cap... you'll see STVF shareholders taking home a fortune in profits!*

Stevia First Inc. focuses its efforts exclusively in central California, the most productive non-tropical agricultural region in North America.

#### "WE KNOW STEVIA IS THE NEXT GENERATION OF MASS-MARKETED SWEETENERS IN THIS COUNTRY."
#### — J. Betts, Brand Director for Stevia Sweetener, PureVia (PepsiCo)

▶ Stevia is displacing artificial sweeteners; projected to penetrate 20% to 25% of the global sugar and sweetener market.

▶ Companies producing artificial sweeteners are now creating their own brands of stevia, e.g., makers of Equal now produce PureVia, a stevia sweetener.

▶ Truvia (Coca Cola), a two-year old natural stevia sweetener, recently surpassed Sweet N Low to become the #2 sugar substitute in the U.S. and is now in more than five million US households.

▶ A whopping 62% of American consumers are now aware of stevia sweetener. In France, over 40% of consumers are aware of stevia sweetener. In Japan, stevia sweetener has already passed 50% market share!

Exponential growth in stevia sales can propel STVF to stratospheric gains!

If you get in now, you'll be setting yourself up to profit from the fastest growing agricultural commodity in modern times.

Stevia First Inc. is planting stevia on American soil and anyone who gets in on this now is set to make a fortune.

### Coca Cola cheats the starting gun!
#### *Introduces stevia-sweetener before FDA approval!*
#### December 15, 2008

A4256

The Wall Street Journal is reporting today that Coca-Cola plans to launch a calorie-free, stevia-sweetened drink this week. Why is that news? Because stevia has never been approved by the U.S. Food and Drug Administration, which has kept stevia off the list of approved food and beverage ingredients for well over a decade (to protect aspartame profits, critics charge).

Following recent U.S. and European regulatory approvals, worldwide demand for all-natural, zero calorie stevia sweetener has skyrocketed.

Food and beverage companies, most notably Pepsi® and Coke®, are scrambling to meet the demand.

- One year after FDA approval, stevia's share of sales in US surpassed both saccharine and aspartame, the world's most widely used artificial sweetener.

- From mid-2009 to mid-2010, new product launches using stevia extracts increased by 200%, with products launched in 35 countries.

- Stevia saw a 27% increase in worldwide volume sales in 2010 over 2009.

- 301 food and beverage products with high-purity stevia launched in the US from Q1 2010 to Q1 2011, a 23% increase.

Few opportunities come along that carry this much profit potential. If you get in now, the money that could be made is fantastic!

### *The $50 billion global sugar industry up for grabs*



The maker of **Truvia** brand of stevia says there are hundreds of new Truvia-sweetened products in the works. Tillamook, a dairy-farm cooperative based in Tillamook, Ore., is launching a Truvia-sweetened "light" yogurt in January with a "naturally sweetened" product labeling.

Stevia could be the fastest growing agricultural product in modern times... and the big losers (if they don't move quickly) will be the sugar and artificial sweetener markets.

The world's entrenched sweetening industries face massive losses. *$50 Billion international sugar trade at stake! 20% market share shift forecast to stevia Artificial sweetener market faces collapse! Stevia sweetener already #2 in America!*

Global sugar giants make strategic moves to capture soaring stevia



A4257

demand...

- Domino Sugar enters stevia market in joint venture with WILD Flavors Gmbh (Germany) and Sunwin International (China).

- Imperial Sugar enters stevia market with PureCircle Limited; Launches Natural Sweet Ventures



Since December 2008, following FDA approval, the stevia market has erupted. By mid-July 2009, stevia sales soared five-fold to $95 million. Analysts predicted the stevia market would skyrocket more than twenty-fold, surpassing $2 billion by early 2012.

*"The FDA's approval of stevia in food and drink opened the door for this market's explosion," states David Browne, senior analyst at Mintel. "New product activity has accelerated in recent years, and since most categories with stevia applications remain untapped, we expect many more stevia-infused product introductions in the next few years."*

## Stevia Growth Timeline



► 1970s — Japan begins stevia use for **127 Million Consumers** Diet Coke® launched with stevia sweetening. Stevia now holds a 40%+ market share in Japan.

► 2008 — FDA approves stevia for use in foods and beverages sold in the United States. **270 Million New Consumers**

► Pepsi launches stevia sweetened products, under its SoBe Life and Tropicana brands

► In the first eight months of 2009, Mintel's Global New Products Database (GNPD) monitored the launch of more than 110 US food, drink and healthcare products made with stevia.

► 2009 — France approves stevia use **64.8 Million New Consumers**

► 2011 — European-wide approval of stevia use opens **666 Million New Consumers** Coca Cola official reports that the company intends to roll out stevia-based products throughout Europe in 2012

► 2012 — Stevia sweetener moves to #2 position in U.S. sugar substitute

market, achieves 62% consumer awareness.

▶ **2015 — Stevia sweetener projected to exceed $10 billion global market**

What's next?

David Jago, director of innovation and insight at Mintel, told foodmanufacture.co.uk:

*"We'll see an explosion in new [stevia] product activity – there's no doubt about that. There are plenty of products out there in the pipeline just waiting to be launched.*

*"In the US it's become a $500M market in only three years. That's pretty impressive,"*

*STVF has attracted serious market interest. But it's still early. If you can grab STVF shares at these ground-floor prices, I recommend you do so immediately!*

When the company went public, STVF began trading at under $1.00 a share.

### My advice: Buy STVF right now!

**In the coming months, I fully expect STVF to gain traction and take off for what could be a $12.00 price target within a year.**

I can only guess why shares are still trading around a buck. I don't see how STVF can stay bound in this price range much longer.

Longer term, you could expect STVF shares to blossom to quadruple-digit gains as the company pursues its goal of becoming a leading supplier of stevia worldwide.

To Your Success,

*Chuck Hughes*

Chuck Hughes
Editor, Microcap Profit Alert Report

**P.S.** Are you ready to turn this market to your advantage?

# Here's how you can get my best

A4259

# profit-making secrets, *just by following the link below!*

Over the past four years you have seen unprecedented financial turmoil that has made it all but impossible for the individual investor to achieve a consistent return on investment.

Let me assure you, there are steps you can take right now to change all that.

### In the last four years, my strategies produced profits from 95.3% of the trades I took... *yielding an astonishing $4.4 million profit!*

### *I want to share these with you right now.*

My strategies are not rocket science... they're down-to-earth investment rules that you can follow for stunning gains, no matter how crazy the market becomes.

### *Follow the link below to get started! This is proven successful information you can use immediately!*

Despite all the difficult market conditions over the last four years, my time-tested *Volatility and Trade Selection Strategies* produced $4.4 million in actual profits.

My brokerage account statements (which I publish in their entirety for you to examine) show $4.430 Million in profits with an average return of 58.6%. The average number of days in a trade was 76 days resulting in *an annualized return of 282.3%.* There were 422 winning trades and 21 losing trades resulting in 95.3% accuracy.

If these are the kind of results you want to see in your portfolio, then take the first step today.

It costs you nothing to learn more. I've published a free online webinar I invite you to view right now. In it, you'll see how my approach to investing has made me a 7-time champion trader and how you can employ my proven strategies to profit in any market condition.

### Follow this link for immediate access. This important free investor webinar will be online for a limited time only!



A4260

## Learn how my secrets produced $4.4 million in actual profits over past 4 years and how you can use them in your investing as well!

CHUCK HUGHES MICROCAP ALERT IMPORTANT NOTICE AND DISCLAIMER: Chuck Hughes (Endorser) track record was compiled from calculations derived from documentation of his Chuck Hughes Microcap Alert (CHMA) newsletter. Said newsletter and documentation were made available to CHMA subscribers. No representation is made that actual purchases and sales were made at the prices stated. Facts stated in this article were supplied to endorser from third-party sources. Endorser makes no representations as to such facts, reliability, accuracy or completeness. Endorser is not responsible for errors or omissions. Endorser does not claim any special expertise or knowledge regarding the Agri-business industry. Endorser is neither acting as an investment advisor nor providing individual investment advice. Chuck Hughes and The Microcap Alert Newsletter OWNS NO SHARES, OPTIONS, WARRANTS in Stevia First Inc. (STVF) Also, Stevia First Inc. has neither approved nor paid for this specific advertisement. Readers should perform their own due diligence. The information presented is provided for information purposes only and the endorsement is not to be used or considered as an offer or the solicitation of an offer to sell or to buy or subscribe for securities. Endorser has not taken any steps to ensure that the securities referred to in this report are suitable for any particular investor. Any securities referenced by Endorser may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about such investments. Nothing in the endorsement constitutes investment, legal, accounting or tax advice or a representation that any investment or strategy is suitable or appropriate to your individual circumstances or otherwise constitutes a personal recommendation to you. Information, opinions and estimates referenced in the endorsement reflect a judgment at its original date of publication and are subject to change without notice. The price and value of the securities mentioned in the endorsement can fall as well as rise, and may have a high level of volatility. High volatility securities may experience sudden and large falls in their value, leading to losses. High volatility investments may also be difficult to sell. Similarly, it may prove difficult for you to obtain reliable information about the value or risks to which such an investment is exposed. The endorsement may provide the addresses of, or contain hyperlinks to, websites. Except to the extent to which the report refers to website material of Endorser, the Endorser has not reviewed any recommended or linked site and takes no responsibility for the content contained therein. Such address or hyperlink is provided solely for your convenience and information and the content of the linked site does not in any way form part of the endorsement. Accessing such websites or following any link shall be at your own risk. Further, you are advised to read and carefully consider the additional explanations of risk factors in Stevia First Inc. SEC filings that can be found online in the SEC's EDGAR database at www.SEC.gov. Neither Chuck Hughes nor his publication is offering securities for sale. Although no cash compensation has been received, Chuck Hughes Microcap Alert Newsletter does expect to receive new subscriber revenue as a result of this advertising effort. Finally, Penny Stocks are EXTREMELY RISKY. You should consult with your registered investment adviser before investing to determine suitability and risk tolerance. Chuck Hughes and The Chuck Hughes Microcap Newsletter assume no risk for investor losses or profits. The information contained herein contains forward-looking information within the meaning of section 27e of the Securities Act of 1993, as amended, and section 21a of the Securities Exchange Act of 1934, as amended, including statements regarding expected growth of the featured company. In accordance with the safe harbor provisions of the Private Securities Litigation Reform Act, statements contained herein that look forward in time, which include everything other than historical information, involve risks and uncertainties that may affect Stevia First Inc.'s actual results of operations. Factors that could cause actual results to differ include size and growth of the market, the Company's ability to fund its capital requirements in the near term and in the long term; pricing pressures, technology issues etc. There is no guarantee that past results are indicative of future performance. IMPORTANT NOTICE! Option and stock investing involves risk and is not suitable for all investors. Only invest money you can afford to lose in stocks and options. Past performance does not guarantee future results. The trade entry and exit prices represent the price of the security at the time the trade recommendation was made. The Inner Circle Advisory trade record does not represent actual investment results. Trade examples are simulated and have certain limitations. Simulated results do not represent actual trading. Since the trades have not been executed, the results may have under or over compensated for the impact, if any, of certain market factors such as lack of liquidity. No representation is being made that any account will or is likely to achieve profit or losses similar to those shown.

Third Party/Agency Disclaimer: Content of this message is published by Conmar Capital Inc. (CCI) and sent to select email lists through various marketing agencies to provide readers with information on selected publicly traded companies. CCI has paid $1,219,500.00 as of March 16, 2012 for this and other advertisements in an effort to build industry and investor awareness. Neither CCI nor its members are responsible for the endorsement of this advertisement which is the sole responsibility of Chuck Hughes and the Chuck Hughes Microcap Alert newsletter. Neither CCI nor their respective members have any ownership in Chuck Hughes Microcap Alert. Neither Chuck Hughes Microcap Alert nor its members have an equity interest in CCI. CCI will not trade in the securities of Stevia First Corp. Factual information is obtained from public filings and other sources deemed to be reliable, however, CCI takes no responsibility for verifying the accuracy of such information and they make no representation that such information is accurate or complete. Certain statements in this Update may be considered forward looking statements. CCI makes no representation and provides no assurance or guaranty that such forward looking statements will prove to be accurate. See the company's filings with the Securities and Exchange Commission for factors that may cause results to be significantly different. Statements of opinion and belief are those of the authors and/or editors of this Update, and are based solely upon the information possessed by such authors and/or editors; no inference should be drawn that such authors or editors have any special or greater knowledge about the company or companies profiled or any particular expertise in the industries or markets in which the profiled company or companies compete. The reader should verify all claims and complete his own due diligence before investing in any securities of the profiled company or companies. Neither CCI nor anyone involved in the publication or dissemination of this Update is a registered investment adviser or broker/dealer. CCI makes no recommendation that the purchase of securities of the company or companies profiled in this update are suitable or advisable for any person or that an investment in such securities will be profitable. In general, given the nature of the company or companies profiled and the lack of an active trading market for their securities, investing in such securities is highly speculative and carries a high degree of risk. An investor in such securities should be prepared and able to bear a loss of his or her entire investment. Nothing in this Update should be construed as an offer or solicitation to buy or sell any securities of any profiled company.

A4261



```
------Original Message------
From: 2
To: 66
To: 3
Cc: 4
Subject: Re: Send
Sent: Apr 21, 2015 9:32 AM

Millions?? ;)
------Original Message------
From: 66
To: 2
To: 3
Cc: 4
Subject: Re: Send
Sent: Apr 21, 2015 3:31 PM

Billions is a spam word
------Original Message------
From: 2
To: 66
To: 3
Cc: 4
Subject: Re: Send
Sent: Apr 21, 2015 9:30 AM

I like:

Venture Capitalists are Scrambling to Fund this Sector

Invest like a Venture Capitalist

A Who's Who of Investors Back this Industry

When VC Money Doubles, it's Time to Act

The Future of Money

Another I think would work:

Venture Capitalists are funding billions into this fast growing sector

------Original Message------
From: 66
To: 2
To: 3
Cc: 4
Subject: Re: Send
Sent: Apr 21, 2015 3:26 PM

(How to) Survive the Death of the Dollar

How VC Money can Double Overnight

Venture Capitalists are Scrambling to Fund this Sector

Invest like a Venture Capitalist

A Who's Who of Investors Back this Industry

When VC Money Doubles, it's Time to Act

The Future of Money

More coming
```

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-0025034



EXHIBIT

18

21-cv-11276-WGY

A4262

```
------Original Message------
From: 2
To: 66
Cc: 4
Subject: Send
Sent: Apr 21, 2015 9:21 AM

The list of subject lines please.
```

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-0025035

A4263

EXHIBIT
37
Nikolayev

PENGAD 800-631-6989

| From: | Wires |
| To: | fen |
| Subject: | Re: Wire please |
| Date: | Tuesday, July 4, 2017 1:33:29 PM |

will do today

On Tue, 4 Jul 2017 05:41:29 -0500, fen wrote
> Hi Yvonne,
>
> Please wire balance of GOTA to my BOFA account
>
> Best regards
> Albert
>
> --
> xMeridian.com


--
xMeridian.com

**EXHIBIT**

**40**

21-cv-11276-WGY

```
Agreed. We really should spent a few hundred and see where it goes.
-----Original Message-----
From: At
To: 2
To: 4
To: 3
Subject: Re: Summary
Sent: Jan 18, 2013 3:22 PM

We shud be spending some money on that. Could dbl the vol and dbl the price. At least test it out.
Love u guys!
Have a gr8 weekend
-----Original Message-----
From: 2
To: 4
To: Sexy
To: 60
Subject: Re: Summary
Sent: Jan 18, 2013 3:16 PM

Stev!!! Yahooooo
-----Original Message-----
From: 4
To: 3
To: 2
To: 60
Subject: Summary
Sent: Jan 18, 2013 3:14 PM

Sold 6,000 ecau @ .9381
Sold 135,000 stev @ .2058
Sold 4,525 crcl @ .34
```







Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-0189751

A4265

EXHIBIT

Friesen 38

Thx
------Original Message------
From: ELGI
To: WIRES
Subject: Re:
Sent: Jul 10, 2013 1:08 PM

Ok will send ups tomorrow
------Original Message------
From: Wires
To: 19
Subject: Re:
Sent: 10 Jul 2013 14:06

Yvonne Gasarch
------Original Message------
From: ELGI
To: WIRES
Subject: Re:
Sent: Jul 10, 2013 1:05 PM

Attention
------Original Message------
From: Wires
To: 19
Subject: Re:
Sent: 10 Jul 2013 14:05

320-1100 Melville Street
Vancouver, BC V6E 4A6
------Original Message------
From: ELGI
To: WIRES
Subject: Re:
Sent: Jul 10, 2013 1:03 PM

Ok where to?
------Original Message------
From: Wires
To: 19
Subject: Re:
Sent: 10 Jul 2013 14:01

Yes, pls
------Original Message------
From: ELGI
To: WIRES
Subject: Re:
Sent: Jul 10, 2013 1:00 PM

Ok so should I sent it to you??
------Original Message------
From: Wires
To: 19
Subject: Re:
Sent: 10 Jul 2013 13:57

U gave me back, I try to ask TD, I don't know what result, because we closed that account over half year
------Original Message------
From: ELGI
To: WIRES
Subject: Re:
Sent: Jul 10, 2013 12:55 PM

No they just gave me back the one we sent them they never deposuted it
------Original Message------
From: Wires
To: 19
Subject: Re:
Sent: 10 Jul 2013 13:46

Did they give us a draft?
Payee is charterhouse Capital Inc
------Original Message------
From: ELGI
To: WIRES
Subject: Re:
Sent: Jul 10, 2013 12:41 PM

The payee was re/max priscilla in trust

Bank! TD
1055 Sunsmuir st.

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-0101512

A4266

Vancouver
------Original Message------
From: Wires
To: 19
Subject: Re:
Sent: 10 Jul 2013 13:38

What payee name?
We have an account is Charterhouse capital Inc.
------Original Message------
From: ELGI
To: WIRES
Subject:
Sent: Jul 10, 2013 12:32 PM

So I got the original draft back from remax for the 10k! What should I do with it now?

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

Ok. Understood.
------Original Message------
From: Bond
To: 104
Subject: Re: Hiya
Sent: 19 Jul 2013 12:35



I am not upset. The service provided is comprehensive; it is not limited to trading. It
includes pyaments, loans, private placements and keeping clients out of jail. This stock
trades lightly at a high price, and looks unsuited to the cost of this service (ie the
aspects beyond simply trading). We try to avoid trivial matters that bog down movement,
and rather focus on the bigger picture
------Original Message------
From: Blgx
To: bond
Subject: Re: Hiya
Sent: Jul 19, 2013 11:52 AM

My intention certainly wasn't to tick you off about such a small matter- chop asked the
simple question about the trade error (good to know for future) to kash and he told him
to contact you.  I did so on his behalf.

------Original Message------
To: Bond
Subject: Re: Hiya
Sent: 19 Jul 2013 11:47

I'll leave that to isaac - would you like him to call you?
------Original Message------
To: Bond
Subject: Re: Hiya
Sent: 19 Jul 2013 11:46

The whole account?
------Original Message------
From: Bond
To: 104
Subject: Re: Hiya
Sent: 19 Jul 2013 11:46

We need the request to come from the client, but have no objection. Its $100. We r
forming the opinion this account shld move elsewhere
------Original Message------
From: Blgx
To: bond
Subject: Re: Hiya
Sent: Jul 19, 2013 11:43 AM

So...ok not to charge commission from your side?
------Original Message------
To: Bond
Subject: Re: Hiya
Sent: 19 Jul 2013 10:51

Yes...but I would like to see the trade and offset charged no commission from your side
------Original Message------
From: Bond
To: 104
To: 91 Cho

------Original Message Truncated------



Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-0015025

A4268

```
------Original Message------
From: 3
To: 4
Subject: Re: Lom
Sent: Jan 30, 2014 11:45 AM

Sold from Avtar Dhillon on feb 14 2012
Ocean Park LLC - 2,200,000
Parma Institute SA - 2,450,000
Ashborough Holdings Ltd. - 2,250,000
Bayview Equities Ltd. - 2,100,000
Newmarket Traders Ltd. - 2,050,000
Conmar Capital Inc. - 2,400,000
Millwork Trading Inc. - 2,300,000

15,750,000 total. Just because you don't recognize some names doesn't mean those names aren't Bonds. He could have set up for Steve.
------Original Message------
From: 4
To: 3
Subject: Re: Lom
Sent: Jan 30, 2014 11:32 AM

Can u send the breakdown when u can?
------Original Message------
From: 3
To: 4
Subject: Re: Lom
Sent: Jan 30, 2014 11:17 AM

Set up singapore co's to hold the accounts. Maybe in the future.
------Original Message------
From: 4
To: 3
Subject: Re: Lom
Sent: Jan 30, 2014 11:15 AM

Unlikely they would open. They would tell you to open in canada.
------Original Message------
From: 3
To: 4
Subject: Re: Lom
Sent: Jan 30, 2014 11:00 AM

What about interactive in singapore or HK.
------Original Message------
To: 4
Subject: Lom
Sent: Jan 30, 2014 10:58 AM

They won't sell any otc right?  We can't go onshore at lom bahamas and deposit.
```

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-0268822

A4269



```
------Original Message------
From: 76
To: fen
Subject: Re: PGP Universal Server Daily Email For keys.xmeridian.com - Fri Aug 8, 2014
Sent: Aug 8, 2014 1:50 PM

Could u call Manny, we bought from him
         9973
------Original Message------
From: FEN
To: WIRES
To: BOND
Subject: Re: PGP Universal Server Daily Email For keys.xmeridian.com - Fri Aug 8, 2014
Sent: Aug 8, 2014 10:48 AM

Yvonne when you going to check with company where we bought pgp universal server.. We
looking for pgp universal server CALs only.
------Original Message------
From: 76
To: fen
Subject: Re: PGP Universal Server Daily Email For keys.xmeridian.com - Fri Aug 8, 2014
Sent: Aug 8, 2014 12:16 PM

#132 , I no problem when I set up.
I will contact PGP guy today
------Original Message------
From: FEN
To: BOND
To: WIRES
Subject: Fw: PGP Universal Server Daily Email For keys.xmeridian.com - Fri Aug 8, 2014
Sent: Aug 8, 2014 6:50 AM

I am having trouble enrolling 132.

Pgp server asking for more licenses see below.

Yvonne could you see where you guys. Were buying pgp universal server license we may
need about 80 of them.

We been running on 20.

------Original Message------
From: PGP Universal Server
To: fen
Subject: PGP Universal Server Daily Email For keys.xmeridian.com - Fri Aug 8, 2014
Sent: Aug 8, 2014 12:05 AM

Fri Aug 8, 2014 keys.xmeridian.com Version 3.0.0 Build (2881) Running for 0 days, 7
hours, 6 minutes

Maximum Number of Users Exceeded You have exceeded the maximum number of users allowed
by your license. Please upgrade your license.
WDE Login Failures There were no WDE login failures today.
Administration Login Failures There were no failed attempts to log into the
Administration interface tod

------Original Message Truncated------
```

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-0416516

**A4270**

------Original Message------
From: ELGI
To: CELT
Subject: Re: U around all day wednesday?
Sent: Feb 7, 2013 8:34 AM

After deposits are done, sorry I sent you a message yesterday going over this.
------Original Message------
From: Celt
To: 19
Subject: Re: U around all day wednesday?
Sent: 8 Feb 2013 00:32

When is this happening?

------Original Message------
From: ELGI
To: CELT
Subject: Re: U around all day wednesday?
Sent: Feb 7, 2013 8:27 AM

My concern is the one for 200k especially after restructure (forward split) it will be
over 5 percent? They are doing a 50-1 forward then cancelling restricted to bring total
to 110 million out! 200k at 50 times is 10million?
------Original Message------
From: Celt
To: 19
Subject: Re: U around all day wednesday?
Sent: 8 Feb 2013 00:22

The process is: I group certs together that keep the total under 5%. Then I send them in
for transfer to the TA. Once processed the TA fedex's them to the broker. Then we wait
for the shares to clear.

We only submit 1 transfer a day per broker until we have submitted all the shares.

Correct, there was no cert totaling 250k but there was a cert for 200k and one for 50k.
They went together and 2 certs became 1 in the name of our company to be deposited at
our broker.

Does this make sense? Let me know if u need any further info. Thx!

------Original Message------
From: ELGI
To: CELT
Subject: Re: U around all day wednesday?
Sent: Feb 7, 2013 8:12 AM

When u say you sent in 250 k cert there were none that big were there?
------Original Message------
To: Celt
Subject: Re: U around all day wednesday?
Sent: 7 Feb 2013 23:27

Do you have a minute to explain the

------Original Message Truncated------

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

```
------Original Message------
From: 4
To: 3
Subject: Re:
Sent: Feb 25, 2014 12:45 PM

Right. Forgot about him.
------Original Message------
From: 3
To: 4
Subject: Re:
Sent: Feb 25, 2014 12:44 PM

I'm fine with it. AV will be fine with it.  T will be fine with it. GT will hate it.
------Original Message------
From: 4
To: 3
Subject: Re:
Sent: Feb 25, 2014 12:34 PM

Yeah. Dont need too. But we could probably do it all in cash if we did. It that way.
------Original Message------
From: 3
To: 4
Subject: Re:
Sent: Feb 25, 2014 12:32 PM

So he will always be ahead on this one. But we can deal with it when it happens. what
your asking is it ok to not distribute stvf until end of march?

------Original Message------
From: 4
To: 3
Subject: Re:
Sent: Feb 25, 2014 12:18 PM

STVF when all sold will be 500K.
------Original Message------
From: 3
To: 4
Subject: Re:
Sent: Feb 25, 2014 12:14 PM

Sure that's fine by me. But when the end of march comes will our portion be in line with
t's.

He has 150 but he's only really 1/5 of the value. So we would have to expect 600k in
account??

------Original Message------
From: 4
To: 3
Subject:
Sent: Feb 25, 2014 12:08 PM

Lets leave STVF out of the CRCL payment.  I will order cash for the full amount we
expect of STVF when its closer to when we are complete (probably end of March)
Thoughts?
```

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

------Original Message------
From: 4
To: 2
Subject:
Sent: Mar 6, 2014 11:30 AM

U r getting 173K today. A cut from MDDD and STVF. Buy a boat bitch. Rich mother fucker.

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

------Original Message------
From: GARD
To: KASH
Cc: ACCO
Subject: Yo
Sent: May 28, 2014 9:49 AM

Sell 100K mddd @ 0.15 limit.
Sell 25K stvf @ 0.37 limit
Sell 100K hptg @ 0.12 limit.

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-1090587

A4274

```
------Original Message------
From: GARD
To: KASH
Subject: Yo
Sent: Jul 7, 2014 11:13 AM

Sell 25K STVF @ 0.39
100K hptg @ 0.09
500K MDDD @ 0.08
```

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

-----Original Message------
From: Wires
To: 4
Subject: Re:
Sent: Aug 6, 2014 11:49 AM

Yes, I have for u
------Original Message------
From: ACCO
To: WIRES
Subject:
Sent: Aug 6, 2014 11:48 AM

How much cash do you have in total. We might cut the balance of STVF that's left.  So we would need about $110K. Do you have or be able to get?

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

-----Original Message------
From: ACCO
To: WIRES
Subject:
Sent: Aug 6, 2014 1:41 PM

Can I please get 120K cash from STVF?  It will be a small debit but I will make an internal transfer tomorrow to cover.

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

-----Original Message-----
From: 3
To: 4
Subject: Re: Yo
Sent: Aug 6, 2014 1:30 PM

No. T is not around. I will hold for him and deliver. I have never given money to SB.
-----Original Message-----
From: 4
To: 3
Subject: Re: Yo
Sent: Aug 6, 2014 1:28 PM

I can do that. What about pina. Leave at front desk?
-----Original Message-----
From: 3
To: 4
Subject: Re: Yo
Sent: Aug 6, 2014 1:15 PM

You should cut up 120,000 cash. Which will allow for the 5%

It would be as follows:
- ACCO/GARD 24,000 (20%)
- HEAR 27,000 (22.5%)
- PINA 27,000 (22.5%)
- Avtar/GT 42,000  (35%)

So if you want to bring me 96k on friday I can distribute?  GT will be up here shortly his inlaws have a place at riccardos.


-----Original Message-----
From: 4
To: 3
Subject: Yo
Sent: Aug 6, 2014 12:47 PM

So STVF with the two wires being added back is 126,693.74.
So if we cut up 125K it would be:
- ACCO/GARD 25,000 (20%)
- HEAR 25,000 (22%)
- PINA 25,000 (22%)
- Avtar 50,000  (40%)
wires has enough cash to do but it might just be easier to transfer.

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

------Original Message------
From: 3
To: 4
Subject: Re: Yo
Sent: Aug 6, 2014 1:30 PM

No. T is not around. I will hold for him and deliver. I have never given money to SB.
------Original Message------
From: 4
To: 3
Subject: Re: Yo
Sent: Aug 6, 2014 1:28 PM

I can do that. What about pina. Leave at front desk?
------Original Message------
From: 3
To: 4
Subject: Re: Yo
Sent: Aug 6, 2014 1:15 PM

You should cut up 120,000 cash. Which will allow for the 5%

It would be as follows:
- ACCO/GARD 24,000 (20%)
- HEAR 27,000 (22.5%)
- PINA 27,000 (22.5%)
- Avtar/GT 42,000  (35%)

So if you want to bring me 96k on friday I can distribute?  GT will be up here shortly his inlaws have a place at riccardos.


------Original Message------
From: 4
To: 3
Subject: Yo
Sent: Aug 6, 2014 12:47 PM

So STVF with the two wires being added back is 126,693.74.
So if we cut up 125K it would be:
- ACCO/GARD 25,000 (20%)
- HEAR 25,000 (22%)
- PINA 25,000 (22%)
- Avtar 50,000  (40%)
wires has enough cash to do but it might just be easier to transfer.

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

██████████████████████

```
------Original Message------
To: 4
Subject: Re: Yo
Sent: Aug 6, 2014 1:36 PM
```

You can do either. I have a safe here. I can distribute mine and grahams from here. I can hold t's and av's for next meeting.

```
------Original Message------
From: 4
To: 3
Subject: Re: Yo
Sent: Aug 6, 2014 1:34 PM
```

Okay. Cool. U want me to put in the safety deposit box or bring it to you.

```
------Original Message------
From: 3
To: 4
Subject: Re: Yo
Sent: Aug 6, 2014 1:30 PM
```

No. T is not around. I will hold for him and deliver. I have never given money to SB.

```
------Original Message------
From: 4
To: 3
Subject: Re: Yo
Sent: Aug 6, 2014 1:28 PM
```

I can do that. What about pina. Leave at front desk?

```
------Original Message------
From: 3
To: 4
Subject: Re: Yo
Sent: Aug 6, 2014 1:15 PM
```

You should cut up 120,000 cash. Which will allow for the 5%

```
It would be as follows:
- ACCO/GARD 24,000 (20%)
- HEAR 27,000 (22.5%)
- PINA 27,000 (22.5%)
- Avtar/GT 42,000  (35%)
```

So if you want to bring me 96k on friday I can distribute?  GT will be up here shortly his inlaws have a place at riccardos.

```
------Original Message------
From: 4
To: 3
Subject: Yo
Sent: Aug 6, 2014 12:47 PM
```

So STVF with the two wires being added back is 126,693.74.
So if we cut up 125k it would be:
- ACCO/GARD 25,000 (20%)
- HEAR 25,000 (22%)

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

A4280

```
- PINA 25,000 (22%)
- Avtar 50,000  (40%)
wires has enough cash to do but it might just be easier to transfer.
```

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-0021079

A4281

------Original Message------
To: 4
Subject: Re: Yo
Sent: Aug 6, 2014 1:36 PM

You can do either. I have a safe here. I can distribute mine and grahams from here. I can hold t's and av's for next meeting.

------Original Message------
From: 4
To: 3
Subject: Re: Yo
Sent: Aug 6, 2014 1:34 PM

Okay. Cool. U want me to put in the safety deposit box or bring It to you.
------Original Message------
From: 3
To: 4
Subject: Re: Yo
Sent: Aug 6, 2014 1:30 PM

No. T is not around. I will hold for him and deliver. I have never given money to SB.
------Original Message------
From: 4
To: 3
Subject: Re: Yo
Sent: Aug 6, 2014 1:28 PM

I can do that. What about pina. Leave at front desk?
------Original Message------
From: 3
To: 4
Subject: Re: Yo
Sent: Aug 6, 2014 1:15 PM

You should cut up 120,000 cash. Which will allow for the 5%

It would be as follows:
- ACCO/GARD 24,000 (20%)
- HEAR 27,000 (22.5%)
- PINA 27,000 (22.5%)
- Avtar/GT 42,000  (35%)

So if you want to bring me 96k on friday I can distribute?  GT will be up here shortly his inlaws have a place at riccardos.


------Original Message------
From: 4
To: 3
Subject: Yo
Sent: Aug 6, 2014 12:47 PM

So STVF with the two wires being added back is 126,693.74.
So if we cut up 125k it would be:
- ACCO/GARD 25,000 (20%)
- HEAR 25,000 (22%)

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

A4282

- PINA 25,000 (22%)
- Avtar 50,000  (40%)
wires has enough cash to do but it might just be easier to transfer.

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

```
------Original Message------
From: 4
To: 3
Subject: Re: Yo
Sent: Aug 7, 2014 2:27 PM

I pick up that cash yesterday. Its all 50's.  I was planning on surfing at dougs
tomorrow.  If you guys are free maybe head toward kelowna and we can all grab a drink at
the Eldorado and check out his boat.
------Original Message------
From: 3
To: 4
Subject: Re: Yo
Sent: Aug 7, 2014 2:22 PM

You know that ghil got halted right?

------Original Message------
To: 4
Subject: Re: Yo
Sent: Aug 6, 2014 1:36 PM

You can do either. I have a safe here. I can distribute mine and grahams from here. I
can hold t's and av's for next meeting.

------Original Message------
From: 4
To: 3
Subject: Re: Yo
Sent: Aug 6, 2014 1:34 PM

Okay. Cool. U want me to put in the safety deposit box or bring It to you.
------Original Message------
From: 3
To: 4
Subject: Re: Yo
Sent: Aug 6, 2014 1:30 PM

No. T is not around. I will hold for him and deliver. I have never given money to SB.
------Original Message------
From: 4
To: 3
Subject: Re: Yo
Sent: Aug 6, 2014 1:28 PM

I can do that. What about pina. Leave at front desk?
------Original Message------
From: 3
To: 4
Subject: Re: Yo
Sent: Aug 6, 2014 1:15 PM

You should cut up 120,000 cash. which will allow for the 5%

It would be as follows:
- ACCO/GARD 24,000 (20%)
- HEAR 27,000 (22.5%)
- PINA 27,000 (22.5%)
- Avtar/GT 42,000  (35%)

So if you want to bring me 96k on friday I can distribute?  GT will be up here shortly
his inlaws have a place at riccardos.

------Original Message------
From: 4
To: 3
```

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

Subject: Yo
Sent: Aug 6, 2014 12:47 PM

So STVF with the two wires being added back is 126,693.74.
So if we cut up 125K it would be:
- ACCO/GARD 25,000 (20%)
- HEAR 25,000 (22%)
- PINA 25,000 (22%)
- Avtar 50,000  (40%)
wires has enough cash to do but it might just be easier to transfer.

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-0279049

------Original Message------
From: 114
To: 3
To: 2
Subject: Re: ST
Sent: Oct 24, 2014 8:47 AM

Not if everyone agrees.
------Original Message------
From: 3
To: 114
To: 2
Subject: ST
Sent: Oct 24, 2014 8:45 AM

We will still have the issue of the bleed on the stock.

There was 31,500,000 in total
We have 15,750,000 minus the 1mm to Avtar. Gtaylor is outside the 15.75. He would consider blending back if Av agrees to the plan.

But this stock was on a 36 month bleed as per agreement.

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

A4286

------Original Message------
From: 3
To: 114
Subject: Re: St
Sent: Oct 29, 2014 8:59 AM

8 would equate to about 4.4 but if that was able to be deposited, cleared, sold quickly and the market going right direction and everyone happy I would then then request the 12 mnths previous hold as well.

Also, av said that he would much prefer if we took the shares in gt names and sold them all together. Lol.

------Original Message------
From: 114
To: 3
Subject: Re: St
Sent: Oct 29, 2014 8:48 AM

It would be abour 8 months worth. Which is plenty.
------Original Message------
From: 3
To: 114
Subject: Re: St
Sent: Oct 29, 2014 8:47 AM

So, I said let's get caught up on the lock agreement because that would be like 18mnths or something? I didn't ask to release the entire 30mm. Figured we could get as much as possible, get started and see where it goes.

------Original Message------
From: 114
To: 3
Subject: Re: St
Sent: Oct 29, 2014 8:36 AM

Okay.  Great. Let's see where that goes
------Original Message------
From: 3
To: 114
Subject: St
Sent: Oct 29, 2014 8:29 AM

He also said that stv is working with 2 big food producers and they feel that one has a very good chance to come to table. He would like to be more aggressive and get the price and volume up.  He's on board with us doing things as long as not too crazy....
He's going to talk with bobby. He thinks if price and volume up he can raise another 5mm to execute on the chinese supply off take and then he thinks they will be the 3rd largest stevia company. He won't raise any money under .42 because he got all his buddies to exercise warrant at .42.

He's also sharing in part of grahams position.

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

------Original Message------
From: Wires
To: 114
Cc: Bond
Subject: Re: Good morning
Sent: Dec 2, 2014 12:48 PM

All r ours.
------Original Message------
From: 114
To: WIRES
Cc: BOND
Subject: Good morning
Sent: Dec 2, 2014 12:33 PM

We are in the process of receiving approximately 20 million shares of STVF that were
held in ESCROW.  At the time of the ESCROW agreement we may have put some of the stock
in NON BOND entities.  Can you please go through the list below and let me know which
entities you guys administer:
(1) Ashborough Holdings
(2) Bayview Equities
(3) Conmar Capital
(4) Millwork Trading
(5) Newmarket traders
(6) Ocean Park LLC
(7) Parma Institute
You can just confirm the entities by listing the number (for example entities 2,4,6 and
7).

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

------Original Message------
From: Bond
To: 114
To: Wires
To: Celt
Subject: Re: Good morning
Sent: Dec 2, 2014 12:49 PM

This shld have gone to celtic
------Original Message------
From: 114
To: Wires
Cc: bond
Subject: Good morning
Sent: Dec 2, 2014 12:33 PM

We are in the process of receiving approximately 20 million shares of STVF that were
held in ESCROW.  At the time of the ESCROW agreement we may have put some of the stock
in NON BOND entities.  Can you please go through the list below and let me know which
entities you guys administer:
(1) Ashborough Holdings
(2) Bayview Equities
(3) Conmar Capital
(4) Millwork Trading
(5) Newmarket traders
(6) Ocean Park LLC
(7) Parma Institute
You can just confirm the entities by listing the number (for example entities 2,4,6 and
7).

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

```
------Original Message------
From: 4
To: 3
Subject: Re: ST
Sent: Mar 13, 2015 3:11 PM

Nice.
------Original Message------
From: 3
To: 4
Subject: ST
Sent: Mar 13, 2015 12:09 PM
```

Avtar said they got additional things going for stvf. To keep going with david and they only have another 1mm to chew thru and it should clean up real nice.

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

------Original Message------
From: Acco
To: CELT
Subject: Fw: Promo
Sent: Mar 31, 2015 12:00 PM

See below.  Can u please send me on of the 8 companies including the address?  Any chance I could get today.
------Original Message------
From: Bond
To: 4
Subject: Re: Promo
Sent: Mar 31, 2015 11:59 AM

Use one of the 8
------Original Message------
From: Acco
To: bond
Subject: Promo
Sent: Mar 31, 2015 11:49 AM

Can any of the 8 companies be used as the payee for promotion?  Or should we set up a new company?

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

```
------Original Message------
From: WIRES
To: CELT
To: Acco
Subject: Re: Promo
Sent: Mar 31, 2015 1:12 PM

Xmailed to ACCO
------Original Message------
From: CELT
To: ACCO
To: WIRES
Subject: Re: Promo
Sent: Mar 31, 2015 1:01 PM

Wire: pls provide acco a current 2015 holding co with address.

Thx!
------Original Message------
From: Acco
To: CELT
Subject: Fw: Promo
Sent: Mar 31, 2015 12:00 PM

See below.  Can u please send me on of the 8 companies including the address?  Any chance I could get today.
------Original Message------
From: Bond
To: 4
Subject: Re: Promo
Sent: Mar 31, 2015 11:59 AM

Use one of the 8
------Original Message------
From: Acco
To: bond
Subject: Promo
Sent: Mar 31, 2015 11:49 AM

Can any of the 8 companies be used as the payee for promotion?  Or should we set up a new company?
```

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-0124765

A4292



------Original Message------
From: 66
To: 3
To: 4
To: 2
Subject: Re: Cover
Sent: Apr 7, 2015 8:43 AM

I was told the following:

20 pages is max for tabbing

24 mailed flat should be no different in postage, waiting on 100% confirm, but was
pretty sure about it.

Bookalog will ad .015 cents per piece and about 1 day to production. This can be lowered
if we print same stock throughout. It takes two machines for heavier cover, so time and
cost is affected.

For flat mail this copy need better covers and 2-3 spread, I think it can also use with
smaller font and better graphic/sidebar integration.


------Original Message------
From: 3
To: 4
To: 2
To: 66
Subject: Re: Cover
Sent: Apr 7, 2015 10:26 AM

We were talking about it based on the 24 pages. I think the copy we have now seems like
it has too many pages with too large a font. I just thought it might serve itself very
well as a booklet with only minimal design changes.  We can continue with the reportalog
format but then we need to know if 24 pages can still be tabbed. Or is it now in another
class of mail by weight. This is mostly for the cover. Because if we have to mail it
flat as a reportalog with 24 pages it will start to be pricey.


------Original Message------
From: 4
To: 3
To: 2
To: 66
Subject: Re: Cover
Sent: Apr 7, 2015 7:19 AM

Added 66. Do we want to push for a booklet?
------Original Message------
From: 3
To: 4
To: 2
Subject: Cover
Sent: Apr 7, 2015 7:17 AM

The only thing I think I would change on cover 1 is instead of saying "get in now for
the biggest profits." I would consider saying "find out how to win  the bitcoin craze
inside" or "find out how

------Original Message Truncated------

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

------Original Message------
From: 4
To: 3
Subject: Re:
Sent: May 6, 2015 9:58 AM

I might go meet kaitz in seattle on monday. He will be on the west coast and can't come
into canada as he still hasn't got his customs issue resolved
------Original Message------
From: 3
To: 4
Subject: Re:
Sent: May 6, 2015 9:52 AM

Actually I think the native guys going calgary friday so maybe we meet on native Monday.
------Original Message------
To: 4
Subject: Re:
Sent: May 6, 2015 9:49 AM

Will be in office as well. AA is going calgary tomorrow. So maybe we meet him friday on
native.
------Original Message------
To: 4
Subject: Re:
Sent: May 6, 2015 9:42 AM

I been back and forth with him on it today. He had trouble getting ads approved on new
network. He has spent 2k this week so far and trying to get other stuff approved today.
Was supposed to be done by tuesday afternoon.
------Original Message------
From: 4
To: 3
Subject:
Sent: May 6, 2015 9:28 AM

Has Zazoff mentioned when he will kick up STVF again.

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

------Original Message------
From: 66
To: 4
Subject:
Sent: Jul 24, 2013 8:08 AM

Are you able to capture anything on arth?

At 20% even this is pretty shitty.

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

-----Original Message-----
From: 4
To: 66
Subject: Re:
Sent: Sep 27, 2013 2:41 PM

Send to:
marketing@advantagemarketing.co
-----Original Message-----
From: 66
To: 4
Subject: Re:
Sent: Sep 27, 2013 11:25 AM

They said they will go if they get the invoice signed and sent back to them via email from advantage.

They "requested" it be done by EOD
-----Original Message-----
From: 4
To: 66
Subject: Re:
Sent: Sep 27, 2013 2:19 PM

No. We go without them. Tards.
-----Original Message-----
From: 66
To: 4
Subject: Re:
Sent: Sep 27, 2013 11:17 AM

Of course, but then what, cancel the other spend?
-----Original Message-----
From: 4
To: 66
Subject: Re:
Sent: Sep 27, 2013 2:17 PM

Make sure it does not show as paragon
-----Original Message-----
From: 66
To: 4
Subject: Re:
Sent: Sep 27, 2013 11:11 AM

Am trying to have them put Advantage media, if they won't then what? Full service?
-----Original Message-----
From: 4
To: 66
Subject: Re:
Sent: Sep 27, 2013 1:44 PM

Cant do that.  We'll have to return the funds.
-----Original Message-----
From: 66
To: 4

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-0186963

A4296

Subject: Re:
Sent: Sep 27, 2013 9:27 AM

Wire to circle came from Paragon Web Media Solutions, so now they say they need to put that in the disclaimer, how to handle?
------Original Message------
From: 4
To: 66
Subject:
Sent: Sep 27, 2013 11:36 AM

Call me.

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

```
------Original Message------
From: Bond
To: 4
Subject: Renewal
Sent: Jan 21, 2014 9:20 AM

Do we pay the 2014 annual fees for advantage media corp (belize)? Debit arth?
```

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

------Original Message------
From: 2
To: 3
To: 4
Subject: News
Sent: Jun 19, 2013 9:46 AM

Does avtar have a set of news releases to begin issuing next week?

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-1122854

A4299

------Original Message------
From: 3
To: 4
Subject: Re:
Sent: Aug 13, 2013 3:30 PM

Ok, next week is a week of guests. Are you in okanagan at all?

------Original Message------
From: 4
To: 3
Subject: Re:
Sent: Aug 12, 2013 11:56 PM

Cool. It is disappointing but still a win.
We can't send his 250K to mark lee and then transfer to a third party. But Fitzroy could
send direct back to Z. I suggest we move our 1.25 million to Rights Corp account at
bonds. I am back on monday.
------Original Message------
From: 3
To: 4
Subject: Re:
Sent: Aug 13, 2013 2:56 AM

He had questions about grph, tung, norx and wondered why those projects all grouped
together with ecau and arth on the boards and basher sites.

He said a lot of grief from inovio etc being attached to a p and d. Same shit that we
heard from echo guys. He had a 50mm funding for inovio blah blah. I said that we really
got hurt as all our guys in at higher price etc.

He's wanting to go on funding when we say so. I told him he could after first week of
september. Told him we would be active in the market until then I told him we wouldn't
sell below $0.40.

I told him we would take out the pp money and leave distribution until after september
if he wanted or we could do it now. He said he would support a distribution now. Lol.

I told him greenburg already has the 500k balance for pp. He was wondering if we could
add his 250 to greenburg and then return the original 250 back to Z since his entity did
not sign for the pp. That may be cleanest way.  Said we would pay back pp money, and
distribute 3.0 and leave balance as working cap while we sell rest of paper etc.

He was disappointed it wasn't bigger success as we all are but I explained some times
things out of control and we were aqueezing

------Original Message Truncated------

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

██████████████████████████████████

------Original Message------
From: 3
To: 4
Subject: Re:
Sent: Aug 13, 2013 2:56 AM

He had questions about grph, tung, norx and wondered why those projects all grouped
together with ecau and arth on the boards and basher sites.

He said a lot of grief from inovio etc being attached to a p and d. Same shit that we
heard from echo guys. He had a 50mm funding for inovio blah blah. I said that we really
got hurt as all our guys in at higher price etc.

He's wanting to go on funding when we say so. I told him he could after first week of
september. Told him we would be active in the market until then I told him we wouldn't
sell below $0.40.

I told him we would take out the pp money and leave distribution until after september
if he wanted or we could do it now. He said he would support a distribution now. Lol.

I told him greenburg already has the 500k balance for pp. He was wondering if we could
add his 250 to greenburg and then return the original 250 back to Z since his entity did
not sign for the pp. That may be cleanest way.  Said we would pay back pp money, and
distribute 3.0 and leave balance as working cap while we sell rest of paper etc.

He was disappointed it wasn't bigger success as we all are but I explained some times
things out of control and we were aqueezing this out in short timeframe so it may have
hurt usa bit in that we weren't able to stop once we started.

All in all not a total failure. Might be that we see $4-5 mm once all said and done.

We also talked about opportiunity moving forward. if there still was one. I said we
worked well together and everyone did what they said they would and that we would
continue to look at his projects in future.

------Original Message------
From: 4
To: 3
Subject:
Sent: Aug 12, 2013 5:12 PM

How did it go with avtar?

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

**A4301**

```
------Original Message------
To: Wires
Subject:
Sent: Sep 6, 2013 2:34 PM

Please wire 250K to:

Correspondent bank:
Citibank NA, New York
Swift CITIU33

Beneficiary Bank:
Banque Heritage, Geneva,
Swift: HFICCHGG
AC no: ▮▮6296
Aba no: ▮▮▮0089

Beneficiary name: Ortivo Enterprises Corp
Address: Salduba Building, East 53rd Street, Marbella, Panama, Republic of Panama
Beneficiary ac no: ▮▮8930
```

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-0746723

A4302

```
------Original Message------
From: 4
To: 3
Subject: Re: Wire
Sent: Aug 20, 2013 9:03 AM

What about his 250K?
------Original Message------
From: 3
To: 4
Subject: Wire
Sent: Aug 20, 2013 8:58 AM

Can you send 600k from ARTH to following:

Beneficiary: Banque Heritage Geneva
61 route de Chene
Geneve 6
CH-1211
Swift: HFTCCHGG
Attn: Eileen Tan
█████ 0269

Further credit to: Heng Hong Investment Limited
Acc no: ███ 8630

Correspondent Bank:
Citibank NA
New York
Swift: CITIUS33
Beneficiary: banque heritage geneva
Acc no: ███ 6296
ABA: █████ 0089
```

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

**EXHIBIT**

**Friesen 20**

How much cash u seeing. That does seem low in MT.  I though more like 3.8
------Original Message------
From: 3
To: 4
To: 2
Subject: Re: Meeting
Sent: Aug 12, 2013 7:09 PM

Of the 20mm shares how much is left. Shows 2.1 only in statement.
------Original Message------
From: 4
To: 2
To: 3
Subject: Re: Meeting
Sent: Aug 12, 2013 9:22 AM

Yeah. But its not looking good.
------Original Message------
From: 2
To: 3
To: 4
Subject: Re: Meeting
Sent: Aug 12, 2013 5:13 PM

If we still get a good return this week on our spend, wouldn't we continue?
------Original Message------
From: 3
To: 4
To: 2
Subject: Re: Meeting
Sent: Aug 12, 2013 8:12 AM

Newsmax still has to run as well. Towards the end of august.
------Original Message------
From: 4
To: 3
To: 2
Subject: Re: Meeting
Sent: Aug 12, 2013 7:36 AM

150K. This might be the last week.
------Original Message------
From: 3
To: 4
To: 2
Subject: Meeting
Sent: Aug 12, 2013 4:08 PM

Going to meet avtar today. I will get print out from CH and go over it with him. How much are we
spensding this week on E's.
I will tell him we plan to run a couple more weeks at least.



**EXHIBIT**

**87**

21-cv-11276-WGY



**EXHIBIT**

**CM**

21-cv-11276-WGY

EXHIBIT
Gasarch 14

Waiting Thomas reply
------Original Message------
From: BOND
To: WIRES
Subject: Re: Cash
Sent: Aug 23, 2013 9:47 AM

Yes but who? A person, a company, what business?
------Original Message------
From: Wires
To: bond
Subject: Re: Cash
Sent: Aug 23, 2013 9:43 AM

Thomas s client
------Original Message------
From: BOND
To: WIRES
Subject: Re: Cash
Sent: Aug 23, 2013 9:36 AM

Who r they?
------Original Message------
From: Wires
To: bond
Subject: Re: Cash
Sent: Aug 23, 2013 9:35 AM

Can we lend money to them? Thomas asks them sign loan agreement for us.
Thomas will call me back
------Original Message------
From: BOND
To: WIRES
Subject: Cash
Sent: Aug 23, 2013 9:25 AM

On aug 12 u wrote a draft for grand yachts against cash. Cld u pls explain to me how this is a legitimate payment? My concern is money laundering: hells angels gives us cash; we give them a draft to buy a boat. Later, boat is seized, polic investigate, find out charterhouse paid for it; visit us and ask why. What will u say?



EXHIBIT
90
21-cv-11276-WGY



EXHIBIT
CQ
21-cv-11276-WGY



```
Thx. U have xmail.
------Original Message------
From: GARD
To: CELT
Subject: Re: ARW
Sent: Sep 30, 2013 3:14 PM

Jackson@secure.xmeridian.com
------Original Message------
From: celt
To: 2
Subject: ARW
Sent: Sep 30, 2013 3:13 PM

Where can I email the SPA's for signature from Pine Strategies?

I need them to order the certs from the broker.
```



Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-0922099

A4306

```
I'm pushing the company to make a powerpoint with outlook to the next 2 versions of
printers. We need better images. We are going with the large format magalog with a soft
fold. Its about $0.98 a piece, postage is now $0.37.
-----Original Message------
To: 4
To: 2
Subject: Re: Copy
Sent: Nov 13, 2013 6:58 AM

Yes for couple days. Going to anahiem today and will hook up with avtar tonight.

-----Original Message------
From: 4
To: 3
To: 2
Subject: Re: Copy
Sent: Nov 13, 2013 6:51 AM

Received.  Will review today. You in palm?
-----Original Message------
From: 3
To: 4
To: 2
Subject: Copy
Sent: Nov 13, 2013 5:54 AM

Latest version on xmail. Its going to art today.  Edits can be done in design. Get me
any comments asap.
```



**EXHIBIT**

**113**

21-cv-11276-WGY

**EXHIBIT**

**Friesen 15**

**EXHIBIT**

**DP**

21-cv-11276-WGY

A4307

SJ Exhibit

**88**

21-cv-11276-WGY

```
Filled
------Original Message------
From: GARD
To: KASH
Subject: Yo
Sent: Jan 30, 2014 12:02 PM

Sell 10K riht @ 0.67.
```

**EXHIBIT**

**126**

21-cv-11276-WGY

**EXHIBIT**

**EE**

21-cv-11276-WGY

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-0101765

A4308

It was gold.
------Original Message------
From: 2
To: 3
To: 4
Subject: Re: Rights
Sent: Feb 24, 2014 9:18 PM

Lol I didn't know that ! That's gold
------Original Message------
From: 3
To: 4
To: 2
Subject: Re: Rights
Sent: Feb 24, 2014 9:16 PM

Juan pablo. Its the bachelor. I get it now. Cooper a funny guy.
------Original Message------
From: 4
To: 2
To: 3
Subject: Re: Rights
Sent: Feb 24, 2014 9:11 PM

Yes. Generally.
------Original Message------
From: 2
To: 4
To: 3
Subject: Re: Rights
Sent: Feb 24, 2014 9:09 PM

No halt = success
------Original Message------
From: 4
To: 2
To: 3
Subject: Re: Rights
Sent: Feb 24, 2014 9:09 PM

i really fucking hope this works out.
------Original Message------
From: 2
To: 3
To: 4
Subject: Re: Rights
Sent: Feb 24, 2014 9:08 PM

;)
------Original Message------
From: 3
To: 2
To: 4
Subject: Re: Rights
Sent: Feb 24, 2014 9:06 PM

Funny guy. Lol.
------Original Message------
From: 2
To: 4
To: 3
Subject: Re: Rights
Sent: Feb 24, 2014 8:54 PM

Ok. We'll pretend like its not being promoted... Shhhhhh
------Original Message------
From: 4
To: 2
To: 3
Subject: Re: Rights
Sent: Feb 24, 2014 8:53 PM

**EXHIBIT**

**Friesen 33**

**EXHIBIT**

**134**

21-cv-11276-WGY

**EXHIBIT**

**EO**

21-CV-11276-WGY

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-0019048

A4309

```
Hmm.  Not crazy about doing that. No disclaimers. I say we wait till our copy is mailed.
------Original Message------
From: 2
To: 3
To: 4
Subject: Rights
Sent: Feb 24, 2014 8:51 PM

I think we should get lyndsey fired up with the blogs and twitter soon.
```

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-0019049

A4310

EXHIBIT

**Friesen 39**

Lol. No 10 guys.
------Original Message------
From: 3
To: 4
To: 2
Subject: Re: Todaye
Sent: Feb 28, 2014 7:06 PM

You dropped them in the tub didn't ya.


------Original Message------
From: 4
To: 3
To: 2
Subject: Re: Todaye
Sent: Feb 28, 2014 7:06 PM

Killed about 25 beers and 1000 worth of cigars.
------Original Message------
From: 3
To: 2
To: 4
Subject: Re: Todaye
Sent: Feb 28, 2014 4:59 PM

We are on the Hardwood. Second building over.
------Original Message------
From: 2
To: 3
To: 4
Subject: Re: Todaye
Sent: Feb 28, 2014 4:57 PM

Nice rink! Won a college championshÃ-Â¶ on that ice
------Original Message------
From: 3
To: 2
To: 4
Subject: Re: Today
Sent: Feb 28, 2014 4:53 PM

Langley event center with a Starbucks for me.
------Original Message------
From: 2
To: 4
To: 3
Subject: Re: Today
Sent: Feb 28, 2014 4:44 PM

Nice work. Its almost 5pm..
------Original Message------
From: 4
To: 3
To: 2
Subject: Re: Today

EXHIBIT

**136**

21-cv-11276-WGY

EXHIBIT

**ER**

21-CV-11276-WGY

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-0638183

A4311

Sent: Feb 28, 2014 4:43 PM

LOL!!!!!  I am smoking a cigar in the tub.
------Original Message------
From: 3
To: 2
To: 4
Subject: Re: Today
Sent: Feb 28, 2014 4:19 PM

Good thing we not downtown. lol.
------Original Message------
From: 2
To: 4
To: 3
Subject: Re: Today
Sent: Feb 28, 2014 4:15 PM

$250k on a Friday. Nice moves.
------Original Message------
From: 4
To: 2
To: 3
Subject: Re: Today
Sent: Feb 28, 2014 4:13 PM

Cha ching
------Original Message------
From: 2
To: 3
To: 4
Subject: Re: Today
Sent: Feb 28, 2014 4:12 PM

STEV is amazing right now
------Original Message------
From: 3
To: 4
To: 2
Subject: Today
Sent: Feb 28, 2014 3:32 PM

Must have been fairly good across the board for us.
Stev traded 8.7 mm shares
Stvf traded 132k
Ecau traded 55k
Arth traded 554k
Mddd traded 150k
Riht traded 738k.

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-0638185

A4313

**EXHIBIT**

**Friesen 8**

```
Haha thank you sir!
------Original Message------
From: 4
To: 2
Subject:
Sent: Mar 6, 2014 11:30 AM

U r getting 173K today. A cut from MDDD and STVF. Buy a boat bitch. Rich mother fucker.
```

**EXHIBIT**

**140**

21-cv-11276-WGY

**EXHIBIT**

**EV**

21-cv-11276-WGY

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-0113360

A4314

Sweet.
------Original Message------
From: 3
To: 4
Cc: 2
Subject: Re: Yo
Sent: Mar 7, 2014 3:24 PM

That's another 500k day.

------Original Message------
From: 4
To: 3
Cc: 2
Subject: Yo
Sent: Mar 7, 2014 3:19 PM

S 222,000 RIHT @ .76565
S 50K STVF @ .47
S 38,562 ECAU @ 2674
S 150K MDDD @ .546
S 30k hptg @ .713
S 694k stev @ .269





Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-0049517

A4315

**EXHIBIT**

**Gasarch 40**

No, base on which stock and how much wire
------Original Message------
From: 19 ELGI
To: WIRES
Subject: Re:
Sent: Apr 29, 2014 10:20 AM

Is it safe to assume its not from Norton?
------Original Message------
To: Wires
Subject: Re:
Sent: 29 Apr 2014 18:18

Ok TY
------Original Message------
From: Wires
To: 19
Subject: Re:
Sent: 29 Apr 2014 18:19

Ty, let u know when I backed to office
------Original Message------
From: 19 ELGI
To: WIRES
Subject: Re:
Sent: Apr 29, 2014 10:18 AM

No its not for a promotion??? Its a marketing contract with port source limited and PR newswire
------Original Message------
From: Wires
To: 19
Subject: Re:
Sent: 29 Apr 2014 18:17

Is for promotion? If yes, pls tell me which stock.
I need to find a safe account for wire, if this is a promotion
------Original Message------
From: 19 ELGI
To: WIRES
Subject: Re:
Sent: Apr 29, 2014 10:14 AM

Sorry what? You asked the amount of the PR newswire wire! The amount is 281 233 k usd
------Original Message------
From: Wires
To: 19
Subject: Re:
Sent: 29 Apr 2014 18:05

Is the promotion? Which stock?
------Original Message------
From: 19 ELGI
To: WIRES
Subject: Re:
Sent: Apr 29, 2014 9:45 AM

**EXHIBIT**

**151**

21-cv-11276-WGY

**EXHIBIT**

**FJ**

21-cv-11276-WGY

281,233 I have very good paper work now for large wires but need to know the following info for sender;
Name of corp:
Mailing address:
Jurisdiction:
Name and title of signatory:

And if from a brokerage the full brokerage name:(if not all good with just above info)

I already have all the paper work for norton via legacy drawn up but can switch easily!
------Original Message------
From: Wires
To: 19
Subject: Re:
Sent: 29 Apr 2014 17:26

How much?
------Original Message------
From: 19 ELGI
To: WIRES
S

------Original Message Truncated------

A4317

Kk
------Original Message------
From: GARD
To: KASH
Cc: ACCO
Subject: Yo
Sent: May 28, 2014 9:49 AM

Sell 100K mddd @ 0.15 limit.
Sell 25K stvf @ 0.37 limit
Sell 100K hptg @ 0.12 limit.

SJ Exhibit

86

21-cv-11276-WGY



EXHIBIT

Friesen 9

EXHIBIT

154

21-cv-11276-WGY

EXHIBIT

FM

21-cv-11276-WGY

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-1090587

A4318


EXHIBIT
Gasarch 13

Xoxo
------Original Message------
From: WIRES
To: KASH
Subject: Re: Wire to Business Venture Investments
Sent: Aug 1, 2014 3:22 PM

Sender is Gotama Capital S A
St. Galler KantonalBank, switerzerland
USD8K
------Original Message------
From: KASH
To: CELT
To: WIRES
Subject: Re: Wire to Business Venture Investments
Sent: Aug 1, 2014 2:50 PM

Oops, sorry! I meant to send to her
------Original Message------
From: CELT
To: KASH
To: WIRES
Subject: Re: Wire to Business Venture Investments
Sent: Aug 1, 2014 2:49 PM

I can not. All wires are sent by Yvonne. She is the master of finance.

Yvonne, pls help Kash with the below...
------Original Message------
From: KASH
To: CELT
Subject: Wire to Business Venture Investments
Sent: Aug 1, 2014 2:43 PM

For the 8k wire we sent to Business Venture Investments can you tell me :
-Name of account holder who sent it
-Name of bank who sent it
-Location of bank
And exact amount was 8k usd right?
Thanks



EXHIBIT
157
21-cv-11276-WGY

EXHIBIT
FQ
21-cv-11276-WGY

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-0345788

A4319

**EXHIBIT**

**Gasarch 42**

Ok
------Original Message------
From: Peace
To: 77
Subject: Re: Hi
Sent: Oct 3, 2014 11:57 AM

I will send Wednesday, I play safe, tell u Friday
------Original Message------
From: LION
To: WIRES
Subject: Re: Hi
Sent: Oct 3, 2014 11:56 AM

Is that the soonest we can get? Its a problem
------Original Message------
From: Peace
To: 77
Subject: Re: Hi
Sent: Oct 3, 2014 11:52 AM

We have a a lot promotion wires need from that account.
We could not send too much every day.
PSON wire is promotion, we have to use BSI bank.
------Original Message------
From: LION
To: WIRES
Subject: Hi
Sent: Oct 3, 2014 11:49 AM

Not possible to get wire for lynx sent out sooner than the 10th?

**EXHIBIT**

**168**

21-cv-11276-WGY

**EXHIBIT**

**GC**

21-cv-11276-WGY

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-0017015

A4320



```
Right. I had a fire.  LOL.
------Original Message------
From: 2
To: 3
To: 114
Subject: Re: There you have it.
Sent: Nov 17, 2014 7:14 PM

I had a robbery so consider me all good
------Original Message------
From: 3
To: 114
To: 2
Subject: Re: There you have it.
Sent: Nov 17, 2014 6:51 PM

Yes. Most definitely. As soon as I get home. Will call apple and set up the I lost my
computer...how do I remote wipe,  etc.
------Original Message------
From: 114
To: 3
Cc: 2
Subject: Re: There you have it.
Sent: Nov 17, 2014 6:18 PM

Yes.  We should start to consider loosing computers etc.
------Original Message------
From: 3
To: 114
Cc: 2
Subject: Re: There you have it.
Sent: Nov 17, 2014 4:58 PM

Ok. That sucks.
------Original Message------
From: 114
To: 3
Cc: 2
Subject: There you have it.
Sent: Nov 17, 2014 4:44 PM

Received the GGBL subpoena today. Its a combined MDDD and GGBL investigation.  They have
subpoena'd all Kaitz e-mail which when received will lead them to Jordan etc. Requesting
2 weeks to respond.  I am sure T was aware that MDDD was wrapped up in this long before
tosay.  I haven't seen the actual subpoena but will get it securely tomorrow. FAK.
Please do not share with others at this time.
```

**EXHIBIT**

**170**

21-cv-11276-WGY

**EXHIBIT**

**GE**

21-cv-11276-WGY

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-0376332

A4321

**EXHIBIT**

**Gasarch 39**

```
Of course u do: his name is on the stamp!
-----Original Message------
From: Wires
To: bond
Subject: Re: Remo
Sent: Feb 19, 2015 1:52 PM

We did all diectors signature, I don't know who sign for notary
-----Original Message------
From: BOND
To: WIRES
Subject: Re: Remo
Sent: Feb 19, 2015 11:50 AM

Ask wires. Who prepared the docs? U or her?
-----Original Message------
From: Wires
To: bond
To: Luna
Subject: Re: Remo
Sent: Feb 19, 2015 1:49 PM

Who can sign for notary?
-----Original Message------
From: BOND
To: Alex 110
To: WIRES
Subject: Re: Remo
Sent: Feb 19, 2015 11:47 AM

The notary did not sign. Only stamped and sealed
-----Original Message------
From: Luna
To: bond
Subject: Re: Remo
Sent: Feb 19, 2015 11:50 AM

Done
-----Original Message------
From: Bond
To: 110
To: Wires
Subject: Remo
Sent: Feb 18, 2015 4:54 PM

There is a bm email (#17) from mark lee yesterday attaching docs to sign to change the
name. I don't see a reply attaching the signed pages. Pls sign and email them back to
him immediately! Pls confirm
```

**EXHIBIT**

**180**

21-cv-11276-WGY



**EXHIBIT**

**GU**

21-cv-11276-WGY

A4322



```
Yes

------Original Message------
From: 2
To: 98
Subject: Test
Sent: 20 Apr 2015 6:15 PM

Its jackson. Are u using this phone?
```



Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-0067813

A4323



SJ Exhibit

**18**

21-cv-11276-WGY

Yes, I will
------Original Message------
From: FEN
To: WIRES
Subject: Re: Where r u?
Sent: Apr 20, 2015 10:10 AM

Ok it's download adobe acrobat 10 from the server. Let me know when its done I will install it.
------Original Message------
From: 76
To: fen
Subject: Re: Where r u?
Sent: Apr 20, 2015 1:00 PM

Ygasarch@hotmail.com
Password: gO0dc0uple
------Original Message------
From: FEN
To: WIRES
Subject: Re: Where r u?
Sent: Apr 20, 2015 9:59 AM

Can you give me username and password on that computer so I connect
------Original Message------
From: 76
To: fen
Subject: Fw: Where r u?
Sent: Apr 20, 2015 12:58 PM

I installed, and then what I can do?
------Original Message------
To: FEN
Subject: Re: Where r u?
Sent: Apr 20, 2015 9:27 AM

Yes, pls
------Original Message------
From: FEN
To: WIRES
Subject: Re: Where r u?
Sent: Apr 20, 2015 9:28 AM

Did you install logmein on that computer?
If not will send you link by xmail
------Original Message------
From: 76
To: fen
Subject: Re: Where r u?
Sent: Apr 20, 2015 12:26 PM

To be invalid.
------Original Message------
From: FEN
To: WIRES
Subject: Re: Where r u?
Sent: Apr 20, 2015 9:24 AM

138017072860752710824455
------Original Message------
From: 76
To: fen
Subject: Re: Where r u?
Sent: Apr 20, 2015 12:23 PM

Need a diff serial # for this product
------Original Message------
From: FEN
To: WIRES
Subject: Re: Where r u?
Sent: Apr 20, 2015 9:21 AM

Disable updates
------Original Message------
From: 76
To: fen
Subject: Re: Where r u?

EXHIBIT

**184**

21-cv-11276-WGY

EXHIBIT

**HA**

21-cv-11276-WGY

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-0516463

A4324

```
Sent: Apr 20, 2015 12:20 PM

Got it.
Thank u so much!
------Original Message------
From: FEN
To: WIRES
Subject: Re: Where r u?
Sent: Apr 20, 2015 9:18 AM

138013488559891679379187

------Original Message------
From: 76
To: fen
Subject: Re: Where r u?
Sent: Apr 20, 2015 12:17 PM

I down load from Bond s CD
------Original Message------
From: FEN
To: WI

------Original Message Truncated------
```

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

I am not overly worried about it. Mitch was desperate. He could have done any number of things. But I just want to make sure you don't fly to NYC or something on your way back. If there is a pending indictment then it will be unsealed in the coming days.
-----Original Message-----
From: 2
To: 4
Subject: Re: Test
Sent: May 23, 2015 7:38 AM

And is he still in custody?
-----Original Message-----
From: 4
To: 2
Subject: Re: Test
Sent: May 23, 2015 4:09 PM

Hey. Sorry. Forgot to send the message. Mitch Adams was apparently arrested by the FBI in Dallas when changing plans from mexico. We don't know why yet or know 100% that the details are even true.  Just in case, we should all stay out of the US until we get a better handle on everything.
Mitch showed up in the SEC subpoena on NORX. When Mark Lee was here last week he mentioned that the SEC had said it was now a criminal matter.

-----Original Message-----
From: 2
To: 4
Subject: Test
Sent: May 23, 2015 12:07 AM

**EXHIBIT**

**Friesen 31**

**EXHIBIT**

**190**

21-cv-11276-WGY

**EXHIBIT**

**HH**

21-cv-11276-WGY

A4326

**SJ Exhibit**

**19**

21-cv-11276-WGY

exhibitsticker.com

```
Yvonne <sip:986@xp.xmeridian.com>
------Original Message------
From: 76
To: fen
Subject: Re: Xvoice
Sent: Jun 25, 2015 5:33 PM

Iphone?
------Original Message------
From: FEN
To: WIRES
Subject: Re: Xvoice
Sent: Jun 25, 2015 2:32 PM

What do you have that has video chat?
------Original Message------
From: 76
To: fen
Subject: Re: Xvoice
Sent: Jun 25, 2015 5:32 PM

I don't have face time
------Original Message------
From: FEN
To: WIRES
Subject: Re: Xvoice
Sent: Jun 25, 2015 2:31 PM

Can we skype or I for example facetime?
------Original Message------
From: 76
To: fen
Subject: Re: Xvoice
Sent: Jun 25, 2015 5:30 PM

Yes
------Original Message------
From: FEN
To: WIRES
Subject: Re: Xvoice
Sent: Jun 25, 2015 2:29 PM

Hi Yvonne

Are you back?
------Original Message------
From: 76
To: fen
Subject: Re: Xvoice
Sent: Jun 25, 2015 4:04 PM

I need to have lunch now, 1PM now.
Can u do after 2PM?
------Original Message------
From: FEN
To: WIRES
Subject: Re: Xvoice
Sent: Jun 25, 2015 1:04 PM

Do you like idea if I make video of what to do?
------Original Message------
From: 76
To: fen
Subject: Xvoice
Sent: Jun 25, 2015 2:32 PM

I download yesterday in Samsung, but wait to today, Samsung front page still same.
Do u want me deliver Samsung to u?
```

**EXHIBIT**

**193**

21-cv-11276-WGY

**EXHIBIT**

**HL**

21-cv-11276-WGY

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

SEC-MLATCKLP-E-0387645

A4327

Confidential Pursuant to Securities Exchange Act s.24(d).
Onward sharing of the materials with other Federal Agencies is not permitted
Contact OIA for further information at x16691

EXHIBIT
**233**
21-cv-11276-WGY

EXHIBIT
**RK**
21-cv-11276-WGY

| Label | Name | Email Subject | From | To | CC | Submit Time | Delivery Time |
|---|---|---|---|---|---|---|---|
| AI | body.pgp.decrypt | | | | | | |
| AI | source.eml | Re: Yo | kash <kash@xmeridian.com> | 2 <2@xmeridian.com> | | 1/16/2013 12:09:54 PM (2013-01-16 17:09:54 UTC) | 1/16/2013 12:09:54 PM (2013-01-16 17:09:54 UTC) |
| AI | body.pgp.decrypt | | | | | | |
| AI | source.eml | Re: Yo | kash <MAILER-DAEMON> | | 2 | 1/16/2013 12:09:54 PM (2013-01-16 17:09:54 UTC) | |
| AK | body.pgp.decrypt | | | | | | |
| AK | source.eml | Re: | 2 <2@xmeridian.com> | 4 <4@xmeridian.com>, 66 <66@xmeridian.com>, 3 <3@xmeridian.com> | | 1/17/2013 12:12:01 PM (2013-01-17 17:12:01 UTC) | 1/17/2013 12:12:02 PM (2013-01-17 17:12:02 UTC) |
| AK | body.pgp.decrypt | | | | | | |
| AK | source.eml | Re: | 2 <2@xmeridian.com> | 4 <4@xmeridian.com>, 66 <66@xmeridian.com>, 3 <3@xmeridian.com> | | 1/17/2013 12:12:01 PM (2013-01-17 17:12:01 UTC) | 1/17/2013 12:12:02 PM (2013-01-17 17:12:02 UTC) |
| AK | body.pgp.decrypt | | | | | | |
| AK | source.eml | Re: | 2 <2@xmeridian.com> | 4 <4@xmeridian.com>, 66 <66@xmeridian.com>, 3 <3@xmeridian.com> | | 1/17/2013 12:12:01 PM (2013-01-17 17:12:01 UTC) | 1/17/2013 12:12:02 PM (2013-01-17 17:12:02 UTC) |
| AK | body.pgp.decrypt | | | | | | |
| AK | source.eml | Re: | 2 <MAILER-DAEMON> | 4, 66; 3 | | 1/17/2013 12:12:01 PM (2013-01-17 17:12:01 UTC) | |
| AL | body.pgp.decrypt | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| AL | source.eml | Re: Summary | 4 <4@xmeridian.com> | 60 <60@xmeridian.com>, 2 <2@xmeridian.com>, 3 <3@xmeridian.com> | 1/18/2013 6:43:52 PM (2013-01-18 23:43:52 UTC) | 1/18/2013 6:43:53 PM (2013-01-18 23:43:53 UTC) |
| AL | body.pgp.decrypt | | | | | |
| AL | source.eml | Re: Summary | 4 <4@xmeridian.com> | 60 <60@xmeridian.com>, 2 <2@xmeridian.com>, 3 <3@xmeridian.com> | 1/18/2013 6:43:52 PM (2013-01-18 23:43:52 UTC) | 1/18/2013 6:43:53 PM (2013-01-18 23:43:53 UTC) |
| AL | body.pgp.decrypt | | | | | |
| AL | source.eml | Re: Summary | 4 <MAILER-DAEMON> | 60; 2; 3 | 1/18/2013 6:43:52 PM (2013-01-18 23:43:52 UTC) | |
| AL | body.pgp.decrypt | | | | | |
| AL | source.eml | Re: Summary | 4 <4@xmeridian.com> | 60 <60@xmeridian.com>, 2 <2@xmeridian.com>, 3 <3@xmeridian.com> | 1/18/2013 6:43:52 PM (2013-01-18 23:43:52 UTC) | 1/18/2013 6:43:53 PM (2013-01-18 23:43:53 UTC) |
| AM | body.pgp.decrypt | | | | | |
| AM | source.eml | Re: | 76 <76@xmeridian.com> | 73 <73@xmeridian.com> | 1/18/2013 1:42:48 PM (2013-01-18 18:42:48 UTC) | 1/18/2013 1:42:50 PM (2013-01-18 18:42:50 UTC) |
| AM | body.pgp.decrypt | | | | | |
| AM | source.eml | Re: | 76 <MAILER-DAEMON> | 73 | 1/18/2013 1:42:48 PM (2013-01-18 18:42:48 UTC) | |
| AN | body.pgp.decrypt | | | | | |
| AN | source.eml | Re: Yo | kash <kash@xmeridian.com> | 4 <4@xmeridian.com> | 1/22/2013 11:01:00 AM (2013-01-22 16:01:00 UTC) | 1/22/2013 11:01:01 AM (2013-01-22 16:01:01 UTC) |
| AN | body.pgp.decrypt | | | | | |
| AN | source.eml | Re: Yo | kash <MAILER-DAEMON> | 4 | 1/22/2013 11:01:00 AM (2013-01-22 16:01:00 UTC) | |
| AP | body.pgp.decrypt | | | | | |

| ID | File | Subject | From | To | | Date 1 | Date 2 |
|---|---|---|---|---|---|---|---|
| AP | source.eml | Re: Nani | 33 <MAILER-DAEMON> | celt | | 1/25/2013 2:17:39 PM (2013-01-25 19:17:39 UTC) | |
| AR | body.pgp.decrypt | | | | | | |
| AR | source.eml | Re: | 69 <69@xmeridian.com> | 4 <4@xmeridian.com> | | 2/5/2013 11:24:02 AM (2013-02-05 16:24:02 UTC) | 2/5/2013 11:24:03 AM (2013-02-05 16:24:03 UTC) |
| AS | body.pgp.decrypt | | | | | | |
| AS | source.eml | Re: U around all day wednesday? | 19 <MAILER-DAEMON> | celt | | 2/7/2013 11:34:10 AM (2013-02-07 16:34:10 UTC) | |
| AS | body.pgp.decrypt | | | | | | |
| AS | source.eml | Re: U around all day wednesday? | 19 <19@xmeridian.com> | celt <celt@xmeridian.com> | | 2/7/2013 11:34:10 AM (2013-02-07 16:34:10 UTC) | 2/7/2013 11:34:11 AM (2013-02-07 16:34:11 UTC) |
| AT | body.pgp.decrypt | | | | | | |
| AT | source.eml | Re: Hi | 69 <69@xmeridian.com> | 4 <4@xmeridian.com> | | 2/11/2013 10:51:57 AM (2013-02-11 15:51:57 UTC) | 2/11/2013 10:51:58 AM (2013-02-11 15:51:58 UTC) |
| AT | body.pgp.decrypt | | | | | | |
| AT | source.eml | Re: Hi | 69 <MAILER-DAEMON> | | 4 | 2/11/2013 10:51:57 AM (2013-02-11 15:51:57 UTC) | |
| AU | body.pgp.decrypt | | | | | | |
| AU | source.eml | Re: Hi | 4 <MAILER-DAEMON> | bond | | 2/19/2013 7:44:52 PM (2013-02-20 00:44:52 UTC) | |
| AU | body.pgp.decrypt | | | | | | |
| AU | source.eml | Re: Hi | 4 <4@xmeridian.com> | bond <bond@xmeridian.com> | | 2/19/2013 7:44:52 PM (2013-02-20 00:44:52 UTC) | 2/19/2013 7:44:53 PM (2013-02-20 00:44:53 UTC) |
| AV | body.pgp.decrypt | | | | | | |
| AV | source.eml | Re: DGM wire | 76 <76@xmeridian.com> | 3 <3@xmeridian.com> | | 2/21/2013 4:16:51 PM (2013-02-21 21:16:51 UTC) | 2/21/2013 4:16:52 PM (2013-02-21 21:16:52 UTC) |

A4331

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AV | body.pgp.decrypt | | | | | | |
| AV | source.eml | Re: DGM wire | 76 <MAILER-DAEMON> | | 3 | 2/21/2013 4:16:51 PM (2013-02-21 21:16:51 UTC) | |
| AW | body.pgp.decrypt | | | | | | |
| AW | source.eml | Re: Hi | 69 <69@xmeridian.com> | 4 <4@xmeridian.com> | | 2/25/2013 12:13:23 PM (2013-02-25 17:13:23 UTC) | 2/25/2013 12:13:23 PM (2013-02-25 17:13:23 UTC) |
| AX | body.pgp.decrypt | | | | | | |
| AX | source.eml | Re: Plsb | 18 <MAILER-DAEMON> | kash | | 2/28/2013 11:01:15 AM (2013-02-28 16:01:15 UTC) | 2/28/2013 11:01:16 AM (2013-02-28 16:01:16 UTC) |
| AX | body.pgp.decrypt | | | | | | |
| AX | source.eml | Re: Plsb | 18 <18@xmeridian.com> | kash <kash@xmeridian.com> | | 2/28/2013 11:01:15 AM (2013-02-28 16:01:15 UTC) | 2/28/2013 11:01:16 AM (2013-02-28 16:01:16 UTC) |
| AY | body.pgp.decrypt | | | | | | |
| AY | source.eml | Re: Sun peaks | bond <bond@xmeridian.com> | 2 <2@xmeridian.com> | | 3/1/2013 4:02:26 PM (2013-03-01 21:02:26 UTC) | 3/1/2013 4:02:27 PM (2013-03-01 21:02:27 UTC) |
| AY | body.pgp.decrypt | | | | | | |
| AY | source.eml | Re: Sun peaks | bond <MAILER-DAEMON> | | 2 | 3/1/2013 4:02:26 PM (2013-03-01 21:02:26 UTC) | |
| AZ | body.pgp.decrypt | | | | | | |
| AZ | source.eml | Re: Ecau | 4 <4@xmeridian.com> | 2 <2@xmeridian.com>, 3 <3@xmeridian.com> | 3 | 3/4/2013 2:28:56 PM (2013-03-04 19:28:56 UTC) | 3/4/2013 2:28:57 PM (2013-03-04 19:28:57 UTC) |
| AZ | body.pgp.decrypt | | | | | | |
| AZ | source.eml | Re: Ecau | 4 <MAILER-DAEMON> | 2; 3 | | 3/4/2013 2:28:56 PM (2013-03-04 19:28:56 UTC) | |
| AZ | body.pgp.decrypt | | | | | | |
| AZ | source.eml | Re: Ecau | 4 <4@xmeridian.com> | 2 <2@xmeridian.com>, 3 <3@xmeridian.com> | 3 | 3/4/2013 2:28:56 PM (2013-03-04 19:28:56 UTC) | 3/4/2013 2:28:57 PM (2013-03-04 19:28:57 UTC) |
| BA | body.pgp.decrypt | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| BA | source.eml | Re: | 66 <66@xmeridian.com> | 4 <4@xmeridian.com>, 2 <2@xmeridian.com> | 3/6/2013 12:35:40 PM (2013-03-06 17:35:40 UTC) | 3/6/2013 12:35:41 PM (2013-03-06 17:35:41 UTC) |
| BA | body.pgp.decrypt | | | | | |
| BA | source.eml | Re: | 66 <66@xmeridian.com> | 4 <4@xmeridian.com>, 2 <2@xmeridian.com> | 3/6/2013 12:35:40 PM (2013-03-06 17:35:40 UTC) | 3/6/2013 12:35:41 PM (2013-03-06 17:35:41 UTC) |
| BA | body.pgp.decrypt | | | | | |
| BA | source.eml | Re: | 66 <MAILER-DAEMON> | 4; 2 | 3/6/2013 12:35:40 PM (2013-03-06 17:35:40 UTC) | |
| BB | body.pgp.decrypt | | | | | |
| BB | source.eml | Re: | 4 <4@xmeridian.com> | 69 <69@xmeridian.com> | 3/7/2013 11:57:21 AM (2013-03-07 16:57:21 UTC) | 3/7/2013 11:57:22 AM (2013-03-07 16:57:22 UTC) |
| BB | body.pgp.decrypt | | | | | |
| BB | source.eml | Re: | 4 <MAILER-DAEMON> | 69 | 3/7/2013 11:57:21 AM (2013-03-07 16:57:21 UTC) | |
| BC | body.pgp.decrypt | | | | | |
| BC | source.eml | Re: Yo | 60 <60@xmeridian.com> | 4 <4@xmeridian.com> | 3/20/2013 2:46:26 PM (2013-03-20 18:46:26 UTC) | 3/20/2013 2:46:27 PM (2013-03-20 18:46:27 UTC) |
| BC | body.pgp.decrypt | | | | | |
| BC | source.eml | Re: Yo | 60 <MAILER-DAEMON> | 4 | 3/20/2013 2:46:26 PM (2013-03-20 18:46:26 UTC) | |
| BD | body.pgp.decrypt | | | | | |
| BD | source.eml | Re: Yo | kash <kash@xmeridian.com> | 4 <4@xmeridian.com> | 3/26/2013 9:32:47 AM (2013-03-26 13:32:47 UTC) | 3/26/2013 9:32:47 AM (2013-03-26 13:32:47 UTC) |
| BD | body.pgp.decrypt | | | | | |
| BD | source.eml | Re: Oryn | 93 <MAILER-DAEMON> | kash | 3/26/2013 9:33:26 AM (2013-03-26 13:33:26 UTC) | |
| BD | body.pgp.decrypt | | | | | |
| BD | source.eml | Re: Yo | kash <MAILER-DAEMON> | 4 | 3/26/2013 9:32:47 AM (2013-03-26 13:32:47 UTC) | |
| BE | body.pgp.decrypt | | | | | |

A4333

| | File | Subject | From | To | Date 1 | Date 2 |
|---|---|---|---|---|---|---|
| BE | source.eml | Re: Deposit | celt <celt@xmeridian.com> | bond <bond@xmeridian.com> | 3/30/2013 12:54:11 PM (2013-03-30 16:54:11 UTC) | 3/30/2013 12:54:12 PM (2013-03-30 16:54:12 UTC) |
| BE | body.pgp.decrypt | | | | | |
| BE | source.eml | Re: Deposit | celt <MAILER-DAEMON> | bond | 3/30/2013 12:54:11 PM (2013-03-30 16:54:11 UTC) | |
| BF | body.pgp.decrypt | | | | | |
| BF | source.eml | Re: | 66 <66@xmeridian.com> | 2 <2@xmeridian.com> | 4/1/2013 4:38:06 PM (2013-04-01 20:38:06 UTC) | 4/1/2013 4:38:07 PM (2013-04-01 20:38:07 UTC) |
| BF | body.pgp.decrypt | | | | | |
| BF | source.eml | Re: | 66 <MAILER-DAEMON> | 2 | 4/1/2013 4:38:06 PM (2013-04-01 20:38:06 UTC) | |
| BG | body.pgp.decrypt | | | | | |
| BG | source.eml | Re: Office | 3 <MAILER-DAEMON> | 76 | 4/3/2013 12:17:31 PM (2013-04-03 16:17:31 UTC) | 4/3/2013 12:17:32 PM (2013-04-03 16:17:32 UTC) |
| BG | body.pgp.decrypt | | | | | |
| BG | source.eml | Re: Office | 3 <3@xmeridian.com> | 76 <76@xmeridian.com> | 4/3/2013 12:17:31 PM (2013-04-03 16:17:31 UTC) | |
| BI | body.pgp.decrypt | | | | | |
| BI | source.eml | | 2 <2@xmeridian.com> | 66 <66@xmeridian.com>, 4 <4@xmeridian.com> | 4/15/2013 2:08:55 PM (2013-04-15 18:08:55 UTC) | 4/15/2013 2:08:56 PM (2013-04-15 18:08:56 UTC) |
| BI | body.pgp.decrypt | | | | | |
| BI | source.eml | Re: | 2 <2@xmeridian.com> | 66 <66@xmeridian.com>, 4 <4@xmeridian.com> | 4/15/2013 2:08:55 PM (2013-04-15 18:08:55 UTC) | 4/15/2013 2:08:56 PM (2013-04-15 18:08:56 UTC) |
| BI | body.pgp.decrypt | | | | | |
| BI | source.eml | Re: | 2 <MAILER-DAEMON> | 66, 4 | 4/15/2013 2:08:55 PM (2013-04-15 18:08:55 UTC) | |
| BJ | body.pgp.decrypt | | | | | |

A4334

| ID | File | Subject | From | To | CC | Sent | Received |
|---|---|---|---|---|---|---|---|
| BJ | source.eml | Re: Loi | 4 <4@xmeridian.com> | 3 <3@xmeridian.com> | 60 <60@xmeridian.com>, 2 <2@xmeridian.com> | 4/21/2013 7:40:47 PM (2013-04-21 23:40:47 UTC) | 4/21/2013 7:40:48 PM (2013-04-21 23:40:48 UTC) |
| BJ | body.pgp.decrypt | | | | | | |
| BJ | source.eml | Re: Loi | 4 <4@xmeridian.com> | 3 <3@xmeridian.com> | 60 <60@xmeridian.com>, 2 <2@xmeridian.com> | 4/21/2013 7:40:47 PM (2013-04-21 23:40:47 UTC) | 4/21/2013 7:40:48 PM (2013-04-21 23:40:48 UTC) |
| BJ | body.pgp.decrypt | | | | | | |
| BJ | source.eml | Re: Loi | 4 <4@xmeridian.com> | 3 <3@xmeridian.com> | 60 <60@xmeridian.com>, 2 <2@xmeridian.com> | 4/21/2013 7:40:47 PM (2013-04-21 23:40:47 UTC) | 4/21/2013 7:40:48 PM (2013-04-21 23:40:48 UTC) |
| BJ | body.pgp.decrypt | | | | | | |
| BJ | source.eml | Re: Loi | 4 <MAILER-DAEMON> | 3 <3@xmeridian.com> | 3  60; 2 | 4/21/2013 7:40:47 PM (2013-04-21 23:40:47 UTC) | |
| BL | source.eml | Re: We should | 4 <4@xmeridian.com> | 3 <3@xmeridian.com> | | 4/25/2013 1:14:52 PM (2013-04-25 17:14:52 UTC) | 4/25/2013 1:14:52 PM (2013-04-25 17:14:52 UTC) |
| BL | body.pgp.decrypt | | | | | | |
| BL | source.eml | Re: We should | 4 <MAILER-DAEMON> | | 3 | 4/25/2013 1:14:52 PM (2013-04-25 17:14:52 UTC) | 4/25/2013 1:14:52 PM (2013-04-25 17:14:52 UTC) |
| BM | body.pgp.decrypt | | | | | | |
| BM | source.eml | Re: Please send | 76 <76@xmeridian.com> | 3 <3@xmeridian.com> | | 4/29/2013 2:13:59 PM (2013-04-29 18:13:59 UTC) | 4/29/2013 2:14:00 PM (2013-04-29 18:14:00 UTC) |

| ID | File | Subject | From | To | Date 1 | Date 2 |
|---|---|---|---|---|---|---|
| BM | body.pgp.decrypt | | | | | |
| BM | source.eml | Re: Please send | 76 <MAILER-DAEMON> | 3 | 4/29/2013 2:13:59 PM (2013-04-29 18:13:59 UTC) | |
| BN | body.pgp.decrypt | | | | | |
| BN | source.eml | Re: | 3 <3@xmeridian.com> | 4 <4@xmeridian.com> | 4/30/2013 3:02:13 PM (2013-04-30 19:02:13 UTC) | 4/30/2013 3:02:15 PM (2013-04-30 19:02:15 UTC) |
| BN | body.pgp.decrypt | | | | | |
| BN | source.eml | Re: | 3 <MAILER-DAEMON> | 4 | 4/30/2013 3:02:13 PM (2013-04-30 19:02:13 UTC) | |
| BO | body.pgp.decrypt | | | | | |
| BO | source.eml | Re: | 4 <MAILER-DAEMON> | 66; 2 | 5/10/2013 11:23:09 AM (2013-05-10 15:23:09 UTC) | |
| BO | body.pgp.decrypt | | | | | |
| BO | source.eml | Re: | 4 <4@xmeridian.com> | 66 <66@xmeridian.com>, 2 <2@xmeridian.com> | 5/10/2013 11:23:09 AM (2013-05-10 15:23:09 UTC) | 5/10/2013 11:23:10 AM (2013-05-10 15:23:10 UTC) |
| BO | body.pgp.decrypt | | | | | |
| BO | source.eml | Re: | 4 <4@xmeridian.com> | 66 <66@xmeridian.com>, 2 <2@xmeridian.com> | 5/10/2013 10:30:28 AM (2013-05-10 14:30:28 UTC) | 5/10/2013 10:30:28 AM (2013-05-10 14:30:28 UTC) |
| BQ | body.pgp.decrypt | | | | | |
| BQ | source.eml | Re: Stev | 22 <MAILER-DAEMON> | kash | 5/22/2013 12:56:46 PM (2013-05-22 16:56:46 UTC) | |
| BQ | body.pgp.decrypt | | | | | |
| BQ | source.eml | Re: Stev | 22 <22@xmeridian.com> | kash <kash@xmeridian.com> | 5/22/2013 12:56:46 PM (2013-05-22 16:56:46 UTC) | 5/22/2013 12:56:46 PM (2013-05-22 16:56:46 UTC) |
| BR | body.pgp.decrypt | | | | | |

| | | Subject | From | To | Date 1 | Date 2 |
|---|---|---|---|---|---|---|
| BR | source.eml | Re: Norx | bond <bond@xmeridian.com> | 94 <94@xmeridian.com>, 68 <68@xmeridian.com>, celt <celt@xmeridian.com> | 5/24/2013 2:53:07 PM (2013-05-24 18:53:07 UTC) | 5/24/2013 2:53:08 PM (2013-05-24 18:53:08 UTC) |
| BR | body.pgp.decrypt | | | | | |
| BR | source.eml | Re: Norx | bond <bond@xmeridian.com> | 94 <94@xmeridian.com>, 68 <68@xmeridian.com>, celt <celt@xmeridian.com> | 5/24/2013 2:53:07 PM (2013-05-24 18:53:07 UTC) | 5/24/2013 2:53:08 PM (2013-05-24 18:53:08 UTC) |
| BR | body.pgp.decrypt | | | | | |
| BR | source.eml | Re: Norx | bond <bond@xmeridian.com> | 94 <94@xmeridian.com>, 68 <68@xmeridian.com>, celt <celt@xmeridian.com> | 5/24/2013 2:53:07 PM (2013-05-24 18:53:07 UTC) | 5/24/2013 2:53:08 PM (2013-05-24 18:53:08 UTC) |
| BR | body.pgp.decrypt | | | | | |
| BR | source.eml | Re: Norx | bond <MAILER-DAEMON> | 94; 68; celt | 5/24/2013 2:53:07 PM (2013-05-24 18:53:07 UTC) | |
| BS | body.pgp.decrypt | | | | | |
| BS | source.eml | Re: Status | 3 <MAILER-DAEMON> | 4; celt | 6/12/2013 1:42:22 PM (2013-06-12 17:42:22 UTC) | |
| BS | body.pgp.decrypt | | | | | |
| BS | source.eml | Re: Status | 3 <3@xmeridian.com> | 4 <4@xmeridian.com>, celt <celt@xmeridian.com> | 6/12/2013 1:42:22 PM (2013-06-12 17:42:22 UTC) | 6/12/2013 1:42:23 PM (2013-06-12 17:42:23 UTC) |
| BS | body.pgp.decrypt | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| BS | source.eml | Re: Status | 3 <3@xmeridian.com> | 4 <4@xmeridian.com>, celt <celt@xmeridian.com> | 6/12/2013 1:42:22 PM (2013-06-12 17:42:22 UTC) | 6/12/2013 1:42:23 PM (2013-06-12 17:42:23 UTC) |
| BT | body.pgp.decrypt | | | | | |
| BT | source.eml | Re: | 109 <MAILER-DAEMON> | 4 | 6/12/2013 2:27:38 PM (2013-06-12 18:27:38 UTC) | 6/12/2013 2:27:38 PM (2013-06-12 18:27:38 UTC) |
| BT | body.pgp.decrypt | | | | | |
| BT | source.eml | Re: | 109 <109@xmeridian.com> | 4 <4@xmeridian.com> | 6/12/2013 2:27:38 PM (2013-06-12 18:27:38 UTC) | 6/12/2013 2:27:39 PM (2013-06-12 18:27:39 UTC) |
| BU | body.pgp.decrypt | | | | | |
| BU | source.eml | Re: Cooper | 3 <3@xmeridian.com> | 2 <2@xmeridian.com>, 4 <4@xmeridian.com> | 6/18/2013 10:30:23 PM (2013-06-19 02:30:23 UTC) | 6/18/2013 10:30:24 PM (2013-06-19 02:30:24 UTC) |
| BU | body.pgp.decrypt | | | | | |
| BU | source.eml | Re: Cooper | 3 <MAILER-DAEMON> | 2, 4 | 6/18/2013 10:30:23 PM (2013-06-19 02:30:23 UTC) | |
| BU | body.pgp.decrypt | | | | | |
| BU | source.eml | Re: Cooper | 3 <3@xmeridian.com> | 2 <2@xmeridian.com>, 4 <4@xmeridian.com> | 6/18/2013 10:30:23 PM (2013-06-19 02:30:23 UTC) | 6/18/2013 10:30:24 PM (2013-06-19 02:30:24 UTC) |
| BV | source.eml | Re: News | 3 <3@xmeridian.com> | 2 <2@xmeridian.com>, 4 <4@xmeridian.com> | 6/19/2013 12:57:00 PM (2013-06-19 16:57:00 UTC) | 6/19/2013 12:57:01 PM (2013-06-19 16:57:01 UTC) |
| BV | body.pgp.decrypt | | | | | |
| BV | source.eml | Re: News | 3 <MAILER-DAEMON> | 2, 4 | 6/19/2013 12:57:00 PM (2013-06-19 16:57:00 UTC) | |
| BV | body.pgp.decrypt | | | | | |
| BV | source.eml | Re: News | 3 <3@xmeridian.com> | 2 <2@xmeridian.com>, 4 <4@xmeridian.com> | 6/19/2013 12:57:00 PM (2013-06-19 16:57:00 UTC) | 6/19/2013 12:57:01 PM (2013-06-19 16:57:01 UTC) |

A4338

| ID | File | Subject | From | To | Date 1 | Date 2 |
|---|---|---|---|---|---|---|
| BW | body.pgp.decrypt | | | | | |
| BW | source.eml | Re: Website | 3 <3@xmeridian.com> | 4 <4@xmeridian.com>, 2 <2@xmeridian.com> | 6/19/2013 3:45:06 PM (2013-06-19 19:45:06 UTC) | 6/19/2013 3:45:06 PM (2013-06-19 19:45:06 UTC) |
| BW | body.pgp.decrypt | Re: Website | 3 <MAILER-DAEMON> | 4; 2 | 6/19/2013 3:45:06 PM (2013-06-19 19:45:06 UTC) | |
| BW | source.eml | | | | | |
| BW | body.pgp.decrypt | | | | | |
| BW | source.eml | Re: Website | 3 <3@xmeridian.com> | 4 <4@xmeridian.com>, 2 <2@xmeridian.com> | 6/19/2013 3:45:06 PM (2013-06-19 19:45:06 UTC) | 6/19/2013 3:45:06 PM (2013-06-19 19:45:06 UTC) |
| BX | body.pgp.decrypt | Re: Are you | 4 <4@xmeridian.com> | 3 <3@xmeridian.com> | 6/20/2013 11:54:58 AM (2013-06-20 15:54:58 UTC) | 6/20/2013 11:54:59 AM (2013-06-20 15:54:59 UTC) |
| BX | source.eml | Re: Are you | 4 <MAILER-DAEMON> | 3 | 6/20/2013 11:54:58 AM (2013-06-20 15:54:58 UTC) | |
| BY | body.pgp.decrypt | | | | | |
| BY | source.eml | Re: Heartmore Foundation | 3 <MAILER-DAEMON> | bond | 6/27/2013 10:16:27 AM (2013-06-27 14:16:27 UTC) | |
| BY | body.pgp.decrypt | | | | | |
| BY | source.eml | Re: Heartmore Foundation | 3 <3@xmeridian.com> | bond <bond@xmeridian.com> | 6/27/2013 10:16:27 AM (2013-06-27 14:16:27 UTC) | 6/27/2013 10:16:28 AM (2013-06-27 14:16:28 UTC) |
| CA | body.pgp.decrypt | | | | | |
| CA | source.eml | Re: Hi | 69 <69@xmeridian.com> | 4 <4@xmeridian.com> | 7/10/2013 3:54:53 PM (2013-07-10 19:54:53 UTC) | 7/10/2013 3:54:54 PM (2013-07-10 19:54:54 UTC) |
| CA | body.pgp.decrypt | | | | | |

| ID | File | Subject | From | From (cont.) | To / No. | Date Sent | Date Received |
|---|---|---|---|---|---|---|---|
| CA | source.eml | Re: Hi | 69 <MAILER-DAEMON> | | 4 | | 7/10/2013 3:54:53 PM (2013-07-10 19:54:53 UTC) |
| CB | body.pgp.decrypt | | | | | | |
| CB | source.eml | Re: | 76 <76@xmeridian.com> | | 19 <19@xmeridian.com> | 7/10/2013 4:10:11 PM (2013-07-10 20:10:11 UTC) | 7/10/2013 4:10:11 PM (2013-07-10 20:10:11 UTC) |
| CB | body.pgp.decrypt | | | | | | |
| CB | source.eml | Re: | 76 <MAILER-DAEMON> | | 19 | 7/10/2013 4:10:11 PM (2013-07-10 20:10:11 UTC) | |
| CC | body.pgp.decrypt | | | | | | |
| CC | source.eml | Re: Hi | celt <celt@xmeridian.com> | | 4 <4@xmeridian.com> / bond <bond@xmeridian.com> | 7/15/2013 4:59:24 PM (2013-07-15 20:59:24 UTC) | 7/15/2013 4:59:25 PM (2013-07-15 20:59:25 UTC) |
| CC | body.pgp.decrypt | | | | | | |
| CC | source.eml | Re: Hi | celt <MAILER-DAEMON> | | 4 bond | 7/15/2013 4:59:24 PM (2013-07-15 20:59:24 UTC) | |
| CC | body.pgp.decrypt | | | | | | |
| CC | source.eml | Re: Hi | celt <celt@xmeridian.com> | | 4 <4@xmeridian.com> / bond <bond@xmeridian.com> | 7/15/2013 4:59:24 PM (2013-07-15 20:59:24 UTC) | 7/15/2013 4:59:25 PM (2013-07-15 20:59:25 UTC) |
| CD | body.pgp.decrypt | | | | | | |
| CD | source.eml | Re: Hiya | 104 <MAILER-DAEMON> | bond | | 7/19/2013 3:38:57 PM (2013-07-19 19:38:57 UTC) | |
| CD | body.pgp.decrypt | | | | | | |
| CD | source.eml | Re: Hiya | 104 <104@xmeridian.com> | bond <bond@xmeridian.com> | | 7/19/2013 3:38:57 PM (2013-07-19 19:38:57 UTC) | 7/19/2013 3:38:59 PM (2013-07-19 19:38:59 UTC) |
| CE | body.pgp.decrypt | | | | | | |
| CE | source.eml | Re: Software | 102 <MAILER-DAEMON> | fen | | 7/29/2013 3:17:25 PM (2013-07-29 19:17:25 UTC) | |
| CE | body.pgp.decrypt | | | | | | |

| ID | File | Subject | From | To | CC | Date 1 | Date 2 |
|---|---|---|---|---|---|---|---|
| CE | source.eml | Re: Software | 102 <102@xmeridian.com> | fen <fen@xmeridian.com> | bond <bond@xmeridian.com> | 7/29/2013 3:17:25 PM (2013-07-29 19:17:25 UTC) | 7/29/2013 3:17:26 PM (2013-07-29 19:17:26 UTC) |
| CE | body.pgp.decrypt | | | | | | |
| CE | source.eml | Re: Software | 102 <102@xmeridian.com> | fen <fen@xmeridian.com> | bond <bond@xmeridian.com> | 7/29/2013 3:17:25 PM (2013-07-29 19:17:25 UTC) | 7/29/2013 3:17:26 PM (2013-07-29 19:17:26 UTC) |
| CF | body.pgp.decrypt | | | | | | |
| CF | source.eml | Re: | 69 <69@xmeridian.com> | 4 <4@xmeridian.com> | | 7/25/2013 12:34:45 PM (2013-07-25 16:34:45 UTC) | 7/25/2013 12:34:46 PM (2013-07-25 16:34:46 UTC) |
| CF | body.pgp.decrypt | | | | | | |
| CF | source.eml | Re: | 69 <MAILER-DAEMON> | 4 | 4 | 7/25/2013 12:34:45 PM (2013-07-25 16:34:45 UTC) | |
| CH | body.pgp.decrypt | | | | | | |
| CH | source.eml | Re: Yo | 4 <MAILER-DAEMON> | kash | | 7/26/2013 9:24:15 AM (2013-07-26 13:24:15 UTC) | 7/26/2013 9:24:16 AM (2013-07-26 13:24:16 UTC) |
| CH | body.pgp.decrypt | | | | | | |
| CH | source.eml | Re: Yo | 4 <4@xmeridian.com> | kash <kash@xmeridian.com> | | 7/26/2013 9:24:15 AM (2013-07-26 13:24:15 UTC) | 7/26/2013 9:24:16 AM (2013-07-26 13:24:16 UTC) |
| CI | body.pgp.decrypt | | | | | | |
| CI | source.eml | Re: Yo | 4 <4@xmeridian.com> | 60 <60@xmeridian.com>, 3 <3@xmeridian.com>, 2 <2@xmeridian.com> | | 7/31/2013 12:46:12 AM (2013-07-31 04:46:12 UTC) | 7/31/2013 12:46:13 AM (2013-07-31 04:46:13 UTC) |
| CI | body.pgp.decrypt | | | | | | |
| CI | source.eml | Re: Yo | 4 <4@xmeridian.com> | 60 <60@xmeridian.com>, 3 <3@xmeridian.com>, 2 <2@xmeridian.com> | | 7/31/2013 12:46:12 AM (2013-07-31 04:46:12 UTC) | 7/31/2013 12:46:13 AM (2013-07-31 04:46:13 UTC) |

| | | | | | | |
|---|---|---|---|---|---|---|
| CI | body.pgp.decrypt | | | | | |
| CI | source.eml | Re: Yo | 4 <MAILER-DAEMON> | | 7/31/2013 12:46:12 AM (2013-07-31 04:46:12 UTC) | |
| CI | body.pgp.decrypt | | | 60; 3; 2 | | |
| CI | source.eml | Re: Yo | 4 <4@xmeridian.com> | 60 <60@xmeridian.com>, 3 <3@xmeridian.com>, 2 <2@xmeridian.com> | 7/31/2013 12:46:12 AM (2013-07-31 04:46:12 UTC) | 7/31/2013 12:46:13 AM (2013-07-31 04:46:13 UTC) |
| CK | body.pgp.decrypt | | | | | |
| CK | source.eml | Re: | 4 <4@xmeridian.com> | 69 <69@xmeridian.com> | 7/31/2013 4:45:00 PM (2013-07-31 20:45:00 UTC) | 7/31/2013 4:45:00 PM (2013-07-31 20:45:00 UTC) |
| CK | body.pgp.decrypt | | | | | |
| CK | source.eml | Re: | 4 <MAILER-DAEMON> | 69 | 7/31/2013 4:45:00 PM (2013-07-31 20:45:00 UTC) | |
| CL | body.pgp.decrypt | | | | | |
| CL | source.eml | Re: Hi | 69 <69@xmeridian.com> | 4 <4@xmeridian.com> | 8/6/2013 2:16:27 PM (2013-08-06 18:16:27 UTC) | 8/6/2013 2:16:27 PM (2013-08-06 18:16:27 UTC) |
| CL | body.pgp.decrypt | | | | | |
| CL | source.eml | Re: Hi | 69 <MAILER-DAEMON> | 4 | 8/6/2013 2:16:27 PM (2013-08-06 18:16:27 UTC) | |
| CM | body.pgp.decrypt | | | | | |
| CM | source.eml | Re: Meeting | 4 <4@xmeridian.com> | 3 <3@xmeridian.com>, 2 <2@xmeridian.com> | 8/12/2013 1:18:47 PM (2013-08-12 17:18:47 UTC) | 8/12/2013 1:18:48 PM (2013-08-12 17:18:48 UTC) |
| CM | body.pgp.decrypt | | | | | |
| CM | source.eml | Re: Meeting | 4 <MAILER-DAEMON> | 3; 2 | 8/12/2013 1:18:47 PM (2013-08-12 17:18:47 UTC) | |
| CM | body.pgp.decrypt | | | | | |
| CM | source.eml | Re: Meeting | 4 <4@xmeridian.com> | 3 <3@xmeridian.com>, 2 <2@xmeridian.com> | 8/12/2013 1:18:47 PM (2013-08-12 17:18:47 UTC) | 8/12/2013 1:18:48 PM (2013-08-12 17:18:48 UTC) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CO | body.pgp.decrypt | | | | | | |
| CO | source.eml | Re: Hi | 76 <76@xmeridian.com> | 4 <4@xmeridian.com> | | 8/21/2013 4:13:43 PM (2013-08-21 20:13:43 UTC) | 8/21/2013 4:13:44 PM (2013-08-21 20:13:44 UTC) |
| CO | body.pgp.decrypt | | | | | | |
| CO | source.eml | Re: Hi | 76 <MAILER-DAEMON> | | 4 | 8/21/2013 4:13:43 PM (2013-08-21 20:13:43 UTC) | |
| CP_RE | body.pgp.decrypt | | | | | | |
| CP_RE | source.eml | Re: Hi | 76 <76@xmeridian.com> | 4 <4@xmeridian.com> | | 8/22/2013 12:14:02 PM (2013-08-22 16:14:02 UTC) | 8/22/2013 12:14:03 PM (2013-08-22 16:14:03 UTC) |
| CP_RE | body.pgp.decrypt | | | | | | |
| CP_RE | source.eml | Re: Hi | 76 <MAILER-DAEMON> | | 4 | 8/22/2013 12:14:02 PM (2013-08-22 16:14:02 UTC) | |
| CQ | body.pgp.decrypt | | | | | | |
| CQ | source.eml | Re: Cash | 76 <MAILER-DAEMON> | bond | | 8/23/2013 12:50:05 PM (2013-08-23 16:50:05 UTC) | |
| CQ | body.pgp.decrypt | | | | | | |
| CQ | source.eml | Re: Cash | 76 <76@xmeridian.com> | bond <bond@xmeridian.com> | | 8/23/2013 12:50:05 PM (2013-08-23 16:50:05 UTC) | 8/23/2013 12:50:06 PM (2013-08-23 16:50:06 UTC) |
| CR | body.pgp.decrypt | | | | | | |
| CR | source.eml | Re: Pldx | 68 <MAILER-DAEMON> | celt | | 8/30/2013 2:39:05 PM (2013-08-30 18:39:05 UTC) | |
| CR | body.pgp.decrypt | | | | | | |
| CR | source.eml | Re: Pldx | 68 <68@xmeridian.com> | celt <celt@xmeridian.com> | | 8/30/2013 2:39:05 PM (2013-08-30 18:39:05 UTC) | 8/30/2013 2:39:05 PM (2013-08-30 18:39:05 UTC) |
| CS | body.pgp.decrypt | | | | | | |
| CS | source.eml | Re: | 69 <69@xmeridian.com> | 4 <4@xmeridian.com> | | 9/3/2013 1:32:24 PM (2013-09-03 17:32:24 UTC) | 9/3/2013 1:32:24 PM (2013-09-03 17:32:24 UTC) |
| CS | body.pgp.decrypt | | | | | | |
| CS | source.eml | Re: | 69 <MAILER-DAEMON> | | 4 | 9/3/2013 1:32:24 PM (2013-09-03 17:32:24 UTC) | |

| ID | File | Subject | From | To | # | Date | Date |
|---|---|---|---|---|---|---|---|
| CT | body.pgp.decrypt | | | | | | |
| CT | source.eml | Re: | 76 <76@xmeridian.com> | 4 <4@xmeridian.com> | | 9/6/2013 5:38:34 PM (2013-09-06 21:38:34 UTC) | 9/6/2013 5:38:34 PM (2013-09-06 21:38:34 UTC) |
| CT | body.pgp.decrypt | | | | | | |
| CT | source.eml | Re: | 76 <MAILER-DAEMON> | | 4 | 9/6/2013 5:38:34 PM (2013-09-06 21:38:34 UTC) | |
| CU | body.pgp.decrypt | | | | | | |
| CU | source.eml | Re: | 4 <4@xmeridian.com> | 3 <3@xmeridian.com> | | 9/9/2013 6:22:06 PM (2013-09-09 22:22:06 UTC) | 9/9/2013 6:22:07 PM (2013-09-09 22:22:07 UTC) |
| CU | body.pgp.decrypt | | | | | | |
| CU | source.eml | Re: | 4 <MAILER-DAEMON> | | 3 | 9/9/2013 6:22:06 PM (2013-09-09 22:22:06 UTC) | |
| CV | body.pgp.decrypt | | | | | | |
| CV | source.eml | Re: What is | 4 <4@xmeridian.com> | 3 <3@xmeridian.com>, 2 <2@xmeridian.com> | | 9/11/2013 4:32:29 PM (2013-09-11 20:32:29 UTC) | 9/11/2013 4:32:30 PM (2013-09-11 20:32:30 UTC) |
| CV | body.pgp.decrypt | | | | | | |
| CV | source.eml | Re: How is | 69 <MAILER-DAEMON> | bond | | 12/16/2013 9:53:53 AM (2013-12-16 14:53:53 UTC) | |
| CV | body.pgp.decrypt | | | | | | |
| CV | source.eml | Re: What is the | 4 <MAILER-DAEMON> | 3; 2 | | 9/11/2013 4:32:29 PM (2013-09-11 20:32:29 UTC) | |
| CV | body.pgp.decrypt | | | | | | |
| CV | source.eml | Re: How is | 69 <69@xmeridian.com> | bond <bond@xmeridian.com> | | 12/16/2013 9:53:53 AM (2013-12-16 14:53:53 UTC) | 12/16/2013 9:53:53 AM (2013-12-16 14:53:53 UTC) |
| CV | body.pgp.decrypt | | | | | | |
| CV | source.eml | Re: What is the | 4 <4@xmeridian.com> | 3 <3@xmeridian.com>, 2 <2@xmeridian.com> | | 9/11/2013 4:32:29 PM (2013-09-11 20:32:29 UTC) | 9/11/2013 4:32:30 PM (2013-09-11 20:32:30 UTC) |
| CW | body.pgp.decrypt | | | | | | |

A4344

| | | | | | | |
|---|---|---|---|---|---|---|
| CW | source.eml | Re: Not surprisingly | 2 <MAILER-DAEMON> | bond | 9/23/2013 1:53:51 PM (2013-09-23 17:53:51 UTC) | |
| CW | body.pgp.decrypt | | | | | |
| CW | source.eml | Re: Not surprisingly | 2 <2@xmeridian.com> | bond <bond@xmeridian.com> | 9/23/2013 1:53:51 PM (2013-09-23 17:53:51 UTC) | 9/23/2013 1:53:52 PM (2013-09-23 17:53:52 UTC) |
| CX | body.pgp.decrypt | | | | | |
| CX | source.eml | Re: | 69 <69@xmeridian.com> | 4 <4@xmeridian.com> | 9/23/2013 4:59:47 PM (2013-09-23 20:59:47 UTC) | 9/23/2013 4:59:48 PM (2013-09-23 20:59:48 UTC) |
| CX | body.pgp.decrypt | | | | | |
| CX | source.eml | Re: | 69 <MAILER-DAEMON> | 4 | 9/23/2013 4:59:47 PM (2013-09-23 20:59:47 UTC) | |
| CY | body.pgp.decrypt | | | | | |
| CY | source.eml | Re: | 66 <66@xmeridian.com> | 4 <4@xmeridian.com> | 9/27/2013 2:55:57 PM (2013-09-27 18:55:57 UTC) | 9/27/2013 2:55:58 PM (2013-09-27 18:55:58 UTC) |
| CY | body.pgp.decrypt | | | | | |
| CY | source.eml | Re: | 66 <MAILER-DAEMON> | 4 | 9/27/2013 2:55:57 PM (2013-09-27 18:55:57 UTC) | |
| CZ | body.pgp.decrypt | | | | | |
| CZ | source.eml | Re: ARW | celt <celt@xmeridian.com> | 2 <2@xmeridian.com> | 9/30/2013 6:45:23 PM (2013-09-30 22:45:23 UTC) | 9/30/2013 6:45:23 PM (2013-09-30 22:45:23 UTC) |
| CZ | body.pgp.decrypt | | | | | |
| CZ | source.eml | Re: ARW | celt <MAILER-DAEMON> | 2 | 9/30/2013 6:45:23 PM (2013-09-30 22:45:23 UTC) | |
| DA | body.pgp.decrypt | | | | | |
| DA | source.eml | Re: Hi | 76 <76@xmeridian.com> | 11 <11@xmeridian.com> | 10/1/2013 4:30:31 PM (2013-10-01 20:30:31 UTC) | 10/1/2013 4:30:32 PM (2013-10-01 20:30:32 UTC) |
| DA | body.pgp.decrypt | | | | | |
| DA | source.eml | Re: Hi | 76 <MAILER-DAEMON> | 11 | 10/1/2013 4:30:31 PM (2013-10-01 20:30:31 UTC) | |
| DD | body.pgp.decrypt | | | | | |

| ID | File | Subject | From | To | Date A | Date B |
|---|---|---|---|---|---|---|
| DD | source.eml | Re: Cash | 76 <MAILER-DAEMON> | 2 | 10/11/2013 2:17:36 PM (2013-10-11 18:17:36 UTC) | 10/11/2013 2:17:36 PM (2013-10-11 18:17:36 UTC) |
| DD | body.pgp.decrypt | | | | | |
| DD | source.eml | Re: Cash | 76 <76@xmeridian.com> | 2 <2@xmeridian.com> | 10/11/2013 2:17:36 PM (2013-10-11 18:17:36 UTC) | 10/11/2013 2:17:36 PM (2013-10-11 18:17:36 UTC) |
| DE | body.pgp.decrypt | | | | | |
| DE | source.eml | Re: Stvf | celt <celt@xmeridian.com> | 22 <22@xmeridian.com> | 10/21/2013 1:14:38 PM (2013-10-21 17:14:38 UTC) | 10/21/2013 1:14:39 PM (2013-10-21 17:14:39 UTC) |
| DE | body.pgp.decrypt | | | | | |
| DE | source.eml | Re: Stvf | celt <MAILER-DAEMON> | 22 | 10/21/2013 1:14:38 PM (2013-10-21 17:14:38 UTC) | |
| DF | body.pgp.decrypt | | | | | |
| DF | source.eml | Re: Hi | 4 <4@xmeridian.com> | 109 <109@xmeridian.com> | 10/23/2013 10:04:34 AM (2013-10-23 14:04:34 UTC) | 10/23/2013 10:04:35 AM (2013-10-23 14:04:35 UTC) |
| DF | body.pgp.decrypt | | | | | |
| DF | source.eml | Re: Hi | 4 <MAILER-DAEMON> | 109 | 10/23/2013 10:04:34 AM (2013-10-23 14:04:34 UTC) | |
| DG | body.pgp.decrypt | | | | | |
| DG | source.eml | Re: New email | fen <fen@xmeridian.com> | 77 <77@xmeridian.com> | 10/22/2013 3:07:59 PM (2013-10-22 19:07:59 UTC) | 10/22/2013 3:07:59 PM (2013-10-22 19:07:59 UTC) |
| DG | body.pgp.decrypt | | | | | |
| DG | source.eml | Re: New email | fen <MAILER-DAEMON> | 77 | 10/22/2013 3:07:59 PM (2013-10-22 19:07:59 UTC) | |
| DH | body.pgp.decrypt | | | | | |
| DH | source.eml | Re: Dinner | 109 <MAILER-DAEMON> | bond | 10/23/2013 2:47:17 PM (2013-10-23 18:47:17 UTC) | 10/23/2013 2:47:18 PM (2013-10-23 18:47:18 UTC) |
| DH | body.pgp.decrypt | | | | | |
| DH | source.eml | Re: Dinner | 109 <109@xmeridian.com> | bond <bond@xmeridian.com> | 10/23/2013 2:47:17 PM (2013-10-23 18:47:17 UTC) | |
| DI | body.pgp.decrypt | | | | | |

| ID | File | Subject | From | To | | CC | Date 1 | Date 2 |
|---|---|---|---|---|---|---|---|---|
| DI | source.eml | Re: | 109 <MAILER-DAEMON> | bond | | | 10/28/2013 6:04:29 PM (2013-10-28 22:04:29 UTC) | |
| DI | body.pgp.decrypt | | | | | | | |
| DI | source.eml | Re: | 109 <109@xmeridian.com> | bond <bond@xmeridian.com> | | | 10/28/2013 6:04:29 PM (2013-10-28 22:04:29 UTC) | 10/28/2013 6:04:31 PM (2013-10-28 22:04:31 UTC) |
| DJ | body.pgp.decrypt | | | | | | | |
| DJ | source.eml | Re: | 109 <MAILER-DAEMON> | | 4 | | 10/29/2013 5:11:45 PM (2013-10-29 21:11:45 UTC) | |
| DJ | body.pgp.decrypt | | | | | | | |
| DJ | source.eml | Re: | 109 <109@xmeridian.com> | 4 <4@xmeridian.com> | | | 10/29/2013 1:26:54 PM (2013-10-29 17:26:54 UTC) | 10/29/2013 1:26:55 PM (2013-10-29 17:26:55 UTC) |
| DK | body.pgp.decrypt | | | | | | | |
| DK | source.eml | Re: Sweet | 4 <4@xmeridian.com> | 3 <3@xmeridian.com> | | | 10/31/2013 4:16:19 PM (2013-10-31 20:16:19 UTC) | 10/31/2013 4:16:20 PM (2013-10-31 20:16:20 UTC) |
| DK | body.pgp.decrypt | | | | | | | |
| DK | source.eml | Re: Sweet | 4 <MAILER-DAEMON> | | 3 | | 10/31/2013 4:16:19 PM (2013-10-31 20:16:19 UTC) | |
| DL | body.pgp.decrypt | | | | | | | |
| DL | source.eml | Re: List | celt <celt@xmeridian.com> | bond <bond@xmeridian.com> | | | 11/1/2013 1:04:41 PM (2013-11-01 17:04:41 UTC) | 11/1/2013 1:04:41 PM (2013-11-01 17:04:41 UTC) |
| DL | body.pgp.decrypt | | | | | | | |
| DL | source.eml | Re: List | celt <MAILER-DAEMON> | bond | | | 11/1/2013 1:04:41 PM (2013-11-01 17:04:41 UTC) | |
| DM | body.pgp.decrypt | | | | | | | |
| DM | source.eml | Re: | 109 <MAILER-DAEMON> | 4; 2 | celt | | 11/5/2013 6:13:51 AM (2013-11-05 11:13:51 UTC) | |
| DM | body.pgp.decrypt | | | | | | | |
| DM | source.eml | Re: | 109 <109@xmeridian.com> | 4 <4@xmeridian.com>, 2 <2@xmeridian.com> | celt <celt@xmeridian.com>, 2 eridian.com> | | 11/5/2013 6:13:51 AM (2013-11-05 11:13:51 UTC) | 11/5/2013 6:13:53 AM (2013-11-05 11:13:53 UTC) |

| ID | File | Subject | From | To | CC | Date 1 | Date 2 |
|----|------|---------|------|-----|-----|--------|--------|
| DM | body.pgp.decrypt | | | 4 <4@xmeridian.com>, 2 <2@xmeridian.com> | celt <celt@xmeridian.com> | 11/5/2013 6:13:51 AM (2013-11-05 11:13:51 UTC) | 11/5/2013 6:13:53 AM (2013-11-05 11:13:53 UTC) |
| DM | source.eml | Re: | 109 <109@xmeridian.com> | 4 <4@xmeridian.com>, 2 <2@xmeridian.com> | celt <celt@xmeridian.com> | 11/5/2013 6:13:51 AM (2013-11-05 11:13:51 UTC) | 11/5/2013 6:13:53 AM (2013-11-05 11:13:53 UTC) |
| DM | body.pgp.decrypt | | | | | | |
| DM | source.eml | Re: | 109 <109@xmeridian.com> | 2 | | | |
| DN | body.pgp.decrypt | Re: Test | 53 <MAILER-DAEMON> | | | 11/6/2013 4:40:49 PM (2013-11-06 21:40:49 UTC) | 11/6/2013 4:40:49 PM (2013-11-06 21:40:49 UTC) |
| DN | source.eml | Re: Test | 53 <53@xmeridian.com> | 2 <2@xmeridian.com> | | 11/6/2013 4:40:49 PM (2013-11-06 21:40:49 UTC) | |
| DN | body.pgp.decrypt | | | | | | |
| DN | source.eml | | | | | | |
| DO | body.pgp.decrypt | Re: Copy | 3 <3@xmeridian.com> | 2 <2@xmeridian.com>, 4 <4@xmeridian.com> | | 11/13/2013 3:43:37 PM (2013-11-13 20:43:37 UTC) | 11/13/2013 3:43:37 PM (2013-11-13 20:43:37 UTC) |
| DO | source.eml | Re: Copy | 3 <MAILER-DAEMON> | 2; 4 | | 11/13/2013 3:43:37 PM (2013-11-13 20:43:37 UTC) | 11/13/2013 3:43:37 PM (2013-11-13 20:43:37 UTC) |
| DO | body.pgp.decrypt | | | | | | |
| DO | source.eml | Re: Copy | 3 <3@xmeridian.com> | 2 <2@xmeridian.com>, 4 <4@xmeridian.com> | | 11/13/2013 3:43:37 PM (2013-11-13 20:43:37 UTC) | |
| DP | body.pgp.decrypt | | | | | | |
| DP | source.eml | Re: Copy | 3 <MAILER-DAEMON> | 4; 2 | | 11/13/2013 10:02:07 AM (2013-11-13 15:02:07 UTC) | |
| DP | body.pgp.decrypt | | | | | | |

| ID | File | Subject | From | To | Date Sent | Date Received |
|---|---|---|---|---|---|---|
| DP | source.eml | Re: Copy | 3 <3@xmeridian.com> | 4 <4@xmeridian.com>, 2 <2@xmeridian.com> | 11/13/2013 10:02:07 AM (2013-11-13 15:02:07 UTC) | 11/13/2013 10:02:08 AM (2013-11-13 15:02:08 UTC) |
| DP | body.pgp.decrypt | | | | | |
| DP | source.eml | Re: Copy | 3 <3@xmeridian.com> | 4 <4@xmeridian.com>, 2 <2@xmeridian.com> | 11/13/2013 10:02:07 AM (2013-11-13 15:02:07 UTC) | 11/13/2013 10:02:08 AM (2013-11-13 15:02:08 UTC) |
| DQ | body.pgp.decrypt | | | | | |
| DQ | source.eml | Re: Look at | 2 <2@xmeridian.com> | 3 <3@xmeridian.com>, 4 <4@xmeridian.com> | 11/19/2013 1:46:47 PM (2013-11-19 18:46:47 UTC) | 11/19/2013 1:46:48 PM (2013-11-19 18:46:48 UTC) |
| DQ | body.pgp.decrypt | | | | | |
| DQ | source.eml | Re: Look at | 2 <2@xmeridian.com> | 3 <3@xmeridian.com>, 4 <4@xmeridian.com> | 11/19/2013 1:46:47 PM (2013-11-19 18:46:47 UTC) | 11/19/2013 1:46:48 PM (2013-11-19 18:46:48 UTC) |
| DQ | body.pgp.decrypt | | | | | |
| DQ | source.eml | Re: Look at | 2 <MAILER-DAEMON> | 3; 4 | 11/19/2013 1:46:47 PM (2013-11-19 18:46:47 UTC) | |
| DR | body.pgp.decrypt | | | | | |
| DR | source.eml | | 3 <MAILER-DAEMON> | 2; 4 | 11/26/2013 1:25:03 PM (2013-11-26 18:25:03 UTC) | |
| DR | body.pgp.decrypt | | | | | |
| DR | source.eml | Re: News | 3 <3@xmeridian.com> | 2 <2@xmeridian.com>, 4 <4@xmeridian.com> | 11/26/2013 1:25:03 PM (2013-11-26 18:25:03 UTC) | 11/26/2013 1:25:03 PM (2013-11-26 18:25:03 UTC) |
| DR | body.pgp.decrypt | | | | | |
| DR | source.eml | Re: News | 3 <3@xmeridian.com> | 2 <2@xmeridian.com>, 4 <4@xmeridian.com> | 11/26/2013 1:25:03 PM (2013-11-26 18:25:03 UTC) | 11/26/2013 1:25:03 PM (2013-11-26 18:25:03 UTC) |
| DS | body.pgp.decrypt | | | | | |
| DS | source.eml | Re: Send | 55 <55@xmeridian.com> | 4 <4@xmeridian.com>, 2 <2@xmeridian.com> | 11/27/2013 12:50:52 AM (2013-11-27 05:50:52 UTC) | 11/27/2013 12:50:53 AM (2013-11-27 05:50:53 UTC) |

| ID | File | Subject | From | To | Date 1 | Date 2 |
|---|---|---|---|---|---|---|
| DS | body.pgp.decrypt | | | | | |
| DS | source.eml | Re: Send | 55 <MAILER-DAEMON> | 4; 2 | 11/27/2013 12:50:52 AM (2013-11-27 05:50:52 UTC) | 11/27/2013 12:50:52 AM (2013-11-27 05:50:52 UTC) |
| DS | body.pgp.decrypt | | | | | |
| DS | source.eml | Re: Send | 55 <55@xmeridian.com> | 4 <4@xmeridian.com>, 2 <2@xmeridian.com> | 11/27/2013 12:50:52 AM (2013-11-27 05:50:52 UTC) | 11/27/2013 12:50:53 AM (2013-11-27 05:50:53 UTC) |
| DT | body.pgp.decrypt | | | | | |
| DT | source.eml | Re: Cancellation | 11 <MAILER-DAEMON> | celt | 12/6/2013 4:17:30 PM (2013-12-06 21:17:30 UTC) | |
| DT | body.pgp.decrypt | | | | | |
| DT | source.eml | Re: Cancellation | 11 <11@xmeridian.com> | celt <celt@xmeridian.com> | 12/6/2013 4:17:30 PM (2013-12-06 21:17:30 UTC) | 12/6/2013 4:17:31 PM (2013-12-06 21:17:31 UTC) |
| DU | body.pgp.decrypt | | | | | |
| DU | source.eml | Re: Good morning | 4 <4@xmeridian.com> | 109 <109@xmeridian.com> | 12/10/2013 4:42:59 PM (2013-12-10 21:42:59 UTC) | 12/10/2013 4:42:59 PM (2013-12-10 21:42:59 UTC) |
| DU | body.pgp.decrypt | | | | | |
| DU | source.eml | Re: Good morning | 4 <MAILER-DAEMON> | 109 | 12/10/2013 4:42:59 PM (2013-12-10 21:42:59 UTC) | |
| DX | body.pgp.decrypt | | | | | |
| DX | source.eml | Re: Today | kash <kash@xmeridian.com> | 3 <3@xmeridian.com> | 1/2/2014 1:59:38 PM (2014-01-02 18:59:38 UTC) | 1/2/2014 1:59:39 PM (2014-01-02 18:59:39 UTC) |
| DX | body.pgp.decrypt | | | | | |
| DX | source.eml | Re: Today | kash <MAILER-DAEMON> | 3 | 1/2/2014 1:59:38 PM (2014-01-02 18:59:38 UTC) | |
| DY | body.pgp.decrypt | | | | | |
| DY | source.eml | Re: Arch | 3 <3@xmeridian.com> | 60 <60@xmeridian.com> | 1/3/2014 1:43:55 PM (2014-01-03 18:43:55 UTC) | 1/3/2014 1:43:55 PM (2014-01-03 18:43:55 UTC) |
| DY | body.pgp.decrypt | | | | | |

| ID | File | Subject | From | Num | To | Timestamp 1 | Timestamp 2 |
|---|---|---|---|---|---|---|---|
| DY | source.eml | Re: Arch | 3 <MAILER-DAEMON> | 60 | | 1/3/2014 1:43:55 PM (2014-01-03 18:43:55 UTC) | |
| DZ | body.pgp.decrypt | | | | | | |
| DZ | source.eml | Re: You know | 4 <4@xmeridian.com> | | 3 <3@xmeridian.com> | 1/8/2014 11:56:22 AM (2014-01-08 16:56:22 UTC) | 1/8/2014 11:56:23 AM (2014-01-08 16:56:23 UTC) |
| DZ | body.pgp.decrypt | | | | | | |
| DZ | source.eml | Re: You know | 4 <MAILER-DAEMON> | 3 | | 1/8/2014 11:56:22 AM (2014-01-08 16:56:22 UTC) | |
| EA | body.pgp.decrypt | | | | | | |
| EA | source.eml | Re: Hi | 69 <69@xmeridian.com> | | 4 <4@xmeridian.com> | 1/8/2014 11:26:37 AM (2014-01-08 16:26:37 UTC) | 1/8/2014 11:26:38 AM (2014-01-08 16:26:38 UTC) |
| EA | body.pgp.decrypt | | | | | | |
| EA | source.eml | Re: Hi | 69 <MAILER-DAEMON> | 4 | | 1/8/2014 11:26:37 AM (2014-01-08 16:26:37 UTC) | |
| EB | body.pgp.decrypt | | | | | | |
| EB | source.eml | Re: Mddd | 4 <4@xmeridian.com> | | bond <bond@xmeridian.com> | 1/22/2014 7:42:18 PM (2014-01-23 00:42:18 UTC) | 1/22/2014 7:42:19 PM (2014-01-23 00:42:19 UTC) |
| EB | body.pgp.decrypt | | | | | | |
| EB | source.eml | Re: Mddd | 4 <MAILER-DAEMON> | | bond | 1/22/2014 7:42:18 PM (2014-01-23 00:42:18 UTC) | |
| EC | body.pgp.decrypt | | | | | | |
| EC | source.eml | Re: Cash funds | 69 <69@xmeridian.com> | | 4 <4@xmeridian.com> | 1/27/2014 3:12:58 PM (2014-01-27 20:12:58 UTC) | 1/27/2014 3:12:59 PM (2014-01-27 20:12:59 UTC) |
| EC | body.pgp.decrypt | | | | | | |
| EC | source.eml | Re: Cash funds | 69 <MAILER-DAEMON> | 4 | | 1/27/2014 3:12:58 PM (2014-01-27 20:12:58 UTC) | |
| EE | body.pgp.decrypt | | | | | | |
| EE | source.eml | Re: Yo | kash <kash@xmeridian.com> | | 2 <2@xmeridian.com> | 1/30/2014 3:15:01 PM (2014-01-30 20:15:01 UTC) | 1/30/2014 3:15:02 PM (2014-01-30 20:15:02 UTC) |
| EE | body.pgp.decrypt | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| EE | source.eml | Re: Yo | kash <MAILER-DAEMON> | | 2 | 1/30/2014 3:15:01 PM (2014-01-30 20:15:01 UTC) | |
| EF | body.pgp.decrypt | | | | | | |
| EF | source.eml | Re: Sunpeaks | celt <celt@xmeridian.com> | 4 <4@xmeridian.com> | | 1/30/2014 8:25:42 PM (2014-01-31 01:25:42 UTC) | 1/30/2014 8:25:44 PM (2014-01-31 01:25:44 UTC) |
| EF | body.pgp.decrypt | | | | | | |
| EF | source.eml | Re: Sunpeaks | celt <MAILER-DAEMON> | | 4 | 1/30/2014 8:25:42 PM (2014-01-31 01:25:42 UTC) | |
| EG | body.pgp.decrypt | | | celt <celt@xmeridian.com>, 76 <76@xmeridian.com>, bond <bond@xmeridian.com> | | | |
| EG | source.eml | Re: Stvf wire | 4 <4@xmeridian.com> | | | 1/30/2014 7:52:16 PM (2014-01-31 00:52:16 UTC) | 1/30/2014 7:52:17 PM (2014-01-31 00:52:17 UTC) |
| EG | body.pgp.decrypt | | | | | | |
| EG | source.eml | Re: Stvf wire | 4 <MAILER-DAEMON> | celt; 76; bond | | 1/30/2014 7:52:16 PM (2014-01-31 00:52:16 UTC) | |
| EG | body.pgp.decrypt | | | celt <celt@xmeridian.com>, 76 <76@xmeridian.com>, bond <bond@xmeridian.com> | | | |
| EG | source.eml | Re: Stvf wire | 4 <4@xmeridian.com> | | | 1/30/2014 7:52:16 PM (2014-01-31 00:52:16 UTC) | 1/30/2014 7:52:17 PM (2014-01-31 00:52:17 UTC) |
| EG | body.pgp.decrypt | | | | | | |

| ID | File | Subject | From | To/Cc | Date 1 | Date 2 |
|---|---|---|---|---|---|---|
| EG | source.eml | Re: Stvf wire | 4 <4@xmeridian.com> | celt <celt@xmeridian.com>, 76 <76@xmeridian.com>, bond <bond@xmeridian.com> | 1/30/2014 7:52:16 PM (2014-01-31 00:52:16 UTC) | 1/30/2014 7:52:17 PM (2014-01-31 00:52:17 UTC) |
| EH | body.pgp.decrypt | | | | | |
| EH | source.eml | Re: I want to register some | 77 <MAILER-DAEMON> | | 2/14/2014 3:19:03 PM (2014-02-14 20:19:03 UTC) | |
| EH | body.pgp.decrypt | | | | | |
| EH | source.eml | Re: I want to register some | 77 <77@xmeridian.com> | fen | 2/14/2014 3:19:03 PM (2014-02-14 20:19:03 UTC) | 2/14/2014 3:19:04 PM (2014-02-14 20:19:04 UTC) |
| EI | body.pgp.decrypt | | | fen <fen@xmeridian.com> | | |
| EI | source.eml | Re: Sorry for the delay | 77 <MAILER-DAEMON> | fen; bond | 2/18/2014 5:52:37 PM (2014-02-18 22:52:37 UTC) | |
| EI | body.pgp.decrypt | | | | | |
| EI | source.eml | Re: Sorry for the delay | 77 <77@xmeridian.com> | fen <fen@xmeridian.com>, bond <bond@xmeridian.com> | 2/18/2014 5:52:37 PM (2014-02-18 22:52:37 UTC) | 2/18/2014 5:52:37 PM (2014-02-18 22:52:37 UTC) |
| EI | body.pgp.decrypt | | | | | |
| EI | source.eml | Re: Sorry for the delay | 77 <77@xmeridian.com> | fen <fen@xmeridian.com>, bond <bond@xmeridian.com> | 2/18/2014 5:52:37 PM (2014-02-18 22:52:37 UTC) | 2/18/2014 5:52:37 PM (2014-02-18 22:52:37 UTC) |
| EI | body.pgp.decrypt | | | | | |

| ID | File | Subject | From | To | Num | Date 1 | Date 2 |
|---|---|---|---|---|---|---|---|
| EI | source.eml | Re: Sorry for the delay | bond <bond@xmeridian.com> | fen <fen@xmeridian.com> | | 2/18/2014 5:46:15 PM (2014-02-18 22:46:15 UTC) | 2/18/2014 5:46:16 PM (2014-02-18 22:46:16 UTC) |
| EI | body.pgp.decrypt | | | | | | |
| EI | source.eml | Re: Sorry for the delay | bond <MAILER-DAEMON> | fen | | 2/18/2014 5:46:15 PM (2014-02-18 22:46:15 UTC) | |
| EK | body.pgp.decrypt | | | | | | |
| EK | source.eml | Re: | 109 <MAILER-DAEMON> | | 4 | 2/20/2014 2:00:45 PM (2014-02-20 19:00:45 UTC) | |
| EK | body.pgp.decrypt | | | | | | |
| EK | source.eml | Re: | 109 <109@xmeridian.com> | 4 <4@xmeridian.com> | | 2/20/2014 2:00:45 PM (2014-02-20 19:00:45 UTC) | 2/20/2014 2:00:45 PM (2014-02-20 19:00:45 UTC) |
| EN | body.pgp.decrypt | | | | | | |
| EN | source.eml | Re: Cash | 2 <2@xmeridian.com> | 76 <76@xmeridian.com> | | 2/24/2014 4:25:07 PM (2014-02-24 21:25:07 UTC) | 2/24/2014 4:25:08 PM (2014-02-24 21:25:08 UTC) |
| EN | body.pgp.decrypt | | | | | | |
| EN | source.eml | Re: Cash | 2 <MAILER-DAEMON> | | 76 | 2/24/2014 4:25:07 PM (2014-02-24 21:25:07 UTC) | |
| EO | body.pgp.decrypt | | | | | | |
| EO | source.eml | Re: Rights | 4 <4@xmeridian.com> | 2 <2@xmeridian.com>, 3 <3@xmeridian.com> | | 2/25/2014 12:25:49 AM (2014-02-25 05:25:49 UTC) | 2/25/2014 12:25:50 AM (2014-02-25 05:25:50 UTC) |
| EO | body.pgp.decrypt | | | | | | |
| EO | source.eml | Re: Rights | 4 <MAILER-DAEMON> | 2; 3 | | 2/25/2014 12:25:49 AM (2014-02-25 05:25:49 UTC) | |
| EO | body.pgp.decrypt | | | | | | |
| EO | source.eml | Re: Rights | 4 <4@xmeridian.com> | 2 <2@xmeridian.com>, 3 <3@xmeridian.com> | | 2/25/2014 12:25:49 AM (2014-02-25 05:25:49 UTC) | 2/25/2014 12:25:50 AM (2014-02-25 05:25:50 UTC) |
| EP | body.pgp.decrypt | | | | | | |
| EP | source.eml | Re: | 109 <109@xmeridian.com> | 4 <4@xmeridian.com> | | 2/25/2014 3:19:30 PM (2014-02-25 20:19:30 UTC) | 2/25/2014 3:19:30 PM (2014-02-25 20:19:30 UTC) |

A4354

| | | | | | | |
|---|---|---|---|---|---|---|
| EP | body.pgp.decrypt | | | | | |
| EP | source.eml | Re: | 109 <MAILER-DAEMON> | 4 | 2/25/2014 3:19:30 PM (2014-02-25 20:19:30 UTC) | |
| ER | body.pgp.decrypt | | | | | |
| ER | source.eml | Re: Todaye | 4 <4@xmeridian.com> | 3 <3@xmeridian.com>, 2 <2@xmeridian.com> | 2/28/2014 10:09:39 PM (2014-03-01 03:09:39 UTC) | 2/28/2014 10:09:40 PM (2014-03-01 03:09:40 UTC) |
| ER | body.pgp.decrypt | | | | | |
| ER | source.eml | Re: Todaye | 4 <MAILER-DAEMON> | 3; 2 | 2/28/2014 10:09:39 PM (2014-03-01 03:09:39 UTC) | |
| ER | body.pgp.decrypt | | | | | |
| ER | source.eml | Re: Todaye | 4 <4@xmeridian.com> | 3 <3@xmeridian.com>, 2 <2@xmeridian.com> | 2/28/2014 10:09:39 PM (2014-03-01 03:09:39 UTC) | 2/28/2014 10:09:40 PM (2014-03-01 03:09:40 UTC) |
| ES | body.pgp.decrypt | | | | | |
| ES | source.eml | Re: Update | celt <celt@xmeridian.com> | 26 <26@xmeridian.com> | 3/3/2014 8:19:07 PM (2014-03-04 01:19:07 UTC) | 3/3/2014 8:19:08 PM (2014-03-04 01:19:08 UTC) |
| ES | body.pgp.decrypt | | | | | |
| ES | source.eml | Re: Update | celt <MAILER-DAEMON> | 26 | 3/3/2014 8:19:07 PM (2014-03-04 01:19:07 UTC) | |
| ET | body.pgp.decrypt | | | | | |
| ET | source.eml | Re: | kash <kash@xmeridian.com> | 4 <4@xmeridian.com> | 3/6/2014 11:13:19 AM (2014-03-06 16:13:19 UTC) | 3/6/2014 11:13:19 AM (2014-03-06 16:13:19 UTC) |
| ET | body.pgp.decrypt | | | | | |
| ET | source.eml | Re: | kash <MAILER-DAEMON> | 4 | 3/6/2014 11:13:19 AM (2014-03-06 16:13:19 UTC) | |
| EU,RF | body.pgp.decrypt | | | | | |
| EU,RF | source.eml | Re: Hello | 76 <76@xmeridian.com> | 3 <3@xmeridian.com> | 3/6/2014 4:56:24 PM (2014-03-06 21:56:24 UTC) | 3/6/2014 4:56:24 PM (2014-03-06 21:56:24 UTC) |
| EU,RF | body.pgp.decrypt | | | | | |
| EU,RF | source.eml | Re: Hello | 76 <MAILER-DAEMON> | 3 | 3/6/2014 4:56:24 PM (2014-03-06 21:56:24 UTC) | |

A4355

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EV | body.pgp.decrypt | | | | | | |
| EV | source.eml | Re: | 2 <2@xmeridian.com> | | | 3/6/2014 2:45:48 PM (2014-03-06 19:45:48 UTC) | 3/6/2014 2:45:49 PM (2014-03-06 19:45:49 UTC) |
| EV | body.pgp.decrypt | | | | | | |
| EV | source.eml | Re: | 2 <MAILER-DAEMON> | 4 <4@xmeridian.com> | 4 | 3/6/2014 2:45:48 PM (2014-03-06 19:45:48 UTC) | |
| EW | body.pgp.decrypt | | | | | | |
| EW | source.eml | Re: Yo | 4 <4@xmeridian.com> | 3 <3@xmeridian.com> | 2 <2@xmeridian.com> | 3/7/2014 6:25:03 PM (2014-03-07 23:25:03 UTC) | 3/7/2014 6:25:05 PM (2014-03-07 23:25:05 UTC) |
| EW | body.pgp.decrypt | | | | | | |
| EW | source.eml | Re: Yo | 4 <MAILER-DAEMON> | | 3 | 3/7/2014 6:25:03 PM (2014-03-07 23:25:03 UTC) | |
| EW | body.pgp.decrypt | | | | | | |
| EW | source.eml | Re: Yo | 4 <4@xmeridian.com> | 3 <3@xmeridian.com> | 2 <2@xmeridian.com> | 3/7/2014 6:25:03 PM (2014-03-07 23:25:03 UTC) | 3/7/2014 6:25:05 PM (2014-03-07 23:25:05 UTC) |
| EX | body.pgp.decrypt | | | | | | |
| EX | source.eml | Re: | 4 <MAILER-DAEMON> | | 120 | 3/7/2014 5:25:00 PM (2014-03-07 22:25:00 UTC) | |
| EY | body.pgp.decrypt | | | | | | |
| EY | source.eml | Re: Wire | 76 <MAILER-DAEMON> | fen | | 3/10/2014 9:10:53 PM (2014-03-11 01:10:53 UTC) | |
| EY | body.pgp.decrypt | | | | | | |
| EY | source.eml | Re: Wire | 76 <76@xmeridian.com> | fen <fen@xmeridian.com> | | 3/10/2014 9:10:53 PM (2014-03-11 01:10:53 UTC) | 3/10/2014 9:10:54 PM (2014-03-11 01:10:54 UTC) |
| FA | body.pgp.decrypt | | | | | | |
| FA | source.eml | Re: SELL | 126 <MAILER-DAEMON> | kash | | 3/26/2014 10:27:59 AM (2014-03-26 14:27:59 UTC) | |

| | File | Subject | From | To | Num | Date/Time | Date/Time (2) |
|---|---|---|---|---|---|---|---|
| FA | body.pgp.decrypt | | | | | | |
| FA | source.eml | Re: SELL | 126 <MAILER-DAEMON> | kash | | 3/26/2014 10:33:54 AM (2014-03-26 14:33:54 UTC) | 3/26/2014 10:33:54 AM (2014-03-26 14:33:54 UTC) |
| FA | body.pgp.decrypt | | | | | | |
| FA | source.eml | Re: SELL | 126 <126@xmeridian.com> | kash <kash@xmeridian.com> | | 3/26/2014 10:27:59 AM (2014-03-26 14:27:59 UTC) | 3/26/2014 10:28:00 AM (2014-03-26 14:28:00 UTC) |
| FA | body.pgp.decrypt | | | | | | |
| FA | source.eml | Re: SELL | 126 <126@xmeridian.com> | kash <kash@xmeridian.com> | | 3/26/2014 10:33:54 AM (2014-03-26 14:33:54 UTC) | 3/26/2014 10:33:55 AM (2014-03-26 14:33:55 UTC) |
| FB | body.pgp.decrypt | | | | | | |
| FB | source.eml | Re: HEY | 76 <76@xmeridian.com> | 126 <126@xmeridian.com> | | 3/28/2014 10:42:12 AM (2014-03-28 14:42:12 UTC) | 3/28/2014 10:42:13 AM (2014-03-28 14:42:13 UTC) |
| FB | body.pgp.decrypt | | | | | | |
| FB | source.eml | Re: HEY | 76 <MAILER-DAEMON> | | 126 | 3/28/2014 10:42:12 AM (2014-03-28 14:42:12 UTC) | |
| FC | body.pgp.decrypt | | | | | | |
| FC | source.eml | Re: Can I get | 3 <MAILER-DAEMON> | | 76 | 3/28/2014 11:32:56 AM (2014-03-28 15:32:56 UTC) | |
| FC | body.pgp.decrypt | | | | | | |
| FC | source.eml | Re: Can I get | 3 <3@xmeridian.com> | 76 <76@xmeridian.com> | | 3/28/2014 11:32:56 AM (2014-03-28 15:32:56 UTC) | 3/28/2014 11:32:57 AM (2014-03-28 15:32:57 UTC) |
| FE | body.pgp.decrypt | | | | | | |
| FE | source.eml | Re: Login | 77 <MAILER-DAEMON> | fen | | 4/11/2014 1:04:24 PM (2014-04-11 17:04:24 UTC) | |
| FE | body.pgp.decrypt | | | | | | |
| FE | source.eml | Re: Login | 77 <77@xmeridian.com> | fen <fen@xmeridian.com> | | 4/11/2014 1:04:24 PM (2014-04-11 17:04:24 UTC) | 4/11/2014 1:04:26 PM (2014-04-11 17:04:26 UTC) |
| FF | body.pgp.decrypt | | | | | | |

| Bates | File | Subject | From | To | Sent | Received |
|---|---|---|---|---|---|---|
| FF | source.eml | Re: Summy | 2 <2@xmeridian.com> | 68 <68@xmeridian.com>, bond <bond@xmeridian.com> | 4/11/2014 9:49:59 AM (2014-04-11 13:49:59 UTC) | 4/11/2014 9:50:00 AM (2014-04-11 13:50:00 UTC) |
| FF | body.pgp.decrypt | Re: Summy | 2 <2@xmeridian.com> | 68; bond | 4/11/2014 9:49:59 AM (2014-04-11 13:49:59 UTC) | |
| FF | source.eml | | 2 <MAILER-DAEMON> | | | |
| FF | body.pgp.decrypt | Re: Summy | 2 <2@xmeridian.com> | 68 <68@xmeridian.com>, bond <bond@xmeridian.com> | 4/11/2014 9:49:59 AM (2014-04-11 13:49:59 UTC) | 4/11/2014 9:50:00 AM (2014-04-11 13:50:00 UTC) |
| FG | source.eml | Re: Gamz | 76 <76@xmeridian.com> | 105 <105@xmeridian.com> | 4/14/2014 2:32:31 PM (2014-04-14 18:32:31 UTC) | 4/14/2014 2:32:32 PM (2014-04-14 18:32:32 UTC) |
| FG | body.pgp.decrypt | | | | | |
| FG | source.eml | Re: Gamz | 76 <MAILER-DAEMON> | 105 | 4/14/2014 2:32:31 PM (2014-04-14 18:32:31 UTC) | |
| FH | body.pgp.decrypt | | | | | |
| FH | source.eml | Fw: Login | fen <fen@xmeridian.com> | bond <bond@xmeridian.com> | 4/15/2014 9:36:05 AM (2014-04-15 13:36:05 UTC) | 4/15/2014 9:36:05 AM (2014-04-15 13:36:05 UTC) |
| FH | body.pgp.decrypt | | | | | |
| FH | source.eml | Fw: Login | fen <MAILER-DAEMON> | bond | 4/15/2014 9:36:05 AM (2014-04-15 13:36:05 UTC) | |
| FI | body.pgp.decrypt | | | | | |
| FI | source.eml | Re: | 69 <69@xmeridian.com> | 4 <4@xmeridian.com> | 4/15/2014 3:47:58 PM (2014-04-15 19:47:58 UTC) | 4/15/2014 3:47:59 PM (2014-04-15 19:47:59 UTC) |
| FI | body.pgp.decrypt | | | | | |
| FI | source.eml | Re: | 69 <MAILER-DAEMON> | | 4/15/2014 3:47:58 PM (2014-04-15 19:47:58 UTC) | |

| Label | File | Subject | From | To | Date 1 | Date 2 |
|---|---|---|---|---|---|---|
| FJ | body.pgp.decrypt | | | | | 4/29/2014 1:21:16 PM (2014-04-29 17:21:16 UTC) |
| FJ | source.eml | Re: | 76 <76@xmeridian.com> | 19 <19@xmeridian.com> | 4/29/2014 1:21:16 PM (2014-04-29 17:21:16 UTC) | 4/29/2014 1:21:16 PM (2014-04-29 17:21:16 UTC) |
| FJ | body.pgp.decrypt | | | | | |
| FJ | source.eml | Re: | 76 <MAILER-DAEMON> | 19 | 4/29/2014 1:21:16 PM (2014-04-29 17:21:16 UTC) | |
| FK | body.pgp.decrypt | | | | | |
| FK | source.eml | Re: $gper - MDDD | 69 <69@xmeridian.com> | 4 <4@xmeridian.com> | 5/16/2014 12:45:10 PM (2014-05-16 16:45:10 UTC) | 5/16/2014 12:45:11 PM (2014-05-16 16:45:11 UTC) |
| FK | body.pgp.decrypt | | | | | |
| FK | source.eml | Re: $gper - MDDD | 69 <MAILER-DAEMON> | 4 | 5/16/2014 12:45:10 PM (2014-05-16 16:45:10 UTC) | |
| FL | body.pgp.decrypt | | | | | |
| FL | source.eml | Re: $10k CAD | celt <celt@xmeridian.com> | 76 <76@xmeridian.com> | 5/27/2014 7:56:24 PM (2014-05-27 23:56:24 UTC) | 5/27/2014 7:56:25 PM (2014-05-27 23:56:25 UTC) |
| FL | body.pgp.decrypt | | | | | |
| FL | source.eml | Re: $10k CAD | celt <MAILER-DAEMON> | 76 | 5/27/2014 7:56:24 PM (2014-05-27 23:56:24 UTC) | |
| FM | body.pgp.decrypt | | | | | |
| FM | source.eml | Re: Yo | kash <kash@xmeridian.com> | 2 <2@xmeridian.com> | 5/28/2014 12:49:59 PM (2014-05-28 16:49:59 UTC) | 5/28/2014 12:50:00 PM (2014-05-28 16:50:00 UTC) |
| FM | body.pgp.decrypt | | | | | |
| FM | source.eml | Re: Yo | kash <MAILER-DAEMON> | 2 | 5/28/2014 12:49:59 PM (2014-05-28 16:49:59 UTC) | |
| FN | body.pgp.decrypt | | | | | |
| FN | source.eml | Re: Yo | kash <kash@xmeridian.com> | 2 <2@xmeridian.com> | 7/7/2014 2:13:39 PM (2014-07-07 18:13:39 UTC) | 7/7/2014 2:13:39 PM (2014-07-07 18:13:39 UTC) |
| FN | body.pgp.decrypt | | | | | |
| FN | source.eml | Re: Yo | kash <MAILER-DAEMON> | 2 | 7/7/2014 2:13:39 PM (2014-07-07 18:13:39 UTC) | |

| ID | File | Subject | From | To | | Date 1 | Date 2 |
|---|---|---|---|---|---|---|---|
| FP | body.pgp.decrypt | | | | | | |
| FP | source.eml | Re: AP boxes | 120 <120@xmeridian.com> | 4 <4@xmeridian.com> | | 7/30/2014 12:18:13 PM (2014-07-30 16:18:13 UTC) | 7/30/2014 12:18:14 PM (2014-07-30 16:18:14 UTC) |
| FQ | body.pgp.decrypt | | | | | | |
| FQ | source.eml | Re: Wire to Business Venture Investments | kash <kash@xmeridian.com> | 76 <76@xmeridian.com> | | 8/1/2014 6:26:52 PM (2014-08-01 22:26:52 UTC) | 8/1/2014 6:26:53 PM (2014-08-01 22:26:53 UTC) |
| FQ | body.pgp.decrypt | | | | | | |
| FQ | source.eml | Re: Wire to Business Venture Investments | kash <MAILER-DAEMON> | | 76 | 8/1/2014 6:26:52 PM (2014-08-01 22:26:52 UTC) | |
| FR | body.pgp.decrypt | | | | | | |
| FR | source.eml | Re: | 76 <76@xmeridian.com> | 4 <4@xmeridian.com> | | 8/6/2014 4:42:49 PM (2014-08-06 20:42:49 UTC) | 8/6/2014 4:42:49 PM (2014-08-06 20:42:49 UTC) |
| FR | body.pgp.decrypt | | | | | | |
| FR | source.eml | Re: | 76 <MAILER-DAEMON> | | 4 | 8/6/2014 4:42:49 PM (2014-08-06 20:42:49 UTC) | |
| FS | body.pgp.decrypt | | | | | | |
| FS | source.eml | Re: Yo | 4 <4@xmeridian.com> | 3 <3@xmeridian.com> | | 8/6/2014 4:34:00 PM (2014-08-06 20:34:00 UTC) | 8/6/2014 4:34:01 PM (2014-08-06 20:34:01 UTC) |
| FS | body.pgp.decrypt | | | | | | |
| FS | source.eml | Re: Yo | 4 <MAILER-DAEMON> | | 3 | 8/6/2014 4:34:00 PM (2014-08-06 20:34:00 UTC) | |
| FT | body.pgp.decrypt | | | | | | |
| FT | source.eml | Re: Sun Peaks | bond <bond@xmeridian.com> | 2 <2@xmeridian.com> | | 4/3/2013 3:07:52 PM (2013-04-03 19:07:52 UTC) | 4/3/2013 3:07:54 PM (2013-04-03 19:07:54 UTC) |
| FT | body.pgp.decrypt | | | | | | |

| | | Re: Sun Peaks | | | | |
|---|---|---|---|---|---|---|
| FT | source.eml | | bond <MAILER-DAEMON> | 2 | 4/3/2013 3:07:52 PM (2013-04-03 19:07:52 UTC) | |
| FV | body.pgp.decrypt | | | | | |
| FV | source.eml | Re: | 4 <4@xmeridian.com> | 76 <76@xmeridian.com> | 8/6/2014 2:55:00 PM (2014-08-06 18:55:00 UTC) | 8/6/2014 2:55:00 PM (2014-08-06 18:55:00 UTC) |
| FV | body.pgp.decrypt | | | | | |
| FV | source.eml | Re: | 4 <MAILER-DAEMON> | 76 | 8/6/2014 2:55:00 PM (2014-08-06 18:55:00 UTC) | |
| FW | body.pgp.decrypt | | | | | |
| FW | source.eml | Re: AP | 120 <120@xmeridian.com> | 4 <4@xmeridian.com> | 8/6/2014 4:13:02 AM (2014-08-06 08:13:02 UTC) | 8/6/2014 4:13:03 AM (2014-08-06 08:13:03 UTC) |
| FX | body.pgp.decrypt | | | | | |
| FX | source.eml | Re: | kash <kash@xmeridian.com> | 4 <4@xmeridian.com> | 8/19/2014 12:17:09 PM (2014-08-19 16:17:09 UTC) | 8/19/2014 12:17:10 PM (2014-08-19 16:17:10 UTC) |
| FX | body.pgp.decrypt | | | | | |
| FX | source.eml | Re: | kash <MAILER-DAEMON> | 4 | 8/19/2014 12:17:09 PM (2014-08-19 16:17:09 UTC) | |
| FY | body.pgp.decrypt | | | | | |
| FY | source.eml | Re: Riht | 69 <MAILER-DAEMON> | kash | 9/2/2014 3:46:17 PM (2014-09-02 19:46:17 UTC) | 9/2/2014 3:46:17 PM (2014-09-02 19:46:17 UTC) |
| FY | body.pgp.decrypt | | | | | |
| FY | source.eml | Re: Riht | 69 <69@xmeridian.com> | kash <kash@xmeridian.com> | 9/2/2014 3:46:17 PM (2014-09-02 19:46:17 UTC) | 9/2/2014 3:46:18 PM (2014-09-02 19:46:18 UTC) |
| FZ | body.pgp.decrypt | | | | | |
| FZ | source.eml | Re: | kash <kash@xmeridian.com> | 4 <4@xmeridian.com> | 9/4/2014 1:53:05 PM (2014-09-04 17:53:05 UTC) | 9/4/2014 1:53:06 PM (2014-09-04 17:53:06 UTC) |
| FZ | body.pgp.decrypt | | | | | |
| FZ | source.eml | Re: | kash <MAILER-DAEMON> | 4 | 9/4/2014 1:53:05 PM (2014-09-04 17:53:05 UTC) | |
| GA | body.pgp.decrypt | | | | | |

| ID | File | Subject | From | To | | Date Sent | Date Received |
|----|------|---------|------|-----|----|-----------|---------------|
| GA | source.eml | Re: Fri. | 76 <MAILER-DAEMON> | | 92 | 9/5/2014 1:07:58 PM (2014-09-05 17:07:58 UTC) | |
| GB | body.pgp.decrypt | | | | | | |
| GB | source.eml | Re: Snyr | celt <celt@xmeridian.com> | bond <bond@xmeridian.com>, 77 <77@xmeridian.com> | | 9/30/2014 8:02:44 PM (2014-10-01 00:02:44 UTC) | 9/30/2014 8:02:45 PM (2014-10-01 00:02:45 UTC) |
| GB | body.pgp.decrypt | | | | | | |
| GB | source.eml | Re: Snyr | celt <celt@xmeridian.com> | bond <bond@xmeridian.com>, 77 <77@xmeridian.com> | | 9/30/2014 8:02:44 PM (2014-10-01 00:02:44 UTC) | 9/30/2014 8:02:45 PM (2014-10-01 00:02:45 UTC) |
| GB | body.pgp.decrypt | | | | | | |
| GB | source.eml | Re: Snyr | celt <MAILER-DAEMON> | bond; 77 | | 9/30/2014 8:02:44 PM (2014-10-01 00:02:44 UTC) | |
| GC | body.pgp.decrypt | | | | | | |
| GC | source.eml | Re: Hi | 77 <77@xmeridian.com> | 76 <76@xmeridian.com> | 131 <131@xmeridian.com> | 10/3/2014 2:58:23 PM (2014-10-03 18:58:23 UTC) | 10/3/2014 2:58:23 PM (2014-10-03 18:58:23 UTC) |
| GC | body.pgp.decrypt | | | | | | |
| GC | source.eml | Re: Hi | 77 <MAILER-DAEMON> | | 76 | 10/3/2014 2:58:23 PM (2014-10-03 18:58:23 UTC) | |
| GC | body.pgp.decrypt | | | | | | |
| GC | source.eml | Re: Hi | 77 <77@xmeridian.com> | 76 <76@xmeridian.com> | 131 <131@xmeridian.com> | 10/3/2014 2:58:23 PM (2014-10-03 18:58:23 UTC) | 10/3/2014 2:58:23 PM (2014-10-03 18:58:23 UTC) |
| GD | body.pgp.decrypt | | | | | | |
| GD | source.eml | Re: ST | 3 <MAILER-DAEMON> | 114; 2 | | 10/24/2014 11:48:45 AM (2014-10-24 15:48:45 UTC) | |
| GD | body.pgp.decrypt | | | | | | |

A4362

Case: 24-1770   Document: 00118249072   Page: 255   Date Filed: 02/18/2025   Entry ID: 6700951

| Code | File | Subject | From | To | Date 1 | Date 2 |
|---|---|---|---|---|---|---|
| GD | source.eml | Re: ST | 3 <3@xmeridian.com> | 114 <114@xmeridian.com>, 2 <2@xmeridian.com> | 10/24/2014 11:48:45 AM (2014-10-24 15:48:45 UTC) | 10/24/2014 11:48:45 AM (2014-10-24 15:48:45 UTC) |
| GD | body.pgp.decrypt | | | | | |
| GD | source.eml | Re: ST | 3 <3@xmeridian.com> | 114 <114@xmeridian.com>, 2 <2@xmeridian.com> | 10/24/2014 11:48:45 AM (2014-10-24 15:48:45 UTC) | 10/24/2014 11:48:45 AM (2014-10-24 15:48:45 UTC) |
| GE | body.pgp.decrypt | | | | | |
| GE | source.eml | Re: There you have it. | 114 <114@xmeridian.com> | 2 <2@xmeridian.com>, 3 <3@xmeridian.com> | 11/17/2014 10:15:47 PM (2014-11-18 03:15:47 UTC) | 11/17/2014 10:15:48 PM (2014-11-18 03:15:48 UTC) |
| GE | body.pgp.decrypt | | | | | |
| GE | source.eml | Re: There you have it. | 114 <MAILER-DAEMON> | 2; 3 | 11/17/2014 10:15:47 PM (2014-11-18 03:15:47 UTC) | |
| GE | body.pgp.decrypt | | | | | |
| GE | source.eml | Re: There you have it. | 114 <114@xmeridian.com> | 2 <2@xmeridian.com>, 3 <3@xmeridian.com> | 11/17/2014 10:15:47 PM (2014-11-18 03:15:47 UTC) | 11/17/2014 10:15:48 PM (2014-11-18 03:15:48 UTC) |
| GG | body.pgp.decrypt | | | | | |
| GG | source.eml | Re: Sggo | 120 <120@xmeridian.com> | bond <bond@xmeridian.com> | 11/25/2014 11:07:55 AM (2014-11-25 16:07:55 UTC) | 11/25/2014 11:07:56 AM (2014-11-25 16:07:56 UTC) |
| GH | body.pgp.decrypt | | | | | |
| GH | source.eml | Re: Worldcheck | bond <bond@xmeridian.com> | 3 <3@xmeridian.com> | 11/25/2014 11:38:05 AM (2014-11-25 16:38:05 UTC) | 11/25/2014 11:38:06 AM (2014-11-25 16:38:06 UTC) |
| GH | body.pgp.decrypt | | | | | |

A4363

| | File | Subject | From | To | | Date 1 | Date 2 |
|---|---|---|---|---|---|---|---|
| GH | source.eml | Re: Worldche ck | bond <MAILER-DAEMON> | | 3 | 11/25/2014 11:38:05 AM (2014-11-25 16:38:05 UTC) | |
| GI | body.pgp.decrypt | | | | | | |
| GJ | source.eml | Re: Good morning | celt <celt@xmeridian.com> | bond <bond@xmeridian.com>, 114 <114@xmeridian.com>, 76 <76@xmeridian.com> | | 12/2/2014 4:05:10 PM (2014-12-02 21:05:10 UTC) | 12/2/2014 4:05:10 PM (2014-12-02 21:05:10 UTC) |
| GI | body.pgp.decrypt | | | | | | |
| GI | source.eml | Re: Good morning | celt <celt@xmeridian.com> | bond <bond@xmeridian.com>, 114 <114@xmeridian.com>, 76 <76@xmeridian.com> | | 12/2/2014 4:05:10 PM (2014-12-02 21:05:10 UTC) | 12/2/2014 4:05:10 PM (2014-12-02 21:05:10 UTC) |
| GJ | body.pgp.decrypt | | | | | | |
| GI | source.eml | Re: Good morning | celt <celt@xmeridian.com> | bond <bond@xmeridian.com>, 114 <114@xmeridian.com>, 76 <76@xmeridian.com> | | 12/2/2014 4:05:10 PM (2014-12-02 21:05:10 UTC) | 12/2/2014 4:05:10 PM (2014-12-02 21:05:10 UTC) |
| GI | body.pgp.decrypt | | | | | | |
| GJ | source.eml | Re: Good morning | celt <MAILER-DAEMON> | bond; 114; 76 | | 12/2/2014 4:05:10 PM (2014-12-02 21:05:10 UTC) | 12/2/2014 4:05:10 PM (2014-12-02 21:05:10 UTC) |
| GI | body.pgp.decrypt | | | | | | |
| GK | source.eml | Re: | 75 <MAILER-DAEMON> | celt | | 12/4/2014 7:00:10 PM (2014-12-05 00:00:10 UTC) | |
| GK | body.pgp.decrypt | | | | | | |
| GK | source.eml | Re: | 75 <75@xmeridian.com> | celt <celt@xmeridian.com> | | 12/4/2014 7:00:10 PM (2014-12-05 00:00:10 UTC) | 12/4/2014 7:00:11 PM (2014-12-05 00:00:11 UTC) |
| GL | body.pgp.decrypt | | | | | | |

A4364

| Code | File | Subject | Field | | Field | Date 1 | Date 2 |
|---|---|---|---|---|---|---|---|
| GL | source.eml | Re: Statement | 2 <2@xmeridian.com> | | 76 <76@xmeridian.com> | 12/10/2014 7:41:13 PM (2014-12-11 00:41:13 UTC) | 12/10/2014 7:41:14 PM (2014-12-11 00:41:14 UTC) |
| GL | body.pgp.decrypt | | | | | | |
| GL | source.eml | Re: Statement | 2 <MAILER-DAEMON> | 76 | | 12/10/2014 7:41:13 PM (2014-12-11 00:41:13 UTC) | |
| GN | body.pgp.decrypt | | | | | | |
| GN | source.eml | Re: Draft to First Line | 76 <MAILER-DAEMON> | | celt | 12/15/2014 3:53:52 PM (2014-12-15 20:53:52 UTC) | |
| GN | body.pgp.decrypt | | | | | | |
| GN | source.eml | Re: Draft to First Line | 76 <76@xmeridian.com> | | celt <celt@xmeridian.com> | 12/15/2014 3:53:52 PM (2014-12-15 20:53:52 UTC) | 12/15/2014 3:53:52 PM (2014-12-15 20:53:52 UTC) |
| GQ | body.pgp.decrypt | | | | | | |
| GQ | source.eml | Re: Stvf | 120 <120@xmeridian.com> | | 98 <98@xmeridian.com> | 1/21/2015 2:09:24 PM (2015-01-21 19:09:24 UTC) | 1/21/2015 2:09:26 PM (2015-01-21 19:09:26 UTC) |
| GR | body.pgp.decrypt | | | | | | |
| GR | source.eml | Re: | 66 <66@xmeridian.com> | | 4 <4@xmeridian.com> | 1/28/2015 12:32:09 PM (2015-01-28 17:32:09 UTC) | 1/28/2015 12:32:10 PM (2015-01-28 17:32:10 UTC) |
| GR | body.pgp.decrypt | | | | | | |
| GR | source.eml | Re: | 66 <MAILER-DAEMON> | 4 | | 1/28/2015 12:32:09 PM (2015-01-28 17:32:09 UTC) | |
| GS | body.pgp.decrypt | | | | | | |
| GS | source.eml | Re: | 75 <MAILER-DAEMON> | | celt | 1/29/2015 8:49:10 PM (2015-01-30 01:49:10 UTC) | |
| GS | body.pgp.decrypt | | | | | | |
| GS | source.eml | Re: | 75 <75@xmeridian.com> | | celt <celt@xmeridian.com> | 1/29/2015 8:49:10 PM (2015-01-30 01:49:10 UTC) | 1/29/2015 8:49:12 PM (2015-01-30 01:49:12 UTC) |
| GT | body.pgp.decrypt | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| GT | source.eml | Re: Outstanding | 4 <MAILER-DAEMON> | celt | 2/4/2015 3:49:58 PM (2015-02-04 20:49:58 UTC) | |
| GT | body.pgp.decrypt | | | | | |
| GT | source.eml | Re: Outstanding | 4 <4@xmeridian.com> | celt <celt@xmeridian.com> | 2/4/2015 3:49:58 PM (2015-02-04 20:49:58 UTC) | 2/4/2015 3:49:59 PM (2015-02-04 20:49:59 UTC) |
| GU | body.pgp.decrypt | | | | | |
| GU | source.eml | Re: Remo | bond <bond@xmeridian.com> | 76 <76@xmeridian.com> | 2/19/2015 2:53:20 PM (2015-02-19 19:53:20 UTC) | 2/19/2015 2:53:21 PM (2015-02-19 19:53:21 UTC) |
| GU | body.pgp.decrypt | | | | | |
| GU | source.eml | Re: Remo | bond <MAILER-DAEMON> | 76 | 2/19/2015 2:53:20 PM (2015-02-19 19:53:20 UTC) | |
| GV | body.pgp.decrypt | | | | | |
| GV | source.eml | Re: Design | 66 <66@xmeridian.com> | 2 <2@xmeridian.com>, 4 <4@xmeridian.com> | 3/19/2015 1:17:43 PM (2015-03-19 17:17:43 UTC) | 3/19/2015 1:17:43 PM (2015-03-19 17:17:43 UTC) |
| GV | body.pgp.decrypt | | | | | |
| GV | source.eml | Re: Design | 66 <66@xmeridian.com> | 2 <2@xmeridian.com>, 4 <4@xmeridian.com> | 3/19/2015 1:17:43 PM (2015-03-19 17:17:43 UTC) | 3/19/2015 1:17:43 PM (2015-03-19 17:17:43 UTC) |
| GV | body.pgp.decrypt | | | | | |
| GV | source.eml | Re: Design | 66 <MAILER-DAEMON> | 2; 4 | 3/19/2015 1:17:43 PM (2015-03-19 17:17:43 UTC) | |
| GW | body.pgp.decrypt | | | | | |
| GW | source.eml | Re: | 4 <MAILER-DAEMON> | 2; 66 | 3/19/2015 9:06:05 PM (2015-03-20 01:06:05 UTC) | |
| GW | body.pgp.decrypt | | | | | |
| GW | source.eml | Re: | 4 <4@xmeridian.com> | 2 <2@xmeridian.com>, 66 <66@xmeridian.com> | 3/19/2015 9:06:05 PM (2015-03-20 01:06:05 UTC) | 3/19/2015 9:06:06 PM (2015-03-20 01:06:06 UTC) |
| GW | body.pgp.decrypt | | | | | |

A4366

| ID | File | Subject | From | To | Count | Date 1 | Date 2 |
|---|---|---|---|---|---|---|---|
| GW | source.eml | Re: | 4 <4@xmeridian.com> | 2 <2@xmeridian.com>, 66 <66@xmeridian.com> | | 3/19/2015 9:06:05 PM (2015-03-20 01:06:05 UTC) | 3/19/2015 9:06:06 PM (2015-03-20 01:06:06 UTC) |
| GX | body.pgp.decrypt | | | | | | |
| GX | source.eml | Re: Good morning | 76 <MAILER-DAEMON> | | 2 | 3/26/2015 11:07:28 AM (2015-03-26 15:07:28 UTC) | |
| GX | body.pgp.decrypt | | | | | | |
| GX | source.eml | Re: Good morning | 76 <76@xmeridian.com> | 2 <2@xmeridian.com> | | 3/26/2015 11:07:28 AM (2015-03-26 15:07:28 UTC) | 3/26/2015 11:07:28 AM (2015-03-26 15:07:28 UTC) |
| GY | body.pgp.decrypt | | | | | | |
| GY | source.eml | Re: Promo | celt <celt@xmeridian.com> | 76 <76@xmeridian.com>, 4 <4@meridian.com> | 4 | 3/31/2015 4:13:07 PM (2015-03-31 20:13:07 UTC) | 3/31/2015 4:13:08 PM (2015-03-31 20:13:08 UTC) |
| GY | body.pgp.decrypt | | | | | | |
| GY | source.eml | Re: Promo | celt <celt@xmeridian.com> | 76 <76@xmeridian.com>, 4 <4@meridian.com> | 4 | 3/31/2015 4:13:07 PM (2015-03-31 20:13:07 UTC) | 3/31/2015 4:13:08 PM (2015-03-31 20:13:08 UTC) |
| GY | body.pgp.decrypt | | | | | | |
| GY | source.eml | Re: Promo | celt <MAILER-DAEMON> | 76, 4 | | 3/31/2015 4:13:07 PM (2015-03-31 20:13:07 UTC) | |
| GZ | body.pgp.decrypt | | | | | | |
| GZ | source.eml | Re: Test | 98 <MAILER-DAEMON> | | 2 | 4/20/2015 12:16:32 PM (2015-04-20 16:16:32 UTC) | |
| GZ | body.pgp.decrypt | | | | | | |
| GZ | source.eml | Re: Test | 98 <98@xmeridian.com> | 2 <2@xmeridian.com> | | 4/20/2015 12:16:32 PM (2015-04-20 16:16:32 UTC) | 4/20/2015 12:16:32 PM (2015-04-20 16:16:32 UTC) |
| HA | body.pgp.decrypt | | | | | | |
| HA | source.eml | Re: Where r u? | 76 <MAILER-DAEMON> | fen | | 4/20/2015 1:13:21 PM (2015-04-20 17:13:21 UTC) | |

| ID | File | Subject | From | To | Date 1 | Date 2 |
|---|---|---|---|---|---|---|
| HA | body.pgp.decrypt | | | | | |
| HA | source.eml | Re: Where r u? | 76 <76@xmeridian.com> | fen <fen@xmeridian.com> | 4/20/2015 1:13:21 PM (2015-04-20 17:13:21 UTC) | 4/20/2015 1:13:22 PM (2015-04-20 17:13:22 UTC) |
| HB | body.pgp.decrypt | | | | | |
| HB | source.eml | Re: Stvf dtc | celt <celt@xmeridian.com> | 69 <69@xmeridian.com> | 4/23/2015 2:46:32 PM (2015-04-23 18:46:32 UTC) | 4/23/2015 2:46:32 PM (2015-04-23 18:46:32 UTC) |
| HB | body.pgp.decrypt | | | | | |
| HB | source.eml | Re: Stvf dtc | celt <MAILER-DAEMON> | 69 | 4/23/2015 2:46:32 PM (2015-04-23 18:46:32 UTC) | |
| HC | body.pgp.decrypt | | | | | |
| HC | source.eml | Re: Tmro | celt <celt@xmeridian.com> | 76 <76@xmeridian.com> | 4/29/2015 6:17:35 PM (2015-04-29 22:17:35 UTC) | 4/29/2015 6:17:37 PM (2015-04-29 22:17:37 UTC) |
| HC | body.pgp.decrypt | | | | | |
| HC | source.eml | Re: Tmro | celt <MAILER-DAEMON> | 76 | 4/29/2015 6:17:35 PM (2015-04-29 22:17:35 UTC) | |
| HD | body.pgp.decrypt | | | | | |
| HD | source.eml | Re: Creery Estates | 76 <MAILER-DAEMON> | bond | 5/1/2015 6:40:53 PM (2015-05-01 22:40:53 UTC) | |
| HD | body.pgp.decrypt | | | | | |
| HD | source.eml | Re: Creery Estates | 76 <76@xmeridian.com> | bond <bond@xmeridian.com> | 5/1/2015 6:40:53 PM (2015-05-01 22:40:53 UTC) | 5/1/2015 6:40:55 PM (2015-05-01 22:40:55 UTC) |
| HE | body.pgp.decrypt | | | | | |
| HE | source.eml | Re: Video | 4 <MAILER-DAEMON> | 2 | 5/5/2015 8:31:14 PM (2015-05-06 00:31:14 UTC) | |
| HE | body.pgp.decrypt | | | | | |
| HE | source.eml | Re: Video | 4 <4@xmeridian.com> | 2 <2@xmeridian.com> | 5/5/2015 8:31:14 PM (2015-05-06 00:31:14 UTC) | 5/5/2015 8:31:15 PM (2015-05-06 00:31:15 UTC) |
| HF | body.pgp.decrypt | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HF | source.eml | Re: Sggo | 76 <MAILER-DAEMON> | bond | | 5/7/2015 7:23:18 PM (2015-05-07 23:23:18 UTC) | |
| HF | body.pgp.decrypt | | | | | | |
| HF | source.eml | Re: Sggo | 76 <76@xmeridian.com> | bond <bond@xmeridian.com> | | 5/7/2015 7:23:18 PM (2015-05-07 23:23:18 UTC) | 5/7/2015 7:23:19 PM (2015-05-07 23:23:19 UTC) |
| HH | body.pgp.decrypt | | | | | | |
| HH | source.eml | Re: Test | 4 <4@xmeridian.com> | 2 <2@xmeridian.com> | | 5/23/2015 11:17:28 AM (2015-05-23 15:17:28 UTC) | 5/23/2015 11:17:29 AM (2015-05-23 15:17:29 UTC) |
| HH | body.pgp.decrypt | | | | | | |
| HH | source.eml | Re: Test | 4 <MAILER-DAEMON> | | 2 | 5/23/2015 11:17:28 AM (2015-05-23 15:17:28 UTC) | |
| HJ | body.pgp.decrypt | | | | | | |
| HJ | source.eml | Re: Account Summary | kash <kash@xmeridian.com> | bond <bond@xmeridian.com>, 126 <126@xmeridian.com>, 76 <76@xmeridian.com>, celt <celt@xmeridian.com> | | 6/3/2015 12:13:41 PM (2015-06-03 16:13:41 UTC) | 6/3/2015 12:13:42 PM (2015-06-03 16:13:42 UTC) |
| HJ | body.pgp.decrypt | | | | | | |
| HJ | source.eml | Re: Account Summary | kash <kash@xmeridian.com> | bond <bond@xmeridian.com>, 126 <126@xmeridian.com>, 76 <76@xmeridian.com>, celt <celt@xmeridian.com> | | 6/3/2015 12:13:41 PM (2015-06-03 16:13:41 UTC) | 6/3/2015 12:13:42 PM (2015-06-03 16:13:42 UTC) |
| HJ | body.pgp.decrypt | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| HJ | source.eml | Re: Account Summary | kash <kash@xmeridian.com> | bond <bond@xmeridian.com>, 126 <126@xmeridian.com>, 76 <76@xmeridian.com>, celt <celt@xmeridian.com> | 6/3/2015 12:13:41 PM (2015-06-03 16:13:41 UTC) | 6/3/2015 12:13:42 PM (2015-06-03 16:13:42 UTC) |
| HJ | body.pgp.decrypt | | | | | |
| HJ | source.eml | Re: Account Summary | kash <kash@xmeridian.com> | bond <bond@xmeridian.com>, 126 <126@xmeridian.com>, 76 <76@xmeridian.com>, celt <celt@xmeridian.com> | 6/3/2015 12:13:41 PM (2015-06-03 16:13:41 UTC) | 6/3/2015 12:13:42 PM (2015-06-03 16:13:42 UTC) |
| HJ | body.pgp.decrypt | | | | | |
| HJ | source.eml | Re: Account Summary | kash <MAILER-DAEMON> | bond; 126; 76; celt | 6/3/2015 12:13:41 PM (2015-06-03 16:13:41 UTC) | |
| HK | body.pgp.decrypt | | | | | |
| HK | source.eml | Re: Call | 4 <4@xmeridian.com> | 137 <137@xmeridian.com>, 3 <3@xmeridian.com>, 101 <101@xmeridian.com>, 2 <2@xmeridian.com> | 6/18/2015 10:53:47 AM (2015-06-18 14:53:47 UTC) | 6/18/2015 10:53:48 AM (2015-06-18 14:53:48 UTC) |
| HK | body.pgp.decrypt | | | | | |

A4370

| ID | File | Subject | From | To | Date 1 | Date 2 |
|---|---|---|---|---|---|---|
| HK | source.eml | Re: Call | 4 <4@xmeridian.com> | 137 <137@xmeridian.com>, 3 <3@xmeridian.com>, 101 <101@xmeridian.com>, 2 <2@xmeridian.com> | 6/18/2015 10:53:47 AM (2015-06-18 14:53:47 UTC) | 6/18/2015 10:53:48 AM (2015-06-18 14:53:48 UTC) |
| HK | body.pgp.decrypt | | | | | |
| HK | source.eml | Re: Call | 4 <MAILER-DAEMON> | 137; 3; 101; 2 | 6/18/2015 10:53:47 AM (2015-06-18 14:53:47 UTC) | |
| HK | body.pgp.decrypt | | | | | |
| HK | source.eml | Re: Call | 4 <4@xmeridian.com> | 137 <137@xmeridian.com>, 3 <3@xmeridian.com>, 101 <101@xmeridian.com>, 2 <2@xmeridian.com> | 6/18/2015 10:53:47 AM (2015-06-18 14:53:47 UTC) | 6/18/2015 10:53:48 AM (2015-06-18 14:53:48 UTC) |
| HK | body.pgp.decrypt | | | | | |
| HK | source.eml | Re: Call | 4 <4@xmeridian.com> | 137 <137@xmeridian.com>, 3 <3@xmeridian.com>, 101 <101@xmeridian.com>, 2 <2@xmeridian.com> | 6/18/2015 10:53:47 AM (2015-06-18 14:53:47 UTC) | 6/18/2015 10:53:48 AM (2015-06-18 14:53:48 UTC) |
| HK | body.pgp.decrypt | | | | | |
| HL | source.eml | Re: Xvoice | fen <fen@xmeridian.com> | 76 <76@xmeridian.com> | 6/25/2015 6:05:22 PM (2015-06-25 22:05:22 UTC) | 6/25/2015 6:05:22 PM (2015-06-25 22:05:22 UTC) |
| HL | body.pgp.decrypt | | | | | |
| HL | source.eml | Re: Xvoice | fen <MAILER-DAEMON> | 76 | 6/25/2015 6:05:22 PM (2015-06-25 22:05:22 UTC) | |
| HM | body.pgp.decrypt | | | | | |

A4371

| | | | | | | Date 1 | Date 2 |
|---|---|---|---|---|---|---|---|
| HM | source.eml | Re: Contact | 4 <4@xmeridian.com> | 3 <3@xmeridian.com> | | 7/21/2015 11:08:30 AM (2015-07-21 15:08:30 UTC) | 7/21/2015 11:08:31 AM (2015-07-21 15:08:31 UTC) |
| HM | body.pgp.decrypt | | | | | | |
| HM | source.eml | Re: Contact | 4 <MAILER-DAEMON> | | 3 | 7/21/2015 11:08:30 AM (2015-07-21 15:08:30 UTC) | |
| HO | body.pgp.decrypt | | | | | | |
| HO | source.eml | Re: | celt <celt@xmeridian.com> | 113 <113@xmeridian.com> | | 8/17/2015 6:31:13 PM (2015-08-17 22:31:13 UTC) | 8/17/2015 6:31:14 PM (2015-08-17 22:31:14 UTC) |
| HO | body.pgp.decrypt | | | | | | |
| HO | source.eml | Re: | celt <MAILER-DAEMON> | | 113 | 8/17/2015 6:31:13 PM (2015-08-17 22:31:13 UTC) | |
| HP | body.pgp.decrypt | | | | | | |
| HP | source.eml | Re: 2 bc companies | 76 <76@xmeridian.com> | 110 <110@xmeridian.com> | | 9/17/2015 6:48:46 PM (2015-09-17 22:48:46 UTC) | 9/17/2015 6:48:46 PM (2015-09-17 22:48:46 UTC) |
| HP | body.pgp.decrypt | | | | | | |
| HP | source.eml | Re: 2 bc companies | 76 <MAILER-DAEMON> | | 110 | 9/17/2015 6:48:46 PM (2015-09-17 22:48:46 UTC) | |
| HQ | body.pgp.decrypt | | | | | | |
| HQ | source.eml | Re: L-sumc | bond <bond@xmeridian.com> | 2 <2@xmeridian.com> | | 9/22/2015 8:14:55 PM (2015-09-23 00:14:55 UTC) | 9/22/2015 8:14:56 PM (2015-09-23 00:14:56 UTC) |
| HQ | body.pgp.decrypt | | | | | | |
| HQ | source.eml | Re: L-sumc | bond <MAILER-DAEMON> | | 2 | 9/22/2015 8:14:55 PM (2015-09-23 00:14:55 UTC) | |
| HR | body.pgp.decrypt | | | | | | |
| HR | source.eml | Re: | kash <kash@xmeridian.com> | 4 <4@xmeridian.com> | | 10/15/2015 2:06:32 PM (2015-10-15 18:06:32 UTC) | 10/15/2015 2:06:33 PM (2015-10-15 18:06:33 UTC) |
| HR | body.pgp.decrypt | | | | | | |
| HR | source.eml | Re: | kash <MAILER-DAEMON> | | 4 | 10/15/2015 2:06:32 PM (2015-10-15 18:06:32 UTC) | |

| ID | File | Subject | From | To | CC | Date 1 | Date 2 |
|---|---|---|---|---|---|---|---|
| HS | body.pgp.decrypt | | | | | | |
| HS | source.eml | Re: Stvf | 69 <MAILER-DAEMON> | kash | 135 | 10/15/2015 2:08:25 PM (2015-10-15 18:08:25 UTC) | |
| HS | body.pgp.decrypt | | | | | | |
| HS | source.eml | Re: Stvf | 69 <69@xmeridian.com> | kash <kash@xmeridian.com> | 135 <135@xmeridian.com> | 10/15/2015 2:08:25 PM (2015-10-15 18:08:25 UTC) | 10/15/2015 2:08:25 PM (2015-10-15 18:08:25 UTC) |
| HS | body.pgp.decrypt | | | | | | |
| HS | source.eml | Re: Stvf | 69 <69@xmeridian.com> | kash <kash@xmeridian.com> | 135 <135@xmeridian.com> | 10/15/2015 2:08:25 PM (2015-10-15 18:08:25 UTC) | 10/15/2015 2:08:25 PM (2015-10-15 18:08:25 UTC) |
| HT | body.pgp.decrypt | | | | | | |
| HT | source.eml | Re: Hey | celt <celt@xmeridian.com> | 4 <4@xmeridian.com> | | 10/27/2015 7:39:25 PM (2015-10-27 23:39:25 UTC) | 10/27/2015 7:39:25 PM (2015-10-27 23:39:25 UTC) |
| HT | body.pgp.decrypt | | | | | | |
| HT | source.eml | Re: Hey | celt <MAILER-DAEMON> | | 4 | 10/27/2015 7:39:25 PM (2015-10-27 23:39:25 UTC) | |
| HU | body.pgp.decrypt | | | | | | |
| HU | source.eml | Re: Arth | 120 <120@xmeridian.com> | celt <celt@xmeridian.com> | | 10/28/2015 11:11:14 AM (2015-10-28 15:11:14 UTC) | 10/28/2015 11:11:15 AM (2015-10-28 15:11:15 UTC) |
| HV | body.pgp.decrypt | | | | | | |
| HV | source.eml | Re: Ecs credit card | celt <celt@xmeridian.com> | fen <fen@xmeridian.com>, bond <bond@xmeridian.com> | | 11/12/2015 11:33:38 AM (2015-11-12 16:33:38 UTC) | 11/12/2015 11:33:38 AM (2015-11-12 16:33:38 UTC) |
| HV | body.pgp.decrypt | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| HV | source.eml | Re: Ecs credit card | celt <celt@xmeridian.com> | fen <fen@xmeridian.com>, bond <bond@xmeridian.com> | 11/12/2015 11:33:38 AM (2015-11-12 16:33:38 UTC) | 11/12/2015 11:33:38 AM (2015-11-12 16:33:38 UTC) |
| HV | body.pgp.decrypt | | | | | |
| HV | source.eml | Re: Ecs credit card | celt <MAILER-DAEMON> | fen; bond | 11/12/2015 11:33:38 AM (2015-11-12 16:33:38 UTC) | |
| OP | body.pgp.decrypt | | | | | |
| OP | source.eml | Re: Tues. | 92 <92@xmeridian.com> | bond <bond@xmeridian.com> | 2/19/2013 9:35:34 PM (2013-02-20 02:35:34 UTC) | 2/19/2013 9:35:35 PM (2013-02-20 02:35:35 UTC) |
| OQ | body.pgp.decrypt | | | | | |
| OQ | source.eml | Re: Tues. | celt <MAILER-DAEMON> | 92 | 2/19/2013 12:34:28 PM (2013-02-19 17:34:28 UTC) | |
| OR | body.pgp.decrypt | | | | | |
| OR | source.eml | Re: Funds | 76 <MAILER-DAEMON> | 92 bond | 5/2/2013 3:04:53 PM (2013-05-02 19:04:53 UTC) | |
| OR | body.pgp.decrypt | | | | | |
| OR | source.eml | Re: Funds | 76 <76@xmeridian.com> | 92 <92@xmeridian.com> bond <bond@x meridian.c om> | 5/2/2013 3:04:53 PM (2013-05-02 19:04:53 UTC) | 5/2/2013 3:04:54 PM (2013-05-02 19:04:54 UTC) |
| OS | body.pgp.decrypt | | | | | |
| OS | source.eml | Re: Transfer | 92 <92@xmeridian.com> | 76 <76@xmeridian.com> | 6/5/2013 1:42:56 PM (2013-06-05 17:42:56 UTC) | 6/5/2013 1:42:57 PM (2013-06-05 17:42:57 UTC) |
| OT | body.pgp.decrypt | | | | | |
| OT | source.eml | Re: Mon. | celt <MAILER-DAEMON> | 92 | 7/15/2013 3:44:32 PM (2013-07-15 19:44:32 UTC) | |
| OU | body.pgp.decrypt | | | | | |

A4374

| ID | File | Subject | From | Recipients | Date Sent | Date Received |
|---|---|---|---|---|---|---|
| OU | source.eml | Re: Fri. | celt <celt@xmeridian.com> | 92 <92@xmeridian.com>, 76 <76@xmeridian.com> | 11/29/2013 12:01:50 PM (2013-11-29 17:01:50 UTC) | 11/29/2013 12:01:51 PM (2013-11-29 17:01:51 UTC) |
| OU | body.pgp.decrypt | | | | | |
| OU | source.eml | Re: Fri. | celt <MAILER-DAEMON> | 92; 76 | 11/29/2013 12:01:50 PM (2013-11-29 17:01:50 UTC) | |
| OV | body.pgp.decrypt | | | | | |
| OV | source.eml | Re: Tues. | 92 <92@xmeridian.com> | 76 <76@xmeridian.com> | 12/17/2013 5:54:49 PM (2013-12-17 22:54:49 UTC) | 12/17/2013 5:54:51 PM (2013-12-17 22:54:51 UTC) |
| OW | body.pgp.decrypt | | | | | |
| OW | source.eml | Re: Thurs | 92 <92@xmeridian.com> | 76 <76@xmeridian.com> | 4/24/2014 12:50:39 PM (2014-04-24 16:50:39 UTC) | 4/24/2014 12:50:40 PM (2014-04-24 16:50:40 UTC) |
| OX | body.pgp.decrypt | | | | | |
| OX | source.eml | Re: Fri. | 92 <92@xmeridian.com> | 76 <76@xmeridian.com> | 7/24/2014 1:16:34 PM (2014-07-24 17:16:34 UTC) | 7/24/2014 1:16:36 PM (2014-07-24 17:16:36 UTC) |
| OY | body.pgp.decrypt | | | | | |
| OY | source.eml | Re: Wed. | 76 <76@xmeridian.com> | 92 <92@xmeridian.com>, 110 <110@xmeridian.com> | 10/22/2014 2:14:04 PM (2014-10-22 18:14:04 UTC) | 10/22/2014 2:14:05 PM (2014-10-22 18:14:05 UTC) |
| OY | body.pgp.decrypt | | | | | |
| OY | source.eml | Re: Wed. | 76 <MAILER-DAEMON> | 92 | 10/22/2014 2:14:04 PM (2014-10-22 18:14:04 UTC) | |
| OZ | body.pgp.decrypt | | | | | |
| OZ | source.eml | Re: Info | 92 <92@xmeridian.com> | 76 <76@xmeridian.com> | 1/30/2015 10:03:20 AM (2015-01-30 15:03:20 UTC) | 1/30/2015 10:03:21 AM (2015-01-30 15:03:21 UTC) |
| PA | body.pgp.decrypt | | | | | |
| PA | source.eml | Re: Info | 76 <MAILER-DAEMON> | 92 | 6/8/2015 3:24:14 PM (2015-06-08 19:24:14 UTC) | |
| PB | body.pgp.decrypt | | | | | |

| ID | File | Subject | From | # | To | Date 1 | Date 2 |
|---|---|---|---|---|---|---|---|
| PB | source.eml | Re: Documents | 76 <MAILER-DAEMON> | 92 | | 6/29/2015 3:01:53 PM (2015-06-29 19:01:53 UTC) | |
| PD | body.pgp.decrypt | | | | | | |
| PD | source.eml | Re: Please | 77 <77@xmeridian.com> | | 76 <76@xmeridian.com> | 4/15/2013 7:40:15 PM (2013-04-15 23:40:15 UTC) | 4/15/2013 7:40:16 PM (2013-04-15 23:40:16 UTC) |
| PD | body.pgp.decrypt | | | | | | |
| PD | source.eml | Re: Please | 77 <MAILER-DAEMON> | 76 | | 4/15/2013 7:40:15 PM (2013-04-15 23:40:15 UTC) | |
| PE | body.pgp.decrypt | | | | | | |
| PE | source.eml | Re: Please send | 76 <76@xmeridian.com> | | 77 <77@xmeridian.com> | 5/8/2013 12:24:46 PM (2013-05-08 16:24:46 UTC) | 5/8/2013 12:24:47 PM (2013-05-08 16:24:47 UTC) |
| PE | body.pgp.decrypt | | | | | | |
| PE | source.eml | Re: Please send | 76 <MAILER-DAEMON> | 77 | | 5/8/2013 12:24:46 PM (2013-05-08 16:24:46 UTC) | |
| PF | body.pgp.decrypt | | | | | | |
| PF | source.eml | Re: Please send | 76 <76@xmeridian.com> | | 77 <77@xmeridian.com> | 6/17/2013 3:25:29 PM (2013-06-17 19:25:29 UTC) | 6/17/2013 3:25:30 PM (2013-06-17 19:25:30 UTC) |
| PF | body.pgp.decrypt | | | | | | |
| PF | source.eml | Re: Please send | 76 <MAILER-DAEMON> | 77 | | 6/17/2013 3:25:29 PM (2013-06-17 19:25:29 UTC) | |
| PG | body.pgp.decrypt | | | bond <bond@xmeridian.com> | | | | |
| PG | source.eml | Re: Homr | 76 <76@xmeridian.com> | | 77 <77@xmeridian.com> | 7/3/2013 10:58:15 PM (2013-07-04 02:58:15 UTC) | 7/3/2013 10:58:15 PM (2013-07-04 02:58:15 UTC) |
| PG | body.pgp.decrypt | | | | | | |
| PG | source.eml | Re: Homr | 76 <MAILER-DAEMON> | 77 | bond | 7/3/2013 10:58:15 PM (2013-07-04 02:58:15 UTC) | |

A4376

| ID | File | Subject | From | To | Date | Date |
|---|---|---|---|---|---|---|
| PG | body.pgp.decrypt | | | | | |
| PG | source.eml | Re: Homr | 76 <76@xmeridian.com> | 77 <77@xmeridian.com> | 7/3/2013 10:58:15 PM (2013-07-04 02:58:15 UTC) | 7/3/2013 10:58:15 PM (2013-07-04 02:58:15 UTC) |
| PH | body.pgp.decrypt | | | | | |
| PH | source.eml | Re: Pick up | 77 <77@xmeridian.com> | bond <bond@xmeridian.com>, 76 <76@xmeridian.com> | 7/5/2013 3:55:07 PM (2013-07-05 19:55:07 UTC) | 7/5/2013 3:55:09 PM (2013-07-05 19:55:09 UTC) |
| PH | body.pgp.decrypt | | | | | |
| PH | source.eml | Re: Pick up | 77 <MAILER-DAEMON> | bond; 76 | 7/5/2013 3:55:07 PM (2013-07-05 19:55:07 UTC) | 7/5/2013 3:55:09 PM (2013-07-05 19:55:09 UTC) |
| PH | body.pgp.decrypt | | | | | |
| PH | source.eml | Re: Pick up | 77 <77@xmeridian.com> | bond <bond@xmeridian.com>, 76 <76@xmeridian.com> | 7/5/2013 3:55:07 PM (2013-07-05 19:55:07 UTC) | 7/5/2013 3:55:09 PM (2013-07-05 19:55:09 UTC) |
| PI | body.pgp.decrypt | | | | | |
| PI | source.eml | Re: Please | bond <bond@xmeridian.com> | 77 <77@xmeridian.com> | 7/17/2013 10:19:07 PM (2013-07-18 02:19:07 UTC) | 7/17/2013 10:19:07 PM (2013-07-18 02:19:07 UTC) |
| PI | body.pgp.decrypt | | | | | |
| PI | source.eml | Re: Please | bond <MAILER-DAEMON> | 77 | 7/17/2013 10:19:07 PM (2013-07-18 02:19:07 UTC) | |
| PJ | body.pgp.decrypt | | | | | |
| PJ | source.eml | Re: | 76 <76@xmeridian.com> | 77 <77@xmeridian.com> | 7/29/2013 6:05:09 PM (2013-07-29 22:05:09 UTC) | 7/29/2013 6:05:10 PM (2013-07-29 22:05:10 UTC) |
| PJ | body.pgp.decrypt | | | | | |
| PJ | source.eml | Re: | 76 <MAILER-DAEMON> | 77 | 7/29/2013 6:05:09 PM (2013-07-29 22:05:09 UTC) | |
| PI | body.pgp.decrypt | | | | | |
| PK | body.pgp.decrypt | | | | | |

A4377

| | | | | | | |
|---|---|---|---|---|---|---|
| PK | source.eml | Re: Homr | bond <bond@xmeridian.com> | 77 <77@xmeridian.com>, 76 <76@xmeridian.com> | 8/29/2013 5:32:56 PM (2013-08-29 21:32:56 UTC) | 8/29/2013 5:32:57 PM (2013-08-29 21:32:57 UTC) |
| PK | body.pgp.decrypt | | | | | |
| PK | source.eml | Re: Homr | bond <bond@xmeridian.com> | 77 <77@xmeridian.com>, 76 <76@xmeridian.com> | 8/29/2013 5:32:56 PM (2013-08-29 21:32:56 UTC) | 8/29/2013 5:32:57 PM (2013-08-29 21:32:57 UTC) |
| PK | body.pgp.decrypt | | | | | |
| PK | source.eml | Re: Homr | bond <MAILER-DAEMON> | 77; 76 | 8/29/2013 5:32:56 PM (2013-08-29 21:32:56 UTC) | |
| PL | body.pgp.decrypt | | | | | |
| PL | source.eml | Re: Do you have any | 77 <MAILER-DAEMON> | 76 | 9/26/2013 2:49:34 PM (2013-09-26 18:49:34 UTC) | 9/26/2013 2:49:36 PM (2013-09-26 18:49:36 UTC) |
| PL | body.pgp.decrypt | | | | | |
| PL | source.eml | Re: Do you have any | 77 <77@xmeridian.com> | 76 <76@xmeridian.com> | 9/26/2013 2:49:34 PM (2013-09-26 18:49:34 UTC) | 9/26/2013 2:49:36 PM (2013-09-26 18:49:36 UTC) |
| PM | body.pgp.decrypt | | | | | |
| PM | source.eml | Re: Ave documents | 77 <77@xmeridian.com> | 76 <76@xmeridian.com> | 1/15/2014 3:25:53 PM (2014-01-15 20:25:53 UTC) | 1/15/2014 3:25:54 PM (2014-01-15 20:25:54 UTC) |
| PM | body.pgp.decrypt | | | | | |
| PM | source.eml | Re: Ave documents | 77 <MAILER-DAEMON> | 76 | 1/15/2014 3:25:53 PM (2014-01-15 20:25:53 UTC) | |
| PN | body.pgp.decrypt | | | | | |
| PN | source.eml | Re: Could we | celt <celt@xmeridian.com> | 77 <77@xmeridian.com> | 3/7/2014 4:21:00 PM (2014-03-07 21:21:00 UTC) | 3/7/2014 4:21:01 PM (2014-03-07 21:21:01 UTC) |
| PN | body.pgp.decrypt | | | | | |

A4378

| ID | File | Subject | From | To | # | Date 1 | Date 2 |
|---|---|---|---|---|---|---|---|
| PN | source.eml | Re: Could we | celt <MAILER-DAEMON> | | 77 | 3/7/2014 4:21:00 PM (2014-03-07 21:21:00 UTC) | |
| PO | body.pgp.decrypt | | | | | | |
| PO | source.eml | Re: Ocap | celt <celt@xmeridian.com> | 77 <77@xmeridian.com> | | 3/25/2014 4:38:45 PM (2014-03-25 20:38:45 UTC) | 3/25/2014 4:38:46 PM (2014-03-25 20:38:46 UTC) |
| PO | body.pgp.decrypt | | | | | | |
| PO | source.eml | Re: Ocap | celt <MAILER-DAEMON> | | 77 | 3/25/2014 4:38:45 PM (2014-03-25 20:38:45 UTC) | |
| PP | body.pgp.decrypt | | | | | | |
| PP | source.eml | Re: Alexandra | 76 <MAILER-DAEMON> | bond | | 7/2/2014 6:16:18 PM (2014-07-02 22:16:18 UTC) | |
| PP | body.pgp.decrypt | | | | | | |
| PP | source.eml | Re: Alexandra | 76 <76@xmeridian.com> | bond <bond@xmeridian.com> | | 7/2/2014 6:16:18 PM (2014-07-02 22:16:18 UTC) | 7/2/2014 6:16:19 PM (2014-07-02 22:16:19 UTC) |
| PQ | body.pgp.decrypt | | | | | | |
| PQ | source.eml | Re: Do you | bond <bond@xmeridian.com> | 77 <77@xmeridian.com> | | 9/12/2014 12:07:17 PM (2014-09-12 16:07:17 UTC) | 9/12/2014 12:07:17 PM (2014-09-12 16:07:17 UTC) |
| PQ | body.pgp.decrypt | | | | | | |
| PQ | source.eml | Re: Do you | bond <MAILER-DAEMON> | | 77 | 9/12/2014 12:07:17 PM (2014-09-12 16:07:17 UTC) | |
| PR | body.pgp.decrypt | | | | | | |
| PR | source.eml | Re: Just a thought | celt <celt@xmeridian.com> | 77 <77@xmeridian.com> | | 9/17/2014 11:54:25 PM (2014-09-18 03:54:25 UTC) | 9/17/2014 11:54:26 PM (2014-09-18 03:54:26 UTC) |
| PR | body.pgp.decrypt | | | | | | |
| PR | source.eml | Re: Just a thought | celt <MAILER-DAEMON> | | 77 | 9/17/2014 11:54:25 PM (2014-09-18 03:54:25 UTC) | |
| PS | body.pgp.decrypt | | | | | | |
| PS | source.eml | Re: Could you | 77 <MAILER-DAEMON> | celt | | 9/22/2014 11:52:55 AM (2014-09-22 15:52:55 UTC) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PS | body.pgp.decrypt | | | | | |
| PS | source.eml | Re: Could you | 77 <77@xmeridian.com> | celt <celt@xmeridian.com> | 9/22/2014 11:52:55 AM (2014-09-22 15:52:55 UTC) | 9/22/2014 11:52:55 AM (2014-09-22 15:52:55 UTC) |
| PT | body.pgp.decrypt | | | | | |
| PT | source.eml | Fw: Snyr | bond <bond@xmeridian.com> | celt <celt@xmeridian.com>, 77 <77@xmeridian.com> | 9/30/2014 5:37:07 PM (2014-09-30 21:37:07 UTC) | 9/30/2014 5:37:08 PM (2014-09-30 21:37:08 UTC) |
| PT | body.pgp.decrypt | | | | | |
| PT | source.eml | Fw: Snyr | bond <bond@xmeridian.com> | celt <celt@xmeridian.com>, 77 <77@xmeridian.com> | 9/30/2014 5:37:07 PM (2014-09-30 21:37:07 UTC) | 9/30/2014 5:37:08 PM (2014-09-30 21:37:08 UTC) |
| PT | body.pgp.decrypt | | | | | |
| PT | source.eml | Fw: Snyr | bond <MAILER-DAEMON> | celt; 77 | 9/30/2014 5:37:07 PM (2014-09-30 21:37:07 UTC) | |
| PU | body.pgp.decrypt | | | | | |
| PU | source.eml | Re: Hi | 77 <MAILER-DAEMON> | bond | 11/13/2015 7:32:56 PM (2015-11-14 00:32:56 UTC) | |
| PU | body.pgp.decrypt | | | | | |
| PU | source.eml | Re: Hi | 77 <77@xmeridian.com> | bond <bond@xmeridian.com> | 11/13/2015 7:32:56 PM (2015-11-14 00:32:56 UTC) | 11/13/2015 7:32:57 PM (2015-11-14 00:32:57 UTC) |
| QS | body.pgp.decrypt | | | | | |
| QS | source.eml | Re: Send | 66 <66@xmeridian.com> | 2 <2@xmeridian.com>, 3 <3@xmeridian.com> 4 <4@xmeridian.com> | 4/21/2015 9:32:26 AM (2015-04-21 13:32:26 UTC) | 4/21/2015 9:32:27 AM (2015-04-21 13:32:27 UTC) |
| QS | body.pgp.decrypt | | | | | |
| QS | source.eml | Re: Send | 66 <66@xmeridian.com> | 2 <2@xmeridian.com>, 3 <3@xmeridian.com> 4 <4@xmeridian.com> | 4/21/2015 9:32:26 AM (2015-04-21 13:32:26 UTC) | 4/21/2015 9:32:27 AM (2015-04-21 13:32:27 UTC) |

A4380

| ID | File | Subject | From | Recipients | CC | Date 1 | Date 2 |
|---|---|---|---|---|---|---|---|
| QS | body.pgp.decrypt | | | | | | 4/21/2015 9:32:27 AM (2015-04-21 13:32:27 UTC) |
| QS | source.eml | Re: Send | 66 <66@xmeridian.com> | 2 <2@xmeridian.com>, 3 <3@xmeridian.com> | <4@xmeridian.com>, 4 | 4/21/2015 9:32:26 AM (2015-04-21 13:32:26 UTC) | |
| QS | body.pgp.decrypt | | | | | | |
| QS | source.eml | Re: Send | 66 <MAILER-DAEMON> | 2; 3 | | 4/21/2015 9:32:26 AM (2015-04-21 13:32:26 UTC) | |
| QT | body.pgp.decrypt | | | | | | |
| QT | source.eml | Re: | 66 <66@xmeridian.com> | 2 <2@xmeridian.com>, 4 <4@xmeridian.com>, 3 <3@xmeridian.com> | | 11/18/2013 3:16:23 PM (2013-11-18 20:16:23 UTC) | 11/18/2013 3:16:24 PM (2013-11-18 20:16:24 UTC) |
| QT | body.pgp.decrypt | | | | | | |
| QT | source.eml | Re: | 66 <66@xmeridian.com> | 2 <2@xmeridian.com>, 4 <4@xmeridian.com>, 3 <3@xmeridian.com> | | 11/18/2013 3:16:23 PM (2013-11-18 20:16:23 UTC) | 11/18/2013 3:16:24 PM (2013-11-18 20:16:24 UTC) |
| QT | body.pgp.decrypt | | | | | | |
| QT | source.eml | Re: | 66 <66@xmeridian.com> | 2 <2@xmeridian.com>, 4 <4@xmeridian.com>, 3 <3@xmeridian.com> | | 11/18/2013 3:16:23 PM (2013-11-18 20:16:23 UTC) | 11/18/2013 3:16:24 PM (2013-11-18 20:16:24 UTC) |
| QT | body.pgp.decrypt | | | | | | |
| QT | source.eml | Re: | 66 <MAILER-DAEMON> | 2; 4; 3 | | 11/18/2013 3:16:23 PM (2013-11-18 20:16:23 UTC) | |
| QU | body.pgp.decrypt | | | | | | |
| QU | source.eml | Re: | 2 <2@xmeridian.com> | 4 <4@xmeridian.com>, 66 <66@xmeridian.com> | | 3/27/2013 6:42:15 PM (2013-03-27 22:42:15 UTC) | 3/27/2013 6:42:15 PM (2013-03-27 22:42:15 UTC) |

| ID | File | Subject | From | To | Date | Date |
|---|---|---|---|---|---|---|
| QU | body.pgp.decrypt | | | | | 3/27/2013 6:42:15 PM (2013-03-27 22:42:15 UTC) |
| QU | source.eml | Re: | 2 <2@xmeridian.com> | 4 <4@xmeridian.com>, 66 <66@xmeridian.com> | 3/27/2013 6:42:15 PM (2013-03-27 22:42:15 UTC) | 3/27/2013 6:42:15 PM (2013-03-27 22:42:15 UTC) |
| QU | body.pgp.decrypt | | | | | |
| QU | source.eml | Re: | 2 <MAILER-DAEMON> | 4, 66 | 3/27/2013 6:42:15 PM (2013-03-27 22:42:15 UTC) | |
| QX | body.pgp.decrypt | | | | | 3/25/2014 10:48:46 AM (2014-03-25 14:48:46 UTC) |
| QX | source.eml | Re: | 66 <66@xmeridian.com> | 4 <4@xmeridian.com> | 3/25/2014 10:48:44 AM (2014-03-25 14:48:44 UTC) | 3/25/2014 10:48:46 AM (2014-03-25 14:48:46 UTC) |
| QX | body.pgp.decrypt | | | | | |
| QX | source.eml | Re: | 66 <MAILER-DAEMON> | 4 | 3/25/2014 10:48:44 AM (2014-03-25 14:48:44 UTC) | |
| QY | body.pgp.decrypt | | | | | |
| QY | source.eml | Re: New deal | 66 <66@xmeridian.com> | 114 <114@xmeridian.com> | 10/23/2014 12:32:15 PM (2014-10-23 16:32:15 UTC) | 10/23/2014 12:32:16 PM (2014-10-23 16:32:16 UTC) |
| QY | body.pgp.decrypt | | | | | |
| QY | source.eml | Re: New deal | 66 <MAILER-DAEMON> | 114 | 10/23/2014 12:32:15 PM (2014-10-23 16:32:15 UTC) | |
| QZ | body.pgp.decrypt | | | | | |
| QZ | source.eml | Re: | 66 <66@xmeridian.com> | 4 <4@xmeridian.com>, 3 <3@xmeridian.com>, 2 <2@xmeridian.com> | 11/19/2013 3:29:33 PM (2013-11-19 20:29:33 UTC) | 11/19/2013 3:29:34 PM (2013-11-19 20:29:34 UTC) |
| QZ | body.pgp.decrypt | | | | | |
| QZ | source.eml | Re: | 66 <66@xmeridian.com> | 4 <4@xmeridian.com>, 3 <3@xmeridian.com>, 2 <2@xmeridian.com> | 11/19/2013 3:29:33 PM (2013-11-19 20:29:33 UTC) | 11/19/2013 3:29:34 PM (2013-11-19 20:29:34 UTC) |

A4382

| ID | File | Subject | From | To | # | Date | Date |
|---|---|---|---|---|---|---|---|
| QZ | body.pgp.decrypt | | | 4 <4@xmeridian.com>, 3 <3@xmeridian.com>, 2 <2@xmeridian.com> | | | 11/19/2013 3:29:34 PM (2013-11-19 20:29:34 UTC) |
| QZ | source.eml | Re: | 66 <66@xmeridian.com> | | | 11/19/2013 3:29:33 PM (2013-11-19 20:29:33 UTC) | 11/19/2013 3:29:34 PM (2013-11-19 20:29:34 UTC) |
| QZ | body.pgp.decrypt | | | 4; 3; 2 | | 11/19/2013 3:29:33 PM (2013-11-19 20:29:33 UTC) | |
| QZ | source.eml | Re: | 66 <MAILER-DAEMON> | | | | |
| RA | body.pgp.decrypt | | | | 66 | | |
| RA | source.eml | Re: New deal | 114 <MAILER-DAEMON> | | | 10/22/2014 7:06:50 PM (2014-10-22 23:06:50 UTC) | |
| RA | body.pgp.decrypt | Re: New deal | 114 <114@xmeridian.com> | 66 <66@xmeridian.com> | | 10/22/2014 7:06:50 PM (2014-10-22 23:06:50 UTC) | 10/22/2014 7:06:51 PM (2014-10-22 23:06:51 UTC) |
| RA | source.eml | | | | | | |
| RG | body.pgp.decrypt | | | | 76 | | |
| RG | source.eml | Re: Hi | 4 <MAILER-DAEMON> | | | 10/17/2013 12:15:43 PM (2013-10-17 16:15:43 UTC) | |
| RG | body.pgp.decrypt | | | | | | |
| RG | source.eml | Re: Hi | 4 <4@xmeridian.com> | 76 <76@xmeridian.com> | | 10/17/2013 12:15:43 PM (2013-10-17 16:15:43 UTC) | 10/17/2013 12:15:44 PM (2013-10-17 16:15:44 UTC) |

**EXHIBIT
Friesen 52**

| | |
|---|---|
| **From:** | "Wires" <wires@secure.xmeridian.com> |
| **To:** | "Jackson Friesen" <jackson@secure.xmeridian.com> |
| **Subject:** | Re: 2 Wires to Go Out |
| **Sent:** | Wed, 4 Jan 2012 15:32:12 -0800 |

Send for values Thurs

On Wed, 4 Jan 2012 15:03:16 -0800, Jackson Friesen wrote
> 2 Wires to go out. Against ORYN Account.
>
> 1st wire:
> Please wire $35,000 USD to:
>
> Research Driven Investor LLC
>
> Business Address:
> 328 8th Ave #322
> New York, New York, 10001
> 321-759-8686
>
> Account Number: 898030967134
> Routing: 026009593
>
> Bank Of America
> 7215 West Atlantic Ave
> Delray Beach, 33446
> (561)-638-7541
>
> 2nd wire:
> Please wire $30,000 USD to:
>
> IPR Agency LLC
>
> Business Address:
> 13650 Marina Pointe Dr.
> Marina Del Rey, CA 90292
>
> Account Number: 2000051611637
> Routing: 121000248
> Swift: WFBIUS6SLAX
>
> Bank:
> Wells Fargo
> 9355 Wilshire Blvd.
> Beverly Hills CA, 90210
>
> These wires are for marketing efforts beginning next week.


--
xMeridian.com

**EXHIBIT
237**
21-cv-11276-WGY

**EXHIBIT
G**
21-cv-11276-WGY

SEC-CVDOJMX-E-0487116

A4384

| | |
|---|---|
| **From:** | "Wires" <wires@secure.xmeridian.com> |
| **Sent:** | 2/28/2012 9:12:23 AM -0800 |
| **To:** | Jackson Friesen <jackson@secure.xmeridian.com> |
| **Subject:** | Re: 2 Wires to go out |

Yes, I will change


On Mon, 27 Feb 2012 17:32:25 -0800, Jackson Friesen wrote
> Correction to the accounts credited. please apply the 20k for Vulcan
> as follows:
>
> 5k ARW
> 5K ONCS
> 5K STVF
> 5K CIRC
>
> thanks.
>
> On Mon, 27 Feb 2012 15:56:19 -0800, Wires wrote
> > send for values Tues
> >
> > On Mon, 27 Feb 2012 15:24:45 -0800, Jackson Friesen wrote
> > > Please wire $10,000 USD to Electronic Media LLC
> > > Wire instructions on file.
> > >
> > > Please wire $20,000 USD to:
> > >
> > > Vulcan Communications
> > > 366 North Broadway
> > > Suite 410
> > > Jericho, NY 11753
> > > 516-942-4910
> > >
> > > Account Number: 7926359337
> > > ABA/Routing: 026013673
> > >
> > > TD Bank
> > > 500 Old Country Road
> > > Plainview, NY 11803
> > > (516) 931-2027
> > >
> > > Please place the above 2 wires against the NYXO account.
> > > Thank you.
> >
> > --
> > xMeridian.com
>
> --
> xMeridian.com


--
xMeridian.com

| | |
|---|---|
| **Message-Id:** | <20120228171210.M39412@secure.xmeridian.com> |
| **In-Reply-To:** | <20120228013127.M52814@secure.xmeridian.com> |
| **References:** | <20120227225821.M68069@secure.xmeridian.com> |
| | <20120227235607.M3757@secure.xmeridian.com> |
| | <20120228013127.M52814@secure.xmeridian.com> |
| **X-Mailer:** | OpenWebMail 2.52 20061019 |
| **X-OriginatingIP:** | 206.191.97.82 (wires) |
| **MIME-** | 1.0 |

**EXHIBIT**

**239**

21-cv-11276-WGY

SEC-CVDOJMX-E-0374017

**EXHIBIT**

**K**

21-cv-11276-WGY



A4385

**Version:**

**Content-Type:**     text/plain; charset=iso-8859-1

**Status:**     R

SEC-CVDOJMX-E-0374018



**From:**    "Jackson Friesen" <jackson@securecuracao.xmeridian.com>
**To:**      "acco" <acco@securecuracao.xmeridian.com>, "hear" <hear@securecuracao.xmeridian.com>
**Cc:**      jackson@secure.xmeridian.com
**Subject:** Re: N/A
**Sent:**    Mon, 21 Aug 2017 15:56:36 -0700
MegaLog Edits - August 21.docx

attached.
Not much has changed from the last go around. I for sure like the visuals
and layout of this piece better but the connection from "Why Lithium" to
"Why Liberty One Lithium" still needs to be made stronger. Lee could do a
much better job of getting the reader excited about his trip to Argentina
and how big of an impact that trip was in the resulting Liberty One
Recommendation.

**EXHIBIT**

**261**

21-cv-11276-WGY

**EXHIBIT**

**KA**

21-cv-11276-WGY

SEC-CVDOJMX-E-0487334

A4387

Page 2:

"In three decades of publishing, I have never endorsed a stock much less accBecause of that, I want all my readers to know about the opportunities available with lithium, the critical commodity that makes the Tesla run.

And that includes a little-known lithium mining stock that I believe could cash in big thanks to the electric car craze.

In three decades of publishing, I've never endorsed a stock, much less accepted any form of compensation or even reimbursement for travel."

Doesn't make sense, some spelling errors. Repeating itself.


A PERSONAL MESSAGE FROM LEE BELLINGER

Two years ago I visited friends in Nashville who have a Tesla. Over dinner I expressed my skepticism about "battery powered" cars basically being toys. No better than golf carts on steroids.
My friend Allen politely invited me to get into the passenger seat of his Tesla for a little demonstration ride.
I've never been in such a powerful, fast moving machine. I'll never make fun of electric cars again.
In three decades of publishing, I have never endorsed a stock much less accBecause of that, I want all my readers to know about the opportunities available with lithium, the critical commodity that makes the Tesla run.
And that includes a little-known lithium mining stock that I believe could cash in big thanks to the electric car craze.
In three decades of publishing, I've never endorsed a stock, much less accepted any form of compensation or even reimbursement for travel.
I make an exception here because my manufacturing background has made me deeply aware of the opportunities in the lithium market.
Sure, there is a fine print disclaimer nearby that says all the right things. But I want you to hear this from me: Any mining operation is speculative, and you should never invest more than you can safely afford.
I can tell you from personal experience. Liberty One Lithium's executives are very, very dedicated. They've recruited and gotten some amazing geologists and other scientists who are light years ahead of their rivals in the Lithium Triangle.
One engineer they poached from a Japanese mining operation described to me how Liberty One Lithium has figured out how to bypass costly development costs most mining startups make.
So I very much want to get the word out. I love the Liberty One Lithium story. They are very open and frank people who know what they are doing.
I have sold 2,400 solar generators so the lithium market is very well known to me. The demand for lithium power cells is very broad and very deep. Battery

SEC-CVDOJMX-E-0487335

A4388

technology gets significantly better every single year.
My decision to use lithium power cells has changed the solar generator
market. Until lithium power cells, solar generator systems were little more than
hobbyist toys. Lithium powered batteries have changed all that.
Thanks to lithium my "PowerWhisperer" off-grid solar generators run heavy
machine shop tools and even small window air conditioners.

This whole letter quote sucks. It barely even makes sense. Focus on the task at hand and talk
about Liberty One Lithiuum. Not different businesses and hopping around every paragraph
talking about completely different things.

Page 6

Image of drill rig not accurate. Not our property.

Page 7

Lithium triangle photo should be pulled from our infographic as discussed in previous edits.
https://libertyonelithium.com/investors/infographic/

Page 12:
"Top 7 Lithium Stocks to buy right now" – Liberty One Lithium should be outlined or highlighted with a
yellow star, showing that it is specifically Lee's choice from the list. As it stands right now, it is just
another stock of 7 in the list. Something needs to make it pop out and stand out. As well, one of the
graphs should be Liberty One's Graph. These could be done way better.

***Overall Summary:***

All and all I think this piece does a great job in discussing "Why Lithium." However, I feel the piece still
lacks connection from the "Why lithium" conversation to "Why invest in Liberty One Lithium Corp." The
facts are abundant for the conversation for Why Lithium. But I still do not see a compelling enough
conversation or story connection to tip the reader for understanding the Lithium boom to actually
investing in Liberty One Lithium Corp. I think there needs to continue to be a stronger argument for
converting readers into investors into Liberty One Lithium Corp.

For example. In the first 6 pages, there are very few mentions of Liberty One Lithium Corp at all. As well,
the conversation of Lee travelling to Salta is there and prevalent but does a weak job of explaining to
readers why they should be converted into Liberty One Lithiium shareholders. And finally, the relatively
discounted share price needs to be addressed because of Liberty One's infancy and nothing more.
Readers should be thrilled to read about this undiscovered opportunity and the reason they have never
heard about it before is because it is literally brand new. The property was only just announced this
summer! This information is timely and valuable and needs to be conveyed to the reader so they
understand what a ground floor opportunity this truly is.

This entire piece reads well to "Why Lithium." But it is average at best at converting a "Why Lithium"
reader into a "Liberty One Lithium Shareholder."

SEC-CVDOJMX-E-0487336

Stronger and deeper arguments could be made from Lee to convert his reader by taking his topics one step further and always following his ideas with solutions. Solutions being converting a reader into a shareholder. Instead of leaving ideas and discussions open ended, drive the points directly to Liberty One and the opportunity it brings early shareholders.

I don't know exactly how the wording or story needs to change to accommodate this concern. All I know is that I am convinced on Lithium after reading this story, but I am still not convinced to become a Liberty One Shareholder. And with saying that, more items need to be included in this piece that directly relate to converting readers into shareholders.

SEC-CVDOJMX-E-0487337

**EXHIBIT**
**Friesen 56**

**From:**     "Jackson Friesen" <jackson@securecuracao.xmeridian.com>
**To:**       "acco" <acco@securecuracao.xmeridian.com>, "hear" <hear@securecuracao.xmeridian.com>
**Subject:**  Re: creative
**Sent:**     Tue, 26 Jun 2018 16:12:58 -0700

Angel Project Email 1.docx
Angel Project Email 2.docx
Angel Project Email 3.docx
Angel Project Email 4.docx
Angel Project Email 5.docx
Angel Project Email 6.docx
Angel Project Email 7.docx
Angel Project Email 8.docx
Angel Project Email 9.docx
Angel Project Email 10.docx

Email drip campaign attached.
Please let me know your thoughts.





SEC-CVDOJMX-E-0487214

A4391

**Vitality BioPharma Email #10**

Subject:
**This small drug company is a prime candidate for a major medical breakthrough**
**Prescription Drug Breakthrough Coming from Small Cap CA Company**
**Everything in Place for Pharma Investment Explosion**
**Small Cap Drug Maker Creates New Drug Sector**

Dear <Name>,

Discover this small California-based drug company ready to explode a $10 Billion Dollar health sector.

If you missed out on some of earlier prescription drug booms, then Vitality BioPharma (OTCQB: VBIO) should be the one stock you check out now.

Using new technology they invented – they call it biosynthesis – they can add all the health benefits from the cannabinoid THC, without any of the problems of getting high on the drug.

Even the DEA approved production at their Sacramento facility.

Their new drug, VBX-100, targets Irritable Bowel Syndrome (IBS), especially as it affects children and seniors. Early tests show that the drug works so well, it possible a vast majority of IBS sufferers will never face a future with a colostomy bag!

Vitality BioPharma might create a new "California Gold Rush" that could build comfortable retirement futures for their investors.

Maybe even turn a $5,000 stake into $500,000 or more!

In just one year, the share price moved up more than 225.7%!

Millions of Americans suffer from IBS (and other colon and bowel diseases) and Vitality BioPharma is creating a new was to help ease the pain, discomfort and embarrassment of these illnesses.

SEC-CVDOJMX-E-0487215

**Shares are currently trading for around $1.75... but many believe they will rise considerably to $5, $10, and even higher.**

And right now, you have a rare chance to grab a stake in this company's history-making drug BEFORE it goes into mass production and sales.

Quite frankly, we're witnessing an opportunity that only comes around once in a lifetime.

This tiny company faces very limited competition (only two other companies even attempt to make this type of drug.)

And it could be life changing for today's investors.

You can scoop up shares of Vitality BioPharma (OTCQB: VBIO) — right now — for around $1.75!

I can tell you one thing with utter confidence: Investors who grab this opportunity now are likely to hit a mother lode.

If you don't act now, you will be kicking yourself for missing this chance of a lifetime.

Here's your rare chance to bank gains of 200%, 500%, 1,000%, or more
Click here now before it's too late!

Yours in Profit,


<Name>
Title

SEC-CVDOJMX-E-0487216

Vitality BioPharma Email #9

Subject:
**Stock Market Expert: "This is the Pharma Stock of the Decade"**
**"Stock of the Decade" Declares Market Expert**
**What Stock does One Expert Call "Pharma Stock of the Decade"?**
**Is this pharma stock the best deal in 10 years?**

Dear <Name>,

If you've ever thought about investing in a breakthrough pharma stock...

Now is the perfect time.

Overnight millionaires will pop-up.

The company (Vitality BioPharma — OTCQB: VBIO) is still young, but its revolutionary developmental use of THC in a non-addictive, non-psycho-reactive way is quickly rising to the top.

**Vitality BioPharma** found a way to add all the benefits of THC — reducing pain and reversing the effects of Irritable Bowel Syndrome (IBS) — without adding THC to the blood stream or get it to the brain.

This is one stock poised to blow all the other ones out of the water.

It does one specific thing that no other pharma stock does...

Find out what that is, you'll see why one of America's leading investors says it's **"the only pharma stock I will ever own."**

Click here to find out how this stock will soon make more millionaires every day.

Here's to profit,

<Name>
Title

SEC-CVDOJMX-E-0487217

A4394

Vitality BioPharma Email #3

Subject:
Let's Talk Opportunity
Opportunity Knock. Are you ready to Answer?
An opportunity you waited for is here...
Will you make the most of this opportunity?

Dear <Name>,

Social media can be everything from a gold mine to a minefield.

You have so many options for information and so many varying opinions when you pick your favorite news supplier.

That's why I am so happy you are reading this email today.

It demonstrates your trust in my message. (And trust is often as hard to find as a great investment!)

But that is exactly why we're here to help you.

You made the first step when you signed up to receive these emails. You took step two when you continue to read them.

Now might be the best time to take step three: actually click on a link in this email.

Here's a great one: it leads you to an opportunity that I personally think is a real winner.

Yup... I would like you to click here and discover a groundbreaking company I think
You will want to invest in...

I am happy to supply you with:

☑Coverage of the hottest investment trends
☑Timely news on the most appealing stocks
☑Market updates and analysis
☑Previews of upcoming feature articles
☑Selected content from the Internet, plus print and broadcast media

We hope that you'll continue to enjoy and join in our dialogue on investing.

Yours in Profits,

SEC-CVDOJMX-E-0487225

A4395

<Name>
Title

PS: Here's that link again for the company I think will impress you. Read up on what they do, and how their innovative advances could possibly change the world of medicine!

SEC-CVDOJMX-E-0487226

A4396

Vitality Email #2

Subject:

<Name>, What do Rich Investors Talk about When They Meet?
You are Invited to Peak Inside a Special meeting
<Name> Learn What The Biggest Investors Discuss Behind Closed Doors
Discover the Secret Talks the Biggest Investors Hold in Secret <Name>

**What do Rich Investors Talk about When They Meet?**

Dear <Name>,

It doesn't happen often, but when it does…

They meet, usually in New York, or Miami, Hawaii, or from time to time in Toronto.

Except to dine at world-class restaurants, they never leave the comfort and security of their hotel.

Few tourists plan a trip like this. Few business travelers cloister like this. They spend thousands of dollars on a hotel bill, but almost never leave the hotel. No sightseeing; no Broadway shows or beaches planned.

What is a trip like this all about?

Why do these high-powered investors gather in small groups --- usually no more than ten or 15 at any one time --- lock the doors and huddle like a pro football team?

They meet to exchange ideas… to share stories… to discover secrets.

Each person in these secluded meetings knows they will leave this hotel in three or four days richer…. In knowledge!

SEC-CVDOJMX-E-0487227

**The Information delivered in these meetings was like a top security briefing**

These millionaires learn about new medical procedures – most in final testing stages – that can lead to disease diagnosis, treatment, or even prevention that may increase life expectancy by years and years for the most critically ill…
They get the insider reports on technology breakthroughs that will deliver crystal clear and uninterrupted internet service in the most remote locations in the world…

Or they hear about breakthrough oil-spill cleanup technology that can transform barren deserts into fields of oil-rich resources.

Or they will hear how a small company is nearing final FDA and FTC approvals for oral cannabinoid pharmaceuticals --- medicines that are convenient and desirable for both patients and physicians, and could help realize the full therapeutic potential of cannabinoid resources.

While these are four examples of the investment options discussed at these meetings, it was the last one that garnered the most interest.

Here's what happened at a recent meeting held in a well-known Southern State resort…

The private investors and a select few fund managers got in-person time with representatives of the company. The setting was intimate, but intense.

(There is always a smaller group who arrive early – 15 minutes or so – to compare notes on what they expect to see and hear.)

And while all these people are on friendly terms, they are fierce competitors looking for any advantage over their rivals.

They fully realize that ideas planted today could lead to millions in profits in the months or years to come.

**Select in Your Leisure --- Or Suffer in Your Haste**

I guess you could call the atmosphere "relaxed tension." The banter can be quaint, but these multi-millionaires are deadly serious.

I imagine it is much like the scene on the practice putting area of a major golf championship. The small talk is cordial, but each player is ready to compete for the next four days with every ounce of his or her body, mind and soul.

The companies presenting their stories at these quiet get-togethers are all currently traded publicly on the exchanges in Canada, the US and even Europe.

SEC-CVDOJMX-E-0487228

A4398

Any day trader or institutional broker could buy these stocks today, yet these are the companies the highest power-players in the game want to hear about.

Why?

Because they know that if they buy in at precisely the right moment, when the elements align perfectly, they can turn even a small investment into a huge reward.

They know that they can acquire huge chunks of stock but not drive prices up.

This is the true secret of these meetings.

This is where and how the "one in one-thousand" investors seem to make the most profitable decisions.

When these "pennies per share" companies realize their inflection points and go into super-seized commercialization, they, return hundreds, even thousands of times their initial investments back to these investors.

**One Investor Sits Quietly, Patiently. Until…**

One company makes a very simple presentation. But for one investor, the message, the product, the story, hit closer to home than most.

A keystone to his success – his father – recently received a devastating diagnosis. The Big C… Cancer.

He shared his story to me after the meeting. He told me that, when this one company made their pitch, he was almost overcome. He knew that he could continue his father's legacy of making the smartest, most profitable investment decisions. He also knew he could be doing something really good for his father.

I cannot reveal here in this email the exact details of his preferred investment.

SEC-CVDOJMX-E-0487229

He swore me to a simple pledge; only reveal the company to a select few investors who see the potential – both financial and human – of this opportunity.

I know that not everyone who reads this email will respond. That's a good thing. Because then only those truly committed to making real gains will answer. Only those who can see the future will click on this link.

If you read this far in this email, I think you are one of those investors.

I welcome your involvement. Click on this link to find out what this one super-powerful investor sees as the brightest star in the investment heavens.

Yours in Profitable Ventures,

<Name>

Title

SEC-CVDOJMX-E-0487230

A4400

SUBJECT:

<Name>: Help Yourself; Help Others
An Important Note about a Serious Subject <Name>
<Name> | You CAN Make a Difference
The Future of Your Family (and Your Community) is at Stake…

Body:

PS: I know it's strange to see the PS at the top, but I know you're busy and I need to grab your attention. If you want your investment to do as much good for your community as it does for yourself, then you owe it to yourself to <u>click here and see this</u>.

Dear Future Investor,

Some people think that investors are greedy people who only look out for themselves and the size of their bank accounts.

You and I know that is not true.

Investors understand --- heck, they HOPE! --- that their investment translates in more jobs, fulfils a consumer need, and, yes, makes a tidy profit.

From time to time, an opportunity arises where every dollar invested moves society to a better place.

I am not talking about charitable donations, or lost causes.

People like you hope their investment solves a challenge and maybe eases some pain.

(Can you imagine how great the investors felt when they realized their investment helped wipe polio off the face of the earth?)

All I ask from you today is <u>one simple click</u>. A few minutes to read about a cutting-edge company that will make a real difference to people right in your community --- heck, their work might help someone you know, or even a family member! Wouldn't that be terrific!

So please; take a few seconds from your hectic day. <u>Click on this link</u>. Discover just such an opportunity for yourself.

It will be a great option for your portfolio. It could be a miracle for your community.

All I ask is for is <u>one click.</u>

SEC-CVDOJMX-E-0487231

A4401

Thank you for your time...

&lt;Name&gt;
Title

SEC-CVDOJMX-E-0487232

A4402

Vitality BioPharma Email #5

Subject:
Forget about Cryptocurrencies... This Medical Stock is about to EXPLODE!
Bitcoin is a Bust! This stock is ready to Explode!
Avoid phony currency stocks. Stick to pharma opportunity.
Cryptocurrency goes bust? Pharma stock better choice.


Dear <Name>,

Forget about Google making $90 billion in revenue from Bitcoin --- you are NOT Google.

You are also not IBM (who adds $10 billion a year from the virtual currency) Or Amazon (who expects to make $10 billion a year by 2020.)

If you were one of those companies, you probably would not get this email! (I don't send my messages to them; I prefer to talk to like-minded people like you.)

I want to talk to you about a cannabinoid-focused pharmaceutical company poised to make a huge breakthrough in the market.

**Vitality BioPharma (OTCQB: VBIO)** is not only committed to creating solutions to a wide range of illnesses, conditions and diseases millions of people suffer from today, they out their money where their mouth is!

Investor Steve L. says, *"Bought into this stock (VBIO). They are doing a lot of great work unleashing the potential of this plant to treat people with a alternative to opiates and alternative treatment to help with many disorders/ disease."*

Kyle K. writes, *"Bought yesterday missed big spike due to work but made 20%, got back in today holding! Breaking out huge all timeframes..."*

Roxy F. loves Vitality: *"I bought your stock at the open this morning. Looking good! Already making a profit!"*

~~**Click here for details about Vitality BioPharma (OTCQB: VBIO)**~~
**and see for yourself this incredible opportunity.**

SEC-CVDOJMX-E-0487233

Yours in profit,

<Name>

SEC-CVDOJMX-E-0487234

A4404

Vitality BioPharma Email #6

Subject:
BioPharma CEO: We Created an Entirely New Sector
New Drug Sector Created by California CEO
California CEO Creates New Prodrug Wonder
New Pharma Sector Grows in California

Dear <Name>,

**Vitality BioPharma** (OTCQB: VBIO) created an entirely new drug sector that will revolutionize the prescription drug world.

For investors, the California-based company ticks all the boxes present in a winning investment opportunity.

---

**Your Chance To Participate In**
**The New Era of the Pharmaceutical Revolution**

With DEA-approved production facilities, using breakthrough technology, and with a specific target patient group eager for new and effective solutions, Vitality BioPharma (OTCQB: VBIO) represents and exciting break for every investor.

This is your opportunity in a game-changing new sector.

Go online or call your broker today to learn more about Vitality BioPharma.

---

☑**Breakthrough Technology**

**Vitality BioPharma** created an entirely new sector in the pharmaceutical world using their patent pending method.

SEC-CVDOJMX-E-0487235

A4405

In the past  there were heavy restrictions on the se of cannabinoids containing THC because that part of the hemp plant gave users the "high."

But **Vitality BioPharma** discovered how to include THC in their drugs in a way that the mind-altering elements never entered the blood stream or the brain.

This new type of "prodrug" is called a cannabisides.  The specific drug **Vitality BioPharma** created is called VBX-100.

VBX-100 focuses on Pediatric Irritable Bowel Syndrome as well as other colon diseases.

**Vitality's** prodrug technology enables the targeted delivery of VBX-100 directly to the GI tract. There it harnesses the therapeutic effects of THC locally while avoiding psychoactivity.

Colon-targeting also avoids the adverse systemic effects of immunosuppressive IBD therapies (such as TNFalpha inhibitors, corticosteroids, etc.)

## ☑Replaces Current, Ineffective Treatments

IBS patients today face a bleak future.

The usual course of treatment involves a series of medications that often have little to now effect --- patients continue to suffer terrible pain and discomfort, as well as embarrassment.

And the majority of these medications carry a "back box warning" – patients face a great risk of infections that result in extensive hospitalization and even death.

When results from the prescriptions deliver poor results, the next step for most patients is surgery, usually a colostomy. That requires the IBS sufferer to wear a colostomy bag for the rest of their life.

There is no cure for IBS.

SEC-CVDOJMX-E-0487236

But it appears **Vitality BioPharma** and VBX-100 change all that.

In early tests [1] fully one-half of patients – even those with severe cases of IBS – go into remission within 8 weeks of using VBX-100.

Additional clinical trials [2] show that VBX-100 reduced abdominal pain by 84% and relieved abdominal cramping by 77%!

(Phase 2 Trials, designed to induce remission of Ulcerative Colitis as well as targeting efficacy for ulcerative colitis, should begin early next year.)

## ☑A Limited Playing Field

**Vitality BioPharma** (OTCQB: VBIO) faces very limited competition.

There are only two other companies working in the field of prodrugs. While their efforts also focus on illnesses of the gastrointestinal tract, the results of their tests are not nearly as dramatic as those for VBX-100.

This gives a clear advantage to **Vitality BioPharma** to capture a greater share of the greater than $10 Billion Dollar IBS drug market.

---

**Your Chance To Participate In
The New Era of the Pharmaceutical Revolution**

With DEA-approved production facilities, using breakthrough technology, and with a specific target patient group eager for new and effective solutions, Vitality BioPharma (OTCQB: VBIO) represents and exciting break for every investor.

This is your opportunity in a game-changing new sector.

Go online or call your broker today to learn more about Vitality BioPharma.

---

SEC-CVDOJMX-E-0487237

## ☑DEA Approved Production Facility

The government likes what is sees with **Vitality BioPharma**.

The Drug Enforcement Agency recently approved Vitality's manufacturing and production facilities in Sacramento California.

That's a big step forward for **Vitality BioPharma**, as the research and manufacture of THC-based products is very closely regulated.

**Vitality** is now before the Food and Drug Administration (FDA), showing its clinical trial results in an effort to get complete FDA approval. The hope for that approval very soon.

## ☑A Big Step to Reducing America's Opioid Addiction Crisis

Opioid addiction is a vicious cycle.

People go to their doctor to get pain relief. Doctors prescribe opiate pain killers. In many cases, these drugs cause more harm.

Up to 81% of opiate users have functional bowel disorders, but they may hide opiate-induced severe abdominal pain.

The reported quality-of-life for NBS (narcotic bowel syndrome) patients is worse than quadriplegia, and opiates are associated with 61% of all drug overdose deaths.

Too often the medical community's solution to this increased pain? Prescribe more pain-killing opiates.

VBX-100 breaks this catch-22 because it does not allow the psychoactive aspects of THC to enter the blood stream or brain. It works on the surface of the gut and colon; and also enters at a cellular level, but does not deliver the high.

It is 100% non-addictive.

SEC-CVDOJMX-E-0487238

## ☑A Reward for Investors

The great clinical trial results, along with the DEA site approval, generated some very positive reactions from investors.

In a 52-week period, the share value of **Vitality BioPharma** shares (OTCQB: VBIO) moved up 226.4%.

That's a clear indication this stock is on the rise, and the future looks exceptionally bright for the share value and for investors.

---

### Your Chance To Participate In
### The New Era of the Pharmaceutical Revolution

With DEA-approved production facilities, using breakthrough technology, and with a specific target patient group eager for new and effective solutions, Vitality BioPharma (OTCQB: VBIO) represents and exciting break for every investor.

This is your opportunity in a game-changing new sector.

Go online or call your broker today to learn more about Vitality BioPharma.

---

Yours in profit,

Name
Title

[1] Naftali et al., Clinical Gastroenterology & Hepatology, 2013
[2] Storr et al., Inflammatory Bowel Diseases, 2014

SEC-CVDOJMX-E-0487239

Vitality BioPharma Email #8

Subject:
If you want a great portfolio, it must include...
Every Great Portfolio Includes this Pharma...
<Name> do you have this company in your portfolio?
The next pharma winner is...

PS: Before I get too far, I need to remind you: Investors add this stock to their portfolio every day. It's an investment opportunity you must have. Click here to get complete OTC details.

Dear <Name>,

The DEA (Drug Enforcement Agency) and the California State Research Advisory Panel just announced they approved permits for Vitality BioPharma (OTCQB: VBIO) to continue development of its novel cannabinoid pharmaceutical prodrug VBX-100.

Vitality BioPharma dedicates itself to the development of cannabinoid prodrug pharmaceuticals, and to unlocking the power of cannabinoids for the treatment of serious neurological and inflammatory disorders such as Pediatric Irritable Bowel Syndrome (IBS.)

Cannabis attained legal status in California and other states for medical and recreational purposes, but governments continue their close regulation of pharmaceutical research and development.

SEC-CVDOJMX-E-0487240

A4410

Vitality BioPharma's operations now comply with federal controlled substance regulations to enable development of this novel class of cannabinoid prodrugs that avoid the "high" associated with recreational cannabis.

VBX-100 is Vitality BioPharma's proprietary prodrug of THC targeted to the GI tract. That means it reduces or avoids entry of THC into the bloodstream or brain.

**Vitality BioPharma** makes VBX-100 at its Sacramento facility through an enzymatic biosynthesis process. They will make it according to cGMP pharmaceutical standards for clinical trials across the United States planned to begin early next year.

Dr. Brandon Zipp, Director of R&D and co-founder at **Vitality BioPharma** says, "Our biocatalysis and drug manufacturing capabilities have advanced rapidly over the past 18 months, and we're excited to continue this work with oversight from DEA, the State of California, and also the FDA."

Robert Brooke, CEO and Co-founder of Vitality BioPharma adds that, "Our team first pioneered a novel biosynthesis process for our cannabinoid prodrugs, and now they've successfully scaled it in a way that could enable widespread supply for clinical trials and even commercialization.

This puts us in an enviable position within our industry, and we look forward to seeing what else can be achieved in the months and year ahead."

It's still early, of course, but you can expect to see ramped up coverage wherever it's relevant on this game-changing pharmaceutical company. Keep your eyes peeled for future news about the most promising investment opportunity in years.

Yours in profit,

<Name>

SEC-CVDOJMX-E-0487241

A4411



**A** Account / deposit no.

Contracting party

Peregrine Capital Corp

(Name / first name – individual or company)

08 Sep 2010

(Date of birth / incorporation)

Development Bank of Samoa, Level 5

Beach Road, Apia, Samoa

(Nationality / registered office)

Development Bank of Samoa, Level 5

Beach Road, Apia, Samoa

(Address)

## Establishment of the beneficial owner's identity
(Form A according to § 18 and § 19 Regulations SRO PolyReg)

The undersigned herewith declares:
(Tick the appropriate box)

☐    That the contracting party is the beneficial owner of the assets involved

☒    That the following person / company is the beneficial owner of the assets involved

| Individual | Company |
|---|---|
| Zhiying Chen | |
| (Name / first name) | (Company name) |
| 08/10/1971 | |
| (Date of birth) | (Date of incorporation) |
| Flat 5, 37/F, BLK L | |
| Yu Man Hse, Yui Chui Court | |
| PH3, Shatin, NT | |
| Hong Kong | |
| (Address) | (Country of registered office) |
| | |
| (Additional information) | (Address) |
| Chinese | |
| (Nationality) | (Extract from company register) |

The contracting partner shall immediately inform the financial intermediary of his own accord about any changes.

The contracting party takes notice that the identity of the beneficial owner will be made known to the financial institution concerned, should the administration of the above mentioned file require the opening of a bank account or bank deposit.

If the undersigned intentionally provides wrong or incorrect information, or falsifies this document, this might be subject to the Swiss Penal Code. (Art. 251 Swiss Penal Code).

Place/Date
01 June 2015

Signature of the counter party

_____

**EXHIBIT**

**284**

21-cv-11276-WGY

A4412

**EXHIBIT**

**Gasarch 37**

| | |
|---|---|
| **From:** | Riverfall Group Ltd. |
| **To:** | Silverton Operations |
| **Subject:** | wire 129k to Greenberg |
| **Date:** | Tuesday, May 16, 2017 11:49:04 AM |
| **Attachments:** | Greenberg Contact Information.docx |
| | Greenberg.html |
| | 9120719.docx |
| | WBRITTGreenbergUSD.docx |

please send $129,000 USD to Greenberg Traurig LLP as a PARTIAL payment
to the attached invoice.

Thank you!

--
xMail

**EXHIBIT**

**286**

21-cv-11276-WGY

A4413

**Attorney Contact**

**Greenberg Traurig**

1201 K Street, Suite 1100

Sacramneto, CA 95814

Attorney: Mark Lee

Email: leema@gtlaw.com

Phone: 916-868-0630

Cell: 619-251-6275

Florida Division of Corporations

- Department of State
- Division of Corporations
- Search Records
- Detail By Document Number

Previous On List     Next On List     Return to List

Events     Name History

greenberg trarig llp

Search

# Detail by Entity Name

Florida Profit Corporation

GREENBERG TRAURIG, P.A.

Filing Information

Document Number601352 FEI/EIN Number59-1270754 Date Filed09/02/1969 StateFL StatusACTIVE Last EventAMENDED AND RESTATED ARTICLES Event Date Filed12/28/2004 Event Effective Date12/31/2004 Principal Address
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Changed: 02/15/2014
Mailing Address
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Changed: 02/15/2014
Registered Agent Name & Address CORPDIRECT AGENTS, INC
1200 South Pine Island Road
MIAMI, FL 33324

Name Changed: 04/14/2015

Address Changed: 04/14/2015
Officer/Director Detail **Name & Address**

Title Director - Senior Chairman

Alvarez, Cesar
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Director and Co-President

Bass, Hilarie
333 SE 2ND AVENUE
44TH FLOOR

A4415

MIAMI, FL 33131

Title Director and Chief Executive Officer

Duffy, Brian
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Vice Chairman - Director

Edlin, Richard A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Director and Senior Chairman

Gorson, Matthew B.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Director and Co-President

Greer, Ernest L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Founding Chairman - Director

Hoffman, Larry J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Vice President and Treasurer - Director

Kaufman, Bradford D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Regional Operating Shareholder

Lovett, Mary-Olga
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Vice Chairman - Director

Maher, Paul J.
333 SE 2ND AVENUE

44TH FLOOR
MIAMI, FL 33131

Title Vice Chairman and Secretary - Director

Menendez, Patricia M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Director and Executive Chairman

Rosenbaum, Richard A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Chief Legal Officer and Vice President

Garrett, Richard G.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title General Counsel

Kaminsky, Martin I.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Hirsch, David E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Wylde, Frances M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary and Assistant Treasurer

BERKOWITZ, PAUL
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Regional Operating Shareholder

Atnipp, Doug

A4417

333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Regional Operating Shareholder

Lehr, Michael L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Abul-Hawa, Kemal M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Altenbach, James S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Altman, Allen D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Altschuler, Irwin P.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Alvarez, Emilio J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Annex, Alan I
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Ansell, Daniel J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Ashburn, David C.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Atnipp, Douglas C.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Bacchus , James L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Baggett, Fred W.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Bahcall, Miriam G.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Bahe-Jachna, Ruth A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Bailine, Ryan D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

A4419

Ballon, Ian D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Barsh, Kerri
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Baum, Michael J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Becerra, Jacqueline
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Beer, Naomi G.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Bell, Jonathan
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Beloff, Donn A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Benford, Norman J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Berg, Andrew G.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Berlin, Michael A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Berman, Geoffrey S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Bernstein, Robert H.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Bertzyk, Scott D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Bezark, Sean W.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Bideau, Mark F.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Bielby, Lorence J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Birenbaum, Charles S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Black, Daniel H.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Block, Dennis J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Bloom, Mark D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Bloom, Warren S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Blum, Theodore I.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Bolen, David E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Bond, Thomas J.
333 SE 2ND AVENUE
44TH FLOOR

MIAMI, FL 33131

Title Assistant Treasurer

Bonner, Michael J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Bornstein, Scott J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Boudreau, James N.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Bradley III, Francis R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Brams, Roberts S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Brecher, Mitchell F.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Brenman, Lawrence H.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Briendel, William D.
333 SE 2ND AVENUE

44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Brogan Jr., Francis B.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Bullard, Randy A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Burnett, Michael L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Burrows, Michael D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Cafiso, Michael
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Cantor, Lome S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Caplan, Sherri G.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Cardonick, Andrew R.

A4424

333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Casas, Gregory J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Caserio, James J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Catto, Iskender H.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Charrow, Robert P.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Chemiga, Michael J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Citera, Francis A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Clayton, William R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Coates III, Joseph C.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Cohen, Lori G.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Coniglio, Joseph F.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Cooper, Jay L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Cosentino, Joseph
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Coulson, David A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Davis III, Joseph P.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Davis, Cindy J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

A4426

Davis, Jaret L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Davis, Mark G.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Davis, Richard F.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

DeCarlo, James J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

DeHaan, William R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

del Castillo, Albert A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Deutsch, Bennett I.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Dial, Karl
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Dimond, Alan T.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Dougherty, Lucia A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Dutton, Thomas E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Dykeman, David J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Eid, Troy A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Entin, Seth J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Epstein, Gary M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Epstein, Robert C.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Escarra, Iris V.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Evora, Orlando L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Fellows, Gerald L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Fenton, Loring I.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Ferrario, Mark E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Ferreira, Graciela
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Ferris, Sabrina R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Fischer, Layne B.
333 SE 2ND AVENUE
44TH FLOOR

MIAMI, FL 33131

Title Assistant Treasurer

Fisher, Dianne C.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Fishman, Gregory A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Fishman, Michael T.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Fleissig, Steven D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Fleming, Joseph Z.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Fornaris, Carl A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Forster, Jonathan M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Foslid, Adam M.
333 SE 2ND AVENUE

44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Fox, Paul T.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Fraga, Ricardo L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Friedman, Harry J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Fryer, Judith D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Galis, Mark R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Gang, Robert C.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Garcia, Roland
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Gelman, Jonathan S.

A4431

333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Gibbons, John F.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Gildan, Laurie L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Gildan, Phillip C.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Giuliani, Rudolph W.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Giusto, Richard J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Goines, William J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Goldberg, Jerrold F.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

A4432

Goldich, Robert M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Goldman, Steven E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Goldstein, Glenn E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Goodheart, Jodi
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Grantham, Mark E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Greenberg, Gary R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Grossman, Robert L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Hall, Barbara A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Harding, Robert M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Harris, Fred F.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Harris, Richard D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Heller, Susan L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Henderson, Jeffry M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Herrington, Robert J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Heyen, Shari L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Hillier, Dennis W.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

A4434

Title Assistant Treasurer

Hintze, Russell P.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Hirsch, Jeffrey A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Hirschson, Linda B.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Hoffman, Kenneth C.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Horowitz, Robert A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Ibarra, Yosbel A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Iselin, Harold N.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Ivanhoe, Robert J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

A4435

Title Assistant Treasurer

Jacobson, Bradley A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Jay, David
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Jessell, Timothy
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Jones Jr., Franklin D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Joyner, Jeffrey K.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Kahn, Jeffrey S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Kalb, Martin
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Kant, Robert S.
333 SE 2ND AVENUE
44TH FLOOR

MIAMI, FL 33131

Title Assistant Treasurer

Kaplan, Barbara T.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Kappes, Kurt A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Karlinsky, Fred E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Karp, Warren J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Katz, Joel A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Katz, Stephen F.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Kaufman, Ross
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Kearney, Jude
333 SE 2ND AVENUE

44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Keenan Jr., Paul J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Kehoe, Gregory W.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Kelley, Peter C.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Kelly, William M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Kelson, Mark J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Kemple, Mark D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Kirshenberg, Robert J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Kirsner, Marvin A.

A4438

333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Kishel, Joseph F.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Klaus, Laura M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Klein, Leslie A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Kleinman, Gary S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Kolin, Charles J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Kudlac, Kevin S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Kurzweil, David B.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

A4439

Landy, Steven
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Lapidus, Steven B.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Lario, Wendy J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Lash, Nancy B.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

LaSota, David J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Lawrence, Gregory K.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Layman, David M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Leacox, Jeffrey
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

A4440

Leahy, James
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Lee, Mark C.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Lee, Raymond A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Lehr, Michael L
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Leibenstein, Elli
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Leslie, Thomas M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Lewis, Jason S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Lieberman, Peter H.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

A4441

Title Assistant Treasurer

Light, Corey E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Lisi, David Michael
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Litvak, Erika G.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Livingston, Gene
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Long-Daniels, David W.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Loumiet, Juan P.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Lovett, Mary-Olga
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

MacCullough, Kara L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

A4442

Title Assistant Treasurer

Macdonald, Ian
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Macdonough, Bruce E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Malina, Steven M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Malone, Michael L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Mamorsky, Jeffrey D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Mandelbaum, David G.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Mangas, Robert
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Mansfield, Alan E.
333 SE 2ND AVENUE
44TH FLOOR

MIAMI, FL 33131

Title Assistant Treasurer

March, Bruce I.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Marinelli, Michael X.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Marple, Pamela J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Marsico, Anthony J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Mascialino, John L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Maser, Joel D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Mason, Dwayne L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Mastbaum, Steve
333 SE 2ND AVENUE

44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Mattesich, James M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Mazur, Todd A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

McCourt, Terence
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

McCrea Jr., Richard C.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

McDaniel, Demetrius G.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

McQuade, Paul F.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Meili, Barbara C.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Melnick, Richard J.

333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Mendeloff, Scott
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Merideth Jr., Frank E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Meza, Scott
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Michaels, Pete S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Michigan, Mark I.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Migdal, Nelson F.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Miller, Matthew W.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

A4446

Miller, Peter A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Milton, Christopher H.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Minesinger, Kenneth M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Mitchell, Nancy A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Mukasey, Marc
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Musyl, Marc J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Neimeth, Clifford E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Nelson, James
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Newsome, Jonathan K.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Nicodema, Michael A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Oberfeld, Neil B.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Overton, Pamela M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Palmer, David G.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Pappalardo, A. John
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Parkins, Lenard M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Peck, David C.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Pedrosa, Eliot
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Peterman, Nancy A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Pham, Chinh H.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Powers, Rita M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Presant, Ivan J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Presant, Sanford C.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Prochnow, James R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Rabinowitz, Stephen L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

A4449

Title Assistant Treasurer

Rajunov, Manuel
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Ray, Maganendra P.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Redding, James P.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Reeder, Joe R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Reich, Keith E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Reiff, Laura F.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Richard, Barry S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Rosedale, Eric
333 SE 2ND AVENUE
44TH FLOOR

MIAMI, FL 33131

Title Assistant Treasurer

Rosen, Jess L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Rosen, Marvin S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Rosenbloum, Robert A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Rosetto, Bruce C.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Ross, Tina M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Rowen, Eric V
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Rudolph, Gilbert L
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Rush, Peter G.
333 SE 2ND AVENUE

44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Sabol, Martha A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Sanford, Stephen D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Saul, Gary
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Saunders Jr., Sanford M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Saxl, Stephen L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Scherker, Elliot H.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Schindler, Barry J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Schindler, Ozzie A.

A4452

333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Schindler, Paul D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Schnapp, Mark P.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Schoonover, Martha J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Schulman, David I.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Schumacher, Paul J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Schwartz, Alan U.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Scott, Jeff E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

A4453

Segal, Jay A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Selitto Jr., Ralph W.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Sellinger, Philip R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Serbaroli, Francis J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Serota, Daniel L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Serota, James I.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Shackelford, Ricky L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Shaftel, Harold S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

A4454

Shapiro, Howard R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Shapiro, Keith
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Sherr, Brian J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Shimkin, Barry E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Siegel, William R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Silverman, Gary R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Silverman, Howard E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Simmons, Charles A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Single, Randall C.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Sklar, Kenneth M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Sklaroff, Jeffrey B.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Smith, Jeffrey M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Snyder, Gary E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Solomon, Louis M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Solomons, Mark
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Stocker, Michele L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Stouck, Jerry
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Sulds, Jonathan L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Sullivan, George D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Sullivan, Michael J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Sutin, Alan N.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Tache, Joseph R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Taylor, Nancy E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Tenen, Jeffrey S.
333 SE 2ND AVENUE
44TH FLOOR

MIAMI, FL 33131

Title Assistant Treasurer

Thomas, Michael J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Tobor, Benjamin D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Toll, Curtis B.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Toon, Jason M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Tratos, Mark G.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Traurig, Robert H.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Underwood, Colin A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Verbin, Jeffrey H.
333 SE 2ND AVENUE

44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Voce, Mary F
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Vuocolo, Diane E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Wallace, Edward C.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Walsh, E. J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Ward, John P.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Weingold, Philip R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Weinstein, David B.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Weiss, Jennifer Hawthorne

A4459

333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Weiss, Terry R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Wells, David E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Welty, Ronald Labry
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Wexler, Robert I.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Williams, Quinn P.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Wilson, Jean E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Wilson, William S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Wishner, Mark J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Wolf, Jeffrey M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Wozniak, Todd D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Yaffee, Wayne A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Zausner, Lewis A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Zeydel, Diana S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Zinober, Peter W.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Treasurer

Zuckerbrot, Kenneth
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

A4461

Addeo, Kenneth P.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Agostino II, Joseph
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Aguirre, Alexandra M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Ahmad, Ameer I.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Ahmed, Farah S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Aizenbcrg, Gabriel
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Albert Lowry, Vanessa A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Allen, Brent
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Angelova, Anastasia A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Ara, Tom
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Aronson, Eric S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Asaro, Tricia A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Baker, Mark E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Ball, Jonathan D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Baluda, Marc R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Barger, David
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Barnett, Christopher L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Barnett, Craig S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Bass, Timothy C.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Batista, David O.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Baxter, Gerald L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Bekkevold, Ralph B.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Bell, Christopher L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Benayoun, Avi
333 SE 2ND AVENUE
44TH FLOOR

MIAMI, FL 33131

Title Assistant Secretary

Bernstein, Joshua
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Berry, Bridget A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Berthiaume, Mark A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Blaney, Brian
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Boelter, John P.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Bohmholdt, Karin L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Bombach, Kara M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Bowden, Charles W.
333 SE 2ND AVENUE

44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Braley, Nan B.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Bratcher, Timothy W.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Bray, Karen I.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Brewer, John N.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Briggs, Heath J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Broderick, Patrick Gallagher
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Brody, Alan J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Brown, Nicholas A.

333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Bruno, Mary E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Bruton, Burt
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Budney, Jerold I.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Bunting, Kelly D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Burnham, Rebecca L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Burrer, Karl D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Cannon, Matthew J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Carpey-Greenberg, Elaine D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Carson, Deirdre A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Catania, David A
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Cech Samote, Brigld F.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Christopher A.

Cernik, Christopher A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Chansky, Edward B.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Chaplick, Trevor J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Chavan, Vivek K.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Chieffo, Vincent H.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Clayton, Mark
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Cleary, David D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Cohen, Donald N.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Cohen, Philip H.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Colborn, Brian L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Conde, Enrique A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Connaughton, Alice L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Coombe, Tyler D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Cowman, Jordan W.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Cummerford, John E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Davidson, Donald S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Davis, Charles S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

DeGiacomo, Paula J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

DeLuca, Jean M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Dempsey, Hayden R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

DeShano, Kimberly M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

DiConza, Maria J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Dietrich, Stephen J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

DiStefano, Rebecca G.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Don, Arthur
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Donahue, Daniel K.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

D'Onofrio, Linda
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Downing, Robert J.
333 SE 2ND AVENUE
44TH FLOOR

A4471

MIAMI, FL 33131

Title Assistant Secretary

Doyle, Debra M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Durham, Sylvie A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Eads, Joel
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Eisenman, Ronald W.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Elowe, Wayne H.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Elrod, John D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Esaw, Ronda Brown
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Espey-Romero, Ruth F.
333 SE 2ND AVENUE

44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Farraher, John F.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Farrell, Joseph D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Fedo, Jason M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Feeney, Brian T.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Feher, Kristine J
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Felsenstein, Steven M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Fenton, Nicole L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Ferak, Paul J.

333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Fidei, Richard J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Fides, Peter J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Fine, Robert S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Fink, Scott E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Finkelstein, Andrew R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Finn, Herbert H.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Fontes Filho, Jose Mario F.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

A4474

Freeburg, Karl A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Frenchman, Robert S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Gambino, Michelle D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Garner Jr., William S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Garno, Danielle N.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Gavsie, Brian J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Gehrig, William L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

George, James R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Gerasimovich, Kenneth A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Gerber, Tracy L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Gilbert, Francoise
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Giles-Klein, Bruce H.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Gitlin, David
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Gleim, Lorie M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Gonzalez, Danielle
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Gonzalez, Ricardo A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Gordon, Daniel D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Gray, Cory M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Green, Brigitte F.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Greenberg, Alaine S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Greenberg, David
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Greene, Jeffrey W.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Greenfield, Alan R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Grossman, Scott M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Grotzinger, Jordan D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Guerino II, Anthony M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Hackney III, H.H.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Hallsten, Michelle R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Hamilton, Cindy L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Harris, Jean E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Haynes, Nathan A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Heller, Lawrence H.
333 SE 2ND AVENUE
44TH FLOOR

MIAMI, FL 33131

Title Assistant Secretary

Helsel, Michael D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Herbert, Gregory W.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Hershfield, Edward S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Herz, Joseph A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Hitdebrand, Daniel G.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Hockens, Sidney N.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Hoffman, Mathew B.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Holdemess, Howard
333 SE 2ND AVENUE

44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Horky, Kenneth A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Huber, Charles B.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Hunnefeld, Angelika
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Hunter-Ensor, Melissa
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Husdon, Ronald D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Hutchinson, Phillip H.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Hutton, John B.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Isaacs, Dean A.

A4480

333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Jacobs, Stanley G.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Jarosik, Gary R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

JeBailey, Joseph J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Jeppsen, John C.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Jones, Barbara A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Joy, Jeffrey C.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Kalmykov, Lillian K.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Kanusher, Lawrence A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Kaplan, Roger B.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Karpeles, Michael D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Kassenoff, Allan A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Katleman, Steven
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Kaufman, Robert C.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Keating, Mary H.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Kendig-Schrader, Julie P.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Kennard, Karen M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Kern, StaceyT.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Kim, John K.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Kim, Richard C.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

King, Michael J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Kipnes, Rachel
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Klaudt, David W.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Kleinbaum, Glenn A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Kobert, Ilene K.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Landa, Adam B.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Langley, Marcia H.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

LaVigne, Christopher M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Lazaroff, Michael S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Leathe, Mindy B.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

LeCompte, Kimberly S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Lefton, Ronald D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

A4484

Title Assistant Secretary

Leher, Richard I.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Lehrfield, Moshe M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Lessner, Jonathan I.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Leuin, Charles B.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Levy, Laurence A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Levy, Samuel L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Lewin, Matthew R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Lewitas, Bruce M.
333 SE 2ND AVENUE
44TH FLOOR

MIAMI, FL 33131

Title Assistant Secretary

Lockard, Victoria D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Londot, John K.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Lonergan, Kristen J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Lopez, Mark A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Louahlin, Gavin M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Lynott, Michael T.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Mace, James S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

MacLeod, Scott R.
333 SE 2ND AVENUE

44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Mak, Pamela J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Malkin, Jonathan D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Manno, Felicia V.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Margolin, Steven T.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Markman, David P.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Markovic, Milos
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Marsh, Bradley R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Martin, Patrick F.

333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Marx, Ian S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Masterman, James D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Mattioli, Mark L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Mazur, Eric
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Mazur, Terri A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Mazziotti, Thomas J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

McBride, John C.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

A4488

McCawley, Daniel D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

McCawley, Paul B.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

McClung, Craig T.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

McDonald, Robert R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

McGinnis, Michael R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

McKaughan, Michael D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

McKenna, Sean
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

McManus, John L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

McNiven, Carolyn
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Meier, Jeremy A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Mello, Kimberly A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Mendelsohn, Stephen A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Miller, Gretchen N.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Miller, Todd A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Millner, Dawn I.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Moore, Jennifer B.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Moorhouse, Richard L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Morris, Kevin J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Mote, Jeffrey G.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Moulder, Heather E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Munck, Amber J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Murch, Trent M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Murphy, Gregory P.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Murphy, Michael G.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Nelson, Cameron M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Nelson, Howard L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Neuberg, Susan E. D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Neumann, Christopher J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Newlin III, John W.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Newman, Glenn
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Nicholson-Choice, Maribel N.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Noda, Masahiro
333 SE 2ND AVENUE
44TH FLOOR

MIAMI, FL 33131

Title Assistant Secretary

Norman, Laura S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Nugent, Lori S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Oliver, David A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

O'Neall, Cris K.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

O'Rourke, Renee W.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

O'Shea, Dennis F.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Ostfeld, Gregory E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Pabis, Ronald J.
333 SE 2ND AVENUE

44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Palmer, Stephen D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Parmelee, Mark L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Pefta, Antonio
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Penley, Sonya C.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Penneys, Sylvia S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Perez, Flora R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Perez, Nicole A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Perkins, James W.

333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Perricone, Anthony L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Perry, Jonathan M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Pettus, Richard C.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Pigott, Ginger
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Plinio, Steven
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Prochnow, Justin J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Ranis, Paul B.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Rao, Weisun
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Rappold, Bernadette M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Reiss, Allan D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Reiss, Benjamin L
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Riley, Carl J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Robbins, Matthew M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Robson, Michael D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Rodriguez, Erik S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Rodriguez, Julissa
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Rogers, Christina B.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Romer, Thomas B.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Rosengart, Mathew S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Rosengarten, Ronald
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Rosenthal, Karen
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Rossell,, Marc M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Rothberg, Barry L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Rothchild, Caran
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Ruiz, Alejandro M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Russo, Steven C.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Salky, Mark A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Sanchez, Francisco O.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Sanchez, Israel I
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Sankaran, Annapoorni
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Scarola, Alexander L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Schaengold, Michael J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Schochet, Howard S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Schultz, Edward
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Seby, Paul M.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Sellinger, David E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Sendra, Maria
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Senterfitt, Barry R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Shahida, Khashayar
333 SE 2ND AVENUE
44TH FLOOR

MIAMI, FL 33131

Title Assistant Secretary

Shapiro, Steven
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Shea, James R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Sheehan, James S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Sheppard Jr., Alan C.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Sherman, Robert J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Sigda, Eric B.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Simon, Jason T.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Simon, Robert D.
333 SE 2ND AVENUE

44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Sinatra, Steven
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Singer, Meredith L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Sirus, Richard A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Sitar, Duane D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Sklaire, Michael
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Skloss, Ronald G.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Slomowitz, Alan
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Smith, Louis

333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Soli, Toby S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Spivey, Ira W.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Starler, Michael H.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Stein, Donald S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Steinberg, Howard J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Steinberg, Todd I.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Stiffelman, Gary S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Stiver Jr., Charles E.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Striker, Chad D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Swanis, Eric W.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Swergold, Jon L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Tarbe, Susan
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Tate, Christina Ann
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Taylor, Parker F.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Terribile, Kelly A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

A4503

Thomas, David G.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Thompson III, Robert
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Thompson-Bracken, Laura S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Tolpin, Jim H.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Torres, Christopher
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Trigg, Mark G.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Tucker, John J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Tuell, Loretta A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Tyukody, Daniel J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Valcarcel, Manuel R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Valladares, Richard J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Velcoff, Andrew J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Venditti, Carey Gunn
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Vermeys, Gregg R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Vignola, Laura A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Vitali, Louis
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Voorhees, John
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Wadyka, Steven J.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Wahby, Peter S.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Weddle, Jennifer H.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Weider, Douglas R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

White, Andrew T.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Willis, Karen M
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Wilson, Natasha L.
333 SE 2ND AVENUE
44TH FLOOR

MIAMI, FL 33131

Title Assistant Secretary

Woodman, Thomas L.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Yoshor, Shira R.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Zangara, Jeremy D.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Zapf, Matthew A.
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Title Assistant Secretary

Jon, Zimring
333 SE 2ND AVENUE
44TH FLOOR
MIAMI, FL 33131

Annual Reports

| Report Year | Filed Date |
| --- | --- |
| 2016 | 02/25/2016 |
| 2016 | 05/13/2016 |
| 2017 | 04/04/2017 |

Document Images

| | |
| --- | --- |
| 04/04/2017 -- ANNUAL REPORT | View image in PDF format |
| 11/14/2016 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 05/13/2016 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 02/25/2016 -- ANNUAL REPORT | View image in PDF format |
| 01/27/2015 -- ANNUAL REPORT | View image in PDF format |
| 02/15/2014 -- ANNUAL REPORT | View image in PDF format |
| 03/28/2013 -- ANNUAL REPORT | View image in PDF format |
| 01/31/2012 -- ANNUAL REPORT | View image in PDF format |

A4507

| | |
|---|---|
| 03/15/2011 -- ANNUAL REPORT | View image in PDF format |
| 07/28/2010 -- ADDRESS CHANGE | View image in PDF format |
| 06/22/2010 -- ADDRESS CHANGE | View image in PDF format |
| 03/31/2010 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2008 -- ANNUAL REPORT | View image in PDF format |
| 04/25/2007 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2006 -- ANNUAL REPORT | View image in PDF format |
| 04/27/2005 -- ANNUAL REPORT | View image in PDF format |
| 12/28/2004 -- Amended and Restated Articles | View image in PDF format |
| 04/30/2004 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2003 -- ANNUAL REPORT | View image in PDF format |
| 04/11/2002 -- ANNUAL REPORT | View image in PDF format |
| 04/16/2001 -- ANNUAL REPORT | View image in PDF format |
| 06/29/2000 -- ANNUAL REPORT | View image in PDF format |
| 05/10/1999 -- ANNUAL REPORT | View image in PDF format |
| 07/24/1998 -- Name Change | View image in PDF format |
| 04/06/1998 -- ANNUAL REPORT | View image in PDF format |
| 04/17/1997 -- ANNUAL REPORT | View image in PDF format |
| 02/06/1996 -- ANNUAL REPORT | View image in PDF format |

Previous On List     Next On List     Return to List

Events     Name History

Florida Department of State, Division of Corporations

Florida Department of State

- Division of Corporations

greenberg trarig llp

Search

 GreenbergTraurig

Invoice No.:  4480996
File No.    :   149171.010000
Bill Date   :   May 5, 2017

Riverfall Group Ltd.
Ajeltake Road,
Ajeltake Island,
Majuro,
Marshall Islands MH96960

Attn:  JP Jones

## **INVOICE**

Re:   Corporate

Legal Services through April 30, 2017:

|  | | |
|---|---|---|
| Total Fees: | $ | 14,009.50 |

Expenses:

| | | | |
|---|---|---|---|
| Filing Fees | 759.00 | | |
| Professional & Legal | 303.68 | | |
| Service Company Charges | 988.62 | | |
| Total Expenses: | | $ | 2,051.30 |
| **Current Invoice**: | | **$** | **16,060.80** |

| | | |
|---|---|---|
| Previous Balance (see attached statement): | $ | 162,221.66 |
| **Total Amount Due:** | **$** | **178,282.46** |

MCL:TW
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 1201 K Street | Suite 1100 | Sacramento, California 95814
Tel 916.442.1111 | Fax 916.448.1709 | www.gtlaw.com

A4509



Invoice No.:    4480996
File No.     :    149171.010000

<div style="border:1px solid;">

**FOR YOUR CONVENIENCE,**
**PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT**
**FOR FEES & COSTS ARE AS FOLLOWS:**

</div>

**For Wire and ACH Instructions:**
TO:                            CITIBANK, N.A.
ABA #:                         ▮▮▮▮▮▮▮
INTERNATIONAL
SWIFT:                         CITIUS33
CREDIT TO:                     GREENBERG TRAURIG ACCOUNT
ACCOUNT #:                     ▮▮▮5071
PLEASE
REFERENCE:          **CLIENT NAME:**          **Riverfall Group**
                    **FILE NUMBER:**          **149171.010000**
                    **INVOICE NUMBER:**       **4480996***
                    **BILLING**
                    **PROFESSIONAL:**         **Mark C Lee**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring**
**instructions.**

MCL:TW
Tax ID: 13-3613083
Greenberg Traurig, LLP | Attorneys at Law | 1201 K Street | Suite 1100 | Sacramento, California 95814
Tel 916.442.1111 | Fax 916.448.1709 | www.gtlaw.com

A4510



Invoice No.:  4480996
File No.    :  149171.010000

**Account Statement**

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 12/05/16 | 4366535 | 33,683.61 | 0.00 | 0.00 | 33,683.61 |
| 01/09/17 | 4393310 | 13,357.50 | 752.00 | 0.00 | 14,109.50 |
| 02/03/17 | 4407090 | 20,077.39 | 0.00 | 0.00 | 20,077.39 |
| 03/07/17 | 4438492 | 62,685.00 | 66.58 | 0.00 | 62,751.58 |
| 04/10/17 | 4458864 | 31,587.00 | 12.58 | 0.00 | 31,599.58 |
| | Totals: | $ 161,390.50 | $ 831.16 | $ 0.00 | $ 162,221.66 |

MCL:TW
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 1201 K Street | Suite 1100 | Sacramento, California 95814
Tel 916.442.1111 | Fax 916.448.1709 | www.gtlaw.com

A4511

Invoice No.:    4480996                                                              Page 1
Re:             Corporate
Matter No.:     149171.010000

<u>Description of Professional Services Rendered</u>:

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 04/03/17 | Peggy Awtrey | Prepare and file on line application for new CUSIP number for Greenwind Holdings Inc.; Review and process new CUSIP number for Greenwind Holdings Inc.; Work on FINRA application for name change; Upload documentation for FINRA application; Submit FINRA application for name change on line with FINRA; E-mail to TA re: FINRA application and request for TA verification form. | 2.50 | 737.50 |
| 04/03/17 | Brooke Condran | Review correspondence regarding officer and director compensation, and conduct research regarding 8-K filing requirements; communicate with M. Lee regarding materiality of compensation arrangement. | 0.50 | 190.00 |
| 04/03/17 | Mark C Lee | Attend to name change matters; Review B. Long email regarding compensation and respond regarding same. | 0.80 | 636.00 |
| 04/04/17 | Peggy Awtrey | Review e-mail from FINRA with comments on name change application; Prepare draft of response to FINRA; Work on new draft of officer's certificate for FINRA filing; Prepare table of history of officer's and directors; E-mails with M. Lee and B. Long re: same. | 1.60 | 472.00 |
| 04/04/17 | Brooke Condran | Draft 8-K disclosing pending name change to Greenwind Holdings Inc., and deliver to Client for review and approval. | 0.70 | 266.00 |
| 04/04/17 | Mark C Lee | Attend to 8-K regarding B. Long compensation; Respond to B. Long regarding name change matters; Attend to potential transaction; Telephone conference with N. Jaikaria regarding D&O financing funds and telephone conference with B. Long regarding same; Review FINRA correspondence and process regarding same. | 3.60 | 2,862.00 |
| 04/05/17 | Peggy Awtrey | Work on response to comments from FINRA on name change application; E-mails with M. Lee, B. Condran, and B. Long re: same; Telephone to FINRA examiner re: same; Work on new version of officer's certificate for submission to FINRA. | 1.20 | 354.00 |
| 04/05/17 | Brooke Condran | Review 8-K EDGAR proof and coordinate filing with EDGAR agent. | 0.30 | 114.00 |
| 04/05/17 | Mark C Lee | Attend to FINRA response. | 0.70 | 556.50 |
| 04/06/17 | Peggy Awtrey | E-mails with B. Long and M. Lee re: response to comments from FINRA on name change application. | 0.40 | 118.00 |
| 04/06/17 | Mark C Lee | Attend to name change matters; Attend to transaction matters. | 0.60 | 477.00 |
| 04/07/17 | Peggy Awtrey | Work on response to comments from FINRA; Work on revised officer's certificate for FINRA filing; E-mail to FINRA examiner re: response to comments; E-mails with M. Lee and B. | 2.50 | 737.50 |

| Invoice No.: | 4480996 | | | Page 2 |
|---|---|---|---|---|
| Re: | Corporate | | | |
| Matter No.: | 149171.010000 | | | |

| | | | | |
|---|---|---|---|---|
| | | Long re: same. | | |
| 04/07/17 | Mark C Lee | Attend to FINRA response. | 0.40 | 318.00 |
| 04/10/17 | Peggy Awtrey | Review e-mail from FINRA with additional comments on name change application; Prepare response to FINRA; Prepare board consent ratifying the appointment and resignations of certain officers and directors; Prepare officer's certificate re: ratifying the appointment and resignations of certain officers and directors; E-mails with M. Lee and client re: same. | 2.30 | 678.50 |
| 04/10/17 | Mark C Lee | Attend to FINRA correspondence. | 1.00 | 795.00 |
| 04/11/17 | Mark C Lee | Confer with N. Jaikaria regarding SEC halt. | 0.20 | 159.00 |
| 04/12/17 | Mark C Lee | Attend to deregistration. | 0.20 | 159.00 |
| 04/13/17 | Peggy Awtrey | Review and respond to e-mail from FINRA re: further comments of name change application; Telephone call to FINRA re: same; E-mails with M. Lee re: same. | 1.20 | 354.00 |
| 04/13/17 | Mark C Lee | Attend to FINRA correspondence. | 0.50 | 397.50 |
| 04/17/17 | Mark C Lee | Telephone conference with B. Long regarding deregistration and name change. | 0.30 | 238.50 |
| 04/18/17 | Peggy Awtrey | Review e-mail from FINRA re: further comments on name change application; E-mails with M. Lee and B. Long re: same. | 0.50 | 147.50 |
| 04/18/17 | Brooke Condran | Draft Form 15 and Board Consent approving suspension of duty to file reports under Section 15(d) of Exchange Act. | 1.40 | 532.00 |
| 04/18/17 | Mark C Lee | Attend to name change matters and confer with B. Long regarding same and consider regarding same; Attend to deregistration. | 1.30 | 1,033.50 |
| 04/19/17 | Brooke Condran | Finalize Form 15 and Board Consent for signature and filing; obtain signatures from B. Long and coordinate filing of Form 15 with EDGAR Agent. | 0.70 | 266.00 |
| 04/19/17 | Mark C Lee | Attend to deregistration documents. | 1.00 | 795.00 |
| 04/20/17 | Peggy Awtrey | E-mails with B. Long and M. Lee re: deregistration and FINRA comments. | 0.20 | 59.00 |
| 04/20/17 | Mark C Lee | Respond to B. Long regarding name change. | 0.20 | 159.00 |
| 04/25/17 | Mark C Lee | Respond to B. Long regarding stockholder communications and consider regarding same. | 0.30 | 238.50 |
| 04/28/17 | Mark C Lee | Confer with B. Long regarding investor inquiry. | 0.20 | 159.00 |

|  |  |
|---|---|
| Total Time: | 27.30 |
| Total Fees: | $ 14,009.50 |

| Invoice No.: | 4480996 | Page 3 |
| Re: | Corporate | |
| Matter No.: | 149171.010000 | |

<u>Description of Expenses Billed</u>:

| <u>DATE</u> | <u>DESCRIPTION</u> | | <u>AMOUNT</u> |
|---|---|---|---|
| 03/30/17 | VENDOR: CSC Corporation Service Company - ACH INVOICE#: 81105450314 DATE: 3/30/2017  Order No. 576551 - Re: Newgen Biopharma Corp. - Document Retrieval Work in Nevada | $ | 107.75 |
| 03/31/17 | VENDOR: CSC Corporation Service Company - ACH INVOICE#: 81105458512 DATE: 3/31/2017 Acct. No. 8015794, Order No.578369 - RE: GREENWIND HOLDINGS INC. / Company ID:3681062 | $ | 303.68 |
| 03/31/17 | VENDOR: CSC Corporation Service Company - ACH INVOICE#: 81105456918 DATE: 3/31/2017  Acct No. 8015794 - Order No.  576551 - Re: Newgen Biopharma Corp. - Document Retrieval Work in NV | $ | 228.75 |
| 03/31/17 | VENDOR: CSC Corporation Service Company - ACH INVOICE#: 81105458532 DATE: 3/31/2017 Acct. No. 8015794, Order No. 578369 - RE: NEWGEN BIOPHARMA CORP / Company 10:3681063 | $ | 652.12 |
| 04/03/17 | VENDOR: Warburton, Debbie A. INVOICE#: 1725772304251300 DATE: 4/25/2017<br>Filing Fees; 04/03/17 - Filing with CUISIP Global Services GREENWIND HOLDINGS, INC.; Merchant: S&P GLOBAL | $ | 259.00 |
| 04/04/17 | VENDOR: Warburton, Debbie A. INVOICE#: 1730900604251300 DATE: 4/25/2017<br>Filing Fees; 04/04/17 - Filing with FINRA; Merchant: ORC FINRA CORP ACTION | $ | 500.00 |
| | | | |
| | Total Expenses: | $ | 2,051.30 |



Info

JT_Word version of 2017-05-05 Greenberg Traurig invoice to Riverfall Group
J: » ENF » Cases » B-03147 » Working Files - Litigation » SEC v. Sharp et al (21-cv-11276-WGY) » Trial Preparation » Final Exhibits » Objected

⊘ Upload    ⬆ Share    ⬘ Copy path    ⬘ Copy local path    ⬀ Open file location

**Compatibility Mode**
Some new features are disabled to prevent problems when working with previous versions of Office. Converting this file will enable these features, but may result in layout changes.

**Protect Document**
Control what types of changes people can make to this document.

**Inspect Document**
Before publishing this file, be aware that it contains:
- Document properties and author's name
- Headers and footers
- Characters formatted as hidden text
- Content that cannot be checked for accessibility issues because of the current file type

**Version History**
View and restore previous versions.

**Manage Document**
There are no unsaved changes.

Properties ˅

| | |
|---|---|
| Size | 85.3KB |
| Pages | 6 |
| Words | 1103 |
| Total Editing Time | 3 Minutes |
| Title | Add a title |
| Tags | Add a tag |
| Comments | Add comments |

Related Dates

| | |
|---|---|
| Last Modified | 5/16/2017 5:54 AM |
| Created | 5/16/2017 2:34 AM |
| Last Printed | |

Related People

| | |
|---|---|
| Author | Yvonne Gasarch |
| | Add an author |
| Last Modified By | Yvonne Gasarch |

Related Documents

Open File Location

Show All Properties

Home
New
Open

Info
Save
Save As
Save as Adobe PDF
Print
Share
Export
Close

A4515

FAX TO: Roger Knox                                  011-41-22-594-8878

RE: WB21 Ltd., ID: Riverfall Group Ltd.

Please wire **USD129,000.00** from the above account to:

Citibank N.A., 201 S. Biscayne Blvd., Suite 100, Miami, FL
Swift # CITIUS33
Beneficiary: Greenberg Traurig, 1201 K Street, Suite 1100, Sacramento, CA
Account # ████ 5071
Reference: Inv #4480996

The purpose of this wire is payment of the legal services fees.

**Please send for value for Tuesday, May 16, 2017.**

Sincerely,

Riverfall Group Ltd.

JP Jones
March 3, 2023

A4516

Info

JU_Word version of fax to Knox re WB21 Ltd. Riverfall Group re $129k wire

J: » ENF » Cases » B-03147 » Working Files - Litigation » SEC v. Sharp et al (21–cv–11276–WGY) » Trial Preparation » Final Exhibits » Objected

⊕ Upload    ⬆ Share    🗍 Copy path    🗍 Copy local path    🗁 Open file location

**Compatibility Mode**
Some new features are disabled to prevent problems when working with previous versions of Office. Converting this file will enable these features, but may result in layout changes.

Convert

**Protect Document**
Control what types of changes people can make to this document.

Protect Document ˅

**Inspect Document**
Before publishing this file, be aware that it contains:
- Document properties, author's name and related dates
- Content that cannot be checked for accessibility issues because of the current file type

Check for Issues ˅

**Version History**
View and restore previous versions.

Version History

**Manage Document**
🗋 There are no unsaved changes.

Manage Document ˅

Properties ˅

| | |
|---|---|
| Size | 26.3KB |
| Pages | 1 |
| Words | 79 |
| Total Editing Time | 1 Minute |
| Title | Fax to: Phil Mast/Esther Be... |
| Tags | Add a tag |
| Comments | Add comments |

Related Dates

| | |
|---|---|
| Last Modified | 5/16/2017 5:52 AM |
| Created | 5/16/2017 5:52 AM |
| Last Printed | 5/25/2016 8:47 PM |

Related People

Author        U  User
              Add an author

Last Modified By    YG  Yvonne Gasarch

Related Documents

🗁 Open File Location

Show All Properties

⊕ Home
New
Open

Info

Save
Save As
Save as Adobe PDF
Print
Share
Export
Close

A4517

**EXHIBIT**

**Gasarch 45**

| | |
|---|---|
| **From:** | Hilton Capital Inc. |
| **To:** | "Wintercap Operations" |
| **Subject:** | wire CAD100016 to Sun Life |
| **Date:** | Tuesday, May 1, 2018 7:49:16 PM |
| **Attachments:** | Yvonne Passport Canadian.pdf |
| | WIHITTSunLifeCAD.docx |
| | Hilton-LoanAgr.docx |
| | DL -1.pdf |

Yvonne Gasarch
email:yg@corphouse.net
tel:778-321-1468

Please send for value Wednesday

Thank you very much!

--
xMail

**EXHIBIT**

**287**

21-cv-11276-WGY



ENDORSEMENTS AND LIMITATIONS
This passport is valid for all countries unless otherwise specified. The bearer must comply with any visa or other entry regulations of the countries to be visited.

SEE OBSERVATIONS BEGINNING ON PAGE 5 (IF APPLICABLE)

MENTIONS ET RESTRICTIONS
Ce passeport est valable pour tous les pays, sauf indication contraire. Le titulaire doit se conformer aux formalités relatives aux visas ou aux autres formalités d'entrée des pays où il a l'intention de se rendre.

VOIR LES OBSERVATIONS DÉBUTANT À LA PAGE 5 (LE CAS ÉCHÉANT)

Signature of bearer - Signature du titulaire

EFL383963

4K129920

PASSPORT
PASSEPORT

CANADA

Type/Type: P
Issuing Country/Pays émetteur: CAN
Passport No./N° de passeport: [redacted]9920
Surname/Nom: GASARCH
Given names/Prénoms: ZHIYING YVONNE
Nationality/Nationalité: CANADIAN/CANADIENNE
Date of birth/Date de naissance: [redacted] 71
Sex/Sexe: F
Place of birth/Lieu de naissance: GUANGZHOU CHN
Date of issue/Date de délivrance: 22 MAR /MARS 16
Date of expiry/Date d'expiration: 22 MAR /MARS 26
Issuing Authority/Autorité de délivrance: VANCOUVER

EFL383963

P<CANGASARCH<<ZHIYING<YVONNE<<<<<<<<<<<<<<<<<
[redacted]9920<4CAN71[redacted]F2603221<<<<<<<<<<<<<<08

FAX TO: Roger Knox                                    011-41-22-594-8878

RE: WB21 US INC., ID# Hilton Capital Inc. Account # ████ 8611

Please wire **CAD100,016.00** from the above account to:

Bank of Montreal, 3 King Street South, Waterloo, ON
SWIFT # BOFMCAM2
Inst # 001
Beneficiary: Sun Life Assurance Company of Canada, 227 King Street South, Warerloo, ON
Account # ██████ 2937
Reference: Zhiying Yvonne Gasarch. A/C #LI-Q339-049-8

**Please send for value Wednesday, May 2, 2018.**

**Please ensure to shown the reference on the SWIFT.**

Sincerely,

Hilton Capital Inc.

*Aristobulo B*

Aristobulo Barrios
May 1, 2018

A4520

# LOAN AGREEMENT

THIS AGREEMENT made May 1, 2018, between **HILTON CAPITAL INC.** (the "Lender"), a Marshall Islands company and **ZHIYING YVONNE GASARCH** (the "Borrower"), of 7971 Gabriola Gate, Richmond, BC V7C 1V8 Canada; WITNESSES THAT in consideration of the Lender providing a loan to the Borrower, the parties agree as follows:

1.     Loan.   The parties acknowledge the Lender has provided a loan to the Borrower in the principal amount of $100,016.00 Canadian currency.

2.     Payment.   The Borrower shall pay to the Lender all indebtedness owing by the Borrower to the Lender in respect of this Agreement, and shall pay interest thereon at the rate of 3% per annum calculated annually, ON DEMAND. The Lender shall advance funds to Sun Life Assurance Company of Canada:

3.     Default.   Time shall be of the essence of this Agreement.   Default in paying the principal amount or any interest due hereunder shall, at the option of the Lender, render the indebtedness outstanding under this Agreement at once due and payable.   Extension of time for payment of all or any part of the amount owing hereunder at any time or times, or failure of the Lender to enforce any of the rights or remedies hereunder, shall not release the Borrower and shall not constitute a waiver of the rights of the Lender to enforce such rights and remedies thereafter.

4.     Interpretation.   All words denoting the singular shall be pluralized throughout this Agreement as the context requires and all words denoting gender shall be construed at the context requires and will include a body corporate where the context requires.

5.     Enurement.   This Agreement is in addition to any other debt instrument, security or agreement between the Lender and the Borrower, and shall enure to the benefit of the Lender, its successors and assigns, and shall be binding on the Borrower, its successors and assigns.

6.     Jurisdiction.   The Borrower agrees that any legal action or proceeding against it with respect to this Agreement may be brought in Marshall Islands or in such other court as the Lender may elect and, by execution and delivery of this Agreement, the Borrower irrevocably submits to each such jurisdiction.

IN WITNESS WHEREOF the parties have executed this Agreement as of the day and year first above written.

ZHIYING YVONNE GASARCH

A4521



**SJ Exhibit**

**73**

21-cv-11276-WGY

**EXHIBIT**

**Friesen 5**

Source Extraction:
Legacy (3)



| 5 | Start Time: 10/30/2016 16:32:50(UTC+0) |
| | Last Activity: 11/5/2016 16:54:17(UTC+0) |
| | Number of attachments: 4 |
| | Source: Threema |
| | Source Extraction: Legacy (3) |
| | Body file: chat-75.txt |

Participants:

Arrow777
Arrow777 (owner)

EJV22HTK
stockman00

---

Arrow777 Arrow777

Hello
Status: Sent
Delivered: 10/30/2016 16:32:50(UTC+0)

10/30/2016 16:32:50(UTC+0)

Source Extraction:
Legacy (3)

EJV22HTK stockman00

Yo yo

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow777 Arrow777 | | | |

Status: Read
Delivered: 10/30/2016 16:33:46(UTC+0)

10/30/2016 16:33:46(UTC+0)

Source Extraction:
Legacy (3)

Arrow777 Arrow777

Hey double zero, which account should I debit on Q for the 1000 Swiss? It ain't no gift
Status: Sent
Delivered: 10/31/2016 17:08:12(UTC+0)

10/31/2016 13:31:29(UTC+0)

Source Extraction:
Legacy (3)

**EXHIBIT**

**288**

21-cv-11276-WGY

1749

A4523

EJV22HTK stockman00

Lol. VBIO

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow777 | | | |
| Arrow777 | | | |

**Status:** Read
**Delivered:** 10/31/2016 17:09:31(UTC+0)

10/31/2016 17:09:35 (UTC+0)

Source Extraction:
Legacy (3)

Arrow777 Arrow777

**Status:** Sent
**Delivered:** 10/31/2016 17:24:54(UTC+0)

10/31/2016 17:09:40(UTC+0)

Source Extraction:
Legacy (3)

EJV22HTK stockman00

That was fun last night eh!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow777 | | | |
| Arrow777 | | | |

**Status:** Read
**Delivered:** 10/31/2016 17:25:02(UTC+0)

10/31/2016 17:25:12 (UTC+0)

Source Extraction:
Legacy (3)

Arrow777 Arrow777

Pretty quiet for a Sunday
**Status:** Sent
**Delivered:** 10/31/2016 17:25:28(UTC+0)

10/31/2016 17:25:27(UTC+0)

Source Extraction:
Legacy (3)

EJV22HTK stockman00

You are a funny man. Always a pleasure. Round 2 tomorrow night!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow777 Arrow777 | | | |

**Status:** Read
**Delivered:** 10/31/2016 17:25:48(UTC+0)

10/31/2016 17:25:48 (UTC+0)

Source Extraction:
Legacy (3)

1750

A4524



Arrow777 Arrow777

Bring it on !

**Status:** Sent
**Delivered:** 10/31/2016 17:26:03(UTC+0)

10/31/2016 17:26:03(UTC+0)

Source Extraction:
Legacy (3)

Arrow777 Arrow777

I had a good audience

**Status:** Sent
**Delivered:** 11/1/2016 10:42:33(UTC+0)

10/31/2016 17:26:48(UTC+0)

Source Extraction:
Legacy (3)

EJV22HTK stockman00

What time is dinner Big bad roger ! ?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow777 Arrow777 | | | |

**Status:** Read
**Delivered:** 11/1/2016 14:51:01(UTC+0)

11/1/2016 14:51:21(UTC+0)

Source Extraction:
Legacy (3)



Arrow777 Arrow777

Depart hotel 1930

**Status:** Sent
**Delivered:** 11/1/2016 15:07:01(UTC+0)

11/1/2016 14:51:29(UTC+0)

Source Extraction:
Legacy (3)

Arrow777 Arrow777

Can ride

**Status:** Sent
**Delivered:** 11/1/2016 15:07:01(UTC+0)

11/1/2016 14:51:33(UTC+0)

Source Extraction:
Legacy (3)

Arrow777 Arrow777

Unless Zorro brings his horses

**Status:** Sent
**Delivered:** 11/1/2016 15:07:01(UTC+0)

11/1/2016 14:51:47(UTC+0)

Source Extraction:
Legacy (3)

A4525

EJV22HTK stockman00

Lol!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow777 | | | |
| Arrow777 | | | |

**Status:** Read
**Delivered:** 11/1/2016 15:07:09(UTC+0)

11/1/2016 15:07:12(UTC+0)

Source Extraction:
Legacy (3)

EJV22HTK stockman00

Let's do it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow777 | | | |
| Arrow777 | | | |

**Status:** Read
**Delivered:** 11/1/2016 15:07:12(UTC+0)

11/1/2016 15:07:13(UTC+0)

Source Extraction:
Legacy (3)

Arrow777 Arrow777

Good morning
**Status:** Sent
**Delivered:** 11/2/2016 12:34:47(UTC+0)

11/2/2016 09:14:57(UTC+0)

Source Extraction:
Legacy (3)

Arrow777 Arrow777

Have you eaten?
**Status:** Sent
**Delivered:** 11/2/2016 12:34:47(UTC+0)

11/2/2016 09:15:03(UTC+0)

Source Extraction:
Legacy (3)

EJV22HTK stockman00

Sorry I didn't check this

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow777 | | | |
| Arrow777 | | | |

**Status:** Read
**Delivered:** 11/2/2016 12:35:23(UTC+0)

11/2/2016 12:35:23(UTC+0)

Source Extraction:
Legacy (3)

A4526



EJV22HTK stockman00

Did you guys check out ?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow777 Arrow777 | | | |

**Status:** Read
**Delivered:** 11/2/2016 12:35:38(UTC+0)

11/2/2016 12:35:38(UTC+0)

Source Extraction:
Legacy (3)

Arrow777 Arrow777

Yes sir

**Status:** Sent
**Delivered:** 11/2/2016 12:35:51(UTC+0)

11/2/2016 12:35:50(UTC+0)

Source Extraction:
Legacy (3)



EJV22HTK stockman00

Good work

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow777 Arrow777 | | | |

**Status:** Read
**Delivered:** 11/2/2016 12:35:55(UTC+0)

11/2/2016 12:35:55(UTC+0)

Source Extraction:
Legacy (3)



EJV22HTK stockman00

What a night

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow777 Arrow777 | | | |

**Status:** Read
**Delivered:** 11/2/2016 12:36:05(UTC+0)

11/2/2016 12:36:06(UTC+0)

Source Extraction:
Legacy (3)

A4527



EJV22HTK stockman00

What time did you party until?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow777 Arrow777 | | | |

**Status:** Read
**Delivered:** 11/2/2016 12:36:19(UTC+0)

11/2/2016 12:36:20(UTC+0)

Source Extraction:
Legacy (3)

Arrow777 Arrow777

Til the man with kakhi was done
**Status:** Sent
**Delivered:** 11/2/2016 12:37:04(UTC+0)

11/2/2016 12:37:03(UTC+0)

Source Extraction:
Legacy (3)



EJV22HTK stockman00

Ahaha good work.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow777 Arrow777 | | | |

**Status:** Read
**Delivered:** 11/2/2016 12:37:21(UTC+0)

11/2/2016 12:37:22(UTC+0)

Source Extraction:
Legacy (3)



EJV22HTK stockman00

Last night was lots of fun

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow777 Arrow777 | | | |

**Status:** Read
**Delivered:** 11/2/2016 12:37:33(UTC+0)

11/2/2016 12:37:34(UTC+0)

Source Extraction:
Legacy (3)

A4528

Arrow777 Arrow777

Attachments:

Size: 168137
File name: 2150C277-020E-437D-A097-BACCBFE6096B
2150C277-020E-437D-A097-BACCBFE6096B

Size: 75674
File name: image_52
image_52

**Status:** Sent
**Delivered:** 11/2/2016 12:41:22(UTC+0)

11/2/2016 12:39:33(UTC+0)

Source Extraction:
Legacy (3)

Arrow777 Arrow777

Apparently so
**Status:** Sent
**Delivered:** 11/2/2016 12:41:22(UTC+0)

11/2/2016 12:39:41(UTC+0)

Source Extraction:
Legacy (3)

EJV22HTK stockman00

Holy smokes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow777 Arrow777 | | | |

**Status:** Read
**Delivered:** 11/2/2016 12:41:34(UTC+0)

11/2/2016 12:41:34(UTC+0)

Source Extraction:
Legacy (3)

Arrow777 Arrow777

https://www.thelocal.ch/20161102/geneva-caf-fellatio-considers-robot-sex-workers
**Status:** Sent
**Delivered:** 11/2/2016 18:25:03(UTC+0)

11/2/2016 16:47:34(UTC+0)

Source Extraction:
Legacy (3)

Arrow777 Arrow777

Yo
**Status:** Sent
**Delivered:** 11/5/2016 16:53:00(UTC+0)

11/4/2016 16:17:35(UTC+0)

Source Extraction:
Legacy (3)

A4529

Arrow777 Arrow777

Did you write on my car?

**Status:** Sent

**Delivered:** 11/5/2016 16:53:00(UTC+0)

11/4/2016 16:17:46(UTC+0)

Source Extraction:
Legacy (3)

Arrow777 Arrow777

**Attachments:**



**Size:** 412391
**File name:** 3449B070-AB0F-4E89-910E-2D76BF430A70
3449B070-AB0F-4E89-910E-2D76BF430A70

**Size:** 143435
**File name:** 0B7FBD2F-D8CC-4B98-A045-3E144F7D1F7B
0B7FBD2F-D8CC-4B98-A045-3E144F7D1F7B

**Status:** Sent

**Delivered:** 11/5/2016 16:53:00(UTC+0)

11/4/2016 16:17:57(UTC+0)

Source Extraction:
Legacy (3)

EJV22HTK stockman00

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow777 Arrow777 | | | |

**Status:** Read

**Delivered:** 11/5/2016 16:53:08(UTC+0)

11/5/2016 16:54:06(UTC+0)

Source Extraction:
Legacy (3)

EJV22HTK stockman00

I did!!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow777 Arrow777 | | | |

**Status:** Read

**Delivered:** 11/5/2016 16:53:13(UTC+0)

11/5/2016 16:54:06(UTC+0)

Source Extraction:
Legacy (3)

A4530



EJV22HTK stockman00

That's very funny

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow777 | | | |
| Arrow777 | | | |

**Status:** Read
**Delivered:** 11/5/2016 16:54:00(UTC+0)

11/5/2016 16:54:06(UTC+0)

Source Extraction:
Legacy (3)

Arrow777 Arrow777

**Status:** Sent
**Delivered:** 11/5/2016 16:54:18(UTC+0)

11/5/2016 16:54:17(UTC+0)

Source Extraction:
Legacy (3)



6

**Start Time:** 10/30/2016 15:50:27(UTC+0)
**Last Activity:** 11/3/2016 07:37:26(UTC+0)
**Number of attachments:** 0
**Source:** Threema
**Source Extraction:** Legacy (3)
**Body file:** chat-76.txt

**Participants:**

Arrow777
Arrow777 (owner)

JYDUEB4R
stockman007

Arrow777 Arrow777

Hello
**Status:** Sent
**Delivered:** 10/30/2016 15:50:28(UTC+0)

10/30/2016 15:50:27(UTC+0)

Source Extraction:
Legacy (3)



JYDUEB4R stockman007

Test

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Arrow777 | | | |
| Arrow777 | | | |

**Status:** Read
**Delivered:** 10/30/2016 15:50:38(UTC+0)

10/30/2016 15:50:39(UTC+0)

Source Extraction:
Legacy (3)

A4531



EXHIBIT

Jb

21-cv-11276-WGY

A4532



EXHIBIT

Friesen 6

EXHIBIT

JE

21-cv-11276-WGY

A4533

Knox Declaration
Exhibit

6

21-cv-11276-WGY

Start Time: 5/29/2018 7:34:45 AM(UTC+0)
Last Activity: 8/30/2018 7:02:11 PM(UTC+0)
Participants: 7AURSV28 Arrow777, SilverWags SilverWags, 3HRZYZCD stockman00
From: SilverWags SilverWags
Timestamp: 5/29/2018 7:34:45 AM(UTC+0)
Source App: Threema
Body:


-----------------------------
From: SilverWags SilverWags
Timestamp: 5/29/2018 7:34:45 AM(UTC+0)
Source App: Threema
Body:


-----------------------------
To: 7AURSV28 Arrow777
Timestamp: 5/29/2018 7:34:46 AM(UTC+0)
Source App: Threema
Body:
Boom
-----------------------------
To: 7AURSV28 Arrow777
Timestamp: 5/29/2018 7:34:46 AM(UTC+0)
Source App: Threema
Body:
There you go
-----------------------------
From: SilverWags SilverWags
Timestamp: 5/29/2018 7:34:46 AM(UTC+0)
Source App: Threema
Body:


-----------------------------
To: 7AURSV28 Arrow777
Timestamp: 5/29/2018 7:34:46 AM(UTC+0)
Source App: Threema
Body:
New group for Order flow
-----------------------------
To: 3HRZYZCD stockman00
Timestamp: 5/29/2018 7:34:46 AM(UTC+0)
Source App: Threema
Body:
Thnx guys
-----------------------------
From: SilverWags SilverWags
Timestamp: 5/29/2018 7:34:47 AM(UTC+0)
Source App: Threema
Body:


-----------------------------
To: 3HRZYZCD stockman00
Timestamp: 8/28/2018 4:52:44 PM(UTC+0)
Source App: Threema
Body:
How much LNB available with you guys?

EXHIBIT

289

21-cv-11276-WGY

----------------------------
From: SilverWags SilverWags
Timestamp: 8/28/2018 4:53:01 PM(UTC+0)
Source App: Threema
Body:
Checking
----------------------------
From: SilverWags SilverWags
Timestamp: 8/28/2018 4:54:10 PM(UTC+0)
Source App: Threema
Body:
35 k
----------------------------
To: 3HRZYZCD stockman00
Timestamp: 8/30/2018 6:59:04 PM(UTC+0)
Source App: Threema
Body:
Sell 35k LNB @ 0.145. Please confirm.
----------------------------
From: SilverWags SilverWags
Timestamp: 8/30/2018 6:59:29 PM(UTC+0)
Source App: Threema
Body:
Ok
----------------------------
From: SilverWags SilverWags
Timestamp: 8/30/2018 7:00:37 PM(UTC+0)
Source App: Threema
Body:
Filled
----------------------------
To: 3HRZYZCD stockman00
Timestamp: 8/30/2018 7:00:59 PM(UTC+0)
Source App: Threema
Body:
Beauty! Look at you go
----------------------------
From: SilverWags SilverWags
Timestamp: 8/30/2018 7:01:17 PM(UTC+0)
Source App: Threema
Body:
�
----------------------------
To: 3HRZYZCD stockman00
Timestamp: 8/30/2018 7:02:11 PM(UTC+0)
Source App: Threema
Body:
Thnx man.
----------------------------

A4535

# SILVERTON

Date: 4th September 2017

## Cash Collection

Account:

Amount (Currency/Words): EUR 9,000.00

(Nine thousand Euros)

Sign:

Name: GARD.    BOND CLIENT Ac.

Authorised: R. Knox

Place/Date: Finhaut, 04-Sep-17    CHAMONIX (Munchies)

Route du Village 11, 1925 Finhaut, Switzerland
Tel: +41 27 768 2000    Fax: +41 22 594 8878

EXHIBIT
290
21-cv-11276-WGY

A4536



EXHIBIT 292
21-cv-11276-WGY

Arch Therapeutics
Share Distribution

Source: SEC-EST-E-0000014

A4537



EXHIBIT 293

21-cv-1276-WGY

MDDD Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MDDD | ACCO\|PNA | 38311 | 9/17/2012 | REST | MDDD-R | Makism 3D | 10,000,000 | receive stock | buy stock | USD | - | (100.00) |
| MDDD | ACCO\|PNA | 38312 | 9/17/2012 | REST | MDDD-E | Makism 3D | 3,863,000 | receive stock | buy stock | USD | - | (100.00) |
| MDDD | ACCO\|PNA | 38540 | 9/21/2012 | WORK | | | | Directors fees | debit | USD | - | (5,000.00) |
| MDDD | ACCO\|PNA | 39028 | 9/29/2012 | WORK | | | | interest charge | interest charge | USD | - | (31.30) |
| MDDD | ACCO\|PNA | 40431 | 10/31/2012 | WORK | | | | interest charge | interest charge | USD | - | (110.07) |
| MDDD | ACCO\|PNA | 41499 | 11/21/2012 | REST | MDDD-E | Makism 3D | 137,000 | receive stock | buy stock | USD | - | (100.00) |
| MDDD | ACCO\|PNA | 41504 | 11/21/2012 | WORK | | | | Directors fees | debit | USD | - | (5,000.00) |
| MDDD | ACCO\|PNA | 41957 | 11/30/2012 | WORK | | | | interest charge | interest charge | USD | - | (138.90) |
| MDDD | ACCO\|PNA | 42413 | 12/6/2012 | WORK | | | | director fees | debit | USD | - | (100.00) |
| MDDD | ACCO\|PNA | 42607 | 12/12/2012 | WORK | | | | director fees | debit | USD | - | (300.00) |
| MDDD | ACCO\|PNA | 42758 | 12/17/2012 | WORK | | | | director fees | debit | USD | - | (100.00) |
| MDDD | ACCO\|PNA | 43328 | 12/31/2012 | WORK | | | | interest charge | interest charge | USD | - | (222.30) |
| MDDD | ACCO\|PNA | 44021 | 1/14/2013 | BCEL | | | | Securities Transfer draft #412 | debit | USD | (507.50) | (607.50) |
| MDDD | ACCO\|PNA | 44234 | 1/17/2013 | DGMI | | | | Weinberg & Baer TT | debit | USD | (1,870.00) | (1,970.00) |
| MDDD | ACCO\|PNA | 44371 | 1/22/2013 | DGMI | | | | D Brooks CPA TT | debit | USD | (1,370.00) | (1,470.00) |
| MDDD | ACCO\|PNA | 44613 | 1/29/2013 | WORK | | | | director fees | debit | USD | - | (500.00) |
| MDDD | ACCO\|PNA | 44884 | 1/31/2013 | WORK | | | | interest charge | interest charge | USD | - | (267.66) |
| MDDD | ACCO\|PNA | 45158 | 2/4/2013 | WORK | | | | Directors fees | debit | USD | - | (200.00) |
| MDDD | ACCO\|PNA | 45219 | 2/4/2013 | DGMI | | | | Stephan Laich TT | debit | USD | (555.00) | (655.00) |
| MDDD | ACCO\|PNA | 45221 | 2/4/2013 | WORK | | | | director fees | debit | USD | - | (100.00) |
| MDDD | ACCO\|PNA | 45464 | 2/8/2013 | DGMI | | | | Edgar Technology & Business TT | debit | USD | (420.00) | (520.00) |
| MDDD | ACCO\|PNA | 45821 | 2/20/2013 | WORK | | | | director fees | debit | USD | - | (100.00) |
| MDDD | ACCO\|PNA | 45845 | 2/21/2013 | REST | MDDD-E | Makism 3D | (4,000,000) | stock split | split stock out | USD | - | - |
| MDDD | ACCO\|PNA | 45845 | 2/21/2013 | REST | MDDD-E | Makism 3D | 20,000,000 | stock split | split stock in | USD | - | - |
| MDDD | ACCO\|PNA | 45846 | 2/21/2013 | REST | MDDD-R | Makism 3D | (10,000,000) | stock split | split stock out | USD | - | - |
| MDDD | ACCO\|PNA | 45846 | 2/21/2013 | REST | MDDD-R | Makism 3D | 50,000,000 | stock split | split stock in | USD | - | - |
| MDDD | ACCO\|PNA | 46326 | 2/28/2013 | WORK | | | | interest charge | interest charge | USD | - | (320.21) |
| MDDD | ACCO\|PNA | 46789 | 3/7/2013 | DGMI | | | | Greenberg Traurig TT | debit | USD | (10,070.00) | (10,170.70) |
| MDDD | ACCO\|PNA | 46932 | 3/11/2013 | DGMI | | | | Weinberg & Baer TT | debit | USD | (1,870.00) | (1,970.00) |
| MDDD | ACCO\|PNA | 47792 | 3/29/2013 | WORK | | | | interest charge | interest charge | USD | - | (521.91) |
| MDDD | ACCO\|PNA | 49499 | 4/30/2013 | WORK | | | | interest charge | interest charge | USD | - | (645.45) |
| MDDD | ACCO\|PNA | 50216 | 5/10/2013 | WORK | | | | director fee | debit | USD | - | (100.00) |
| MDDD | ACCO\|PNA | 50582 | 5/18/2013 | DGMI | | | | Discount Edgar TT | debit | USD | (694.75) | (794.75) |
| MDDD | ACCO\|PNA | 50583 | 5/18/2013 | DGMI | | | | Stephen Laich TT | debit | USD | (570.00) | (670.00) |
| MDDD | ACCO\|PNA | 50985 | 5/28/2013 | WORK | | | | director fee | debit | USD | - | (100.00) |
| MDDD | ACCO\|PNA | 51403 | 5/31/2013 | WORK | | | | interest charge | interest charge | USD | - | (653.63) |
| MDDD | ACCO\|PNA | 54277 | 6/20/2013 | DGMI | | | | Glendale Securities TT | debit | USD | (7,070.00) | (7,170.00) |
| MDDD | ACCO\|PNA | 52869 | 6/28/2013 | DGMI | | | | Weinberg & Baer TT | debit | USD | (1,870.00) | (1,970.00) |
| MDDD | ACCO\|PNA | 53143 | 6/29/2013 | WORK | | | | interest charge | interest charge | USD | - | (644.04) |
| MDDD | ACCO\|PNA | 53487 | 7/2/2013 | DGMI | | | | Securities Transfer TT | debit | USD | (1,070.00) | (1,170.00) |
| MDDD | ACCO\|PNA | 53495 | 7/2/2013 | WORK | | | | Director fees | debit | USD | - | (600.00) |
| MDDD | ACCO\|PNA | 54009 | 7/17/2013 | DGMI | | | | Greenberg Traurig TT | debit | USD | (60,070.00) | (60,670.70) |
| MDDD | ACCO\|PNA | 54794 | 7/31/2013 | WORK | | | | interest charge | interest charge | USD | - | (1,546.99) |
| MDDD | ACCO\|PNA | 55911 | 8/29/2013 | BCEL | | | | STC ck#1166 | debit | USD | (40.00) | (140.00) |
| MDDD | ACCO\|PNA | 55910 | 8/29/2013 | REST | MDDD-E | Makism 3D | (5,915,000) | deliver stock | stock delivery | USD | - | (2,000.00) |
| MDDD | ACCO\|PNA | 55910 | 8/29/2013 | REST | | | | deliver stock | debit | USD | - | (100.00) |

1 of 8

A4538

MDDD Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MDDD | ACCOPINA | 56064 | 8/31/2013 | WORK | | | | interest charge | interest charge | USD | - | (2,193.84) |
| MDDD | ACCOPINA | 56418 | 9/4/2013 | REST | MDDD-E | Makism 3D | (3,445,000) | deliver stock | stock delivery | USD | - | (1,200.00) |
| MDDD | ACCOPINA | 56418 | 9/4/2013 | REST | | | | deliver stock | debit | USD | - | (100.00) |
| MDDD | ACCOPINA | 56419 | 9/4/2013 | BCEL | | | | STC ck#1170 | debit | USD | (32.00) | (132.00) |
| MDDD | ACCOPINA | 55912 | 9/5/2013 | HELI | MDDD | Makism 3D | 5,915,000 | receive stock | buy stock | USD | (400.00) | (500.00) |
| MDDD | ACCOPINA | 56513 | 9/6/2013 | REST | MDDD-E | Makism 3D | (50,000) | deliver stock | stock delivery | USD | - | (200.00) |
| MDDD | ACCOPINA | 56513 | 9/6/2013 | REST | | | | deliver stock | debit | USD | - | (150.00) |
| MDDD | ACCOPINA | 56420 | 9/11/2013 | SPAB | MDDD | Makism 3D | 3,445,000 | receive stock | buy stock | USD | (690.00) | (790.00) |
| MDDD | ACCOPINA | 56691 | 9/11/2013 | REST | | | | Director Fees | debit | USD | - | (200.00) |
| MDDD | ACCOPINA | 56708 | 9/11/2013 | REST | MDDD-E | Makism 3D | 50,000 | receive stock | buy stock | USD | - | (100.00) |
| MDDD | ACCOPINA | 56833 | 9/13/2013 | STEL | | | | Pacific Words & Images TT | debit | USD | (15,200.00) | (15,352.00) |
| MDDD | ACCOPINA | 57036 | 9/18/2013 | SIL2 | | | | Stephen Laich TT | debit | USD | (553.36) | (653.36) |
| MDDD | ACCOPINA | 57073 | 9/19/2013 | WORK | | | | director fees | debit | USD | - | (900.00) |
| MDDD | ACCOPINA | 57211 | 9/23/2013 | STEL | | | | MaloneBailey TT | debit | USD | (2,700.00) | (2,800.00) |
| MDDD | ACCOPINA | 57255 | 9/24/2013 | BSIP | | | | Securities Transfer TT | debit | USD | (3,424.44) | (3,524.44) |
| MDDD | ACCOPINA | 57807 | 9/30/2013 | WORK | | | | interest charge | interest charge | USD | - | (2,478.22) |
| MDDD | ACCOPINA | 58095 | 10/2/2013 | LEPA | | | | Weinberg & Baer TT | debit | USD | (2,700.00) | (2,800.00) |
| MDDD | ACCOPINA | 58209 | 10/4/2013 | REST | MDDD-E | Makism 3D | (50,000) | deliver stock | stock delivery | USD | - | (100.00) |
| MDDD | ACCOPINA | 58209 | 10/4/2013 | REST | | | | deliver stock | debit | USD | - | (150.00) |
| MDDD | ACCOPINA | 58210 | 10/4/2013 | BCEL | | | | Action ck#1191 | debit | USD | (40.00) | (140.00) |
| MDDD | ACCOPINA | 58297 | 10/8/2013 | REST | | | | directors fee | debit | USD | - | (300.00) |
| MDDD | ACCOPINA | 58343 | 10/9/2013 | WORK | | | | director fees | debit | USD | - | (1,100.00) |
| MDDD | ACCOPINA | 58392 | 10/10/2013 | WORK | | | | director fees | debit | USD | - | (500.00) |
| MDDD | ACCOPINA | 58501 | 10/11/2013 | HELI | MDDD | Makism 3D | (2,957,500) | DAP | sell stock | USD | 147,875.00 | 147,775.00 |
| MDDD | ACCOPINA | 58502 | 10/11/2013 | HYPG | MDDD | Makism 3D | 2,957,500 | DAP | buy stock | USD | (147,875.00) | (147,975.00) |
| MDDD | ACCOPINA | 58574 | 10/16/2013 | REST | MDDD-R | Makism 3D | (50,000,000) | deliver stock | stock delivery | USD | - | (100.00) |
| MDDD | ACCOPINA | 58574 | 10/16/2013 | REST | | | | deliver stock | debit | USD | - | (50.00) |
| MDDD | ACCOPINA | 58616 | 10/17/2013 | HELI | MDDD | Makism 3D | (2,200) | sell stock | sell stock | USD | 1,489.97 | 1,389.97 |
| MDDD | ACCOPINA | 58603 | 10/17/2013 | BSIT | | | | Discount EFGAR TT | debit | USD | (1,264.50) | (1,364.50) |
| MDDD | ACCOPINA | 58808 | 10/23/2013 | WORK | | | | director fees | debit | USD | - | (500.00) |
| MDDD | ACCOPINA | 58903 | 10/24/2013 | WORK | | | | director fee | debit | USD | - | (100.00) |
| MDDD | ACCOPINA | 58984 | 10/25/2013 | BCEL | | | | Scott Lawler ck#1227 | debit | USD | (3,500.00) | (3,600.00) |
| MDDD | ACCOPINA | 58988 | 10/28/2013 | WORK | | | | director fee | debit | USD | - | (100.00) |
| MDDD | ACCOPINA | 59104 | 10/30/2013 | REST | MDDD-E | Makism 3D | (5,555,000) | deliver stock | stock delivery | USD | - | (2,000.00) |
| MDDD | ACCOPINA | 59104 | 10/30/2013 | REST | | | | deliver stock | debit | USD | - | (150.00) |
| MDDD | ACCOPINA | 59107 | 10/30/2013 | BCEL | | | | Action ck#1229 | debit | USD | (40.00) | (140.00) |
| MDDD | ACCOPINA | 59434 | 10/31/2013 | WORK | | | | interest charge | interest charge | USD | - | (2,976.92) |
| MDDD | ACCOPINA | 59594 | 11/1/2013 | LELO | | | | Greenberg Traurig TT | debit | USD | (250,200.00) | (252,702.00) |
| MDDD | ACCOPINA | 59721 | 11/5/2013 | HELI | MDDD | Makism 3D | (10,000) | sell stock | sell stock | USD | 12,275.25 | 11,968.37 |
| MDDD | ACCOPINA | 59762 | 11/6/2013 | HELI | MDDD | Makism 3D | (10,000) | sell stock | sell stock | USD | 36,641.90 | 35,725.85 |
| MDDD | ACCOPINA | 59108 | 11/6/2013 | VERN | MDDD-E | Makism 3D | 2,880,000 | receive stock | buy stock | USD | - | (100.00) |
| MDDD | ACCOPINA | 59109 | 11/6/2013 | VERA | MDDD-E | Makism 3D | 2,675,000 | receive stock | buy stock | USD | - | (100.00) |
| MDDD | ACCOPINA | 59889 | 11/7/2013 | HYPG | MDDD | Makism 3D | (53,039) | sell stock | sell stock | USD | 95,101.47 | 91,772.92 |
| MDDD | ACCOPINA | 59844 | 11/8/2013 | HELI | MDDD | Makism 3D | (40,000) | sell stock | sell stock | USD | 51,402.00 | 50,116.95 |
| MDDD | ACCOPINA | 59831 | 11/11/2013 | VPQU | MDDD | Makism 3D | 5,400 | buy stock | buy stock | USD | (7,247.89) | (7,465.33) |
| MDDD | ACCOPINA | 59863 | 11/11/2013 | SPAB | MDDD | Makism 3D | (81,000) | sell stock | sell stock | USD | 120,948.05 | 117,924.35 |

A4539

MDDD Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MDDD | ACCOPINA | 59890 | 11/12/2013 | SPAB | MDDD | Makism 3D | (6,850) | | sell stock | USD | 8,020.37 | 7,819.86 |
| MDDD | ACCOPINA | 59873 | 11/12/2013 | SIL2 | | | | Diamond Spot Media TT | debit | USD | (200,053.18) | (202,053.71) |
| MDDD | ACCOPINA | 59939 | 11/13/2013 | SPAB | MDDD | Makism 3D | (18,440) | sell stock | sell stock | USD | 21,612.16 | 21,071.86 |
| MDDD | ACCOPINA | 59982 | 11/14/2013 | SPAB | MDDD | Makism 3D | (52,000) | sell stock | sell stock | USD | 61,416.88 | 59,881.46 |
| MDDD | ACCOPINA | 59983 | 11/14/2013 | HELI | MDDD | Makism 3D | (5,000) | sell stock | sell stock | USD | 5,996.25 | 5,846.34 |
| MDDD | ACCOPINA | 59971 | 11/14/2013 | XPHO | | | | Xphone 122 licences 1 mo service | debit | USD | | (900.00) |
| MDDD | ACCOPINA | 60103 | 11/15/2013 | HELI | MDDD | Makism 3D | (63,417) | sell stock | sell stock | USD | 75,310.86 | 73,428.09 |
| MDDD | ACCOPINA | 60058 | 11/15/2013 | HYPG | MDDD | Makism 3D | (55,000) | sell stock | sell stock | USD | 62,195.42 | 60,018.58 |
| MDDD | ACCOPINA | 60101 | 11/18/2013 | HELI | MDDD | Makism 3D | (55,000) | sell stock | sell stock | USD | 66,055.28 | 64,403.90 |
| MDDD | ACCOPINA | 60090 | 11/18/2013 | WORK | | | | director fee | debit | USD | - | (100.00) |
| MDDD | ACCOPINA | 60157 | 11/19/2013 | SPAB | MDDD | Makism 3D | (11,113) | sell stock | sell stock | USD | 12,190.44 | 11,885.68 |
| MDDD | ACCOPINA | 60123 | 11/19/2013 | WORK | | | | internal transfer | credit | USD | - | 400,000.00 |
| MDDD | ACCOPINA | 60124 | 11/19/2013 | WORK | | | | internal transfer | credit | USD | - | 400,000.00 |
| MDDD | ACCOPINA | 60125 | 11/19/2013 | WORK | | | | internal transfer | credit | USD | - | 400,000.00 |
| MDDD | ACCOPINA | 60139 | 11/19/2013 | LELO | | | | Blacknock Media TT | debit | USD | (1,000,200.00) | (1,010,202.00) |
| MDDD | ACCOPINA | 60209 | 11/20/2013 | HELI | MDDD | Makism 3D | (20,000) | sell stock | sell stock | USD | 20,475.00 | 19,963.13 |
| MDDD | ACCOPINA | 60213 | 11/20/2013 | SPAB | MDDD | Makism 3D | (101,145) | sell stock | sell stock | USD | 105,202.07 | 102,572.02 |
| MDDD | ACCOPINA | 60265 | 11/21/2013 | HYPG | MDDD | Makism 3D | (268,060) | sell stock | sell stock | USD | 276,943.62 | 267,250.59 |
| MDDD | ACCOPINA | 60278 | 11/21/2013 | SPAB | MDDD | Makism 3D | (18,600) | sell stock | sell stock | USD | 19,404.10 | 18,919.00 |
| MDDD | ACCOPINA | 60267 | 11/22/2013 | HYPG | MDDD | Makism 3D | (239,900) | sell stock | sell stock | USD | 244,926.15 | 236,353.73 |
| MDDD | ACCOPINA | 60385 | 11/22/2013 | REST | MDDD-E | Makism 3D | (2,835,000) | deliver stock | stock delivery | USD | | (1,300.00) |
| MDDD | ACCOPINA | 60385 | 11/22/2013 | REST | | | | deliver stock | debit | USD | - | (50.00) |
| MDDD | ACCOPINA | 60386 | 11/22/2013 | BCEL | | | | | debit | USD | (20.00) | (120.00) |
| MDDD | ACCOPINA | 60353 | 11/25/2013 | HELI | MDDD | Makism 3D | (100,000) | sell stock | sell stock | USD | 101,928.00 | 98,360.52 |
| MDDD | ACCOPINA | 60391 | 11/25/2013 | LELO | | | | Blacknock Media TT | debit | USD | (750,200.00) | (757,702.00) |
| MDDD | ACCOPINA | 60408 | 11/25/2013 | REST | MDDD-E | Makism 3D | (2,200,000) | deliver stock | stock delivery | USD | - | (1,000.00) |
| MDDD | ACCOPINA | 60408 | 11/25/2013 | REST | | | | deliver stock | debit | USD | - | (50.00) |
| MDDD | ACCOPINA | 60415 | 11/25/2013 | BCEL | | | | Action ckt#1253 | debit | USD | (20.00) | (120.00) |
| MDDD | ACCOPINA | 60501 | 11/26/2013 | SPAB | MDDD | Makism 3D | (40,000) | sell stock | sell stock | USD | 41,339.26 | 40,305.78 |
| MDDD | ACCOPINA | 60432 | 11/26/2013 | HYPG | MDDD | Makism 3D | (262,100) | sell stock | sell stock | USD | 268,868.21 | 259,457.82 |
| MDDD | ACCOPINA | 60387 | 11/26/2013 | LENO | MDDD | Makism 3D | 2,835,000 | receive stock via DWAC | buy stock | USD | - | (100.00) |
| MDDD | ACCOPINA | 60531 | 11/27/2013 | HELI | MDDD | Makism 3D | (170,200) | sell stock | sell stock | USD | 177,776.62 | 173,332.20 |
| MDDD | ACCOPINA | 60538 | 11/27/2013 | HYPG | MDDD | Makism 3D | (115,000) | sell stock | sell stock | USD | 117,975.53 | 113,846.39 |
| MDDD | ACCOPINA | 60544 | 11/28/2013 | HYPG | MDDD | Makism 3D | (360,600) | sell stock | sell stock | USD | 377,988.90 | 364,759.29 |
| MDDD | ACCOPINA | 60416 | 11/28/2013 | STEL | MDDD | Makism 3D | 2,200,000 | receive stock via DWAC | buy stock | USD | (300.00) | (400.00) |
| MDDD | ACCOPINA | 61006 | 11/29/2013 | SPAB | MDDD | Makism 3D | (12,000) | sell stock | sell stock | USD | 12,636.00 | 12,320.10 |
| MDDD | ACCOPINA | 60812 | 11/30/2013 | WORK | | | | interest charge | interest charge | USD | - | (2,731.99) |
| MDDD | ACCOPINA | 60995 | 12/2/2013 | HELI | MDDD | Makism 3D | (605,000) | sell stock | sell stock | USD | 655,487.93 | 639,100.73 |
| MDDD | ACCOPINA | 60931 | 12/2/2013 | HELI | MDDD | Makism 3D | (120,000) | sell stock | sell stock | USD | 123,081.40 | 118,773.55 |
| MDDD | ACCOPINA | 60987 | 12/2/2013 | VERB | MDDD | Makism 3D | 150,699 | buy stock | buy stock | USD | (169,925.52) | (174,173.66) |
| MDDD | ACCOPINA | 61035 | 12/2/2013 | LENO | MDDD | Makism 3D | (500,000) | sell stock | sell stock | USD | 522,646.54 | 517,420.07 |
| MDDD | ACCOPINA | 61037 | 12/2/2013 | FINC | MDDD | Makism 3D | 5,000 | buy stock | buy stock | USD | (5,326.25) | (5,459.41) |
| MDDD | ACCOPINA | 60974 | 12/2/2013 | LELO | | | | internal transfer | debit | USD | (500,200.00) | (505,202.00) |
| MDDD | ACCOPINA | 60969 | 12/2/2013 | WORK | | | | Blacknock Media TT | debit | USD | - | (500,100.00) |
| MDDD | ACCOPINA | 61028 | 12/3/2013 | VERB | MDDD | Makism 3D | 350,000 | buy stock | buy stock | USD | (340,207.66) | (348,712.85) |
| MDDD | ACCOPINA | 60998 | 12/3/2013 | HYPG | MDDD | Makism 3D | (610,000) | sell stock | sell stock | USD | 656,874.85 | 633,884.23 |

3 of 8

A4540

MDDD Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MDDD | ACCOPINA | 61142 | 12/4/2013 | LENO | MDDD | Makism 3D | (700,000) | sell stock | sell stock | USD | 483,645.47 | 478,809.02 |
| MDDD | ACCOPINA | 61092 | 12/4/2013 | VERB | MDDD | Makism 3D | 183,500 | buy stock | buy stock | USD | (135,300.01) | (138,682.51) |
| MDDD | ACCOPINA | 61042 | 12/4/2013 | HYPG | MDDD | Makism 3D | (480,000) | sell stock | sell stock | USD | 405,013.60 | 390,838.12 |
| MDDD | ACCOPINA | 61202 | 12/5/2013 | FINC | MDDD | Makism 3D | (5,000) | sell stock | sell stock | USD | 2,338.00 | 2,238.00 |
| MDDD | ACCOPINA | 61206 | 12/5/2013 | LENO | MDDD | Makism 3D | (183,790) | sell stock | sell stock | USD | 132,015.75 | 130,695.59 |
| MDDD | ACCOPINA | 61143 | 12/5/2013 | HELI | MDDD | Makism 3D | (125,250) | sell stock | sell stock | USD | 71,572.52 | 69,783.21 |
| MDDD | ACCOPINA | 61147 | 12/5/2013 | VERB | MDDD | Makism 3D | (664,400) | sell stock | sell stock | USD | 321,597.95 | 313,558.00 |
| MDDD | ACCOPINA | 61148 | 12/5/2013 | VERB | MDDD | Makism 3D | 200,000 | buy stock | buy stock | USD | (154,302.23) | (158,159.79) |
| MDDD | ACCOPINA | 61277 | 12/5/2013 | HELI | MDDD | Makism 3D | 1,800 | buy stock | buy stock | USD | (2,218.68) | (2,218.68) |
| MDDD | ACCOPINA | 61099 | 12/5/2013 | HYPG | MDDD | Makism 3D | (293,801) | sell stock | sell stock | USD | 204,009.88 | 196,869.53 |
| MDDD | ACCOPINA | 61125 | 12/5/2013 | REST | | | | directors fee | debit | USD | - | (200.00) |
| MDDD | ACCOPINA | 61212 | 12/6/2013 | VERB | MDDD | Makism 3D | (219,799) | sell stock | sell stock | USD | 109,397.36 | 106,662.43 |
| MDDD | ACCOPINA | 61175 | 12/6/2013 | BCEL | | | | Booth Udall Fuller ck#1264 | debit | USD | (1,400.00) | (1,500.00) |
| MDDD | ACCOPINA | 61269 | 12/9/2013 | HELI | MDDD | Makism 3D | (2,000) | sell stock | sell stock | USD | 1,414.97 | 1,314.97 |
| MDDD | ACCOPINA | 61226 | 12/9/2013 | VPQU | MDDD | Makism 3D | (5,400) | sell stock | sell stock | USD | 3,195.37 | 3,083.53 |
| MDDD | ACCOPINA | 61328 | 12/11/2013 | HELI | MDDD | Makism 3D | (410,000) | sell stock | sell stock | USD | 478,492.20 | 466,529.90 |
| MDDD | ACCOPINA | 61409 | 12/12/2013 | HELI | MDDD | Makism 3D | (336,233) | sell stock | sell stock | USD | 317,666.73 | 309,725.06 |
| MDDD | ACCOPINA | 61489 | 12/16/2013 | WORK | | | | internal transfer | debit | USD | - | (1,100,100.00) |
| MDDD | ACCOPINA | 61490 | 12/16/2013 | WORK | | | | internal transfer | debit | USD | - | (500,100.00) |
| MDDD | ACCOPINA | 61493 | 12/16/2013 | WORK | | | | internal transfer | debit | USD | - | (367,600.00) |
| MDDD | ACCOPINA | 61494 | 12/16/2013 | WORK | | | | internal transfer | debit | USD | - | (245,100.00) |
| MDDD | ACCOPINA | 61495 | 12/16/2013 | WORK | | | | internal transfer | debit | USD | - | (245,100.00) |
| MDDD | ACCOPINA | 61496 | 12/16/2013 | WORK | | | | internal transfer | debit | USD | - | (245,100.00) |
| MDDD | ACCOPINA | 61492 | 12/16/2013 | WORK | | | | internal transfer | debit | USD | - | (450,100.00) |
| MDDD | ACCOPINA | 61491 | 12/16/2013 | WORK | | | | internal transfer | debit | USD | - | (450,100.00) |
| MDDD | ACCOPINA | 61805 | 12/20/2013 | BSIT | | | | Greenberg Traurig TT | debit | USD | (597.47) | (697.47) |
| MDDD | ACCOPINA | 62180 | 12/31/2013 | WORK | | | | custody fees | debit | USD | - | (15,562.92) |
| MDDD | ACCOPINA | 62351 | 12/31/2013 | WORK | | | | interest payment | interest payment | USD | - | 1,162.81 |
| MDDD | ACCOPINA | 61867 | 1/1/2014 | XPHO | | | | 122 @ 6 mos service | debit | USD | - | (1,800.00) |
| MDDD | ACCO | 62786 | 1/9/2014 | REST | | | | directors fee | debit | USD | - | (300.00) |
| MDDD | ACCO | 63081 | 1/20/2014 | LEMI | | | | Umicom TT | debit | USD | (40,200.00) | (40,602.00) |
| MDDD | ACCO | 63202 | 1/24/2014 | WORK | | | | director fee | debit | USD | - | (100.00) |
| MDDD | ACCO | 63320 | 1/28/2014 | REST | MDDD-E | Makism 3D | 5,555,000 | receive stock | buy stock | USD | - | (100.00) |
| MDDD | ACCO | 63676 | 1/31/2014 | WORK | | | | interest payment | interest payment | USD | - | 29.73 |
| MDDD | ACCO | 64209 | 2/12/2014 | REST | | | | directors fee | debit | USD | - | (300.00) |
| MDDD | ACCO | 64208 | 2/14/2014 | HELI | MDDD | Makism 3D | (1,105,000) | internal transfer | stock delivery | USD | (400.00) | (500.00) |
| MDDD | ACCO | 64208 | 2/14/2014 | BEAG | MDDD | Makism 3D | 1,105,000 | internal transfer | transfer stock in | USD | - | - |
| MDDD | ACCO | 64411 | 2/18/2014 | REST | MDDD-E | Makism 3D | (2,880,000) | deliver stock | stock delivery | USD | - | (300.00) |
| MDDD | ACCO | 64441 | 2/18/2014 | REST | | | | deliver stock | debit | USD | - | (50.00) |
| MDDD | ACCO | 64414 | 2/18/2014 | BCEL | | | | Action ck#1284 | debit | USD | (20.00) | (120.00) |
| MDDD | ACCO | 64456 | 2/19/2014 | BEAG | MDDD | Makism 3D | (100,000) | sell stock | sell stock | USD | 90,520.45 | 87,352.23 |
| MDDD | ACCO | 64624 | 2/20/2014 | BEAG | MDDD | Makism 3D | (60,000) | sell stock | sell stock | USD | 49,298.20 | 47,572.76 |
| MDDD | ACCO | 64415 | 2/20/2014 | BEAB | MDDD | Makism 3D | 2,880,000 | receive stock via DWAC | buy stock | USD | - | (100.00) |
| MDDD | ACCO | 64627 | 2/21/2014 | BEAG | MDDD | Makism 3D | (51,000) | sell stock | sell stock | USD | 42,448.64 | 40,962.94 |
| MDDD | ACCO | 64625 | 2/24/2014 | BEAG | MDDD | Makism 3D | (50,000) | sell stock | sell stock | USD | 38,442.47 | 37,096.98 |
| MDDD | ACCO | 64679 | 2/25/2014 | BEAG | MDDD | Makism 3D | (177,000) | sell stock | sell stock | USD | 124,930.13 | 120,557.58 |

4 of 8

A4541

MDDD Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MDDD | ACCO | 64723 | 2/26/2014 | BEAG | MDDD | Makism 3D | (71,000) | sell stock | sell stock | USD | 49,410.47 | 47,681.10 |
| MDDD | ACCO | 65198 | 2/28/2014 | BEAG | MDDD | Makism 3D | (50,000) | sell stock | sell stock | USD | 33,872.07 | 32,686.55 |
| MDDD | ACCO | 65025 | 2/28/2014 | WORK | | | | | interest payment | USD | - | 74.08 |
| MDDD | ACCO | 65199 | 3/3/2014 | BEAG | MDDD | Makism 3D | (150,000) | sell stock | sell stock | USD | 97,497.07 | 94,084.67 |
| MDDD | ACCO | 65257 | 3/4/2014 | BEAG | MDDD | Makism 3D | (200,000) | sell stock | sell stock | USD | 124,715.32 | 120,350.28 |
| MDDD | ACCO | 65373 | 3/5/2014 | BEAG | MDDD | Makism 3D | (196,000) | sell stock | sell stock | USD | 109,276.16 | 105,451.49 |
| MDDD | ACCO | 65622 | 3/7/2014 | BEAB | MDDD | Makism 3D | (150,000) | sell stock | sell stock | USD | 79,196.66 | 76,424.78 |
| MDDD | ACCO | 65375 | 3/7/2014 | BEAB | MDDD | Makism 3D | (80,000) | sell stock | sell stock | USD | 45,942.30 | 44,334.32 |
| MDDD | ACCO | 65413 | 3/7/2014 | WORK | | | | internal transfer | debit | USD | - | (140,100.00) |
| MDDD | ACCO | 65414 | 3/7/2014 | WORK | | | | internal transfer | debit | USD | - | (223,100.00) |
| MDDD | ACCO | 65415 | 3/7/2014 | WORK | | | | internal transfer | debit | USD | - | (173,100.00) |
| MDDD | ACCO | 65416 | 3/7/2014 | WORK | | | | internal transfer | debit | USD | - | (63,100.00) |
| MDDD | ACCO | 65623 | 3/10/2014 | BEAB | MDDD | Makism 3D | (143,000) | sell stock | sell stock | USD | 71,260.41 | 68,766.30 |
| MDDD | ACCO | 65624 | 3/11/2014 | BEAB | MDDD | Makism 3D | (210,000) | sell stock | sell stock | USD | 97,973.76 | 94,544.68 |
| MDDD | ACCO | 65625 | 3/13/2014 | SGGO | MDDD | Makism 3D | (50,000) | sell stock | sell stock | USD | 22,137.10 | 21,362.30 |
| MDDD | ACCO | 65629 | 3/13/2014 | SGGO | | | | Free Receipt MDDD | debit | USD | (500.00) | (600.00) |
| MDDD | ACCO | 65632 | 3/13/2014 | BSIB | | | | Free receipt MDDD | debit | USD | (500.00) | (600.00) |
| MDDD | ACCO | 65693 | 3/14/2014 | BEAB | MDDD | Makism 3D | (7,500) | sell stock | sell stock | USD | 3,189.93 | 3,078.28 |
| MDDD | ACCO | 65808 | 3/14/2014 | BEAB | MDDD | Makism 3D | (155,000) | sell stock | sell stock | USD | 66,921.65 | 64,579.39 |
| MDDD | ACCO | 65809 | 3/18/2014 | BEAB | MDDD | Makism 3D | (100,000) | sell stock | sell stock | USD | 37,759.94 | 36,438.34 |
| MDDD | ACCO | 66014 | 3/19/2014 | BEAB | MDDD | Makism 3D | (167,000) | sell stock | sell stock | USD | 49,469.16 | 47,729.05 |
| MDDD | ACCO | 66064 | 3/20/2014 | BEAB | MDDD | Makism 3D | (400,000) | sell stock | sell stock | USD | 103,835.74 | 100,201.49 |
| MDDD | ACCO | 66142 | 3/24/2014 | VERA | MDDD | Makism 3D | 100,000 | buy stock | buy stock | USD | (47,474.52) | (48,661.38) |
| MDDD | ACCO | 66252 | 3/24/2014 | SGPE | MDDD | Makism 3D | 34,000 | buy stock | buy stock | USD | (13,827.77) | (14,311.74) |
| MDDD | ACCO | 66155 | 3/24/2014 | SIOU | MDDD | Makism 3D | 1,000 | buy stock | buy stock | USD | (525.00) | (625.00) |
| MDDD | ACCO | 66183 | 3/25/2014 | BEAB | MDDD | Makism 3D | (44,995) | sell stock | sell stock | USD | 21,685.93 | 20,926.92 |
| MDDD | ACCO | 66164 | 3/26/2014 | LEBU | | | | Blackrock Media TT | debit | USD | (125,200.00) | (126,452.00) |
| MDDD | ACCO | 74364 | 3/26/2014 | BEAB | MDDD | Makism 3D | (7,000) | sell stock | sell stock | USD | 3,681.41 | 3,552.56 |
| MDDD | ACCO | 66321 | 3/27/2014 | BEAB | MDDD | Makism 3D | (50,000) | sell stock | sell stock | USD | 24,529.38 | 23,670.85 |
| MDDD | ACCO | 66511 | 3/27/2014 | REST | MDDD-E | Makism 3D | (2,675,000) | deliver stock | stock delivery | USD | - | (400.00) |
| MDDD | ACCO | 66511 | 3/27/2014 | REST | | | | deliver stock | debit | USD | - | (50.00) |
| MDDD | ACCO | 66513 | 3/27/2014 | BCEL | | | | Action ck#1311 | debit | USD | (20.00) | (120.00) |
| MDDD | ACCO | 66626 | 3/31/2014 | WORK | | | | custody fees | debit | USD | - | (18,449.94) |
| MDDD | ACCO | 66795 | 3/31/2014 | WORK | | | | interest payment | interest payment | USD | - | 452.43 |
| MDDD | ACCO | 66979 | 4/1/2014 | VERA | MDDD | Makism 3D | 48,275 | buy stock | buy stock | USD | (24,860.86) | (25,482.38) |
| MDDD | ACCO | 67206 | 4/1/2014 | SGGO | | | | Free receipt MDDD | debit | USD | - | (600.00) |
| MDDD | ACCO | 66514 | 4/1/2014 | BEAB | MDDD | Makism 3D | 2,675,000 | receive stock via DWAC | buy stock | USD | - | (100.00) |
| MDDD | ACCO | 67114 | 4/2/2014 | LENO | MDDD | Makism 3D | (55,000) | sell stock | sell stock | USD | 32,257.17 | 31,450.74 |
| MDDD | ACCO | 67117 | 4/2/2014 | STEL | MDDD | Makism 3D | (40,000) | sell stock | sell stock | USD | 26,340.74 | 25,682.22 |
| MDDD | ACCO | 67129 | 4/2/2014 | BEAG | MDDD | Makism 3D | (26,800) | sell stock | sell stock | USD | 15,692.73 | 15,143.48 |
| MDDD | ACCO | 67183 | 4/3/2014 | LENO | MDDD | Makism 3D | (40,000) | sell stock | sell stock | USD | 22,162.30 | 21,608.24 |
| MDDD | ACCO | 67185 | 4/3/2014 | STEL | MDDD | Makism 3D | (40,000) | sell stock | sell stock | USD | 21,975.24 | 21,425.86 |
| MDDD | ACCO | 67065 | 4/3/2014 | BEAG | MDDD | Makism 3D | (245,000) | sell stock | sell stock | USD | 139,838.08 | 134,943.75 |
| MDDD | ACCO | 67259 | 4/4/2014 | LENO | MDDD | Makism 3D | (33,689) | sell stock | sell stock | USD | 14,456.58 | 14,095.17 |
| MDDD | ACCO | 67264 | 4/4/2014 | STEL | MDDD | Makism 3D | (30,000) | sell stock | sell stock | USD | 13,165.50 | 12,836.36 |
| MDDD | ACCO | 67192 | 4/4/2014 | BEAG | MDDD | Makism 3D | (279,435) | sell stock | sell stock | USD | 121,525.06 | 117,271.68 |

A4542

MDDD Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MDDD | ACCO | 67165 | 4/4/2014 | LEBU | MDDD | Makism 3D | (3,103,852) | deliver stock | stock delivery | USD | (771.75) | (871.75) |
| MDDD | ACCO | 67166 | 4/4/2014 | REST | MDDD-E | Makism 3D | 3,103,852 | receive stock | buy stock | USD | - | (100.00) |
| MDDD | ACCO | 67300 | 4/7/2014 | LENO | MDDD | Makism 3D | (129,972) | sell stock | sell stock | USD | 52,336.27 | 51,027.86 |
| MDDD | ACCO | 67321 | 4/7/2014 | STEL | MDDD | Makism 3D | (10,000) | sell stock | sell stock | USD | 4,054.97 | 3,955.60 |
| MDDD | ACCO | 67367 | 4/8/2014 | LENO | MDDD | Makism 3D | (18,000) | sell stock | sell stock | USD | 6,833.78 | 6,662.94 |
| MDDD | ACCO | 67308 | 4/8/2014 | BEAG | MDDD | Makism 3D | (40,000) | sell stock | sell stock | USD | 15,456.76 | 14,915.77 |
| MDDD | ACCO | 67322 | 4/8/2014 | VERA | MDDD | Makism 3D | (100,000) | sell stock | sell stock | USD | 39,494.55 | 38,507.19 |
| MDDD | ACCO | 75798 | 4/16/2014 | SIOU | | | | delivery MDDD | debit | USD | (230.00) | (430.00) |
| MDDD | ACCO | 67802 | 4/21/2014 | SGPE | MDDD | Makism 3D | (28,479) | sell stock | sell stock | USD | 9,763.30 | 9,421.58 |
| MDDD | ACCO | 67687 | 4/21/2014 | VERA | MDDD | Makism 3D | (48,276) | sell stock | sell stock | USD | 16,797.92 | 16,377.97 |
| MDDD | ACCO | 75483 | 4/23/2014 | SGGO | | | | receive stock | debit | USD | (500.00) | (700.00) |
| MDDD | ACCO | 67953 | 4/28/2014 | LEPI | | | (100,000) | internal transfer | stock delivery | USD | - | (100.00) |
| MDDD | ACCO | 67953 | 4/28/2014 | LENO | MDDD | Makism 3D | 100,000 | internal transfer | transfer stock in | USD | - | - |
| MDDD | ACCO | 67955 | 4/28/2014 | REST | | | | directors fee | debit | USD | - | (300.00) |
| MDDD | ACCO | 68363 | 4/30/2014 | WORK | | | | interest payment | interest payment | USD | - | 799.65 |
| MDDD | ACCO | 67956 | 5/1/2014 | LENO | MDDD | Makism 3D | (1,274,549) | internal transfer | stock delivery | USD | - | (100.00) |
| MDDD | ACCO | 67956 | 5/1/2014 | SGPE | MDDD | Makism 3D | 1,274,549 | internal transfer | transfer stock in | USD | - | - |
| MDDD | ACCO | 68565 | 5/2/2014 | WORK | | | | internal transfer GGBL | debit | USD | - | (144,100.00) |
| MDDD | ACCO | 68567 | 5/2/2014 | SGPE | | | | Greenberg Traurig TT return | debit | USD | (100.00) | (300.00) |
| MDDD | ACCO | 68546 | 5/2/2014 | WORK | | | | internal transfer | debit | USD | - | (329,100.00) |
| MDDD | ACCO | 68547 | 5/2/2014 | WORK | | | | internal transfer | debit | USD | - | (329,100.00) |
| MDDD | ACCO | 68568 | 5/5/2014 | SGGO | | | | Greenberg Traurig TT CRCL | debit | USD | (90,100.00) | (91,101.00) |
| MDDD | ACCO | 68624 | 5/5/2014 | WORK | | | | internal transfer | debit | USD | - | (150,100.00) |
| MDDD | ACCO | 69064 | 5/6/2014 | SGPE | | | | Greenberg Traurig returned | debit | USD | (117.50) | (117.50) |
| MDDD | ACCO | 69004 | 5/16/2014 | SGPE | MDDD | Makism 3D | (284,130) | sell stock | sell stock | USD | 69,413.44 | 66,983.97 |
| MDDD | ACCO | 68983 | 5/16/2014 | BEAG | MDDD | Makism 3D | (2,083,765) | internal transfer | stock delivery | USD | - | (100.00) |
| MDDD | ACCO | 68983 | 5/16/2014 | SGGO | MDDD | Makism 3D | 2,083,765 | internal transfer | transfer stock in | USD | - | - |
| MDDD | ACCO | 69075 | 5/20/2014 | SGPE | MDDD | Makism 3D | (212,000) | sell stock | sell stock | USD | 43,393.29 | 41,874.52 |
| MDDD | ACCO | 69149 | 5/22/2014 | SGPE | MDDD | Makism 3D | (9,500) | sell stock | sell stock | USD | 1,763.03 | 1,663.03 |
| MDDD | ACCO | 69805 | 5/28/2014 | SGGO | MDDD | Makism 3D | (100,000) | sell stock | sell stock | USD | 15,118.58 | 14,589.43 |
| MDDD | ACCO | 69322 | 5/29/2014 | SGPE | MDDD | Makism 3D | (250,000) | sell stock | sell stock | USD | 37,831.46 | 36,507.36 |
| MDDD | ACCO | 69665 | 5/29/2014 | WORK | | | | interest payment | interest payment | USD | - | 82.91 |
| MDDD | ACCO | 69781 | 5/30/2014 | SGPE | MDDD | Makism 3D | (75,000) | sell stock | sell stock | USD | 11,495.86 | 11,093.50 |
| MDDD | ACCO | 69835 | 6/2/2014 | SGPE | MDDD | Makism 3D | (157,440) | sell stock | sell stock | USD | 22,790.85 | 21,993.17 |
| MDDD | ACCO | 69893 | 6/3/2014 | SGPE | MDDD | Makism 3D | (98,563) | sell stock | sell stock | USD | 12,191.14 | 11,764.45 |
| MDDD | ACCO | 69867 | 6/3/2014 | WORK | | | | director fee | debit | USD | - | (100.00) |
| MDDD | ACCO | 69944 | 6/4/2014 | SGPE | MDDD | Makism 3D | (193,437) | sell stock | sell stock | USD | 20,343.83 | 19,631.80 |
| MDDD | ACCO | 69966 | 6/4/2014 | SGGO | MDDD | Makism 3D | (100,000) | sell stock | sell stock | USD | 10,774.50 | 10,397.39 |
| MDDD | ACCO | 69967 | 6/5/2014 | SGGO | MDDD | Makism 3D | (200,000) | sell stock | sell stock | USD | 19,589.99 | 18,904.34 |
| MDDD | ACCO | 70268 | 6/10/2014 | SGGO | MDDD | Makism 3D | (250,000) | sell stock | sell stock | USD | 25,530.66 | 24,637.09 |
| MDDD | ACCO | 70272 | 6/11/2014 | SGGO | MDDD | Makism 3D | (30,000) | sell stock | sell stock | USD | 3,461.19 | 3,340.05 |
| MDDD | ACCO | 70273 | 6/11/2014 | SGGO | MDDD | Makism 3D | (75,000) | sell stock | sell stock | USD | 6,847.59 | 6,607.92 |
| MDDD | ACCO | 70270 | 6/11/2014 | SGGO | MDDD | Makism 3D | (750,000) | sell stock | sell stock | USD | 74,027.23 | 71,436.28 |
| MDDD | ACCO | 70275 | 6/12/2014 | SGGO | MDDD | Makism 3D | (50,000) | sell stock | sell stock | USD | 4,894.09 | 4,722.80 |
| MDDD | ACCO | 70278 | 6/13/2014 | SGGO | MDDD | Makism 3D | (15,360) | sell stock | sell stock | USD | 1,425.02 | 1,325.02 |
| MDDD | ACCO | 70355 | 6/16/2014 | STEL | | | | Transfer Stock | debit | USD | (291.50) | (391.50) |

6 of 8

A4543

MDDD Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MDDD | ACCO | 70456 | 6/17/2014 | SGGO | MDDD | Makism 3D | (200,000) | sell stock | sell stock | USD | 19,719.29 | 19,029.11 |
| MDDD | ACCO | 70458 | 6/18/2014 | SGGO | MDDD | Makism 3D | (88,170) | sell stock | sell stock | USD | 8,636.25 | 8,333.98 |
| MDDD | ACCO | 70635 | 6/23/2014 | SGGO | MDDD | Makism 3D | (119,201) | sell stock | sell stock | USD | 10,508.17 | 10,140.38 |
| MDDD | ACCO | 75472 | 6/24/2014 | BSIB | | | | receive stock via DTC | debit | USD | (500.00) | (700.00) |
| MDDD | ACCO | 73664 | 6/27/2014 | WORK | | | | custody fees | debit | USD | - | (2,179.77) |
| MDDD | ACCO | 74017 | 6/27/2014 | WORK | | | | interest payment | interest payment | USD | - | 254.15 |
| MDDD | ACCO | 70504 | 7/1/2014 | XPHO | | | | 122 @ 6 mons services | debit | USD | - | (1,800.00) |
| MDDD | ACCO | 74338 | 7/7/2014 | WORK | | | | internal transfer | debit | USD | - | (85,100.00) |
| MDDD | ACCO | 74339 | 7/7/2014 | WORK | | | | internal transfer | debit | USD | - | (85,100.00) |
| MDDD | ACCO | 74340 | 7/7/2014 | WORK | | | | internal transfer | debit | USD | - | (85,100.00) |
| MDDD | ACCO | 74341 | 7/7/2014 | WORK | | | | internal transfer | debit | USD | - | (127,600.00) |
| MDDD | ACCO | 74362 | 7/8/2014 | SGGO | MDDD | Makism 3D | (106,034) | sell stock | sell stock | USD | 8,308.82 | 8,018.01 |
| MDDD | ACCO | 74879 | 7/28/2014 | BEAB | MDDD | Makism 3D | (1,315,505) | internal transfer | stock delivery | USD | - | (100.00) |
| MDDD | ACCO | 74879 | 7/28/2014 | BSIB | MDDD | Makism 3D | 1,315,505 | internal transfer | transfer stock in | USD | - | - |
| MDDD | ACCO | 75034 | 7/31/2014 | REST | MDDD-E | Makism 3D | (3,103,852) | deliver stock | stock delivery | USD | - | (400.00) |
| MDDD | ACCO | 75034 | 7/31/2014 | REST | | | | deliver stock | debit | USD | - | (50.00) |
| MDDD | ACCO | 75035 | 7/31/2014 | BCEL | | | | Action ck #1352 | debit | USD | (20.00) | (120.00) |
| MDDD | ACCO | 75473 | 8/4/2014 | BSIB | | | | receive stock via DWAC | debit | USD | (500.00) | (700.00) |
| MDDD | ACCO | 75036 | 8/4/2014 | BSIB | MDDD | Makism 3D | 3,103,852 | receive stock via DWAC | buy stock | USD | - | (100.00) |
| MDDD | ACCO | 75438 | 8/5/2014 | BSIB | MDDD | Makism 3D | (166,140) | sell stock | sell stock | USD | 10,072.67 | 9,720.13 |
| MDDD | ACCO | 75544 | 8/7/2014 | BSIB | MDDD | Makism 3D | (100,000) | sell stock | sell stock | USD | 5,101.03 | 4,922.49 |
| MDDD | ACCO | 75545 | 8/7/2014 | BSIB | MDDD | Makism 3D | (200,000) | sell stock | sell stock | USD | 12,298.62 | 11,868.17 |
| MDDD | ACCO | 75683 | 8/12/2014 | REST | | | | directors fee | debit | USD | - | (300.00) |
| MDDD | ACCO | 75871 | 8/15/2014 | BSIB | MDDD | Makism 3D | (250,000) | sell stock | sell stock | USD | 13,310.22 | 12,844.36 |
| MDDD | ACCO | 75970 | 8/20/2014 | BSIB | MDDD | Makism 3D | (58,000) | sell stock | sell stock | USD | 2,757.96 | 2,657.96 |
| MDDD | ACCO | 76117 | 8/26/2014 | BSIB | MDDD | Makism 3D | (500,000) | sell stock | sell stock | USD | 12,735.42 | 12,289.68 |
| MDDD | ACCO | 76232 | 8/27/2014 | BSIB | MDDD | Makism 3D | (800,000) | sell stock | sell stock | USD | 23,995.30 | 23,155.46 |
| MDDD | ACCO | 76235 | 8/28/2014 | BSIB | MDDD | Makism 3D | (515,140) | sell stock | sell stock | USD | 15,169.22 | 14,638.30 |
| MDDD | ACCO | 76236 | 8/29/2014 | BSIB | MDDD | Makism 3D | (284,000) | sell stock | sell stock | USD | 7,488.01 | 7,225.93 |
| MDDD | ACCO | 76539 | 8/31/2014 | WORK | | | | interest payment | interest payment | USD | - | 178.62 |
| MDDD | ACCO | 76427 | 9/1/2014 | BSIB | MDDD | Makism 3D | (79,700) | sell stock | sell stock | USD | 2,994.96 | 2,890.14 |
| MDDD | ACCO | 76428 | 9/1/2014 | BSIB | MDDD | Makism 3D | (270,300) | sell stock | sell stock | USD | 9,489.26 | 9,157.14 |
| MDDD | ACCO | 76651 | 9/1/2014 | BSIB | MDDD | Makism 3D | (10,000) | sell stock | sell stock | USD | 229.97 | 129.97 |
| MDDD | ACCO | 76652 | 9/1/2014 | BSIB | MDDD | Makism 3D | (250,000) | sell stock | sell stock | USD | 8,730.48 | 8,424.91 |
| MDDD | ACCO | 76768 | 9/3/2014 | BSIB | MDDD | Makism 3D | 513,923 | buy stock | buy stock | USD | (22,925.21) | (23,727.59) |
| MDDD | ACCO | 76769 | 9/4/2014 | BSIB | MDDD | Makism 3D | (250,000) | sell stock | sell stock | USD | 10,265.54 | 9,906.25 |
| MDDD | ACCO | 76770 | 9/4/2014 | BSIB | MDDD | Makism 3D | (450,000) | sell stock | sell stock | USD | 15,039.01 | 14,512.64 |
| MDDD | ACCO | 76771 | 9/4/2014 | BSIB | MDDD | Makism 3D | (250,000) | sell stock | sell stock | USD | 7,388.31 | 7,129.72 |
| MDDD | ACCO | 76772 | 9/4/2014 | BSIB | MDDD | Makism 3D | (250,000) | sell stock | sell stock | USD | 7,402.78 | 7,143.68 |
| MDDD | ACCO | 77142 | 9/12/2014 | REST | | | | directors fee | debit | USD | - | (400.00) |
| MDDD | ACCO | 77359 | 9/19/2014 | WORK | | | | internal transfer | debit | USD | - | (52,500.00) |
| MDDD | ACCO | 77358 | 9/19/2014 | WORK | | | | internal transfer | debit | USD | - | (35,050.00) |
| MDDD | ACCO | 77357 | 9/19/2014 | WORK | | | | internal transfer | debit | USD | - | (35,050.00) |
| MDDD | ACCO | 77356 | 9/19/2014 | WORK | | | | internal transfer | debit | USD | - | (35,050.00) |
| MDDD | ACCO | 77917 | 9/30/2014 | WORK | | | | custody fees | debit | USD | - | (1,318.97) |
| MDDD | ACCO | 78079 | 9/30/2014 | WORK | | | | interest payment | interest payment | USD | - | 86.60 |

A4544

MDDD Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MDDD | ACCO | 79527 | 10/31/2014 | WORK | | | | interest payment | interest payment | USD | - | 0.04 |
| MDDD | ACCO | 80836 | 11/30/2014 | WORK | | | | interest payment | interest payment | USD | - | 0.04 |
| MDDD | ACCO | 81041 | 12/2/2014 | STEL | | | | Illiquidity fees MDDD | debit | USD | (1,000.00) | (1,100.00) |
| MDDD | ACCO | 82576 | 12/31/2014 | WORK | | | | internal transfer close account | debit | USD | - | (76.44) |
| MDDD | ACCO | 81863 | 12/31/2014 | WORK | | | | interest charge | interest charge | USD | - | (20.76) |
| MDDD | ACCO | 82017 | 12/31/2014 | WORK | | | | custody fees | debit | USD | - | (0.10) |
| MDDD | ACCO | 86341 | 3/5/2015 | REST | | | | directors fee | debit | USD | - | (300.00) |
| MDDD | ACCO | 86409 | 3/10/2015 | WORK | | | | director fees | debit | USD | - | (400.00) |
| MDDD | ACCO | 87054 | 3/30/2015 | WORK | | | | interest charge | interest charge | USD | - | (11.84) |
| MDDD | ACCO | 87190 | 3/30/2015 | WORK | | | | custody fees | debit | USD | - | (132.72) |
| MDDD | ACCO | 88109 | 4/30/2015 | WORK | | | | interest charge | interest charge | USD | - | (17.22) |
| MDDD | ACCO | 89273 | 5/30/2015 | WORK | | | | interest charge | interest charge | USD | - | (17.00) |
| MDDD | ACCO | 89496 | 6/5/2015 | WORK | | | | internal transfer close MDDD | credit | USD | - | 297.00 |
| MDDD | ACCO | 89493 | 6/5/2015 | WORK | | | | internal transfer close MDDD | credit | USD | - | 194.00 |
| MDDD | ACCO | 89495 | 6/5/2015 | WORK | | | | internal transfer close MDDD | credit | USD | - | 194.00 |
| MDDD | ACCO | 89494 | 6/5/2015 | WORK | | | | internal transfer close MDDD | credit | USD | - | 194.00 |
| MDDD | ACCO,PINA | 115218 | 12/31/2016 | SIOU | MDDD | Makism 3D | (1,000) | write off stock | sell stock | USD | - | - |
| MDDD | ACCO,PINA | 115784 | 12/31/2016 | STEL | MDDD | Makism 3D | (2,080.0000) | write off stock | sell stock | USD | - | - |

8 of 8

A4545

**EXHIBIT 295** — 21-cv-11276-WGY

ARTH Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARTH | ACCO | 52163 | 9/5/2012 | VPQU | ARTH | | 70,000 | internal transfer | transfer stock in | USD | - | - | - |
| ARTH | ACCO | 37950 | 9/6/2012 | REST | ARTH-E | Arch Therapeutics | 1,890,000 | receive stock | buy stock | USD | - | (100.00) | - |
| ARTH | ACCO | 37957 | 9/6/2012 | REST | ARTH-R | Arch Therapeutics | 4,070,000 | receive stock | receive stock | USD | - | (100.00) | - |
| ARTH | ACCO | 38127 | 9/12/2012 | BCEL | | | | Empire stk# 697 | debit | USD | (30.00) | (130.00) | - |
| ARTH | ACCO | 38126 | 9/12/2012 | REST | ARTH-E | Arch Therapeutics | (140,000) | deliver stock | stock delivery | USD | - | (600.00) | - |
| ARTH | ACCO | 38126 | 9/12/2012 | REST | | | | deliver stock | debit | USD | - | (100.00) | - |
| ARTH | ACCO | 38187 | 9/13/2012 | REST | ARTH-E | Arch Therapeutics | (140,000) | deliver stock | stock delivery | USD | - | (600.00) | - |
| ARTH | ACCO | 38187 | 9/13/2012 | REST | | | | deliver stock | debit | USD | - | (100.00) | - |
| ARTH | ACCO | 38188 | 9/13/2012 | BCEL | | | | Empire stk#698 | debit | USD | (30.00) | (130.00) | - |
| ARTH | ACCO | 38236 | 9/14/2012 | REST | ARTH-E | Arch Therapeutics | (140,000) | deliver stock | stock delivery | USD | - | (500.00) | - |
| ARTH | ACCO | 38236 | 9/14/2012 | REST | | | | deliver stock | debit | USD | - | (100.00) | - |
| ARTH | ACCO | 38237 | 9/14/2012 | BCEL | | | | Empire stk#702 | debit | USD | (30.00) | (130.00) | - |
| ARTH | ACCO | 38303 | 9/17/2012 | REST | ARTH-E | Arch Therapeutics | (140,000) | deliver stock | stock delivery | USD | - | (590.00) | - |
| ARTH | ACCO | 38303 | 9/17/2012 | REST | | | | deliver stock | debit | USD | - | (100.00) | - |
| ARTH | ACCO | 38305 | 9/17/2012 | BCEL | | | | Empire stk#705 | debit | USD | (30.00) | (130.00) | - |
| ARTH | ACCO | 38369 | 9/18/2012 | REST | ARTH-E | Arch Therapeutics | (140,000) | deliver stock | stock delivery | USD | - | (600.00) | - |
| ARTH | ACCO | 38369 | 9/18/2012 | REST | | | | deliver stock | debit | USD | - | (100.00) | - |
| ARTH | ACCO | 38370 | 9/18/2012 | BCEL | | | | Empire stk#711 | debit | USD | (30.00) | (130.00) | - |
| ARTH | ACCO | 38128 | 9/19/2012 | HYPP | ARTH | Arch Therapeutics | 140,000 | receive stock | buy stock | USD | (349.61) | (449.61) | - |
| ARTH | ACCO | 38389 | 9/19/2012 | VPQU | ARTH | Arch Therapeutics | 140,000 | receive stock | buy stock | USD | (800.00) | (900.00) | - |
| ARTH | ACCO | 38459 | 9/20/2012 | REST | ARTH-E | Arch Therapeutics | (210,000) | deliver stock | stock delivery | USD | - | (900.00) | - |
| ARTH | ACCO | 38459 | 9/20/2012 | REST | | | | deliver stock | debit | USD | - | (150.00) | - |
| ARTH | ACCO | 38460 | 9/20/2012 | BCEL | | | | Empire stk#717 | debit | USD | (60.00) | (160.00) | - |
| ARTH | ACCO | 38238 | 9/21/2012 | SIL2 | ARTH | Arch Therapeutics | 140,000 | receive stock | buy stock | USD | - | (100.00) | - |
| ARTH | ACCO | 38306 | 9/24/2012 | DSIT | ARTH | Arch Therapeutics | 140,000 | receive stock | buy stock | USD | - | (100.00) | - |
| ARTH | ACCO | 38371 | 9/25/2012 | VERL | ARTH | Arch Therapeutics | 140,000 | receive stock | buy stock | USD | (500.00) | (600.00) | - |
| ARTH | ACCO | 38460 | 9/26/2012 | VERN | ARTH | Arch Therapeutics | 140,000 | receive stock | buy stock | USD | (500.00) | (600.00) | - |
| ARTH | ACCO | 38461 | 9/27/2012 | VPQU | ARTH | Arch Therapeutics | 70,000 | receive stock | buy stock | USD | (319.22) | (419.22) | - |
| ARTH | ACCO | 39024 | 9/29/2012 | WORK | | | | interest charge | interest charge | USD | - | (56.96) | - |
| ARTH | ACCO | 40427 | 10/31/2012 | WORK | | | | interest charge | interest charge | USD | - | (167.12) | - |
| ARTH | ACCO | 41951 | 11/30/2012 | WORK | | | | interest charge | interest charge | USD | - | (170.69) | - |
| ARTH | ACCO | 44075 | 12/28/2012 | HYPG | ARTH | | (2,500) | sell stock | sell stock | USD | 188.79 | 88.79 | - |
| ARTH | ACCO | 43324 | 12/31/2012 | WORK | | | | interest charge | interest charge | USD | - | (0.01) | - |
| ARTH | ACCO | 43759 | 1/3/2013 | CBHQ | ARTH | | 100 | buy stock | buy stock | USD | (1,219.24) | (1,319.24) | - |
| ARTH | ACCO | 51655 | 1/3/2013 | CBHQ | ARTH | | (100) | stock split | split stock out | USD | - | - | - |
| ARTH | ACCO | 51655 | 1/3/2013 | CBHQ | ARTH | | 1,100 | stock split | split stock in | USD | - | - | - |
| ARTH | ACCO | 44880 | 1/31/2013 | WORK | | | | interest charge | interest charge | USD | - | (207.05) | - |
| ARTH | ACCO | 46322 | 2/28/2013 | WORK | | | | interest charge | interest charge | USD | - | (268.08) | - |
| ARTH | ACCO | 47672 | 3/29/2013 | WORK | | | | custody fees | debit | USD | - | (2,474.59) | - |
| ARTH | ACCO | 47788 | 3/29/2013 | WORK | | | | interest charge | interest charge | USD | - | (179.22) | - |
| ARTH | ACCO | 48104 | 4/2/2013 | REST | ARTH-E | Arch Therapeutics | (140,000) | deliver stock | stock delivery | USD | - | (500.00) | - |
| ARTH | ACCO | 48104 | 4/2/2013 | REST | | | | deliver stock | debit | USD | - | (100.00) | - |
| ARTH | ACCO | 48104 | 4/2/2013 | REST | | | | deliver fees | debit | USD | (50.00) | (150.00) | - |
| ARTH | ACCO | 48010 | 4/2/2013 | DOMI | | | | Empire stk#712 | debit | USD | - | - | - |
| ARTH | ACCO | 48455 | 4/11/2013 | WORK | | | | internal transfer | credit | USD | - | 50,000.00 | - |
| ARTH | ACCO | 48681 | 4/17/2013 | WORK | | | | internal transfer | credit | USD | - | 250,000.00 | - |
| ARTH | ACCO | 48682 | 4/17/2013 | WORK | | | | internal transfer | credit | USD | - | 250,000.00 | - |
| ARTH | ACCO | 48683 | 4/17/2013 | WORK | | | | internal transfer | credit | USD | - | 250,000.00 | - |
| ARTH | ACCO | 48684 | 4/17/2013 | WORK | | | | internal transfer | credit | USD | - | 250,000.00 | - |
| ARTH | ACCO | 48690 | 4/17/2013 | DOMI | | | | FamCom TT | debit | USD | (55,070.00) | (55,620.70) | - |
| ARTH | ACCO | 48723 | 4/18/2013 | WORK | | | | director fees | debit | USD | - | (100.00) | - |
| ARTH | ACCO | 48104 | 4/18/2013 | WORK | | | | director fees | debit | USD | - | (100.00) | - |
| ARTH | ACCO | 48838 | 4/19/2013 | WORK | | | | director fees | debit | USD | (50.00) | (400.00) | - |
| ARTH | ACCO | 48922 | 4/23/2013 | WORK | | | | Advantage Media incorp | debit | USD | - | (2,900.00) | - |
| ARTH | ACCO | 48966 | 4/23/2013 | REST | ARTH-R | Arch Therapeutics | (2,070,000) | deliver stock | stock delivery | USD | - | (300.00) | - |
| ARTH | ACCO | 48960 | 4/23/2013 | REST | | | | deliver stock | debit | USD | - | (100.00) | - |
| ARTH | ACCO | 48961 | 4/23/2013 | BCEL | | | | Empire stk#1029 | debit | USD | (50.00) | (150.00) | - |
| ARTH | ACCO | 49060 | 4/25/2013 | WORK | | | | director fee | debit | USD | - | (100.00) | - |

A4546

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARTH | ACCO | 49071 | 4/25/2013 | DGMI | | | | Greenberg Traurig TT | debit | USD | (50,070.00) | (50,570.70) | - |
| ARTH | ACCO | 49111 | 4/26/2013 | WORK | | | | director fees | debit | USD | | (100.00) | - |
| ARTH | ACCO | 49199 | 4/29/2013 | DGMI | | | | Dhjiri Banns TT | debit | USD | (9,570.00) | (9,670.00) | - |
| ARTH | ACCO | 49494 | 4/30/2013 | WORK | | | | interest payment | interest payment | USD | | 273.09 | - |
| ARTH | ACCO | 49827 | 5/2/2013 | BCEL | | | | Empire c&#1039 | debit | USD | (195.00) | (295.00) | - |
| ARTH | ACCO | 49837 | 5/2/2013 | BCEL | | | | Empire c&#1040 | debit | USD | (30.00) | (130.00) | - |
| ARTH | ACCO | 49903 | 5/3/2013 | DGMI | | | | Pacific Words & Images TT | debit | USD | (35,070.00) | (35,420.70) | - |
| ARTH | ACCO | 50098 | 5/8/2013 | WORK | | | | director fee | debit | USD | | (100.00) | - |
| ARTH | ACCO | 50375 | 5/15/2013 | WORK | | | | director fees | debit | USD | | (200.00) | - |
| ARTH | ACCO | 50652 | 5/21/2013 | WORK | | | | director fee | debit | USD | | (100.00) | - |
| ARTH | ACCO | 50729 | 5/22/2013 | WORK | | | | director fee | debit | USD | | (100.00) | - |
| ARTH | ACCO | 50744 | 5/22/2013 | DGMI | | | | Diamond Spot Media TT | debit | USD | (400,110.00) | (404,111.10) | - |
| ARTH | ACCO | 51642 | 5/28/2013 | VPQU | ARTH | Arch Therapeutics | (140,000.00) | stock split | split stock out | USD | | | - |
| ARTH | ACCO | 51642 | 5/28/2013 | VPQU | ARTH | Arch Therapeutics | 1,540,000.00 | stock split | split stock in | USD | | | - |
| ARTH | ACCO | 51645 | 5/28/2013 | SIL2 | ARTH | Arch Therapeutics | (140,000.00) | stock split | split stock out | USD | | | - |
| ARTH | ACCO | 51645 | 5/28/2013 | SIL2 | ARTH | Arch Therapeutics | 1,540,000.00 | stock split | split stock in | USD | | | - |
| ARTH | ACCO | 51646 | 5/28/2013 | BSIT | ARTH | Arch Therapeutics | (140,000.00) | stock split | split stock in | USD | | | - |
| ARTH | ACCO | 51646 | 5/28/2013 | BSIT | ARTH | Arch Therapeutics | 1,540,000.00 | stock split | split stock in | USD | | | - |
| ARTH | ACCO | 51647 | 5/28/2013 | VERL | ARTH | Arch Therapeutics | (140,000.00) | stock split | split stock out | USD | | | - |
| ARTH | ACCO | 51647 | 5/28/2013 | VERL | ARTH | Arch Therapeutics | 1,540,000.00 | stock split | split stock in | USD | | | - |
| ARTH | ACCO | 51648 | 5/28/2013 | VERN | ARTH | Arch Therapeutics | (140,000.00) | stock split | split stock out | USD | | | - |
| ARTH | ACCO | 51648 | 5/28/2013 | VERN | ARTH | Arch Therapeutics | 1,540,000.00 | stock split | split stock in | USD | | | - |
| ARTH | ACCO | 51643 | 5/28/2013 | HYPP | ARTH | Arch Therapeutics | (137,500.00) | stock split | split stock out | USD | | | - |
| ARTH | ACCO | 51644 | 5/28/2013 | HYPG | ARTH | Arch Therapeutics | 1,512,500.00 | stock split | split stock in | USD | | | - |
| ARTH | ACCO | 51108 | 5/28/2013 | RIST | ARTH-R | Arch Therapeutics | (840,000.00) | stock split | split stock out | USD | | | - |
| ARTH | ACCO | 51108 | 5/28/2013 | RIST | ARTH-R | Arch Therapeutics | 9,240,000.00 | stock split | split stock in | USD | | | - |
| ARTH | ACCO | 51109 | 5/28/2013 | RIST | ARTH-R | Arch Therapeutics | (2,000,000.00) | stock split | split stock out | USD | | | - |
| ARTH | ACCO | 51099 | 5/28/2013 | RIST | ARTH-R | Arch Therapeutics | 22,000,000.00 | stock split | split stock in | USD | | | - |
| ARTH | ACCO | 51099 | 5/29/2013 | DGMI | | | | Empire Stock Transfer TT | debit | USD | (2,640.00) | (2,740.00) | - |
| ARTH | ACCO | 51233 | 5/31/2013 | RIST | ARTH-R | Arch Therapeutics | 1,400,000.00 | receive stock | buy stock | USD | | (100.00) | - |
| ARTH | ACCO | 51685 | 5/31/2013 | RIST | ARTH-R | Arch Therapeutics | (2,000,000.00) | deliver stock | stock delivery | USD | | (200.00) | - |
| ARTH | ACCO | 51685 | 5/31/2013 | RIST | | | | deliver stock | deliver stock | USD | | (50.00) | - |
| ARTH | ACCO | 51686 | 5/31/2013 | BCEL | | | | Empire c&#1085 | debit | USD | (45.00) | (145.00) | - |
| ARTH | ACCO | 51399 | 5/31/2013 | WORK | | | | interest payment | interest payment | USD | | 639.48 | - |
| ARTH | ACCO | 48106 | 6/7/2013 | HELH | ARTH-E | Arch Therapeutics | 140,000.00 | receive stock | buy stock | USD | | (100.00) | - |
| ARTH | ACCO | 51926 | 6/7/2013 | HYPP | ARTH-E | Arch Therapeutics | 1,000 | buy stock | buy stock | USD | (810.98) | (910.98) | - |
| ARTH | ACCO | 52515 | 6/7/2013 | WORK | | | | ARTH #1 | debit | USD | | (100,000.00) | - |
| ARTH | ACCO | 52044 | 6/11/2013 | HYPP | ARTH | Arch Therapeutics | (99,700) | sell stock | sell stock | USD | 88,335.15 | 85,685.10 | - |
| ARTH | ACCO | 52125 | 6/12/2013 | DGMI | | | | Diamond Spot Media TT | debit | USD | (400,110.00) | (404,111.10) | - |
| ARTH | ACCO | 52136 | 6/12/2013 | VPQU | | | (60,000.00) | sell stock | sell stock | USD | 54,303.76 | 52,674.65 | - |
| ARTH | ACCO | 52135 | 6/12/2013 | RIST | | | (1,540,000.00) | deliver stock | stock delivery | USD | | (200.00) | - |
| ARTH | ACCO | 52152 | 6/12/2013 | RIST | | | | deliver stock | debit | USD | | (50.00) | - |
| ARTH | ACCO | 52153 | 6/12/2013 | BCEL | | | | Empire c&#1099 | debit | USD | (70.00) | (170.00) | - |
| ARTH | ACCO | 52164 | 6/12/2013 | WORK | | | | internal transfer | credit | USD | | 250,000.00 | - |
| ARTH | ACCO | 52165 | 6/12/2013 | WORK | | | | internal transfer | credit | USD | | 250,000.00 | - |
| ARTH | ACCO | 52166 | 6/12/2013 | WORK | | | | internal transfer | credit | USD | | 250,000.00 | - |
| ARTH | ACCO | 52167 | 6/12/2013 | WORK | | | | internal transfer | credit | USD | | 250,000.00 | - |
| ARTH | ACCO | 52391 | 6/13/2013 | WORK | | | | Director fees | debit | USD | | (200.00) | - |
| ARTH | ACCO | 52390 | 6/13/2013 | DGMI | | | | Market Authority TT | debit | USD | (35,070.00) | (35,420.70) | - |
| ARTH | ACCO | 52211 | 6/13/2013 | RIST | ARTH-R | Arch Therapeutics | (1,400,000.00) | deliver stock | stock delivery | USD | | (200.00) | - |
| ARTH | ACCO | 52211 | 6/13/2013 | RIST | | | | deliver stock | debit | USD | | (100.00) | - |
| ARTH | ACCO | 52212 | 6/13/2013 | BCEL | | | | Empire c&#1100 | debit | USD | (45.00) | (145.00) | - |
| ARTH | ACCO | 52250 | 6/14/2013 | VPQU | | | (5,000.00) | sell stock | sell stock | USD | 3,590.61 | 3,482.89 | - |
| ARTH | ACCO | 52311 | 6/17/2013 | BCEL | ARTH | Arch Therapeutics | (20,010,000.00) | sell stock | stock delivery | USD | | (200.00) | - |

A4547

ARTH Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARTH | ACCO | 52311 | 6/17/2013 | REST | | | | deliver stock | debit | USD | (100.00) | (100.00) | - |
| ARTH | ACCO | 52312 | 6/17/2013 | BCEL | | | | Empire ck#1108 | debit | USD | (100.00) | (200.00) | - |
| ARTH | ACCO | 52313 | 6/17/2013 | BCEL | | | | Empire ck#1109 | debit | USD | (65.00) | (265.00) | - |
| ARTH | ACCO | 52315 | 6/17/2013 | REST | ARTH-E | Arch Therapeutics | (7700000) | deliver stock | stock delivery | USD | - | (400.00) | - |
| ARTH | ACCO | 52315 | 6/17/2013 | REST | | | | deliver stock | debit | USD | - | (100.00) | - |
| ARTH | ACCO | 52323 | 6/17/2013 | VPOU | ARTH | Arch Therapeutics | (75,000) | sell stock | sell stock | USD | 63,079.52 | 61,187.13 | - |
| ARTH | ACCO | 52348 | 6/17/2013 | DGMI | | Arch Therapeutics | | Diamond Spot Media TT | debit | USD | (400,110.00) | (404,111.10) | - |
| ARTH | ACCO | 52424 | 6/18/2013 | VERN | ARTH | Arch Therapeutics | (268,200) | sell stock | sell stock | USD | 197,828.77 | 193,872.19 | - |
| ARTH | ACCO | 52425 | 6/18/2013 | VERL | ARTH | Arch Therapeutics | (1,540,000) | sell stock | sell stock | USD | 1,150,250.26 | 1,121,494.00 | - |
| ARTH | ACCO | 52389 | 6/18/2013 | VPOU | ARTH | Arch Therapeutics | (1,070,500) | sell stock | sell stock | USD | 797,884.32 | 773,947.79 | - |
| ARTH | ACCO | 52437 | 6/19/2013 | CBHO | ARTH | Arch Therapeutics | 10,000 | buy stock | buy stock | USD | (7,228.13) | (7,408.83) | - |
| ARTH | ACCO | 52438 | 6/19/2013 | VPOU | ARTH | Arch Therapeutics | 685,000 | sell stock | sell stock | USD | 66,700.27 | 64,699.26 | - |
| ARTH | ACCO | 52444 | 6/19/2013 | DGMI | | | | Diamond Spot Media TT | debit | USD | (640,150.00) | (646,551.50) | - |
| ARTH | ACCO | 52213 | 6/19/2013 | VERB | ARTH | Arch Therapeutics | 1,400,000 | receive stock | buy stock | USD | (500.00) | (600.00) | - |
| ARTH | ACCO | 52489 | 6/20/2013 | VPOU | ARTH | Arch Therapeutics | 294,850 | buy stock | buy stock | USD | (229,335.45) | (235,068.84) | - |
| ARTH | ACCO | 52527 | 6/20/2013 | DGMI | | | | Everest IR Services TT | debit | USD | (30,070.00) | (30,370.70) | - |
| ARTH | ACCO | 52505 | 6/20/2013 | HYPP | ARTH | Arch Therapeutics | (20,300) | sell stock | sell stock | USD | 16,825.50 | 16,404.86 | - |
| ARTH | ACCO | 52506 | 6/20/2013 | CBHO | ARTH | Arch Therapeutics | 1,000 | buy stock | buy stock | USD | (1,036.12) | (1,136.12) | - |
| ARTH | ACCO | 52507 | 6/20/2013 | VPOU | ARTH | Arch Therapeutics | (144,800) | sell stock | sell stock | USD | 112,329.72 | 108,059.83 | - |
| ARTH | ACCO | 52512 | 6/20/2013 | DGMI | | | | Diamond Spot Media TT | debit | USD | (500,150.00) | (505,151.50) | - |
| ARTH | ACCO | 52514 | 6/20/2013 | SIL2 | ARTH | Arch Therapeutics | (95,000) | sell stock | sell stock | USD | | 71,150.00 | - |
| ARTH | ACCO | 52655 | 6/21/2013 | HYPG | ARTH | Arch Therapeutics | (146,400) | sell stock | sell stock | USD | 125,234.26 | 122,103.40 | - |
| ARTH | ACCO | 52576 | 6/21/2013 | SIL2 | ARTH | Arch Therapeutics | (40,000) | sell stock | sell stock | USD | 33,689.70 | 32,847.46 | - |
| ARTH | ACCO | 52630 | 6/21/2013 | HYPG | ARTH | Arch Therapeutics | (100,000) | sell stock | sell stock | USD | 77,178.66 | 75,249.19 | - |
| ARTH | ACCO | 52623 | 6/21/2013 | HYPG | ARTH | Arch Therapeutics | 69,000 | buy stock | buy stock | USD | (55,223.57) | (56,604.16) | - |
| ARTH | ACCO | 52696 | 6/24/2013 | HYPG | ARTH | Arch Therapeutics | (108,489) | sell stock | sell stock | USD | 93,559.17 | 91,220.19 | - |
| ARTH | ACCO | 52316 | 6/24/2013 | VPPA | ARTH | Arch Therapeutics | 750,000 | receive stock | buy stock | USD | | (22,500.00) | - |
| ARTH | ACCO | 52671 | 6/24/2013 | DGMI | | | | Full Service Media TT | debit | USD | 225,110.00 | (227,361.10) | - |
| ARTH | ACCO | 52673 | 6/24/2013 | DGMI | | | | Pacific Word & Images TT | debit | USD | (10,020.00) | (10,120.20) | - |
| ARTH | ACCO | 52699 | 6/25/2013 | CBHO | ARTH | Arch Therapeutics | 144,000 | buy stock | buy stock | USD | (129,179.47) | (132,408.96) | - |
| ARTH | ACCO | 52747 | 6/26/2013 | CBHO | ARTH | Arch Therapeutics | 22,000 | buy stock | buy stock | USD | (19,679.44) | (20,171.43) | - |
| ARTH | ACCO | 52794 | 6/27/2013 | DGMI | | | | Greenberg Traurig TT | debit | USD | (82,375.10) | (83,198.85) | - |
| ARTH | ACCO | 52822 | 6/27/2013 | DGMI | | | | Diamond Spot Media TT | debit | USD | (710,150.00) | (717,251.50) | - |
| ARTH | ACCO | 52803 | 6/27/2013 | HYPG | ARTH | Arch Therapeutics | (2,500) | sell stock | sell stock | USD | 1,935.46 | 1,835.46 | - |
| ARTH | ACCO | 52843 | 6/28/2013 | CBHO | ARTH | Arch Therapeutics | 100,000 | buy stock | buy stock | USD | (86,402.50) | (88,567.60) | - |
| ARTH | ACCO | 52890 | 6/29/2013 | WORK | ARTH | Arch Therapeutics | | custody fees | debit | USD | | (15,973.13) | - |
| ARTH | ACCO | 53149 | 6/29/2013 | WORK | | | | interest payment | interest payment | USD | | 839.73 | - |
| ARTH | ACCO | 53385 | 7/1/2013 | CBHO | ARTH | Arch Therapeutics | 120,000 | buy stock | buy stock | USD | (103,073.10) | (105,649.93) | - |
| ARTH | ACCO | 53510 | 7/3/2013 | CBHO | ARTH | Arch Therapeutics | 25,000 | buy stock | buy stock | USD | (20,838.25) | (21,359.21) | - |
| ARTH | ACCO | 53569 | 7/3/2013 | DGMI | | | | Full Service Media TT | debit | USD | (235,110.00) | (237,461.10) | - |
| ARTH | ACCO | 53571 | 7/3/2013 | DGMI | | | | Diamond Spot Media TT | debit | USD | (149,110.00) | (150,601.10) | - |
| ARTH | ACCO | 53649 | 7/5/2013 | REST | | Arch Therapeutics | | deliver stock | debit | USD | | (500.00) | - |
| ARTH | ACCO | 53649 | 7/5/2013 | REST | | | | deliver stock | deliver stock | USD | | (800.00) | - |
| ARTH | ACCO | 53650 | 7/5/2013 | BCEL | | | | Empire ck#1122 | debit | USD | (210.00) | (310.00) | - |
| ARTH | ACCO | 53708 | 7/8/2013 | VERN | ARTH | Arch Therapeutics | (1,271,381) | sell stock | sell stock | USD | 1,529,415.28 | 1,498,826.97 | - |
| ARTH | ACCO | 53709 | 7/8/2013 | HYPG | ARTH | Arch Therapeutics | (155,500) | sell stock | sell stock | USD | 135,121.66 | 131,743.62 | - |
| ARTH | ACCO | 53666 | 7/8/2013 | ISIT | ARTH | Arch Therapeutics | (100,000) | sell stock | sell stock | USD | 122,685.36 | 119,004.80 | - |
| ARTH | ACCO | 53688 | 7/8/2013 | CBHO | ARTH | Arch Therapeutics | 6,000 | buy stock | buy stock | USD | (5,495.31) | (5,632.69) | - |
| ARTH | ACCO | 53688 | 7/8/2013 | DGMI | | | | Beneficial Designs TT | debit | USD | (5,070.00) | (5,170.00) | - |
| ARTH | ACCO | 52516 | 7/8/2013 | WORK | | | | ARTH #25 | debit | USD | | (400,000.00) | - |
| ARTH | ACCO | 53716 | 7/8/2013 | IBST | ARTH | Arch Therapeutics | (325,000) | sell stock | sell stock | USD | 406,488.94 | 394,294.27 | - |
| ARTH | ACCO | 53725 | 7/9/2013 | IBST | ARTH | Arch Therapeutics | (20,000) | sell stock | sell stock | USD | 23,997.40 | 23,397.47 | - |
| ARTH | ACCO | 53744 | 7/9/2013 | DGMI | | | | FirstCom TT | debit | USD | (55,070.00) | (55,620.70) | - |
| ARTH | ACCO | 53651 | 7/9/2013 | VERL | ARTH | Arch Therapeutics | 2,310,000 | receive stock via DWAC | buy stock | USD | | (100.00) | - |
| ARTH | ACCO | 53798 | 7/10/2013 | VERB | ARTH | Arch Therapeutics | 100,083 | buy stock | buy stock | USD | (130,943.57) | (134,217.16) | - |
| ARTH | ACCO | 53773 | 7/10/2013 | IBST | ARTH | Arch Therapeutics | (1,075,000) | sell stock | sell stock | USD | 1,279,306.20 | 1,240,927.01 | - |

3 of 14

A4548

ARTH Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARTH | ACCO | 53774 | 7/10/2013 | SIL2 | ARTH | Areth Therapeutics | (275,000) | sell stock | sell stock | USD | 350,537.16 | 341,773.73 | - |
| ARTH | ACCO | 53778 | 7/10/2013 | VPOU | ARTH | Areth Therapeutics | 200,000 | buy stock | buy stock | USD | (265,557.55) | (273,524.28) | - |
| ARTH | ACCO | 53771 | 7/10/2013 | HYPG | ARTH | Areth Therapeutics | (1,150,000) | sell stock | sell stock | USD | 1,355,525.34 | 1,324,562.10 | - |
| ARTH | ACCO | 53836 | 7/11/2013 | HELI | ARTH | Areth Therapeutics | 386,510 | buy stock | buy stock | USD | (523,415.56) | (536,517.35) | - |
| ARTH | ACCO | 53806 | 7/11/2013 | HYPG | ARTH | Areth Therapeutics | (185,392) | sell stock | sell stock | USD | 228,032.28 | 222,331.47 | - |
| ARTH | ACCO | 53812 | 7/11/2013 | VPOU | ARTH | Areth Therapeutics | 50,000 | buy stock | buy stock | USD | (67,576.78) | (69,694.08) | - |
| ARTH | ACCO | 53866 | 7/12/2013 | VERB | ARTH | Areth Therapeutics | 673,375 | buy stock | buy stock | USD | (846,332.29) | (867,490.60) | - |
| ARTH | ACCO | 53873 | 7/12/2013 | HELI | ARTH | Areth Therapeutics | 80,000 | buy stock | buy stock | USD | (100,860.00) | (103,381.50) | - |
| ARTH | ACCO | 53841 | 7/12/2013 | BSIT | ARTH | Areth Therapeutics | (20,000) | sell stock | sell stock | USD | 25,051.66 | 24,300.11 | - |
| ARTH | ACCO | 53842 | 7/12/2013 | SIL2 | ARTH | Areth Therapeutics | (698,500) | sell stock | sell stock | USD | 856,506.28 | 835,093.62 | - |
| ARTH | ACCO | 53848 | 7/12/2013 | VPOU | ARTH | Areth Therapeutics | 63,366 | buy stock | buy stock | USD | (84,607.51) | (87,145.74) | - |
| ARTH | ACCO | 53926 | 7/15/2013 | VERB | ARTH | Areth Therapeutics | (10,000) | sell stock | sell stock | USD | 10,645.00 | 10,378.88 | - |
| ARTH | ACCO | 53870 | 7/15/2013 | SIL2 | ARTH | Areth Therapeutics | 2,500 | buy stock | buy stock | USD | (3,390.62) | (3,509.29) | - |
| ARTH | ACCO | 53876 | 7/15/2013 | SIL2 | ARTH | Areth Therapeutics | (73,000) | sell stock | sell stock | USD | 78,319.45 | 76,361.46 | - |
| ARTH | ACCO | 53883 | 7/15/2013 | VPOU | ARTH | Areth Therapeutics | 255,000 | buy stock | buy stock | USD | (318,529.80) | (328,085.69) | - |
| ARTH | ACCO | 55102 | 7/16/2013 | HYPG | ARTH | Areth Therapeutics | (28,069) | sell stock | sell stock | USD | 36,122.68 | 34,858.39 | - |
| ARTH | ACCO | 53977 | 7/16/2013 | HELI | ARTH | Areth Therapeutics | (23,300) | sell stock | sell stock | USD | 17,450.52 | 17,014.26 | - |
| ARTH | ACCO | 53983 | 7/16/2013 | HELI | ARTH | Areth Therapeutics | 25,000 | buy stock | buy stock | USD | (18,962.50) | (19,436.56) | - |
| ARTH | ACCO | 53946 | 7/16/2013 | SIL2 | ARTH | Areth Therapeutics | (254,000) | sell stock | sell stock | USD | 208,237.55 | 199,131.71 | - |
| ARTH | ACCO | 53949 | 7/17/2013 | SEIU | ARTH | Areth Therapeutics | (439,440) | sell stock | sell stock | USD | 282,906.30 | 275,059.47 | - |
| ARTH | ACCO | 53988 | 7/17/2013 | SIL2 | ARTH | Areth Therapeutics | (68,596) | sell stock | sell stock | USD | 49,239.28 | 48,008.30 | - |
| ARTH | ACCO | 53989 | 7/17/2013 | BSIT | ARTH | Areth Therapeutics | (20,000) | sell stock | sell stock | USD | 13,517.66 | 13,112.13 | - |
| ARTH | ACCO | 53996 | 7/17/2013 | VPOU | ARTH | Areth Therapeutics | 75,000 | buy stock | buy stock | USD | (56,743.85) | (58,446.17) | - |
| ARTH | ACCO | 54004 | 7/17/2013 | DGMI | | | | Vintage Filings TT | debit | USD | (8,151.00) | (8,251.00) | - |
| ARTH | ACCO | 54083 | 7/18/2013 | VERB | ARTH | Areth Therapeutics | (186,800) | sell stock | sell stock | USD | 79,535.81 | 77,547.41 | - |
| ARTH | ACCO | 54087 | 7/18/2013 | HELI | ARTH | Areth Therapeutics | (51,868) | sell stock | sell stock | USD | 24,420.44 | 23,809.93 | - |
| ARTH | ACCO | 54084 | 7/18/2013 | SIL2 | ARTH | Areth Therapeutics | (77,000) | sell stock | sell stock | USD | 45,589.84 | 44,658.57 | - |
| ARTH | ACCO | 54139 | 7/19/2013 | VERB | ARTH | Areth Therapeutics | (541,121) | sell stock | sell stock | USD | 254,689.72 | 248,322.48 | - |
| ARTH | ACCO | 54187 | 7/22/2013 | VERL | ARTH | Areth Therapeutics | (885,032) | sell stock | sell stock | USD | 427,007.50 | 416,332.31 | - |
| ARTH | ACCO | 54183 | 7/22/2013 | VERB | ARTH | Areth Therapeutics | (45,000) | sell stock | sell stock | USD | 22,482.29 | 21,920.23 | - |
| ARTH | ACCO | 54245 | 7/22/2013 | HYPG | ARTH | Areth Therapeutics | 100,000 | buy stock | buy stock | USD | (47,969.95) | (49,648.90) | - |
| ARTH | ACCO | 54151 | 7/22/2013 | DGMI | | | | Empire Stock Transfer TT | debit | USD | (230,110.00) | (232,411.10) | - |
| ARTH | ACCO | 54155 | 7/22/2013 | CBHQ | ARTH | Areth Therapeutics | (324,100) | sell stock | sell stock | USD | 140,451.93 | 136,940.63 | - |
| ARTH | ACCO | 54225 | 7/23/2013 | REST | ARTH | Areth Therapeutics | (2,310,000) | deliver stock | stock delivery | USD | - | (900.00) | - |
| ARTH | ACCO | 54221 | 7/23/2013 | REST | | | | deliver stock | debit | USD | - | (50.00) | - |
| ARTH | ACCO | 54226 | 7/23/2013 | BCEL | | | | Empire d&#1136 | debit | USD | (210.00) | (310.00) | - |
| ARTH | ACCO | 54240 | 7/23/2013 | VERL | ARTH | Areth Therapeutics | (838,736) | sell stock | sell stock | USD | 432,248.03 | 421,441.83 | - |
| ARTH | ACCO | 54199 | 7/23/2013 | DGMI | | | | Full Service Media TT | debit | USD | (175,110.00) | (176,861.10) | - |
| ARTH | ACCO | 54282 | 7/24/2013 | VERB | ARTH | Areth Therapeutics | (405,500) | sell stock | sell stock | USD | 217,317.11 | 211,884.18 | - |
| ARTH | ACCO | 54283 | 7/24/2013 | VERL | ARTH | Areth Therapeutics | (586,232) | sell stock | sell stock | USD | 313,787.24 | 305,942.56 | - |
| ARTH | ACCO | 54260 | 7/24/2013 | DGMI | | | | Empire Stock Transfer TT | debit | USD | (1,160.00) | (1,260.00) | - |
| ARTH | ACCO | 54273 | 7/24/2013 | WORK | | | | director fee | debit | USD | - | (100.00) | - |
| ARTH | ACCO | 54272 | 7/24/2013 | LEMI | | | | receive stock via DWAC | debit | USD | - | (100.00) | - |
| ARTH | ACCO | 54361 | 7/25/2013 | VERB | ARTH | Areth Therapeutics | 2,310,000 | buy stock | buy stock | USD | 571,094.44 | 556,817.08 | - |
| ARTH | ACCO | 54365 | 7/25/2013 | VERN | ARTH | Areth Therapeutics | (898,705) | sell stock | sell stock | USD | 109.78 | 9.78 | - |
| ARTH | ACCO | 54433 | 7/25/2013 | LEPA | ARTH | Areth Therapeutics | (4419) | sell stock | sell stock | USD | 249,960.08 | 243,711.08 | - |
| ARTH | ACCO | 54327 | 7/25/2013 | DGMI | | | | Beneficial Designs TT | debit | USD | (5,070.00) | (5,170.00) | - |
| ARTH | ACCO | 54502 | 7/26/2013 | LEPA | ARTH | Areth Therapeutics | (358,000) | sell stock | sell stock | USD | 209,281.99 | 204,049.94 | - |
| ARTH | ACCO | 54435 | 7/26/2013 | VERL | ARTH | Areth Therapeutics | 50,000 | buy stock | buy stock | USD | (36,075.00) | (36,976.88) | - |
| ARTH | ACCO | 54373 | 7/26/2013 | VERL | ARTH | Areth Therapeutics | (53,514) | sell stock | sell stock | USD | 23,639.21 | 23,048.23 | - |
| ARTH | ACCO | 54413 | 7/26/2013 | REST | ARTH | Areth Therapeutics | (2,310,000) | deliver stock | stock delivery | USD | - | (800.00) | - |
| ARTH | ACCO | 54414 | 7/26/2013 | REST | | | | deliver stock | debit | USD | - | (50.00) | - |
| ARTH | ACCO | 54588 | 7/29/2013 | BCEL | | | | Empire d&#1142 | debit | USD | (210.00) | (310.00) | - |
| ARTH | ACCO | 54413 | 7/29/2013 | LEMI | ARTH | Areth Therapeutics | (528,234) | sell stock | sell stock | USD | 304,238.60 | 296,632.63 | - |
| ARTH | ACCO | 54425 | 7/29/2013 | HYPG | ARTH | Areth Therapeutics | (100,100) | sell stock | sell stock | USD | 57,886.26 | 55,860.24 | - |
| ARTH | ACCO | 54446 | 7/29/2013 | CBHQ | ARTH | Areth Therapeutics | 200,000 | buy stock | buy stock | USD | (140,216.09) | (143,721.49) | - |

4 of 14

A4549

ARTH Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARTH | ACCO | 54483 | 7/29/2013 | SIL2 | | | | Paritz & Company TT | debit | USD | (1,537.55) | (1,637.55) | - |
| ARTH | ACCO | 54489 | 7/29/2013 | BCEL | | | | ND Design ck #812 | debit | USD | (140.00) | (240.00) | - |
| ARTH | ACCO | 54783 | 7/30/2013 | LEMI | | | (499,900) | sell stock | sell stock | USD | 281,029.19 | 274,003.46 | - |
| ARTH | ACCO | 54507 | 7/30/2013 | HYPG | | | (2,500) | sell stock | sell stock | USD | 1,189.51 | 1,089.51 | - |
| ARTH | ACCO | 54541 | 7/30/2013 | WORK | | | | director fee | debit | USD | - | (100.00) | - |
| ARTH | ACCO | 55029 | 7/31/2013 | LEMI | | | (500,000) | sell stock | sell stock | USD | 247,133.20 | 240,954.87 | - |
| ARTH | ACCO | 54598 | 7/31/2013 | WORK | | | | internal transfer | debit | USD | - | (500,100.00) | - |
| ARTH | ACCO | 54599 | 7/31/2013 | WORK | | | | internal transfer | debit | USD | - | (500,000.00) | - |
| ARTH | ACCO | 54600 | 7/31/2013 | WORK | | | | internal transfer | debit | USD | - | (500,100.00) | - |
| ARTH | ACCO | 54601 | 7/31/2013 | WORK | | | | internal transfer | debit | USD | - | (500,100.00) | - |
| ARTH | ACCO | 54800 | 7/31/2013 | WORK | | | | interest payment | interest payment | USD | 135,698.98 | 133,044.54 | - |
| ARTH | ACCO | 55121 | 8/1/2013 | LEMI | ARTH | Arch Therapeutics | (281,599) | sell stock | sell stock | USD | 131,721.51 | 131,721.51 | - |
| ARTH | ACCO | 55190 | 8/2/2013 | LEMI | ARTH | Arch Therapeutics | (131,767) | sell stock | sell stock | USD | 64,970.05 | 63,345.80 | - |
| ARTH | ACCO | 55142 | 8/2/2013 | HELH | ARTH-E | Arch Therapeutics | (140,000) | deliver stock | stock delivery | USD | - | (100.00) | - |
| ARTH | ACCO | 55198 | 8/5/2013 | LEMI | ARTH | Arch Therapeutics | (272,329) | sell stock | sell stock | USD | 141,472.66 | 137,935.84 | - |
| ARTH | ACCO | 55143 | 8/5/2013 | REST | ARTH-E | Arch Therapeutics | 140,000 | receive stock | buy stock | USD | - | (100.00) | - |
| ARTH | ACCO | 55251 | 8/6/2013 | LEMI | ARTH | Arch Therapeutics | (96,171) | sell stock | sell stock | USD | 49,921.97 | 48,673.92 | - |
| ARTH | ACCO | 55253 | 8/6/2013 | LEPA | ARTH | Arch Therapeutics | (342) | sell stock | sell stock | USD | 127.08 | 27.08 | - |
| ARTH | ACCO | 55173 | 8/6/2013 | BSIT | | | | debit | debit | USD | (500,015.00) | (505,015.15) | - |
| ARTH | ACCO | 55323 | 8/7/2013 | VPQU | | | (157,000) | sell stock | Greenberg Traurig TT | USD | 84,955.98 | 82,820.24 | - |
| ARTH | ACCO | 55240 | 8/7/2013 | REST | ARTH | Arch Therapeutics | (140,000) | deliver stock | stock delivery | USD | - | (400.00) | - |
| ARTH | ACCO | 55240 | 8/7/2013 | REST | | | | deliver stock | debit | USD | - | (50.00) | - |
| ARTH | ACCO | 55241 | 8/7/2013 | BCEL | | | | debit | debit | USD | (180.00) | (280.00) | - |
| ARTH | ACCO | 55262 | 8/8/2013 | VPQU | ARTH | Arch Therapeutics | (141,000) | sell stock | sell stock | USD | 73,881.35 | 71,664.91 | - |
| ARTH | ACCO | 55277 | 8/8/2013 | STEL | | | | Empire ck#1150 | debit | USD | - | (280.00) | - |
| ARTH | ACCO | 55242 | 8/9/2013 | STEL | | | | Full Service Media TT | debit | USD | (300,200.00) | (303,202.00) | - |
| ARTH | ACCO | 55342 | 8/9/2013 | VERL | | | 140,000 | receive stock via DWAC | buy stock | USD | - | (100.00) | - |
| ARTH | ACCO | 55329 | 8/12/2013 | VPQU | ARTH | Arch Therapeutics | (60,000) | sell stock | sell stock | USD | 31,148.36 | 30,313.91 | - |
| ARTH | ACCO | 55371 | 8/12/2013 | VPQU | ARTH | Arch Therapeutics | (31,000) | sell stock | sell stock | USD | 15,870.19 | 15,394.08 | - |
| ARTH | ACCO | 55410 | 8/15/2013 | VPQU | ARTH | Arch Therapeutics | (20,000) | sell stock | sell stock | USD | 9,725.97 | 9,434.19 | - |
| ARTH | ACCO | 55489 | 8/15/2013 | LEMI | ARTH | Arch Therapeutics | (125,000) | sell stock | sell stock | USD | 52,405.16 | 50,833.01 | - |
| ARTH | ACCO | 55603 | 8/16/2013 | LEMI | ARTH | Arch Therapeutics | 11,300 | buy stock | buy stock | USD | (5,739.85) | (5,883.35) | - |
| ARTH | ACCO | 55603 | 8/16/2013 | LEMI | ARTH | Arch Therapeutics | (63,032) | sell stock | sell stock | USD | 29,491.83 | 28,754.53 | - |
| ARTH | ACCO | 55564 | 8/16/2013 | VERB | ARTH | Arch Therapeutics | (190,000) | sell stock | sell stock | USD | 91,292.97 | 89,010.65 | - |
| ARTH | ACCO | 55565 | 8/16/2013 | VERL | ARTH | Arch Therapeutics | (80,000) | sell stock | sell stock | USD | 36,679.27 | 35,578.89 | - |
| ARTH | ACCO | 55514 | 8/16/2013 | VPQU | ARTH | Arch Therapeutics | (35,000) | buy stock | buy stock | USD | (18,812.25) | (18,847.02) | - |
| ARTH | ACCO | 55607 | 8/19/2013 | HELI | ARTH | Arch Therapeutics | (35,000) | sell stock | sell stock | USD | 13,885.21 | 13,538.08 | - |
| ARTH | ACCO | 55572 | 8/19/2013 | CBHQ | ARTH | Arch Therapeutics | (32,500) | sell stock | sell stock | USD | 15,543.65 | 15,155.06 | - |
| ARTH | ACCO | 55574 | 8/19/2013 | VPQU | ARTH | Arch Therapeutics | (29,366) | sell stock | sell stock | USD | 14,043.90 | 13,622.58 | - |
| ARTH | ACCO | 55662 | 8/20/2013 | LEMI | ARTH | Arch Therapeutics | (11,300) | sell stock | sell stock | USD | 3,946.64 | 3,846.64 | - |
| ARTH | ACCO | 55614 | 8/20/2013 | CBHQ | ARTH | Arch Therapeutics | (167,500) | sell stock | sell stock | USD | 71,973.27 | 70,173.94 | - |
| ARTH | ACCO | 55655 | 8/21/2013 | WORK | | | | internal transfer | debit | USD | - | (1,250,100.00) | - |
| ARTH | ACCO | 55656 | 8/21/2013 | WORK | | | | internal transfer | debit | USD | - | (600,100.00) | - |
| ARTH | ACCO | 55657 | 8/21/2013 | WORK | | | | internal transfer | debit | USD | - | (600,100.00) | - |
| ARTH | ACCO | 55658 | 8/21/2013 | WORK | | | | internal transfer | debit | USD | - | (600,100.00) | - |
| ARTH | ACCO | 55659 | 8/21/2013 | WORK | | | | internal transfer | debit | USD | - | (600,100.00) | - |
| ARTH | ACCO | 55691 | 8/22/2013 | BSIP | | | | Beneficial Designs TT | debit | USD | (5,037.86) | (5,137.86) | - |
| ARTH | ACCO | 55574 | 8/22/2013 | LEPA | | | | Heng Hong Investments TT | debit | USD | (600,200.00) | (606,202.00) | - |
| ARTH | ACCO | 56950 | 8/26/2013 | HYPP | | | | delivery ARTH | debit | USD | (199.30) | (299.30) | - |
| ARTH | ACCO | 56070 | 8/31/2013 | WORK | | | | interest payment | interest payment | USD | 34,633.64 | 33,421.46 | - |
| ARTH | ACCO | 56591 | 9/4/2013 | HYPP | ARTH | Arch Therapeutics | (87,312) | sell stock | sell stock | USD | (250,200.00) | (252,200.00) | - |
| ARTH | ACCO | 56631 | 9/6/2013 | STEL | | | | debit | debit | USD | 41,163.45 | 39,722.73 | - |
| ARTH | ACCO | 56594 | 9/9/2013 | HYPP | ARTH | Arch Therapeutics | (104,641) | sell stock | sell stock | USD | 19,465.21 | 18,783.93 | - |
| ARTH | ACCO | 56672 | 9/11/2013 | HYPP | ARTH | Arch Therapeutics | (50,150) | sell stock | sell stock | USD | 7,583.68 | 7,318.25 | - |
| ARTH | ACCO | 56882 | 9/12/2013 | LEPA | ARTH | Arch Therapeutics | (20,000) | sell stock | sell stock | USD | 9,102.09 | 8,783.52 | - |
| ARTH | ACCO | 56883 | 9/13/2013 | HYPP | ARTH | Arch Therapeutics | (25,000) | sell stock | sell stock | USD | 8,784.83 | 8,477.36 | - |
| ARTH | ACCO | 57114 | 9/20/2013 | HYPP | ARTH | Arch Therapeutics | (25,000) | sell stock | sell stock | USD | | | - |

A4550

ARTH Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARTH | ACCO | 57174 | 9/23/2013 | HYPP | | Arch Therapeutics | (40,000) | sell stock | sell stock | USD | 14,360.53 | 13,857.91 | - |
| ARTH | ACCO | 57221 | 9/23/2013 | WORK | | | | internal transfer | debit | USD | - | (200,100.00) | - |
| ARTH | ACCO | 57222 | 9/23/2013 | WORK | | | | internal transfer | debit | USD | - | (200,100.00) | - |
| ARTH | ACCO | 57223 | 9/23/2013 | WORK | | | | internal transfer | debit | USD | - | (200,100.00) | - |
| ARTH | ACCO | 57224 | 9/23/2013 | WORK | | | | internal transfer | debit | USD | - | (200,100.00) | - |
| ARTH | ACCO | 57281 | 9/24/2013 | HYPP | ARTH | Arch Therapeutics | (20,000) | sell stock | sell stock | USD | 6,998.13 | 6,753.20 | - |
| ARTH | ACCO | 57260 | 9/24/2013 | BSIP | | | | Beneficial Designs TT | debit | USD | (5,038.31) | (5,138.31) | - |
| ARTH | ACCO | 57282 | 9/25/2013 | HYPP | ARTH | Arch Therapeutics | (33,400) | sell stock | sell stock | USD | 11,992.09 | 11,572.37 | - |
| ARTH | ACCO | 57424 | 9/26/2013 | HYPP | ARTH | Arch Therapeutics | (25,000) | sell stock | sell stock | USD | 8,802.20 | 8,494.12 | - |
| ARTH | ACCO | 57451 | 9/27/2013 | WORK | | | | director fee | debit | USD | - | (100.00) | - |
| ARTH | ACCO | 57490 | 9/30/2013 | HYPP | ARTH | Arch Therapeutics | (38,525) | sell stock | sell stock | USD | 13,273.26 | 12,808.70 | - |
| ARTH | ACCO | 57667 | 9/30/2013 | WORK | | | | custody fees | debit | USD | - | (897.14) | - |
| ARTH | ACCO | 57812 | 9/30/2013 | WORK | | | | interest payment | interest payment | USD | - | 515.95 | - |
| ARTH | ACCO | 57659 | 10/1/2013 | HYPP | ARTH | Arch Therapeutics | (275,000) | sell stock | sell stock | USD | 90,767.03 | 87,590.18 | - |
| ARTH | ACCO | 58010 | 10/1/2013 | WORK | | | | internal transfer | debit | USD | - | (93,850.00) | - |
| ARTH | ACCO | 58125 | 10/3/2013 | HYPP | ARTH | Arch Therapeutics | (170,000) | sell stock | sell stock | USD | 49,753.01 | 48,011.65 | - |
| ARTH | ACCO | 58513 | 10/11/2013 | VPQU | | | | Sager Legal Advisors TT | debit | USD | (95,031.98) | (95,972.20) | - |
| ARTH | ACCO | 58543 | 10/16/2013 | HYPP | ARTH | Arch Therapeutics | (30,200) | sell stock | sell stock | USD | 8,630.15 | 8,328.09 | - |
| ARTH | ACCO | 58613 | 10/17/2013 | HYPP | ARTH | Arch Therapeutics | (30,000) | sell stock | sell stock | USD | 8,815.49 | 8,506.95 | - |
| ARTH | ACCO | 58666 | 10/18/2013 | HYPP | ARTH | Arch Therapeutics | (22,700) | sell stock | sell stock | USD | 6,669.66 | 6,453.33 | - |
| ARTH | ACCO | 58749 | 10/22/2013 | BSIP | | | | Beneficial Designs TT | debit | USD | (5,039.13) | (5,139.13) | - |
| ARTH | ACCO | 58806 | 10/23/2013 | WORK | | | | director fee | debit | USD | - | (100.00) | - |
| ARTH | ACCO | 59101 | 10/30/2013 | WORK | | | | director fee | debit | USD | - | (100.00) | - |
| ARTH | ACCO | 59338 | 10/31/2013 | WORK | | | | interest payment | interest payment | USD | - | 45.31 | - |
| ARTH | ACCO | 60011 | 11/14/2013 | WORK | | | | forex | forex debit | USD | - | (33,829.86) | - |
| ARTH | ACCO | 60011 | 11/14/2013 | WORK | | | | forex | forex credit | CAD | - | - | 34,890.53 |
| ARTH | ACCO | 59880 | 11/14/2013 | CASH | | | | debit | debit | CAD | (60,000.00) | - | (63,000.00) |
| ARTH | ACCO | 61529 | 11/30/2013 | WORK | | | | forex | forex debit | USD | - | (27,534.46) | - |
| ARTH | ACCO | 61529 | 11/30/2013 | WORK | | | | forex | forex credit | CAD | - | - | 28,423.68 |
| ARTH | ACCO | 60721 | 11/30/2013 | WORK | | | | interest payment | interest payment | USD | - | 12.05 | - |
| ARTH | ACCO | 60722 | 11/30/2013 | WORK | | | | interest charge | interest charge | CAD | - | - | (314.21) |
| ARTH | ACCO | 61580 | 12/16/2013 | HYPP | ARTH | Arch Therapeutics | (50,000) | sell stock | sell stock | USD | 9,594.54 | 9,258.73 | - |
| ARTH | ACCO | 61789 | 12/20/2013 | CASH | | | | debit | debit | CAD | (5,000.00) | - | (5,250.00) |
| ARTH | ACCO | 61819 | 12/20/2013 | WORK | | | | forex | forex debit | CAD | - | (5,000.40) | - |
| ARTH | ACCO | 61820 | 12/20/2013 | WORK | | | | forex | forex credit | USD | - | - | 5,250.00 |
| ARTH | ACCO | 62127 | 12/31/2013 | WORK | | | | custody fees | debit | USD | - | (270.82) | - |
| ARTH | ACCO | 62259 | 12/31/2013 | HYPP | ARTH | Arch Therapeutics | (33,922) | sell stock | sell stock | USD | 11,711.93 | 11,302.01 | - |
| ARTH | ACCO | 80992 | 1/2/2014 | WORK | | | | Paragon incorp | debit | USD | - | (3,900.00) | - |
| ARTH | ACCO | 62560 | 1/6/2014 | REST | ARTH-R | Arch Therapeutics | 1,500,000 | receive stock | buy stock | USD | - | (100.00) | - |
| ARTH | ACCO | 62625 | 1/6/2014 | HYPP | ARTH | Arch Therapeutics | (72,474) | sell stock | sell stock | USD | 29,356.51 | 28,329.03 | - |
| ARTH | ACCO | 62925 | 1/13/2014 | HYPP | ARTH | Arch Therapeutics | (57,200) | sell stock | sell stock | USD | 20,319.40 | 19,608.22 | - |
| ARTH | ACCO | 62965 | 1/14/2014 | HYPP | ARTH | Arch Therapeutics | (3,135) | sell stock | sell stock | USD | 1,097.82 | 1,007.82 | - |
| ARTH | ACCO | 62990 | 1/15/2014 | HYPP | ARTH | Arch Therapeutics | (33,922) | sell stock | sell stock | USD | 11,614.21 | 11,192.93 | - |
| ARTH | ACCO | 63033 | 1/16/2014 | HYPP | ARTH | Arch Therapeutics | (6,361) | sell stock | sell stock | USD | 2,220.74 | 2,120.74 | - |
| ARTH | ACCO | 63341 | 1/16/2014 | SIQU | ARTH | Arch Therapeutics | 936,799 | receive stock | buy stock | USD | - | (100.00) | - |
| ARTH | ACCO | 63091 | 1/17/2014 | SIQU | ARTH | Arch Therapeutics | (25,000) | sell stock | sell stock | USD | 9,305.25 | 8,979.57 | - |
| ARTH | ACCO | 64261 | 1/17/2014 | SIQU | ARTH | Arch Therapeutics | (13,040) | sell stock | sell stock | USD | 4,573.08 | 4,413.02 | - |
| ARTH | ACCO | 63097 | 1/21/2014 | SGPE | ARTH | Arch Therapeutics | (25,000) | sell stock | sell stock | USD | 9,795.00 | 9,452.17 | - |
| ARTH | ACCO | 63152 | 1/22/2014 | SGPE | ARTH | Arch Therapeutics | (7,550) | sell stock | sell stock | USD | 2,829.15 | 2,729.15 | - |
| ARTH | ACCO | 63279 | 1/27/2014 | SGPE | ARTH | Arch Therapeutics | (25,000) | sell stock | sell stock | USD | 9,645.00 | 9,305.25 | - |
| ARTH | ACCO | 63323 | 1/28/2014 | SGPE | ARTH | Arch Therapeutics | (2,500) | sell stock | sell stock | USD | 876.04 | 776.04 | - |
| ARTH | ACCO | 63582 | 1/31/2014 | WORK | | | | interest charge | interest charge | USD | - | (32.60) | - |
| ARTH | ACCO | 63881 | 2/4/2014 | BCHA | | | | forex | forex debit | CAD | (56,357.50) | - | (59,766.68) |
| ARTH | ACCO | 63881 | 2/4/2014 | CASH | | | | forex | forex credit | USD | 50,000.00 | 52,500.00 | - |
| ARTH | ACCO | 63943 | 2/4/2014 | LEMI | | | | forex | forex debit | USD | (53,465.35) | (54,000.00) | - |
| ARTH | ACCO | 63943 | 2/4/2014 | LEMI | | | | forex | forex credit | CAD | 59,159.42 | - | 59,159.42 |

A4551

ARTH Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARTH | ACCO | 63948 | 2/4/2014 | WORK | | | | forex | forex debit | USD | | (554.30) | - |
| ARTH | ACCO | 63948 | 2/4/2014 | WORK | | | | forex | forex credit | CAD | | | 607.26 |
| ARTH | ACCO | 63967 | 2/6/2014 | BSIB | | | | Beneficial Designs TT | debit | USD | (5,172.42) | (5,272.42) | - |
| ARTH | ACCO | 64171 | 2/11/2014 | SGPE | ARTH | Areth Therapeutics | (25,000) | sell stock | sell stock | USD | 9,308.25 | 8,979.57 | - |
| ARTH | ACCO | 64183 | 2/12/2014 | CASH | | | | debit | debit | USD | (12,500.00) | (13,125.00) | - |
| ARTH | ACCO | 64520 | 2/20/2014 | SGPE | | | (10,000) | sell stock | sell stock | USD | 3,559.75 | 3,435.16 | - |
| ARTH | ACCO | 64547 | 2/21/2014 | WORK | | | | director fees | director fees | USD | | (400.00) | - |
| ARTH | ACCO | 64675 | 2/25/2014 | SIOU | ARTH | Areth Therapeutics | (10,000) | sell stock | sell stock | USD | 3,463.94 | 3,342.70 | - |
| ARTH | ACCO | 64724 | 2/26/2014 | SIOU | ARTH | Areth Therapeutics | (20,000) | sell stock | sell stock | USD | 7,750.56 | 7,479.29 | - |
| ARTH | ACCO | 65144 | 2/28/2014 | SIOU | ARTH | Areth Therapeutics | (50,000) | sell stock | sell stock | USD | 20,798.53 | 20,070.58 | - |
| ARTH | ACCO | 64928 | 2/28/2014 | WORK | | | | interest payment | interest payment | USD | | 48.39 | - |
| ARTH | ACCO | 65465 | 3/5/2014 | SIOU | ARTH | Areth Therapeutics | (14,025) | sell stock | sell stock | USD | 5,593.06 | 5,397.30 | - |
| ARTH | ACCO | 65468 | 3/5/2014 | SIOU | ARTH | Areth Therapeutics | (75,000) | sell stock | sell stock | USD | 31,106.72 | 30,017.98 | - |
| ARTH | ACCO | 65336 | 3/5/2014 | REST | ARTH-R | Areth Therapeutics | 2,500,000 | receive stock | buy stock | USD | | (100.00) | - |
| ARTH | ACCO | 65469 | 3/6/2014 | SIOU | ARTH | Areth Therapeutics | (24,675) | sell stock | sell stock | USD | 10,544.61 | 10,175.55 | - |
| ARTH | ACCO | 66066 | 3/20/2014 | SIOU | ARTH | Areth Therapeutics | (25,000) | sell stock | sell stock | USD | 8,562.31 | 8,262.63 | - |
| ARTH | ACCO | 66570 | 3/31/2014 | WORK | | | | custody fees | debit | USD | | (823.24) | - |
| ARTH | ACCO | 66695 | 3/31/2014 | WORK | | | | interest payment | interest payment | USD | | 114.34 | - |
| ARTH | ACCO | 67341 | 4/1/2014 | SIOU | ARTH | Areth Therapeutics | (25,000) | sell stock | sell stock | USD | 7,844.57 | 7,570.01 | - |
| ARTH | ACCO | 67366 | 4/3/2014 | SIOU | ARTH | Areth Therapeutics | (5,300) | sell stock | sell stock | USD | 1,623.96 | 1,570.96 | - |
| ARTH | ACCO | 67358 | 4/8/2014 | SGPE | ARTH | Areth Therapeutics | (2,500) | sell stock | sell stock | USD | 741.26 | 641.26 | - |
| ARTH | ACCO | 75767 | 4/16/2014 | SIOU | | | | debit | delivery ARTH | USD | (230.00) | (430.00) | - |
| ARTH | ACCO | 68266 | 4/30/2014 | WORK | | | | interest payment | interest payment | USD | | 126.83 | - |
| ARTH | ACCO | 69571 | 5/29/2014 | WORK | | | | interest payment | interest payment | USD | | 122.91 | - |
| ARTH | ACCO | 69933 | 6/4/2014 | WORK | | | | internal transfer | debit | USD | | (60,100.00) | - |
| ARTH | ACCO | 69934 | 6/4/2014 | WORK | | | | internal transfer | debit | USD | | (30,100.00) | - |
| ARTH | ACCO | 69935 | 6/4/2014 | WORK | | | | internal transfer | debit | USD | | (30,100.00) | - |
| ARTH | ACCO | 69936 | 6/4/2014 | WORK | | | | internal transfer | debit | USD | | (30,100.00) | - |
| ARTH | ACCO | 73612 | 6/27/2014 | WORK | | | | custody fees | debit | USD | | (549.62) | - |
| ARTH | ACCO | 73912 | 6/27/2014 | WORK | | | | interest payment | debit | USD | | 24.11 | - |
| ARTH | ACCO | 74566 | 7/15/2014 | WORK | | | | director fee | debit | USD | | (100.00) | - |
| ARTH | ACCO | 75180 | 7/31/2014 | WORK | | | | interest payment | interest payment | USD | | 3.58 | - |
| ARTH | ACCO | 76670 | 8/1/2014 | REST | ARTH-R | Areth Therapeutics | (4,000,000) | deliver stock to ACCO) | stock delivery | USD | | (100.00) | - |
| ARTH | ACCO | 76444 | 8/31/2014 | WORK | | | | interest payment | interest payment | USD | | 2.86 | - |
| ARTH | ACCO | 77030 | 9/5/2014 | XFIO | | | | interest payment | debit | USD | | (1,000.00) | - |
| ARTH | ACCO | 77214 | 9/17/2014 | SIMO | | | | 660 new iphone licenses | debit | USD | (10,000.00) | (10,200.00) | - |
| ARTH | ACCO | 77508 | 9/25/2014 | SGPE | ARTH | Areth Therapeutics | (11,000) | sell stock | sell stock | USD | 1,740.60 | 1,640.60 | - |
| ARTH | ACCO | 77832 | 9/30/2014 | HELH | | | | Paragon Web Media TT | debit | USD | (5,060.00) | (5,260.00) | - |
| ARTH | ACCO | 77863 | 9/30/2014 | WORK | | | | custody fees | debit | USD | | (397.44) | - |
| ARTH | ACCO | 77981 | 9/30/2014 | WORK | | | | interest charge | interest charge | USD | | (68.91) | - |
| ARTH | ACCO | 78398 | 10/8/2014 | WORK | | | | director fees | director fees | USD | | (400.00) | - |
| ARTH | ACCO | 78650 | 10/14/2014 | SGPE | ARTH | Areth Therapeutics | (20,000) | sell stock | sell stock | USD | 3,660.29 | 3,539.90 | - |
| ARTH | ACCO | 79102 | 10/29/2014 | SIOU | ARTH | Areth Therapeutics | (25,000) | sell stock | sell stock | USD | 3,917.02 | 3,779.02 | - |
| ARTH | ACCO | 79157 | 10/30/2014 | SIOU | ARTH | Areth Therapeutics | (25,000) | sell stock | sell stock | USD | 3,862.30 | 3,727.12 | - |
| ARTH | ACCO | 79426 | 10/31/2014 | WORK | | | | interest charge | interest charge | USD | | (197.05) | - |
| ARTH | ACCO | 80241 | 11/18/2014 | SGPE | ARTH | Areth Therapeutics | (5,000) | sell stock | sell stock | USD | 853.56 | 753.56 | - |
| ARTH | ACCO | 80250 | 11/18/2014 | SIOU | ARTH | Areth Therapeutics | (100,000) | sell stock | sell stock | USD | 20,616.25 | 19,804.68 | - |
| ARTH | ACCO | 80109 | 11/19/2014 | SIOU | ARTH | Areth Therapeutics | (20,932) | sell stock | sell stock | USD | 4,291.26 | 4,141.07 | - |
| ARTH | ACCO | 80511 | 11/26/2014 | HELH | | | | Booth Udall TT | debit | USD | (1,110.00) | (1,310.00) | - |
| ARTH | ACCO | 80737 | 11/30/2014 | WORK | | | | interest charge | interest charge | USD | | (130.46) | - |
| ARTH | ACCO | 81032 | 12/1/2014 | SIOU | ARTH | Areth Therapeutics | (27,500) | sell stock | sell stock | USD | 6,544.53 | 6,315.47 | - |
| ARTH | ACCO | 81003 | 12/2/2014 | WORK | | | | Paragon 14 fees | debit | USD | | (3,300.00) | - |
| ARTH | ACCO | 81767 | 12/31/2014 | WORK | | | | interest payment | interest payment | USD | | 17.91 | - |
| ARTH | ACCO | 81961 | 12/31/2014 | WORK | | | | custody fees | debit | USD | | (294.01) | - |
| ARTH | ACCO | 82350 | 1/6/2015 | SIOU | ARTH | Areth Therapeutics | (25,000) | sell stock | sell stock | USD | 4,655.75 | 4,492.80 | - |
| ARTH | ACCO | 82374 | 1/7/2015 | SIOU | ARTH | Areth Therapeutics | (20,000) | sell stock | sell stock | USD | 3,717.73 | 3,587.61 | - |

A4552

ARTH Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARTH | ACCO | 82433 | 1/8/2015 | REST | ARTH-R | Arch Therapeutics | 4,000,000 | receive stock | buy stock | USD | - | (100.00) | - |
| ARTH | ACCO | 82438 | 1/9/2015 | SIOU | ARTH | Arch Therapeutics | (40,000) | sell stock | sell stock | USD | 7,561.20 | 7,296.56 | - |
| ARTH | ACCO | 82432 | 1/9/2015 | REST | ARTH-R | Arch Therapeutics | (4,000,000) | deliver stock | stock delivery | USD | - | (300.00) | - |
| ARTH | ACCO | 82432 | 1/9/2015 | REST | ARTH-R | Arch Therapeutics | | deliver stock | debit | USD | - | (100.00) | - |
| ARTH | ACCO | 82575 | 1/19/2015 | REST | ARTH-E | Arch Therapeutics | 4,000,000 | receive stock | buy stock | USD | - | (100.00) | - |
| ARTH | ACCO | 82677 | 1/22/2015 | BCEL | | | | Empire ck#1404 | debit | USD | (150.00) | (250.00) | - |
| ARTH | ACCO | 82641 | 1/22/2015 | REST | ARTH-E | Arch Therapeutics | (4,000,000) | deliver stock | stock delivery | USD | - | (800.00) | - |
| ARTH | ACCO | 82641 | 1/22/2015 | REST | | | | deliver stock | debit | USD | - | (100.00) | - |
| ARTH | ACCO | 82642 | 1/22/2015 | BCEL | | | | Empire ck#1403 | debit | USD | (300.00) | (400.00) | - |
| ARTH | ACCO | 82644 | 1/28/2015 | BEAG | ARTH | Arch Therapeutics | 2,500,000 | receive stock via DWAC | buy stock | USD | - | (600.00) | - |
| ARTH | ACCO | 83023 | 1/30/2015 | CCMO | | | | David Martin TT BCSC | debit | CAD | (5,050.00) | | (5,250.00) |
| ARTH | ACCO | 83243 | 1/30/2015 | BCHA | | | | forex | forex debit | CAD | (4,201.74) | | (4,243.76) |
| ARTH | ACCO | 83243 | 1/30/2015 | CASH | | | | forex | forex credit | CAD | 5,200.00 | | 5,200.00 |
| ARTH | ACCO | 83426 | 2/1/2015 | WORK | | | | forex | forex debit | USD | - | (40.32) | |
| ARTH | ACCO | 83426 | 2/1/2015 | WORK | | | | forex | forex credit | CAD | - | | 50.00 |
| ARTH | ACCO | 85661 | 2/20/2015 | SIOU | ARTH | Arch Therapeutics | (50,000) | sell stock | sell stock | USD | 11,529.78 | 11,126.34 | - |
| ARTH | ACCO | 85689 | 2/23/2015 | SIOU | ARTH | Arch Therapeutics | (75,000) | sell stock | sell stock | USD | 16,934.36 | 16,341.66 | - |
| ARTH | ACCO | 85726 | 2/24/2015 | SIOU | ARTH | Arch Therapeutics | (6,500) | sell stock | sell stock | USD | 1,107.82 | 1,007.82 | - |
| ARTH | ACCO | 85784 | 2/25/2015 | SIOU | ARTH | Arch Therapeutics | (25,000) | sell stock | sell stock | USD | 4,881.15 | 4,715.07 | - |
| ARTH | ACCO | 85796 | 2/26/2015 | SIOU | ARTH | Arch Therapeutics | (20,500) | sell stock | sell stock | USD | 3,882.95 | 3,747.05 | - |
| ARTH | ACCO | 86205 | 2/27/2015 | SIOU | ARTH | Arch Therapeutics | (69,500) | sell stock | sell stock | USD | 14,462.60 | 13,956.41 | - |
| ARTH | ACCO | 86258 | 3/2/2015 | BEAG | ARTH | Arch Therapeutics | (150,000) | sell stock | sell stock | USD | 26,667.12 | 25,733.77 | - |
| ARTH | ACCO | 86283 | 3/3/2015 | BEAG | ARTH | Arch Therapeutics | (38,647) | sell stock | sell stock | USD | 6,547.38 | 6,318.22 | - |
| ARTH | ACCO | 86352 | 3/6/2015 | BEAG | ARTH | Arch Therapeutics | (13,400) | sell stock | sell stock | USD | 2,208.33 | 2,108.33 | - |
| ARTH | ACCO | 86416 | 3/10/2015 | BEAG | ARTH | Arch Therapeutics | (20,500) | sell stock | sell stock | USD | 3,882.95 | 3,747.05 | - |
| ARTH | ACCO | 86453 | 3/12/2015 | SIOU | ARTH | Arch Therapeutics | (69,500) | sell stock | sell stock | USD | 14,462.60 | 13,956.41 | - |
| ARTH | ACCO | 86509 | 3/16/2015 | SIOU | ARTH | Arch Therapeutics | (25,000) | sell stock | sell stock | USD | 4,886.08 | 4,715.07 | - |
| ARTH | ACCO | 86404 | 3/16/2015 | WORK | ARTH | Arch Therapeutics | (9,820) | sell stock | sell stock | USD | 1,789.05 | 1,727.05 | - |
| ARTH | ACCO | 86571 | 3/18/2015 | SIOU | ARTH | Arch Therapeutics | (15,180) | sell stock | sell stock | USD | 2,800.32 | 2,700.32 | - |
| ARTH | ACCO | 86571 | 3/18/2015 | SCPE | ARTH | Arch Therapeutics | (142,130) | internal transfer | internal transfer | USD | (100.00) | (200.00) | - |
| ARTH | ACCO | 86571 | 3/18/2015 | SIHI | ARTH | Arch Therapeutics | 142,130 | internal transfer | transfer stock in | USD | - | - | - |
| ARTH | ACCO | 86570 | 3/18/2015 | REST | | | | directors fee | debit | USD | - | (600.00) | - |
| ARTH | ACCO | 82643 | 3/18/2015 | BEAT | ARTH | Arch Therapeutics | 1,500,000 | receive stock via DWAC | buy stock | USD | - | (600.00) | - |
| ARTH | ACCO | 86701 | 3/23/2015 | BEAG | ARTH | Arch Therapeutics | (66,000) | sell stock | sell stock | USD | 12,763.68 | 12,316.95 | - |
| ARTH | ACCO | 86767 | 3/23/2015 | WORK | | | | forex | forex debit | USD | - | (20,442.86) | |
| ARTH | ACCO | 86767 | 3/25/2015 | BGTA | | | | forex | forex credit | CAD | 25,000.00 | | 25,250.07 |
| ARTH | ACCO | 86759 | 3/25/2015 | SIHI | L-PETC | Chartehouse/PetroBasin:5% | 25,000 | Petro Basin Energy ck #411 | buy stock | CAD | (25,000.00) | | (25,250.00) |
| ARTH | ACCO | 86881 | 3/27/2015 | SIHI | ARTH | Arch Therapeutics | (50,000) | sell stock | sell stock | USD | 9,569.49 | 9,234.56 | - |
| ARTH | ACCO | 87143 | 3/30/2015 | WORK | | | | custody fees | debit | USD | - | (1,932.26) | - |
| ARTH | ACCO | 87585 | 4/13/2015 | SIHI | ARTH | Arch Therapeutics | (33,600) | sell stock | sell stock | USD | 6,328.96 | 6,107.45 | - |
| ARTH | ACCO | 87627 | 4/14/2015 | BEAG | ARTH | Arch Therapeutics | (47,700) | sell stock | sell stock | USD | 9,159.57 | 8,838.99 | - |
| ARTH | ACCO | 87632 | 4/14/2015 | SIHI | ARTH | Arch Therapeutics | (43,250) | sell stock | sell stock | USD | 8,249.64 | 7,960.90 | - |
| ARTH | ACCO | 87672 | 4/15/2015 | BEAG | ARTH | Arch Therapeutics | (50,000) | sell stock | sell stock | USD | 9,179.70 | 8,890.51 | - |
| ARTH | ACCO | 87690 | 4/16/2015 | SIHI | ARTH | Arch Therapeutics | (50,000) | sell stock | sell stock | USD | 9,179.80 | 8,890.51 | - |
| ARTH | ACCO | 87734 | 4/17/2015 | BEAG | ARTH | Arch Therapeutics | (50,000) | sell stock | sell stock | USD | 9,183.55 | 8,861.93 | - |
| ARTH | ACCO | 87931 | 4/24/2015 | BEAG | ARTH | Arch Therapeutics | (100,000) | sell stock | sell stock | USD | 9,120.00 | 8,800.80 | - |
| ARTH | ACCO | 87932 | 4/27/2015 | BEAG | ARTH | Arch Therapeutics | (50,000) | sell stock | sell stock | USD | 20,453.61 | 19,737.73 | - |
| ARTH | ACCO | 87933 | 4/27/2015 | BEAG | ARTH | Arch Therapeutics | (100,000) | sell stock | sell stock | USD | 19,612.81 | 18,926.36 | - |
| ARTH | ACCO | 87971 | 4/28/2015 | BEAG | ARTH | Arch Therapeutics | (50,000) | sell stock | sell stock | USD | 10,460.02 | 10,093.92 | - |
| ARTH | ACCO | 88445 | 5/1/2015 | BEAG | ARTH | Arch Therapeutics | (160,000) | sell stock | sell stock | USD | 35,992.00 | 34,752.28 | - |
| ARTH | ACCO | 88446 | 5/4/2015 | BEAG | ARTH | Arch Therapeutics | (50,000) | sell stock | sell stock | USD | 11,105.90 | 10,717.19 | - |
| ARTH | ACCO | 88491 | 5/5/2015 | BEAG | ARTH | Arch Therapeutics | (50,000) | sell stock | sell stock | USD | 11,355.63 | 10,958.18 | - |
| ARTH | ACCO | 88509 | 5/7/2015 | BEAG | ARTH | Arch Therapeutics | (50,000) | sell stock | sell stock | USD | 10,634.71 | 10,262.50 | - |
| ARTH | ACCO | 88547 | 5/8/2015 | BEAG | ARTH | Arch Therapeutics | (25,000) | sell stock | sell stock | USD | 5,269.13 | 5,084.71 | - |
| ARTH | ACCO | 88901 | 5/11/2015 | BEAG | ARTH | Arch Therapeutics | (25,000) | sell stock | sell stock | USD | 5,200.00 | 5,018.00 | - |
| ARTH | ACCO | 88905 | 5/21/2015 | BEAG | ARTH | Arch Therapeutics | (50,000) | sell stock | sell stock | USD | 11,306.22 | 10,910.50 | - |
| ARTH | ACCO | 88938 | 5/22/2015 | BEAG | ARTH | Arch Therapeutics | (50,000) | sell stock | sell stock | USD | 12,231.18 | 11,803.09 | - |

ARTH Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARTH | ACCO | 88971 | 5/27/2015 | BEAG | ARTH | Arch Therapeutics | (10,000) | | sell stock | USD | 2,251.27 | 2,151.27 | - |
| ARTH | ACCO | 89373 | 5/29/2015 | BEAG | ARTH | Arch Therapeutics | (90,000) | | sell stock | USD | 20,884.80 | 20,153.83 | - |
| ARTH | ACCO | 89488 | 6/1/2015 | BEAT | ARTH | Arch Therapeutics | (38,360) | | sell stock | USD | 8,640.52 | 8,338.10 | - |
| ARTH | ACCO | 89464 | 6/2/2015 | WORK | | | | | forex | CAD | - | (61,414.78) | 75,851.00 |
| ARTH | ACCO | 89464 | 6/2/2015 | WORK | | | | | forex credit | USD | | | |
| ARTH | ACCO | 89432 | 6/2/2015 | WORK | | | | director fee | debit | CAD | (100.00) | (100.00) | - |
| ARTH | ACCO | 89433 | 6/2/2015 | VERA | | | | Petro Basin Energy TT | debit | CAD | (75,100.00) | (8,001.39) | (75,851.00) |
| ARTH | ACCO | 89836 | 6/24/2015 | VPQU | | | | | forex | CAD | 9,661.18 | (8,180.40) | (75,851.00) |
| ARTH | ACCO | 89898 | 6/24/2015 | VPQU | | | | | forex credit | CAD | 9,661.18 | 9,661.18 | 9,661.18 |
| ARTH | ACCO | 89862 | 6/24/2015 | VALP | | | | | forex | CAD | (33,056.21) | (33,486.77) | - |
| ARTH | ACCO | 89862 | 6/24/2015 | VALP | | | | | forex credit | CAD | 40,000.00 | 40,000.00 | 40,000.00 |
| ARTH | ACCO | 89866 | 6/24/2015 | VALP | | | | director fees | debit | USD | | (300.00) | - |
| ARTH | ACCO | 89952 | 6/24/2015 | WORK | | | | | forex | USD | (100,100.00) | (33,216.62) | - |
| ARTH | ACCO | 89952 | 6/24/2015 | WORK | | | | | forex credit | USD | | | |
| ARTH | ACCO | 89865 | 6/24/2015 | VERA | | | | McCullough O'Connor Irwin TT | debit | CAD | (9,000.00) | (9,090.00) | - |
| ARTH | ACCO | 89992 | 6/25/2015 | HELR | | | | | forex | USD | 10,932.68 | | 10,932.68 |
| ARTH | ACCO | 89992 | 6/25/2015 | HELR | | | | | forex credit | CAD | 22,529.25 | 21,740.73 | 10,932.68 |
| ARTH | ACCO | 90027 | 6/29/2015 | BEAT | ARTH | Arch Therapeutics | (100,000) | | sell stock | USD | | | - |
| ARTH | ACCO | 90248 | 6/30/2015 | BEAG | | | | director fee | debit | USD | (100,100.00) | (103,100.00) | - |
| ARTH | ACCO | 90771 | 6/30/2015 | WORA | | | | | debit | USD | | (1,413.53) | - |
| ARTH | ACCO | 90266 | 6/30/2015 | WORK | | | | custody fees | debit | USD | | (1,800.00) | - |
| ARTH | ACCO | 90202 | 7/1/2015 | XPHO | | | | 66 @ 6 mos services | debit | USD | (1,643.18) | (1,659.61) | - |
| ARTH | ACCO | 90572 | 7/2/2015 | VPQU | | | | | forex | CAD | 2,018.40 | | 2,018.40 |
| ARTH | ACCO | 90572 | 7/2/2015 | VPQU | | | | | forex credit | CAD | | | |
| ARTH | ACCO | 90681 | 7/6/2015 | BEAT | ARTH | Arch Therapeutics | (198,000) | | sell stock | USD | 46,518.22 | 44,890.08 | - |
| ARTH | ACCO | 90681 | 7/6/2015 | BEAG | ARTH | Arch Therapeutics | (100,000) | | sell stock | USD | 23,254.37 | 22,440.47 | - |
| ARTH | ACCO | 90771 | 7/7/2015 | BEAT | ARTH | Arch Therapeutics | (50,000) | | sell stock | USD | 11,510.21 | 11,107.35 | - |
| ARTH | ACCO | 90709 | 7/8/2015 | VALP | | | | | debit | USD | (245.00) | (245.00) | - |
| ARTH | ACCO | 90746 | 7/9/2015 | BEAT | ARTH | Arch Therapeutics | (100,000) | Transformity Media TT returned | sell stock | USD | 23,097.43 | 22,289.02 | - |
| ARTH | ACCO | 90747 | 7/10/2015 | BEAT | ARTH | Arch Therapeutics | (100,000) | | sell stock | USD | 25,211.50 | 24,329.10 | - |
| ARTH | ACCO | 90768 | 7/13/2015 | BEAT | ARTH | Arch Therapeutics | (150,000) | | sell stock | USD | 41,570.44 | 40,115.47 | - |
| ARTH | ACCO | 90780 | 7/14/2015 | BEAT | ARTH | Arch Therapeutics | (50,000) | | sell stock | USD | 13,006.35 | 12,551.13 | - |
| ARTH | ACCO | 90799 | 7/15/2015 | BEAT | ARTH | Arch Therapeutics | (100,000) | | sell stock | USD | 28,052.20 | 27,070.37 | - |
| ARTH | ACCO | 90812 | 7/16/2015 | BEAG | ARTH | Arch Therapeutics | (100,000) | | sell stock | USD | 31,335.69 | 30,238.94 | - |
| ARTH | ACCO | 90822 | 7/17/2015 | SGR | | | | Transformity Media TT | debit | USD | (134,537.00) | (136,671.00) | - |
| ARTH | ACCO | 90822 | 7/17/2015 | WORK | | | | director fee | debit | USD | | | |
| ARTH | ACCO | 90906 | 7/21/2015 | BEAG | ARTH | Arch Therapeutics | (50,000) | | sell stock | USD | 15,936.35 | 15,378.58 | - |
| ARTH | ACCO | 90905 | 7/22/2015 | BEAG | ARTH | Arch Therapeutics | (50,000) | | sell stock | USD | 16,445.81 | 15,870.21 | - |
| ARTH | ACCO | 90951 | 7/28/2015 | BEAT | ARTH | Arch Therapeutics | (50,000) | | sell stock | USD | 16,980.65 | 16,386.33 | - |
| ARTH | ACCO | 91580 | 8/1/2015 | WORK | | | | | forex credit | USD | | (1.03) | |
| ARTH | ACCO | 91580 | 8/1/2015 | WORK | | | | | forex | CAD | | | 1.33 |
| ARTH | ACCO | 91530 | 8/4/2015 | BEAG | ARTH | Arch Therapeutics | (100,000) | | sell stock | USD | 35,116.00 | 33,886.94 | - |
| ARTH | ACCO | 91300 | 8/5/2015 | BEAG | ARTH | Arch Therapeutics | (50,000) | | sell stock | USD | 17,174.00 | 16,572.91 | - |
| ARTH | ACCO | 91412 | 8/6/2015 | BEAG | ARTH | Arch Therapeutics | (50,000) | | sell stock | USD | 17,174.00 | 16,572.91 | - |
| ARTH | ACCO | 91480 | 8/12/2015 | BEAG | ARTH | Arch Therapeutics | (50,000) | | sell stock | USD | 13,668.41 | 13,190.02 | - |
| ARTH | ACCO | 91636 | 8/20/2015 | BEAG | ARTH | Arch Therapeutics | (28,120) | | sell stock | USD | 7,621.89 | 7,355.12 | - |
| ARTH | ACCO | 91613 | 8/20/2015 | WORK | | | | director fee | debit | USD | | (100.00) | - |
| ARTH | ACCO | 91612 | 8/20/2015 | CCQU | | | | Pyromin Media TT | debit | USD | (25,225.00) | (25,829.50) | - |
| ARTH | ACCO | 91637 | 8/21/2015 | BEAG | ARTH | Arch Therapeutics | (50,000) | | sell stock | USD | 13,011.25 | 12,555.86 | - |
| ARTH | ACCO | 91659 | 8/25/2015 | BEAG | ARTH | Arch Therapeutics | (50,000) | | sell stock | USD | 13,496.25 | 13,025.88 | - |
| ARTH | ACCO | 91665 | 8/26/2015 | BEAG | ARTH | Arch Therapeutics | (39,793) | | sell stock | USD | 1,154.99 | 10,764.57 | - |
| ARTH | ACCO | 91698 | 8/27/2015 | BEAG | ARTH | Arch Therapeutics | (50,000) | | sell stock | USD | 14,041.35 | 13,549.90 | - |
| ARTH | ACCO | 91894 | 8/28/2015 | BEAG | ARTH | Arch Therapeutics | (36,122) | | sell stock | USD | 10,526.78 | 10,158.34 | - |
| ARTH | ACCO | 91891 | 8/31/2015 | BEAG | ARTH | Arch Therapeutics | (50,000) | | sell stock | USD | 14,612.33 | 14,100.90 | - |
| ARTH | ACCO | 92105 | 9/1/2015 | BEAG | ARTH | Arch Therapeutics | (50,000) | | sell stock | USD | 15,580.95 | 15,035.62 | - |
| ARTH | ACCO | 92184 | 9/3/2015 | BEAG | ARTH | Arch Therapeutics | (50,000) | | sell stock | USD | 15,020.45 | 14,494.73 | - |

A4554

ARTH Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARTH | ACCO | 92187 | 9/4/2015 | BEAG | ARTH | Areh Therapeutics | (50,000) | sell stock | sell stock | USD | 14,971.20 | 14,447.21 | - |
| ARTH | ACCO | 92213 | 9/8/2015 | BEAG | ARTH | Areh Therapeutics | (46,250) | sell stock | sell stock | USD | 14,248.57 | 13,749.87 | - |
| ARTH | ACCO | 92255 | 9/11/2015 | BEAG | ARTH | Areh Therapeutics | (50,000) | sell stock | sell stock | USD | 16,584.70 | 16,004.24 | - |
| ARTH | ACCO | 92265 | 9/14/2015 | BEAG | ARTH | Areh Therapeutics | (16,790) | sell stock | sell stock | USD | 5,725.67 | 5,525.27 | - |
| ARTH | ACCO | 92283 | 9/17/2015 | BEAG | ARTH | Areh Therapeutics | (26,873) | sell stock | sell stock | USD | 7,408.86 | 7,149.55 | - |
| ARTH | ACCO | 92296 | 9/18/2015 | BEAG | ARTH | Areh Therapeutics | (50,000) | sell stock | sell stock | USD | 13,496.50 | 13,024.12 | - |
| ARTH | ACCO | 92355 | 9/21/2015 | BEAT | ARTH | Areh Therapeutics | (66,600) | sell stock | sell stock | USD | 17,603.20 | 16,987.09 | - |
| ARTH | ACCO | 92357 | 9/22/2015 | BEAT | ARTH | Areh Therapeutics | (50,000) | sell stock | sell stock | USD | 12,862.40 | 12,412.22 | - |
| ARTH | ACCO | 92427 | 9/23/2015 | BEAT | ARTH | Areh Therapeutics | (50,000) | sell stock | sell stock | USD | 13,050.46 | 12,593.69 | - |
| ARTH | ACCO | 92477 | 9/25/2015 | BEAT | ARTH | Areh Therapeutics | (5,000) | sell stock | sell stock | USD | 1,079.97 | 979.97 | - |
| ARTH | ACCO | 92511 | 9/29/2015 | BEAT | ARTH | Areh Therapeutics | (11,000) | sell stock | sell stock | USD | 2,649.43 | 2,549.43 | - |
| ARTH | ACCO | 92802 | 9/29/2015 | WORK | | | | custody fees | debit | USD | - | (321.03) | - |
| ARTH | ACCO | 92860 | 9/29/2015 | WORK | | | | director fee | debit | USD | - | (100.00) | - |
| ARTH | ACCO | 92513 | 9/30/2015 | WORK | | | | | debit | CAD | - | - | 31,500.00 |
| ARTH | ACCO | 93018 | 10/1/2015 | BEAG | ARTH | Areh Therapeutics | (7,610) | sell stock | sell stock | USD | 1,894.98 | 1,704.98 | - |
| ARTH | ACCO | 93021 | 10/2/2015 | BEAT | ARTH | Areh Therapeutics | (50,000) | sell stock | sell stock | USD | 12,078.22 | 11,655.48 | - |
| ARTH | ACCO | 93054 | 10/6/2015 | VALP | | | | Area Creatives Hub TT | debit | USD | (25,111.72) | (25,965.07) | - |
| ARTH | ACCO | 93053 | 10/6/2015 | CCAR | | | | Adrian Ansell TT | debit | USD | (8,508.10) | (8,778.26) | - |
| ARTH | ACCO | 93074 | 10/7/2015 | BEAT | ARTH | Areh Therapeutics | (100,000) | sell stock | sell stock | USD | 24,464.60 | 23,608.34 | - |
| ARTH | ACCO | 93130 | 10/8/2015 | BEAT | ARTH | Areh Therapeutics | (50,000) | sell stock | sell stock | USD | 12,822.70 | 12,373.91 | - |
| ARTH | ACCO | 93142 | 10/12/2015 | WORK | | | | Turpin 15 fees | debit | USD | - | (100.00) | - |
| ARTH | ACCO | 93271 | 10/15/2015 | BEAT | ARTH | Areh Therapeutics | (100,000) | sell stock | sell stock | USD | 24,499.11 | 23,641.64 | - |
| ARTH | ACCO | 93224 | 10/15/2015 | REST | ARTH-R | Areh Therapeutics | 454,387 | receive stock | buy stock | USD | - | (100.00) | - |
| ARTH | ACCO | 93408 | 10/23/2015 | WORK | | | | forex | forex debit | USD | - | (24,397.55) | - |
| ARTH | ACCO | 93408 | 10/23/2015 | WORK | | | | forex | forex credit | CAD | - | - | (31,500.00) |
| ARTH | ACCO | 93414 | 10/23/2015 | CASH | | | | debit | debit | CAD | (30,000.00) | (30,000.00) | (31,500.00) |
| ARTH | ACCO | 93531 | 10/29/2015 | BEAT | ARTH | Areh Therapeutics | (24,000) | sell stock | sell stock | USD | 5,072.04 | 4,894.52 | - |
| ARTH | ACCO | 93902 | 11/2/2015 | BEAT | ARTH | Areh Therapeutics | (32,694) | sell stock | sell stock | USD | 6,593.05 | 6,362.29 | - |
| ARTH | ACCO | 93927 | 11/3/2015 | REST | ARTH-R | Areh Therapeutics | (454,387) | deliver stock | stock delivery | USD | - | (200.00) | - |
| ARTH | ACCO | 93927 | 11/3/2015 | REST | | | | deliver stock | deliver stock | USD | - | (100.00) | - |
| ARTH | ACCO | 93928 | 11/3/2015 | BCEL | | | | Empire ak#1452 | debit | USD | (170.00) | (270.00) | - |
| ARTH | ACCO | 93976 | 11/4/2015 | BEAT | ARTH | Areh Therapeutics | (24,340) | sell stock | sell stock | USD | 4,720.40 | 4,555.19 | - |
| ARTH | ACCO | 94185 | 11/10/2015 | BEAT | ARTH | Areh Therapeutics | | forex | forex debit | USD | (23,169.72) | (23,400.91) | - |
| ARTH | ACCO | 94185 | 11/10/2015 | AFMO | | | | forex | forex credit | CAD | 30,030.00 | - | 30,030.00 |
| ARTH | ACCO | 94177 | 11/12/2015 | XPHO | | | | 2, 3 & 4 New Samsungs | debit | USD | - | - | - |
| ARTH | ACCO | 94176 | 11/12/2015 | CASH | | | | debit | debit | CAD | (66,600.00) | (2,400.00) | (69,930.00) |
| ARTH | ACCO | 94199 | 11/17/2015 | WORK | | | | forex | forex debit | USD | - | (30,300.00) | - |
| ARTH | ACCO | 94199 | 11/17/2015 | WORK | | | | forex | forex credit | CAD | - | (100.00) | 39,900.00 |
| ARTH | ACCO | 94378 | 11/23/2015 | REST | ARTH-E | Areh Therapeutics | 454,387 | receive stock | buy stock | USD | - | (100.00) | - |
| ARTH | ACCO | 94377 | 11/26/2015 | REST | ARTH-E | Areh Therapeutics | (454,387) | deliver stock | stock delivery | USD | - | (300.00) | - |
| ARTH | ACCO | 94377 | 11/26/2015 | REST | | | | deliver stock | deliver stock | USD | - | (50.00) | - |
| ARTH | ACCO | 94379 | 11/26/2015 | BCEL | | | | Empire ak#1464 | debit | USD | - | (245.00) | - |
| ARTH | ACCO | 94381 | 12/3/2015 | VPQU | | | | Zacharius Varkaris TT | debit | USD | (145.00) | (5,339.94) | - |
| ARTH | ACCO | 94811 | 12/3/2015 | HEUR | | | | Ramon Fernandez TT | debit | USD | (5,139.94) | (5,315.16) | - |
| ARTH | ACCO | 94380 | 12/4/2015 | BEAP | ARTH | Areh Therapeutics | 454,387 | receive stock via DWAC | buy stock | USD | (5,050.00) | (600.00) | - |
| ARTH | ACCO | 94812 | 12/4/2015 | VPQU | | | | Adrian Ansell TT | debit | USD | (5,139.94) | (5,339.94) | - |
| ARTH | ACCO | 94859 | 12/8/2015 | XPHO | | | | 66 New Samsung | debit | USD | - | (800.00) | - |
| ARTH | ACCO | 95076 | 12/9/2015 | BEAP | ARTH | Areh Therapeutics | (50,000) | sell stock | sell stock | USD | 10,469.04 | 10,050.28 | - |
| ARTH | ACCO | 94960 | 12/9/2015 | WORK | | | | internal transfer | debit | USD | - | (245.00) | - |
| ARTH | ACCO | 104854 | 12/9/2015 | WORK | | | | internal transfer | debit | USD | - | (129,100.00) | - |
| ARTH | ACCO | 104855 | 12/9/2015 | WORK | | | | internal transfer #2 | debit | USD | - | (129,100.00) | - |
| ARTH | ACCO | 104855 | 12/9/2015 | WORK | | | | internal transfer | debit | USD | - | (129,100.00) | - |
| ARTH | ACCO | 95013 | 12/10/2015 | BEAP | ARTH | Areh Therapeutics | (75,000) | sell stock | sell stock | USD | 14,932.25 | 14,334.96 | - |
| ARTH | ACCO | 95052 | 12/11/2015 | BEAP | ARTH | Areh Therapeutics | (75,000) | sell stock | sell stock | USD | 15,303.64 | 14,691.49 | - |
| ARTH | ACCO | 95074 | 12/14/2015 | BEAP | ARTH | Areh Therapeutics | (100,000) | sell stock | sell stock | USD | 21,757.25 | 20,886.96 | - |
| ARTH | ACCO | 95154 | 12/15/2015 | BEAP | ARTH | Areh Therapeutics | (37,025) | sell stock | sell stock | USD | 7,932.77 | 7,615.46 | - |
| ARTH | ACCO | 95194 | 12/16/2015 | BEAP | ARTH | Areh Therapeutics | (75,000) | sell stock | sell stock | USD | 16,365.42 | 15,710.80 | - |

ARTH Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARTH | ACCO | 95231 | 12/17/2015 | BEAG | ARTH | Arch Therapeutics | (32,694) | sell stock | sell stock | USD | 7,069.96 | 6,787.16 | - |
| ARTH | ACCO | 95233 | 12/17/2015 | BEAP | ARTH | Arch Therapeutics | (42,306) | sell stock | sell stock | USD | 9,200.54 | 8,832.52 | - |
| ARTH | ACCO | 95471 | 12/30/2015 | WORK | | | | custody fees | debit | USD | - | (0.03) | - |
| ARTH | ACCO | 95518 | 1/1/2016 | XPHO | | | | 55 65 & 66 @ 6 mns services | debit | USD | - | (5,400.00) | - |
| ARTH | ACCO | 95176 | 1/1/2016 | XPHO | | | | 23 4 (468 @ 6 mns services | debit | USD | - | (7,200.00) | - |
| ARTH | ACCO | 96613 | 2/5/2016 | VPOU | | | | Beneficial Designs TT | debit | USD | (5,120.05) | (5,322.45) | - |
| ARTH | ACCO | 98031 | 3/18/2016 | WORK | | | | forex | forex debit | USD | - | (193.42) | - |
| ARTH | ACCO | 98031 | 3/18/2016 | WORK | | | | forex | forex credit | CAD | - | - | 250.00 |
| ARTH | ACCO | 97628 | 3/18/2016 | LOAN | L-PETC | Charterhouse/PetroBasin/5% | 1,250 | interest | forex | CAD | - | - | (250.00) |
| ARTH | ACCO | 98710 | 4/6/2016 | WORK | | | | director fee | debit | USD | - | (100.00) | - |
| ARTH | ACCO | 98851 | 4/7/2016 | REST | ARTH-W | Arch Therapeutics | 454,227 | receive stock | buy stock | USD | - | (100.00) | - |
| ARTH | ACCO | 98844 | 4/8/2016 | BOSA | | | | Arch Therapeutics TT | debit | USD | (113,721.75) | (115,996.18) | - |
| ARTH | ACCO | 98862 | 4/11/2016 | REST | ARTH-W | Arch Therapeutics | (454,227) | deliver stock | stock delivery | USD | - | - | - |
| ARTH | ACCO | 98863 | 4/11/2016 | BESQ | | | | deliver stock | debit | USD | - | (50.00) | - |
| ARTH | ACCO | 100006 | 4/11/2016 | BESQ | | | | Empire Stock Transfer | debit | USD | (235.00) | (335.00) | - |
| ARTH | ACCO | 98979 | 4/15/2016 | REST | ARTH-R | Arch Therapeutics | 454,227 | receive stock | buy stock | USD | - | (100.00) | - |
| ARTH | ACCO | 98979 | 4/15/2016 | REST | | | | directors fee | debit | USD | - | (200.00) | - |
| ARTH | ACCO | 99147 | 4/22/2016 | REST | | | | directors fee | debit | USD | - | (200.00) | - |
| ARTH | ACCO | 99059 | 5/12/2016 | REST | | | | directors fee | directors fee | USD | - | (100.00) | - |
| ARTH | ACCO | 100007 | 5/16/2016 | REST | ARTH-R | Arch Therapeutics | (454,227) | deliver stock | stock delivery | USD | - | (400.00) | - |
| ARTH | ACCO | 100007 | 5/16/2016 | REST | | | | deliver stock | debit | USD | - | (50.00) | - |
| ARTH | ACCO | 100008 | 5/16/2016 | BESQ | | | | Empire Stock Transfer | debit | USD | (260.00) | (360.00) | - |
| ARTH | ACCO | 100904 | 6/9/2016 | BEAP | ARTH | Arch Therapeutics | (56) | sell stock | sell stock | USD | 22.58 | 22.58 | - |
| ARTH | ACCO | 100909 | 6/9/2016 | BEAT | ARTH | Arch Therapeutics | (44,944) | sell stock | sell stock | USD | 17,327.00 | 16,633.92 | - |
| ARTH | ACCO | 100912 | 6/10/2016 | BEAT | ARTH | Arch Therapeutics | (101,600) | sell stock | sell stock | USD | 39,382.68 | 37,807.37 | - |
| ARTH | ACCO | 100929 | 6/10/2016 | BEAT | ARTH | Arch Therapeutics | 454,227 | buy stock | buy stock | USD | - | (600.00) | - |
| ARTH | ACCO | 100936 | 6/14/2016 | BEAT | ARTH | Arch Therapeutics | (151,550) | sell stock | sell stock | USD | 57,528.96 | 55,297.80 | - |
| ARTH | ACCO | 100947 | 6/14/2016 | ADMO | | | | Arch Therapeutics TT | debit | USD | (101,070.00) | (103,191.40) | - |
| ARTH | ACCO | 100956 | 6/14/2016 | BEAT | ARTH | Arch Therapeutics | (115,000) | sell stock | sell stock | USD | 43,212.49 | 41,483.99 | - |
| ARTH | ACCO | 100948 | 6/14/2016 | WORK | | | | director fee | debit | USD | - | (100.00) | - |
| ARTH | ACCO | 100970 | 6/15/2016 | BEAT | ARTH | Arch Therapeutics | (36,121) | sell stock | sell stock | USD | 13,746.38 | 13,196.52 | - |
| ARTH | ACCO | 100013 | 6/16/2016 | BEAT | ARTH | Arch Therapeutics | (5,012) | sell stock | sell stock | USD | 1,771.73 | 1,671.73 | - |
| ARTH | ACCO | 100011 | 6/16/2016 | REST | | | | director fee | debit | USD | - | (100.00) | - |
| ARTH | ACCO | 100129 | 6/21/2016 | REST | | | | buy stock | buy stock | USD | - | (100.00) | - |
| ARTH | ACCO | 100134 | 6/22/2016 | BESQ | | | | Empire Stock Transfer | debit | USD | (250.00) | (350.00) | - |
| ARTH | ACCO | 100130 | 6/23/2016 | BEAT | ARTH-W | Arch Therapeutics | (500,000) | deliver stock | stock delivery | USD | - | (400.00) | - |
| ARTH | ACCO | 100191 | 6/24/2016 | REST | | | | deliver stock | debit | USD | - | (50.00) | - |
| ARTH | ACCO | 100199 | 6/27/2016 | AFTR | | | | director fee | debit | USD | - | (100.00) | - |
| ARTH | ACCO | 100132 | 6/28/2016 | BEAT | ARTH | Arch Therapeutics | 500,000 | receive stock via TT | debit | USD | (220,140.00) | (224,642.80) | - |
| ARTH | ACCO | 100215 | 6/28/2016 | BEAT | ARTH | Arch Therapeutics | | director fee | buy stock | USD | - | (600.00) | - |
| ARTH | ACCO | 100826 | 7/5/2016 | REST | | | | director fee | debit | USD | - | (100.00) | - |
| ARTH | ACCO | 100786 | 7/6/2016 | REST | ARTH-W | Arch Therapeutics | 1,100,275 | receive stock | buy stock | USD | - | (100.00) | - |
| ARTH | ACCO | 100782 | 7/6/2016 | REST | | | | 66 @ 6 mns services | debit | USD | - | (1,200.00) | - |
| ARTH | ACCO | 100827 | 7/7/2016 | REST | ARTH-W | Arch Therapeutics | (1,100,275) | deliver stock | stock delivery | USD | - | (400.00) | - |
| ARTH | ACCO | 100828 | 7/7/2016 | REST | | | | deliver stock | debit | USD | - | (100.00) | - |
| ARTH | ACCO | 100829 | 7/7/2016 | BESQ | | | | Empire Stock Transfer | debit | USD | (280.00) | (380.00) | - |
| ARTH | ACCO | 100231 | 7/13/2016 | BEAT | ARTH | Arch Therapeutics | 1,100,275 | receive stock via DWAC | buy stock | USD | - | (600.00) | - |
| ARTH | ACCO | 100232 | 7/15/2016 | BEAT | ARTH | Arch Therapeutics | (200,000) | sell stock | sell stock | USD | 122,851.93 | 117,937.85 | - |
| ARTH | ACCO | 100133 | 7/18/2016 | BEAT | ARTH | Arch Therapeutics | (176,000) | sell stock | sell stock | USD | 100,018.07 | 96,017.35 | - |
| ARTH | ACCO | 100923 | 7/18/2016 | BESQ | | | | Empire Stock Transfer | debit | USD | (280.00) | (380.00) | - |
| ARTH | ACCO | 102133 | 7/19/2016 | BESO | ARTH | Arch Therapeutics | (100,000) | sell stock | sell stock | USD | 56,628.17 | 54,363.04 | - |
| ARTH | ACCO | 102133 | 7/20/2016 | BEAT | ARTH | Arch Therapeutics | (24,000) | sell stock | sell stock | USD | 14,150.65 | 13,584.62 | - |
| ARTH | ACCO | 100889 | 7/21/2016 | REST | | | | directors fee | debit | USD | - | (280.00) | - |
| ARTH | ACCO | 102745 | 7/25/2016 | REST | | | | directors fee | debit | USD | - | (600.00) | - |
| ARTH | ACCO | 102176 | 7/27/2016 | BEAT | ARTH | Arch Therapeutics | (675,000) | sell stock | sell stock | USD | 428,265.15 | 411,134.54 | - |
| ARTH | ACCO | 102589 | 7/27/2016 | BEAT | ARTH | Arch Therapeutics | (275,000) | sell stock | sell stock | USD | 169,889.84 | 163,094.25 | - |
| ARTH | ACCO | 102582 | 7/28/2016 | BEAT | ARTH | Arch Therapeutics | (50,000) | sell stock | sell stock | USD | 29,398.10 | 28,222.18 | - |
| ARTH | ACCO | 102612 | 8/2/2016 | BEAT | ARTH | Arch Therapeutics | | sell stock | sell stock | USD | | | - |

A4556

ARTH Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARTH | ACCO | 102597 | 8/2/2016 | WORK | | | | director fee | debit | USD | | (100.00) | - |
| ARTH | ACCO | 102626 | 8/3/2016 | BEAT | | Arch Therapeutics | (50,250) | sell stock | sell stock | USD | 29,545.02 | 28,363.22 | - |
| ARTH | ACCO | 102805 | 8/8/2016 | REST | | | 758,333 | receive stock | receive stock | USD | | (100.00) | - |
| ARTH | ACCO | 102648 | 8/9/2016 | BAQU | | | | Autism Partnership TT | debit | USD | (75,795.44) | (77,411.35) | - |
| ARTH | ACCO | 102806 | 8/12/2016 | REST | ARTH-E | Arch Therapeutics | (758,333) | deliver stock | stock delivery | USD | | (400.00) | - |
| ARTH | ACCO | 102806 | 8/12/2016 | REST | | | | deliver stock | debit | USD | | (50.00) | - |
| ARTH | ACCO | 102807 | 8/12/2016 | BHSQ | | | | director fee pp | debit | USD | (205.00) | (305.00) | - |
| ARTH | ACCO | 102869 | 8/15/2016 | WORK | | | | director fee pp | debit | USD | | (1,000.00) | - |
| ARTH | ACCO | 102911 | 8/16/2016 | BEAT | ARTH | Arch Therapeutics | (50,025) | sell stock | sell stock | USD | 28,344.59 | 27,210.81 | - |
| ARTH | ACCO | 102808 | 8/19/2016 | BEAT | ARTH | | 758,333 | receive stock via DWAC | buy stock | USD | | (600.00) | - |
| ARTH | ACCO | 102975 | 8/22/2016 | BEAT | ARTH | Arch Therapeutics | (50,000) | sell stock | sell stock | USD | 31,851.76 | 30,577.69 | - |
| ARTH | ACCO | 103021 | 8/24/2016 | BEAT | ARTH | Arch Therapeutics | (175,000) | sell stock | sell stock | USD | 113,027.60 | 108,506.50 | - |
| ARTH | ACCO | 103041 | 8/25/2016 | BEAT | ARTH | Arch Therapeutics | (240,000) | sell stock | sell stock | USD | 147,459.89 | 141,561.49 | - |
| ARTH | ACCO | 103148 | 8/30/2016 | BEAT | ARTH | Arch Therapeutics | (130,000) | sell stock | sell stock | USD | 75,888.03 | 72,852.51 | - |
| ARTH | ACCO | 103132 | 8/30/2016 | WORK | | | | director fee | debit | USD | | (100.00) | - |
| ARTH | ACCO | 103324 | 8/31/2016 | BEAT | ARTH | Arch Therapeutics | (155,000) | sell stock | sell stock | USD | 87,473.01 | 83,974.09 | - |
| ARTH | ACCO | 103527 | 9/1/2016 | BEAT | ARTH | Arch Therapeutics | (8,333) | sell stock | sell stock | USD | 4,342.21 | 4,168.52 | - |
| ARTH | ACCO | 103133 | 9/7/2016 | CSOP | | | | McCullough O'Connor Irwin TT | debit | USD | (75,556.25) | (77,067.38) | - |
| ARTH | ACCO | 103565 | 9/8/2016 | BAQU | | | | Autism Partnership TT | debit | USD | (75,796.24) | (77,412.16) | - |
| ARTH | ACCO | 103692 | 9/16/2016 | BEAT | | | | Arch Therapeutics TT | debit | USD | (202,070.00) | (204,212.16) | - |
| ARTH | ACCO | 103901 | 9/21/2016 | WORK | | | | director fee | debit | USD | | (100.00) | - |
| ARTH | ACCO | 103964 | 9/22/2016 | WORK | | | | internal transfer | debit | USD | | (250,000.00) | - |
| ARTH | ACCO | 103954 | 9/28/2016 | WORK | | | | internal transfer | debit | USD | | (100.00) | - |
| ARTH | ACCO | 104037 | 9/28/2016 | WORK | ARTH | Arch Therapeutics | 1,000,000 | buy stock | buy stock | USD | | (100.00) | - |
| ARTH | ACCO | 104590 | 9/30/2016 | REST | ARTH-W | Arch Therapeutics | (1,000,000) | deliver stock | stock delivery | USD | | (600.00) | - |
| ARTH | ACCO | 104591 | 10/3/2016 | REST | ARTH-W | Arch Therapeutics | | deliver stock | debit | USD | | (50.00) | - |
| ARTH | ACCO | 104591 | 10/3/2016 | REST | | | | deliver stock | debit | USD | | (380.00) | - |
| ARTH | ACCO | 104592 | 10/3/2016 | BHSQ | | | | debit | debit | USD | (280.00) | | - |
| ARTH | ACCO | 104937 | 10/19/2016 | BEAT | | | 1,000,000 | receive stock via DWAC | buy stock | USD | | (600.00) | - |
| ARTH | ACCO | 104937 | 10/18/2016 | BEAT | ARTH | Arch Therapeutics | (40,000) | sell stock | sell stock | USD | 24,380.46 | 23,161.44 | - |
| ARTH | ACCO | 104861 | 10/18/2016 | WBMO | | | | Arch Therapeutics TT | debit | USD | (80,080.00) | (82,082.00) | - |
| ARTH | ACCO | 104977 | 10/19/2016 | BEAT | ARTH | Arch Therapeutics | (35,000) | sell stock | sell stock | USD | 20,712.93 | 19,677.28 | - |
| ARTH | ACCO | 104991 | 10/20/2016 | BEAT | ARTH | Arch Therapeutics | (20,000) | sell stock | sell stock | USD | 11,750.89 | 11,163.35 | - |
| ARTH | ACCO | 105089 | 10/24/2016 | WORK | | | | internal transfer | credit | USD | | 250,000.00 | - |
| ARTH | ACCO | 105121 | 10/24/2016 | BEAT | ARTH | Arch Therapeutics | (90,000) | sell stock | sell stock | USD | 52,868.05 | 50,234.65 | - |
| ARTH | ACCO | 105160 | 10/25/2016 | BEAT | ARTH | Arch Therapeutics | (115,500) | sell stock | sell stock | USD | 66,664.00 | 63,330.80 | - |
| ARTH | ACCO | 105161 | 10/25/2016 | BEAT | ARTH | Arch Therapeutics | (125,000) | sell stock | sell stock | USD | 69,989.91 | 66,490.41 | - |
| ARTH | ACCO | 105202 | 10/26/2016 | BEAT | ARTH | Arch Therapeutics | (50,000) | sell stock | sell stock | USD | 27,995.07 | 26,595.32 | - |
| ARTH | ACCO | 105207 | 10/26/2016 | REST | | | | debit | debit | CAD | (10,000.00) | | (10,500.00) |
| ARTH | ACCO | 105321 | 10/27/2016 | BEAT | ARTH | Arch Therapeutics | (192,000) | sell stock | sell stock | USD | 114,507.32 | 108,787.95 | - |
| ARTH | ACCO | 105251 | 10/28/2016 | CASH | | | | debit GT | debit | USD | | (8,001.68) | - |
| ARTH | ACCO | 105611 | 10/28/2016 | BEAT | ARTH | Arch Therapeutics | (80,000) | sell stock | sell stock | USD | 43,911.89 | 41,716.30 | - |
| ARTH | ACCO | 105603 | 10/29/2016 | WORK | | | | forex | forex credit | CAD | | | 10,482.20 |
| ARTH | ACCO | 105603 | 10/29/2016 | WORK | | | | forex | forex | USD | | (8,001.68) | - |
| ARTH | ACCO | 105603 | 10/29/2016 | WORK | | | | internal transfer | debit | USD | | (100.00) | - |
| ARTH | ACCO | 105620 | 10/29/2016 | REST | | | | director fee | debit | USD | | (100.00) | - |
| ARTH | ACCO | 105786 | 11/1/2016 | WORK | | | | debit | debit | USD | (280.00) | | - |
| ARTH | ACCO | 105639 | 11/1/2016 | WBMO | | | (192,000) | director fee | debit | USD | | (100.00) | - |
| ARTH | ACCO | 105622 | 11/1/2016 | BEAT | ARTH | Arch Therapeutics | 1,100,000 | receive stock via DWAC | buy stock | USD | | (600.00) | - |
| ARTH | ACCO | 105665 | 11/2/2016 | BEAT | ARTH | Arch Therapeutics | (50,000) | sell stock | sell stock | USD | 29,399.71 | 27,929.72 | - |
| ARTH | ACCO | 105695 | 11/3/2016 | BEAT | ARTH | Arch Therapeutics TT | (86,000) | sell stock | sell stock | USD | (220,220.00) | (225,725.59) | - |
| ARTH | ACCO | 105721 | 11/4/2016 | BEAT | ARTH | Arch Therapeutics | (25,000) | sell stock | sell stock | USD | 49,418.59 | 46,947.66 | - |
| ARTH | ACCO | 105722 | 11/7/2016 | REST | ARTH-W | Arch Therapeutics | (40,000) | sell stock | sell stock | USD | 14,035.15 | 13,333.39 | - |
| ARTH | ACCO | 105787 | 11/9/2016 | BEAT | ARTH | Arch Therapeutics | (40,000) | sell stock | sell stock | USD | 21,934.13 | 20,837.42 | - |
| ARTH | ACCO | 105787 | 11/9/2016 | BEAT | | | (50,000) | sell stock | sell stock | USD | 27,946.06 | 26,548.76 | - |
| ARTH | ACCO | 105787 | 11/9/2016 | REST | ARTH-W | Arch Therapeutics | (1,100,000) | deliver stock | stock delivery | USD | | (50.00) | - |
| ARTH | ACCO | 105788 | 11/9/2016 | REST | | | | deliver stock | debit | USD | | (380.00) | - |
| ARTH | ACCO | 106746 | 11/16/2016 | BHSQ | | | | Empire Stock Transfer | debit | USD | (280.00) | | - |
| ARTH | ACCO | 105789 | 11/16/2016 | BEAT | ARTH | Arch Therapeutics | 1,100,000 | rejected by custodian | buy stock | USD | | (600.00) | - |

ARTH Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARTH | ACCO | 105903 | 11/16/2016 | REST | | | | directors fee | debit | USD | - | (200.00) | - |
| ARTH | ACCO | 106044 | 11/21/2016 | WORK | | | | director fee | debit | USD | - | (200.00) | - |
| ARTH | ACCO | 106747 | 12/5/2016 | REST | | | 1,100,000 | receive stock | buy stock | USD | - | (100.00) | - |
| ARTH | ACCO | 106749 | 12/7/2016 | REST | | | (1,100,000) | deliver stock | stock delivery | USD | - | (800.00) | - |
| ARTH | ACCO | 106750 | 12/7/2016 | REST | | | | deliver stock | debit | USD | - | (50.00) | - |
| ARTH | ACCO | 106751 | 12/7/2016 | RESQ | | | | Empax Stock Transfer | debit | USD | (235.00) | (335.00) | - |
| ARTH | ACCO | 106752 | 12/14/2016 | TENT | | | 1,100,000 | receive stock via DWAC | buy stock | USD | (200.00) | (800.00) | - |
| ARTH | ACCO | 107010 | 12/15/2016 | TENT | ARTH | Arch Therapeutics | (150,000) | sell stock | sell stock | USD | 87,087.38 | 83,603.88 | - |
| ARTH | ACCO | 107011 | 12/16/2016 | TENT | ARTH | Arch Therapeutics | (260,000) | sell stock | sell stock | USD | 151,077.88 | 145,034.76 | - |
| ARTH | ACCO | 107051 | 12/20/2016 | TENT | ARTH | Arch Therapeutics | (70,728) | sell stock | sell stock | USD | 40,643.86 | 39,018.11 | - |
| ARTH | ACCO | 107060 | 12/21/2016 | TENT | ARTH | Arch Therapeutics | (10,000) | sell stock | sell stock | USD | 5,737.75 | 5,508.24 | - |
| ARTH | ACCO | 107139 | 12/22/2016 | TENT | ARTH | Arch Therapeutics | (50,000) | sell stock | sell stock | USD | 28,226.81 | 27,097.74 | - |
| ARTH | ACCO | 107141 | 12/27/2016 | TENT | ARTH | Arch Therapeutics | (191,897) | sell stock | sell stock | USD | 112,401.13 | 107,905.08 | - |
| ARTH | ACCO | 107140 | 12/28/2016 | TENT | ARTH | Arch Therapeutics | (44,688) | sell stock | sell stock | USD | 26,075.45 | 25,032.43 | - |
| ARTH | ACCO | 107573 | 12/29/2016 | TENT | ARTH | Arch Therapeutics | (75,000) | sell stock | sell stock | USD | 43,040.42 | 41,318.80 | - |
| ARTH | ACCO | 107575 | 12/30/2016 | TENT | ARTH | Arch Therapeutics | (100,000) | sell stock | sell stock | USD | 56,618.95 | 54,354.19 | - |
| ARTH | ACCO | 107182 | 12/30/2016 | WORK | | | | custody fees | debit | USD | - | (243.61) | - |
| ARTH | ACCO | 107606 | 1/3/2017 | TENT | ARTH | Arch Therapeutics | (131,000) | sell stock | sell stock | USD | 74,107.13 | 71,142.84 | - |
| ARTH | ACCO | 107636 | 1/4/2017 | TENT | ARTH | Arch Therapeutics | (5,800) | sell stock | sell stock | USD | 3,322.00 | 3,189.12 | - |
| ARTH | ACCO | 107718 | 1/6/2017 | TENT | ARTH | Arch Therapeutics | (10,887) | sell stock | sell stock | USD | 6,212.33 | 5,964.30 | - |
| ARTH | ACCO | 108612 | 1/23/2017 | WBQU | | | | forex | forex debit | USD | (37,645.51) | (38,021.97) | - |
| ARTH | ACCO | 108612 | 1/23/2017 | WBQU | | | | forex | forex credit | CAD | 50,000.00 | | 50,000.00 |
| ARTH | ACCO | 108070 | 2/4/2017 | WBQU | | | | Autism Partnership TT | debit | USD | (100,200.00) | (102,705.00) | - |
| ARTH | ACCO | 108127 | 1/26/2017 | WBQU | | | | director fees | debit | USD | - | (1,000.00) | - |
| ARTH | ACCO | 108136 | 2/1/2017 | AFTR | | | | Emerald Health Sciences TT | debit | USD | (300,070.00) | (307,571.75) | - |
| ARTH | ACCO | 108621 | 2/2/2017 | CASH | | | | debit | debit | CAD | (50,000.00) | | (52,500.00) |
| ARTH | ACCO | 108641 | 2/2/2017 | WORK | | | | forex | forex credit | CAD | - | (2,582.55) | - |
| ARTH | ACCO | 108641 | 2/2/2017 | WORK | | | | forex | forex debit | CAD | - | | 3,357.32 |
| ARTH | ACCO | 108777 | 2/11/2017 | WORK | | | | internal transfer | debit | USD | - | (37,600.00) | - |
| ARTH | ACCO | 108778 | 2/11/2017 | WORK | | | | internal transfer | debit | USD | - | (37,600.00) | - |
| ARTH | ACCO | 108779 | 2/11/2017 | WORK | | | | internal transfer | debit | USD | - | (37,600.00) | - |
| ARTH | ACCO | 108780 | 2/11/2017 | WORK | | | | internal transfer | debit | USD | - | (37,600.00) | - |
| ARTH | ACCO | 108825 | 2/17/2017 | WBMO | | | | forex | forex debit | USD | (38,507.42) | (38,892.49) | - |
| ARTH | ACCO | 108825 | 2/17/2017 | WBMO | | | | forex | forex credit | CAD | 50,500.00 | | 50,500.00 |
| ARTH | ACCO | 108822 | 2/17/2017 | WBMO | | | | forex | forex credit | CAD | - | (3,852.67) | - |
| ARTH | ACCO | 108824 | 2/17/2017 | CASH | | | | debit | debit | CAD | (100,000.00) | | (105,000.00) |
| ARTH | ACCO | 108844 | 2/23/2017 | WBQU | | | | Autism Partnership TT | debit | USD | (100,200.00) | (102,705.00) | - |
| ARTH | ACCO | 109592 | 2/24/2017 | BEAT | ARTH | Arch Therapeutics | (1,410) | internal transfer | stock delivery | USD | - | (100.00) | - |
| ARTH | ACCO | 109592 | 2/24/2017 | TENT | ARTH | Arch Therapeutics | 1,410 | internal transfer | transfer stock in | USD | - | | - |
| ARTH | ACCO | 109336 | 2/28/2017 | WBIH | | | | forex | forex debit | USD | (37,000.00) | (37,370.00) | - |
| ARTH | ACCO | 109336 | 2/28/2017 | WBIH | | | | forex | forex credit | CAD | 48,642.68 | | 48,642.68 |
| ARTH | ACCO | 109369 | 3/2/2017 | AFTR | | | | forex | forex debit | USD | (3,852.67) | (3,891.20) | - |
| ARTH | ACCO | 109369 | 3/2/2017 | AFTR | | | | forex | forex credit | CAD | 5,000.00 | | 5,000.00 |
| ARTH | ACCO | 109513 | 3/12/2017 | WBRO | | | | Emerald Health Sciences TT | debit | USD | (150,000.00) | (153,750.00) | - |
| ARTH | ACCO | 109605 | 3/20/2017 | WBMO | | | | Emerald Health Sciences TT | debit | USD | (150,250.00) | (154,006.25) | - |
| ARTH | ACCO | 109657 | 3/20/2017 | WORK | | | | director fees | debit | USD | - | (1,000.00) | - |
| ARTH | ACCO | 110084 | 3/31/2017 | WORK | | | | custody fees | debit | USD | - | (1.12) | - |
| ARTH | ACCO | 110162 | 4/26/2017 | WORK | | | | director fees | debit | USD | - | (1,000.00) | - |
| ARTH | ACCO | 110163 | 4/26/2017 | WBSA | | | | Emerald Health Sciences TT | debit | USD | (300,250.00) | (307,756.25) | - |
| ARTH | ACCO | 110720 | 5/5/2017 | WBSA | | | | Autism Partnership TT | debit | USD | (150,250.00) | (154,006.25) | - |
| ARTH | ACCO | 109716 | 5/17/2017 | WORK | | | | internal transfer | credit | USD | - | 400,000.00 | - |
| ARTH | ACCO | 111443 | 5/22/2017 | TENT | ARTH | Arch Therapeutics | (1,410) | sell stock | sell stock | USD | 448.60 | 348.60 | - |
| ARTH | ACCO | 110964 | 5/24/2017 | WBRI | | | | Emerald Health Sciences TT | debit | USD | (300,250.00) | (307,756.25) | - |
| ARTH | ACCO | 111359 | 6/1/2017 | WORK | | | | internal transfer | credit | USD | - | 400,000.00 | - |
| ARTH | ACCO | 111627 | 6/26/2017 | WBSA | | | | Emerald Health Sciece TT | debit | USD | (300,250.00) | (307,756.25) | - |
| ARTH | ACCO | 112304 | 7/7/2017 | WBSA | | | | forex | forex debit | USD | - | (39,037.55) | - |
| ARTH | ACCO | 112304 | 7/7/2017 | WORK | | | | forex | forex credit | CAD | - | | 48,480.00 |

A4558

ARTH Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARTH | ACCO | 112142 | 7/7/2017 | COQB | | | | McMillan ck #28 | debit | CAD | (48,000.00) | - | (48,480.00) |
| ARTH | ACCO | 112313 | 7/20/2017 | WBSA | | | | Autism Partners TT | debit | USD | (20,040.00) | (20,541.00) | - |
| ARTH | ACCO | 12421 | 7/25/2017 | WORK | | | | internal transfer | credit | USD | - | 120,000.00 | - |
| ARTH | ACCO | 123609 | 7/26/2017 | WBSA | | | | Emerald Health Science TT | debit | USD | (100,200.00) | (102,705.00) | - |
| ARTH | ACCO | 116619 | 10/6/2017 | WBSA | | | | Emerald Health Science TT | debit | USD | (100,200.00) | (102,705.00) | - |
| ARTH | ACCO | 117378 | 10/18/2017 | WIH | | | | Hadley Mining TT | debit | CAD | (51,500.00) | - | (52,787.50) |
| ARTH | ACCO | 118228 | 1/8/2018 | WISA | | | | Emerald Health TT | debit | USD | (300,500.00) | (308,012.50) | - |
| ARTH | ACCO | 119128 | 2/8/2018 | WORK | | | | internal transfer | credit | USD | - | 400,000.00 | - |
| ARTH | ACCO | 122570 | 10/10/2018 | WORK | | | | internal transfer loss provision | debit | USD | - | (38,524.91) | - |
| ARTH | ACCO | 122571 | 10/10/2018 | WORK | | | | internal transfer loss provision | credit | CAD | - | - | 52,787.50 |

14 of 14

A4559



**EXHIBIT 296 — 21-cv-11276-WGY**

STVF / VBIO Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) | Cash Acct (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STVF | ACCOPINA | 26448 | 1/18/2012 | WORK | | | | forex | forex, debit | CAD | - | (101.51) | | |
| STVF | ACCOPINA | 26448 | 1/18/2012 | WORK | | | | forex | forex credit | CAD | - | | 100.00 | |
| STVF | ACCOPINA | 26251 | 1/18/2012 | REST | | | | | buy stock | CAD | - | | | (100.00) |
| STVF | ACCOPINA | 26252 | 1/18/2012 | WORK | | | | PDX 501246 | debit | CAD | - | (100.00) | | |
| STVF | ACCOPINA | 26387 | 1/19/2012 | REST | STVF-E | Stevia First | 8,400,000 | receive stock | buy stock | USD | - | | | |
| STVF | ACCOPINA | 26324 | 1/20/2012 | BCEL | | | | Island ckt549 | debit | USD | (137.00) | (237.00) | | |
| STVF | ACCOPINA | 26323 | 1/20/2012 | REST | STVF-E | Stevia First | 2,800,000 | receive stock | stock delivery | USD | - | (800.00) | | |
| STVF | ACCOPINA | 26323 | 1/20/2012 | REST | STVF-E | Stevia First | (11,200,000) | deliver stock | debit | USD | - | (250.00) | | |
| STVF | ACCOPINA | 26323 | 1/20/2012 | REST | | | | deliver stock | buy stock | USD | - | (100.00) | | |
| STVF | ACCOPINA | 26328 | 1/26/2012 | LGTC | STVF | Stevia First | 2,520,000 | receive stock | buy stock | USD | (457.51) | (557.51) | | |
| STVF | ACCOPINA | 26325 | 1/27/2012 | HYPP | STVF | Stevia First | 1,034,000 | receive stock | buy stock | USD | - | (100.00) | | |
| STVF | ACCOPINA | 26329 | 1/27/2012 | BSST | STVF | Stevia First | 2,550,000 | receive stock | buy stock | USD | (500.00) | (600.00) | | |
| STVF | ACCOPINA | 26329 | 1/27/2012 | VERL | STVF | Stevia First | 2,536,000 | receive stock | interest charge | USD | - | (15.57) | | |
| STVF | ACCOPINA | 26853 | 1/30/2012 | WORK | STVF | Stevia First | 8,400,000 | receive stock | buy stock | USD | - | (100.00) | | |
| STVF | ACCOPINA | 27202 | 2/1/2012 | REST | STVF-E | Stevia First | 2,560,000 | receive stock | buy stock | USD | - | (100.00) | | |
| STVF | ACCOPINA | 26327 | 2/1/2012 | SIL2 | STVF | | | | debit | USD | (43,070.00) | (43,500.70) | | |
| STVF | ACCOPINA | 27215 | 2/6/2012 | DGMI | | | (1,750,000) | FinnCom TT | debit | USD | - | (1,000.00) | | |
| STVF | ACCOPINA | 27205 | 2/7/2012 | WORK | | | | Hartford subscription | credit | USD | 284,000.00 | 284,000.00 | | |
| STVF | ACCOPINA | 27657 | 2/15/2012 | WORK | | | | internal transfer STVF | credit | USD | 716,000.00 | 716,000.00 | | |
| STVF | ACCOPINA | 27658 | 2/15/2012 | WORK | | | | internal transfer STVF | debit | USD | (55,048.40) | (55,598.88) | | |
| STVF | ACCOPINA | 27750 | 2/16/2012 | LGTC | | | | Pangen Webmedia TT | debit | USD | (10,070.00) | (10,170.70) | | |
| STVF | ACCOPINA | 27959 | 2/21/2012 | DGMI | | | | FinnCom TT | debit | USD | - | (100.00) | | |
| STVF | ACCOPINA | 27977 | 2/21/2012 | DGMI | | | | 7 SPAs | debit | USD | - | (700.00) | | |
| STVF | ACCOPINA | 28180 | 2/23/2012 | REST | STVF-E | Stevia First | (1,750,000) | deliver stock | deliver stock | USD | - | (1,000.00) | | |
| STVF | ACCOPINA | 28180 | 2/23/2012 | REST | | | | deliver stock | debit | USD | (140.00) | (240.00) | | |
| STVF | ACCOPINA | 28181 | 2/23/2012 | BCEL | | | | Island ckt577 | debit | USD | (500,150.00) | (500,151.50) | | |
| STVF | ACCOPINA | 28266 | 2/27/2012 | DGMI | | | | Diamond Spot Media TT | debit | USD | - | (100.00) | | |
| STVF | ACCOPINA | 28564 | 2/28/2012 | REST | STVF-E | Stevia First | 1,750,000 | receive stock | buy stock | USD | (5,017.50) | (5,117.50) | | |
| STVF | ACCOPINA | 28316 | 2/28/2012 | DGMI | | | | Vulcan Communications TT | debit | USD | - | 41.40 | | |
| STVF | ACCOPINA | 28831 | 2/29/2012 | WORK | | | | interest payment | interest payment | USD | (170,110.00) | (171,811.10) | | |
| STVF | ACCOPINA | 28928 | 3/2/2012 | DGMI | | | | Diamond Spot TT | debit | USD | (141,975.38) | (145,524.76) | | |
| STVF | ACCOPINA | 28964 | 3/5/2012 | FINC | STVF | Stevia First | 200,000 | deliver stock | buy stock | USD | (304,341.18) | (311,949.71) | | |
| STVF | ACCOPINA | 29016 | 3/5/2012 | STEL | STVF | Stevia First | 425,000 | buy stock | buy stock | USD | (373,744.54) | (382,063.15) | | |
| STVF | ACCOPINA | 29068 | 3/6/2012 | STEL | STVF | Stevia First | 505,000 | buy stock | buy stock | USD | 687,568.86 | 673,817.58 | | |
| STVF | ACCOPINA | 29082 | 3/6/2012 | LGTC | STVF | Stevia First | (1,000,000) | sell stock | sell stock | USD | - | (1,500.00) | | |
| STVF | ACCOPINA | 29095 | 3/6/2012 | REST | STVF-E | Stevia First | (2,450,000) | deliver stock | stock delivery | USD | - | (100.00) | | |
| STVF | ACCOPINA | 29095 | 3/6/2012 | REST | | | | deliver stock | debit | USD | (74.00) | (174.00) | | |
| STVF | ACCOPINA | 29095 | 3/6/2012 | BCEL | | | | Island ckt587 | debit | USD | 105,078.39 | 101,926.04 | | |
| STVF | ACCOPINA | 29100 | 3/7/2012 | DGMI | | | | Business Financial TT | debit | USD | 108,019.44 | 105,318.95 | | |
| STVF | ACCOPINA | 29100 | 3/7/2012 | DGMI | STVF | Stevia First | 110,000 | buy stock | buy stock | USD | (32,820.00) | (33,148.20) | | |
| STVF | ACCOPINA | 29102 | 3/7/2012 | DGMI | | | | J Curtis TT | debit | USD | (83,956.88) | (86,055.80) | | |
| STVF | ACCOPINA | 29103 | 3/7/2012 | DGMI | | | | Jiang Yu TT | debit | USD | (64,370.00) | (65,013.70) | | |
| STVF | ACCOPINA | 29104 | 3/7/2012 | DGMI | | | | Levesque TT | debit | USD | (25,070.00) | (25,320.70) | | |
| STVF | ACCOPINA | 29109 | 3/7/2012 | DGMI | | | | O Neil Marketing TT | debit | USD | (9,070.00) | (9,170.00) | | |
| STVF | ACCOPINA | 29109 | 3/7/2012 | WORK | | | | Yolo Publishing TT | debit | USD | (56,070.00) | (56,630.70) | | |
| STVF | ACCOPINA | 29216 | 3/7/2012 | BSST | | | | Raven Consulting TT | debit | USD | (20,070.00) | (20,270.70) | | |
| STVF | ACCOPINA | 29216 | 3/8/2012 | LGTC | | | | Conmar engage Diamond Spot | debit | USD | - | (100.00) | | |
| STVF | ACCOPINA | 29455 | 3/8/2012 | VERL | STVF | Stevia First | (400,000) | sell stock | sell stock | USD | 295,457.53 | 286,593.80 | | |
| STVF | ACCOPINA | 29222 | 3/8/2012 | BST | STVF | Stevia First | (750,000) | sell stock | sell stock | USD | 532,165.23 | 521,521.93 | | |
| STVF | ACCOPINA | 29285 | 3/9/2012 | LGTC | STVF | Stevia First | (100,000) | sell stock | sell stock | USD | 72,814.67 | 71,358.38 | | |
| STVF | ACCOPINA | 29276 | 3/9/2012 | VERL | STVF | Stevia First | (183,920) | sell stock | sell stock | USD | 148,952.06 | 145,228.26 | | |
| STVF | ACCOPINA | 29335 | 3/12/2012 | VERL | STVF | Stevia First | (43,500) | sell stock | sell stock | USD | 35,114.23 | 34,236.37 | | |
| STVF | ACCOPINA | 29393 | 3/13/2012 | DGMI | | | | Avtar Dhillon TT | debit | USD | (33,890.00) | (34,228.90) | | |
| STVF | ACCOPINA | 29393 | 3/13/2012 | VERL | STVF | Stevia First | (413,614) | sell stock | sell stock | USD | 366,061.47 | 356,851.43 | | |
| STVF | ACCOPINA | 29390 | 3/13/2012 | VERL | STVF | Stevia First | (485,500) | sell stock | sell stock | USD | 483,182.94 | 471,103.37 | | |
| STVF | ACCOPINA | 29390 | 3/13/2012 | STEL | STVF | Stevia First | (1,165,703) | sell stock | sell stock | USD | 164,752.58 | 160,633.77 | | |
| STVF | ACCOPINA | 29097 | 3/13/2012 | VERN | STVF | Stevia First | 2,450,000 | receive stock | buy stock | USD | (500.00) | (600.00) | | |

A4560

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) | Cash Acct (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STVF | ACCOPPNA | 29363 | 3/13/2012 | DGMI | | | | Global Marketing Media TT | debit | USD | (25,070.00) | (25,320.70) | | |
| STVF | ACCOPPNA | 29364 | 3/13/2012 | DGMI | | | | Dark Horse Media TT | debit | USD | (55,070.00) | (55,620.70) | | |
| STVF | ACCOPPNA | 29365 | 3/13/2012 | DGMI | | | | Timothy J Dailey TT | debit | USD | (2,570.00) | (2,670.00) | | |
| STVF | ACCOPPNA | 29366 | 3/13/2012 | DGMI | | | | Research Driven Investor TT | debit | USD | (40,070.00) | (40,470.70) | | |
| STVF | ACCOPPNA | 29367 | 3/13/2012 | DGMI | | | | Use of Proceeds TT | debit | USD | (10,070.00) | (10,170.70) | | |
| STVF | ACCOPPNA | 29368 | 3/13/2012 | DGMI | | | | CBNG Froup TT | debit | USD | (5,070.00) | (5,170.00) | | |
| STVF | ACCOPPNA | 29369 | 3/13/2012 | DGMI | | | | Winning Media TT | debit | USD | (34,270.00) | (34,612.70) | | |
| STVF | ACCOPPNA | 29428 | 3/14/2012 | STEL | STVF | Stevia First | (918,180) | sell stock | sell stock | USD | 954,742.85 | 930,874.28 | | |
| STVF | ACCOPPNA | 29507 | 3/14/2012 | BSIT | | | | forex | forex debit | USD | (5,301.69) | (5,301.69) | | |
| STVF | ACCOPPNA | 29507 | 3/14/2012 | BSIT | | | | forex | forex credit | CAD | 5,250.00 | | 5,250.00 | |
| STVF | ACCOPPNA | 29423 | 3/14/2012 | CASH | | | | debit | debit | CAD | (5,000.00) | | (5,250.00) | |
| STVF | ACCOPPNA | 29487 | 3/15/2012 | STEL | STVF | Stevia First | 5,000 | buy stock | buy stock | USD | (5,362.85) | (5,496.92) | | |
| STVF | ACCOPPNA | 29483 | 3/15/2012 | VIRL | STVF | Stevia First | (195,400) | sell stock | sell stock | USD | 206,059.06 | 200,907.58 | | |
| STVF | ACCOPPNA | 29449 | 3/15/2012 | BSIT | STVF | Stevia First | (6,000) | sell stock | sell stock | USD | 6,152.94 | 5,968.35 | | |
| STVF | ACCOPPNA | 29522 | 3/15/2012 | DGMI | STVF-E | Stevia First | (1,700,000) | deliver stock | stock delivery | USD | | (500.00) | | |
| STVF | ACCOPPNA | 29522 | 3/15/2012 | REST | | | | deliver stock | debit | USD | | (150.00) | | |
| STVF | ACCOPPNA | 29523 | 3/15/2012 | BCEL | | | | Island ck#591 | debit | USD | (65.00) | (165.00) | | |
| STVF | ACCOPPNA | 29550 | 3/16/2012 | VIRL | STVF | Stevia First | (222,562) | sell stock | sell stock | USD | 227,582.73 | 221,893.16 | | |
| STVF | ACCOPPNA | 29492 | 3/16/2012 | BSIT | STVF | Stevia First | 6,000 | buy stock | buy stock | USD | (6,152.94) | (6,337.53) | | |
| STVF | ACCOPPNA | 29532 | 3/16/2012 | DGMI | | | | Diamond Spot Media TT | debit | USD | (550,150.00) | (555,651.50) | | |
| STVF | ACCOPPNA | 29553 | 3/19/2012 | REST | | | | BalOrd @$ 250 | debit | USD | (6,250.00) | (6,350.00) | | |
| STVF | ACCOPPNA | 29882 | 3/19/2012 | VIRL | STVF | Stevia First | (296,091) | sell stock | sell stock | USD | 302,835.16 | 295,264.28 | | |
| STVF | ACCOPPNA | 29582 | 3/19/2012 | DGMI | | | | Diamondspot Media TT | debit | USD | (410,110.00) | (410,221.10) | | |
| STVF | ACCOPPNA | 29598 | 3/19/2012 | DGMI | | | | Stevia First TT | debit | USD | (250,110.00) | (252,611.00) | | |
| STVF | ACCOPPNA | 29709 | 3/20/2012 | FINC | STVF | Stevia First | (200,000) | sell stock | sell stock | USD | 224,866.33 | 219,246.67 | | |
| STVF | ACCOPPNA | 29647 | 3/20/2012 | DGMI | STVF | Stevia First | (515,913) | sell stock | sell stock | USD | 570,901.75 | 556,629.21 | | |
| STVF | ACCOPPNA | 29655 | 3/20/2012 | STEL | STVF | Stevia First | (13,117) | sell stock | sell stock | USD | 14,375.13 | 14,015.75 | | |
| STVF | ACCOPPNA | 29623 | 3/20/2012 | REST | STVF-E | Stevia First | (1,400,000) | deliver stock | stock delivery | USD | | (800.00) | | |
| STVF | ACCOPPNA | 29623 | 3/20/2012 | REST | | | | deliver stock | debit | USD | | (100.00) | | |
| STVF | ACCOPPNA | 29624 | 3/20/2012 | BCEL | | | | Island ck#593 | debit | USD | (37.00) | (137.00) | | |
| STVF | ACCOPPNA | 29704 | 3/21/2012 | REST | STVF-E | Stevia First | (2,850,000) | deliver stock | stock delivery | USD | | (2,000.00) | | |
| STVF | ACCOPPNA | 29704 | 3/21/2012 | REST | | | | deliver stock | debit | USD | | (200.00) | | |
| STVF | ACCOPPNA | 29725 | 3/21/2012 | BSIT | STVF | Stevia First | (50,000) | sell stock | sell stock | USD | 59,038.92 | 57,858.14 | | |
| STVF | ACCOPPNA | 29663 | 3/21/2012 | BSIT | STVF | Stevia First | (50,000) | sell stock | sell stock | USD | 62,534.63 | 60,658.59 | | |
| STVF | ACCOPPNA | 29678 | 3/21/2012 | WORK | | | | Conmar Director fess | debit | USD | | (100.00) | | |
| STVF | ACCOPPNA | 29705 | 3/21/2012 | STEL | | | | Island ck#596 | debit | USD | (102.00) | (202.00) | | |
| STVF | ACCOPPNA | 29526 | 3/22/2012 | LGTC | STVF | Stevia First | 1,700,000 | buy stock | buy stock | USD | | (100.00) | | |
| STVF | ACCOPPNA | 29726 | 3/22/2012 | BSIT | STVF | Stevia First | (660,000) | sell stock | sell stock | USD | 889,133.47 | 862,459.47 | | |
| STVF | ACCOPPNA | 29738 | 3/22/2012 | DGMI | | | | Stevia First TT | debit | USD | (150,110.00) | (151,611.00) | | |
| STVF | ACCOPPNA | 29745 | 3/22/2012 | WORK | | | | Conmar Director fess 8K | debit | USD | | (100.00) | | |
| STVF | ACCOPPNA | 29736 | 3/22/2012 | HYPP | STVF | Stevia First | (542,000) | sell stock | sell stock | USD | 684,374.30 | 667,264.94 | | |
| STVF | ACCOPPNA | 29748 | 3/23/2012 | LGTC | STVF | Stevia First | (75,000) | sell stock | sell stock | USD | 104,687.53 | 102,593.78 | | |
| STVF | ACCOPPNA | 29731 | 3/23/2012 | BSIT | STVF | Stevia First | (796,900) | sell stock | sell stock | USD | 1,090,029.62 | 1,066,058.73 | | |
| STVF | ACCOPPNA | 29788 | 3/23/2012 | HYPP | STVF | Stevia First | (470,000) | sell stock | sell stock | USD | 636,299.99 | 620,392.49 | | |
| STVF | ACCOPPNA | 29806 | 3/23/2012 | WORK | | | | internal transfer | debit | USD | | (192,350.00) | | |
| STVF | ACCOPPNA | 29807 | 3/23/2012 | WORK | | | | internal transfer | debit | USD | | (192,350.00) | | |
| STVF | ACCOPPNA | 29808 | 3/23/2012 | WORK | | | | internal transfer | debit | USD | | (433,850.00) | | |
| STVF | ACCOPPNA | 29809 | 3/23/2012 | WORK | | | | internal transfer | debit | USD | | (432,850.00) | | |
| STVF | ACCOPPNA | 29625 | 3/23/2012 | VIRL | STVF | Stevia First | 1,400,000 | receive stock | receive stock | USD | (500.00) | (600.00) | | |
| STVF | ACCOPPNA | 30084 | 3/26/2012 | SIL2 | STVF | Stevia First | (785,000) | sell stock | sell stock | USD | 1,889,655.66 | 1,856,965.09 | | |
| STVF | ACCOPPNA | 29973 | 3/27/2012 | LGTC | STVF | Stevia First | (125,000) | sell stock | sell stock | USD | 178,251.57 | 174,686.54 | | |
| STVF | ACCOPPNA | 29920 | 3/27/2012 | SIL2 | STVF | Stevia First | (555,000) | sell stock | sell stock | USD | 796,845.34 | 772,939.98 | | |
| STVF | ACCOPPNA | 29924 | 3/27/2012 | SIL2 | STVF | Stevia First | (200,000) | sell stock | sell stock | USD | 303,089.10 | 293,996.43 | | |
| STVF | ACCOPPNA | 29921 | 3/27/2012 | SIL2 | STVF | Stevia First | (500,000) | sell stock | sell stock | USD | 743,221.48 | 720,924.84 | | |
| STVF | ACCOPPNA | 30008 | 3/28/2012 | LGTC | STVF | Stevia First | (400,000) | sell stock | sell stock | USD | 641,831.79 | 628,995.15 | | |
| STVF | ACCOPPNA | 29983 | 3/28/2012 | SIL2 | STVF | Stevia First | (520,000) | sell stock | sell stock | USD | 899,484.69 | 872,500.15 | | |
| STVF | ACCOPPNA | 29979 | 3/28/2012 | BSIT | STVF | Stevia First | (500,000) | sell stock | sell stock | USD | 1,051,832.27 | 1,020,282.15 | | |
| STVF | ACCOPPNA | 29788 | 3/28/2012 | HYPP | STVF | Stevia First | 1,450,000 | buy stock | buy stock | USD | (306.89) | (406.89) | | |

A4561

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) | Cash Acct (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STVF | ACCOPNA | 29707 | 3/28/2012 | STEL | STVF | Stevia First | 900,000 | receive stock | buy stock | USD | | (100.00) | | |
| STVF | ACCOPNA | 29991 | 3/28/2012 | DGMI | | | | Diamond Spot TT | debit | USD | (210,110.00) | 212,211.10 | | |
| STVF | ACCOPNA | 29706 | 3/28/2012 | VJRL | STVF | Stevia First | 500,000 | receive stock | buy stock | USD | (500.00) | (600.00) | | |
| STVF | ACCOPNA | 30066 | 3/29/2012 | LGTC | STVF | Stevia First | (20,000) | sell stock | sell stock | USD | 39,321.76 | 38,535.32 | | |
| STVF | ACCOPNA | 30053 | 3/29/2012 | DGMI | | | | Business Financial TT | debit | USD | (16,445.00) | (16,609.45) | | |
| STVF | ACCOPNA | 30052 | 3/29/2012 | DGMI | | | | J. Curtis TT | debit | USD | (3,570.00) | (3,670.00) | | |
| STVF | ACCOPNA | 30048 | 3/29/2012 | LGTC | | | | Paragon Web TT | debit | USD | (65,057.70) | (65,708.28) | | |
| STVF | ACCOPNA | 30528 | 3/29/2012 | VJRN | STVF | Stevia First | (730,000) | sell stock | sell stock | USD | 1,154,722.53 | 1,137,401.69 | | |
| STVF | ACCOPNA | 30449 | 3/29/2012 | DGMI | | | | Future Money Trends TT | debit | USD | (75,070.00) | (75,820.70) | | |
| STVF | ACCOPNA | 30050 | 3/29/2012 | DGMI | | | | Diamond Spot TT | debit | USD | (127,610.00) | (128,886.10) | | |
| STVF | ACCOPNA | 30182 | 3/29/2012 | WORK | | | | custody fee | custody fee | USD | | (9,828.17) | | |
| STVF | ACCOPNA | 30348 | 3/29/2012 | WORK | | | | interest payment | interest payment | USD | | 1,976.90 | | |
| STVF | ACCOPNA | 30529 | 3/30/2012 | VJRN | STVF | Stevia First | (686,419) | sell stock | sell stock | USD | 1,067,519.15 | 1,051,506.36 | | |
| STVF | ACCOPNA | 30598 | 4/2/2012 | VJRN | STVF | Stevia First | (574,661) | sell stock | sell stock | USD | 1,053,919.11 | 1,037,125.32 | | |
| STVF | ACCOPNA | 30533 | 4/2/2012 | SIL2 | | | | Diamond Spot Media TT | debit | USD | (499,888.77) | (504,887.66) | | |
| STVF | ACCOPNA | 30585 | 4/2/2012 | WORK | | | | | forex debit | USD | | (13,582.35) | | |
| STVF | ACCOPNA | 30585 | 4/2/2012 | WORK | | | | | forex credit | CAD | | | 13,125.00 | |
| STVF | ACCOPNA | 30539 | 4/2/2012 | CASH | | | | debit | debit | CAD | (12,500.00) | | (13,125.00) | |
| STVF | ACCOPNA | 30544 | 4/3/2012 | WORK | | | | internal transfer | debit | USD | | (1,000,100.00) | | |
| STVF | ACCOPNA | 30545 | 4/3/2012 | WORK | | | | internal transfer | debit | USD | | (1,000,100.00) | | |
| STVF | ACCOPNA | 30590 | 4/3/2012 | SIL2 | | | | Full Service Media TT | debit | USD | (200,038.35) | (202,038.73) | | |
| STVF | ACCOPNA | 30599 | 4/3/2012 | VJRN | STVF | Stevia First | (458,920) | sell stock | sell stock | USD | 917,855.44 | 904,087.61 | | |
| STVF | ACCOPNA | 30568 | 4/3/2012 | DGMI | | | | Full Service Media TT | debit | USD | (12,570.00) | (12,695.70) | | |
| STVF | ACCOPNA | 30750 | 4/5/2012 | WORK | | | | Diamond Spot repayment | debit | USD | | (20,100.00) | | |
| STVF | ACCOPNA | 30749 | 4/5/2012 | WORK | | | | Diamond Spot repayment | debit | USD | | (220,100.00) | | |
| STVF | ACCOPNA | 30743 | 4/5/2012 | DGMI | | | | Blackrock TT | debit | USD | (921,150.00) | (930,361.50) | | |
| STVF | ACCOPNA | 30741 | 4/5/2012 | WORK | | | | internal transfer | debit | USD | | (2,250,100.00) | | |
| STVF | ACCOPNA | 30742 | 4/5/2012 | WORK | | | | internal transfer | debit | USD | | (1,655,675.00) | | |
| STVF | ACCOPNA | 30744 | 4/5/2012 | WORK | | | | internal transfer | debit | USD | | (594,525.00) | | |
| STVF | ACCOPNA | 30835 | 4/9/2012 | LGTC | STVF | Stevia First | (360,000) | sell stock | sell stock | USD | 843,525.92 | 826,655.40 | | |
| STVF | ACCOPNA | 30893 | 4/10/2012 | LGTC | STVF | Stevia First | (265,000) | sell stock | sell stock | USD | 563,545.79 | 552,274.87 | | |
| STVF | ACCOPNA | 30944 | 4/11/2012 | LGTC | | | | Hong Heng TT | debit | USD | (610,257.29) | (616,359.86) | | |
| STVF | ACCOPNA | 30967 | 4/11/2012 | LGTC | STVF | Stevia First | (65,000) | sell stock | sell stock | USD | 139,802.21 | 137,006.17 | | |
| STVF | ACCOPNA | 30915 | 4/11/2012 | BSIT | | | | | forex | USD | (82,314.14) | (83,137.28) | | |
| STVF | ACCOPNA | 30915 | 4/11/2012 | BSIT | | | | | forex credit | CAD | 81,812.02 | | 81,812.02 | |
| STVF | ACCOPNA | 30943 | 4/11/2012 | SIL2 | | | | Hong Heng Investment TT | debit | USD | (496,993.24) | (503,947.) | | |
| STVF | ACCOPNA | 30920 | 4/11/2012 | HYPP | STVF | Stevia First | (246,000) | sell stock | sell stock | USD | 521,253.33 | 508,222.00 | | |
| STVF | ACCOPNA | 30921 | 4/11/2012 | CASH | | | | debit | debit | CAD | (200,000.00) | | (210,000.00) | |
| STVF | ACCOPNA | 31033 | 4/11/2012 | SIL2 | | | | | forex | USD | (25,754.00) | (26,011.54) | | |
| STVF | ACCOPNA | 31033 | 4/11/2012 | SIL2 | | | | | forex credit | CAD | 25,550.55 | | 25,550.55 | |
| STVF | ACCOPNA | 30925 | 4/11/2012 | TDCO | | | | forex ck #460 | forex debit | USD | (101,017.76) | (102,027.94) | | |
| STVF | ACCOPNA | 30925 | 4/11/2012 | TDCO | | | | forex ck #460 | forex credit | CAD | 99,700.00 | | 99,700.00 | |
| STVF | ACCOPNA | 31002 | 4/11/2012 | WORK | | | | forex debit | forex debit | USD | | (3,000.06) | | |
| STVF | ACCOPNA | 31002 | 4/11/2012 | WORK | | | | forex | forex credit | CAD | | | 3,000.06 | |
| STVF | ACCOPNA | 31013 | 4/12/2012 | LGTC | STVF | Stevia First | (78,803) | sell stock | sell stock | USD | 165,564.54 | 162,253.25 | | |
| STVF | ACCOPNA | 30977 | 4/12/2012 | HYPP | STVF | Stevia First | (90,000) | sell stock | sell stock | USD | 193,712.39 | 188,869.58 | | |
| STVF | ACCOPNA | 30981 | 4/12/2012 | SIL2 | | | | Hong Heng Investment TT | debit | USD | (496,853.34) | (501,821.87) | | |
| STVF | ACCOPNA | 30983 | 4/12/2012 | DGMI | | | | Hong Heng Investment TT | debit | USD | (444,210.00) | (448,652.10) | | |
| STVF | ACCOPNA | 31106 | 4/13/2012 | LGTC | STVF | Stevia First | (27,330) | sell stock | sell stock | USD | 55,818.46 | 54,702.09 | | |
| STVF | ACCOPNA | 31110 | 4/13/2012 | VJRL | STVF | Stevia First | (20,000) | sell stock | sell stock | USD | 36,835.90 | 35,914.13 | | |
| STVF | ACCOPNA | 31027 | 4/13/2012 | HYPP | STVF | Stevia First | (10,700) | sell stock | sell stock | USD | 21,576.98 | 21,037.56 | | |
| STVF | ACCOPNA | 31052 | 4/13/2012 | BSIT | | | | | forex credit | USD | (151,988.96) | (153,508.85) | | |
| STVF | ACCOPNA | 31052 | 4/13/2012 | BSIT | | | | | forex | CAD | 151,031.43 | | 151,031.43 | |
| STVF | ACCOPNA | 31055 | 4/13/2012 | TDCO | | | | forex ck #462 | forex credit | CAD | (99,493.84) | (100,488.78) | | |
| STVF | ACCOPNA | 31055 | 4/13/2012 | CASH | | | | forex ck #462 | forex debit | CAD | 97,700.00 | | 97,700.00 | |
| STVF | ACCOPNA | 31046 | 4/16/2012 | VJRL | | | | debit | debit | CAD | 9,144.40 | 8,915.79 | | |
| STVF | ACCOPNA | 31117 | 4/16/2012 | CASH | | | | debit | debit | CAD | (181,000.00) | | (190,050.00) | |
| STVF | ACCOPNA | 31249 | 4/17/2012 | FINC | STVF | Stevia First | 5,000 | buy stock | buy stock | USD | (7,612.50) | (7,802.81) | | |

STVF / VBHO Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Batch Code | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) | Cash Acct (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STVF | ACCOPPNA | 312017 | 4/17/2012 | VERL | | STVF | Stevia First | (110,000) | sell stock | sell stock | USD | 7,250.00 | 7,068.75 | | |
| STVF | ACCOPPNA | 31209 | 4/17/2012 | LGTC | | STVF | Stevia First | (20,000) | sell stock | sell stock | USD | 36,984.52 | 36,244.83 | | |
| STVF | ACCOPPNA | 31187 | 4/17/2012 | DGMI | | | | | Capital Financial TT | debit | USD | 400,110.00 | 404,111.10 | | |
| STVF | ACCOPPNA | 31172 | 4/17/2012 | HYPP | | STVF | Stevia First | (21,300) | sell stock | sell stock | USD | 40,907.85 | 39,855.15 | | |
| STVF | ACCOPPNA | 31186 | 4/17/2012 | DGMI | | | | | Blackrock TT | debit | USD | (562,150.00) | (567,771.50) | | |
| STVF | ACCOPPNA | 31323 | 4/18/2012 | FINC | | STVF | Stevia First | 800 | buy stock | buy stock | USD | (1,215.80) | (1,315.80) | | |
| STVF | ACCOPPNA | 31252 | 4/18/2012 | VERL | | STVF | Stevia First | (25,000) | sell stock | sell stock | USD | 37,814.70 | 36,869.33 | | |
| STVF | ACCOPPNA | 31238 | 4/18/2012 | STEL | | STVF | Stevia First | (900,000) | deliver stock | stock delivery | USD | | (100.00) | | |
| STVF | ACCOPPNA | 31283 | 4/18/2012 | REST | | STVF | Stevia First | (900,000) | deliver stock | stock delivery | USD | | (200.00) | | |
| STVF | ACCOPPNA | 31283 | 4/18/2012 | REST | | | | | deliver stock | debit | USD | | (100.00) | | |
| STVF | ACCOPPNA | 31284 | 4/18/2012 | DGEL | | | | | debit | debit | USD | (28.00) | (120.00) | | |
| STVF | ACCOPPNA | 31245 | 4/18/2012 | REST | | | | 900,000 | Island sk0612 | buy stock | USD | | (100.00) | | |
| STVF | ACCOPPNA | 31325 | 4/19/2012 | VERL | | STVF | Stevia First | (102,740) | sell stock | sell stock | USD | 166,198.03 | 162,043.08 | | |
| STVF | ACCOPPNA | 31272 | 4/19/2012 | HYPP | | STVF | Stevia First | (48,000) | sell stock | sell stock | USD | 74,773.31 | 72,903.98 | | |
| STVF | ACCOPPNA | 31391 | 4/20/2012 | VERL | | STVF | Stevia First | (47,050) | sell stock | sell stock | USD | 75,446.69 | 73,560.52 | | |
| STVF | ACCOPPNA | 31392 | 4/20/2012 | LGTC | | STVF | Stevia First | (50,000) | sell stock | sell stock | USD | 83,600.43 | 81,928.42 | | |
| STVF | ACCOPPNA | 31450 | 4/20/2012 | HYPP | | STVF | Stevia First | (115,000) | sell stock | sell stock | USD | 187,290.72 | 182,569.45 | | |
| STVF | ACCOPPNA | 31476 | 4/23/2012 | VERL | | STVF | Stevia First | (100,000) | sell stock | sell stock | USD | 14,422.00 | 14,061.45 | | |
| STVF | ACCOPPNA | 31477 | 4/23/2012 | LGTC | | STVF | Stevia First | (25,000) | sell stock | sell stock | USD | 39,953.70 | 39,154.63 | | |
| STVF | ACCOPPNA | 31400 | 4/23/2012 | HYPP | | STVF | Stevia First | (12,000) | sell stock | sell stock | USD | 19,809.54 | 19,314.30 | | |
| STVF | ACCOPPNA | 31514 | 4/24/2012 | VERL | | STVF | Stevia First | (84,590) | sell stock | sell stock | USD | 112,927.63 | 110,104.44 | | |
| STVF | ACCOPPNA | 31483 | 4/24/2012 | HYPP | | STVF | Stevia First | (23,200) | sell stock | sell stock | USD | 34,186.52 | 33,331.86 | | |
| STVF | ACCOPPNA | 31634 | 4/25/2012 | FINC | | STVF | Stevia First | 139,000 | buy stock | buy stock | USD | (154,331.72) | (158,190.01) | | |
| STVF | ACCOPPNA | 31573 | 4/25/2012 | VERL | | STVF | Stevia First | (25,000) | sell stock | sell stock | USD | 29,225.55 | 28,494.72 | | |
| STVF | ACCOPPNA | 31576 | 4/25/2012 | LGTC | | STVF | Stevia First | (63,800) | sell stock | sell stock | USD | 85,320.98 | 83,614.56 | | |
| STVF | ACCOPPNA | 31529 | 4/25/2012 | HYPP | | STVF | Stevia First | (107,600) | sell stock | sell stock | USD | 142,671.28 | 139,104.50 | | |
| STVF | ACCOPPNA | 31285 | 4/25/2012 | HYPG | | STVF | Stevia First | 900,000 | receive stock | buy stock | USD | (942.95) | (1,042.95) | | |
| STVF | ACCOPPNA | 31637 | 4/26/2012 | VERL | | STVF | Stevia First | (470,870) | sell stock | sell stock | USD | 397,069.97 | 387,143.22 | | |
| STVF | ACCOPPNA | 31592 | 4/26/2012 | HYPP | | STVF | Stevia First | (60,000) | sell stock | sell stock | USD | 67,653.97 | 65,942.15 | | |
| STVF | ACCOPPNA | 31710 | 4/27/2012 | VERL | | STVF | Stevia First | (350,000) | sell stock | sell stock | USD | 231,516.32 | 225,728.41 | | |
| STVF | ACCOPPNA | 31721 | 4/27/2012 | LGTC | | STVF | Stevia First | (60,000) | sell stock | sell stock | USD | 49,045.25 | 48,064.35 | | |
| STVF | ACCOPPNA | 31654 | 4/27/2012 | HYPP | | STVF | Stevia First | (235,000) | sell stock | sell stock | USD | 195,312.72 | 190,429.90 | | |
| STVF | ACCOPPNA | 31864 | 4/30/2012 | VERL | | STVF | Stevia First | (560,000) | sell stock | sell stock | USD | 427,818.33 | 417,123.87 | | |
| STVF | ACCOPPNA | 31869 | 4/30/2012 | LGTC | | STVF | Stevia First | (100,000) | sell stock | sell stock | USD | 66,225.52 | 64,901.01 | | |
| STVF | ACCOPPNA | 32159 | 4/30/2012 | LGTC | | STVF | Stevia First | (130,000) | sell stock | sell stock | USD | 110,444.32 | 108,235.43 | | |
| STVF | ACCOPPNA | 31735 | 4/30/2012 | HYPP | | STVF | Stevia First | (150,000) | sell stock | sell stock | USD | 30,918.35 | 30,918.35 | | |
| STVF | ACCOPPNA | 32011 | 4/30/2012 | WORK | | | | | interest payment | interest payment | CAD | | | (26,250.00) | |
| STVF | ACCOPPNA | 31832 | 4/30/2012 | CASH | | | | | debit | debit | CAD | (25,000.00) | | 5,128.13 | 43.84 |
| STVF | ACCOPPNA | 32018 | 4/30/2012 | WORK | | | | | interest payment | interest payment | CAD | | | 43.84 | |
| STVF | ACCOPPNA | 32093 | 5/1/2012 | VERL | | STVF | Stevia First | (188,850) | sell stock | sell stock | USD | 168,583.69 | 164,369.10 | | |
| STVF | ACCOPPNA | 32161 | 5/1/2012 | LGTC | | STVF | Stevia First | (130,000) | sell stock | sell stock | USD | 101,085.90 | 99,063.30 | | |
| STVF | ACCOPPNA | 32067 | 5/1/2012 | REST | | STVF-R | | | receive stock | receive stock | USD | | (100.00) | | |
| STVF | ACCOPPNA | 32110 | 5/2/2012 | HYPP | | STVF | Stevia First | 200,000 | receive stock | receive stock | USD | 116,939.55 | 114,016.00 | | |
| STVF | ACCOPPNA | 32122 | 5/2/2012 | DGMI | | STVF | Stevia First | (145,000) | sell stock | sell stock | USD | 116,939.55 | 114,016.00 | | |
| STVF | ACCOPPNA | 32122 | 5/2/2012 | DGMI | | | | | Blackrock TT | debit | USD | (250,110.00) | (252,611.00) | | |
| STVF | ACCOPPNA | 32210 | 5/3/2012 | LGTC | | STVF | Stevia First | (115,324) | sell stock | sell stock | USD | 91,210.29 | 89,386.08 | | |
| STVF | ACCOPPNA | 31836 | 5/3/2012 | DGMI | | | | | Penny Lane TT | debit | USD | (25,070.00) | (25,320.70) | | |
| STVF | ACCOPPNA | 32176 | 5/3/2012 | HYPP | | STVF | Stevia First | (162,300) | sell stock | sell stock | USD | 128,913.33 | 125,699.50 | | |
| STVF | ACCOPPNA | 32386 | 5/4/2012 | FINC | | STVF | Stevia First | (86,294) | sell stock | sell stock | USD | 59,477.41 | 57,990.47 | | |
| STVF | ACCOPPNA | 32270 | 5/4/2012 | LGTC | | STVF | Stevia First | (100,000) | sell stock | sell stock | USD | 76,056.57 | 74,555.44 | | |
| STVF | ACCOPPNA | 32219 | 5/4/2012 | HYPP | | STVF | Stevia First | (125,900) | sell stock | sell stock | USD | 85,916.32 | 83,768.41 | | |
| STVF | ACCOPPNA | 32340 | 5/7/2012 | LGTC | | STVF | Stevia First | (99,743) | sell stock | sell stock | USD | 67,291.14 | 65,945.32 | | |
| STVF | ACCOPPNA | 32327 | 5/7/2012 | DGMI | | | | | Diamond Spot TT | debit | USD | (500,150.00) | (505,151.50) | | |
| STVF | ACCOPPNA | 32730 | 5/15/2012 | HYPG | | STVF | Stevia First | (100,000) | sell stock | sell stock | USD | 69,149.52 | 67,766.53 | | |
| STVF | ACCOPPNA | 32731 | 5/16/2012 | HYPG | | STVF | Stevia First | (210,000) | sell stock | sell stock | USD | 139,732.28 | 136,937.63 | | |
| STVF | ACCOPPNA | 32800 | 5/17/2012 | HYPG | | STVF | Stevia First | (125,000) | sell stock | sell stock | USD | 102,074.35 | 100,032.86 | | |
| STVF | ACCOPPNA | 32801 | 5/18/2012 | HYPG | | STVF | Stevia First | (150,000) | sell stock | sell stock | USD | 31,863.57 | 31,226.30 | | |
| STVF | ACCOPPNA | 32967 | 5/21/2012 | FINC | | STVF | Stevia First | (59,106) | sell stock | sell stock | USD | 31,152.26 | 30,373.45 | | |
| STVF | ACCOPPNA | 32914 | 5/21/2012 | HYPG | | STVF | Stevia First | (265,400) | sell stock | sell stock | USD | 154,742.88 | 151,648.02 | | |

4 of 23

A4563

STVF / VBHO Q Account Detail

5 of 23

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) | Cash Acct (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STVF | ACCOPJNA | 32875 | 5/21/2012 | DGMI | | | | Stevia First TT | debit | USD | (850,150.00) | (858,651.50) | - | - |
| STVF | ACCOPJNA | 32915 | 5/22/2012 | HYPG | | | (100,000.00) | sell stock | sell stock | USD | 53,930.73 | 52,852.12 | - | - |
| STVF | ACCOPJNA | 33053 | 5/23/2012 | HYPG | STVF | Stevia First | (49,600.00) | sell stock | sell stock | USD | 24,247.54 | 23,762.59 | - | - |
| STVF | ACCOPJNA | 33255 | 5/30/2012 | WORK | | | | | debit | USD | - | (700,100.00) | - | - |
| STVF | ACCOPJNA | 33254 | 5/30/2012 | WORK | | | | internal transfer STVF | debit | USD | - | (700,100.00) | - | - |
| STVF | ACCOPJNA | 33371 | 5/30/2012 | WORK | | | | forex | forex | USD | - | (246,423.20) | - | - |
| STVF | ACCOPJNA | 33371 | 5/30/2012 | WORK | | | | forex | forex credit | CAD | - | - | 251,024.73 | - |
| STVF | ACCOPJNA | 33359 | 5/31/2012 | CASH | | | | | debit | CAD | - | - | (283,500.00) | - |
| STVF | ACCOPJNA | 33639 | 5/31/2012 | WORK | | | | internal transfer STVF | interest payment | USD | - | 4,562.33 | - | - |
| STVF | ACCOPJNA | 33640 | 5/31/2012 | WORK | | | | interest payment | interest payment | CAD | - | - | 33.57 | - |
| STVF | ACCOPJNA | 33810 | 6/4/2012 | WORK | | | | internal transfer STVF | debit | USD | - | (1,595,100.00) | - | - |
| STVF | ACCOPJNA | 33811 | 6/4/2012 | WORK | | | | internal transfer STVF | debit | USD | - | (1,595,100.00) | - | - |
| STVF | ACCOPJNA | 33860 | 6/5/2012 | REST | STVF-R | Stevia First | 425,000.00 | receive stock | buy stock | USD | - | (100.00) | - | - |
| STVF | ACCOPJNA | 34018 | 6/7/2012 | SIL2 | | | | Hong Heng TT | debit | USD | (475,051.50) | (479,802.02) | - | - |
| STVF | ACCOPJNA | 34016 | 6/7/2012 | LGTC | | | | Hong Heng Investment TT | debit | USD | (900,056.07) | (909,056.63) | - | - |
| STVF | ACCOPJNA | 34022 | 6/8/2012 | DGMI | | | | Hong Heng TT | debit | USD | (800,150.00) | (808,151.50) | - | - |
| STVF | ACCOPJNA | 34240 | 6/12/2012 | WORK | | | | audit confirmation | debit | USD | - | (100.00) | - | - |
| STVF | ACCOPJNA | 34781 | 6/26/2012 | DGMI | | | | STVF TT | credit | USD | 5,825.00 | 5,825.00 | - | - |
| STVF | ACCOPJNA | 35525 | 6/29/2012 | FINC | | | | debit | debit | USD | (3.95) | (3.95) | - | - |
| STVF | ACCOPJNA | 35140 | 6/30/2012 | WORK | | | | interest payment | interest payment | USD | - | 678.03 | - | - |
| STVF | ACCOPJNA | 36520 | 7/30/2012 | WORK | | | | interest payment | interest payment | USD | - | 36.82 | - | - |
| STVF | ACCOPJNA | 36521 | 7/30/2012 | WORK | | | | interest payment | interest payment | CAD | - | - | 0.03 | - |
| STVF | ACCOPJNA | 37634 | 8/31/2012 | WORK | | | | interest payment | interest payment | USD | - | 38.92 | - | - |
| STVF | ACCOPJNA | 38166 | 9/13/2012 | CASH | | | | debit | debit | USD | (10,000.00) | - | (10,500.00) | - |
| STVF | ACCOPJNA | 38225 | 9/13/2012 | SIL2 | | | | forex | forex | CAD | (43,851.97) | (44,290.49) | - | - |
| STVF | ACCOPJNA | 38225 | 9/13/2012 | SIL2 | | | | forex | forex credit | CAD | 41,966.34 | - | 41,966.34 | - |
| STVF | ACCOPJNA | 38170 | 9/13/2012 | CASH | | | | Axoo | debit | CAD | (30,000.00) | - | (31,500.00) | - |
| STVF | ACCOPJNA | 39192 | 9/29/2012 | WORK | | | | interest payment | interest payment | CAD | - | - | 0.06 | - |
| STVF | ACCOPJNA | 39191 | 9/29/2012 | WORK | | | | interest payment | interest payment | USD | - | 14.67 | - | - |
| STVF | ACCOPJNA | 39718 | 10/11/2012 | WORK | | | | audit confirmation | debit | USD | - | (100.00) | - | - |
| STVF | ACCOPJNA | 40073 | 10/22/2012 | WORK | | | | debit | debit | USD | - | (700.00) | - | - |
| STVF | ACCOPJNA | 40599 | 10/31/2012 | WORK | | | | interest charge | interest charge | USD | - | (4.19) | - | - |
| STVF | ACCOPJNA | 42135 | 11/30/2012 | WORK | | | | interest charge | interest charge | USD | - | (12.83) | - | - |
| STVF | ACCOPJNA | 43517 | 12/31/2012 | WORK | | | | interest charge | interest charge | USD | - | (13.52) | - | - |
| STVF | ACCOPJNA | 43594 | 1/2/2013 | REST | STVF-R | Stevia First | 20,816.00 | receive stock | buy stock | USD | - | (100.00) | - | - |
| STVF | ACCOPJNA | 44597 | 1/28/2013 | REST | STVF-R | Stevia First | (625,000.00) | deliver stock | stock delivery | USD | - | (400.00) | - | - |
| STVF | ACCOPJNA | 44597 | 1/28/2013 | REST | | | | deliver stock | deliver stock | USD | - | (150.00) | - | - |
| STVF | ACCOPJNA | 44598 | 1/28/2013 | BCEL | | | | Scott Lawler Attorney at Law ck#916 | debit | USD | (700.00) | (800.00) | - | - |
| STVF | ACCOPJNA | 44599 | 1/28/2013 | BCEL | | | | Island ck#917 ***VOID*** | debit | USD | - | (100.00) | - | - |
| STVF | ACCOPJNA | 45067 | 1/31/2013 | WORK | | | | interest charge | interest charge | USD | - | (19.94) | - | - |
| STVF | ACCOPJNA | 45700 | 2/15/2013 | REST | STVF-R | Stevia First | 625,000.00 | receive stock | buy stock | USD | - | (100.00) | - | - |
| STVF | ACCOPJNA | 46496 | 2/28/2013 | WORK | | | | interest charge | interest charge | USD | - | (44.80) | - | - |
| STVF | ACCOPJNA | 47963 | 3/29/2013 | WORK | | | | interest charge | interest charge | USD | - | (48.21) | - | - |
| STVF | ACCOPJNA | 49688 | 4/30/2013 | WORK | | | | interest charge | interest charge | USD | - | (54.21) | - | - |
| STVF | ACCOPJNA | 50728 | 5/22/2013 | WORK | | | | director fee | debit | USD | - | (100.00) | - | - |
| STVF | ACCOPJNA | 50888 | 5/24/2013 | WORK | | | | director fee | director fee | USD | - | (100.00) | - | - |
| STVF | ACCOPJNA | 51998 | 5/31/2013 | WORK | | | | interest charge | interest charge | USD | - | (54.81) | - | - |
| STVF | ACCOPJNA | 53330 | 6/29/2013 | WORK | | | | interest charge | interest charge | USD | - | (55.02) | - | - |
| STVF | ACCOPJNA | 55575 | 7/22/2013 | REST | STVF-R | Stevia First | 20,816.00 | receive stock | receive stock | USD | - | (100.00) | - | - |
| STVF | ACCOPJNA | 54164 | 7/22/2013 | WORK | | | | internal transfer | credit | USD | - | 3,500.00 | - | - |
| STVF | ACCOPJNA | 54977 | 7/31/2013 | WORK | | | | interest charge | interest charge | USD | - | (43.66) | - | - |
| STVF | ACCOPJNA | 56245 | 8/31/2013 | WORK | | | | interest payment | interest payment | USD | - | 0.35 | - | - |
| STVF | ACCOPJNA | 57979 | 9/30/2013 | WORK | | | | interest charge | interest charge | USD | - | 0.34 | - | - |
| STVF | ACCOPJNA | 58368 | 10/9/2013 | BCEL | | | | Scott Lawler  Attorney at Law ck#1200 | debit | USD | (700.00) | (800.00) | - | - |
| STVF | ACCOPJNA | 58369 | 10/9/2013 | REST | STVF-R | Stevia First | (625,000.00) | deliver stock | stock delivery | USD | - | (400.00) | - | - |
| STVF | ACCOPJNA | 58369 | 10/9/2013 | REST | | | | deliver stock | deliver stock | USD | - | (150.00) | - | - |
| STVF | ACCOPJNA | 58371 | 10/9/2013 | BCEL | | | | Island ck#1201 | debit | USD | (137.00) | (237.00) | - | - |
| STVF | ACCOPJNA | 58718 | 10/21/2013 | REST | | | | directors fees | debit | USD | - | (100.00) | - | - |

A4564

STVF / VBHO Q Account Detail

6 of 23

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) | Cash Acct (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STVF | ACCO/PJNA | 58372 | 10/23/2013 | VERN | STVF | Stevia First | 625,000 | receive stock | buy stock | USD | (500.00) | (600.00) | - | - |
| STVF | ACCO/PJNA | 59525 | 10/31/2013 | WORK | | | | interest charge | interest charge | USD | | (16.82) | - | - |
| STVF | ACCO/PJNA | 60892 | 11/30/2013 | WORK | | | | interest charge | interest charge | USD | | (24.66) | - | - |
| STVF | ACCO/PJNA | 62433 | 12/31/2013 | WORK | | | | interest charge | interest charge | USD | | (25.99) | - | - |
| STVF | ACCO/PJNA | 62963 | 1/14/2014 | VERN | STVF | Stevia First | (25,000) | sell stock | sell stock | USD | 12,601.68 | 12,349.65 | - | - |
| STVF | ACCO/PJNA | 62945 | 1/14/2014 | REST | STVF-R | Stevia First | 20,816 | receive stock | buy stock | USD | | (100.00) | - | - |
| STVF | ACCO/PJNA | 63004 | 1/15/2014 | VERN | STVF | Stevia First | (24,750) | sell stock | sell stock | USD | 12,243.14 | 11,998.28 | - | - |
| STVF | ACCO/PJNA | 63030 | 1/16/2014 | VERN | STVF | Stevia First | (15,000) | sell stock | sell stock | USD | 7,509.83 | 7,359.63 | - | - |
| STVF | ACCO | 63069 | 1/17/2014 | VERN | STVF | Stevia First | (25,000) | sell stock | sell stock | USD | 12,659.01 | 12,405.83 | - | - |
| STVF | ACCO | 63109 | 1/21/2014 | VERN | STVF | Stevia First | (25,000) | sell stock | sell stock | USD | 12,827.50 | 12,570.95 | - | - |
| STVF | ACCO | 63150 | 1/22/2014 | VERN | STVF | Stevia First | (47,297) | sell stock | sell stock | USD | 24,368.06 | 23,880.70 | - | - |
| STVF | ACCO | 63180 | 1/23/2014 | VERN | STVF | Stevia First | (8,931) | sell stock | sell stock | USD | 4,566.43 | 4,466.43 | - | - |
| STVF | ACCO | 63277 | 1/27/2014 | VERN | STVF | Stevia First | (25,000) | sell stock | sell stock | USD | 12,589.85 | 12,338.05 | - | - |
| STVF | ACCO | 63329 | 1/28/2014 | VERN | STVF | Stevia First | (20,000) | sell stock | sell stock | USD | 9,684.70 | 9,491.01 | - | - |
| STVF | ACCO | 63382 | 1/30/2014 | LINO | | | | Booth Udall TT | debit | USD | (5,200.00) | (5,530.00) | - | - |
| STVF | ACCO | 63797 | 1/31/2014 | VERN | STVF | Stevia First | (3,400) | sell stock | sell stock | USD | 1,550.00 | 1,450.00 | - | - |
| STVF | ACCO | 63737 | 1/31/2014 | WORK | | | | interest payment | interest payment | USD | | 17.54 | - | - |
| STVF | ACCO | 63994 | 2/5/2014 | VERN | STVF | Stevia First | (25,000) | sell stock | sell stock | USD | 11,808.08 | 11,571.92 | - | - |
| STVF | ACCO | 63969 | 2/5/2014 | WORK | | | | director fees | debit | USD | | (600.00) | - | - |
| STVF | ACCO | 64037 | 2/6/2014 | VERN | STVF | Stevia First | (25,000) | sell stock | sell stock | USD | 12,197.00 | 11,953.06 | - | - |
| STVF | ACCO | 64168 | 2/11/2014 | VERN | STVF | Stevia First | (20,000) | sell stock | sell stock | USD | 9,675.00 | 9,481.50 | - | - |
| STVF | ACCO | 64217 | 2/12/2014 | VERN | STVF | Stevia First | (25,801) | sell stock | sell stock | USD | 12,186.61 | 11,942.88 | - | - |
| STVF | ACCO | 64763 | 2/17/2014 | REST | STVF-E | Stevia First | 695,511 | receive stock | receive stock | USD | | (100.00) | - | - |
| STVF | ACCO | 64389 | 2/18/2014 | REST | STVF-E | Stevia First | (20,000) | sell stock | sell stock | USD | | 9,101.26 | - | - |
| STVF | ACCO | 64443 | 2/19/2014 | VERN | STVF | Stevia First | (35,000) | sell stock | sell stock | USD | 16,271.00 | 15,945.58 | - | - |
| STVF | ACCO | 64519 | 2/20/2014 | VERN | STVF | Stevia First | (30,000) | sell stock | sell stock | USD | 13,943.00 | 13,664.14 | - | - |
| STVF | ACCO | 64543 | 2/21/2014 | REST | STVF-E | Stevia First | (695,511) | deliver stock | stock delivery | USD | | (400.00) | - | - |
| STVF | ACCO | 64543 | 2/21/2014 | REST | | | | deliver stock | debit | USD | | (50.00) | - | - |
| STVF | ACCO | 64544 | 2/21/2014 | BCEL | | | | Island ck#1289 | debit | USD | | (156.00) | - | - |
| STVF | ACCO | 64613 | 2/24/2014 | VERN | STVF | Stevia First | (25,000) | sell stock | sell stock | USD | 11,615.00 | 11,382.70 | - | - |
| STVF | ACCO | 64665 | 2/25/2014 | VERN | STVF | Stevia First | (50,000) | sell stock | sell stock | USD | 23,740.00 | 23,265.20 | - | - |
| STVF | ACCO | 64545 | 2/25/2014 | BEAG | STVF | Stevia First | 695,511 | receive stock | buy stock | USD | | (100.00) | - | - |
| STVF | ACCO | 64717 | 2/26/2014 | VERN | STVF | Stevia First | (5,410) | sell stock | sell stock | USD | 2,550.89 | 2,450.89 | - | - |
| STVF | ACCO | 65136 | 2/28/2014 | VERN | STVF | Stevia First | (15,000) | sell stock | sell stock | USD | 7,104.50 | 6,962.41 | - | - |
| STVF | ACCO | 64913 | 2/28/2014 | WORK | | | | director fees | debit | USD | | (2,800.00) | - | - |
| STVF | ACCO | 65100 | 2/28/2014 | WORK | | | | interest payment | interest payment | USD | | 117.11 | - | - |
| STVF | ACCO | 65311 | 3/4/2014 | VERN | | | | forex | forex credit | USD | 3,150.00 | 3,050.00 | - | - |
| STVF | ACCO | 65367 | 3/6/2014 | VERN | STVF | Stevia First | (50,000) | sell stock | sell stock | USD | 22,770.00 | 22,314.60 | - | - |
| STVF | ACCO | 65332 | 3/6/2014 | LEMI | | | | Heng Hong Investment TT | debit | USD | (124,200.00) | (125,442.00) | - | - |
| STVF | ACCO | 65894 | 3/7/2014 | BEAG | STVF | Stevia First | (50,000) | sell stock | sell stock | USD | 22,828.28 | 22,096.84 | - | - |
| STVF | ACCO | 65417 | 3/7/2014 | WORK | | | | internal transfer | internal transfer | USD | | (110,100.00) | - | - |
| STVF | ACCO | 65832 | 3/11/2014 | CASH | | | | debit | debit | CAD | (16,500.00) | | (17,325.00) | - |
| STVF | ACCO | 66526 | 3/13/2014 | SGGO | | | | Free Receipt STVF | debit | CAD | (500.00) | | (600.00) | - |
| STVF | ACCO | 65896 | 3/17/2014 | BEAG | STVF | Stevia First | (6,550) | sell stock | sell stock | USD | 2,774.25 | 2,674.25 | - | - |
| STVF | ACCO | 65977 | 3/18/2014 | WORK | | | | forex | forex debit | CAD | | | (1,727.43) | - |
| STVF | ACCO | 65977 | 3/18/2014 | WORK | | | | forex | forex credit | CAD | | | 1,896.68 | - |
| STVF | ACCO | 66127 | 3/24/2014 | BEAG | STVF | Stevia First | (25,000) | sell stock | sell stock | USD | 10,190.94 | 9,834.26 | - | - |
| STVF | ACCO | 66184 | 3/25/2014 | BEAG | STVF | Stevia First | (30,000) | sell stock | sell stock | USD | 12,203.98 | 11,776.84 | - | - |
| STVF | ACCO | 66663 | 3/31/2014 | LELO | | | | forex | forex debit | USD | (11,792.36) | (11,910.28) | - | - |
| STVF | ACCO | 66663 | 3/31/2014 | LELO | | | | forex | forex credit | CAD | 13,076.55 | | 13,076.55 | - |
| STVF | ACCO | 66867 | 3/31/2014 | WORK | | | | custody fees | debit | USD | | (779.34) | - | - |
| STVF | ACCO | 66868 | 3/31/2014 | WORK | | | | interest payment | interest payment | USD | | 56.09 | - | - |
| STVF | ACCO | 66884 | 3/31/2014 | WORK | | | | interest charge | interest charge | CAD | | | (8.73) | - |
| STVF | ACCO | 67199 | 4/1/2014 | BEAG | STVF | Stevia First | (25,000) | sell stock | sell stock | CAD | 10,194.78 | | 9,837.96 | - |
| STVF | ACCO | 67616 | 4/1/2014 | WORK | | | | forex | forex debit | CAD | (8.02) | | | - |
| STVF | ACCO | 67616 | 4/1/2014 | WORK | | | | forex | forex credit | CAD | | | | 8.73 |

A4565

STVF / VBIO Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) | Cash Acct (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STVF | ACCO | 67307 | 4/7/2014 | BEAG | STVF | Stevia First | (3,500) | sell stock | sell stock | USD | 1,199.97 | 1,099.97 | - | - |
| STVF | ACCO | 67312 | 4/8/2014 | BEAG | STVF | Stevia First | (20,000) | sell stock | sell stock | USD | 7,721.84 | 7,451.58 | - | - |
| STVF | ACCO | 67990 | 4/28/2014 | BEAG | STVF | Stevia First | (75,000) | sell stock | sell stock | USD | 31,257.48 | 30,163.47 | - | - |
| STVF | ACCO | 68523 | 4/29/2014 | BEAG | STVF | Stevia First | (25,000) | sell stock | sell stock | USD | 10,147.52 | 9,792.36 | - | - |
| STVF | ACCO | 68524 | 4/30/2014 | BEAG | STVF | Stevia First | (22,300) | sell stock | sell stock | USD | 8,630.64 | 8,328.57 | - | - |
| STVF | ACCO | 68440 | 4/30/2014 | WORK | | | | interest payment | interest payment | USD | | 52.00 | - | - |
| STVF | ACCO | 68325 | 5/1/2014 | BEAG | STVF | Stevia First | (10,000) | sell stock | sell stock | USD | 3,799.91 | 3,666.91 | - | - |
| STVF | ACCO | 68943 | 5/14/2014 | BEAG | STVF | Stevia First | (25,000) | sell stock | sell stock | USD | 9,204.80 | 8,882.63 | - | - |
| STVF | ACCO | 69012 | 5/16/2014 | BEAG | STVF | Stevia First | (10,000) | sell stock | sell stock | USD | 3,599.92 | 3,473.92 | - | - |
| STVF | ACCO | 69082 | 5/20/2014 | BEAG | STVF | Stevia First | (50,000) | sell stock | sell stock | USD | 18,045.16 | 17,413.58 | - | - |
| STVF | ACCO | 69256 | 5/27/2014 | BEAG | STVF | Stevia First | (25,000) | sell stock | sell stock | USD | 9,014.20 | 8,698.70 | - | - |
| STVF | ACCO | 69810 | 5/28/2014 | BEAG | STVF | Stevia First | (25,000) | sell stock | sell stock | USD | 8,959.78 | 8,646.19 | - | - |
| STVF | ACCO | 69271 | 5/28/2014 | WORK | | | | internal transfer | internal transfer | USD | | (15,100.00) | - | - |
| STVF | ACCO | 69272 | 5/28/2014 | WORK | | | | internal transfer | internal transfer | USD | | (15,100.00) | - | - |
| STVF | ACCO | 69273 | 5/28/2014 | WORK | | | | internal transfer | internal transfer | USD | | (33,850.00) | - | - |
| STVF | ACCO | 69274 | 5/28/2014 | WORK | | | | internal transfer | internal transfer | USD | | (33,850.00) | - | - |
| STVF | ACCO | 69275 | 5/28/2014 | WORK | | | | debit | debit | USD | | (52,100.00) | - | - |
| STVF | ACCO | 69811 | 5/29/2014 | BEAG | STVF | Stevia First | (25,000) | sell stock | sell stock | USD | 9,004.33 | 8,689.18 | - | - |
| STVF | ACCO | 69741 | 5/29/2014 | WORK | | | | interest payment | interest payment | USD | | 93.24 | - | - |
| STVF | ACCO | 69960 | 6/4/2014 | VIRN | STVF | Stevia First | (33,474) | sell stock | sell stock | USD | 12,150.84 | 11,907.82 | - | - |
| STVF | ACCO | 70162 | 6/10/2014 | VIRN | STVF | Stevia First | (38,437) | sell stock | sell stock | USD | 13,117.79 | 12,855.43 | - | - |
| STVF | ACCO | 70552 | 6/17/2014 | BEAG | STVF | Stevia First | (92,235) | sell stock | sell stock | USD | 36,929.45 | 35,636.92 | - | - |
| STVF | ACCO | 70461 | 6/18/2014 | BEAG | STVF | Stevia First | (32,380) | sell stock | sell stock | USD | 13,748.36 | 13,267.17 | - | - |
| STVF | ACCO | 70638 | 6/20/2014 | BEAG | STVF | Stevia First | (25,000) | sell stock | sell stock | USD | 9,637.50 | 9,300.19 | - | - |
| STVF | ACCO | 70663 | 6/23/2014 | TDCH | | | | debit | debit | CAD | (11,144.73) | - | (11,256.18) | - |
| STVF | ACCO | 70839 | 6/23/2014 | WORK | | | | American Cancer Society ck #54 | forex debit | USD | | (10,601.58) | - | - |
| STVF | ACCO | 70866 | 6/25/2014 | WORK | | | | forex | forex credit | CAD | | - | 11,256.18 | - |
| STVF | ACCO | 73695 | 6/27/2014 | WORK | | | | custody fees | debit | USD | | (85.26) | - | - |
| STVF | ACCO | 74100 | 6/30/2014 | WORK | | | | interest payment | interest payment | USD | | 45.89 | - | - |
| STVF | ACCO | 74369 | 7/2/2014 | BEAG | STVF | Stevia First | (25,000) | sell stock | sell stock | USD | 9,445.18 | 9,114.60 | - | - |
| STVF | ACCO | 74553 | 7/14/2014 | BEAG | STVF | Stevia First | (44,796) | sell stock | sell stock | USD | 16,062.06 | 15,499.89 | - | - |
| STVF | ACCO | 73561 | 7/31/2014 | WORK | | | | interest payment | interest payment | USD | | 106.41 | - | - |
| STVF | ACCO | 75526 | 8/6/2014 | CASH | | | | debit | debit | CAD | (120,000.00) | - | (126,000.00) | - |
| STVF | ACCO | 75530 | 8/6/2014 | WORK | | | | forex | forex debit | USD | | (119,624.40) | - | - |
| STVF | ACCO | 75530 | 8/6/2014 | WORK | | | | forex | forex credit | CAD | | - | 126,000.00 | - |
| STVF | ACCO | 75550 | 8/20/2014 | BSIB | VBIO-E | | | BL Invoice | debit | USD | (3,176.06) | (3,376.06) | - | - |
| STVF | ACCO | 76617 | 8/31/2014 | WORK | | | | interest payment | interest payment | USD | | 20.08 | - | - |
| STVF | ACCO | 78152 | 9/30/2014 | WORK | | | | interest payment | interest payment | USD | | 3.05 | - | - |
| STVF | ACCO | 79601 | 10/31/2014 | WORK | | | | interest payment | interest payment | USD | | 3.16 | - | - |
| STVF | ACCO | 80913 | 11/30/2014 | WORK | | | | interest payment | interest payment | USD | | 3.06 | - | - |
| STVF | ACCO | 81938 | 12/31/2014 | WORK | | | | interest payment | interest payment | USD | | 3.16 | - | - |
| VBIO | ACCO | 82834 | 1/8/2015 | REST | VBIO-E | | 3,329,583 | David Martin TT REST | receive stock | USD | | (100.00) | - | - |
| VBIO | ACCO | 82495 | 1/14/2015 | REST | | | | director fee | debit | USD | | (500.00) | - | - |
| VBIO | ACCO | 82495 | 1/14/2015 | REST | | | | debit | debit | USD | | (1,600.00) | - | - |
| VBIO | ACCO | 82496 | 1/14/2015 | BCEL | | | (2,500) | Island ck#1399 | debit | USD | (77.00) | (177.00) | - | - |
| VBIO | ACCO | 82620 | 1/21/2015 | BEAT | VBIO | Vitality Biopharma | 2,625,000 | receive stock via DWAC | buy stock | USD | | (600.00) | - | - |
| VBIO | ACCO | 82497 | 1/21/2015 | BEAT | VBIO | Vitality Biopharma | (2,500) | sell stock | sell stock | USD | 774.97 | 674.97 | - | - |
| VBIO | ACCO | 82663 | 1/22/2015 | BEAT | VBIO | Vitality Biopharma | (75,000) | sell stock | sell stock | USD | 29,614.60 | 28,578.09 | - | - |
| VBIO | ACCO | 82688 | 1/23/2015 | BEAT | VBIO | Vitality Biopharma | (93,950) | sell stock | sell stock | USD | 37,888.91 | 36,562.80 | - | - |
| VBIO | ACCO | 82786 | 1/26/2015 | BEAT | VBIO | Vitality Biopharma | (34,750) | sell stock | sell stock | USD | 13,506.48 | 13,033.75 | - | - |
| VBIO | ACCO | 82785 | 1/27/2015 | BEAT | VBIO | Vitality Biopharma | (5,626) | sell stock | sell stock | USD | 2,025.55 | 1,925.35 | - | - |
| VBIO | ACCO | 82827 | 1/28/2015 | BEAT | VBIO | Vitality Biopharma | (25,000) | sell stock | sell stock | USD | 9,159.53 | 8,838.95 | - | - |
| VBIO | ACCO | 82810 | 1/28/2015 | WORK | | | | Full Service Media TT | debit | USD | (100,000.00) | (103,100.00) | - | - |
| VBIO | ACCO | 82811 | 1/28/2015 | WORK | | | | debit | debit | USD | | (50.00) | - | - |
| VBIO | ACCO | 83317 | 2/3/2015 | VPQU | | | | debit | debit | CAD | (10,076.72) | - | (10,277.49) | - |
| VBIO | ACCO | 83405 | 2/5/2015 | BEAT | VBIO | Vitality Biopharma | (17,490) | sell stock | sell stock | USD | 5,966.22 | 5,757.40 | - | - |
| VBIO | ACCO | 83625 | 2/17/2015 | CCQU | | | | Brooke Capital Investments TT | debit | USD | (45,515.00) | (46,297.72) | - | - |

STVF / VBHO Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) | Cash Acct (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VBHO | ACCO | 83624 | 2/17/2015 | WORK | | | | director fee | debit | USD | - | (100.00) | - | - |
| VBHO | ACCO | 83684 | 2/18/2015 | BEAT | | | (60,100.00) | sell stock | sell stock | USD | 24,023.66 | 23,182.83 | - | - |
| VBHO | ACCO | 83722 | 2/19/2015 | BEAT | | | (90,000) | sell stock | sell stock | USD | 35,223.45 | 33,990.63 | - | - |
| VBHO | ACCO | 85666 | 2/20/2015 | BEAT | | | (25,000) | sell stock | sell stock | USD | 9,362.50 | 9,034.83 | - | - |
| VBHO | ACCO | 85692 | 2/23/2015 | BEAT | | | (47,952) | sell stock | sell stock | USD | 17,138.84 | 16,538.98 | - | - |
| VBHO | ACCO | 85673 | 2/23/2015 | CCQU | | | | Brooke Capital Investments TT | debit | USD | (30,410.00) | (30,966.15) | - | - |
| VBHO | ACCO | 85672 | 2/23/2015 | WORK | | | | director fee | debit | USD | - | (100.00) | - | - |
| VBHO | ACCO | 85804 | 2/24/2015 | VPQU | | | | forex | forex debit | USD | (2,720.84) | (2,848.05) | - | - |
| VBHO | ACCO | 85804 | 2/24/2015 | VPQU | | | | forex | forex credit | CAD | 3,311.53 | - | 3,311.53 | - |
| VBHO | ACCO | 85724 | 2/24/2015 | BEAT | VBHO | Vitality Biopharma | (50,000) | sell stock | sell stock | USD | 16,945.56 | 16,352.27 | - | - |
| VBHO | ACCO | 85788 | 2/25/2015 | BEAT | VBHO | Vitality Biopharma | (150,000) | sell stock | sell stock | USD | 52,592.87 | 50,559.12 | - | - |
| VBHO | ACCO | 86208 | 2/26/2015 | BEAT | VBHO | Vitality Biopharma | (100,000) | sell stock | sell stock | USD | 33,892.41 | 32,706.18 | - | - |
| VBHO | ACCO | 86209 | 2/27/2015 | BEAT | VBHO | Vitality Biopharma | (25,000) | sell stock | sell stock | USD | 8,382.50 | 8,089.11 | - | - |
| VBHO | ACCO | 86249 | 3/2/2015 | WORK | | | | forex | forex debit | USD | - | (5,863.60) | - | - |
| VBHO | ACCO | 86249 | 3/2/2015 | WORK | | | | forex | forex credit | CAD | - | - | 6,965.96 | - |
| VBHO | ACCO | 86281 | 3/3/2015 | BEAT | VBHO | Vitality Biopharma | (100,000) | sell stock | debit | USD | 34,379.14 | 33,175.87 | - | - |
| VBHO | ACCO | 86308 | 3/4/2015 | STEL | VBHO | Vitality Biopharma | 100,000 | buy stock | buy stock | USD | (40,125.00) | (41,128.13) | - | - |
| VBHO | ACCO | 86313 | 3/4/2015 | BEAT | VBHO | Vitality Biopharma | (25,000) | sell stock | sell stock | USD | 8,844.83 | 8,535.26 | - | - |
| VBHO | ACCO | 86329 | 3/5/2015 | BEAT | VBHO | Vitality Biopharma | (45,000) | sell stock | sell stock | USD | 16,598.16 | 16,017.22 | - | - |
| VBHO | ACCO | 86351 | 3/6/2015 | BEAT | VBHO | Vitality Biopharma | (25,000) | sell stock | sell stock | USD | 9,004.83 | 8,689.66 | - | - |
| VBHO | ACCO | 86396 | 3/9/2015 | BEAT | VBHO | Vitality Biopharma | (33,646) | sell stock | sell stock | USD | 12,103.22 | 11,679.61 | - | - |
| VBHO | ACCO | 86366 | 3/9/2015 | VALP | VBHO-E | Vitality Biopharma | (704,583) | deliver stock | stock delivery | USD | - | (600.00) | - | - |
| VBHO | ACCO | 86570 | 3/9/2015 | CCQU | | | | Brooke Capital Investments TT | debit | USD | (45,100.00) | (46,553.00) | - | - |
| VBHO | ACCO | 86576 | 3/9/2015 | WORK | | | | director fee | debit | USD | - | (100.00) | - | - |
| VBHO | ACCO | 86519 | 3/10/2015 | BCEL | | | | debit | debit | USD | (62.00) | (162.00) | - | - |
| VBHO | ACCO | 86603 | 3/18/2015 | BEAT | VBHO | Vitality Biopharma | (44,500) | sell stock | sell stock | USD | 16,328.49 | 15,756.99 | - | - |
| VBHO | ACCO | 86623 | 3/19/2015 | BEAT | VBHO | Vitality Biopharma | (15,000) | sell stock | sell stock | USD | 5,416.00 | 5,226.44 | - | - |
| VBHO | ACCO | 86520 | 3/19/2015 | BEAG | VBHO | Vitality Biopharma | 704,583 | receive stock via DWAC | buy stock | USD | - | (600.00) | - | - |
| VBHO | ACCO | 86662 | 3/20/2015 | BEAT | VBHO | Vitality Biopharma | (25,000) | sell stock | sell stock | USD | 8,967.33 | 8,653.47 | - | - |
| VBHO | ACCO | 86700 | 3/23/2015 | BEAT | VBHO | Vitality Biopharma | (5,000) | sell stock | sell stock | USD | 1,559.00 | 1,490.00 | - | - |
| VBHO | ACCO | 86726 | 3/24/2015 | BEAT | VBHO | Vitality Biopharma | (50,000) | sell stock | sell stock | USD | 16,916.15 | 16,324.08 | - | - |
| VBHO | ACCO | 86758 | 3/25/2015 | BEAT | VBHO | Vitality Biopharma | (3,100) | sell stock | sell stock | USD | 890.95 | 790.95 | - | - |
| VBHO | ACCO | 86802 | 3/26/2015 | BEAT | VBHO | Vitality Biopharma | (100,000) | sell stock | sell stock | USD | 36,520.90 | 35,242.67 | - | - |
| VBHO | ACCO | 87218 | 3/30/2015 | WORK | | | | custody fees | debit | USD | - | (1,818.07) | - | - |
| VBHO | ACCO | 87420 | 3/31/2015 | REST | VBHO-R | Vitality Biopharma | (62,448) | deliver stock | stock delivery | USD | - | (100.00) | - | - |
| VBHO | ACCO | 87322 | 4/1/2015 | REST | | | | directors fee | debit | USD | - | (100.00) | - | - |
| VBHO | ACCO | 87329 | 4/2/2015 | BEAT | VBHO | Vitality Biopharma | 41,264 | sell stock | debit | USD | 14,343.52 | 13,844.00 | - | - |
| VBHO | ACCO | 87405 | 4/2/2015 | BEAT | VBHO | Vitality Biopharma | (25,000) | sell stock | sell stock | USD | 8,557.33 | 8,257.82 | - | - |
| VBHO | ACCO | 87461 | 4/7/2015 | BEAT | VBHO | Vitality Biopharma | (30,000) | sell stock | sell stock | USD | 10,199.19 | 9,842.22 | - | - |
| VBHO | ACCO | 87395 | 4/7/2015 | WORK | | | | director fee | debit | USD | - | (100.00) | - | - |
| VBHO | ACCO | 87394 | 4/7/2015 | SGGO | | | | Full Service Media TT | debit | USD | (50,000.00) | (50,701.00) | - | - |
| VBHO | ACCO | 87462 | 4/8/2015 | BEAT | VBHO | Vitality Biopharma | (139,441) | sell stock | sell stock | USD | 46,390.29 | 44,766.63 | - | - |
| VBHO | ACCO | 87572 | 4/13/2015 | BEAT | VBHO | Vitality Biopharma | (50,000) | sell stock | sell stock | USD | 16,762.90 | 16,176.20 | - | - |
| VBHO | ACCO | 87669 | 4/15/2015 | BEAT | VBHO | Vitality Biopharma | (50,000) | sell stock | sell stock | USD | 16,487.14 | 15,910.09 | - | - |
| VBHO | ACCO | 87793 | 4/21/2015 | BEAT | VBHO | Vitality Biopharma | (88,500) | sell stock | sell stock | USD | 29,983.07 | 28,933.66 | - | - |
| VBHO | ACCO | 87900 | 4/23/2015 | BEAT | VBHO | Vitality Biopharma | (36,000) | sell stock | sell stock | USD | 12,154.01 | 11,728.62 | - | - |
| VBHO | ACCO | 87968 | 4/28/2015 | BEAT | VBHO | Vitality Biopharma | (25,000) | sell stock | sell stock | USD | 8,389.58 | 8,095.94 | - | - |
| VBHO | ACCO | 87951 | 4/28/2015 | VALP | | | | Full Service Media TT | debit | USD | (50,000.00) | (51,600.00) | - | - |
| VBHO | ACCO | 87952 | 4/28/2015 | WORK | | | | director fee | debit | USD | - | (100.00) | - | - |
| VBHO | ACCO | 87997 | 4/29/2015 | BEAT | VBHO | Vitality Biopharma | (16,565) | sell stock | sell stock | USD | 5,420.51 | 5,230.79 | - | - |
| VBHO | ACCO | 88442 | 4/30/2015 | BEAT | VBHO | Vitality Biopharma | (9,999) | sell stock | sell stock | USD | 3,234.66 | 3,121.45 | - | - |
| VBHO | ACCO | 88443 | 5/1/2015 | BEAT | VBHO | Vitality Biopharma | (250,000) | sell stock | sell stock | USD | 80,295.00 | 77,484.68 | - | - |

A4567

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) | Cash Acct (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VBHO | ACCO | 88506 | 5/8/2015 | BEAG | VBHO | Vitality Biopharma | (25,000) | Growth Equities TT | sell stock | USD | 7,318.50 | 7,062.35 | - | - |
| VBHO | ACCO | 88726 | 5/20/2015 | CCMO | | | | Growth Equities TT | debit | USD | (5,100.00) | (5,302.00) | - | - |
| VBHO | ACCO | 88901 | 5/22/2015 | SIQU | VBHO | Vitality Biopharma | 100,000 | buy stock | buy stock | USD | (17,513.75) | (18,126.73) | - | - |
| VBHO | ACCO | 88878 | 5/22/2015 | REST | VBHO-E | Vitality Biopharma | 1,948,128 | receive stock | receive stock | USD | - | (100.00) | - | - |
| VBHO | ACCO | 88936 | 5/26/2015 | SIQU | VBHO | Vitality Biopharma | 6,000 | buy stock | buy stock | USD | (1,621.70) | (1,721.70) | - | - |
| VBHO | ACCO | 88400 | 6/1/2015 | REST | VBHO-E | Vitality Biopharma | (1,664,794) | deliver stock | stock delivery | USD | - | (1,800.00) | - | - |
| VBHO | ACCO | 88400 | 6/1/2015 | REST | | | | deliver stock | debit | USD | - | (100.00) | - | - |
| VBHO | ACCO | 88401 | 6/1/2015 | BCEL | | | | Island ck#1434 | debit | USD | (152.00) | (252.00) | - | - |
| VBHO | ACCO | 89491 | 6/5/2015 | STEL | VBHO | Vitality Biopharma | (100,000) | internal transfer | stock delivery | USD | 400.00 | (500.00) | - | - |
| VBHO | ACCO | 89491 | 6/5/2015 | SIRI | VBHO | Vitality Biopharma | 100,000 | internal transfer | transfer stock in | USD | - | - | - | - |
| VBHO | ACCO | 91381 | 6/12/2015 | SIHI | | | | delivery STVF | debit | USD | (100.00) | (300.00) | - | - |
| VBHO | ACCO | 89402 | 6/12/2015 | SIHI | VBHO | Vitality Biopharma | 1,664,794 | receive stock | buy stock | USD | - | (600.00) | - | - |
| VBHO | ACCO | 90337 | 6/30/2015 | WORK | | | | custody fees | debit | USD | - | (918.93) | - | - |
| VBHO | ACCO | 90226 | 7/1/2015 | XPHO | | | | 118 @ 6 mos services | debit | USD | - | (1,800.00) | - | - |
| VBHO | ACCO | 90846 | 7/20/2015 | BEAT | VBHO | Vitality Biopharma | (10,000) | sell stock | sell stock | USD | 1,652.18 | 1,552.18 | - | - |
| VBHO | ACCO | 90951 | 7/28/2015 | BEAT | VBHO | Vitality Biopharma | (12,393) | sell stock | sell stock | USD | 2,092.66 | 1,992.66 | - | - |
| VBHO | ACCO | 91333 | 8/4/2015 | BEAT | VBHO | Vitality Biopharma | (41,570) | sell stock | sell stock | USD | 7,162.27 | 6,912.07 | - | - |
| VBHO | ACCO | 91388 | 8/5/2015 | BEAG | VBHO | Vitality Biopharma | (13,659) | sell stock | sell stock | USD | 2,333.44 | 2,233.44 | - | - |
| VBHO | ACCO | 91664 | 8/25/2015 | VERA | VBHO | Vitality Biopharma | 100,000 | buy stock | buy stock | USD | (12,385.00) | (12,694.63) | - | - |
| VBHO | ACCO | 91890 | 8/28/2015 | BEAG | VBHO | Vitality Biopharma | (50,000) | sell stock | sell stock | USD | 6,280.00 | 6,060.20 | - | - |
| VBHO | ACCO | 91703 | 8/28/2015 | WORK | | | | internal transfer | debit | USD | - | (100,100.00) | - | - |
| VBHO | ACCO | 91893 | 8/31/2015 | BEAG | VBHO | Vitality Biopharma | (50,000) | sell stock | sell stock | USD | 7,148.75 | 6,898.54 | - | - |
| VBHO | ACCO | 92106 | 9/1/2015 | BEAG | VBHO | Vitality Biopharma | (50,000) | sell stock | sell stock | USD | 8,476.70 | 8,300.02 | - | - |
| VBHO | ACCO | 92183 | 9/2/2015 | BEAG | VBHO | Vitality Biopharma | (1,500) | sell stock | sell stock | USD | 19.99 | 19.99 | - | - |
| VBHO | ACCO | 92186 | 9/4/2015 | BEAG | VBHO | Vitality Biopharma | (35,000) | sell stock | sell stock | USD | 5,313.90 | 5,127.91 | - | - |
| VBHO | ACCO | 92929 | 9/29/2015 | WORK | | | | custody fees | debit | USD | - | (1,116.76) | - | - |
| VBHO | ACCO | 93245 | 10/15/2015 | SIHI | VBHO | Vitality Biopharma | (100,000) | sell stock | sell stock | USD | 9,560.00 | 9,225.40 | - | - |
| VBHO | ACCO | 93498 | 10/28/2015 | AFMO | | | | Autism Foundation TT | debit | USD | (25,000.00) | (25,380.30) | - | - |
| VBHO | ACCO | 94036 | 11/6/2015 | BEAG | VBHO | Vitality Biopharma | (57,319) | sell stock | sell stock | USD | 5,490.26 | 5,298.10 | - | - |
| VBHO | ACCO | 94007 | 11/6/2015 | XPHO | | | | 118 new Samsung | debit | USD | - | (800.00) | - | - |
| VBHO | ACCO | 94090 | 11/10/2015 | SIHI | VBHO | Vitality Biopharma | (100,000) | sell stock | sell stock | USD | 9,251.05 | 8,972.26 | - | - |
| VBHO | ACCO | 95063 | 12/14/2015 | WORK | | | | Greenberg Traurig TT | debit | USD | (16,785.00) | (17,220.70) | - | - |
| VBHO | ACCO | 95064 | 12/14/2015 | WORK | | | | director fee | debit | USD | - | (100.00) | - | - |
| VBHO | ACCO | 95092 | 12/15/2015 | WORK | | | | Greenberg Traurig TT | debit | USD | (1,397.96) | (1,597.96) | - | - |
| VBHO | ACCO | 95302 | 12/16/2015 | HELI | | | | forex | forex debit | USD | (3,732.84) | (3,770.17) | - | - |
| VBHO | ACCO | 95392 | 12/16/2015 | HELI | | | | forex | forex credit | CAD | 5,250.00 | - | 5,250.00 | - |
| VBHO | ACCO | 95175 | 12/18/2015 | CASH | | | | debit | debit | CAD | (5,000.00) | - | (5,250.00) | - |
| VBHO | ACCO | 95537 | 12/30/2015 | WORK | | | | custody fees | debit | USD | - | (553.82) | - | - |
| VBHO | ACCO | 111534 | 1/1/2016 | WORK | | | | internal transfer 65% close AVRN | debit | USD | - | (90,033.04) | - | - |
| VBHO | ACCO | 95131 | 11/5/2016 | XPHO | | | | 118 @6 mos services | debit | USD | - | (1,800.00) | - | - |
| VBHO | ACCO | 110672 | 1/20/2016 | WORK | VBHO | Vitality Biopharma | 100,000 | buy stock | buy stock | USD | (12,580.00) | (120,870.93) | - | - |
| VBHO | ACCO | 95988 | 11/5/2016 | WORK | | | | internal transfer LUAD | debit | USD | - | (1,800.00) | - | - |
| VBHO | ACCO | 96852 | 2/22/2016 | WORK | | | | internal transfer David Martin | debit | USD | - | (10,000.00) | - | - |
| VBHO | ACCO | 96936 | 2/26/2016 | WORK | | | | internal transfer | debit | USD | - | (4,100.00) | - | - |
| VBHO | ACCO | 95375 | 3/1/2016 | SIHI | | | | Postcard from Paradise film donation | debit | USD | - | (1,500.00) | - | - |
| VBHO | ACCO | 97391 | 3/2/2016 | VERA | VBHO | Vitality Biopharma | (104,000) | sell stock | sell stock | USD | 14,837.85 | 14,244.34 | - | - |
| VBHO | ACCO | 97414 | 3/2/2016 | SIVA | VBHO | Vitality Biopharma | (100,000) | deliver stock | stock delivery | USD | (1,520.00) | (1,620.00) | - | - |
| VBHO | ACCO | 97480 | 3/4/2016 | SIHI | VBHO | Vitality Biopharma | 100,000 | receive stock | buy stock | USD | (200.00) | (800.00) | - | - |
| VBHO | ACCO | 97513 | 3/4/2016 | BEAG | VBHO | Vitality Biopharma | 100,000 | buy stock | buy stock | USD | (12,580.00) | (13,083.26) | - | - |
| VBHO | ACCO | 97487 | 3/7/2016 | WORK | VBHO | Vitality Biopharma | (87,059) | sell stock | sell stock | USD | 11,397.43 | 10,941.53 | - | - |
| VBHO | ACCO | 97642 | 3/9/2016 | BEAG | | | | director fee | director fee | USD | - | (500.00) | - | - |
| VBHO | ACCO | 97702 | 3/11/2016 | BAQU | VBHO | Vitality Biopharma | (56,870) | sell stock | sell stock | USD | 5,627.39 | 5,402.29 | - | - |
| VBHO | ACCO | 97703 | 3/11/2016 | AFTR | | | | Stevia First Corp TT pp | debit | USD | (50,324.38) | (51,430.87) | - | - |
| VBHO | ACCO | 97732 | 3/14/2016 | WORK | | | | Stevia First Corp TT pp | debit | USD | (50,050.00) | (51,151.00) | - | - |
| VBHO | ACCO | 97782 | 3/15/2016 | WORK | | | | debit | debit | USD | - | (500.00) | - | - |
| VBHO | ACCO | 98853 | 3/30/2016 | VPQU | | | | director fees | debit | USD | - | (800.00) | - | - |
| VBHO | ACCO | 98052 | 3/30/2016 | REST | | | | Booth Udall TT | debit | USD | (2,340.79) | (2,540.79) | - | - |
| VBHO | ACCO | 98348 | 3/30/2016 | WORK | | | | directors fee | debit | USD | - | (900.00) | - | - |
| VBHO | ACCO | | | | | | | custody fees | debit | USD | - | (255.50) | - | - |

A4568

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) | Cash Acct (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VBIO | ACCO | 97500 | 4/8/2016 | REST | VBIO-E | | 17,533,121 | receive stock | buy stock | USD | - | (100.00) | - | - |
| VBIO | ACCO | 104796 | 4/18/2016 | CSQP | | | | STVF TT | debit | USD | (40,230.00) | (41,124.40) | - | - |
| VBIO | ACCO | 99013 | 4/18/2016 | BOSA | | | | Stevia First TT | debit | USD | (40,103.35) | (40,905.42) | - | - |
| VBIO | ACCO | 99030 | 4/18/2016 | REST | VBIO-E | | (5,025,000) | | stock delivery | USD | | (800.00) | - | - |
| VBIO | ACCO | 99030 | 4/18/2016 | REST | | | | | deliver stock | USD | | (50.00) | - | - |
| VBIO | ACCO | 99031 | 4/18/2016 | BESQ | | | | Island Stock Transfer | debit | USD | (65.00) | (165.00) | - | - |
| VBIO | ACCO | 99015 | 4/18/2016 | QEOU | | | | director fee | debit | USD | | (100.00) | - | - |
| VBIO | ACCO | 100084 | 4/18/2016 | HILH | | | | Stevia First TT | debit | USD | (35,119.50) | (35,921.89) | - | - |
| VBIO | ACCO | 99024 | 4/19/2016 | WORK | | | | director fees | debit | USD | | (300.00) | - | - |
| VBIO | ACCO | 100061 | 4/20/2016 | WBMO | | | | Stevia First TT | debit | USD | (50,500.00) | (51,610.00) | - | - |
| VBIO | ACCO | 99932 | 4/25/2016 | PESC | | VBO | 5,025,000 | receive stock via DWAC | buy stock | USD | (500.00) | (1,100.00) | - | - |
| VBIO | ACCO | 99829 | 5/8/2016 | HERO | | | | Mobius Bio-Technology TT | debit | USD | (20,194.00) | (20,597.88) | - | - |
| VBIO | ACCO | 99888 | 5/10/2016 | REST | VBIO-E | | 4,895,624 | deliver stock | stock delivery | USD | | (700.00) | - | - |
| VBIO | ACCO | 99888 | 5/10/2016 | REST | | | | deliver stock | deliver stock | USD | | (50.00) | - | - |
| VBIO | ACCO | 99889 | 5/10/2016 | BESQ | | | | Island Stock Transfer | debit | USD | (65.00) | (165.00) | - | - |
| VBIO | ACCO | 100024 | 5/16/2016 | SIHI | | Vitality Biopharma | (128,249) | sell stock | sell stock | USD | 8,762.93 | 8,412.41 | - | - |
| VBIO | ACCO | 100126 | 5/17/2016 | SIHI | | Vitality Biopharma | (125,000) | sell stock | sell stock | USD | 9,082.66 | 8,719.35 | - | - |
| VBIO | ACCO | 99800 | 5/17/2016 | SIQU | | Vitality Biopharma | 4,895,624 | receive stock via DWAC | buy stock | USD | (590.00) | (1,100.00) | - | - |
| VBIO | ACCO | 100284 | 5/26/2016 | SIVA | | Vitality Biopharma | (79,200) | sell stock | sell stock | USD | 4,870.20 | 4,675.39 | - | - |
| VBIO | ACCO | 100696 | 5/31/2016 | SIHI | | Vitality Biopharma | (200,000) | sell stock | sell stock | USD | 11,541.11 | 11,079.47 | - | - |
| VBIO | ACCO | 100722 | 5/31/2016 | SIVA | | Vitality Biopharma | (20,800) | sell stock | sell stock | USD | 785.52 | 685.52 | - | - |
| VBIO | ACCO | 100723 | 5/31/2016 | SIQU | | Vitality Biopharma | (79,200) | sell stock | sell stock | USD | 4,254.48 | 4,084.30 | - | - |
| VBIO | ACCO | 100782 | 6/1/2016 | SIHI | | Vitality Biopharma | (27,533) | sell stock | sell stock | USD | 1,358.46 | 1,258.46 | - | - |
| VBIO | ACCO | 100718 | 6/1/2016 | SIQU | | Vitality Biopharma | (50,000) | sell stock | sell stock | USD | 2,916.00 | 2,799.36 | - | - |
| VBIO | ACCO | 100784 | 6/2/2016 | SIHI | | Vitality Biopharma | (50,000) | sell stock | sell stock | USD | 2,777.35 | 2,666.26 | - | - |
| VBIO | ACCO | 100857 | 6/8/2016 | SIHI | | Vitality Biopharma | (327,365) | sell stock | sell stock | USD | 17,018.87 | 16,338.12 | - | - |
| VBIO | ACCO | 100869 | 6/9/2016 | SIHI | | Vitality Biopharma | (98,410) | sell stock | sell stock | USD | 5,042.41 | 4,840.71 | - | - |
| VBIO | ACCO | 100911 | 6/11/2016 | WBMO | | Vitality Biopharma | (5,062,499) | Stevia First TT | debit | USD | (50,500.00) | (51,610.00) | - | - |
| VBIO | ACCO | 100943 | 6/13/2016 | REST | VBIO-E | | | deliver stock | deliver stock | USD | | (700.00) | - | - |
| VBIO | ACCO | 100943 | 6/13/2016 | REST | | | | deliver stock | deliver stock | USD | | (50.00) | - | - |
| VBIO | ACCO | 100944 | 6/13/2016 | BESQ | | | | Island Stock Transfer | debit | USD | (65.00) | (165.00) | - | - |
| VBIO | ACCO | 100561 | 6/13/2016 | WBMO | | | | Mobius Biotechnology TT | debit | USD | (20,080.00) | (20,582.00) | - | - |
| VBIO | ACCO | 101007 | 6/16/2016 | BAQU | | | | Stevia First TT | debit | USD | (50,574.94) | (51,686.44) | - | - |
| VBIO | ACCO | 101000 | 6/16/2016 | WORK | | | | director fee | debit | USD | | (100.00) | - | - |
| VBIO | ACCO | 101947 | 6/17/2016 | SIQU | | Vitality Biopharma | (20,100) | sell stock | sell stock | USD | 624.55 | 524.55 | - | - |
| VBIO | ACCO | 100945 | 6/20/2016 | SIMO | | Vitality Biopharma | (5,062,499) | receive stock via DWAC | buy stock | USD | (300.00) | (300.00) | - | - |
| VBIO | ACCO | 100956 | 6/29/2016 | WORK | | | | director fees | debit | USD | | (887.76) | - | - |
| VBIO | ACCO | 101699 | 6/30/2016 | SIQU | | Vitality Biopharma | (70,000) | sell stock | sell stock | USD | 3,237.73 | 3,108.22 | - | - |
| VBIO | ACCO | 102136 | 7/20/2016 | BEAT | | | | buy stock | buy stock | USD | | (1,200.00) | - | - |
| VBIO | ACCO | 101763 | 7/6/2016 | XPHO | | | | 118 @4 mens services | split stock out | USD | | (1,000.00) | - | - |
| VBIO | ACCO | 101900 | 7/13/2016 | WORK | | | | director fees pp | debit | USD | | (1,000.00) | - | - |
| VBIO | ACCO | 101908 | 7/14/2016 | AFMO | | | | Stevia First TT | debit | USD | (50,550.00) | (51,661.00) | - | - |
| VBIO | ACCO | 102070 | 7/20/2016 | SIRI | | Vitality Biopharma | (9,000) | sell stock | sell stock | USD | 5,880.00 | 5,644.80 | - | - |
| VBIO | ACCO | 102057 | 7/20/2016 | BEAG | | Vitality Biopharma | (278,193) | stock split | split stock out | USD | | | - | - |
| VBIO | ACCO | 102060 | 7/20/2016 | BEAG | | Vitality Biopharma | 27,819 | stock split | split stock in | USD | | | - | - |
| VBIO | ACCO | 102136 | 7/20/2016 | BEAT | | Vitality Biopharma | (376,808) | stock split | split stock out | USD | | | - | - |
| VBIO | ACCO | 102049 | 7/20/2016 | BEAT | | Vitality Biopharma | 37,681 | stock split | split stock in | USD | | | - | - |
| VBIO | ACCO | 102049 | 7/20/2016 | BEAT | | Vitality Biopharma | (5,025,000) | stock split | split stock out | USD | (5,993.65) | (6,233.40) | - | - |
| VBIO | ACCO | 102054 | 7/20/2016 | PESC | | Vitality Biopharma | 502,500 | stock split | split stock in | USD | | | - | - |
| VBIO | ACCO | 102054 | 7/20/2016 | PESC | | Vitality Biopharma | (120,100) | debit VBIO stock split | debit | USD | (100.00) | (100.00) | - | - |
| VBIO | ACCO | 104806 | 7/20/2016 | PESC | | Vitality Biopharma | (2,933,132) | stock split | split stock out | USD | | | - | - |
| VBIO | ACCO | 102048 | 7/20/2016 | SIRI | | Vitality Biopharma | 283,333 | stock split | split stock in | USD | | | - | - |
| VBIO | ACCO | 102048 | 7/20/2016 | REST | | Vitality Biopharma | (4,782,324) | stock split | split stock out | USD | | | - | - |
| VBIO | ACCO | 102049 | 7/20/2016 | BEAT | | Vitality Biopharma | 478,232 | stock split | split stock in | USD | | | - | - |
| VBIO | ACCO | 102051 | 7/20/2016 | SIQU | | Vitality Biopharma | (508,227) | stock split | split stock out | USD | | | - | - |
| VBIO | ACCO | 102051 | 7/20/2016 | SIQU | | Vitality Biopharma | 50,824 | stock split | split stock in | USD | | | - | - |
| VBIO | ACCO | 102053 | 7/20/2016 | SIHI | | Vitality Biopharma | (5,062,499) | stock split | split stock out | USD | | | - | - |
| VBIO | ACCO | 102055 | 7/20/2016 | SIMO | | Vitality Biopharma | 506,250 | stock split | split stock in | USD | | | - | - |

A4569

STVF / VBIO Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) | Cash Acct (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VBIO | ACCO | 102907 | 7/21/2016 | SIOU | VBIO | Vitality Biopharma | (6,000) | sell stock | sell stock | USD | 4,302.00 | 4,129.92 | - | - |
| VBIO | ACCO | 102952 | 7/21/2016 | SIRI | VBIO | Vitality Biopharma | (91,000) | stock split | split stock out | USD | - | - | - | - |
| VBIO | ACCO | 102952 | 7/21/2016 | SIRI | VBIO | Vitality Biopharma | 9,100 | stock split | split stock in | USD | - | - | - | - |
| VBIO | ACCO | 102145 | 7/25/2016 | BAQU | | | | debit | debit | USD | (20,245.16) | (20,750.06) | - | - |
| VBIO | ACCO | 103119 | 8/1/2016 | REST | VBIO-R | Vitality Biopharma | 2,650,000 | Mobius Bio-Technology TT | buy stock | USD | | (100.00) | - | - |
| VBIO | ACCO | 102995 | 8/3/2016 | BAQU | | | | receive stock at Lawless | debit | USD | (50,574.68) | (51,686.17) | - | - |
| VBIO | ACCO | 102653 | 8/4/2016 | SIMO | VBIO | Vitality Biopharma | (1,000) | Stevia First TT | sell stock | USD | 252.90 | 152.90 | - | - |
| VBIO | ACCO | 102886 | 8/12/2016 | BEAT | VBIO | Vitality Biopharma | (26,850) | sell stock | sell stock | USD | 15,781.31 | 15,150.06 | - | - |
| VBIO | ACCO | 102875 | 8/15/2016 | SIRI | VBIO | Vitality Biopharma | (9,100) | sell stock | sell stock | USD | 5,412.20 | 5,195.71 | - | - |
| VBIO | ACCO | 102878 | 8/15/2016 | SIOU | VBIO | Vitality Biopharma | (4,250) | sell stock | sell stock | USD | 2,290.99 | 2,199.09 | - | - |
| VBIO | ACCO | 102873 | 8/15/2016 | WHQU | | | | debit | debit | USD | (20,030.00) | (20,520.50) | - | - |
| VBIO | ACCO | 102896 | 8/16/2016 | WHQU | | | | Stevia First TT | debit | USD | (50,050.00) | (51,301.25) | - | - |
| VBIO | ACCO | 103012 | 8/18/2016 | PESC | VBIO | Vitality Biopharma | (285,000) | sell stock | sell stock | USD | 168,929.64 | 162,172.45 | - | - |
| VBIO | ACCO | 103013 | 8/19/2016 | PESC | VBIO | Vitality Biopharma | (50,000) | sell stock | sell stock | USD | 29,678.94 | 28,491.78 | - | - |
| VBIO | ACCO | 102923 | 8/19/2016 | AFMO | | | | Dari International TT | debit | USD | (65,715.00) | (67,029.30) | - | - |
| VBIO | ACCO | 102945 | 8/19/2016 | BEAG | VBIO | Vitality Biopharma | (20,109) | sell stock | sell stock | USD | 12,353.99 | 11,859.83 | - | - |
| VBIO | ACCO | 102931 | 8/24/2016 | BEAT | VBIO | Vitality Biopharma | (17,891) | sell stock | sell stock | USD | 10,981.17 | 10,541.92 | - | - |
| VBIO | ACCO | 103010 | 8/24/2016 | CANI | VBIO | Vitality Biopharma | 5,000 | buy stock | buy stock | USD | (3,535.00) | (3,641.05) | - | - |
| VBIO | ACCO | 103009 | 8/29/2016 | SIOU | VBIO | Vitality Biopharma | (6,350) | sell stock | sell stock | USD | 3,738.45 | 3,588.91 | - | - |
| VBIO | ACCO | 103100 | 8/29/2016 | SIHI | VBIO | Vitality Biopharma | (18,643) | sell stock | sell stock | USD | 11,798.46 | 11,326.52 | - | - |
| VBIO | ACCO | 103101 | 8/29/2016 | BEAG | VBIO | Vitality Biopharma | (60,000) | sell stock | sell stock | USD | 38,162.67 | 36,636.16 | - | - |
| VBIO | ACCO | 103083 | 8/29/2016 | WORK | | | | director fees | debit | USD | | (100.00) | - | - |
| VBIO | ACCO | 103085 | 8/29/2016 | WBMO | VBIO | Vitality Biopharma | (100,000) | Growth Circle TT | buy stock | USD | (8,008.00) | (8,268.16) | - | - |
| VBIO | ACCO | 103136 | 8/30/2016 | SIHI | VBIO | Vitality Biopharma | (32,181) | buy stock | buy stock | USD | 21,661.76 | 20,795.29 | - | - |
| VBIO | ACCO | 103137 | 8/30/2016 | SIMO | VBIO | Vitality Biopharma | (82,815) | sell stock | sell stock | USD | 55,748.40 | 53,518.46 | - | - |
| VBIO | ACCO | 103145 | 8/30/2016 | BEAG | VBIO | Vitality Biopharma | 52,289 | buy stock | buy stock | USD | (38,734.70) | (40,284.09) | - | - |
| VBIO | ACCO | 103326 | 8/30/2016 | PESC | VBIO | Vitality Biopharma | (60,000) | sell stock | sell stock | USD | 38,787.33 | 37,235.84 | - | - |
| VBIO | ACCO | 103107 | 8/30/2016 | BOCO | | | | STVF TT | debit | USD | (51,115.59) | (52,237.70) | - | - |
| VBIO | ACCO | 103104 | 8/30/2016 | WORK | | | | director fees | debit | USD | | (5,000.00) | - | - |
| VBIO | ACCO | 103529 | 8/31/2016 | PESC | VBIO | Vitality Biopharma | (100,000) | buy stock | buy stock | USD | 69,305.01 | 66,532.81 | - | - |
| VBIO | ACCO | 103330 | 9/1/2016 | BOCO | | | | STVF TT | debit | USD | (51,115.48) | (52,233.79) | - | - |
| VBIO | ACCO | 104004 | 9/1/2016 | REST | VBIO-R | Vitality Biopharma | 6,246 | receive stock | receive stock | USD | | (100.00) | - | - |
| VBIO | ACCO | 103904 | 9/1/2016 | SIMO | VBIO | Vitality Biopharma | (250,000) | sell stock | sell stock | USD | 202,991.09 | 194,871.45 | - | - |
| VBIO | ACCO | 103487 | 9/1/2016 | REST | | | | directors fee = fedex 777140201568 | debit | USD | | (300.00) | - | - |
| VBIO | ACCO | 103488 | 9/1/2016 | REST | | | | directors fee = fedex 777140193603 | debit | USD | | (300.00) | - | - |
| VBIO | ACCO | 103520 | 9/2/2016 | SIOU | VBIO | Vitality Biopharma | 40,000 | sell stock | sell stock | USD | 35,196.94 | 33,789.06 | - | - |
| VBIO | ACCO | 103530 | 9/2/2016 | BEAG | VBIO | Vitality Biopharma | 24,700 | buy stock | buy stock | USD | (24,474.66) | (25,455.67) | - | - |
| VBIO | ACCO | 103319 | 9/2/2016 | AFMO | | | | Dari International TT | debit | USD | (60,660.00) | (61,973.20) | - | - |
| VBIO | ACCO | 104891 | 9/2/2016 | CANE | VBIO | Vitality Biopharma | 40,000 | buy stock | buy stock | USD | (37,551.50) | (39,053.56) | - | - |
| VBIO | ACCO | 103538 | 9/6/2016 | WORK | | | | Directors fees | debit | USD | | (800.00) | - | - |
| VBIO | ACCO | 103567 | 9/6/2016 | SIMO | VBIO | Vitality Biopharma | (25,000) | sell stock | sell stock | USD | 22,574.48 | 21,671.50 | - | - |
| VBIO | ACCO | 103655 | 9/7/2016 | SIOU | VBIO | Vitality Biopharma | (30,000) | sell stock | sell stock | USD | 26,075.39 | 25,032.37 | - | - |
| VBIO | ACCO | 103581 | 9/8/2016 | SIQU | | | | debit | debit | USD | (54,614.00) | (55,806.26) | - | - |
| VBIO | ACCO | 103622 | 9/7/2016 | BEAG | VBIO | Vitality Biopharma | 5,000 | Advanced Media TT | buy stock | USD | (5,164.13) | (5,370.70) | - | - |
| VBIO | ACCO | 103660 | 9/8/2016 | SIMO | VBIO | Vitality Biopharma | (50,000) | sell stock | sell stock | USD | 44,241.48 | 42,471.82 | - | - |
| VBIO | ACCO | 103716 | 9/9/2016 | SIOU | VBIO | Vitality Biopharma | (6,887) | sell stock | sell stock | USD | 5,896.37 | 5,660.52 | - | - |
| VBIO | ACCO | 103740 | 9/13/2016 | SIOU | VBIO | Vitality Biopharma | (10,000) | sell stock | sell stock | USD | 8,865.00 | 8,510.40 | - | - |
| VBIO | ACCO | 103879 | 9/20/2016 | SIOU | VBIO | Vitality Biopharma | (2,646) | sell stock | sell stock | USD | 1,889.48 | 1,789.48 | - | - |
| VBIO | ACCO | 103868 | 9/20/2016 | WBMO | VBIO | Vitality Biopharma | (25,000) | Full Service Media TT | sell stock | USD | 25,719.64 | 24,690.85 | - | - |
| VBIO | ACCO | 103954 | 9/22/2016 | WORK | | | | internal transfer | credit | USD | (7,507.50) | (7,657.65) | - | - |
| VBIO | ACCO | 103977 | 9/23/2016 | SIOU | VBIO | Vitality Biopharma | (70,000) | sell stock | sell stock | USD | 63,020.64 | 60,499.81 | - | - |
| VBIO | ACCO | 103956 | 9/22/2016 | AFMO | | | | Dari International TT | debit | USD | (121,270.00) | (123,793.40) | - | - |
| VBIO | ACCO | 103981 | 9/23/2016 | SIMO | VBIO | Vitality Biopharma | (40,000) | sell stock | sell stock | USD | 36,167.80 | 34,721.09 | - | - |
| VBIO | ACCO | 103994 | 9/26/2016 | SIOU | VBIO | Vitality Biopharma | (80,000) | sell stock | sell stock | USD | 71,305.54 | 68,453.32 | - | - |

A4570

STVF / VBIO Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) | Cash Acct (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VBIO | ACCO | 104028 | 9/27/2016 | BEAP | VBIO | Vitality Biopharma | 25,000 | buy stock | buy stock | USD | (25,022.17) | (26,023.06) | - | - |
| VBIO | ACCO | 104026 | 9/28/2016 | SIQU | VBIO | Vitality Biopharma | (110,000) | sell stock | sell stock | USD | 98,755.84 | 94,805.61 | - | - |
| VBIO | ACCO | 104031 | 9/28/2016 | REST | VBIO-E | Vitality Biopharma | (283,333) | deliver stock | stock delivery | USD | (900.00) | (900.00) | - | - |
| VBIO | ACCO | 104031 | 9/28/2016 | REST | VBIO | Vitality Biopharma | | deliver stock | deliver stock | USD | (50.00) | (50.00) | - | - |
| VBIO | ACCO | 104032 | 9/28/2016 | BESQ | | | | Island Stock Transfer | debit | USD | (68.00) | (168.00) | - | - |
| VBIO | ACCO | 104301 | 9/28/2016 | REST | | | | directors fee | debit | USD | (300.00) | (300.00) | - | - |
| VBIO | ACCO | 105884 | 9/28/2016 | BAQU | | | | Mobius Bio-Technology TT | debit | USD | (20,057.45) | (20,558.89) | - | - |
| VBIO | ACCO | 104077 | 9/29/2016 | SIQU | | | (70,000) | sell stock | sell stock | USD | 62,983.60 | 60,464.26 | - | - |
| VBIO | ACCO | 104081 | 9/29/2016 | BEAG | | | (10,000) | sell stock | sell stock | USD | 9,979.18 | 9,580.01 | - | - |
| VBIO | ACCO | 104626 | 9/29/2016 | SIMO | | | (22,238) | sell stock | sell stock | USD | 23,447.23 | 22,509.34 | - | - |
| VBIO | ACCO | 104302 | 9/30/2016 | REST | | | | directors fee | debit | USD | (1,050.00) | (1,050.00) | - | - |
| VBIO | ACCO | 104304 | 9/30/2016 | REST | VBIO-R | Vitality Biopharma | (6,246) | deliver stock | stock delivery | USD | (600.00) | (600.00) | - | - |
| VBIO | ACCO | 104304 | 9/30/2016 | REST | | | | deliver stock | debit | USD | (100.00) | (100.00) | - | - |
| VBIO | ACCO | 104305 | 9/30/2016 | BESQ | | | | Island Stock Transfer | debit | USD | (193.00) | (293.00) | - | - |
| VBIO | ACCO | 104560 | 9/30/2016 | WORK | | | | custody fees | debit | USD | (184.92) | (184.92) | - | - |
| VBIO | ACCO | 104576 | 10/3/2016 | WORK | | | | director fee | debit | USD | (100.00) | (100.00) | - | - |
| VBIO | ACCO | 104333 | 10/3/2016 | BEAT | | | | buy stock | debit | USD | (600.00) | (600.00) | - | - |
| VBIO | ACCO | 103780 | 10/3/2016 | WBMO | VBIO | Vitality Biopharma | 283,333 | receive stock via DWAC | buy stock | USD | (45,045.00) | (46,171.13) | - | - |
| VBIO | ACCO | 107087 | 10/3/2016 | REST | | | | World Wide TT | debit | USD | (1,050.00) | (1,050.00) | - | - |
| VBIO | ACCO | 104614 | 10/4/2016 | BEAT | VBIO | Vitality Biopharma | (19,700) | sell stock | sell stock | USD | 21,870.09 | 20,995.29 | - | - |
| VBIO | ACCO | 104616 | 10/4/2016 | BEAT | VBIO | Vitality Biopharma | (67,295) | sell stock | sell stock | USD | 74,892.05 | 71,896.37 | - | - |
| VBIO | ACCO | 104484 | 10/4/2016 | BAQU | | | | Merger TT | debit | USD | (100,057.35) | (102,558.78) | - | - |
| VBIO | ACCO | 104630 | 10/5/2016 | SIMO | VBIO | Vitality Biopharma | (37,197) | sell stock | sell stock | USD | 33,519.52 | 32,176.04 | - | - |
| VBIO | ACCO | 104631 | 10/5/2016 | SIQU | VBIO | Vitality Biopharma | (14,704) | sell stock | sell stock | USD | 16,908.45 | 16,232.11 | - | - |
| VBIO | ACCO | 104623 | 10/5/2016 | WBMO | | | | Mobius Biotechnology TT | debit | USD | (40,040.00) | (41,041.00) | - | - |
| VBIO | ACCO | 104629 | 10/6/2016 | WORK | | | | director fees | debit | USD | (200.00) | (200.00) | - | - |
| VBIO | ACCO | 104689 | 10/6/2016 | BEAT | VBIO | Vitality Biopharma | (140,000) | sell stock | sell stock | USD | 182,419.12 | 175,122.36 | - | - |
| VBIO | ACCO | 104884 | 10/6/2016 | CANE | VBIO | Vitality Biopharma | (40,000) | sell stock | sell stock | USD | 59,469.00 | 57,090.24 | - | - |
| VBIO | ACCO | 104661 | 10/6/2016 | WBMO | | | | debit | debit | USD | (27,527.50) | (28,178.05) | - | - |
| VBIO | ACCO | 104750 | 10/11/2016 | BEAP | VBIO | Vitality Biopharma | (21,888) | sell stock | sell stock | USD | 29,370.19 | 28,195.38 | - | - |
| VBIO | ACCO | 104306 | 10/12/2016 | CSOP | | | | STVF TT | debit | USD | (102,812.16) | (104,968.40) | - | - |
| VBIO | ACCO | 104773 | 10/12/2016 | WBAR | | | | VBIO TT | debit | USD | (11,538.00) | (12,114.90) | - | - |
| VBIO | ACCO | 104777 | 10/12/2016 | BEAT | VBIO | Vitality Biopharma | (3,112) | sell stock | sell stock | USD | 3,737.33 | 3,587.84 | - | - |
| VBIO | ACCO | 104475 | 10/12/2016 | REST | VBIO-R | Vitality Biopharma | (23,888) | sell stock | sell stock | USD | 25,949.12 | 24,911.16 | - | - |
| VBIO | ACCO | 104752 | 10/12/2016 | BEAT | | | (500,000) | deliver stock | stock delivery | USD | (500.00) | (500.00) | - | - |
| VBIO | ACCO | 104758 | 10/12/2016 | REST | | | | debit | debit | USD | (84.00) | (184.00) | - | - |
| VBIO | ACCO | 104841 | 10/12/2016 | BEAP | VBIO | Vitality Biopharma | 67,122 | buy stock | buy stock | USD | (91,570.84) | (96,149.38) | - | - |
| VBIO | ACCO | 104771 | 10/13/2016 | PESC | | | | VBIO TT | debit | USD | (102,102.00) | (104,244.04) | - | - |
| VBIO | ACCO | 104842 | 10/13/2016 | WBAR | VBIO | Vitality Biopharma | 8,100 | buy stock | buy stock | USD | (11,538.00) | (12,114.90) | - | - |
| VBIO | ACCO | 104447 | 10/13/2016 | PESC | | | | Pyromet Media TT | debit | USD | (15,030.00) | (15,430.60) | - | - |
| VBIO | ACCO | 104757 | 10/17/2016 | BEAT | VBIO | Vitality Biopharma | (18,500) | sell stock | sell stock | USD | 26,913.93 | 25,568.23 | - | - |
| VBIO | ACCO | 104452 | 10/17/2016 | BEAT | VBIO | Vitality Biopharma | (12,500) | sell stock | sell stock | USD | 17,199.27 | 16,339.31 | - | - |
| VBIO | ACCO | 104869 | 10/18/2016 | REST | | | (10) | sell stock | sell stock | USD | 14.64 | 14.64 | - | - |
| VBIO | ACCO | 104974 | 10/18/2016 | PESC | | | | internal transfer | debit | USD | (600.00) | (600.00) | - | - |
| VBIO | ACCO | 104759 | 10/19/2016 | BEAT | VBIO | Vitality Biopharma | 25,000 | buy stock | buy stock | USD | (33,952.64) | (32,255.01) | - | - |
| VBIO | ACCO | 104489 | 10/20/2016 | BEAT | VBIO | Vitality Biopharma | (25,000) | sell stock | sell stock | USD | 33,983.48 | 32,284.31 | - | - |
| VBIO | ACCO | 104992 | 10/20/2016 | BEAT | VBIO | Vitality Biopharma | (12,500) | sell stock | sell stock | USD | 14,035.07 | 13,333.32 | - | - |
| VBIO | ACCO | 104447 | 10/21/2016 | BEAT | VBIO | Vitality Biopharma | | debit | debit | USD | (45,045.00) | (46,171.13) | - | - |
| VBIO | ACCO | 105991 | 10/24/2016 | CANE | VBIO | Vitality Biopharma | 25,000 | buy stock | buy stock | USD | (20,020.00) | (20,520.40) | - | - |
| VBIO | ACCO | 105889 | 10/24/2016 | BEAT | VBIO | Vitality Biopharma | (9,000) | sell stock | sell stock | USD | 20,673.72 | 19,640.03 | - | - |
| VBIO | ACCO | 105129 | 10/25/2016 | BEAT | VBIO | Vitality Biopharma | 25,000 | buy stock | buy stock | USD | 12,473.96 | 11,859.26 | - | - |
| VBIO | ACCO | 105157 | 10/25/2016 | BEAT | VBIO | Vitality Biopharma | (9,000) | sell stock | sell stock | USD | (600.00) | (600.00) | - | - |
| VBIO | ACCO | 105157 | 10/25/2016 | BEAT | VBIO | Vitality Biopharma | (10,000) | sell stock | sell stock | USD | 250,100.00 | 250,100.00 | - | - |
| VBIO | ACCO | 105219 | 10/26/2016 | BEAT | VBIO | Vitality Biopharma | 25,000 | buy stock | buy stock | USD | (36,642.50) | (38,108.20) | - | - |
| VBIO | ACCO | 105198 | 10/26/2016 | BEAT | VBIO | Vitality Biopharma | (9,000) | sell stock | sell stock | USD | 14,035.07 | 13,333.32 | - | - |
| VBIO | ACCO | 105198 | 10/26/2016 | BEAT | | | | directors fee | debit | USD | 446,171.13 | 446,171.13 | - | - |
| VBIO | ACCO | 105199 | 10/26/2016 | WORK | | | | World Wide Holdings TT | debit | USD | (20,020.00) | (20,520.40) | - | - |
| VBIO | ACCO | 105344 | 10/27/2016 | WBMO | VBIO | Vitality Biopharma | (10,000) | sell stock | sell stock | USD | 20,673.72 | 19,640.03 | - | - |
| VBIO | ACCO | 105235 | 10/28/2016 | BEAT | | | | directors fee | debit | USD | (500.00) | (500.00) | - | - |
| VBIO | ACCO | 105360 | 10/28/2016 | REST | VBIO-R | Vitality Biopharma | (400,000) | deliver stock | stock delivery | USD | | (300.00) | - | - |

12 of 23

A4571

STVF / VBHO Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) | Cash Acct (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VBHO | ACCCO | 105260 | 10/28/2016 | REST | | | | deliver stock | debit | USD | | (50.00) | - | - |
| VBHO | ACCCO | 105261 | 10/28/2016 | BESQ | | | | Island Stock Transfer | debit | USD | (112.00) | (212.00) | - | - |
| VBHO | ACCCO | 105263 | 10/28/2016 | REST | | | | stock delivery | stock delivery | USD | | (200.00) | - | - |
| VBHO | ACCCO | 105263 | 10/28/2016 | REST | | | | deliver stock | debit | USD | | (50.00) | - | - |
| VBHO | ACCCO | 105264 | 10/28/2016 | BESQ | | | | Island Stock Transfer | debit | USD | (112.00) | (212.00) | - | - |
| VBHO | ACCCO | 105609 | 10/30/2016 | WORK | | | | internal transfer CHF 1000 | debit | USD | | (1,144.01) | - | - |
| VBHO | ACCCO | 105608 | 10/30/2016 | WORK | | | | internal transfer EUR 4000 | debit | USD | | (4,601.10) | - | - |
| VBHO | ACCCO | 105616 | 10/31/2016 | BEAT | VBHO | | (12,915) | sell stock | sell stock | USD | 18,444.03 | 17,521.83 | - | - |
| VBHO | ACCCO | 105630 | 11/2/2016 | WBMO | | | | Dari International TT | debit | USD | (100,100.00) | (102,602.50) | - | - |
| VBHO | ACCCO | 105687 | 11/4/2016 | WBMO | | | | Mobius Biotechnology TT | debit | USD | (60,060.00) | (61,561.50) | - | - |
| VBHO | ACCCO | 105701 | 11/7/2016 | BEAT | VBHO | Vitality Biopharma | (6,500) | sell stock | sell stock | USD | 8,808.40 | 8,453.48 | - | - |
| VBHO | ACCCO | 105762 | 11/7/2016 | BEAG | VBHO | Vitality Biopharma | 400,000 | buy stock | buy stock | USD | | (600.00) | - | - |
| VBHO | ACCCO | 105765 | 11/7/2016 | SIVA | VBHO | Vitality Biopharma | 400,000 | receive stock via DWAC | debit | USD | (500.00) | (1,100.00) | - | - |
| VBHO | ACCCO | 105775 | 11/8/2016 | BEAT | VBHO | Vitality Biopharma | (1,750) | sell stock | sell stock | USD | 2,275.15 | 2,161.39 | - | - |
| VBHO | ACCCO | 105799 | 11/9/2016 | BEAT | VBHO | Vitality Biopharma | (21,800) | sell stock | sell stock | USD | 30,597.45 | 28,877.58 | - | - |
| VBHO | ACCCO | 105854 | 11/10/2016 | BEAT | VBHO | Vitality Biopharma | (5,000) | sell stock | sell stock | USD | 7,099.29 | 6,744.33 | - | - |
| VBHO | ACCCO | 105858 | 11/10/2016 | BEAT | VBHO | Vitality Biopharma | (15,000) | sell stock | sell stock | USD | 21,008.43 | 19,958.01 | - | - |
| VBHO | ACCCO | 105914 | 11/11/2016 | BEAT | VBHO | Vitality Biopharma | (5,000) | sell stock | sell stock | USD | 7,105.64 | 6,750.36 | - | - |
| VBHO | ACCCO | 105770 | 11/11/2016 | WBMO | | | | Dari International TT | debit | USD | (122,745.00) | (125,813.63) | - | - |
| VBHO | ACCCO | 105913 | 11/15/2016 | BEAT | VBHO | Vitality Biopharma | (25,000) | sell stock | sell stock | USD | 34,242.21 | 32,531.05 | - | - |
| VBHO | ACCCO | 105907 | 11/16/2016 | WBMO | | | | Dari International TT | debit | USD | (60,120.00) | (61,623.00) | - | - |
| VBHO | ACCCO | 105984 | 11/17/2016 | REST | VBHO-R | Vitality Biopharma | (350,000) | deliver stock | stock delivery | USD | | (300.00) | - | - |
| VBHO | ACCCO | 105984 | 11/17/2016 | REST | | | | deliver stock | debit | USD | | (50.00) | - | - |
| VBHO | ACCCO | 105970 | 11/17/2016 | BEAT | VBHO | Vitality Biopharma | (7,970) | sell stock | sell stock | USD | 11,419.85 | 10,848.86 | - | - |
| VBHO | ACCCO | 105982 | 11/17/2016 | REST | | | | Island Stock Transfer | debit | USD | (112.00) | (212.00) | - | - |
| VBHO | ACCCO | 105985 | 11/17/2016 | BESQ | | | | Island Stock Transfer | debit | USD | (112.00) | (212.00) | - | - |
| VBHO | ACCCO | 106052 | 11/18/2016 | BEAT | VBHO | Vitality Biopharma | (5,000) | sell stock | sell stock | USD | 7,034.84 | 6,683.10 | - | - |
| VBHO | ACCCO | 106043 | 11/21/2016 | WBMO | | | | NewGen Biopharma TT | debit | USD | (100,200.00) | (102,705.00) | - | - |
| VBHO | ACCCO | 106072 | 11/22/2016 | BEAT | VBHO | Vitality Biopharma | (16,025) | sell stock | sell stock | USD | 21,972.09 | 20,873.49 | - | - |
| VBHO | ACCCO | 106088 | 11/23/2016 | BEAT | VBHO | Vitality Biopharma | (60,000) | sell stock | sell stock | USD | 82,888.51 | 78,744.08 | - | - |
| VBHO | ACCCO | 106087 | 11/24/2016 | SIHI | | | | receive stock via DWAC | debit | USD | (500.00) | (1,100.00) | - | - |
| VBHO | ACCCO | 106111 | 11/25/2016 | BEAT | VBHO | Vitality Biopharma | 350,000 | buy stock | buy stock | USD | 45,152.94 | 42,895.29 | - | - |
| VBHO | ACCCO | 106100 | 11/25/2016 | WORK | | | | director fees | debit | USD | | (700.00) | - | - |
| VBHO | ACCCO | 106133 | 11/28/2016 | BEAT | VBHO | Vitality Biopharma | (9,455) | sell stock | sell stock | USD | 12,902.28 | 12,257.17 | - | - |
| VBHO | ACCCO | 106165 | 11/29/2016 | SIHI | VBHO | Vitality Biopharma | (50,000) | sell stock | sell stock | USD | 62,598.58 | 59,468.65 | - | - |
| VBHO | ACCCO | 106158 | 11/30/2016 | WBMO | | | | Dari International TT | debit | USD | (60,120.00) | (61,623.00) | - | - |
| VBHO | ACCCO | 106155 | 11/30/2016 | WBMO | | | | Full Service Media TT | debit | USD | (50,100.00) | (51,352.50) | - | - |
| VBHO | ACCCO | 106672 | 12/5/2016 | BEAT | VBHO | Vitality Biopharma | (7,400) | sell stock | sell stock | USD | 9,050.12 | 8,597.61 | - | - |
| VBHO | ACCCO | 106625 | 12/5/2016 | BEAT | VBHO | Vitality Biopharma | 20,000 | buy stock | buy stock | USD | (24,555.17) | (25,782.93) | - | - |
| VBHO | ACCCO | 106626 | 12/5/2016 | BEAT | VBHO | Vitality Biopharma | 9,100 | buy stock | buy stock | USD | (9,230.92) | (9,692.47) | - | - |
| VBHO | ACCCO | 106621 | 12/6/2016 | WBMO | | | | Mobius Biotechnology TT | debit | USD | (60,120.00) | (61,623.00) | - | - |
| VBHO | ACCCO | 106776 | 12/7/2016 | SIHI | VBHO | Vitality Biopharma | (15,689) | sell stock | sell stock | USD | 15,424.02 | 14,652.82 | - | - |
| VBHO | ACCCO | 106787 | 12/8/2016 | SIHI | VBHO | Vitality Biopharma | (15,000) | sell stock | sell stock | USD | 16,307.86 | 15,492.47 | - | - |
| VBHO | ACCCO | 106664 | 12/9/2016 | BEAT | VBHO | Vitality Biopharma | (50,000) | sell stock | sell stock | USD | 56,682.60 | 53,848.47 | - | - |
| VBHO | ACCCO | 106828 | 12/9/2016 | SIHI | VBHO | Vitality Biopharma | (25,000) | sell stock | sell stock | USD | 26,722.70 | 25,386.57 | - | - |
| VBHO | ACCCO | 106842 | 12/10/2016 | WBQU | | | | VBHO TT | debit | USD | (102,204.00) | (104,759.10) | - | - |
| VBHO | ACCCO | 106877 | 12/12/2016 | SIHI | VBHO | Vitality Biopharma | (50,911) | sell stock | sell stock | USD | 59,732.15 | 56,745.54 | - | - |
| VBHO | ACCCO | 106886 | 12/12/2016 | BEAT | VBHO | Vitality Biopharma | (1,890) | sell stock | sell stock | USD | 2,178.00 | 2,069.10 | - | - |
| VBHO | ACCCO | 106876 | 12/12/2016 | WBMO | | | | Mergent TT | debit | USD | (50,100.00) | (51,352.50) | - | - |
| VBHO | ACCCO | 106921 | 12/13/2016 | SIHI | VBHO | Vitality Biopharma | (96,331) | sell stock | sell stock | USD | 124,788.42 | 118,549.00 | - | - |
| VBHO | ACCCO | 106887 | 12/13/2016 | BEAT | VBHO | Vitality Biopharma | (65,000) | sell stock | sell stock | USD | 87,323.96 | 82,957.76 | - | - |
| VBHO | ACCCO | 106892 | 12/13/2016 | BESQ | | | | Booth Udall Fuller | debit | USD | (350.00) | (450.00) | - | - |
| VBHO | ACCCO | 106912 | 12/13/2016 | WBMO | | | | Mergent TT | debit | USD | (100,200.00) | (102,705.00) | - | - |
| VBHO | ACCCO | 106945 | 12/14/2016 | BEAT | VBHO | Vitality Biopharma | (49,640) | sell stock | sell stock | USD | 64,252.90 | 61,040.26 | - | - |
| VBHO | ACCCO | 107674 | 12/14/2016 | WBMO | | | | Audience Marketing TT CAD30k | debit | USD | (22,942.99) | (23,516.56) | (500.00) | - |
| VBHO | ACCCO | 106930 | 12/14/2016 | REST | VBHO-R | Vitality Biopharma | (500,000) | deliver stock | stock delivery | USD | | (500.00) | - | - |
| VBHO | ACCCO | 106930 | 12/14/2016 | REST | | | | deliver stock | debit | USD | | (50.00) | - | - |
| VBHO | ACCCO | 106931 | 12/14/2016 | REST | | | | Island Stock Transfer | debit | USD | (181.00) | (281.00) | - | - |
| VBHO | ACCCO | 106960 | 12/15/2016 | SIHI | VBHO | Vitality Biopharma | (25,869) | sell stock | sell stock | USD | 34,559.79 | 32,831.80 | - | - |

13 of 23

A4572

STVF / VBHO Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) | Cash Acct (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VBHO | ACCO | 106963 | 12/15/2016 | SIVA | VBHO | Vitality Biopharma | (4,131) | sell stock | sell stock | USD | 5,182.19 | 4,923.08 | - | - |
| VBHO | ACCO | 106964 | 12/15/2016 | BEAT | VBHO | Vitality Biopharma | (4,600) | sell stock | sell stock | USD | 6,227.90 | 5,916.50 | - | - |
| VBHO | ACCO | 107003 | 12/16/2016 | SIVA | VBHO | Vitality Biopharma | (15,000) | sell stock | sell stock | USD | 20,187.32 | 19,177.95 | - | - |
| VBHO | ACCO | 106965 | 12/16/2016 | SIHI | VBHO | Vitality Biopharma | (63,000) | sell stock | sell stock | USD | 83,602.05 | 79,421.95 | - | - |
| VBHO | ACCO | 107009 | 12/16/2016 | BEAT | VBHO | Vitality Biopharma | (30,000) | sell stock | sell stock | USD | 39,830.76 | 37,839.22 | - | - |
| VBHO | ACCO | 107021 | 12/19/2016 | SIVA | VBHO | Vitality Biopharma | (32,100) | sell stock | sell stock | USD | 43,933.04 | 41,736.39 | - | - |
| VBHO | ACCO | 107024 | 12/19/2016 | BEAT | VBHO | Vitality Biopharma | (20,000) | sell stock | sell stock | USD | 27,714.76 | 26,329.02 | - | - |
| VBHO | ACCO | 107698 | 12/19/2016 | SIRI | VBHO | Vitality Biopharma | (50,000) | internal transfer | stock delivery | USD | - | (100.00) | - | - |
| VBHO | ACCO | 107042 | 12/20/2016 | SIVA | VBHO | Vitality Biopharma | (55,000) | sell stock | sell stock | USD | 76,515.26 | 72,689.50 | - | - |
| VBHO | ACCO | 107060 | 12/20/2016 | BEAT | VBHO | Vitality Biopharma | (15,000) | sell stock | sell stock | USD | 21,658.42 | 20,575.50 | - | - |
| VBHO | ACCO | 107058 | 12/21/2016 | SIVA | VBHO | Vitality Biopharma | (293,769) | sell stock | sell stock | USD | 474,197.88 | 450,487.99 | - | - |
| VBHO | ACCO | 107064 | 12/21/2016 | BEAT | VBHO | Vitality Biopharma | (8,505) | sell stock | sell stock | USD | 13,758.99 | 13,071.04 | - | - |
| VBHO | ACCO | 107066 | 12/21/2016 | BEAG | VBHO | Vitality Biopharma | (154,580) | sell stock | sell stock | USD | 251,360.20 | 238,792.19 | - | - |
| VBHO | ACCO | 107057 | 12/21/2016 | AFTR | | | | VBHO TT | debit | USD | (119,070.00) | (122,046.75) | - | - |
| VBHO | ACCO | 107038 | 12/21/2016 | | | | | World Wide TT | debit | USD | (60,120.00) | (61,623.00) | - | - |
| VBHO | ACCO | 107041 | 12/21/2016 | WORK | | | | director fee | debit | USD | - | (100.00) | - | - |
| VBHO | ACCO | 107065 | 12/21/2016 | WBMO | | | | Dari International TT | debit | USD | (60,120.00) | (61,623.00) | - | - |
| VBHO | ACCO | 106932 | 12/21/2016 | SIQU | VBHO | | 500,000 | receive stock via DWAC | debit | USD | (590.00) | (1,100.00) | - | - |
| VBHO | ACCO | 107099 | 12/22/2016 | BEAG | VBHO | Vitality Biopharma | (245,420) | sell stock | sell stock | USD | 480,756.75 | 456,718.91 | - | - |
| VBHO | ACCO | 107077 | 12/22/2016 | CANE | VBHO | Vitality Biopharma | (25,000) | sell stock | sell stock | USD | 48,231.44 | 46,302.18 | - | - |
| VBHO | ACCO | 107078 | 12/22/2016 | CANI | VBHO | Vitality Biopharma | (5,000) | sell stock | sell stock | USD | 10,691.76 | 10,264.09 | - | - |
| VBHO | ACCO | 107082 | 12/22/2016 | WBQU | | | | Merger TT | debit | USD | (100,200.00) | (102,705.00) | - | - |
| VBHO | ACCO | 107083 | 12/22/2016 | WBQU | | | | Puerauto Handako TT | debit | USD | (10,020.00) | (10,270.50) | - | - |
| VBHO | ACCO | 107084 | 12/22/2016 | REST | VBHO-R | | (500,000) | deliver stock | stock delivery | USD | - | (500.00) | - | - |
| VBHO | ACCO | 107084 | 12/22/2016 | REST | | | | deliver stock | debit | USD | - | (50.00) | - | - |
| VBHO | ACCO | 107085 | 12/22/2016 | BESQ | | | | Island Stock Transfer | debit | USD | (181.00) | (281.00) | - | - |
| VBHO | ACCO | 107631 | 12/23/2016 | PESC | VBHO | | (82,712) | sell stock | sell stock | USD | 185,132.22 | 177,726.93 | - | - |
| VBHO | ACCO | 107746 | 12/23/2016 | WBQU | | | | Pyronix Media TT | debit | USD | (50,100.00) | (51,352.50) | - | - |
| VBHO | ACCO | 107125 | 12/27/2016 | WBMO | VBHO | | (238,382) | Greenberg Traurig TT GRWD | debit | USD | (50,100.00) | (51,352.50) | - | - |
| VBHO | ACCO | 107130 | 12/28/2016 | SIQU | VBHO | Vitality Biopharma | (214,216) | sell stock | sell stock | USD | 642,172.00 | 616,885.12 | - | - |
| VBHO | ACCO | 107151 | 12/29/2016 | SIQU | VBHO | Vitality Biopharma | (47,402) | sell stock | sell stock | USD | 461,584.02 | 443,120.66 | - | - |
| VBHO | ACCO | 107570 | 12/30/2016 | SIQU | VBHO | Vitality Biopharma | | sell stock | sell stock | USD | 121,829.15 | 116,955.98 | - | - |
| VBHO | ACCO | 107241 | 12/30/2016 | WORK | | | | custody fees | debit | USD | - | (252.09) | - | - |
| VBHO | ACCO | 107601 | 1/3/2017 | WRI | VBHO | | (135,010) | sell stock | sell stock | USD | 388,544.84 | 373,003.05 | - | - |
| VBHO | ACCO | 107596 | 1/3/2017 | BESQ | | | | 144Opinions.com (gotama) | debit | USD | (595.00) | (695.00) | - | - |
| VBHO | ACCO | 107594 | 1/3/2017 | REST | | | | directors fee | debit | USD | - | (200.00) | - | - |
| VBHO | ACCO | 107604 | 1/3/2017 | WRI | VBHO | | 500,000 | receive stock via DWAC | debit | USD | (590.00) | (1,100.00) | - | - |
| VBHO | ACCO | 107597 | 1/3/2017 | BESQ | | | | Booth Udall Fuller | debit | USD | (350.00) | (450.00) | - | - |
| VBHO | ACCO | 107633 | 1/4/2017 | WRI | VBHO | | (37,330) | sell stock | sell stock | USD | 99,951.87 | 95,953.80 | - | - |
| VBHO | ACCO | 107612 | 1/4/2017 | REST | VBHO-R | | (294,118) | deliver stock | stock delivery | USD | - | (400.00) | - | - |
| VBHO | ACCO | 107612 | 1/4/2017 | REST | | | | deliver stock | debit | USD | - | (100.00) | - | - |
| VBHO | ACCO | 107613 | 1/4/2017 | BESQ | | | | Island Stock Transfer | debit | USD | (140.00) | (240.00) | - | - |
| VBHO | ACCO | 107652 | 1/5/2017 | WBMO | | | | Dari International TT | debit | USD | (140,250.00) | (143,756.25) | - | - |
| VBHO | ACCO | 107651 | 1/5/2017 | WBMO | | | | Mobius Biotechology TT | debit | USD | (100,200.00) | (102,705.00) | - | - |
| VBHO | ACCO | 107646 | 1/5/2017 | BESQ | | | | 144Opinions.com (hampton) | debit | USD | (595.00) | (695.00) | - | - |
| VBHO | ACCO | 107639 | 1/5/2017 | BEAG | VBHO | | 758,169 | receive stock via DRS | debit | USD | - | (600.00) | - | - |
| VBHO | ACCO | 107653 | 1/5/2017 | WRI | | | | Full Service Media TT | debit | USD | (120,240.00) | (123,246.00) | - | - |
| VBHO | ACCO | 107662 | 1/5/2017 | WRI | VBHO | Vitality Biopharma | (100,000) | sell stock | sell stock | USD | 221,152.54 | 212,306.44 | - | - |
| VBHO | ACCO | 107710 | 1/5/2017 | WRI | VBHO | Vitality Biopharma | (91,000) | sell stock | sell stock | USD | 230,448.01 | 221,230.09 | - | - |
| VBHO | ACCO | 107742 | 1/6/2017 | BESQ | | | | Booth Udall Fuller | debit | USD | - | (350.00) | - | - |
| VBHO | ACCO | 107733 | 1/9/2017 | WRI | VBHO | Vitality Biopharma | (86,660) | sell stock | sell stock | USD | 242,330.66 | 232,637.43 | - | - |
| VBHO | ACCO | 107712 | 1/9/2017 | REST | | | | directors fee + fedex #778126095930 | debit | USD | - | (250.00) | - | - |
| VBHO | ACCO | 107724 | 1/9/2017 | WBQU | | | | Merger TT | debit | USD | (100,200.00) | (102,705.00) | - | - |
| VBHO | ACCO | 107751 | 1/10/2017 | BIQCO | | | | VBHO TT | debit | USD | (100,280.00) | (102,787.92) | - | - |
| VBHO | ACCO | 107743 | 1/10/2017 | WBMO | | | | 144Opinions.com (trias) | debit | USD | (595.00) | (695.00) | - | - |
| VBHO | ACCO | 107749 | 1/10/2017 | WORK | | | | director fees | debit | USD | - | (500.00) | - | - |
| VBHO | ACCO | 107794 | 1/11/2017 | SIMO | VBHO | Vitality Biopharma | (96,733) | sell stock | sell stock | USD | 266,734.15 | 256,064.78 | - | - |
| VBHO | ACCO | 107802 | 1/11/2017 | BEAG | VBHO | Vitality Biopharma | (65,000) | sell stock | sell stock | USD | 185,565.75 | 178,143.12 | - | - |

14 of 23

A4573

STVF / VBIO Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) | Cash Acct (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VBIO | ACCO | 107614 | 1/11/2017 | SIMO | VBIO | Vitality Biopharma | 294,118 | receive stock via DWAC | buy stock | USD | (500.00) | (1,100.00) | - | - |
| VBIO | ACCO | 107785 | 1/11/2017 | REST | | | | directors fee | debit | USD | | (500.00) | - | - |
| VBIO | ACCO | 107787 | 1/11/2017 | REST | VBIO-R | Vitality Biopharma | (294,118) | deliver stock | stock delivery | USD | | 400.00 | - | - |
| VBIO | ACCO | 107787 | 1/11/2017 | REST | | | | deliver stock | debit | USD | | (50.00) | - | - |
| VBIO | ACCO | 107788 | 1/11/2017 | BESQ | | | | Island Stock Transfer | debit | USD | (112.00) | (212.00) | - | - |
| VBIO | ACCO | 107791 | 1/11/2017 | WORK | | | | director fee | debit | USD | | (100.00) | - | - |
| VBIO | ACCO | 107820 | 1/12/2017 | SIMO | VBIO | Vitality Biopharma | (81,033) | sell stock | sell stock | USD | 217,209.99 | 208,521.59 | - | - |
| VBIO | ACCO | 107827 | 1/12/2017 | BEAG | VBIO | Vitality Biopharma | (15,000) | sell stock | sell stock | USD | 41,838.88 | 40,165.42 | - | - |
| VBIO | ACCO | 107809 | 1/12/2017 | WBMO | | | | debit | debit | USD | (250,250.00) | (256,506.25) | - | - |
| VBIO | ACCO | 107878 | 1/13/2017 | SIMO | VBIO | Vitality Biopharma | (76,940) | sell stock | sell stock | USD | 211,580.55 | 203,117.33 | - | - |
| VBIO | ACCO | 107862 | 1/13/2017 | BEAG | VBIO | Vitality Biopharma | (21,345) | sell stock | sell stock | USD | 61,639.60 | 59,174.10 | - | - |
| VBIO | ACCO | 107831 | 1/13/2017 | REST | VBIO-R | Vitality Biopharma | 600,000 | receive stock | buy stock | USD | | (100.00) | - | - |
| VBIO | ACCO | 107832 | 1/13/2017 | BESQ | | | | 144Opinions.com (santos torres) | debit | USD | (595.00) | (695.00) | - | - |
| VBIO | ACCO | 107909 | 1/17/2017 | SIMO | VBIO | Vitality Biopharma | (25,000) | sell stock | sell stock | USD | 65,397.20 | 62,781.31 | - | - |
| VBIO | ACCO | 107913 | 1/17/2017 | BEAG | VBIO | Vitality Biopharma | (10,000) | sell stock | sell stock | USD | 26,424.95 | 25,367.95 | - | - |
| VBIO | ACCO | 107889 | 1/17/2017 | WORK | | | | internal transfer | debit | USD | | (159,100.00) | - | - |
| VBIO | ACCO | 107789 | 1/18/2017 | SIMO | VBIO | Vitality Biopharma | 294,118 | receive stock via DWAC | buy stock | USD | (500.00) | (1,100.00) | - | - |
| VBIO | ACCO | 107942 | 1/19/2017 | WBMO | | | | Dari International TT | debit | USD | (140,290.00) | (143,756.25) | - | - |
| VBIO | ACCO | 107966 | 1/19/2017 | BESQ | | | | 144Opinions.com (quezon) | debit | USD | (595.00) | (695.00) | - | - |
| VBIO | ACCO | 107988 | 1/20/2017 | BESQ | | | | 144Opinions.com (geianna #2) | debit | USD | (395.00) | (495.00) | - | - |
| VBIO | ACCO | 108035 | 1/23/2017 | SIMO | VBIO | Vitality Biopharma | (34,661) | sell stock | sell stock | USD | 79,042.48 | 75,880.78 | - | - |
| VBIO | ACCO | 108036 | 1/23/2017 | SIMO | VBIO | Vitality Biopharma | (10,000) | sell stock | sell stock | USD | 22,768.87 | 21,858.12 | - | - |
| VBIO | ACCO | 108077 | 1/24/2017 | SIQU | VBIO | Vitality Biopharma | (8,557) | sell stock | sell stock | USD | 898.27 | 798.27 | - | - |
| VBIO | ACCO | 108897 | 1/24/2017 | REST | VBIO-E | Vitality Biopharma | 1,053,557 | receive stock | buy stock | USD | | (100.00) | - | - |
| VBIO | ACCO | 108899 | 1/24/2017 | BESQ | VBIO | Vitality Biopharma | 600,000 | receive stock | buy stock | USD | | (100.00) | - | - |
| VBIO | ACCO | 108100 | 1/25/2017 | BESQ | | | | Booth Udall Fuller (morris) | debit | USD | (350.00) | (450.00) | - | - |
| VBIO | ACCO | 108105 | 1/25/2017 | REST | VBIO-E | Vitality Biopharma | (309,803) | deliver stock | stock delivery | USD | | (600.00) | - | - |
| VBIO | ACCO | 108105 | 1/25/2017 | REST | | | | deliver stock | debit | USD | | (50.00) | - | - |
| VBIO | ACCO | 108106 | 1/25/2017 | BESQ | | | | Island Stock Transfer | debit | USD | (62.00) | (162.00) | - | - |
| VBIO | ACCO | 108126 | 1/26/2017 | WORK | | | | director fee | debit | USD | | (100.00) | - | - |
| VBIO | ACCO | 108137 | 1/26/2017 | WBHI | | | | VBIO TT | debit | USD | (300,600.00) | 208,115.00 | - | - |
| VBIO | ACCO | 108190 | 1/27/2017 | REST | VBIO-E | Vitality Biopharma | 212,989 | receive stock | buy stock | USD | | (100.00) | - | - |
| VBIO | ACCO | 108107 | 1/31/2017 | WISA | VBIO | Vitality Biopharma | 309,803 | receive stock via DWAC | buy stock | USD | (500.00) | (1,100.00) | - | - |
| VBIO | ACCO | 108599 | 1/31/2017 | PESC | VBIO | Vitality Biopharma | 76,234 | buy stock | buy stock | USD | (169,372.04) | (176,146.92) | - | - |
| VBIO | ACCO | 108596 | 2/1/2017 | WISA | VBIO | Vitality Biopharma | (40,000) | sell stock | sell stock | USD | 86,231.36 | 82,782.11 | - | - |
| VBIO | ACCO | 108603 | 2/2/2017 | WISA | VBIO | Vitality Biopharma | (2,834) | sell stock | sell stock | USD | 6,178.39 | 5,931.25 | - | - |
| VBIO | ACCO | 108634 | 2/2/2017 | BEAG | VBIO | Vitality Biopharma | (0,555) | sell stock | sell stock | USD | 22,826.29 | 21,913.24 | - | - |
| VBIO | ACCO | 108634 | 2/2/2017 | SIMO | VBIO | Vitality Biopharma | (4,412) | sell stock | sell stock | USD | 9,460.65 | 9,082.22 | - | - |
| VBIO | ACCO | 108637 | 2/2/2017 | WISA | VBIO | Vitality Biopharma | (30,000) | sell stock | sell stock | USD | 65,588.37 | 62,964.84 | - | - |
| VBIO | ACCO | 108608 | 2/2/2017 | REST | | | | directors fee + fedex #77834190875... | debit | USD | | (150.00) | - | - |
| VBIO | ACCO | 108590 | 2/2/2017 | WBHI | | | | Phronix Media TT | debit | USD | (150,250.00) | (154,006.25) | - | - |
| VBIO | ACCO | 108589 | 2/2/2017 | WBHI | | | | World Wide Holdings TT | debit | USD | (40,080.00) | (41,082.00) | - | - |
| VBIO | ACCO | 108588 | 2/2/2017 | WBHI | | | | Full Service Media TT | debit | USD | (50,100.00) | (51,352.50) | - | - |
| VBIO | ACCO | 108664 | 2/3/2017 | WISA | | | | Metzger TT | debit | USD | 60,661.45 | 58,234.99 | - | - |
| VBIO | ACCO | 108172 | 2/3/2017 | WBMO | | | | Metzger TT | debit | USD | (250,250.00) | (256,506.25) | - | - |
| VBIO | ACCO | 108722 | 2/6/2017 | WISA | VBIO | Vitality Biopharma | (50,000) | sell stock | sell stock | USD | 114,244.12 | 109,674.36 | - | - |
| VBIO | ACCO | 108727 | 2/6/2017 | SIQU | VBIO | Vitality Biopharma | (27,500) | sell stock | sell stock | USD | 62,015.04 | 59,534.44 | - | - |
| VBIO | ACCO | 108744 | 2/7/2017 | SIQU | VBIO | Vitality Biopharma | (42,600) | sell stock | sell stock | USD | 90,441.19 | 86,823.54 | - | - |
| VBIO | ACCO | 108761 | 2/9/2017 | TENT | VBIO | Vitality Biopharma | 187,654 | receive stock via DWAC | buy stock | USD | (200.00) | (1,800.00) | - | - |
| VBIO | ACCO | 108788 | 2/9/2017 | WISA | VBIO | Vitality Biopharma | (20,897) | sell stock | sell stock | USD | 43,531.01 | 41,789.77 | - | - |
| VBIO | ACCO | 108764 | 2/10/2017 | WORK | | | | director fee | debit | USD | | (100.00) | - | - |
| VBIO | ACCO | 108787 | 2/10/2017 | WORK | VBIO | Vitality Biopharma | (125,000) | sell stock | sell stock | USD | 272,815.59 | 261,902.97 | - | - |
| VBIO | ACCO | 108775 | 2/10/2017 | WBRI | | | | director fees | debit | USD | (150,250.00) | (154,006.25) | - | - |
| VBIO | ACCO | 108774 | 2/11/2017 | WBHI | | | | VBIO TT | debit | USD | (250,250.00) | (256,506.25) | - | - |
| VBIO | ACCO | 108773 | 2/11/2017 | WBHI | | | | Stevia First TT | debit | USD | | (200.00) | - | - |
| VBIO | ACCO | 108796 | 2/13/2017 | REST | | | | directors fee | debit | USD | | (400.00) | - | - |
| VBIO | ACCO | 108798 | 2/13/2017 | WORK | | | | directors fee | debit | USD | | (100.00) | - | - |
| VBIO | ACCO | 108818 | 2/14/2017 | SIQU | VBIO | Vitality Biopharma | (5,254) | sell stock | sell stock | USD | 11,091.77 | 10,648.10 | - | - |

15 of 23

A4574

STVF / VBIO Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Batch Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) | Cash Acct (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VBIO | ACCO | 108821 | 2/14/2017 | WBSA | VBIO | Vitality Biopharma | (16,923) | sell stock | sell stock | USD | 36,594.99 | 35,131.19 | - | - |
| VBIO | ACCO | 108846 | 2/15/2017 | SIOU | VBIO | Vitality Biopharma | (15,000) | sell stock | sell stock | USD | 31,052.50 | 29,810.40 | - | - |
| VBIO | ACCO | 108833 | 2/15/2017 | REST | VBIO-R | Vitality Biopharma | 1,300,000 | receive stock | buy stock | USD | | (100.00) | - | - |
| VBIO | ACCO | 108843 | 2/16/2017 | SIOU | VBIO | Vitality Biopharma | 140,000 | sell stock | sell stock | USD | 83,787.26 | 80,435.77 | - | - |
| VBIO | ACCO | 108885 | 2/17/2017 | SIOU | VBIO | Vitality Biopharma | (15,000) | sell stock | sell stock | USD | 31,482.28 | 30,222.99 | - | - |
| VBIO | ACCO | 108872 | 2/20/2017 | REST | VBIO-E | Vitality Biopharma | (212,989) | deliver stock | stock delivery | USD | | (400.00) | - | - |
| VBIO | ACCO | 108872 | 2/20/2017 | REST | VBIO | | | debit | debit | USD | | (50.00) | - | - |
| VBIO | ACCO | 108873 | 2/20/2017 | REST | VBIO-R | Vitality Biopharma | (294,118) | deliver stock | stock delivery | USD | | (400.00) | - | - |
| VBIO | ACCO | 108873 | 2/20/2017 | REST | VBIO | | | debit | debit | USD | | (50.00) | - | - |
| VBIO | ACCO | 108876 | 2/20/2017 | BESQ | | | | Island Stock Transfer | debit | USD | (112.00) | (212.00) | - | - |
| VBIO | ACCO | 108877 | 2/20/2017 | BESQ | | | | Island Stock Transfer | debit | USD | (59.00) | (159.00) | - | - |
| VBIO | ACCO | 108903 | 2/21/2017 | SIOU | VBIO | Vitality Biopharma | (40,000) | sell stock | sell stock | USD | 82,064.37 | 78,781.80 | - | - |
| VBIO | ACCO | 108922 | 2/22/2017 | SIOU | VBIO | Vitality Biopharma | (58,546) | sell stock | sell stock | USD | 128,071.53 | 122,948.67 | - | - |
| VBIO | ACCO | 108894 | 2/22/2017 | BEAG | VBIO | Vitality Biopharma | (18,499) | sell stock | sell stock | USD | 42,084.72 | 40,401.33 | - | - |
| VBIO | ACCO | 108906 | 2/22/2017 | REST | VBIO | | | directors fee | debit | USD | | (100.00) | - | - |
| VBIO | ACCO | 108953 | 2/23/2017 | SIOU | VBIO | Vitality Biopharma | (4,412) | sell stock | sell stock | USD | 9,778.86 | 9,387.80 | - | - |
| VBIO | ACCO | 108920 | 2/23/2017 | BEAG | VBIO | Vitality Biopharma | (13,431) | sell stock | sell stock | USD | 30,112.90 | 28,908.38 | - | - |
| VBIO | ACCO | 109335 | 2/23/2017 | WBMO | VBIO | Vitality Biopharma | (750,000) | deliver stock | debit | USD | (250,250.00) | (256,506.25) | - | - |
| VBIO | ACCO | 108961 | 2/24/2017 | REST | VBIO | | | deliver stock | stock delivery | USD | | (300.00) | - | - |
| VBIO | ACCO | 108961 | 2/24/2017 | REST | VBIO | | | deliver stock | debit | USD | | (50.00) | - | - |
| VBIO | ACCO | 108962 | 2/24/2017 | BESQ | | | | Island Stock Transfer | debit | USD | (112.00) | (212.00) | - | - |
| VBIO | ACCO | 108881 | 2/24/2017 | WIHI | VBIO | Vitality Biopharma | 294,118 | receive stock via DWAC | buy stock | USD | (500.00) | (1,100.00) | - | - |
| VBIO | ACCO | 108880 | 2/24/2017 | SIQU | VBIO | Vitality Biopharma | 212,989 | receive stock via DWAC | buy stock | USD | (500.00) | (1,100.00) | - | - |
| VBIO | ACCO | 108868 | 2/24/2017 | BESQ | VBIO | | | 1440pinion.com | debit | USD | (395.00) | (495.00) | - | - |
| VBIO | ACCO | 108869 | 2/24/2017 | BESQ | VBIO | | | 1440pinion.com | debit | USD | (395.00) | (495.00) | - | - |
| VBIO | ACCO | 109006 | 2/24/2017 | REST | VBIO-R | Vitality Biopharma | 581,390 | buy stock | buy stock | USD | | (100.00) | - | - |
| VBIO | ACCO | 109010 | 2/27/2017 | REST | VBIO-R | Vitality Biopharma | (350,081) | deliver stock | stock delivery | USD | | (400.00) | - | - |
| VBIO | ACCO | 109010 | 2/27/2017 | REST | VBIO | | | deliver stock | debit | USD | | (50.00) | - | - |
| VBIO | ACCO | 109011 | 2/27/2017 | BESQ | | | | Island Stock Transfer | debit | USD | (112.00) | (212.00) | - | - |
| VBIO | ACCO | 109013 | 2/27/2017 | REST | VBIO | | | deliver stock | stock delivery | USD | (500.00) | (500.00) | - | - |
| VBIO | ACCO | 109013 | 2/27/2017 | REST | VBIO | | | deliver stock | debit | USD | | (50.00) | - | - |
| VBIO | ACCO | 109014 | 2/27/2017 | BESQ | | | | Island Stock Transfer | debit | USD | (112.00) | (212.00) | - | - |
| VBIO | ACCO | 109197 | 2/28/2017 | BEAG | VBIO | Vitality Biopharma | 20,741 | buy stock | buy stock | USD | (40,274.08) | (41,885.04) | - | - |
| VBIO | ACCO | 109319 | 3/1/2017 | WIHI | VBIO | Vitality Biopharma | 47,000 | buy stock | buy stock | USD | (84,544.25) | (87,926.02) | - | - |
| VBIO | ACCO | 109329 | 3/1/2017 | WBMO | VBIO | | | Pyronix Media TT | debit | USD | (250,250.00) | (256,506.25) | - | - |
| VBIO | ACCO | 109566 | 3/2/2017 | BEAG | VBIO | Vitality Biopharma | 50,000 | buy stock | buy stock | USD | (86,708.50) | (90,178.84) | - | - |
| VBIO | ACCO | 109534 | 3/2/2017 | WIHI | VBIO | Vitality Biopharma | (96,410) | buy stock | buy stock | USD | 179,918.39 | 172,720.85 | - | - |
| VBIO | ACCO | 109334 | 3/2/2017 | REST | VBIO | | | directors fee | debit | USD | | (200.00) | - | - |
| VBIO | ACCO | 109448 | 3/3/2017 | WIHI | VBIO | Vitality Biopharma | (9,000) | sell stock | sell stock | USD | 15,815.08 | 15,182.48 | - | - |
| VBIO | ACCO | 109363 | 3/3/2017 | WIHI | VBIO | | | receive stock via DWAC | buy stock | USD | (500.00) | (1,100.00) | - | - |
| VBIO | ACCO | 109348 | 3/3/2017 | WIHH | VBIO | Vitality Biopharma | 750,000 | receive stock via DWAC | buy stock | USD | (200,250.00) | (205,256.25) | - | - |
| VBIO | ACCO | 109488 | 3/6/2017 | WIRI | VBIO | Vitality Biopharma | (38,250) | sell stock | sell stock | USD | 68,525.50 | 65,784.48 | - | - |
| VBIO | ACCO | 109015 | 3/6/2017 | WIRI | VBIO | Vitality Biopharma | 231,709 | receive stock via DWAC | buy stock | USD | (500.00) | (1,100.00) | - | - |
| VBIO | ACCO | 109012 | 3/6/2017 | SIOU | VBIO | Vitality Biopharma | 350,081 | receive stock via DWAC | buy stock | USD | (500.00) | (1,100.00) | - | - |
| VBIO | ACCO | 109499 | 3/7/2017 | WIHI | VBIO | Vitality Biopharma | (4,800) | sell stock | sell stock | USD | 8,486.80 | 8,147.33 | - | - |
| VBIO | ACCO | 109554 | 3/10/2017 | WIRI | VBIO | Vitality Biopharma | (50,000) | sell stock | sell stock | USD | 88,375.35 | 84,840.34 | - | - |
| VBIO | ACCO | 109569 | 3/13/2017 | WIHI | VBIO | Vitality Biopharma | (5,000) | sell stock | sell stock | USD | 9,007.00 | 8,646.72 | - | - |
| VBIO | ACCO | 109572 | 3/13/2017 | WIRI | VBIO | Vitality Biopharma | (4,023) | sell stock | sell stock | USD | 7,040.83 | 6,759.20 | - | - |
| VBIO | ACCO | 109863 | 3/15/2017 | WIRI | VBIO | Vitality Biopharma | (30,000) | sell stock | sell stock | USD | 52,943.00 | 50,825.28 | - | - |
| VBIO | ACCO | 109600 | 3/15/2017 | WIRI | VBIO | Vitality Biopharma | (79,700) | sell stock | sell stock | USD | 146,818.45 | 140,945.71 | - | - |
| VBIO | ACCO | 109663 | 3/16/2017 | BEAG | VBIO | Vitality Biopharma | 13,560 | buy stock | buy stock | USD | (26,833.57) | (27,906.91) | - | - |
| VBIO | ACCO | 109659 | 3/20/2017 | WIHH | VBIO | | | World Wide TT | debit | USD | (30,690.00) | (30,811.50) | - | - |
| VBIO | ACCO | 109789 | 3/29/2017 | BEAG | VBIO | Vitality Biopharma | 5,600 | buy stock | buy stock | USD | (8,365.68) | (8,700.31) | - | - |
| VBIO | ACCO | 110019 | 3/30/2017 | WIRI | VBIO | Vitality Biopharma | (34,649) | sell stock | sell stock | USD | 61,243.33 | 58,793.60 | - | - |
| VBIO | ACCO | 110020 | 3/30/2017 | WIHI | VBIO | | | Dart International TT | debit | USD | (140,250.00) | (143,756.25) | - | - |
| VBIO | ACCO | 109777 | 3/30/2017 | WIRI | VBIO | Vitality Biopharma | (12,300) | sell stock | sell stock | USD | 22,548.91 | 21,646.95 | - | - |
| VBIO | ACCO | 110045 | 3/31/2017 | WIRI | VBIO | | | rebalance VBIO | debit | USD | (200.00) | (300.00) | - | - |
| VBIO | ACCO | 110047 | 3/31/2017 | SIOU | VBIO | | | | | USD | | | - | - |
| VBIO | ACCO | 110046 | 3/31/2017 | WIHI | VBIO | Vitality Biopharma | (30,000) | sell stock | sell stock | USD | 57,418.55 | 55,121.81 | - | - |

A4575

STVF / VBHO Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) | Cash Acct (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VBHO | ACCO | 110023 | 3/31/2017 | WIRE | | | | Mobius TT | debit | USD | (60,120.00) | (61,623.00) | - | - |
| VBHO | ACCO | 110136 | 3/31/2017 | WORK | | | | custody fees | debit | USD | (5,882.94) | (5,882.94) | - | - |
| VBHO | ACCO | 110176 | 4/5/2017 | WIRI | VBIO | Vitality Biopharma | (30,100) | sell stock | sell stock | USD | 55,454.44 | 53,236.26 | - | - |
| VBHO | ACCO | 110177 | 4/5/2017 | WIHH | VBIO | Vitality Biopharma | (22,195) | sell stock | sell stock | USD | 401,115.29 | 385,510.68 | - | - |
| VBHO | ACCO | 110307 | 4/6/2017 | WIRI | VBIO | Vitality Biopharma | (3,269) | sell stock | sell stock | USD | 5,705.76 | 5,477.53 | - | - |
| VBHO | ACCO | 110305 | 4/7/2017 | WIHH | VBIO | Vitality Biopharma | (24,573) | sell stock | sell stock | USD | 45,561.83 | 43,739.36 | - | - |
| VBHO | ACCO | 110232 | 4/10/2017 | WIRI | VBIO | Vitality Biopharma | (25,000) | sell stock | sell stock | USD | 47,075.00 | 45,192.00 | - | - |
| VBHO | ACCO | 110218 | 4/10/2017 | REST | VBIO-R | Vitality Biopharma | 1,500,000 | receive stock | buy stock | USD | - | (100.00) | - | - |
| VBHO | ACCO | 110251 | 4/11/2017 | WIHH | VBIO | Vitality Biopharma | (5,000) | sell stock | sell stock | USD | 9,359.75 | 8,985.36 | - | - |
| VBHO | ACCO | 110258 | 4/12/2017 | WIRI | VBIO | Vitality Biopharma | (2,741) | sell stock | sell stock | USD | 5,036.52 | 4,835.06 | - | - |
| VBHO | ACCO | 110259 | 4/12/2017 | WIHH | VBIO | Vitality Biopharma | (42,902) | sell stock | sell stock | USD | 82,636.76 | 79,332.71 | - | - |
| VBHO | ACCO | 110277 | 4/13/2017 | WIHH | VBIO | Vitality Biopharma | (60,767) | sell stock | sell stock | USD | 123,517.61 | 118,576.91 | - | - |
| VBHO | ACCO | 110297 | 4/17/2017 | WBOU | | | | Pyromis Media TT | debit | USD | (153,250.00) | (157,081.25) | - | - |
| VBHO | ACCO | 110326 | 4/19/2017 | WIHH | VBIO | Vitality Biopharma | (3,970) | sell stock | sell stock | USD | 7,016.34 | 6,735.69 | - | - |
| VBHO | ACCO | 110337 | 4/20/2017 | WIHH | VBIO | Vitality Biopharma | (30,000) | sell stock | sell stock | USD | 56,470.78 | 54,211.95 | - | - |
| VBHO | ACCO | 110325 | 4/20/2017 | WIHH | | | | World Wide TT | debit | USD | (35,070.00) | (35,946.75) | - | - |
| VBHO | ACCO | 110346 | 4/21/2017 | WIHH | VBIO | Vitality Biopharma | (8,555) | sell stock | sell stock | USD | 15,763.32 | 15,133.79 | - | - |
| VBHO | ACCO | 110339 | 4/21/2017 | WIHH | | | | Dari International TT | debit | USD | (12,525.00) | (12,838.13) | - | - |
| VBHO | ACCO | 110365 | 4/25/2017 | WIHH | VBIO | Vitality Biopharma | (47,300) | sell stock | sell stock | USD | 94,418.36 | 90,641.63 | - | - |
| VBHO | ACCO | 110426 | 4/26/2017 | SIOU | VBIO | Vitality Biopharma | (60,800) | sell stock | sell stock | USD | 123,878.55 | 117,963.41 | - | - |
| VBHO | ACCO | 110429 | 4/26/2017 | WIHH | VBIO | Vitality Biopharma | (60,000) | sell stock | sell stock | USD | 123,266.58 | 118,335.92 | - | - |
| VBHO | ACCO | 110417 | 4/27/2017 | SIOU | VBIO | Vitality Biopharma | (45,000) | sell stock | sell stock | USD | 92,651.01 | 88,944.97 | - | - |
| VBHO | ACCO | 110611 | 4/28/2017 | SIOU | VBIO | Vitality Biopharma | (40,000) | sell stock | sell stock | USD | 84,311.29 | 80,938.84 | - | - |
| VBHO | ACCO | 110613 | 4/28/2017 | WIHH | VBIO | Vitality Biopharma | (17,679) | sell stock | sell stock | USD | 38,215.42 | 36,686.80 | - | - |
| VBHO | ACCO | 110605 | 4/29/2017 | WBVA | | | | Dari International TT | debit | USD | (140,290.00) | (143,756.25) | - | - |
| VBHO | ACCO | 110674 | 5/1/2017 | SIOU | VBIO | Vitality Biopharma | (24,000) | sell stock | sell stock | USD | 52,706.62 | 50,598.36 | - | - |
| VBHO | ACCO | 110675 | 5/1/2017 | WIHH | VBIO | Vitality Biopharma | (39,500) | sell stock | sell stock | USD | 88,532.58 | 84,991.28 | - | - |
| VBHO | ACCO | 110707 | 5/2/2017 | SIOU | VBIO | Vitality Biopharma | (49,000) | sell stock | sell stock | USD | 118,662.12 | 113,915.64 | - | - |
| VBHO | ACCO | 110680 | 5/2/2017 | WIHH | VBIO | Vitality Biopharma | (80,000) | sell stock | sell stock | USD | 195,140.56 | 187,334.94 | - | - |
| VBHO | ACCO | 110722 | 5/3/2017 | SIOU | VBIO | Vitality Biopharma | (71,587) | sell stock | sell stock | USD | 179,530.14 | 172,348.93 | - | - |
| VBHO | ACCO | 110765 | 5/3/2017 | BEAG | VBIO | Vitality Biopharma | (15,000) | sell stock | sell stock | USD | 38,390.01 | 36,854.41 | - | - |
| VBHO | ACCO | 110729 | 5/3/2017 | WIHH | VBIO | Vitality Biopharma | (83,078) | sell stock | sell stock | USD | 211,002.26 | 202,562.17 | - | - |
| VBHO | ACCO | 110908 | 5/4/2017 | SIOU | VBIO | Vitality Biopharma | (30,000) | sell stock | sell stock | USD | 67,818.48 | 65,105.74 | - | - |
| VBHO | ACCO | 110909 | 5/4/2017 | WIHH | VBIO | Vitality Biopharma | (66,000) | sell stock | sell stock | USD | 154,094.50 | 147,930.72 | - | - |
| VBHO | ACCO | 110724 | 5/4/2017 | BEAG | VBIO | Vitality Biopharma | (2,107) | sell stock | sell stock | USD | 5,240.23 | 5,030.62 | - | - |
| VBHO | ACCO | 110883 | 5/5/2017 | PESC | VBIO | Vitality Biopharma | 51,455 | buy stock | buy stock | USD | (129,677.84) | (134,868.05) | - | - |
| VBHO | ACCO | 110823 | 5/5/2017 | SIOU | VBIO | Vitality Biopharma | (49,899) | sell stock | sell stock | USD | 103,533.79 | 97,472.04 | - | - |
| VBHO | ACCO | 110783 | 5/5/2017 | WIHH | VBIO | Vitality Biopharma | (32,095) | sell stock | sell stock | USD | 74,575.61 | 71,592.59 | - | - |
| VBHO | ACCO | 117991 | 5/5/2017 | | | | | rebalance VBHO | debit | USD | (200.00) | (300.00) | - | - |
| VBHO | ACCO | 110773 | 5/5/2017 | WIRI | | | | Merger TT | debit | USD | (200,200.00) | (102,705.00) | - | - |
| VBHO | ACCO | 110809 | 5/8/2017 | WIHH | VBIO | Vitality Biopharma | (29,535) | sell stock | sell stock | USD | 69,706.08 | 66,917.84 | - | - |
| VBHO | ACCO | 110812 | 5/8/2017 | SIOU | VBIO | Vitality Biopharma | (50,000) | sell stock | sell stock | USD | 121,417.08 | 116,560.40 | - | - |
| VBHO | ACCO | 110825 | 5/8/2017 | WIHH | VBIO | Vitality Biopharma | (10,000) | sell stock | sell stock | USD | 24,731.00 | 23,741.76 | - | - |
| VBHO | ACCO | 110929 | 5/9/2017 | PESC | VBIO | Vitality Biopharma | 1,000 | buy stock | buy stock | USD | (2,662.60) | (2,769.10) | - | - |
| VBHO | ACCO | 110930 | 5/10/2017 | PESC | VBIO | Vitality Biopharma | 21,175 | buy stock | buy stock | USD | (55,657.91) | (57,884.23) | - | - |
| VBHO | ACCO | 110874 | 5/10/2017 | WIHH | VBIO | Vitality Biopharma | (35,000) | sell stock | sell stock | USD | 83,088.39 | 79,764.85 | - | - |
| VBHO | ACCO | 110962 | 5/11/2017 | WIHH | VBIO | Vitality Biopharma | (40,000) | sell stock | sell stock | USD | 97,464.82 | 93,566.23 | - | - |
| VBHO | ACCO | 110906 | 5/11/2017 | SIOU | VBIO | Vitality Biopharma | (30,000) | sell stock | sell stock | USD | 73,311.19 | 70,378.74 | - | - |
| VBHO | ACCO | 110922 | 5/11/2017 | WIHH | VBIO | Vitality Biopharma | (10,000) | buy stock | buy stock | USD | 23,987.52 | 23,028.02 | - | - |
| VBHO | ACCO | 110925 | 5/12/2017 | PESC | VBIO | Vitality Biopharma | (14,500) | buy stock | buy stock | USD | 35,436.03 | 34,018.59 | - | - |
| VBHO | ACCO | 110951 | 5/12/2017 | PESC | VBIO | Vitality Biopharma | 6,972 | buy stock | buy stock | USD | (18,392.79) | (19,128.50) | - | - |
| VBHO | ACCO | 110888 | 5/12/2017 | WIHH | | | | World Wide TT returned | debit | USD | (130.00) | (230.00) | - | - |
| VBHO | ACCO | 110944 | 5/15/2017 | SIOU | VBIO | Vitality Biopharma | (12,750) | sell stock | sell stock | USD | 30,894.98 | 29,659.18 | - | - |
| VBHO | ACCO | 110967 | 5/15/2017 | PESC | VBIO | Vitality Biopharma | 29,549 | buy stock | buy stock | USD | (77,629.19) | (80,734.36) | - | - |
| VBHO | ACCO | 110990 | 5/16/2017 | PESC | VBIO | Vitality Biopharma | 1,304 | buy stock | buy stock | USD | (3,480.36) | (3,619.53) | - | - |
| VBHO | ACCO | 110988 | 5/17/2017 | WIHH | VBIO | Vitality Biopharma | (50,000) | sell stock | sell stock | USD | 113,706.32 | 109,152.31 | - | - |
| VBHO | ACCO | 110976 | 5/17/2017 | WORK | | | | internal transfer | debit | USD | 400,100.00 | 400,100.00 | - | - |
| VBHO | ACCO | 110977 | 5/17/2017 | WORK | | | | internal transfer | debit | USD | (80,000.00) | (80,000.00) | - | - |

A4576

STVF / VBI O Q Account Detail

| Account Code | Account Title | Batch Date | Batch ID | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) | Cash Acct (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VBIO | ACCO | 5/17/2017 | 110979 | WORK | | | | internal transfer | debit | USD | | (360,100.00) | - | - |
| VBIO | ACCO | 5/17/2017 | 110978 | WORK | | | | internal transfer | debit | USD | | (360,100.00) | - | - |
| VBIO | ACCO | 5/18/2017 | 10981 | WHYA | | | | Merger TT | debit | USD | (150,250.00) | (154,006.25) | - | - |
| VBIO | ACCO | 5/19/2017 | 11012 | WBHI | | | | World Wide TT | debit | USD | (30,060.00) | (30,811.50) | - | - |
| VBIO | ACCO | 5/19/2017 | 11036 | SIOU | VBIO | Vitality Biopharma | (5,000) | sell stock | sell stock | USD | 11,096.00 | 10,652.16 | - | - |
| VBIO | ACCO | 5/25/2017 | 11096 | SIOU | VBIO | Vitality Biopharma | (1,900) | sell stock | sell stock | USD | 3,460.20 | 3,321.79 | - | - |
| VBIO | ACCO | 5/26/2017 | 111126 | SIOU | VBIO | Vitality Biopharma | (10,000) | sell stock | sell stock | USD | 19,632.00 | 18,846.72 | - | - |
| VBIO | ACCO | 5/29/2017 | 111120 | WBSA | | | | Paragon Webmedia TT | debit | USD | (200,250.00) | (205,256.25) | - | - |
| VBIO | ACCO | 6/1/2017 | 111356 | WORK | | | | internal transfer | debit | USD | | (80,100.00) | - | - |
| VBIO | ACCO | 6/1/2017 | 11358 | WORK | | | | internal transfer | debit | USD | | (360,100.00) | - | - |
| VBIO | ACCO | 6/1/2017 | 111359 | WORK | | | | internal transfer | debit | USD | | (400,100.00) | - | - |
| VBIO | ACCO | 6/1/2017 | 11357 | WORK | | | | internal transfer | debit | USD | | (360,100.00) | - | - |
| VBIO | ACCO | 6/2/2017 | 111383 | WHYA | | | | Paragon Webmedia TT | debit | USD | (50,100.00) | (51,352.50) | - | - |
| VBIO | ACCO | 6/2/2017 | 111384 | WBSA | | | | World Wide TT | debit | USD | (30,060.00) | (30,811.50) | - | - |
| VBIO | ACCO | 6/6/2017 | 11435 | SIOU | VBIO | Vitality Biopharma | (13,995) | sell stock | sell stock | USD | 28,192.72 | 27,065.01 | - | - |
| VBIO | ACCO | 6/7/2017 | 11471 | SIOU | VBIO | Vitality Biopharma | (24,087) | sell stock | sell stock | USD | 48,693.07 | 46,745.35 | - | - |
| VBIO | ACCO | 6/7/2017 | 11488 | WBHI | | | | World Wide TT | debit | USD | (30,060.00) | (30,811.50) | - | - |
| VBIO | ACCO | 6/8/2017 | 11478 | SIOU | VBIO | Vitality Biopharma | (4,959) | sell stock | sell stock | USD | 9,842.29 | 9,448.60 | - | - |
| VBIO | ACCO | 6/9/2017 | 111496 | SIOU | VBIO | Vitality Biopharma | (2,886) | sell stock | sell stock | USD | 5,516.54 | 5,295.88 | - | - |
| VBIO | ACCO | 6/12/2017 | 111594 | WHH | VBIO | Vitality Biopharma | (22,500) | sell stock | sell stock | USD | 44,495.85 | 42,716.02 | - | - |
| VBIO | ACCO | 6/12/2017 | 111595 | SIOU | VBIO | Vitality Biopharma | (7,760) | sell stock | sell stock | USD | 15,457.72 | 14,839.41 | - | - |
| VBIO | ACCO | 6/13/2017 | 11515 | WHH | VBIO | Vitality Biopharma | (56,536) | sell stock | sell stock | USD | 114,156.13 | 109,589.88 | - | - |
| VBIO | ACCO | 6/13/2017 | 111541 | WHH | VBIO | Vitality Biopharma | (10,476) | sell stock | sell stock | USD | 21,434.90 | 20,577.50 | - | - |
| VBIO | ACCO | 6/13/2017 | 111517 | SIOU | VBIO | Vitality Biopharma | (15,265) | sell stock | sell stock | USD | 32,091.64 | 30,807.97 | - | - |
| VBIO | ACCO | 6/13/2017 | 111520 | BEAG | VBIO | Vitality Biopharma | (14,088) | sell stock | sell stock | USD | 30,163.75 | 28,957.20 | - | - |
| VBIO | ACCO | 6/14/2017 | 111535 | BEAG | VBIO | Vitality Biopharma | (10,200) | sell stock | sell stock | USD | 20,810.39 | 19,977.97 | - | - |
| VBIO | ACCO | 6/15/2017 | 111573 | PESC | | | | Merger TT | debit | USD | (200,250.00) | (205,256.25) | - | - |
| VBIO | ACCO | 6/15/2017 | 111533 | WBRI | VBIO | Vitality Biopharma | (19,489) | sell stock | sell stock | USD | 40,734.95 | 39,105.55 | - | - |
| VBIO | ACCO | 6/16/2017 | 111592 | PESC | VBIO | Vitality Biopharma | (22,500) | sell stock | sell stock | USD | 47,567.81 | 45,665.10 | - | - |
| VBIO | ACCO | 6/19/2017 | 111593 | PESC | VBIO | Vitality Biopharma | (30,000) | sell stock | sell stock | USD | 62,578.82 | 60,075.67 | - | - |
| VBIO | ACCO | 6/20/2017 | 11601 | PESC | VBIO | Vitality Biopharma | (40,000) | sell stock | sell stock | USD | 88,005.19 | 84,484.98 | - | - |
| VBIO | ACCO | 6/21/2017 | 111612 | PESC | VBIO | Vitality Biopharma | (57,625) | sell stock | sell stock | USD | 125,772.83 | 120,741.92 | - | - |
| VBIO | ACCO | 6/22/2017 | 111624 | PESC | VBIO | Vitality Biopharma | (5,000) | sell stock | sell stock | USD | 10,925.80 | 10,488.77 | - | - |
| VBIO | ACCO | 6/23/2017 | 111645 | PESC | VBIO | Vitality Biopharma | (49,000) | sell stock | sell stock | USD | 109,600.75 | 105,216.72 | - | - |
| VBIO | ACCO | 6/23/2017 | 111625 | TENT | VBIO | Vitality Biopharma | (18,523) | sell stock | sell stock | USD | 41,428.09 | 39,770.97 | - | - |
| VBIO | ACCO | 6/26/2017 | 111646 | TENT | | | | Island Stock Transfer | stock delivery | USD | | (156.42) | - | - |
| VBIO | ACCO | 6/26/2017 | 111638 | BHSQ | | | | Island Stock Transfer | stock delivery | USD | (156.42) | (156.42) | - | - |
| VBIO | ACCO | 6/26/2017 | 11641 | PESC | | | | Island Stock Transfer | debit | USD | | (300.00) | - | - |
| VBIO | ACCO | 6/26/2017 | 111637 | REST | | | | deliver stock | stock delivery | USD | | (300.00) | - | - |
| VBIO | ACCO | 6/26/2017 | 111637 | REST | VBIO-R | Vitality Biopharma | (600,000) | deliver stock | debit | USD | | (50.00) | - | - |
| VBIO | ACCO | 6/26/2017 | 11640 | REST | | | | deliver stock | debit | USD | | (400.00) | - | - |
| VBIO | ACCO | 6/26/2017 | 111640 | REST | VBIO-R | Vitality Biopharma | (600,000) | deliver stock | stock delivery | USD | | (50.00) | - | - |
| VBIO | ACCO | 6/26/2017 | 111625 | PESC | VBIO | Vitality Biopharma | (2,075) | sell stock | sell stock | USD | 4,436.27 | 4,258.82 | - | - |
| VBIO | ACCO | 6/27/2017 | 11684 | REST | | | | directors fee | debit | USD | | (256.42) | - | - |
| VBIO | ACCO | 6/27/2017 | 111695 | REST | VBIO-R | Vitality Biopharma | (600,000) | deliver stock | stock delivery | USD | | (50.00) | - | - |
| VBIO | ACCO | 6/28/2017 | 112009 | TENT | VBIO | Vitality Biopharma | (400) | sell stock | sell stock | USD | 835.90 | 735.00 | - | - |
| VBIO | ACCO | 6/28/2017 | 119326 | BHSQ | | | | Booth Udall Fuller | debit | USD | (700.00) | (800.00) | - | - |
| VBIO | ACCO | 6/29/2017 | 111694 | BHSQ | | | | Booth Udall Fuller | debit | USD | (1,400.00) | (1,500.00) | - | - |
| VBIO | ACCO | 6/29/2017 | 119900 | WORK | | | | Booth Udall Fuller | debit | USD | | (2,096.34) | - | - |
| VBIO | ACCO | 6/30/2017 | 112010 | TENT | VBIO | Vitality Biopharma | (7,734) | sell stock | sell stock | USD | 15,832.37 | 15,199.08 | - | - |
| VBIO | ACCO | 6/30/2017 | 11925 | BHSQ | | | | Island Stock Transfer | stock delivery | USD | (156.42) | (156.42) | - | - |
| VBIO | ACCO | 6/30/2017 | 11929 | BHSQ | | | | Island Stock Transfer | stock delivery | USD | (156.42) | (156.42) | - | - |
| VBIO | ACCO | 6/30/2017 | 11926 | BHSQ | | | | Island Stock Transfer | stock delivery | USD | (156.42) | (156.42) | - | - |
| VBIO | ACCO | 6/30/2017 | 11925 | REST | VBIO-R | Vitality Biopharma | (700,000) | deliver stock | stock delivery | USD | | (300.00) | - | - |
| VBIO | ACCO | 6/30/2017 | 11929 | REST | VBIO-R | Vitality Biopharma | (600,000) | deliver stock | debit | USD | | (50.00) | - | - |
| VBIO | ACCO | 6/30/2017 | 11928 | REST | | | | deliver stock | stock delivery | USD | | (300.00) | - | - |
| VBIO | ACCO | 6/30/2017 | 11931 | SIOU | | | 600,000 | receive stock via DWAC | buy stock | USD | (500.00) | (1,100.00) | - | - |
| VBIO | ACCO | 6/30/2017 | 11931 | REST | VBIO | Vitality Biopharma | (588,236) | deliver stock | stock delivery | USD | | (300.00) | - | - |
| VBIO | ACCO | 6/30/2017 | 11931 | REST | VBIO-R | Vitality Biopharma | | deliver stock | debit | USD | | (50.00) | - | - |

18 of 23

A4577

STVF / VBIO Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) | Cash Acct (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VBIO | ACCO | 111642 | 6/30/2017 | WIRI | | | 600.000 | receive stock via DWAC | buy stock | USD | (500.00) | (1,100.00) | - | - |
| VBIO | ACCO | 111996 | 6/30/2017 | WBRI | | | | Dari International TT | debit | USD | (140,250.00) | (143,756.25) | - | - |
| VBIO | ACCO | 112007 | 7/3/2017 | WORK | | | | director fees | debit | USD | | (1,000.00) | - | - |
| VBIO | ACCO | 112008 | 7/4/2017 | WBVA | | | | Vitality Biopharma TT | debit | USD | (300,250.00) | (307,756.25) | - | - |
| VBIO | ACCO | 112118 | 7/5/2017 | WIRI | VBIO | Vitality Biopharma | (1,900) | sell stock | sell stock | USD | 3,627.78 | 3,482.67 | - | - |
| VBIO | ACCO | 112126 | 7/5/2017 | TENT | VBIO | Vitality Biopharma | (4,983) | sell stock | sell stock | USD | 10,422.71 | 10,005.80 | - | - |
| VBIO | ACCO | 112150 | 7/7/2017 | WIRI | VBIO | Vitality Biopharma | (13,600) | sell stock | sell stock | USD | 27,307.60 | 26,215.30 | - | - |
| VBIO | ACCO | 111927 | 7/7/2017 | TENT | | | 700.000 | receive stock via DWAC | buy stock | USD | (400.00) | (1,000.00) | - | - |
| VBIO | ACCO | 111930 | 7/7/2017 | PESC | VBIO | Vitality Biopharma | 600.000 | receive stock via DWAC | buy stock | USD | (500.00) | (1,100.00) | - | - |
| VBIO | ACCO | 111933 | 7/7/2017 | WISA | VBIO | Vitality Biopharma | 588.236 | receive stock via DWAC | buy stock | USD | (500.00) | (1,000.00) | - | - |
| VBIO | ACCO | 112160 | 7/10/2017 | WIRI | VBIO | Vitality Biopharma | (6,573) | sell stock | sell stock | USD | 13,184.89 | 12,657.49 | - | - |
| VBIO | ACCO | 112093 | 7/10/2017 | SIOU | | | | rebalance VBIO 600k | debit | USD | | (300.00) | - | - |
| VBIO | ACCO | 112097 | 7/11/2017 | WIRI | VBIO | Vitality Biopharma | (10,000) | sell stock | sell stock | USD | 19,050.00 | 18,288.00 | - | - |
| VBIO | ACCO | 112176 | 7/11/2017 | REST | | | | directors fee | debit | USD | | (200.00) | - | - |
| VBIO | ACCO | 112215 | 7/12/2017 | BEAP | VBIO | Vitality Biopharma | 24.601 | buy stock | buy stock | USD | (47,268.93) | (49,159.69) | - | - |
| VBIO | ACCO | 112201 | 7/12/2017 | REST | | | | directors fee + fedex #77961539 08320 | debit | USD | | (350.00) | - | - |
| VBIO | ACCO | 112202 | 7/12/2017 | BESQ | | | | Island Stock Transfer | debit | USD | (590.00) | (590.00) | - | - |
| VBIO | ACCO | 112221 | 7/13/2017 | WORK | | | | director fees | debit | USD | | (1,000.00) | - | - |
| VBIO | ACCO | 112223 | 7/13/2017 | WBVA | | | | Vitality Biopharma TT | debit | USD | (300,500.00) | (308,012.50) | - | - |
| VBIO | ACCO | 112246 | 7/14/2017 | REST | | | | directors fee | debit | USD | | (1,000.00) | - | - |
| VBIO | ACCO | 112343 | 7/17/2017 | SIOU | VBIO | Vitality Biopharma | (14,320) | sell stock | sell stock | USD | 25,756.79 | 24,726.52 | - | - |
| VBIO | ACCO | 112259 | 7/17/2017 | REST | | | | directors fee | debit | USD | | (1,000.00) | - | - |
| VBIO | ACCO | 112348 | 7/19/2017 | SIOU | VBIO | Vitality Biopharma | (25,000) | sell stock | sell stock | USD | 47,098.50 | 45,214.56 | - | - |
| VBIO | ACCO | 112349 | 7/20/2017 | WISA | VBIO | Vitality Biopharma | (3,625) | sell stock | sell stock | USD | 6,621.61 | 6,356.75 | - | - |
| VBIO | ACCO | 112350 | 7/20/2017 | SIOU | VBIO | Vitality Biopharma | (15,000) | sell stock | sell stock | USD | 28,477.08 | 27,338.00 | - | - |
| VBIO | ACCO | 112421 | 7/25/2017 | WORK | | | | internal transfer | debit | USD | (120,100.00) | (120,100.00) | - | - |
| VBIO | ACCO | 112422 | 7/25/2017 | WORK | | | | internal transfer | debit | USD | (102,100.00) | (102,100.00) | - | - |
| VBIO | ACCO | 112423 | 7/25/2017 | WORK | | | | internal transfer | debit | USD | (102,100.00) | (102,100.00) | - | - |
| VBIO | ACCO | 112424 | 7/25/2017 | WORK | | | | internal transfer | debit | USD | (36,100.00) | (36,100.00) | - | - |
| VBIO | ACCO | 112435 | 7/25/2017 | WIVA | | | | Paragon Webmedia TT | debit | USD | (50,100.00) | (51,352.50) | - | - |
| VBIO | ACCO | 112458 | 7/26/2017 | WIRI | | | | internal transfer | debit | USD | (150,250.00) | (154,006.25) | - | - |
| VBIO | ACCO | 112778 | 8/1/2017 | BEAT | | | 38,843 | buy stock | buy stock | USD | (58,809.27) | (61,161.64) | - | - |
| VBIO | ACCO | 112813 | 8/2/2017 | BEAG | VBIO | Vitality Biopharma | 4,710 | buy stock | buy stock | USD | (7,476.15) | (7,775.20) | - | - |
| VBIO | ACCO | 112814 | 8/3/2017 | BEAG | VBIO | Vitality Biopharma | 25,000 | buy stock | buy stock | USD | (43,046.71) | (44,768.58) | - | - |
| VBIO | ACCO | 112795 | 8/3/2017 | WBSA | | | | Dari TT | debit | USD | (140,250.00) | (143,756.25) | - | - |
| VBIO | ACCO | 115182 | 8/22/2017 | SIOU | | | (545,680) | internal transfer | stock delivery | USD | | (100.00) | - | - |
| VBIO | ACCO | 115309 | 8/23/2017 | WILA | VBIO | Vitality Biopharma | 545,680 | internal transfer | transfer stock in | USD | | | - | - |
| VBIO | ACCO | 115334 | 8/25/2017 | TENT | VBIO | Vitality Biopharma | 42,034 | buy stock | buy stock | USD | (71,263.39) | (74,113.93) | - | - |
| VBIO | ACCO | 115882 | 8/28/2017 | REST | VBIO-R | Vitality Biopharma | 400.000 | receive stock | buy stock | USD | | (100.00) | - | - |
| VBIO | ACCO | 115689 | 9/1/2017 | WORK | | | | Full Service Media TT | debit | USD | (230,250.00) | (236,006.25) | - | - |
| VBIO | ACCO | 115929 | 9/7/2017 | REST | | | | directors fee | debit | USD | | (200.00) | - | - |
| VBIO | ACCO | 115937 | 9/7/2017 | WBHI | | | | Dari International TT | debit | USD | (140,250.00) | (143,756.25) | - | - |
| VBIO | ACCO | 116463 | 9/30/2017 | WORK | | | | custody fees | debit | USD | | (7,651.10) | - | - |
| VBIO | ACCO | 116582 | 10/4/2017 | WIRI | VBIO | Vitality Biopharma | (63,245) | sell stock | sell stock | USD | 97,284.06 | 93,392.70 | - | - |
| VBIO | ACCO | 116650 | 10/4/2017 | BEAP | VBIO | Vitality Biopharma | (24,601) | internal transfer | stock delivery | USD | (75.00) | (75.00) | - | - |
| VBIO | ACCO | 116650 | 10/4/2017 | PESP | | | 24.601 | internal transfer | transfer stock in | USD | (600.00) | (600.00) | - | - |
| VBIO | ACCO | 116662 | 10/5/2017 | WIRI | VBIO | Vitality Biopharma | (25,015) | sell stock | sell stock | USD | 38,931.00 | 37,373.76 | - | - |
| VBIO | ACCO | 116593 | 10/5/2017 | WBSA | | | | Full Service Media TT | debit | USD | (150,250.00) | (154,006.25) | - | - |
| VBIO | ACCO | 116594 | 10/5/2017 | WBHI | | | | World Wide Holdings TT | debit | USD | (62,630.00) | (64,195.75) | - | - |
| VBIO | ACCO | 116629 | 10/5/2017 | WIRI | VBIO | Vitality Biopharma | (7,014) | sell stock | sell stock | USD | 10,333.59 | 9,920.25 | - | - |
| VBIO | ACCO | 116616 | 10/6/2017 | WBHI | | | | Milam Ventures TT | debit | USD | (100,200.00) | (102,705.00) | - | - |
| VBIO | ACCO | 116837 | 10/18/2017 | WIRI | VBIO | Vitality Biopharma | (4,691) | sell stock | sell stock | USD | 6,721.60 | 6,452.74 | - | - |
| VBIO | ACCO | 116853 | 10/19/2017 | WIRI | VBIO | Vitality Biopharma | (15,000) | sell stock | sell stock | USD | 22,351.02 | 21,456.98 | - | - |
| VBIO | ACCO | 116895 | 10/20/2017 | WISA | VBIO | Vitality Biopharma | (9,232) | sell stock | sell stock | USD | 13,871.85 | 13,316.98 | - | - |
| VBIO | ACCO | 116913 | 10/23/2017 | WIRI | VBIO | Vitality Biopharma | (7,288) | sell stock | sell stock | USD | 10,611.40 | 10,186.94 | - | - |
| VBIO | ACCO | 116944 | 10/24/2017 | WIRI | VBIO | Vitality Biopharma | (90,000) | sell stock | sell stock | USD | 141,155.63 | 135,509.40 | - | - |
| VBIO | ACCO | 116984 | 10/25/2017 | WISA | VBIO | Vitality Biopharma | (20,000) | sell stock | sell stock | USD | 32,917.50 | 31,620.00 | - | - |
| VBIO | ACCO | 116991 | 10/25/2017 | TENT | VBIO | Vitality Biopharma | 20,000 | buy stock | buy stock | USD | (34,935.00) | (36,332.40) | - | - |

19 of 23

A4578

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) | Cash Acct (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VBHO | ACCO | 116982 | 10/25/2017 | WIRI | VBHO | Vitality Biopharma | (80,000) | sell stock | sell stock | USD | 134,153.53 | 128,787.39 | - | - |
| VBHO | ACCO | 116998 | 10/26/2017 | WIRI | VBHO | Vitality Biopharma | 75,000 | sell stock | sell stock | USD | 135,215.00 | 129,806.40 | - | - |
| VBHO | ACCO | 116996 | 10/26/2017 | WIRI | VBHO | Vitality Biopharma | (60,000) | sell stock | sell stock | USD | 109,059.87 | 104,697.48 | - | - |
| VBHO | ACCO | 117029 | 10/27/2017 | WILA | VBHO | Vitality Biopharma | (70,000) | sell stock | sell stock | USD | 133,325.54 | 127,992.52 | - | - |
| VBHO | ACCO | 117030 | 10/27/2017 | WIRI | VBHO | Vitality Biopharma | (122,475) | sell stock | sell stock | USD | 236,146.76 | 226,700.89 | - | - |
| VBHO | ACCO | 117055 | 10/30/2017 | WILA | VBHO | Vitality Biopharma | (40,277) | sell stock | sell stock | USD | 78,397.11 | 75,261.23 | - | - |
| VBHO | ACCO | 117028 | 10/30/2017 | WISA | VBHO | Vitality Biopharma | (120,678) | sell stock | sell stock | USD | 227,348.41 | 218,254.47 | - | - |
| VBHO | ACCO | 117057 | 10/30/2017 | WIRI | VBHO | Vitality Biopharma | (5,000) | sell stock | sell stock | USD | 9,650.70 | 9,264.67 | - | - |
| VBHO | ACCO | 117069 | 10/30/2017 | TINT | VBHO | Vitality Biopharma | 7,500 | buy stock | buy stock | USD | (15,412.50) | (16,029.00) | - | - |
| VBHO | ACCO | 117327 | 10/31/2017 | WILA | VBHO | Vitality Biopharma | (11,398) | sell stock | sell stock | USD | 22,277.00 | 21,385.92 | - | - |
| VBHO | ACCO | 117329 | 10/31/2017 | TINT | VBHO | Vitality Biopharma | 5,000 | buy stock | buy stock | USD | (10,371.75) | (10,792.80) | - | - |
| VBHO | ACCO | 117342 | 11/1/2017 | WISA | VBHO | Vitality Biopharma | (56,276) | sell stock | sell stock | USD | 114,659.89 | 110,073.49 | - | - |
| VBHO | ACCO | 117343 | 11/1/2017 | WILA | VBHO | Vitality Biopharma | (35,000) | sell stock | sell stock | USD | 72,016.39 | 69,135.73 | - | - |
| VBHO | ACCO | 117346 | 11/1/2017 | WILA | VBHO | Vitality Biopharma | (25,000) | sell stock | sell stock | USD | 49,352.38 | 47,378.28 | - | - |
| VBHO | ACCO | 117337 | 11/1/2017 | WIRI | | | | Dari International TT | debit | USD | (140,250.00) | (143,756.25) | - | - |
| VBHO | ACCO | 117355 | 11/2/2017 | WIRI | VBHO | Vitality Biopharma | (40,000) | sell stock | sell stock | USD | 85,851.97 | 82,417.89 | - | - |
| VBHO | ACCO | 117353 | 11/2/2017 | WILA | VBHO | Vitality Biopharma | (40,000) | sell stock | sell stock | USD | 86,073.20 | 82,630.27 | - | - |
| VBHO | ACCO | 117359 | 11/2/2017 | WISA | VBHO | Vitality Biopharma | (91,535) | sell stock | sell stock | USD | 192,706.94 | 184,998.66 | - | - |
| VBHO | ACCO | 117408 | 11/3/2017 | WILA | VBHO | Vitality Biopharma | (10,300) | sell stock | sell stock | USD | 21,770.55 | 20,899.73 | - | - |
| VBHO | ACCO | 117406 | 11/3/2017 | WISA | VBHO | Vitality Biopharma | (104,991) | sell stock | sell stock | USD | 219,206.60 | 210,438.34 | - | - |
| VBHO | ACCO | 117423 | 11/6/2017 | WILA | VBHO | Vitality Biopharma | (28,477) | sell stock | sell stock | USD | 60,833.11 | 58,399.79 | - | - |
| VBHO | ACCO | 117410 | 11/6/2017 | BESQ | | | | Booth Udall Fuller | debit | USD | (1,950.00) | (2,050.00) | - | - |
| VBHO | ACCO | 117415 | 11/7/2017 | WIRI | VBHO | Vitality Biopharma | (13,199) | sell stock | sell stock | USD | 26,492.58 | 25,432.88 | - | - |
| VBHO | ACCO | 117439 | 11/7/2017 | WILA | VBHO | Vitality Biopharma | (40,000) | sell stock | sell stock | USD | 79,761.40 | 76,570.94 | - | - |
| VBHO | ACCO | 117455 | 11/8/2017 | WISA | VBHO | Vitality Biopharma | (1,950) | sell stock | sell stock | USD | 3,374.87 | 3,239.88 | - | - |
| VBHO | ACCO | 117464 | 11/8/2017 | WILA | VBHO | Vitality Biopharma | (9,650) | sell stock | sell stock | USD | 19,023.90 | 18,262.94 | - | - |
| VBHO | ACCO | 117533 | 11/10/2017 | WISA | VBHO | Vitality Biopharma | (20,018) | sell stock | sell stock | USD | 39,737.28 | 38,147.79 | - | - |
| VBHO | ACCO | 117564 | 11/13/2017 | WILA | VBHO | Vitality Biopharma | (5,400) | sell stock | sell stock | USD | 10,297.81 | 9,885.90 | - | - |
| VBHO | ACCO | 117584 | 11/15/2017 | WISA | VBHO | Vitality Biopharma | (20,000) | sell stock | sell stock | USD | 35,774.42 | 34,343.44 | - | - |
| VBHO | ACCO | 117648 | 11/16/2017 | WILA | VBHO | Vitality Biopharma | (5,000) | sell stock | sell stock | USD | 8,958.98 | 8,600.62 | - | - |
| VBHO | ACCO | 117654 | 11/16/2017 | WISA | VBHO | Vitality Biopharma | (20,000) | sell stock | sell stock | USD | 36,572.50 | 35,109.60 | - | - |
| VBHO | ACCO | 117645 | 11/17/2017 | BESQ | | | | Island Stock Transfer | debit | USD | (156.42) | (256.42) | - | - |
| VBHO | ACCO | 117642 | 11/17/2017 | BESQ | | | | Booth Udall Fuller | debit | USD | (450.00) | (550.00) | - | - |
| VBHO | ACCO | 117644 | 11/17/2017 | REST | VBHO-R | Vitality Biopharma | (100,000) | Island Stock Transfer | stock delivery | USD | | (500.00) | - | - |
| VBHO | ACCO | 117644 | 11/17/2017 | REST | | | | deliver stock | debit | USD | | (50.00) | - | - |
| VBHO | ACCO | 117668 | 11/20/2017 | WISA | VBHO | Vitality Biopharma | (71,954) | sell stock | sell stock | USD | 135,834.21 | 130,400.84 | - | - |
| VBHO | ACCO | 117669 | 11/20/2017 | BESQ | | | | Island Stock Transfer | debit | USD | (156.42) | (256.42) | - | - |
| VBHO | ACCO | 117668 | 11/20/2017 | REST | VBHO-R | Vitality Biopharma | (750,000) | Island Stock Transfer | stock delivery | USD | | (500.00) | - | - |
| VBHO | ACCO | 117668 | 11/20/2017 | REST | | | | deliver stock | debit | USD | | (50.00) | - | - |
| VBHO | ACCO | 117717 | 11/22/2017 | WIVA | | | | NG Mobile Systems TT | debit | USD | (103,707.00) | (106,299.68) | - | - |
| VBHO | ACCO | 117718 | 11/22/2017 | WIRI | | | | NG Mobile Systems TT | debit | USD | (102,705.00) | (105,272.63) | - | - |
| VBHO | ACCO | 117721 | 11/22/2017 | WIIN | | | | UCLA Foundation TT | debit | USD | (85,170.00) | (87,299.25) | - | - |
| VBHO | ACCO | 117734 | 11/22/2017 | WORK | | | | director fee | debit | USD | | (100.00) | - | - |
| VBHO | ACCO | 117722 | 11/24/2017 | WIRI | | | | Dari International TT | debit | USD | (140,250.00) | (143,756.25) | - | - |
| VBHO | ACCO | 117646 | 11/24/2017 | PESC | | | | directors fee | debit | USD | (500.00) | (500.00) | - | - |
| VBHO | ACCO | 117670 | 11/27/2017 | WIHH | VBHO | Vitality Biopharma | 100,000 | receive stock via DWAC | buy stock | USD | (500.00) | (1,100.00) | - | - |
| VBHO | ACCO | 117798 | 11/28/2017 | WIHH | VBHO | Vitality Biopharma | 750,000 | receive stock via DWAC | buy stock | USD | (500.00) | (1,100.00) | - | - |
| VBHO | ACCO | 118066 | 12/4/2017 | WIRI | VBHO | Vitality Biopharma | (10,000) | sell stock | sell stock | USD | 17,005.48 | 16,325.26 | - | - |
| VBHO | ACCO | 118066 | 12/4/2017 | WIHH | VBHO | Vitality Biopharma | (4,452) | sell stock | sell stock | USD | 7,490.59 | 7,190.97 | - | - |
| VBHO | ACCO | 118173 | 12/11/2017 | WIRI | | | | Dari International TT | debit | USD | (10,026.00) | (10,276.90) | - | - |
| VBHO | ACCO | 118175 | 12/11/2017 | WILA | VBHO | Vitality Biopharma | (19,950) | sell stock | sell stock | USD | 35,956.67 | 34,518.60 | - | - |
| VBHO | ACCO | 118201 | 12/12/2017 | WIHH | VBHO | Vitality Biopharma | (20,000) | sell stock | sell stock | USD | 36,051.90 | 34,609.82 | - | - |
| VBHO | ACCO | 118201 | 12/12/2017 | WILA | VBHO | Vitality Biopharma | (15,000) | sell stock | sell stock | USD | 27,065.69 | 25,982.49 | - | - |
| VBHO | ACCO | 118178 | 12/12/2017 | REST | | | | directors fee | debit | USD | | (400.00) | - | - |
| VBHO | ACCO | 118195 | 12/13/2017 | WIRI | | | | Vitality Biopharma TT | debit | USD | (350,250.00) | (359,006.25) | - | - |
| VBHO | ACCO | 118196 | 12/13/2017 | WIVA | | | | Vitality Biopharma TT | debit | USD | (250,250.00) | (256,506.25) | - | - |
| VBHO | ACCO | 118340 | 12/16/2017 | WIRI | | | | Greenberg Trauring TT | debit | USD | (40,000.00) | (41,000.00) | - | - |
| VBHO | ACCO | 118291 | 12/19/2017 | BESQ | | | | Island Stock Transfer | debit | USD | (156.42) | (256.42) | - | - |
| VBHO | ACCO | 118290 | 12/19/2017 | REST | VBHO-R | Vitality Biopharma | (150,000) | Island Stock Transfer | stock delivery | USD | | (500.00) | - | - |

A4579

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) | Cash Acct (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VBHO | ACCO | 118290 | 12/19/2017 | REST | VBHO | Vitality Biopharma | (45,000) | deliver stock | debit | USD | 78,553.09 | 75,410.97 | (50,000) | - |
| VBHO | ACCO | 118423 | 12/22/2017 | WISA | VBHO | Vitality Biopharma | (7,200) | sell stock | sell stock | USD | 12,745.00 | 12,235.20 | - | - |
| VBHO | ACCO | 118413 | 12/26/2017 | WILA | VBHO | Vitality Biopharma | (20,000) | sell stock | sell stock | USD | 35,400.00 | 34,060.00 | - | - |
| VBHO | ACCO | 118416 | 12/29/2017 | WILA | VBHO | Vitality Biopharma | (5,500) | sell stock | sell stock | USD | 9,902.80 | 9,506.69 | - | - |
| VBHO | ACCO | 118483 | 12/31/2017 | WORK | VBHO | Vitality Biopharma | | custody fees | debit | USD | | (12,908.34) | - | - |
| VBHO | ACCO | 118292 | 1/1/2018 | WIRI | VBHO | Vitality Biopharma | 150,000 | receive stock via DWAC | buy stock | USD | (500,000) | (1,100,000) | - | - |
| VBHO | ACCO | 118598 | 1/2/2018 | BEAG | VBHO | Vitality Biopharma | (25,000) | sell stock | sell stock | USD | 50,983.85 | 48,944.50 | - | - |
| VBHO | ACCO | 118417 | 1/2/2018 | WILA | VBHO | Vitality Biopharma | (117,578) | sell stock | sell stock | USD | 232,697.40 | 223,389.50 | - | - |
| VBHO | ACCO | 118425 | 1/2/2018 | WISA | VBHO | Vitality Biopharma | (7,075) | sell stock | sell stock | USD | 13,419.74 | 12,882.95 | - | - |
| VBHO | ACCO | 118599 | 1/3/2018 | BEAG | VBHO | Vitality Biopharma | (50,000) | sell stock | sell stock | USD | 107,376.67 | 103,081.60 | - | - |
| VBHO | ACCO | 118590 | 1/4/2018 | PESC | VBHO | Vitality Biopharma | 100,000 | buy stock | buy stock | USD | (205,870.00) | (214,104.80) | - | - |
| VBHO | ACCO | 118503 | 1/4/2018 | TENT | VBHO | Vitality Biopharma | 25,105 | buy stock | debit | USD | (46,431.70) | (48,288.97) | - | - |
| VBHO | ACCO | 118482 | 1/4/2018 | WIHI | VBHO | | | Midiam Ventures TT | debit | USD | (100,200.00) | (102,705.00) | - | - |
| VBHO | ACCO | 118410 | 1/4/2018 | WIRI | | | | Dari International TT | debit | USD | (160,250.00) | (164,256.25) | - | - |
| VBHO | ACCO | 118669 | 1/8/2018 | WIHI | | | | rebalance VBHO | debit | USD | (200.00) | (200.00) | - | - |
| VBHO | ACCO | 118746 | 1/8/2018 | REST | VBHO-R | Vitality Biopharma | 400,000 | receive stock | buy stock | USD | | (100,000) | - | - |
| VBHO | ACCO | 118748 | 1/18/2018 | WIRI | VBHO | Vitality Biopharma | (10,000) | sell stock | sell stock | USD | 18,800.00 | 18,048.00 | - | - |
| VBHO | ACCO | 118755 | 1/19/2018 | REST | VBHO-R | Vitality Biopharma | (1,000,000) | deliver stock | stock delivery | USD | | (1,000,000) | - | - |
| VBHO | ACCO | 118755 | 1/19/2018 | REST | VBHO | Vitality Biopharma | | deliver stock | debit | USD | | (50,000) | - | - |
| VBHO | ACCO | 118756 | 1/19/2018 | BESQ | | | | Island Stock Transfer | debit | USD | (169.00) | (269.00) | - | - |
| VBHO | ACCO | 118804 | 1/24/2018 | BESQ | | | | Booth Udall Fuller | debit | USD | (900.00) | (1,000.00) | - | - |
| VBHO | ACCO | 118757 | 1/25/2018 | WILA | VBHO | Vitality Biopharma | 1,100,000 | receive stock via DWAC | buy stock | USD | (500,000) | (1,100,000) | - | - |
| VBHO | ACCO | 119073 | 2/2/2018 | WIRI | | | | Dari International TT | debit | USD | (160,250.00) | (164,256.25) | - | - |
| VBHO | ACCO | 119115 | 2/7/2018 | WIRI | VBHO | Vitality Biopharma | (11,553) | sell stock | sell stock | USD | 21,728.49 | 20,859.35 | - | - |
| VBHO | ACCO | 119116 | 2/7/2018 | WIHI | VBHO | Vitality Biopharma | (37,659) | sell stock | sell stock | USD | 72,629.56 | 69,724.38 | - | - |
| VBHO | ACCO | 119128 | 2/8/2018 | WORK | | | | internal transfer | debit | USD | | (400,100.00) | - | - |
| VBHO | ACCO | 119131 | 2/8/2018 | WIHI | VBHO | Vitality Biopharma | (5,000) | sell stock | sell stock | USD | 9,398.50 | 9,022.56 | - | - |
| VBHO | ACCO | 119125 | 2/8/2018 | WORK | | | | internal transfer | debit | USD | | (340,100.00) | - | - |
| VBHO | ACCO | 119126 | 2/8/2018 | WORK | | | | internal transfer | debit | USD | | (340,100.00) | - | - |
| VBHO | ACCO | 119127 | 2/8/2018 | WORK | | | | internal transfer | debit | USD | | (120,100.00) | - | - |
| VBHO | ACCO | 119141 | 2/12/2018 | WILA | | | | rebalance VBHO | debit | USD | (200.00) | (300.00) | - | - |
| VBHO | ACCO | 119159 | 2/13/2018 | WIRI | VBHO | Vitality Biopharma | (30,000) | sell stock | sell stock | USD | 55,360.52 | 53,146.10 | - | - |
| VBHO | ACCO | 119158 | 2/13/2018 | WILA | VBHO | Vitality Biopharma | (1,000) | sell stock | sell stock | USD | 1,510.00 | 1,410.00 | - | - |
| VBHO | ACCO | 119175 | 2/14/2018 | WILA | VBHO | Vitality Biopharma | (40,000) | sell stock | sell stock | USD | 74,380.60 | 71,405.38 | - | - |
| VBHO | ACCO | 119179 | 2/14/2018 | WIHI | | | | rebalance VBHO | debit | USD | (200.00) | (200.00) | - | - |
| VBHO | ACCO | 119569 | 2/14/2018 | WILA | VBHO | Vitality Biopharma | (25,000) | sell stock | sell stock | USD | 46,474.36 | 44,615.39 | - | - |
| VBHO | ACCO | 119566 | 3/1/2018 | WILA | VBHO | Vitality Biopharma | (15,000) | sell stock | sell stock | USD | 27,986.00 | 26,866.56 | - | - |
| VBHO | ACCO | 119242 | 2/20/2018 | WIIN | | | | The Ideal TT UAGZ Filings | debit | USD | (5,010.00) | (5,135.25) | - | - |
| VBHO | ACCO | 119336 | 2/23/2018 | WILA | VBHO | Vitality Biopharma | (10,000) | sell stock | sell stock | USD | 18,750.00 | 18,000.00 | - | - |
| VBHO | ACCO | 119335 | 2/26/2018 | WIRI | VBHO | Vitality Biopharma | (5,000) | sell stock | sell stock | USD | 9,350.00 | 8,976.00 | - | - |
| VBHO | ACCO | 119572 | 2/26/2018 | WIHI | VBHO | Vitality Biopharma | (10,000) | sell stock | sell stock | USD | 19,034.48 | 18,273.10 | - | - |
| VBHO | ACCO | 119356 | 2/27/2018 | WIRI | VBHO | Vitality Biopharma | (10,000) | sell stock | sell stock | USD | 18,894.25 | 18,138.48 | - | - |
| VBHO | ACCO | 119359 | 2/27/2018 | WIRI | VBHO | Vitality Biopharma | (9,915) | sell stock | sell stock | USD | 18,872.27 | 18,117.38 | - | - |
| VBHO | ACCO | 119360 | 2/27/2018 | WILA | VBHO | Vitality Biopharma | (10,000) | sell stock | sell stock | USD | 18,814.15 | 18,061.58 | - | - |
| VBHO | ACCO | 119344 | 2/27/2018 | WILA | | | | West Coast Stock TT | debit | USD | (3,010.00) | (3,110.00) | - | - |
| VBHO | ACCO | 119528 | 2/28/2018 | WIRI | VBHO | Vitality Biopharma | (20,000) | sell stock | sell stock | USD | 37,957.25 | 36,438.96 | - | - |
| VBHO | ACCO | 119531 | 2/28/2018 | WILA | VBHO | Vitality Biopharma | (20,000) | sell stock | sell stock | USD | 38,129.20 | 36,604.03 | - | - |
| VBHO | ACCO | 119555 | 3/1/2018 | WILA | VBHO | Vitality Biopharma | (25,900) | sell stock | sell stock | USD | 49,848.67 | 47,854.72 | - | - |
| VBHO | ACCO | 119566 | 3/1/2018 | WILA | VBHO | Vitality Biopharma | (20,000) | sell stock | sell stock | USD | 37,457.03 | 35,958.75 | - | - |
| VBHO | ACCO | 119760 | 3/23/2018 | WIVA | | | | Pyronn Media TT | debit | USD | (180,250.00) | (184,756.25) | - | - |
| VBHO | ACCO | 119812 | 3/28/2018 | WILA | VBHO | Vitality Biopharma | (28,625) | sell stock | sell stock | USD | 45,339.55 | 43,525.97 | - | - |
| VBHO | ACCO | 119963 | 3/30/2018 | WORK | | | | custody fees | debit | USD | | (12,880.93) | - | - |
| VBHO | ACCO | 120088 | 4/7/2018 | WIRI | | | | Dari International TT | debit | USD | (160,250.00) | (164,256.25) | - | - |
| VBHO | ACCO | 120196 | 4/18/2018 | WILA | VBHO | Vitality Biopharma | (19,200) | sell stock | sell stock | USD | 28,618.63 | 27,473.88 | - | - |
| VBHO | ACCO | 120364 | 4/24/2018 | WILA | VBHO | Vitality Biopharma | (7,934) | sell stock | sell stock | USD | 11,914.21 | 11,437.64 | - | - |
| VBHO | ACCO | 120464 | 5/3/2018 | WIRI | VBHO | Vitality Biopharma | (40,000) | sell stock | sell stock | USD | 56,922.24 | 54,645.35 | - | - |
| VBHO | ACCO | 120489 | 5/8/2018 | WILA | VBHO | Vitality Biopharma | | rebalance VBHO | debit | USD | (400.00) | (500.00) | - | - |

A4580

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) | Cash Acct (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VBHO | ACCCO | 120498 | 5/9/2018 | WILA | | | | Quantum Solutions TT | debit | USD | (160,250.00) | (164,256.25) | - | - |
| VBHO | ACCCO | 120560 | 5/17/2018 | WILA | | | | Core Lithium TT | debit | USD | (20,040.00) | (20,541.00) | - | - |
| VBHO | ACCCO | 120903 | 6/5/2018 | WIVA | | | | Quantum Solutions TT | debit | USD | (80,160.00) | (82,164.00) | - | - |
| VBHO | ACCCO | 120922 | 6/6/2018 | WILA | VBHO | Vitality Biopharma | (160,553) | sell stock | sell stock | USD | 193,647.19 | 185,901.30 | - | - |
| VBHO | ACCCO | 120924 | 6/6/2018 | WIRI | VBHO | Vitality Biopharma | (23,447) | sell stock | sell stock | USD | 28,320.44 | 27,187.62 | - | - |
| VBHO | ACCCO | 120925 | 6/6/2018 | WIHI | VBHO | Vitality Biopharma | (72,000) | sell stock | sell stock | USD | 87,480.29 | 83,981.08 | - | - |
| VBHO | ACCCO | 120926 | 6/7/2018 | CANE | VBHO | Vitality Biopharma | 25,000 | buy stock | buy stock | USD | (34,117.50) | (35,482.20) | - | - |
| VBHO | ACCCO | 121295 | 6/7/2018 | WILA | | | | rebalance VBIO | debit | USD | (200.00) | (300.00) | - | - |
| VBHO | ACCCO | 120972 | 6/8/2018 | WIHI | VBHO | Vitality Biopharma | (5,000) | sell stock | sell stock | USD | 6,410.00 | 6,153.60 | - | - |
| VBHO | ACCCO | 120983 | 6/13/2018 | WIHI | | | | World Wide Holdings TT | debit | USD | (35,070.00) | (35,946.75) | - | - |
| VBHO | ACCCO | 121021 | 6/14/2018 | WILA | VBHO | Vitality Biopharma | (24,000) | sell stock | sell stock | USD | 30,337.56 | 29,134.06 | - | - |
| VBHO | ACCCO | 121039 | 6/15/2018 | WILA | VBHO | Vitality Biopharma | (4,450) | sell stock | sell stock | USD | 5,429.53 | 5,212.35 | - | - |
| VBHO | ACCCO | 121044 | 6/18/2018 | WIHI | VBHO | Vitality Biopharma | (7,100) | sell stock | sell stock | USD | 9,291.07 | 8,919.43 | - | - |
| VBHO | ACCCO | 121042 | 6/18/2018 | WILA | VBHO | Vitality Biopharma | (30,000) | sell stock | sell stock | USD | 39,238.39 | 37,668.85 | - | - |
| VBHO | ACCCO | 121041 | 6/18/2018 | WIVA | | | | Quantum Solutions TT | debit | USD | (80,160.00) | (82,164.00) | - | - |
| VBHO | ACCCO | 121068 | 6/20/2018 | WIHI | VBHO | Vitality Biopharma | (32,889) | sell stock | sell stock | USD | 47,724.58 | 45,815.60 | - | - |
| VBHO | ACCCO | 121076 | 6/20/2018 | WILA | VBHO | Vitality Biopharma | (26,000) | sell stock | sell stock | USD | 37,760.90 | 36,250.46 | - | - |
| VBHO | ACCCO | 121084 | 6/21/2018 | WIHI | VBHO | Vitality Biopharma | (47,568) | sell stock | sell stock | USD | 74,905.02 | 71,908.82 | - | - |
| VBHO | ACCCO | 121089 | 6/22/2018 | WILA | VBHO | Vitality Biopharma | (1,000) | sell stock | sell stock | USD | 1,314.00 | 1,214.00 | - | - |
| VBHO | ACCCO | 121090 | 6/22/2018 | WIHI | VBHO | Vitality Biopharma | (65,000) | sell stock | sell stock | USD | 110,919.94 | 106,483.14 | - | - |
| VBHO | ACCCO | 121096 | 6/25/2018 | WILA | VBHO | Vitality Biopharma | (14,150) | sell stock | sell stock | USD | 22,452.78 | 21,554.67 | - | - |
| VBHO | ACCCO | 121136 | 6/27/2018 | WILA | VBHO | Vitality Biopharma | (28,500) | sell stock | sell stock | USD | 42,635.55 | 40,930.13 | - | - |
| VBHO | ACCCO | 121438 | 7/6/2018 | WILA | VBHO | Vitality Biopharma | (49,050) | sell stock | sell stock | USD | 93,117.31 | 89,392.62 | - | - |
| VBHO | ACCCO | 121394 | 7/6/2018 | WIHI | VBHO | Vitality Biopharma | (35,000) | sell stock | sell stock | USD | 57,878.18 | 55,563.05 | - | - |
| VBHO | ACCCO | 122177 | 7/6/2018 | WORK | | | | custody fees | debit | USD | | (12,449.80) | - | - |
| VBHO | ACCCO | 121905 | 7/2/2018 | WIHI | VBHO | Vitality Biopharma | (25,000) | sell stock | sell stock | USD | 43,798.37 | 42,046.44 | - | - |
| VBHO | ACCCO | 121404 | 7/3/2018 | WIHI | VBHO | Vitality Biopharma | (30,000) | sell stock | sell stock | USD | 55,935.35 | 53,697.94 | - | - |
| VBHO | ACCCO | 121407 | 7/3/2018 | WIHI | VBHO | Vitality Biopharma | (55,000) | sell stock | sell stock | USD | 103,641.90 | 99,496.22 | - | - |
| VBHO | ACCCO | 121405 | 7/5/2018 | WILA | VBHO | Vitality Biopharma | (25,000) | sell stock | sell stock | USD | 47,012.05 | 45,131.57 | - | - |
| VBHO | ACCCO | 121488 | 7/5/2018 | WIHI | VBHO | Vitality Biopharma | (52,000) | sell stock | sell stock | USD | 99,895.61 | 95,899.79 | - | - |
| VBHO | ACCCO | 121418 | 7/6/2018 | WILA | VBHO | Vitality Biopharma | (49,050) | sell stock | sell stock | USD | 93,117.31 | 89,392.62 | - | - |
| VBHO | ACCCO | 121419 | 7/6/2018 | WILA | VBHO | Vitality Biopharma | (5,059) | sell stock | sell stock | USD | 9,553.79 | 9,171.64 | - | - |
| VBHO | ACCCO | 122978 | 7/17/2018 | BESQ | | | | Greenberg Traurig | debit | USD | (682.50) | (782.50) | - | - |
| VBHO | ACCCO | 121498 | 7/18/2018 | WILA | VBHO | Vitality Biopharma | (35,000) | sell stock | sell stock | USD | 63,122.05 | 60,597.17 | - | - |
| VBHO | ACCCO | 121499 | 7/18/2018 | WIHI | VBHO | Vitality Biopharma | (61,401) | sell stock | sell stock | USD | 106,324.14 | 102,071.17 | - | - |
| VBHO | ACCCO | 121907 | 7/20/2018 | WILA | VBHO | Vitality Biopharma | (10,000) | sell stock | sell stock | USD | 17,339.14 | 16,645.57 | - | - |
| VBHO | ACCCO | 121571 | 7/31/2018 | WILA | VBHO | Vitality Biopharma | (2,160) | sell stock | sell stock | USD | 3,349.22 | 3,213.25 | - | - |
| VBHO | ACCCO | 121788 | 8/15/2018 | WILA | VBHO | Vitality Biopharma | (16,560) | sell stock | sell stock | USD | 23,088.96 | 22,165.40 | - | - |
| VBHO | ACCCO | 122032 | 8/16/2018 | BESQ | VBHO | Vitality Biopharma | (400,000) | Island Stock Transer | stock.delivery | USD | (137.00) | (237.00) | - | - |
| VBHO | ACCCO | 122031 | 8/16/2018 | REST | | | | deliver stock | deliver stock | USD | | (1,000.00) | - | - |
| VBHO | ACCCO | 122031 | 8/16/2018 | REST | VBHO-R | | | deliver stock | debit | USD | | (100.00) | - | - |
| VBHO | ACCCO | 122147 | 8/20/2018 | REST | | | | forex 10 | forex debit | EUR | (5,010.00) | (5,875.81) | - | (5,135.25) |
| VBHO | ACCCO | 121769 | 8/20/2018 | WIVA | | | | forex 10 | forex credit | USD | 5,010.00 | (6,092.25) | - | 5,135.25 |
| VBHO | ACCCO | 122015 | 8/20/2018 | WIVA | VBHO | Vitality Biopharma | (56,550) | sell stock | sell stock | USD | 58,242.68 | 55,912.97 | - | - |
| VBHO | ACCCO | 122814 | 8/21/2018 | WILA | VBHO | Vitality Biopharma | (20,000) | sell stock | sell stock | USD | 32,130.53 | 30,845.31 | - | - |
| VBHO | ACCCO | 121815 | 8/21/2018 | WIHI | VBHO | Vitality Biopharma | (66,760) | sell stock | sell stock | USD | 108,458.96 | 104,120.60 | - | - |
| VBHO | ACCCO | 121818 | 8/22/2018 | WIHI | VBHO | Vitality Biopharma | (20,000) | sell stock | sell stock | USD | 34,091.68 | 32,728.01 | - | - |
| VBHO | ACCCO | 121823 | 8/23/2018 | WIHI | VBHO | Vitality Biopharma | (31,300) | sell stock | sell stock | USD | 54,206.89 | 52,038.61 | - | - |
| VBHO | ACCCO | 121839 | 8/27/2018 | WILA | VBHO | Vitality Biopharma | (55,000) | sell stock | sell stock | USD | 98,514.08 | 94,573.52 | - | - |
| VBHO | ACCCO | 121847 | 8/29/2018 | WILA | VBHO | Vitality Biopharma | (30,000) | sell stock | sell stock | USD | 57,074.99 | 54,791.99 | - | - |
| VBHO | ACCCO | 121855 | 8/30/2018 | WILA | VBHO | Vitality Biopharma | (11,091) | sell stock | sell stock | USD | 23,464.36 | 22,525.79 | - | - |
| VBHO | ACCCO | 122049 | 9/4/2018 | WIHI | VBHO | Vitality Biopharma | (128,547) | sell stock | sell stock | USD | 276,763.78 | 265,693.23 | - | - |
| VBHO | ACCCO | 122051 | 9/4/2018 | WILA | VBHO | Vitality Biopharma | (29,220) | sell stock | sell stock | USD | 53,890.48 | 51,734.86 | - | - |
| VBHO | ACCCO | 122074 | 9/7/2018 | WILA | VBHO | Vitality Biopharma | (16,430) | sell stock | sell stock | USD | 30,625.61 | 29,400.59 | - | - |
| VBHO | ACCCO | 122080 | 9/10/2018 | WILA | VBHO | Vitality Biopharma | (21,520) | sell stock | sell stock | USD | 40,207.37 | 38,599.08 | - | - |
| VBHO | ACCCO | 122106 | 9/12/2018 | WILA | VBHO | Vitality Biopharma | (44,174) | sell stock | sell stock | USD | 7,625.72 | 7,320.69 | - | - |
| VBHO | ACCCO | 122159 | 9/18/2018 | WILA | | | | Quantum Solutions TT | debit | EUR | (90,180.00) | | - | (92,434.50) |
| VBHO | ACCCO | 122150 | 9/18/2018 | WILA | VBHO | Vitality Biopharma | | | | | | | | |

A4581

STVF / VBHO Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) | Cash Acct (EUR) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VBHO | ACCCO | 122176 | 9/20/2018 | WILA | VBHO | Vitality Biopharma | (10,000) | sell stock | sell stock | USD | 19,303.64 | 18,530.92 | - | - |
| VBHO | ACCCO | 122202 | 9/21/2018 | WILA | VBHO | Vitality Biopharma | (40,000) | sell stock | sell stock | USD | 81,971.65 | 78,692.78 | - | - |
| VBHO | ACCCO | 122291 | 9/24/2018 | WILA | VBHO | Vitality Biopharma | (64,927) | sell stock | sell stock | USD | 125,089.17 | 120,085.60 | - | - |
| VBHO | ACCCO | 122751 | 9/27/2018 | BPIE | | | | debit | debit | CAD | (71,777.37) | - | (73,571.80) | - |
| VBHO | ACCCO | 122393 | 9/30/2018 | WORK | | | | custody fees | debit | USD | - | (11,228.07) | - | - |
| VBHO | ACCCO | 122598 | 10/1/2018 | WORK | | | | forex | forex debit | USD | - | (108,148.36) | - | - |
| VBHO | ACCCO | 122598 | 10/1/2018 | WORK | | | | forex | forex | EUR | - | - | - | (92,434.50) |
| VBHO | ACCCO | 122598 | 10/1/2018 | WORK | | | | forex credit | forex credit | USD | - | - | - | - |
| VBHO | ACCCO | 122688 | 10/11/2018 | WORK | | | | internal transfer loss provision VBHO | debit | USD | - | (893,365.00) | - | - |
| VBHO | ACCCO | 122721 | 10/15/2018 | BPIE | | | | outgoing wire USD100k | debit | CAD | (132,978.55) | - | (136,303.01) | - |
| VBHO | ACCCO | 122744 | 10/23/2018 | CANE | VBHO | Vitality Biopharma | (10,000) | sell stock | sell stock | USD | 16,608.00 | 16,608.00 | - | - |
| VBHO | ACCCO | 122869 | 10/30/2018 | WORK | | | | Directors fees | debit | USD | (1,000.00) | (1,000.00) | - | - |
| VBHO | ACCCO | 122859 | 11/3/2018 | LEEN | | | | TLS Genetics subscription USD203,347 | debit | CAD | (267,380.97) | - | (267,380.97) | - |
| VBHO | ACCCO | 122903 | 11/5/2018 | TENT | VBHO | Vitality Biopharma | (10,000) | sell stock | sell stock | USD | 16,128.00 | 15,482.88 | - | - |
| VBHO | ACCCO | 122863 | 11/5/2018 | CANE | VBHO | Vitality Biopharma | (15,000) | sell stock | sell stock | USD | 24,942.75 | 23,945.04 | - | - |
| VBHO | ACCCO | 123064 | 11/8/2018 | BPIE | | | | debit | debit | CAD | (15,000.00) | - | (15,375.00) | - |
| VBHO | ACCCO | 122921 | 11/16/2018 | LEEN | | | | cancel TLS subscription | credit | USD | 203,347.00 | 203,347.00 | - | - |
| VBHO | ACCCO | 123062 | 11/23/2018 | BPIE | | | | debit | debit | CAD | (17,004.85) | - | (17,429.97) | - |
| VBHO | ACCCO | 123063 | 11/26/2018 | BPIE | | | | debit | debit | CAD | (10,000.00) | - | (10,250.00) | - |
| VBHO | ACCCO | 123065 | 11/26/2018 | BPIE | | | | debit | debit | CAD | (67,489.12) | - | (69,176.35) | - |
| VBHO | ACCCO | 123334 | 12/6/2018 | BPIE | | | | debit | debit | CAD | (4,000.14) | - | (4,100.14) | - |
| VBHO | ACCCO | 123335 | 12/6/2018 | BPIE | | | | debit | debit | CAD | (10,999.86) | - | (11,274.86) | - |
| VBHO | ACCCO | 123333 | 12/26/2018 | BPIE | | | | debit | debit | CAD | (10,568.24) | - | (10,832.45) | - |
| VBHO | ACCCO | 123113 | 12/31/2018 | BSC1 | | | | GT Law Vortex TT | debit | USD | (50,115.00) | (52,119.60) | - | - |
| VBHO | ACCCO | 123337 | 1/10/2019 | BPIE | | | | debit | debit | CAD | (17,000.00) | - | (17,425.00) | - |
| VBHO | ACCCO | 123233 | 1/11/2019 | BSC1 | | | | Full Service TT | debit | USD | (50,100.00) | (52,104.00) | - | - |
| VBHO | ACCCO | 123338 | 1/22/2019 | BPIE | | | | debit | debit | CAD | (9,722.99) | - | (9,966.06) | - |
| VBHO | ACCCO | 123282 | 1/22/2019 | BSC1 | | | | GT Law TT Roger | debit | USD | (15,050.00) | (15,652.00) | - | - |
| VBHO | ACCCO | 123339 | 2/1/2019 | BSC1 | | | | GT Law TT Roger | debit | USD | (35,083.69) | (36,487.04) | - | - |
| VBHO | ACCCO | 123357 | 4/12/2019 | BSC1 | | | | Emphasian TT | debit | USD | (19,116.00) | (19,880.64) | - | - |

A4582



**EXHIBIT 298**
21-cv-11276-WGY

STEV Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STEV | ACCOPINA | 10721 | 2/21/2011 | REST | STEV-E | Stevia | 240,000 | receive stock | buy stock | USD | - | (100.00) | - |
| STEV | ACCOPINA | 10781 | 2/22/2011 | REST | STEV-E | Stevia | (120,000) | stock delivery | stock delivery | USD | - | (600.00) | - |
| STEV | ACCOPINA | 10781 | 2/22/2011 | REST | | | | deliver stock | deliver stock | USD | - | (150.00) | - |
| STEV | ACCOPINA | 10847 | 2/23/2011 | BCEL | | | | Routh ck #362 | debit | USD | (59.00) | (159.00) | - |
| STEV | ACCOPINA | 10848 | 2/23/2011 | REST | STEV-E | Stevia | (120,000) | deliver stock | stock delivery | USD | - | (1,200.00) | - |
| STEV | ACCOPINA | 10848 | 2/23/2011 | REST | | | | deliver stock | deliver stock | USD | - | (100.00) | - |
| STEV | ACCOPINA | 10925 | 2/25/2011 | LEGR | Stevia | Stevia | 120,000 | receive stock | buy stock | USD | - | (100.00) | - |
| STEV | ACCOPINA | 10785 | 2/25/2011 | BSIT | STEV | Stevia | 60,000 | receive stock | buy stock | USD | (50.00) | (150.00) | - |
| STEV | ACCOPINA | 12257 | 2/25/2011 | REST | STEV-E | Stevia | 60,000 | receive stock | buy stock | USD | - | (100.00) | - |
| STEV | ACCOPINA | 11666 | 2/28/2011 | WORK | | | | interest charge | interest charge | USD | - | (10.65) | - |
| STEV | ACCOPINA | 12165 | 3/7/2011 | LGTC | STEV | Stevia | (60,000) | stock split | split stock out | USD | - | - | - |
| STEV | ACCOPINA | 12165 | 3/7/2011 | LGTC | STEV | Stevia | 2,100,000 | stock split | split stock in | USD | - | - | - |
| STEV | ACCOPINA | 12164 | 3/7/2011 | BSIT | STEV | Stevia | (60,000) | stock split | split stock out | USD | - | - | - |
| STEV | ACCOPINA | 12164 | 3/7/2011 | BSIT | STEV | Stevia | 2,100,000 | stock split | split stock in | USD | - | - | - |
| STEV | ACCOPINA | 12166 | 3/7/2011 | REST | STEV-E | Stevia | (180,000) | stock split | split stock out | USD | - | - | - |
| STEV | ACCOPINA | 12166 | 3/7/2011 | REST | STEV-E | Stevia | 6,300,000 | stock split | split stock in | USD | - | - | - |
| STEV | ACCOPINA | 11795 | 3/10/2011 | LEGR | STEV | Stevia | (120,000) | deliver stock | stock delivery | USD | - | (100.00) | - |
| STEV | ACCOPINA | 11795 | 3/10/2011 | LEGR | | | | deliver stock | deliver stock | USD | - | (50.00) | - |
| STEV | ACCOPINA | 11836 | 3/11/2011 | REST | STEV-E | Stevia | 120,000 | receive stock | buy stock | USD | - | (100.00) | - |
| STEV | ACCOPINA | 10786 | 3/14/2011 | LGTC | STEV | Stevia | 60,000 | receive stock | buy stock | USD | - | (100.00) | - |
| STEV | ACCOPINA | 12246 | 3/18/2011 | REST | STEV-E | Stevia | (4,080,000) | deliver stock | stock delivery | USD | - | (100.00) | - |
| STEV | ACCOPINA | 12246 | 3/18/2011 | REST | | | | deliver stock | deliver stock | USD | - | (50.00) | - |
| STEV | ACCOPINA | 12247 | 3/22/2011 | LEGR | STEV | Stevia | 2,040,000 | receive stock | buy stock | USD | - | (100.00) | - |
| STEV | ACCOPINA | 12777 | 3/22/2011 | LEGR | STEV | Stevia | 2,040,000 | receive stock | buy stock | USD | - | (100.00) | - |
| STEV | ACCOPINA | 12989 | 3/30/2011 | WORK | | | | interest charge | interest charge | USD | - | (60.95) | - |
| STEV | ACCOPINA | 14684 | 4/28/2011 | WORK | | | | interest charge | interest charge | USD | - | (67.32) | - |
| STEV | ACCOPINA | 16453 | 5/31/2011 | WORK | | | | interest charge | interest charge | USD | - | (78.67) | - |
| STEV | ACCOPINA | 16630 | 6/6/2011 | WORK | | | | 6 incorporations | debit | USD | - | (16,900.00) | - |
| STEV | ACCOPINA | 17891 | 6/30/2011 | WORK | | | | custody fees | debit | USD | - | (13,260.00) | - |
| STEV | ACCOPINA | 18063 | 6/30/2011 | WORK | | | | custody fees | interest charge | USD | - | (81.23) | - |
| STEV | ACCOPINA | 18309 | 7/1/2011 | REST | STEV-E | Stevia | 2,040,000 | receive stock | buy stock | USD | - | (100.00) | - |
| STEV | ACCOPINA | 18319 | 7/7/2011 | LEGR | STEV | Stevia | (2,040,000) | return certificate | stock delivery | USD | 45.00 | (145.00) | - |
| STEV | ACCOPINA | 19226 | 7/29/2011 | WORK | | | | interest charge | interest charge | USD | - | (651.29) | - |
| STEV | ACCOPINA | 20346 | 8/31/2011 | WORK | | | | interest charge | interest charge | USD | - | (757.03) | - |
| STEV | ACCOPINA | 21231 | 9/23/2011 | CBHQ | | | | FinnCom TT | debit | USD | (62,589.60) | (63,215.50) | - |
| STEV | ACCOPINA | 21700 | 9/29/2011 | WORK | | | | custody fees | debit | USD | - | (15,600.00) | - |
| STEV | ACCOPINA | 21859 | 9/29/2011 | WORK | | | | interest charge | interest charge | USD | - | (966.86) | - |
| STEV | ACCOPINA | 22014 | 10/3/2011 | WORK | | | | internal transfer STEV | credit | USD | - | 650,000.00 | - |
| STEV | ACCOPINA | 22017 | 10/3/2011 | DGMI | | | | Capital Financial Media TT | debit | USD | (400,110.00) | (404,111.10) | - |
| STEV | ACCOPINA | 22287 | 10/4/2011 | DGMI | | | | Stevia TT | debit | USD | (250,110.00) | (252,618.07) | - |
| STEV | ACCOPINA | 22441 | 10/4/2011 | DGMI | | | | Marketwire TT | debit | USD | 447,570.00 | (48,045.70) | - |
| STEV | ACCOPINA | 22214 | 10/5/2011 | LEGR | STEV | Stevia | 10,000 | buy stock | buy stock | USD | (9,082.40) | (9,218.64) | - |
| STEV | ACCOPINA | 22326 | 10/6/2011 | LGTC | STEV | Stevia | (240,000) | sell stock | sell stock | USD | 190,105.09 | 186,302.99 | - |
| STEV | ACCOPINA | 22272 | 10/6/2011 | LEGR | STEV | Stevia | 5,000 | buy stock | buy stock | USD | (3,927.10) | (4,027.10) | - |
| STEV | ACCOPINA | 22312 | 10/6/2011 | FINC | STEV | Stevia | 2,500 | buy stock | buy stock | USD | (2,060.00) | (2,160.00) | - |
| STEV | ACCOPINA | 22220 | 10/6/2011 | BSIT | STEV | Stevia | (15,000) | sell stock | sell stock | USD | 13,138.32 | 12,744.17 | - |
| STEV | ACCOPINA | 22273 | 10/6/2011 | LEGR | STEV | Stevia | (254,800) | sell stock | sell stock | USD | 206,948.04 | 203,843.82 | - |
| STEV | ACCOPINA | 22334 | 10/7/2011 | LEGR | STEV | Stevia | 4,700 | buy stock | buy stock | USD | (4,471.20) | (4,571.20) | - |
| STEV | ACCOPINA | 22333 | 10/7/2011 | LEGR | STEV | Stevia | (274,800) | sell stock | sell stock | USD | 249,778.74 | 246,032.06 | - |
| STEV | ACCOPINA | 22283 | 10/7/2011 | BSIT | STEV | Stevia | (207,500) | sell stock | sell stock | USD | 173,818.36 | 168,603.81 | - |
| STEV | ACCOPINA | 22296 | 10/7/2011 | CASH | | | | debit Toonice | debit | CAD | (25,000.00) | - | (26,250.00) |
| STEV | ACCOPINA | 22298 | 10/7/2011 | TDCO | | | | forex ck #318 | forex debit | USD | (25,661.78) | (25,918.40) | - |
| STEV | ACCOPINA | 22298 | 10/7/2011 | CASH | | | | forex ck #318 | forex credit | CAD | 26,250.00 | - | 26,250.00 |

A4583

STEV Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STEV | ACCOPINA | 23037 | 10/10/2011 | LEGR | STEV | Stevia | (251,094) | sell stock | sell stock | USD | 245,489.50 | 241,807.16 | - |
| STEV | ACCOPINA | 22331 | 10/10/2011 | LEGR | STEV | Stevia | 162,500 | buy stock | buy stock | USD | (159,676.25) | (162,071.39) | - |
| STEV | ACCOPINA | 22412 | 10/11/2011 | LEGR | STEV | Stevia | 52,600 | buy stock | buy stock | USD | (44,508.89) | (45,176.52) | - |
| STEV | ACCOPINA | 22369 | 10/11/2011 | BSIT | STEV | Stevia | (190,000) | sell stock | sell stock | USD | 126,824.51 | 123,019.77 | - |
| STEV | ACCOPINA | 22372 | 10/11/2011 | BSIT | STEV | Stevia | (155,500) | sell stock | sell stock | USD | 141,365.75 | 137,124.78 | - |
| STEV | ACCOPINA | 22415 | 10/11/2011 | LEGR | STEV | Stevia | (142,480) | sell stock | sell stock | USD | 122,751.01 | 120,909.74 | - |
| STEV | ACCOPINA | 22391 | 10/11/2011 | WORK | | | | internal transfer | debit | USD | - | (404,211.10) | - |
| STEV | ACCOPINA | 22392 | 10/11/2011 | DGMI | | | | Aquiline TT | debit | USD | (50,070.00) | (50,570.70) | - |
| STEV | ACCOPINA | 22393 | 10/11/2011 | DGMI | | | | Diamond Spot TT | debit | USD | (54,120.00) | (54,661.20) | - |
| STEV | ACCOPINA | 22468 | 10/12/2011 | LEGR | STEV | Stevia | (36,500) | sell stock | sell stock | USD | 32,185.91 | 31,703.12 | - |
| STEV | ACCOPINA | 22469 | 10/12/2011 | LEGR | STEV | Stevia | 1,700 | buy stock | buy stock | USD | (1,633.07) | (1,733.07) | - |
| STEV | ACCOPINA | 22381 | 10/13/2011 | BSIT | STEV | Stevia | (52,500) | sell stock | sell stock | USD | 44,623.41 | 43,283.74 | - |
| STEV | ACCOPINA | 22499 | 10/13/2011 | DGMI | | | | International Venture TT | debit | USD | (25,070.00) | (25,320.70) | - |
| STEV | ACCOPINA | 22520 | 10/14/2011 | BSIT | STEV | Stevia | (50,000) | sell stock | sell stock | USD | 46,850.34 | 45,444.83 | - |
| STEV | ACCOPINA | 22526 | 10/14/2011 | DGMI | | | | Capital Financial Media TT | debit | USD | (460,110.00) | (464,711.10) | - |
| STEV | ACCOPINA | 22651 | 10/17/2011 | LEGR | STEV | Stevia | (98,200) | sell stock | sell stock | USD | 97,118.15 | 95,661.38 | - |
| STEV | ACCOPINA | 22539 | 10/17/2011 | LEGR | STEV | Stevia | (105,500) | sell stock | sell stock | USD | 96,620.21 | 93,721.60 | - |
| STEV | ACCOPINA | 22652 | 10/18/2011 | LEGR | STEV | Stevia | (5,000) | sell stock | sell stock | USD | 4,026.25 | 3,926.25 | - |
| STEV | ACCOPINA | 22576 | 10/18/2011 | BSIT | STEV | Stevia | (105,941) | sell stock | sell stock | USD | 101,046.22 | 98,014.83 | - |
| STEV | ACCOPINA | 22653 | 10/19/2011 | LEGR | STEV | Stevia | (2,500) | sell stock | sell stock | USD | 2,187.45 | 2,087.45 | - |
| STEV | ACCOPINA | 22636 | 10/19/2011 | BSIT | STEV | Stevia | (296,310) | sell stock | sell stock | USD | 288,104.49 | 279,461.36 | - |
| STEV | ACCOPINA | 22672 | 10/20/2011 | LEGR | STEV | Stevia | 1,400 | buy stock | buy stock | USD | (1,332.00) | (1,332.00) | - |
| STEV | ACCOPINA | 22673 | 10/20/2011 | LEGR | STEV | Stevia | (48,100) | sell stock | sell stock | USD | 41,416.04 | 40,794.80 | - |
| STEV | ACCOPINA | 22661 | 10/20/2011 | BSIT | STEV | Stevia | (40,000) | sell stock | sell stock | USD | 34,424.74 | 33,392.00 | - |
| STEV | ACCOPINA | 22703 | 10/21/2011 | LEGR | STEV | Stevia | 10,000 | buy stock | buy stock | USD | (8,874.00) | (9,007.11) | - |
| STEV | ACCOPINA | 22704 | 10/21/2011 | LEGR | STEV | Stevia | (43,500) | sell stock | sell stock | USD | 37,139.57 | 36,582.48 | - |
| STEV | ACCOPINA | 22685 | 10/21/2011 | BSIT | STEV | Stevia | (35,000) | sell stock | sell stock | USD | 30,168.35 | 29,263.30 | - |
| STEV | ACCOPINA | 22694 | 10/21/2011 | CBHO | STEV | Stevia | 2,200 | buy stock | buy stock | USD | (2,097.42) | (2,197.42) | - |
| STEV | ACCOPINA | 22757 | 10/24/2011 | LEGR | STEV | Stevia | 25,000 | buy stock | buy stock | USD | (21,887.50) | (22,215.81) | - |
| STEV | ACCOPINA | 22758 | 10/24/2011 | LEGR | STEV | Stevia | (56,900) | sell stock | sell stock | USD | 47,664.15 | 46,949.19 | - |
| STEV | ACCOPINA | 22710 | 10/24/2011 | BSIT | STEV | Stevia | (45,000) | sell stock | sell stock | USD | 39,121.29 | 37,947.65 | - |
| STEV | ACCOPINA | 22814 | 10/25/2011 | LEGR | STEV | Stevia | (24,000) | sell stock | sell stock | USD | 18,786.81 | 18,505.01 | - |
| STEV | ACCOPINA | 22773 | 10/25/2011 | BSIT | STEV | Stevia | (43,000) | sell stock | sell stock | USD | 36,684.66 | 35,584.12 | - |
| STEV | ACCOPINA | 22777 | 10/25/2011 | CBHO | STEV | Stevia | 22,834 | buy stock | buy stock | USD | (20,166.44) | (20,670.60) | - |
| STEV | ACCOPINA | 22799 | 10/25/2011 | DGMI | | | | GR Capital TT | debit | USD | (42,894.00) | (43,322.94) | - |
| STEV | ACCOPINA | 22795 | 10/25/2011 | DGMI | | | | Zacks Investment TT | debit | USD | (18,570.00) | (18,755.70) | - |
| STEV | ACCOPINA | 22889 | 10/26/2011 | LEGR | STEV | Stevia | (76,400) | sell stock | sell stock | USD | 60,484.66 | 59,577.39 | - |
| STEV | ACCOPINA | 22838 | 10/26/2011 | CBHO | STEV | Stevia | 100,000 | buy stock | buy stock | USD | (82,588.08) | (84,652.78) | - |
| STEV | ACCOPINA | 22945 | 10/27/2011 | LEGR | STEV | Stevia | (98,400) | sell stock | sell stock | USD | 82,575.63 | 81,337.00 | - |
| STEV | ACCOPINA | 22742 | 10/28/2011 | BSIT | STEV | Stevia | (170,400) | sell stock | sell stock | USD | 137,659.60 | 133,728.81 | - |
| STEV | ACCOPINA | 22906 | 10/28/2011 | LEGR | STEV | Stevia | (47,400) | sell stock | sell stock | USD | 39,909.52 | 39,302.61 | - |
| STEV | ACCOPINA | 22952 | 10/28/2011 | BSIT | STEV | Stevia | (363,500) | sell stock | sell stock | USD | 307,977.77 | 298,738.44 | - |
| STEV | ACCOPINA | 22956 | 10/28/2011 | CBHO | STEV | Stevia | 95,400 | buy stock | buy stock | USD | (78,573.58) | (80,537.92) | - |
| STEV | ACCOPINA | 23089 | 10/28/2011 | TDCO | | | | forex ck #337 | forex debit | CAD | (4,196.17) | (4,238.13) | - |
| STEV | ACCOPINA | 23089 | 10/28/2011 | CASH | | | | forex ck #337 | forex credit | CAD | 4,200.00 | - | 4,200.00 |
| STEV | ACCOPINA | 22968 | 10/28/2011 | CASH | | | | Paragon | debit | CAD | (4,000.00) | - | (4,200.00) |
| STEV | ACCOPINA | 22982 | 10/29/2011 | DGMI | | | | Capital Financial TT | debit | USD | (100,110.00) | (101,111.10) | - |
| STEV | ACCOPINA | 23054 | 10/31/2011 | LEGR | STEV | Stevia | (156,043) | sell stock | sell stock | USD | 134,584.39 | 132,565.62 | - |
| STEV | ACCOPINA | 23002 | 10/31/2011 | BSIT | STEV | Stevia | (260,500) | sell stock | sell stock | USD | 221,794.35 | 215,140.52 | - |
| STEV | ACCOPINA | 23428 | 10/31/2011 | TDCO | | | | forex ck #339 | forex debit | USD | (11.10) | (11.21) | - |
| STEV | ACCOPINA | 23428 | 10/31/2011 | CASH | | | | forex ck #339 | forex credit | CAD | 11.05 | 11.05 | 11.05 |
| STEV | ACCOPINA | 23045 | 10/31/2011 | REST | STEV-E | Stevia | (4,260,000) | deliver stock | stock delivery | USD | - | - | - |
| STEV | ACCOPINA | 23045 | 10/31/2011 | REST | | | | deliver stock | debit | USD | (800.00) | (150.00) | - |

A4584

STEV Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STEV | ACCOPINA | 23046 | 10/31/2011 | BCEL | | | | Routh ck #523 | debit | USD | (63.50) | (163.50) | - |
| STEV | ACCOPINA | 23322 | 10/31/2011 | WORK | | | | | interest payment | USD | | 48.89 | - |
| STEV | ACCOPINA | 23323 | 10/31/2011 | WORK | | | | | interest charge | CAD | | | (11.05) |
| STEV | ACCOPINA | 23416 | 1/1/2011 | LGTC | STEV | Stevia | (30,000) | | sell stock | USD | 26,897.30 | 26,359.35 | - |
| STEV | ACCOPINA | 23365 | 1/1/2011 | LEGR | STEV | Stevia | (221,000) | | sell stock | USD | 197,304.96 | 194,345.39 | - |
| STEV | ACCOPINA | 23073 | 1/1/2011 | CBHQ | STEV | Stevia | 45,000 | | buy stock | USD | (40,253.40) | (41,259.74) | - |
| STEV | ACCOPINA | 23080 | 1/1/2011 | DGMI | STEV | Stevia | | Marketwue TT | debit | USD | (45,070.00) | (45,520.70) | - |
| STEV | ACCOPINA | 23399 | 1/2/2011 | LEGR | STEV | Stevia | (38,600) | | sell stock | USD | 34,963.19 | 34,438.74 | - |
| STEV | ACCOPINA | 23371 | 1/2/2011 | CBHQ | STEV | Stevia | 20,000 | | buy stock | USD | (18,601.95) | (19,067.00) | - |
| STEV | ACCOPINA | 23095 | 1/2/2011 | LGTC | STEV | Stevia | (1,500,000) | CBHQ DTC | stock delivery | USD | (169.84) | (269.84) | - |
| STEV | ACCOPINA | 23096 | 1/2/2011 | CBHQ | STEV | Stevia | 1,500,000 | CBHQ DTC | transfer stock in | USD | (15.02) | (15.02) | - |
| STEV | ACCOPINA | 23396 | 1/2/2011 | DGMI | STEV | Stevia | | Capital Financial Media TT | debit | USD | (500,150.00) | (505,151.50) | - |
| STEV | ACCOPINA | 23456 | 1/3/2011 | LEGR | STEV | Stevia | (193,263) | | sell stock | USD | 187,983.09 | 185,163.34 | - |
| STEV | ACCOPINA | 23548 | 1/4/2011 | FINC | STEV | Stevia | 4,500 | | buy stock | USD | (4,414.22) | (4,524.58) | - |
| STEV | ACCOPINA | 23511 | 1/4/2011 | VERL | STEV | Stevia | 42,500 | | buy stock | USD | (40,798.30) | (41,818.26) | - |
| STEV | ACCOPINA | 23468 | 1/4/2011 | BSIT | STEV | Stevia | (25,429) | | sell stock | USD | 25,379.95 | 24,618.55 | - |
| STEV | ACCOPINA | 23481 | 1/4/2011 | CBHQ | STEV | Stevia | (180,000) | | sell stock | USD | 183,420.97 | 178,835.45 | - |
| STEV | ACCOPINA | 23497 | 1/4/2011 | BSIT | STEV | Stevia | | Diamond Spot Media TT | debit | USD | (500,015.00) | (505,015.15) | - |
| STEV | ACCOPINA | 23551 | 1/7/2011 | VERL | STEV | Stevia | 40,300 | | buy stock | USD | (40,045.65) | (41,046.79) | - |
| STEV | ACCOPINA | 23595 | 1/7/2011 | FINC | STEV | Stevia | 59,600 | | buy stock | USD | (59,170.66) | (60,649.93) | - |
| STEV | ACCOPINA | 23048 | 1/7/2011 | STEL | STEV | Stevia | 2,100,000 | | receive stock | USD | (4,847.00) | (4,947.00) | - |
| STEV | ACCOPINA | 23520 | 1/7/2011 | CBHQ | STEV | Stevia | (220,471) | | sell stock | USD | 218,030.70 | 212,579.93 | - |
| STEV | ACCOPINA | 23047 | 1/7/2011 | BSIT | STEV | Stevia | 2,160,000 | | receive stock | USD | | (100.00) | - |
| STEV | ACCOPINA | 23629 | 1/8/2011 | FINC | STEV | Stevia | 40,000 | | buy stock | USD | (37,766.00) | (38,710.15) | - |
| STEV | ACCOPINA | 23596 | 1/8/2011 | VERL | STEV | Stevia | 40,000 | | buy stock | USD | (37,311.00) | (38,243.78) | - |
| STEV | ACCOPINA | 23571 | 1/8/2011 | CBHQ | STEV | Stevia | (440,000) | | sell stock | USD | 436,527.59 | 425,614.40 | - |
| STEV | ACCOPINA | 23572 | 1/8/2011 | CBHQ | STEV | Stevia | 25,000 | | buy stock | USD | (20,838.25) | (21,359.21) | - |
| STEV | ACCOPINA | 23632 | 1/9/2011 | DGMI | STEV | Stevia | (7,500) | | sell stock | USD | 6,110.87 | 6,010.87 | - |
| STEV | ACCOPINA | 23618 | 1/9/2011 | DGMI | STEV | Stevia | | Capital Financial Media TT | debit | USD | (450,110.00) | (454,611.10) | - |
| STEV | ACCOPINA | 23619 | 1/9/2011 | DGMI | STEV | Stevia | | Diamond Spot Media TT | debit | USD | (400,110.00) | (404,111.10) | - |
| STEV | ACCOPINA | 23655 | 1/10/2011 | VERL | STEV | Stevia | 102,500 | | buy stock | USD | (84,451.00) | (86,562.27) | - |
| STEV | ACCOPINA | 23660 | 1/10/2011 | LEGR | STEV | Stevia | (15,000) | | sell stock | USD | 11,930.76 | 11,751.80 | - |
| STEV | ACCOPINA | 23751 | 1/11/2011 | FINC | STEV | Stevia | 7,500 | | buy stock | USD | (5,285.98) | (5,418.13) | - |
| STEV | ACCOPINA | 23676 | 1/11/2011 | VERL | STEV | Stevia | 175,000 | | buy stock | USD | (135,985.05) | (139,384.68) | - |
| STEV | ACCOPINA | 23670 | 1/11/2011 | DGMI | STEV | Stevia | | Diamond Spot Media TT | debit | USD | (120,110.00) | (121,311.10) | - |
| STEV | ACCOPINA | 23669 | 1/11/2011 | DGMI | STEV | Stevia | | Capital Financial Media TT | debit | USD | (350,110.00) | (353,611.10) | - |
| STEV | ACCOPINA | 23752 | 1/14/2011 | VERL | STEV | Stevia | 10,000 | | buy stock | USD | (7,389.50) | (7,574.24) | - |
| STEV | ACCOPINA | 23754 | 1/14/2011 | LEGR | STEV | Stevia | (5,700) | | sell stock | USD | 4,121.86 | 4,021.86 | - |
| STEV | ACCOPINA | 23715 | 1/14/2011 | HYPP | STEV | Stevia | 31,900 | | buy stock | USD | (22,780.39) | (23,349.90) | - |
| STEV | ACCOPINA | 23751 | 1/14/2011 | DGMI | STEV | Stevia | | Winning Media TT | debit | USD | (10,110.00) | (10,110.00) | - |
| STEV | ACCOPINA | 23841 | 1/15/2011 | FINC | STEV | Stevia | 25,000 | | buy stock | USD | (18,048.90) | (18,500.12) | - |
| STEV | ACCOPINA | 23809 | 1/15/2011 | LEGR | STEV | Stevia | (50,388) | | sell stock | USD | 34,610.84 | 34,091.68 | - |
| STEV | ACCOPINA | 23772 | 1/15/2011 | LEGR | STEV | Stevia | (46,600) | | sell stock | USD | 33,408.75 | 32,573.53 | - |
| STEV | ACCOPINA | 23852 | 1/16/2011 | LEGR | STEV | Stevia | (42,100) | | sell stock | USD | 30,075.63 | 29,624.50 | - |
| STEV | ACCOPINA | 24101 | 1/16/2011 | HYPP | STEV | Stevia | 10,000 | | buy stock | USD | (7,475.94) | (7,662.84) | - |
| STEV | ACCOPINA | 23829 | 1/16/2011 | CBHQ | STEV | Stevia | (325,000) | | sell stock | USD | 229,023.11 | 223,297.53 | - |
| STEV | ACCOPINA | 23831 | 1/16/2011 | DGMI | STEV | Stevia | | Weintz Company TT | debit | USD | (23,600.00) | (23,836.00) | - |
| STEV | ACCOPINA | 23899 | 1/17/2011 | CBHQ | STEV | Stevia | (15,200) | | sell stock | USD | 10,366.18 | 10,210.69 | - |
| STEV | ACCOPINA | 23861 | 1/17/2011 | LEGR | STEV | Stevia | (300,000) | | sell stock | USD | 218,080.66 | 212,628.64 | - |
| STEV | ACCOPINA | 23980 | 1/18/2011 | LEGR | STEV | Stevia | (52,400) | | sell stock | USD | 35,568.40 | 35,034.87 | - |
| STEV | ACCOPINA | 23909 | 1/18/2011 | CBHQ | STEV | Stevia | (190,000) | | sell stock | USD | 105,995.72 | 103,345.83 | - |
| STEV | ACCOPINA | 23947 | 1/18/2011 | DGMI | STEV | Stevia | | Diamond Spot TT | debit | USD | (235,110.00) | (237,461.10) | - |

STEV Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STEV | ACCOPINA | 24038 | 11/21/2011 | LEGR | STEV | Stevia | (20,000) | | sell stock | USD | 14,638.41 | 14,418.83 | - |
| STEV | ACCOPINA | 23989 | 11/21/2011 | CBHO | STEV | Stevia | (60,000) | | sell stock | USD | 41,578.45 | 40,538.99 | - |
| STEV | ACCOPINA | 24087 | 11/22/2011 | LEGR | STEV | Stevia | (20,000) | | sell stock | USD | 15,519.69 | 15,286.89 | - |
| STEV | ACCOPINA | 24047 | 11/22/2011 | CASH | | | | Bedford payroll | debit | CAD | (8,000.00) | (8,400.00) | |
| STEV | ACCOPINA | 24050 | 11/22/2011 | BSIT | STEV | Stevia | 40,000 | | buy stock | USD | (30,493.58) | (31,408.39) | - |
| STEV | ACCOPINA | 24053 | 11/22/2011 | CBHO | STEV | Stevia | (88,361) | | sell stock | USD | 66,395.43 | 64,735.54 | - |
| STEV | ACCOPINA | 24165 | 11/22/2011 | TDCO | | | | forex ck #359 | forex debit | USD | (8,140.94) | (8,222.35) | - |
| STEV | ACCOPINA | 24165 | 11/22/2011 | CASH | | | | forex ck #359 | forex credit | CAD | 8,400.00 | 8,400.00 | 8,400.00 |
| STEV | ACCOPINA | 24147 | 11/23/2011 | LEGR | STEV | Stevia | (15,712) | | sell stock | USD | 12,803.44 | 12,611.39 | - |
| STEV | ACCOPINA | 24280 | 11/28/2011 | VERL | STEV | Stevia | (170,000) | | sell stock | USD | 148,090.32 | 144,388.06 | - |
| STEV | ACCOPINA | 24317 | 11/28/2011 | LGTC | STEV | Stevia | (90,000) | | sell stock | USD | 42,887.45 | 42,029.70 | - |
| STEV | ACCOPINA | 24243 | 11/28/2011 | DGMI | | | | Diamond Spot Media TT | debit | USD | (65,070.00) | (65,720.70) | - |
| STEV | ACCOPINA | 24259 | 11/28/2011 | DGMI | | | | Full Service Media TT | debit | USD | (10,035.00) | (10,135.35) | - |
| STEV | ACCOPINA | 24314 | 11/29/2011 | VERL | STEV | Stevia | (6,555) | | sell stock | USD | 5,697.52 | 5,555.08 | - |
| STEV | ACCOPINA | 24614 | 11/29/2011 | LGTC | STEV | Stevia | (60,000) | | sell stock | USD | 55,100.95 | 53,998.93 | - |
| STEV | ACCOPINA | 24295 | 11/29/2011 | BSIT | STEV | Stevia | (220,000) | | sell stock | USD | 200,371.63 | 194,360.48 | - |
| STEV | ACCOPINA | 24485 | 11/29/2011 | WORK | | | | interest payment | interest payment | USD | - | 87.17 | - |
| STEV | ACCOPINA | 24616 | 11/30/2011 | HYPP | STEV | Stevia | 17,500 | | buy stock | USD | (14,093.37) | (14,445.70) | - |
| STEV | ACCOPINA | 24319 | 11/30/2011 | BSIT | STEV | Stevia | (442,000) | | sell stock | USD | 387,478.93 | 375,854.56 | - |
| STEV | ACCOPINA | 24621 | 12/1/2011 | BSIT | STEV | Stevia | (175,000) | | sell stock | USD | 140,410.37 | 136,198.06 | - |
| STEV | ACCOPINA | 24702 | 12/2/2011 | VERL | STEV | Stevia | (100,000) | | sell stock | USD | 83,350.67 | 81,266.90 | - |
| STEV | ACCOPINA | 24763 | 12/2/2011 | FINC | STEV | Stevia | (139,100) | | sell stock | USD | 120,085.49 | 117,083.35 | - |
| STEV | ACCOPINA | 24708 | 12/2/2011 | BSIT | STEV | Stevia | (275,000) | | sell stock | USD | 224,052.25 | 217,330.68 | - |
| STEV | ACCOPINA | 24709 | 12/5/2011 | BSIT | STEV | Stevia | (400,000) | | sell stock | USD | 337,957.11 | 327,818.40 | - |
| STEV | ACCOPINA | 24820 | 12/6/2011 | BSIT | STEV | Stevia | (450,000) | | sell stock | USD | 360,568.85 | 349,751.78 | - |
| STEV | ACCOPINA | 24843 | 12/7/2011 | VERL | STEV | Stevia | (50,000) | | sell stock | USD | 40,019.02 | 39,018.54 | - |
| STEV | ACCOPINA | 24821 | 12/7/2011 | BSIT | STEV | Stevia | (200,000) | | sell stock | USD | 155,617.88 | 150,949.34 | - |
| STEV | ACCOPINA | 24832 | 12/7/2011 | BSIT | | | | GR Capital TT | debit | USD | (68,282.00) | (68,964.82) | - |
| STEV | ACCOPINA | 25019 | 12/7/2011 | HYPP | STEV | Stevia | 10,000 | | buy stock | USD | (8,131.94) | (8,335.24) | - |
| STEV | ACCOPINA | 24880 | 12/8/2011 | VERL | STEV | Stevia | (35,881) | | sell stock | USD | 29,050.77 | 28,324.50 | - |
| STEV | ACCOPINA | 24029 | 12/8/2011 | LGTC | STEV | Stevia | (20,000) | | sell stock | USD | 16,317.48 | 15,991.13 | - |
| STEV | ACCOPINA | 24851 | 12/8/2011 | BSIT | STEV | Stevia | (55,000) | | sell stock | USD | 43,779.59 | 42,466.20 | - |
| STEV | ACCOPINA | 25022 | 12/8/2011 | HYPP | STEV | Stevia | 25,000 | | buy stock | USD | (20,482.88) | (20,994.95) | - |
| STEV | ACCOPINA | 24980 | 12/9/2011 | LGTC | STEV | Stevia | (20,000) | | sell stock | USD | 16,317.48 | 15,991.13 | - |
| STEV | ACCOPINA | 24994 | 12/9/2011 | BSIT | | | | forex | forex debit | USD | (154,275.66) | (155,818.42) | - |
| STEV | ACCOPINA | 24994 | 12/9/2011 | CASH | | | | forex | forex credit | CAD | 157,500.00 | 157,500.00 | 157,500.00 |
| STEV | ACCOPINA | 24903 | 12/9/2011 | DGMI | | | | Marketwave TT | debit | CAD | (47,570.00) | (48,045.70) | - |
| STEV | ACCOPINA | 24904 | 12/9/2011 | CASH | | | | | debit | CAD | (150,000.00) | (150,000.00) | (157,500.00) |
| STEV | ACCOPINA | 24974 | 12/12/2011 | VERL | STEV | Stevia | (18,000) | | sell stock | USD | 13,419.20 | 13,083.72 | - |
| STEV | ACCOPINA | 25039 | 12/12/2011 | FINC | STEV | Stevia | 10,000 | | buy stock | USD | (8,970.56) | (9,249.99) | - |
| STEV | ACCOPINA | 24934 | 12/12/2011 | BSIT | STEV | Stevia | 17,000 | | buy stock | USD | (13,292.14) | (13,690.90) | - |
| STEV | ACCOPINA | 24986 | 12/13/2011 | REST | STEV-R | Stevia | 18,000,000 | Issued July 21, 2011 certs 85-90 | buy stock | USD | - | (100.00) | |
| STEV | ACCOPINA | 25102 | 12/14/2011 | FINC | STEV | Stevia | 25,000 | | buy stock | USD | (18,270.00) | (18,726.75) | - |
| STEV | ACCOPINA | 25041 | 12/14/2011 | CASH | | | | bedford payroll | debit | CAD | (8,000.00) | (8,400.00) | |
| STEV | ACCOPINA | 25045 | 12/14/2011 | TDCO | | | | forex ck #377 | forex debit | USD | (8,212.43) | (8,294.55) | - |
| STEV | ACCOPINA | 25045 | 12/14/2011 | CASH | | | | forex ck #377 | forex credit | CAD | 8,400.00 | 8,400.00 | 8,400.00 |
| STEV | ACCOPINA | 25079 | 12/15/2011 | HYPP | STEV | Stevia | 46,500 | | buy stock | USD | (34,288.34) | (35,145.55) | - |
| STEV | ACCOPINA | 25087 | 12/15/2011 | DGMI | | | | Vulcan Communications TT | debit | USD | (5,035.00) | (5,135.00) | - |
| STEV | ACCOPINA | 25129 | 12/16/2011 | WORK | | | | internal transfer STEV | debit | USD | - | (250,100.00) | - |
| STEV | ACCOPINA | 25128 | 12/16/2011 | WORK | | | | internal transfer STEV | debit | USD | - | (1,300,100.00) | - |
| STEV | ACCOPINA | 25130 | 12/16/2011 | WORK | | | | internal transfer STEV | debit | USD | - | (250,100.00) | - |
| STEV | ACCOPINA | 25131 | 12/16/2011 | WORK | | | | internal transfer STEV | debit | USD | - | (19,600.00) | - |
| STEV | ACCOPINA | 25210 | 12/20/2011 | DGMI | | | | Humber TT | credit | USD | 829,975.00 | 829,975.00 | - |

A4586

STEV Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STEV | ACCOPINA | 25233 | 12/20/2011 | DGMI | | | | Diamond Spot Media TT | debit | USD | (300,110.00) | (303,111.10) | - |
| STEV | ACCOPINA | 25298 | 12/22/2011 | FINC | STEV | Stevia | 20,000 | buy stock | buy stock | USD | (12,441.25) | (12,752.28) | - |
| STEV | ACCOPINA | 25384 | 12/22/2011 | HYPP | STEV | Stevia | 15,000 | buy stock | buy stock | USD | (9,849.51) | (10,095.75) | - |
| STEV | ACCOPINA | 25304 | 12/23/2011 | HYPP | STEV | Stevia | 50,000 | buy stock | buy stock | USD | (29,485.23) | (30,222.36) | - |
| STEV | ACCOPINA | 25340 | 12/23/2011 | FINC | STEV | Stevia | 16,800 | buy stock | buy stock | USD | (9,825.18) | (10,070.81) | - |
| STEV | ACCOPINA | 25305 | 12/27/2011 | HYPP | STEV | Stevia | 11,000 | buy stock | buy stock | USD | (6,659.74) | (6,826.23) | - |
| STEV | ACCOPINA | 25745 | 12/28/2011 | HYPP | STEV | Stevia | 73,100 | buy stock | buy stock | USD | (43,070.43) | (44,147.19) | - |
| STEV | ACCOPINA | 25344 | 12/28/2011 | STEL | STEV | Stevia | (50,000) | sell stock | sell stock | USD | 33,414.35 | 32,578.99 | - |
| STEV | ACCOPINA | 25358 | 12/29/2011 | STEL | STEV | Stevia | (80,000) | sell stock | sell stock | USD | 52,950.99 | 51,666.22 | - |
| STEV | ACCOPINA | 25741 | 12/30/2011 | STEL | STEV | Stevia | (65,000) | sell stock | sell stock | USD | 43,640.15 | 42,549.15 | - |
| STEV | ACCOPINA | 25516 | 12/31/2011 | WORK | | | | interest payment | interest payment | USD | - | (4,171.04) | - |
| STEV | ACCOPINA | 25625 | 12/31/2011 | WORK | | | | debit | debit | USD | - | (4,250.27) | - |
| STEV | ACCOPINA | 25800 | 1/3/2012 | STEL | STEV | Stevia | (161,800) | sell stock | sell stock | USD | 110,322.53 | 107,564.47 | - |
| STEV | ACCOPINA | 25882 | 1/4/2012 | STEL | STEV | Stevia | (56,600) | sell stock | sell stock | USD | 38,518.67 | 37,555.70 | - |
| STEV | ACCOPINA | 25928 | 1/5/2012 | STEL | STEV | Stevia | (204,300) | sell stock | sell stock | USD | 138,570.11 | 135,105.86 | - |
| STEV | ACCOPINA | 25945 | 1/6/2012 | LGTC | STEV | Stevia | (20,000) | sell stock | sell stock | USD | 13,797.12 | 13,521.18 | - |
| STEV | ACCOPINA | 25993 | 1/9/2012 | STEL | STEV | Stevia | (40,000) | sell stock | sell stock | USD | 26,077.39 | 25,425.46 | - |
| STEV | ACCOPINA | 25998 | 1/9/2012 | LGTC | STEV | Stevia | (2,650) | sell stock | sell stock | USD | 1,822.35 | 1,722.35 | - |
| STEV | ACCOPINA | 26038 | 1/10/2012 | STEL | STEV | Stevia | (230,000) | sell stock | sell stock | USD | 163,022.09 | 158,946.54 | - |
| STEV | ACCOPINA | 26045 | 1/10/2012 | LGTC | STEV | Stevia | (20,000) | sell stock | sell stock | USD | 13,219.12 | 12,954.74 | - |
| STEV | ACCOPINA | 26006 | 1/10/2012 | HYPP | STEV | Stevia | 10,000 | buy stock | buy stock | USD | (6,920.13) | (7,093.13) | - |
| STEV | ACCOPINA | 26111 | 1/11/2012 | LGTC | STEV | Stevia | (20,000) | sell stock | sell stock | USD | 13,840.37 | 13,563.56 | - |
| STEV | ACCOPINA | 26060 | 1/11/2012 | DGMI | | | | Diamond Spot TT | debit | USD | (100,110.00) | (101,111.10) | - |
| STEV | ACCOPINA | 26121 | 1/12/2012 | STEL | STEV | Stevia | (362,240) | sell stock | sell stock | USD | 310,547.96 | 302,784.26 | - |
| STEV | ACCOPINA | 26169 | 1/12/2012 | FINC | STEV | Stevia | (37,760) | sell stock | sell stock | USD | 34,703.02 | 33,835.44 | - |
| STEV | ACCOPINA | 26098 | 1/12/2012 | STEL | STEV | Stevia | (850,000) | sell stock | sell stock | USD | 680,743.62 | 663,725.03 | - |
| STEV | ACCOPINA | 26126 | 1/12/2012 | LGTC | STEV | Stevia | (60,000) | sell stock | sell stock | USD | 48,904.24 | 47,984.96 | - |
| STEV | ACCOPINA | 26170 | 1/13/2012 | VERL | STEV | Stevia | (29,864) | sell stock | sell stock | USD | 31,283.47 | 30,501.38 | - |
| STEV | ACCOPINA | 26206 | 1/13/2012 | FINC | STEV | Stevia | (34,040) | sell stock | sell stock | USD | 38,604.38 | 37,639.27 | - |
| STEV | ACCOPINA | 26172 | 1/13/2012 | LGTC | STEV | Stevia | (57,350) | sell stock | sell stock | USD | 49,857.06 | 48,859.92 | - |
| STEV | ACCOPINA | 26147 | 1/13/2012 | WORK | | | | internal transfer STEV | debit | USD | - | (646,933.00) | - |
| STEV | ACCOPINA | 26149 | 1/13/2012 | WORK | | | | internal transfer STEV | debit | USD | - | (481,933.00) | - |
| STEV | ACCOPINA | 26148 | 1/13/2012 | HYPP | STEV | Stevia | (300,000) | sell stock | sell stock | USD | 285,868.64 | 278,721.92 | - |
| STEV | ACCOPINA | 26241 | 1/18/2012 | CASH | | | | Hoepner | debit | CAD | (7,500.00) | - | (7,875.00) |
| STEV | ACCOPINA | 26249 | 1/18/2012 | TDCO | | | | forex ck #396 | forex debit | USD | (7,867.82) | (7,946.59) | - |
| STEV | ACCOPINA | 26249 | 1/18/2012 | CASH | | | | forex ck #396 | forex credit | CAD | 7,875.00 | - | 7,875.00 |
| STEV | ACCOPINA | 26423 | 1/24/2012 | DGMI | | | | Pacific Word & Images TT | debit | USD | (20,070.00) | (20,270.70) | - |
| STEV | ACCOPINA | 26849 | 1/30/2012 | DGMH | | | | interest payment | interest payment | USD | - | (1,176.51) | - |
| STEV | ACCOPINA | 26652 | 1/31/2012 | DGMH | | | | Pine Tree TT | credit | USD | 529,960.00 | 529,960.00 | - |
| STEV | ACCOPINA | 27653 | 2/15/2012 | WORK | | | | internal transfer STEV | debit | USD | - | (450,100.00) | - |
| STEV | ACCOPINA | 27633 | 2/15/2012 | WORK | | | | internal transfer STEV | debit | USD | - | (680,100.00) | - |
| STEV | ACCOPINA | 27654 | 2/15/2012 | WORK | | | | internal transfer STEV | debit | USD | - | (80,100.00) | - |
| STEV | ACCOPINA | 27655 | 2/15/2012 | WORK | | | | internal transfer STVF | debit | USD | - | (364,100.00) | - |
| STEV | ACCOPINA | 27656 | 2/15/2012 | WORK | | | | internal transfer ONCS | debit | USD | - | (905,100.00) | - |
| STEV | ACCOPINA | 28150 | 2/24/2012 | DGMN | | | | Appleby TT | credit | USD | 351,985.00 | 351,985.00 | - |
| STEV | ACCOPINA | 28157 | 2/24/2012 | WORK | | | | internal transfer ONCS | debit | USD | - | (250,100.00) | - |
| STEV | ACCOPINA | 28825 | 2/29/2012 | WORK | | | | interest payment | interest payment | USD | - | 443.16 | - |
| STEV | ACCOPINA | 29249 | 3/8/2012 | BSIT | | | | forex | forex debit | CAD | (15,920.42) | (16,079.62) | - |
| STEV | ACCOPINA | 29249 | 3/8/2012 | BSIT | | | | forex | forex credit | CAD | 15,750.00 | - | 15,750.00 |
| STEV | ACCOPINA | 29210 | 3/8/2012 | CASH | | | | debit | debit | CAD | (15,000.00) | - | (15,750.00) |
| STEV | ACCOPINA | 30342 | 3/29/2012 | WORK | | | | interest payment | interest payment | USD | - | 14.99 | - |
| STEV | ACCOPINA | 32012 | 4/30/2012 | WORK | | | | interest payment | interest payment | USD | - | 13.15 | - |

A4587

STEV Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STEV | ACCOPINA | 32442 | 5/9/2012 | WORK | | | | internal transfer STEV | credit | USD | | 130,500.00 | - |
| STEV | ACCOPINA | 33632 | 5/31/2012 | WORK | | | | interest payment | interest payment | USD | | 94.98 | - |
| STEV | ACCOPINA | 33710 | 6/1/2012 | DGMI | | | | Stevia TT | debit | USD | (200,110.00) | (202,111.10) | - |
| STEV | ACCOPINA | 33814 | 6/1/2012 | WORK | | | | internal transfer STEV | credit | USD | | 167,000.00 | - |
| STEV | ACCOPINA | 33815 | 6/4/2012 | WORK | | | | Director fees | debit | USD | | (100.00) | - |
| STEV | ACCOPINA | 34386 | 6/15/2012 | WORK | | | | Jackson Bennett subcription | debit | USD | | (1,000.00) | - |
| STEV | ACCOPINA | 35133 | 6/30/2012 | WORK | | | | interest payment | interest payment | USD | | 90.30 | - |
| STEV | ACCOPINA | 35913 | 7/18/2012 | WORK | | | | director fees | debit | USD | | (200.00) | - |
| STEV | ACCOPINA | 36192 | 7/27/2012 | REST | STEV-E | Stevia | 1,017,425 | receive stock | buy stock | USD | | (100.00) | - |
| STEV | ACCOPINA | 36512 | 7/30/2012 | WORK | | | | interest payment | interest payment | USD | | 89.49 | - |
| STEV | ACCOPINA | 36760 | 8/7/2012 | BCEL | STEV-E | Stevia | | Securities Transfer Corp. ck#677 | debit | USD | (60.00) | (400.00) | - |
| STEV | ACCOPINA | 36759 | 8/7/2012 | REST | | | (1,017,425) | deliver stock | stock delivery | USD | | (400.00) | - |
| STEV | ACCOPINA | 36759 | 8/7/2012 | REST | | | | deliver stock | debit | USD | | (50.00) | - |
| STEV | ACCOPINA | 36761 | 8/10/2012 | HYPG | STEV | Stevia | 1,017,425 | receive stock | buy stock | USD | (800.00) | (900.00) | - |
| STEV | ACCOPINA | 37872 | 8/22/2012 | HYPG | STEV | Stevia | (3,800) | sell stock | sell stock | USD | 1,542.82 | 1,442.82 | - |
| STEV | ACCOPINA | 37873 | 8/24/2012 | HYPG | STEV | Stevia | (25,000) | sell stock | sell stock | USD | 8,570.73 | 8,399.32 | - |
| STEV | ACCOPINA | 37866 | 8/27/2012 | HYPG | STEV | Stevia | (20,000) | sell stock | sell stock | USD | 6,388.43 | 6,260.66 | - |
| STEV | ACCOPINA | 37851 | 8/28/2012 | HYPG | STEV | Stevia | (6,050) | sell stock | sell stock | USD | 1,824.26 | 1,724.26 | - |
| STEV | ACCOPINA | 37848 | 8/30/2012 | HYPG | STEV | Stevia | (20,000) | sell stock | sell stock | USD | 5,437.05 | 5,328.31 | - |
| STEV | ACCOPINA | 37626 | 8/31/2012 | WORK | | | | interest payment | interest payment | USD | | 95.27 | - |
| STEV | ACCOPINA | 38240 | 9/5/2012 | HYPG | STEV | Stevia | (77,641) | sell stock | sell stock | USD | 26,266.86 | 25,741.52 | - |
| STEV | ACCOPINA | 37958 | 9/6/2012 | CASH | | | | debit | debit | USD | (3,500.00) | (3,675.00) | - |
| STEV | ACCOPINA | 38241 | 9/7/2012 | HYPG | STEV | Stevia | (60,245) | sell stock | sell stock | USD | 19,243.47 | 18,858.60 | - |
| STEV | ACCOPINA | 38242 | 9/11/2012 | HYPG | STEV | Stevia | (45,000) | sell stock | sell stock | USD | 14,921.45 | 14,623.02 | - |
| STEV | ACCOPINA | 38243 | 9/12/2012 | HYPG | STEV | Stevia | (20,000) | sell stock | sell stock | USD | 6,818.03 | 6,681.67 | - |
| STEV | ACCOPINA | 38192 | 9/13/2012 | BCEL | | | | debit | debit | USD | (1,500.00) | (1,600.00) | - |
| STEV | ACCOPINA | 38244 | 9/13/2012 | HYPG | STEV | Stevia | (35,705) | sell stock | sell stock | USD | 12,096.35 | 11,854.42 | - |
| STEV | ACCOPINA | 38245 | 9/14/2012 | HYPG | STEV | Stevia | (58,100) | sell stock | sell stock | USD | 20,538.39 | 20,127.62 | - |
| STEV | ACCOPINA | 38294 | 9/17/2012 | REST | STEV-R | Stevia | (3,000,000) | deliver stock | stock delivery | USD | | (500.00) | - |
| STEV | ACCOPINA | 38294 | 9/17/2012 | REST | | | | debit | debit | USD | | (100.00) | - |
| STEV | ACCOPINA | 38295 | 9/17/2012 | BCEL | | | | Securities Transfer ck#703 | debit | USD | (75.00) | (175.00) | - |
| STEV | ACCOPINA | 38492 | 9/18/2012 | HYPG | STEV | Stevia | (1,000) | sell stock | sell stock | USD | 360.00 | 260.00 | - |
| STEV | ACCOPINA | 38493 | 9/19/2012 | HYPG | STEV | Stevia | (7,192) | sell stock | sell stock | USD | 2,191.48 | 2,091.48 | - |
| STEV | ACCOPINA | 38451 | 9/19/2012 | TDCO | | | | forex ck #570 | forex debit | USD | (4,388.95) | (4,432.84) | - |
| STEV | ACCOPINA | 38451 | 9/19/2012 | CASH | | | | forex ck #570 | forex credit | CAD | 4,200.00 | - | (4,200.00) |
| STEV | ACCOPINA | 38419 | 9/19/2012 | CASH | | | | PWI expense | debit | CAD | (4,000.00) | - | (4,200.00) |
| STEV | ACCOPINA | 38494 | 9/20/2012 | HYPG | STEV | Stevia | (38,808) | sell stock | sell stock | USD | 13,438.62 | 13,169.85 | - |
| STEV | ACCOPINA | 38474 | 9/20/2012 | REST | STEV-R | Stevia | (3,000,000) | deliver stock | stock delivery | USD | | (300.00) | - |
| STEV | ACCOPINA | 38474 | 9/20/2012 | REST | | | | debit | debit | USD | | (100.00) | - |
| STEV | ACCOPINA | 38474 | 9/24/2012 | BCEL | | | | Securities Transfer ck#716 | debit | USD | (75.00) | (175.00) | - |
| STEV | ACCOPINA | 38522 | 9/21/2012 | REST | STEV-R | Stevia | (3,000,000) | deliver stock | stock delivery | USD | | (500.00) | - |
| STEV | ACCOPINA | 38522 | 9/21/2012 | REST | | | | debit | debit | USD | | (50.00) | - |
| STEV | ACCOPINA | 38524 | 9/21/2012 | BCEL | | | | Securities Transfer ck#720 | debit | USD | (105.00) | (205.00) | - |
| STEV | ACCOPINA | 38296 | 9/21/2012 | BSIT | STEV | Stevia | 3,000,000 | receive stock | buy stock | USD | | (100.00) | - |
| STEV | ACCOPINA | 38805 | 9/24/2012 | REST | STEV | Stevia | (13,500) | sell stock | sell stock | USD | 4,675.58 | 4,575.58 | - |
| STEV | ACCOPINA | 38576 | 9/24/2012 | REST | STEV-R | Stevia | (3,000,000) | deliver stock | stock delivery | USD | | (300.00) | - |
| STEV | ACCOPINA | 38576 | 9/24/2012 | REST | | | | debit | debit | USD | | (100.00) | - |
| STEV | ACCOPINA | 38579 | 9/24/2012 | BCEL | | | | Securities Transfer ck#725 | debit | USD | (75.00) | (175.00) | - |
| STEV | ACCOPINA | 38806 | 9/25/2012 | HYPG | STEV | Stevia | (2,500) | sell stock | sell stock | USD | 712.75 | 612.75 | - |
| STEV | ACCOPINA | 38525 | 9/26/2012 | VPQU | STEV | Stevia | 3,000,000 | receive stock via DWAC | buy stock | USD | | (100.00) | - |
| STEV | ACCOPINA | 38807 | 9/26/2012 | HYPG | STEV | Stevia | (2,200) | sell stock | sell stock | USD | 605.36 | 505.36 | - |
| STEV | ACCOPINA | 38476 | 9/27/2012 | SIL2 | STEV | Stevia | 3,000,000 | receive stock | buy stock | USD | | (100.00) | - |
| STEV | ACCOPINA | 38755 | 9/27/2012 | REST | STEV-R | Stevia | (6,000,000) | deliver stock | stock delivery | USD | | (600.00) | - |

A4588

STEV Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STEV | ACCOPINA | 38755 | 9/27/2012 | REST | | | | deliver stock | debit | USD | (150.00) | (100.00) | - |
| STEV | ACCOPINA | 38756 | 9/27/2012 | BCEL | | | | Securities Transfer ck#727 | debit | USD | (150.00) | (250.00) | - |
| STEV | ACCOPINA | 38810 | 9/28/2012 | WORK | | | | internal transfer STEV | debit | USD | | (63,100.00) | - |
| STEV | ACCOPINA | 38997 | 9/29/2012 | WORK | | | | custody fees | debit | USD | | (3,052.53) | - |
| STEV | ACCOPINA | 39182 | 9/29/2012 | WORK | | | | interest payment | interest payment | USD | | 155.73 | - |
| STEV | ACCOPINA | 38582 | 10/1/2012 | HYPP | STEV | Stevia | 3,000,000 | receive stock | buy stock | USD | (368.38) | (468.38) | - |
| STEV | ACCOPINA | 38757 | 10/4/2012 | VERL | STEV | Stevia | 3,000,000 | receive stock | buy stock | USD | (500.00) | (600.00) | - |
| STEV | ACCOPINA | 38758 | 10/4/2012 | VERN | STEV | Stevia | 3,000,000 | receive stock | buy stock | USD | (500.00) | (600.00) | - |
| STEV | ACCOPINA | 39754 | 10/9/2012 | HYPG | STEV | Stevia | (18,600) | sell stock | sell stock | USD | 5,084.12 | 4,982.44 | - |
| STEV | ACCOPINA | 39948 | 10/17/2012 | HYPG | STEV | Stevia | (25,000) | sell stock | sell stock | USD | 6,890.27 | 6,752.46 | - |
| STEV | ACCOPINA | 39949 | 10/19/2012 | VERN | STEV | Stevia | (73,893) | sell stock | sell stock | USD | 21,191.95 | 20,768.11 | - |
| STEV | ACCOPINA | 40859 | 10/31/2012 | WORK | | | | interest payment | interest payment | USD | | 159.04 | - |
| STEV | ACCOPINA | 41580 | 11/21/2012 | HYPG | STEV | Stevia | (5,000) | sell stock | sell stock | USD | 716.09 | 616.09 | - |
| STEV | ACCOPINA | 41688 | 11/28/2012 | HYPG | | | | director fees | debit | USD | | (100.00) | - |
| STEV | ACCOPINA | 42126 | 11/30/2012 | HYPG | | | | interest payment | interest payment | USD | | 159.77 | - |
| STEV | ACCOPINA | 42798 | 12/18/2012 | HYPG | | | | director fees | debit | USD | | (100.00) | - |
| STEV | ACCOPINA | 42889 | 12/20/2012 | VERN | | | | Nautilus 13 sustaining fee | debit | USD | (486.73) | (586.73) | - |
| STEV | ACCOPINA | 42909 | 12/20/2012 | WORK | | | | director fees | debit | USD | | (200.00) | - |
| STEV | ACCOPINA | 42914 | 12/20/2012 | WORK | | | | director fees | debit | USD | | (400.00) | - |
| STEV | ACCOPINA | 42964 | 12/21/2012 | VERL | | | | director fees | debit | USD | | (200.00) | - |
| STEV | ACCOPINA | 43041 | 12/28/2012 | WORK | | | | directors fees | debit | USD | | (200.00) | - |
| STEV | ACCOPINA | 43296 | 12/30/2012 | WORK | | | | custody fees | debit | USD | | (6,028.69) | - |
| STEV | ACCOPINA | 43508 | 12/31/2012 | WORK | | | | interest payment | interest payment | USD | | 157.94 | - |
| STEV | ACCOPINA | 43705 | 1/4/2013 | WORK | | | | Nautilus 13 sustaining fees | debit | USD | | (1,600.00) | - |
| STEV | ACCOPINA | 43801 | 1/7/2013 | VERL | STEV | Stevia | (25,000) | sell stock | sell stock | USD | 4,102.35 | 3,999.79 | - |
| STEV | ACCOPINA | 43876 | 1/8/2013 | VERL | STEV | Stevia | (13,475) | sell stock | sell stock | USD | 2,140.75 | 2,040.75 | - |
| STEV | ACCOPINA | 43922 | 1/9/2013 | VERL | STEV | Stevia | (32,500) | sell stock | sell stock | USD | 5,394.87 | 5,260.00 | - |
| STEV | ACCOPINA | 43972 | 1/10/2013 | VERL | STEV | Stevia | (43,000) | sell stock | sell stock | USD | 7,075.41 | 6,898.52 | - |
| STEV | ACCOPINA | 44013 | 1/11/2013 | VERL | STEV | Stevia | (50,000) | sell stock | sell stock | USD | 8,239.40 | 8,033.41 | - |
| STEV | ACCOPINA | 44062 | 1/14/2013 | WORK | | | | internal transfer STEV | debit | USD | | (36,766.00) | - |
| STEV | ACCOPINA | 44061 | 1/14/2013 | WORK | | | | internal transfer STEV | debit | USD | | (30,100.00) | - |
| STEV | ACCOPINA | 44060 | 1/14/2013 | WORK | | | | internal transfer STEV | debit | USD | | (36,767.00) | - |
| STEV | ACCOPINA | 44059 | 1/14/2013 | WORK | | | | internal transfer STEV | debit | USD | | (36,767.00) | - |
| STEV | ACCOPINA | 44056 | 1/14/2013 | WORK | | | | internal transfer STEV | debit | USD | | (30,100.00) | - |
| STEV | ACCOPINA | 44055 | 1/14/2013 | WORK | | | | internal transfer STEV | debit | USD | | (30,100.00) | - |
| STEV | ACCOPINA | 44137 | 1/15/2013 | VERL | STEV | Stevia | (5,000) | sell stock | sell stock | USD | 700.00 | 600.00 | - |
| STEV | ACCOPINA | 44261 | 1/18/2013 | HYPP | STEV | Stevia | (25,000) | sell stock | sell stock | USD | 4,053.57 | 3,952.23 | - |
| STEV | ACCOPINA | 44529 | 1/21/2013 | HYPP | STEV | Stevia | (135,000) | sell stock | sell stock | USD | 27,462.87 | 26,776.30 | - |
| STEV | ACCOPINA | 44468 | 1/23/2013 | VERL | STEV | Stevia | (90,000) | sell stock | sell stock | USD | 12,660.44 | 12,343.93 | - |
| STEV | ACCOPINA | 44472 | 1/23/2013 | HYPP | STEV | Stevia | (180,000) | sell stock | sell stock | USD | 37,231.60 | 36,300.00 | - |
| STEV | ACCOPINA | 44478 | 1/24/2013 | HYPP | STEV | Stevia | (682,476) | sell stock | sell stock | USD | 21,356.92 | 20,823.00 | - |
| STEV | ACCOPINA | 44709 | 1/31/2013 | VERL | STEV | Stevia | (7,600) | sell stock | sell stock | USD | 2,078.64 | 1,978.64 | - |
| STEV | ACCOPINA | 45059 | 1/31/2013 | WORK | | | | interest payment | interest payment | USD | | 107.77 | - |
| STEV | ACCOPINA | 45098 | 2/1/2013 | HYPP | STEV | Stevia | (221,700) | sell stock | sell stock | USD | 76,806.43 | 74,886.27 | - |
| STEV | ACCOPINA | 45176 | 2/4/2013 | HYPP | STEV | Stevia | (25,000) | sell stock | sell stock | USD | 8,252.17 | 8,045.87 | - |
| STEV | ACCOPINA | 45253 | 2/5/2013 | HYPP | STEV | Stevia | (75,000) | sell stock | sell stock | USD | 26,288.56 | 25,631.35 | - |
| STEV | ACCOPINA | 45325 | 2/6/2013 | HYPP | STEV | Stevia | (200,000) | sell stock | sell stock | USD | 75,855.77 | 73,959.38 | - |
| STEV | ACCOPINA | 45392 | 2/7/2013 | HYPP | STEV | Stevia | (200,000) | sell stock | sell stock | USD | 76,448.85 | 74,537.63 | - |
| STEV | ACCOPINA | 45479 | 2/8/2013 | VERL | STEV | Stevia | (65,000) | sell stock | sell stock | USD | 22,674.39 | 22,107.53 | - |
| STEV | ACCOPINA | 45583 | 2/13/2013 | HYPP | STEV | Stevia | (100,000) | sell stock | sell stock | USD | 32,985.49 | 32,160.85 | - |
| STEV | ACCOPINA | 45638 | 2/14/2013 | HYPP | STEV | Stevia | (250,000) | sell stock | sell stock | USD | 82,167.19 | 80,113.01 | - |
| STEV | ACCOPINA | 45697 | 2/15/2013 | HYPP | STEV | Stevia | (57,305) | sell stock | sell stock | USD | 18,579.46 | 18,114.97 | - |
| STEV | ACCOPINA | 45765 | 2/19/2013 | WORK | | | | internal transfer STEV | debit | USD | | (45,100.00) | - |

A4589

STEV Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STEV | ACCO/PINA | 45766 | 2/19/2013 | WORK | | | | internal transfer STEV | debit | USD | - | (45,100.00) | - |
| STEV | ACCO/PINA | 45768 | 2/19/2013 | WORK | | | | internal transfer STEV | debit | USD | - | (45,100.00) | - |
| STEV | ACCO/PINA | 45769 | 2/19/2013 | WORK | | | | internal transfer STEV | debit | USD | - | (55,100.00) | - |
| STEV | ACCO/PINA | 45771 | 2/19/2013 | WORK | | | | internal transfer STEV | debit | USD | - | (55,100.00) | - |
| STEV | ACCO/PINA | 45772 | 2/19/2013 | WORK | | | | internal transfer STEV | debit | USD | - | (55,000.00) | - |
| STEV | ACCO/PINA | 46488 | 2/28/2013 | WORK | | | | interest payment | interest payment | USD | - | 248.91 | - |
| STEV | ACCO/PINA | 46560 | 3/1/2013 | WORK | | | | Director fees | debit | USD | - | (300.00) | - |
| STEV | ACCO/PINA | 46561 | 3/1/2013 | DGMI | | | | Stevia TT | debit | USD | (250,110.00) | (252,611.10) | - |
| STEV | ACCO/PINA | 46810 | 3/8/2013 | HYPP | STEV | Stevia | (29,452) | sell stock | sell stock | USD | 9,191.48 | 8,961.69 | - |
| STEV | ACCO/PINA | 46902 | 3/11/2013 | HYPP | | | (100,000.00) | sell stock | sell stock | USD | 35,041.52 | 34,165.48 | - |
| STEV | ACCO/PINA | 46935 | 3/11/2013 | DGMI | | | | Island stock TT | debit | USD | (720.00) | (720.00) | - |
| STEV | ACCO/PINA | 46947 | 3/12/2013 | HYPP | STEV | Stevia | (2,500) | sell stock | sell stock | USD | 738.62 | 638.62 | - |
| STEV | ACCO/PINA | 47002 | 3/13/2013 | WORK | | | | director fees | debit | USD | - | (100.000) | - |
| STEV | ACCO/PINA | 47490 | 3/27/2013 | VERL | STEV | Stevia | (43,000) | sell stock | sell stock | USD | 14,156.40 | 13,802.49 | - |
| STEV | ACCO/PINA | 47766 | 3/29/2013 | WORK | | | | custody fees | debit | USD | - | (14,205.53) | - |
| STEV | ACCO/PINA | 47957 | 3/29/2013 | WORK | | | | interest charge | interest charge | USD | - | (115.70) | - |
| STEV | ACCO/PINA | 48457 | 4/11/2013 | HYPP | STEV | Stevia | (25,000) | sell stock | sell stock | USD | 7,643.10 | 7,452.02 | - |
| STEV | ACCO/PINA | 48520 | 4/12/2013 | HYPP | STEV | Stevia | (53,267) | sell stock | sell stock | USD | 16,685.81 | 16,268.66 | - |
| STEV | ACCO/PINA | 48835 | 4/19/2013 | VERL | STEV | Stevia | (22,500) | sell stock | sell stock | USD | 6,658.29 | 6,491.83 | - |
| STEV | ACCO/PINA | 49147 | 4/26/2013 | VERL | STEV | Stevia | (84,500) | sell stock | sell stock | USD | 22,925.20 | 22,352.07 | - |
| STEV | ACCO/PINA | 49113 | 4/26/2013 | DGMI | | | | Greenberg Truong TT | debit | USD | (12,214.72) | (12,336.87) | - |
| STEV | ACCO/PINA | 49238 | 4/29/2013 | VERL | STEV | Stevia | (50,000) | sell stock | sell stock | USD | 13,652.00 | 13,310.70 | - |
| STEV | ACCO/PINA | 49488 | 4/30/2013 | VERL | STEV | Stevia | (50,000) | sell stock | sell stock | USD | 13,603.50 | 13,263.41 | - |
| STEV | ACCO/PINA | 49680 | 4/30/2013 | WORK | | | | interest payment | interest payment | USD | - | 34.52 | - |
| STEV | ACCO/PINA | 49760 | 5/1/2013 | VERL | STEV | Stevia | (25,389) | sell stock | sell stock | USD | 6,677.28 | 6,461.60 | - |
| STEV | ACCO/PINA | 49819 | 5/1/2013 | HYPO | STEV | Stevia | (50,000) | sell stock | sell stock | USD | 12,960.20 | 12,636.20 | - |
| STEV | ACCO/PINA | 50075 | 5/7/2013 | VERL | STEV | Stevia | (30,181) | sell stock | sell stock | USD | 7,919.36 | 7,721.38 | - |
| STEV | ACCO/PINA | 50191 | 5/9/2013 | VERL | STEV | Stevia | (50,000) | sell stock | sell stock | USD | 12,103.88 | 11,801.28 | - |
| STEV | ACCO/PINA | 50434 | 5/15/2013 | WORK | | | | director fees | debit | USD | - | (100.000) | - |
| STEV | ACCO/PINA | 50788 | 5/22/2013 | VERL | STEV | Stevia | (18,423) | sell stock | sell stock | USD | 5,157.39 | 5,028.46 | - |
| STEV | ACCO/PINA | 50851 | 5/23/2013 | VERL | STEV | Stevia | (25,000) | sell stock | sell stock | USD | 6,529.29 | 6,366.06 | - |
| STEV | ACCO/PINA | 50976 | 5/24/2013 | VERL | STEV | Stevia | (47,500) | sell stock | sell stock | USD | 12,002.55 | 11,702.49 | - |
| STEV | ACCO/PINA | 51038 | 5/28/2013 | VERL | STEV | Stevia | (15,000) | sell stock | sell stock | USD | 3,750.00 | 3,650.00 | - |
| STEV | ACCO/PINA | 51124 | 5/29/2013 | VERL | STEV | Stevia | (16,800) | sell stock | sell stock | USD | 4,212.44 | 4,107.13 | - |
| STEV | ACCO/PINA | 51589 | 5/31/2013 | WORK | | | | interest payment | interest payment | USD | - | 109.09 | - |
| STEV | ACCO/PINA | 52552 | 6/20/2013 | WORK | | | | internal transfer | debit | USD | - | (24,100.00) | - |
| STEV | ACCO/PINA | 52554 | 6/20/2013 | WORK | | | | internal transfer | debit | USD | - | (24,100.00) | - |
| STEV | ACCO/PINA | 52555 | 6/20/2013 | WORK | | | | internal transfer | debit | USD | - | (24,100.00) | - |
| STEV | ACCO/PINA | 52557 | 6/20/2013 | WORK | | | | internal transfer | debit | USD | - | (20,100.00) | - |
| STEV | ACCO/PINA | 52559 | 6/20/2013 | WORK | | | | custody fees | debit | USD | - | (9,464.44) | - |
| STEV | ACCO/PINA | 52976 | 6/29/2013 | WORK | | | | interest payment | interest payment | USD | - | 93.56 | - |
| STEV | ACCO/PINA | 53321 | 6/29/2013 | WORK | | | | interest payment | interest payment | USD | - | 30.40 | - |
| STEV | ACCO/PINA | 54970 | 7/31/2013 | WORK | | | | delivery STEV | debit | USD | (199.30) | (299.30) | - |
| STEV | ACCO/PINA | 56945 | 8/26/2013 | HYPP | | | | interest payment | interest payment | USD | - | 29.48 | - |
| STEV | ACCO/PINA | 56239 | 8/31/2013 | WORK | | | | sell stock | | | | | | |
| STEV | ACCO/PINA | 56481 | 9/5/2013 | VERL | STEV | Stevia | (50,000) | sell stock | sell stock | USD | 7,311.11 | 7,128.33 | - |
| STEV | ACCO/PINA | 56564 | 9/6/2013 | VERL | STEV | Stevia | (11,900) | sell stock | sell stock | USD | 1,520.99 | 1,420.99 | - |
| STEV | ACCO/PINA | 56731 | 9/11/2013 | VERL | STEV | Stevia | (7,500) | sell stock | sell stock | USD | 975.00 | 875.00 | - |
| STEV | ACCO/PINA | 57414 | 9/26/2013 | VERL | STEV | Stevia | (41,753) | sell stock | sell stock | USD | 6,088.85 | 5,936.63 | - |
| STEV | ACCO/PINA | 57461 | 9/27/2013 | VERL | STEV | Stevia | (100,000) | sell stock | sell stock | USD | 14,564.96 | 14,200.84 | - |
| STEV | ACCO/PINA | 57759 | 9/30/2013 | WORK | | | | custody fees | debit | USD | - | (5,885.80) | - |
| STEV | ACCO/PINA | 57973 | 9/30/2013 | WORK | | | | interest payment | interest payment | USD | - | 37.21 | - |
| STEV | ACCO/PINA | 58040 | 10/1/2013 | VERL | STEV | Stevia | (100,000.00) | sell stock | sell stock | USD | 14,759.84 | 14,390.84 | - |

A4590

STEV Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STEV | ACCOPINA | 58536 | 10/15/2013 | VERL | STEV | Stevia | (350,000) | sell stock | sell stock | USD | 51,864.52 | 50,567.91 | - |
| STEV | ACCOPINA | 58602 | 10/16/2013 | VERL | STEV | Stevia | (123,303) | sell stock | sell stock | USD | 17,983.27 | 17,533.69 | - |
| STEV | ACCOPINA | 58660 | 10/18/2013 | VERL | STEV | Stevia | (75,000) | sell stock | sell stock | USD | 10,387.92 | 10,128.22 | - |
| STEV | ACCOPINA | 58723 | 10/21/2013 | VERL | STEV | Stevia | (150,000) | sell stock | sell stock | USD | 20,422.55 | 19,911.99 | - |
| STEV | ACCOPINA | 58835 | 10/23/2013 | VERL | STEV | Stevia | (31,000) | sell stock | sell stock | USD | 4,207.11 | 4,101.93 | - |
| STEV | ACCOPINA | 58877 | 10/24/2013 | IBSIT | | | | forex | forex debit | USD | (101,892.29) | (102,911.21) | - |
| STEV | ACCOPINA | 58877 | 10/24/2013 | IBSIT | | | | forex | forex credit | CAD | 105,000.00 | - | 105,000.00 |
| STEV | ACCOPINA | 58926 | 10/25/2013 | CASH | | | | debit | debit | CAD | (200,000.00) | - | (210,000.00) |
| STEV | ACCOPINA | 58939 | 10/25/2013 | WORK | | | | director fees | director fees | USD | (300.00) | (300.00) | - |
| STEV | ACCOPINA | 58951 | 10/25/2013 | IBSIT | | | | forex | forex debit | USD | (101,892.28) | (102,911.20) | - |
| STEV | ACCOPINA | 58951 | 10/25/2013 | IBSIT | | | | forex | forex credit | CAD | 105,000.00 | - | 105,000.00 |
| STEV | ACCOPINA | 58934 | 10/28/2013 | VERL | STEV | Stevia | (67,042) | sell stock | sell stock | USD | 9,729.61 | 9,486.37 | - |
| STEV | ACCOPINA | 59323 | 10/31/2013 | VERL | STEV | Stevia | (100,000) | sell stock | sell stock | USD | 13,555.00 | 13,216.13 | - |
| STEV | ACCOPINA | 59518 | 10/31/2013 | WORK | | | | interest charge | interest charge | USD | | (51.87) | - |
| STEV | ACCOPINA | 59519 | 10/31/2013 | WORK | | | | interest payment | interest payment | CAD | | - | 2.88 |
| STEV | ACCOPINA | 60206 | 11/20/2013 | VERL | STEV | Stevia | (200,000) | sell stock | sell stock | USD | 23,255.00 | 22,673.63 | - |
| STEV | ACCOPINA | 60886 | 11/30/2013 | WORK | | | | interest charge | interest charge | USD | | - | (104.29) |
| STEV | ACCOPINA | 62748 | 12/17/2013 | HYPG | STEV | Stevia | (100,000) | sell stock | sell stock | USD | 10,591.86 | 10,221.14 | - |
| STEV | ACCOPINA | 61741 | 12/19/2013 | SIL2 | | | | delivery | delivery | USD | (67.78) | (167.78) | - |
| STEV | ACCOPINA | 62220 | 12/31/2013 | WORK | | | | custody fees | debit | USD | | (4,613.91) | - |
| STEV | ACCOPINA | 62427 | 12/31/2013 | WORK | | | | interest payment | interest payment | USD | | 11.73 | - |
| STEV | ACCOPINA | 62088 | 1/1/2014 | VPQU | | | | delivery | debit | USD | (122.66) | (222.66) | - |
| STEV | ACCOPINA | 62695 | 1/8/2014 | VPQU | | | | delivery | delivery | USD | (122.66) | (222.66) | - |
| STEV | ACCOPINA | 62878 | 1/10/2014 | VERL | STEV | Stevia | (56,489) | sell stock | sell stock | USD | 6,550.32 | 6,386.56 | - |
| STEV | ACCOPINA | 62923 | 1/13/2014 | VERL | STEV | Stevia | (100,000) | sell stock | sell stock | USD | 10,160.00 | 9,906.00 | - |
| STEV | ACCOPINA | 62881 | 1/13/2014 | HYPG | STEV | Stevia | (100,000) | sell stock | sell stock | USD | 9,564.60 | 9,329.84 | - |
| STEV | ACCOPINA | 62931 | 1/14/2014 | HYPG | STEV | Stevia | (200,000) | sell stock | sell stock | USD | 19,345.72 | 18,668.62 | - |
| STEV | ACCO | 63151 | 1/22/2014 | SGPE | STEV | Stevia | (50,000) | sell stock | sell stock | USD | 4,860.75 | 4,690.62 | - |
| STEV | ACCO | 63280 | 1/27/2014 | SGPE | STEV | Stevia | (250,000) | sell stock | sell stock | USD | 23,909.60 | 23,072.76 | - |
| STEV | ACCO | 63351 | 1/29/2014 | REST | | | | debit | debit | USD | | (700.00) | - |
| STEV | ACCO | 63801 | 1/31/2014 | SGPE | STEV | Stevia | (44,900) | sell stock | directors fee | USD | 4,385.45 | 4,231.96 | - |
| STEV | ACCO | 63751 | 1/31/2014 | WORK | | | | interest payment | interest payment | USD | | 43.51 | - |
| STEV | ACCO | 64085 | 2/7/2014 | VERL | STEV | Stevia | (673,745) | internal transfer | stock delivery | USD | (200.00) | (300.00) | - |
| STEV | ACCO | 64085 | 2/7/2014 | LELO | STEV | Stevia | 673,745 | internal transfer | transfer stock in | USD | | - | - |
| STEV | ACCO | 64225 | 2/11/2014 | SGPE | STEV | Stevia | (37,000) | sell stock | sell stock | USD | 3,191.00 | 3,079.32 | - |
| STEV | ACCO | 67030 | 2/11/2014 | BEAB | | | | delivery fee | debit | USD | (58.62) | (158.62) | - |
| STEV | ACCO | 64226 | 2/12/2014 | SGPE | STEV | Stevia | (41,692) | sell stock | sell stock | USD | 3,613.40 | 3,486.93 | - |
| STEV | ACCO | 64521 | 2/20/2014 | SGPE | STEV | Stevia | (837,108) | sell stock | sell stock | USD | 82,346.74 | 79,464.60 | - |
| STEV | ACCO | 64561 | 2/21/2014 | VERN | STEV | Stevia | (137,000) | sell stock | sell stock | USD | 13,640.79 | 13,367.97 | - |
| STEV | ACCO | 64666 | 2/24/2014 | VERN | STEV | Stevia | (400,000) | sell stock | sell stock | USD | 35,959.22 | 34,884.84 | - |
| STEV | ACCO | 64710 | 2/26/2014 | VERN | STEV | Stevia | (164,964) | sell stock | sell stock | USD | 15,722.40 | 15,407.95 | - |
| STEV | ACCO | 64752 | 2/27/2014 | VERN | STEV | Stevia | (100,000) | sell stock | sell stock | USD | 10,771.10 | 10,555.68 | - |
| STEV | ACCO | 65139 | 2/28/2014 | VERN | STEV | Stevia | (93,500) | sell stock | sell stock | USD | 18,114.00 | 17,751.72 | - |
| STEV | ACCO | 66029 | 2/28/2014 | SIMO | STEV | Stevia | (350,000) | sell stock | sell stock | USD | 47,924.06 | 46,246.72 | - |
| STEV | ACCO | 65094 | 2/28/2014 | WORK | | | | interest payment | interest payment | USD | | 103.59 | - |
| STEV | ACCO | 65471 | 3/3/2014 | SIMO | STEV | Stevia | (300,000) | sell stock | sell stock | USD | 41,716.87 | 40,256.78 | - |
| STEV | ACCO | 65262 | 3/4/2014 | SIMO | STEV | Stevia | (200,000) | sell stock | sell stock | USD | 30,049.85 | 29,448.85 | - |
| STEV | ACCO | 65472 | 3/4/2014 | SIMO | STEV | Stevia | (250,000) | sell stock | sell stock | USD | 37,024.35 | 35,728.50 | - |
| STEV | ACCO | 65313 | 3/5/2014 | VERN | STEV | Stevia | (300,000) | sell stock | sell stock | USD | 52,465.69 | 51,416.38 | - |
| STEV | ACCO | 65366 | 3/6/2014 | VERN | STEV | Stevia | (100,000) | sell stock | sell stock | USD | 19,010.50 | 18,630.29 | - |
| STEV | ACCO | 66038 | 3/6/2014 | LELO | STEV | Stevia | (217,500) | sell stock | sell stock | USD | 36,528.86 | 35,615.64 | - |
| STEV | ACCO | 65474 | 3/6/2014 | SIMO | STEV | Stevia | (800,000) | sell stock | sell stock | USD | 160,617.20 | 154,995.60 | - |
| STEV | ACCO | 66037 | 3/7/2014 | LELO | STEV | Stevia | (100,000) | sell stock | sell stock | USD | 19,081.66 | 18,604.62 | - |

9 of 11

A4591

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STEV | ACCO | 65476 | 3/7/2014 | SIMO | STEV | Stevia | (694,000) | sell stock | sell stock | USD | 184,853.30 | 178,383.43 | - |
| STEV | ACCO | 65504 | 3/10/2014 | SIMO | STEV | Stevia | (550,000) | sell stock | sell stock | USD | 174,245.84 | 168,147.24 | - |
| STEV | ACCO | 66554 | 3/11/2014 | VERN | STEV | Stevia | (54,000) | sell stock | sell stock | USD | 11,459.78 | 11,230.58 | - |
| STEV | ACCO | 66151 | 3/11/2014 | SIOU | STEV | Stevia | (200,000) | sell stock | sell stock | USD | 39,499.30 | 38,116.82 | - |
| STEV | ACCO | 65614 | 3/12/2014 | VERN | STEV | Stevia | (750,000) | sell stock | sell stock | USD | 151,985.37 | 148,945.66 | - |
| STEV | ACCO | 65594 | 3/12/2014 | WORK | | | | director fees | debit | USD | | (400.00) | - |
| STEV | ACCO | 65688 | 3/13/2014 | VERN | STEV | Stevia | (200,000) | sell stock | sell stock | USD | 38,842.90 | 38,066.04 | - |
| STEV | ACCO | 65764 | 3/14/2014 | VERN | STEV | Stevia | (200,000) | sell stock | sell stock | USD | 37,185.17 | 36,441.47 | - |
| STEV | ACCO | 66152 | 3/14/2014 | SIOU | STEV | Stevia | (100,000) | sell stock | sell stock | USD | 18,759.08 | 18,102.51 | - |
| STEV | ACCO | 66153 | 3/17/2014 | SIOU | STEV | Stevia | (100,000) | sell stock | sell stock | USD | 19,808.46 | 19,115.16 | - |
| STEV | ACCO | 66154 | 3/18/2014 | SIOU | STEV | Stevia | (400,000) | sell stock | sell stock | USD | 84,087.72 | 81,144.65 | - |
| STEV | ACCO | 65860 | 3/18/2014 | REST | | | | director fee | debit | USD | | (300.00) | - |
| STEV | ACCO | 66004 | 3/19/2014 | VERN | STEV | Stevia | (100,000) | sell stock | sell stock | USD | 19,862.42 | 19,465.17 | - |
| STEV | ACCO | 66062 | 3/20/2014 | VERN | STEV | Stevia | (200,536) | sell stock | sell stock | USD | 38,855.46 | 38,078.35 | - |
| STEV | ACCO | 66067 | 3/20/2014 | SIMO | STEV | Stevia | (8,400) | sell stock | sell stock | USD | 1,554.96 | 1,454.96 | - |
| STEV | ACCO | 66156 | 3/24/2014 | SIOU | STEV | Stevia | (468,425) | sell stock | sell stock | USD | 109,525.86 | 105,692.45 | - |
| STEV | ACCO | 66218 | 3/25/2014 | SIOU | STEV | Stevia | (355,400) | sell stock | sell stock | USD | 85,854.06 | 82,849.17 | - |
| STEV | ACCO | 66259 | 3/26/2014 | SIOU | STEV | Stevia | (500,000) | sell stock | sell stock | USD | 134,685.49 | 129,971.59 | - |
| STEV | ACCO | 66319 | 3/27/2014 | BEAB | STEV | Stevia | (545,500) | sell stock | sell stock | USD | 131,478.73 | 126,876.97 | - |
| STEV | ACCO | 66322 | 3/28/2014 | BEAB | STEV | Stevia | (430,000) | sell stock | sell stock | USD | 106,440.95 | 102,715.52 | - |
| STEV | ACCO | 66288 | 3/28/2014 | SGGO | STEV | Stevia | (8,191) | sell stock | sell stock | USD | 1,735.95 | 1,635.95 | - |
| STEV | ACCO | 67208 | 3/31/2014 | LELO | STEV | Stevia | (200,000) | sell stock | sell stock | USD | 47,787.32 | 46,592.64 | - |
| STEV | ACCO | 66660 | | | | | | custody fees | debit | USD | - | (1,130.40) | - |
| STEV | ACCO | 66862 | 3/31/2014 | WORK | | | | interest payment | interest payment | USD | - | (1,080.04) | - |
| STEV | ACCO | 66986 | 4/1/2014 | BEAB | STEV | Stevia | (120,000) | sell stock | sell stock | USD | 32,429.00 | 31,293.99 | - |
| STEV | ACCO | 67069 | 4/1/2014 | LELO | STEV | Stevia | (48,800) | sell stock | sell stock | USD | 10,765.39 | 10,406.26 | - |
| STEV | ACCO | 67067 | 4/2/2014 | BEAB | STEV | Stevia | (1,075,000) | sell stock | sell stock | USD | 315,614.18 | 304,567.68 | - |
| STEV | ACCO | 67131 | 4/3/2014 | BEAB | STEV | Stevia | (520,118) | sell stock | sell stock | USD | 148,151.54 | 142,966.24 | - |
| STEV | ACCO | 67210 | 4/3/2014 | LELO | STEV | Stevia | (107,445) | sell stock | sell stock | USD | 27,424.45 | 26,738.84 | - |
| STEV | ACCO | 67195 | 4/4/2014 | BEAB | STEV | Stevia | (200,000) | sell stock | sell stock | USD | 52,730.91 | 50,885.33 | - |
| STEV | ACCO | 67473 | 4/4/2014 | REST | | | | directors fee = fedex #798448851371 | debit | USD | | (150.00) | - |
| STEV | ACCO | 67272 | 4/7/2014 | BEAB | STEV | Stevia | (109,382) | sell stock | sell stock | USD | 23,453.72 | 22,632.84 | - |
| STEV | ACCO | 67518 | 4/15/2014 | SIMO | STEV | Stevia | (47,600) | internal transfer | stock delivery | USD | (100.00) | (200.00) | - |
| STEV | ACCO | 67518 | 4/15/2014 | BEAB | STEV | Stevia | 47,600 | internal transfer | transfer stock in | USD | - | - | - |
| STEV | ACCO | 67519 | 4/15/2014 | SIOU | STEV | Stevia | (876,175) | internal transfer | stock delivery | USD | (100.00) | (200.00) | - |
| STEV | ACCO | 67519 | 4/15/2014 | SGPE | STEV | Stevia | 876,175 | internal transfer | transfer stock in | USD | - | - | - |
| STEV | ACCO | 67633 | 4/15/2014 | SGPE | STEV | Stevia | (500,000) | sell stock | sell stock | USD | 90,281.98 | 87,122.11 | - |
| STEV | ACCO | 67555 | 4/15/2014 | REST | | | | directors fees | debit | USD | | (200.00) | - |
| STEV | ACCO | 67740 | 4/22/2014 | SGPE | STEV | Stevia | (275,000) | sell stock | sell stock | USD | 50,764.80 | 48,988.03 | - |
| STEV | ACCO | 67729 | 4/25/2014 | SGPE | STEV | Stevia | (123,775) | sell stock | sell stock | USD | 21,106.75 | 20,369.03 | - |
| STEV | ACCO | 67902 | 4/25/2014 | REST | STEV | Stevia | 3,097,611 | receive stock | buy stock | USD | - | (100,000.00) | - |
| STEV | ACCO | 67997 | 4/29/2014 | SIOU | STEV-E | Stevia | (3,097,611) | deliver stock | stock delivery | USD | - | (600.00) | - |
| STEV | ACCO | 68543 | 4/29/2014 | REST | STEV-E | Stevia | | deliver stock | debit | USD | | (50.00) | - |
| STEV | ACCO | 67999 | 4/29/2014 | BCEL | | | | STC c/e#1317 ** VOID** | debit | USD | | (100.00) | - |
| STEV | ACCO | 68433 | 4/30/2014 | WORK | | | | interest payment | interest payment | USD | - | 2,236.23 | - |
| STEV | ACCO | 68540 | 5/2/2014 | WORK | | | | internal transfer | debit | USD | | (403,100.00) | - |
| STEV | ACCO | 68541 | 5/2/2014 | WORK | | | | internal transfer | debit | USD | | (987,100.00) | - |
| STEV | ACCO | 68542 | 5/2/2014 | WORK | | | | internal transfer | debit | USD | | (704,100.00) | - |
| STEV | ACCO | 68543 | 5/2/2014 | WORK | | | | internal transfer | debit | USD | | (325,100.00) | - |
| STEV | ACCO | 68544 | 5/2/2014 | WORK | | | | internal transfer | debit | USD | | (325,100.00) | - |
| STEV | ACCO | 68545 | 5/2/2014 | WORK | | | | internal transfer | debit | USD | | (100,100.00) | - |
| STEV | ACCO | 68550 | 5/2/2014 | BCEL | | | | STC c/e#1318 | debit | USD | (110.00) | (210.00) | - |
| STEV | ACCO | 68569 | 5/2/2014 | REST | | | | fedex 79874079 1509 | debit | USD | | (50.00) | - |

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STEV | ACCO | 68629 | 5/5/2014 | CASH | | | | debit | debit | CAD | (1,000.00) | - | (1,100.00) |
| STEV | ACCO | 68643 | 5/5/2014 | WORK | | | | forex | forex, debit | CAD | - | (1,019.44) | 1,097.12 |
| STEV | ACCO | 68643 | 5/5/2014 | WORK | | | | forex | forex credit | CAD | - | - | - |
| STEV | ACCO | 68658 | 5/6/2014 | WORK | | | | Fedex #7987 6620 3083 | debit | CAD | - | - | (50.00) |
| STEV | ACCO | 68691 | 5/6/2014 | WORK | | | | forex | forex, debit | USD | - | (46.46) | - |
| STEV | ACCO | 68691 | 5/6/2014 | WORK | | | | forex | forex credit | CAD | - | - | 50.00 |
| STEV | ACCO | 69127 | 5/22/2014 | WORK | | | | director fee | debit | USD | - | (100.00) | - |
| STEV | ACCO | 69735 | 5/29/2014 | WORK | | | | interest payment | interest payment | USD | - | 78.17 | - |
| STEV | ACCO | 70218 | 6/11/2014 | REST | | | | debit | debit | USD | - | (50.00) | - |
| STEV | ACCO | 75560 | 6/12/2014 | SGGO | | | | receive stock | receive stock | USD | (500.00) | (700.00) | - |
| STEV | ACCO | 70117 | 6/13/2014 | BEAG | STEV | Stevia | 3,097,611 | buy stock | buy stock | USD | - | (100.00) | - |
| STEV | ACCO | 74093 | 6/27/2014 | WORK | | | | interest payment | interest payment | USD | - | 0.10 | - |
| STEV | ACCO | 75355 | 7/31/2014 | WORK | | | | interest payment | interest payment | USD | - | 0.06 | - |
| STEV | ACCO | 76066 | 8/21/2014 | BEAG | STEV | Stevia | (200,000) | sell stock | sell stock | USD | 20,352.64 | 19,640.30 | - |
| STEV | ACCO | 76160 | 8/25/2014 | BEAG | STEV | Stevia | (200,000) | sell stock | sell stock | USD | 20,215.82 | 19,508.27 | - |
| STEV | ACCO | 76161 | 8/26/2014 | BEAG | STEV | Stevia | (100,000) | sell stock | sell stock | USD | 10,115.85 | 9,761.80 | - |
| STEV | ACCO | 76611 | 8/31/2014 | WORK | | | | interest payment | interest payment | USD | - | 2.69 | - |
| STEV | ACCO | 76828 | 9/4/2014 | BEAG | STEV | Stevia | (134,100) | sell stock | sell stock | USD | 14,276.62 | 13,776.94 | - |
| STEV | ACCO | 76900 | 9/5/2014 | BEAG | STEV | Stevia | (100,000) | sell stock | sell stock | USD | 9,733.62 | 9,392.94 | - |
| STEV | ACCO | 77948 | 9/30/2014 | WORK | | | | custody fees | debit | USD | - | - | (536.28) |
| STEV | ACCO | 78146 | 9/30/2014 | WORK | | | | interest payment | interest payment | USD | - | 56.56 | - |
| STEV | ACCO | 78798 | 10/21/2014 | BEAG | STEV | Stevia | (10,000) | sell stock | sell stock | USD | 705.40 | 605.40 | - |
| STEV | ACCO | 78937 | 10/24/2014 | BEAG | STEV | Stevia | (100,000) | sell stock | sell stock | USD | 7,795.00 | 7,522.18 | - |
| STEV | ACCO | 79117 | 10/29/2014 | BEAG | STEV | Stevia | (100,000) | sell stock | sell stock | USD | 7,545.00 | 7,280.93 | - |
| STEV | ACCO | 79635 | 10/30/2014 | BEAG | STEV | Stevia | (100,000) | sell stock | sell stock | USD | 7,740.00 | 7,469.10 | - |
| STEV | ACCO | 79595 | 10/31/2014 | WORK | | | | interest payment | interest payment | USD | - | 62.70 | - |
| STEV | ACCO | 79697 | 11/3/2014 | BEAG | STEV | Stevia | (100,000) | sell stock | sell stock | USD | 8,001.00 | 7,720.97 | - |
| STEV | ACCO | 79812 | 11/5/2014 | BEAG | STEV | Stevia | (200,000) | sell stock | sell stock | USD | 15,525.01 | 14,981.63 | - |
| STEV | ACCO | 79845 | 11/6/2014 | BEAG | STEV | Stevia | (4,000) | sell stock | sell stock | USD | 229.99 | 129.99 | - |
| STEV | ACCO | 80244 | 11/18/2014 | BEAG | STEV | Stevia | (100,000) | sell stock | sell stock | USD | 8,011.00 | 7,730.61 | - |
| STEV | ACCO | 80290 | 11/19/2014 | BEAG | STEV | Stevia | (150,000) | sell stock | sell stock | USD | 12,075.55 | 11,652.91 | - |
| STEV | ACCO | 80543 | 11/20/2014 | BEAG | STEV | Stevia | (100,000) | sell stock | sell stock | USD | 8,224.10 | 7,936.26 | - |
| STEV | ACCO | 80432 | 11/24/2014 | REST | | | | directors fee | debit | USD | - | - | (300.00) |
| STEV | ACCO | 81288 | 11/27/2014 | SIHA | | | | Delivery STEV | debit | USD | (100.00) | (300.00) | - |
| STEV | ACCO | 80433 | 11/27/2014 | BEAG | STEV | Stevia | (1,399,511) | internal transfer | stock delivery | USD | - | (100.00) | - |
| STEV | ACCO | 80433 | 11/27/2014 | SIHA | STEV | Stevia | 1,399,511 | internal transfer | transfer stock in | USD | - | - | - |
| STEV | ACCO | 80907 | 11/30/2014 | WORK | | | | interest payment | interest payment | USD | - | 102.77 | - |
| STEV | ACCO | 81022 | 12/2/2014 | SIHA | STEV | Stevia | (390,000) | sell stock | sell stock | USD | 27,566.11 | 26,601.30 | - |
| STEV | ACCO | 81119 | 12/3/2014 | SIHA | STEV | Stevia | (450,000) | sell stock | sell stock | USD | 35,129.14 | 33,899.62 | - |
| STEV | ACCO | 81142 | 12/4/2014 | SIHA | STEV | Stevia | (191,151) | sell stock | sell stock | USD | 14,822.78 | 14,303.98 | - |
| STEV | ACCO | 81197 | 12/5/2014 | SIHA | STEV | Stevia | (100,000) | sell stock | sell stock | USD | 7,631.84 | 7,364.73 | - |
| STEV | ACCO | 81252 | 12/8/2014 | SIHA | STEV | Stevia | (308,360) | sell stock | sell stock | USD | 22,392.15 | 21,608.42 | - |
| STEV | ACCO | 81326 | 12/10/2014 | WORK | | | | internal transfer | debit | USD | - | - | (45,382.14) |
| STEV | ACCO | 81327 | 12/10/2014 | WORK | | | | internal transfer | debit | USD | - | - | (45,382.14) |
| STEV | ACCO | 81328 | 12/10/2014 | WORK | | | | internal transfer | debit | USD | - | - | (45,382.14) |
| STEV | ACCO | 81329 | 12/10/2014 | WORK | | | | internal transfer | debit | USD | - | - | (35,524.79) |
| STEV | ACCO | 81330 | 12/10/2014 | WORK | | | | internal transfer | debit | USD | - | - | (35,524.79) |
| STEV | ACCO | 81331 | 12/10/2014 | WORK | | | | internal transfer | debit | USD | - | - | (35,524.79) |
| STEV | ACCO/PINA | 115794 | 12/31/2016 | SGPE | STEV | Stevia | (25,000) | write off stock | sell stock | USD | - | - | - |

A4593

**EXHIBIT 299**
21-cv-11276-WGY

LBY / PBAV Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PBAV | ACCO | 48165 | 4/3/2013 | WORK | | | | internal transfer PBAV | credit | USD | 500,000.00 | 500,000.00 | - |
| PBAV | ACCO | 48633 | 4/15/2013 | BSIT | | | | forex | forex debit | USD | (203,910.68) | (205,949.79) | - |
| PBAV | ACCO | 48633 | 4/15/2013 | BSIT | | | | forex | forex credit | CAD | 205,827.45 | - | 205,827.45 |
| PBAV | ACCO | 48575 | 4/15/2013 | BSIT | | | | McMillan LLP TT | debit | CAD | (203,789.55) | (205,827.45) | (205,827.45) |
| PBAV | ACCO | 48618 | 4/16/2013 | HYPP | PBA | Petro Basin Energy | 1,333,333 | buy stock | buy stock | CAD | (67,668.72) | (90,674.08) | (69,360.44) |
| PBAV | ACCO | 48770 | 4/16/2013 | CBHQ | | | | forex | forex debit | USD | (89,776.32) | (89,973.83) | - |
| PBAV | ACCO | 48770 | 4/16/2013 | CBHQ | | | | forex | forex credit | CAD | 89,973.83 | - | 89,973.83 |
| PBAV | ACCO | 48939 | 4/18/2013 | HYPP | PBA | Petro Basin Energy | 1,000,000 | DAP | buy stock | CAD | (50,760.50) | (52,031.56) | (52,031.56) |
| PBAV | ACCO | 48904 | 4/18/2013 | VERA | | | | forex | forex debit | USD | (100,415.86) | (101,420.02) | (101,420.02) |
| PBAV | ACCO | 48904 | 4/18/2013 | HYPP | | | | forex | forex credit | CAD | 102,835.88 | - | 102,835.88 |
| PBAV | ACCO | 48795 | 4/19/2013 | HYPP | PBA | Petro Basin Energy | 500,000 | buy stock | buy stock | CAD | (25,787.50) | - | (26,432.19) |
| PBAV | ACCO | 48862 | 4/22/2013 | HYPP | PBA | Petro Basin Energy | 750,000 | buy stock | buy stock | CAD | (38,681.25) | - | (39,648.28) |
| PBAV | ACCO | 48863 | 4/22/2013 | CBHQ | PBA | Petro Basin Energy | 83,000 | buy stock | buy stock | CAD | (5,207.06) | - | (5,337.24) |
| PBAV | ACCO | 49049 | 4/25/2013 | VPQU | PBA | Petro Basin Energy | 755,000 | buy stock | buy stock | CAD | (39,314.13) | - | (40,493.55) |
| PBAV | ACCO | 49183 | 4/25/2013 | BSIT | | | | forex | forex debit | USD | (41,458.48) | (41,973.06) | - |
| PBAV | ACCO | 49183 | 4/25/2013 | BSIT | | | | forex | forex credit | CAD | 41,549.69 | - | 41,549.69 |
| PBAV | ACCO | 49099 | 4/26/2013 | VPQU | PBA | Petro Basin Energy | 19,000 | buy stock | buy stock | CAD | (956.14) | - | (1,056.14) |
| PBAV | ACCO | 49636 | 4/30/2013 | WORK | | | | interest payment | interest payment | CAD | - | 48.63 | 48.63 |
| PBAV | ACCO | 49657 | 4/30/2013 | WORK | | | | interest payment | interest payment | CAD | - | - | 6.81 |
| PBAV | ACCO | 49851 | 5/2/2013 | VERI | PBA | Petro Basin Energy | 10,000 | buy stock | buy stock | CAD | (1,350.00) | (1,462.46) | (1,450.00) |
| PBAV | ACCO | 49990 | 5/2/2013 | DGMI | | | | forex | forex debit | USD | (1,447.98) | - | - |
| PBAV | ACCO | 49990 | 5/2/2013 | DGMI | | | | forex | forex credit | CAD | 1,443.19 | - | 1,443.19 |
| PBAV | ACCO | 50701 | 5/22/2013 | CBHQ | PBA | Petro Basin Energy | 50,000 | buy stock | buy stock | CAD | (2,715.69) | - | (2,815.69) |
| PBAV | ACCO | 50733 | 5/22/2013 | BSIT | | | | forex | forex debit | USD | (2,757.24) | (2,784.81) | - |
| PBAV | ACCO | 50733 | 5/22/2013 | BSIT | | | | forex | forex credit | CAD | 2,815.69 | - | 2,815.69 |
| PBAV | ACCO | 50733 | 5/22/2013 | CBHQ | PBA | Petro Basin Energy | 100,000 | buy stock | buy stock | CAD | (5,220.18) | - | (5,350.68) |
| PBAV | ACCO | 51097 | 5/23/2013 | BSIT | | | | forex | forex debit | USD | (9,881.51) | (9,980.33) | - |
| PBAV | ACCO | 51064 | 5/23/2013 | BSIT | | | | forex | forex credit | CAD | 10,200.68 | - | 10,200.68 |
| PBAV | ACCO | 51064 | 5/23/2013 | BSIT | | | | forex | forex debit | CAD | (4,750.00) | - | (4,850.00) |
| PBAV | ACCO | 51098 | 5/23/2013 | VERN | PBA | Petro Basin Energy | 92,000 | buy stock | buy stock | USD | 9,541.45 | - | 9,541.45 |
| PBAV | ACCO | 51127 | 5/29/2013 | CBHQ | PBA | Petro Basin Energy | 96,000 | buy stock | buy stock | CAD | (5,437.00) | - | (5,545.74) |
| PBAV | ACCO | 51150 | 5/29/2013 | CBHQ | | | | forex | forex debit | USD | (5,466.48) | (5,521.14) | (5,545.74) |
| PBAV | ACCO | 51150 | 5/29/2013 | CBHQ | | | | forex | forex credit | CAD | 5,545.74 | - | 5,545.74 |
| PBAV | ACCO | 51543 | 5/31/2013 | WORK | | | | interest payment | interest payment | CAD | - | 46.19 | - |
| PBAV | ACCO | 51544 | 5/31/2013 | WORK | | | | interest payment | interest payment | CAD | - | - | 0.53 |
| PBAV | ACCO | 51544 | 5/31/2013 | WORK | PBA | Petro Basin Energy | 165,000 | buy stock | buy stock | CAD | (9,309.25) | - | (9,541.98) |
| PBAV | ACCO | 52132 | 6/12/2013 | CBHQ | | | | forex | forex debit | USD | (9,460.37) | (9,554.97) | - |
| PBAV | ACCO | 52158 | 6/12/2013 | DGMN | | | | forex | forex credit | USD | 9,541.45 | - | 9,541.45 |
| PBAV | ACCO | 52158 | 6/12/2013 | DGMN | | | | forex | forex debit | CAD | (472.54) | (477.27) | - |
| PBAV | ACCO | 53526 | 6/29/2013 | BSIT | | | | forex | forex credit | CAD | 495.33 | - | 495.33 |
| PBAV | ACCO | 53526 | 6/29/2013 | SIL2 | | | | debit | debit | CAD | - | (495.33) | (495.33) |
| PBAV | ACCO | 52951 | 6/29/2013 | SIL2 | | | | custody fees | custody fees | USD | (477.27) | - | - |
| PBAV | ACCO | 53275 | 6/29/2013 | CBOM | | | | interest payment | interest payment | USD | 27.41 | 27.41 | - |
| PBAV | ACCO | 54922 | 7/31/2013 | WORK | | | | interest payment | interest payment | USD | 26.67 | 26.67 | - |
| PBAV | ACCO | 56987 | 8/26/2013 | HYPP | | | | debit | debit | CAD | (199.31) | (299.31) | (299.31) |
| PBAV | ACCO | 56195 | 8/31/2013 | WORK | | | | interest payment | interest payment | USD | 25.86 | 25.86 | - |
| PBAV | ACCO | 56696 | 9/4/2013 | CBHQ | | | | debit | debit | CAD | (229.20) | (229.20) | (229.20) |
| PBAV | ACCO | 56370 | 9/4/2013 | CBHQ | PBA | Petro Basin Energy | (398,000) | delivery PBA | stock delivery | CAD | - | - | - |
| PBAV | ACCO | 56370 | 9/4/2013 | VPQU | PBA | Petro Basin Energy | 398,000 | delivery PBA | transfer stock in | CAD | - | - | - |
| PBAV | ACCO | 56450 | 9/4/2013 | BSIT | | | | internal transfer | forex debit | USD | (95.97) | (96.93) | (100.00) |
| PBAV | ACCO | 56450 | 9/4/2013 | BSIT | | | | forex | forex credit | CAD | 100.00 | - | 100.00 |
| PBAV | ACCO | 57731 | 9/30/2013 | WORK | | | | forex | debit | CAD | - | - | - |
| PBAV | ACCO | 57925 | 9/30/2013 | WORK | | | | custody fees | interest payment | USD | 24.56 | 24.56 | 24.56 |
| PBAV | ACCO | 58066 | 10/1/2013 | SRCH | | | | interest payment | debit | USD | (306.88) | (309.95) | (309.58) |
| PBAV | ACCO | 58066 | 10/1/2013 | CASH | | | | forex | forex credit | CAD | 309.58 | - | 309.58 |
| PBAV | ACCO | 59467 | 10/31/2013 | WORK | | | | interest payment | interest payment | USD | 25.11 | 25.11 | - |

A4594

LBY / PBAV Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PBAV | ACCO | 60840 | 11/30/2013 | WORK | | | | interest payment | interest payment | USD | | 24.32 | - |
| PBAV | ACCO | 62196 | 12/31/2013 | WORK | | | | custody fees | debt | CAD | | - | (112.39) |
| PBAV | ACCO | 62378 | 12/31/2013 | WORK | | | | interest payment | interest payment | USD | | 25.15 | - |
| PBAV | ACCO | 62530 | 1/2/2014 | LENO | | | | forex | forex debit | USD | (107.70) | (108.78) | - |
| PBAV | ACCO | 62530 | 1/2/2014 | LENO | | | | forex | forex credit | CAD | 112.39 | 112.39 | - |
| PBAV | ACCO | 62699 | 1/8/2014 | VPQU | | | | delivery | debt | USD | (44.60) | (144.60) | - |
| PBAV | ACCO | 63703 | 1/31/2014 | WORK | | | | interest payment | interest charge | USD | | 24.99 | - |
| PBAV | ACCO | 63704 | 1/31/2014 | WORK | | | | interest charge | interest charge | CAD | | - | (0.07) |
| PBAV | ACCO | 63957 | 2/1/2014 | WORK | | | | forex | forex debit | USD | | (0.06) | - |
| PBAV | ACCO | 63957 | 2/1/2014 | WORK | | | | forex | forex credit | CAD | | - | 0.07 |
| PBAV | ACCO | 63957 | 2/1/2014 | WORK | | | | forex | forex credit | CAD | | - | (225.21) |
| PBAV | ACCO | 65051 | 2/28/2014 | WORK | | | | interest payment | interest payment | USD | | 22.56 | - |
| PBAV | ACCO | 66640 | 3/31/2014 | WORK | | | | custody fees | interest payment | CAD | | - | 225.21 |
| PBAV | ACCO | 66820 | 3/31/2014 | WORK | | | | interest payment | interest payment | USD | | 25.00 | - |
| PBAV | ACCO | 66954 | 4/1/2014 | WORK | | | | forex | forex debit | USD | | (206.00) | - |
| PBAV | ACCO | 66954 | 4/1/2014 | WORK | | | | forex | forex credit | CAD | | - | (430.00) |
| PBAV | ACCO | 75804 | 4/16/2014 | SIQU | | | | delivery PBA/H | debt | CAD | (230.00) | (230.00) | - |
| PBAV | ACCO | 68387 | 4/30/2014 | WORK | | | | interest payment | interest payment | USD | | 24.04 | - |
| PBAV | ACCO | 69689 | 5/29/2014 | WORK | | | | interest payment | interest payment | USD | | 23.26 | - |
| PBAV | ACCO | 69959 | 6/4/2014 | VREN | | | | forex | forex debit | USD | (1,258.15) | (1,270.73) | - |
| PBAV | ACCO | 69959 | 6/4/2014 | VREN | | | | forex | forex credit | CAD | 1,350.00 | 1,350.00 | 1,350.00 |
| PBAV | ACCO | 70136 | 6/10/2014 | REST | | | | directors fees | debt | USD | | (300.00) | - |
| PBAV | ACCO | 73676 | 6/27/2014 | WORK | | | | custody fees | debt | CAD | | - | (247.67) |
| PBAV | ACCO | 74043 | 6/27/2014 | WORK | | | | interest payment | interest payment | USD | | 22.30 | - |
| PBAV | ACCO | 74044 | 6/27/2014 | WORK | | | | interest payment | interest payment | CAD | | - | 1.01 |
| PBAV | ACCO | 75105 | 7/31/2014 | WORK | | | | interest payment | interest payment | USD | | 25.79 | - |
| PBAV | ACCO | 75306 | 7/31/2014 | WORK | | | | interest payment | interest payment | CAD | | - | 0.97 |
| PBAV | ACCO | 70143 | 8/6/2014 | VREN | PBA | Petro Basin Energy | (198,000) | internal transfer | stock delivery | CAD | (200.00) | (200.00) | (300.00) |
| PBAV | ACCO | 70143 | 8/6/2014 | BEAG | PBA | Petro Basin Energy | 198,000 | internal transfer | transfer stock in | CAD | | - | - |
| PBAV | ACCO | 76564 | 8/31/2014 | WORK | | | | interest payment | interest payment | USD | | 23.59 | 0.36 |
| PBAV | ACCO | 76564 | 8/31/2014 | WORK | | | | interest payment | interest payment | CAD | | - | (219.77) |
| PBAV | ACCO | 77929 | 9/10/2014 | WORK | | | | custody fees | debt | CAD | | - | - |
| PBAV | ACCO | 78101 | 9/30/2014 | WORK | | | | interest payment | interest payment | USD | | 22.85 | 0.31 |
| PBAV | ACCO | 78102 | 9/30/2014 | WORK | | | | interest payment | interest payment | CAD | | - | - |
| PBAV | ACCO | 79551 | 10/31/2014 | WORK | | | | interest payment | interest payment | USD | | 23.63 | 0.13 |
| PBAV | ACCO | 79552 | 10/31/2014 | WORK | | | | interest payment | interest payment | CAD | | - | - |
| PBAV | ACCO | 80861 | 11/30/2014 | WORK | | | | interest payment | interest payment | USD | | 22.89 | 0.13 |
| PBAV | ACCO | 80862 | 11/30/2014 | WORK | | | | interest payment | interest payment | CAD | | - | - |
| PBAV | ACCO | 81885 | 12/31/2014 | WORK | | | | interest payment | interest payment | USD | | 23.67 | 0.13 |
| PBAV | ACCO | 81886 | 12/31/2014 | WORK | | | | interest payment | interest payment | CAD | | - | - |
| PBAV | ACCO | 82028 | 12/31/2014 | WORK | | | | interest payment | debit | CAD | | - | 0.13 |
| PBAV | ACCO | 82234 | 1/3/2015 | WORK | | | | forex | forex debit | USD | | (178.05) | - |
| LBY | ACCO | 82234 | 1/3/2015 | WORK | | | | forex | forex credit | CAD | | - | 207.74 |
| LBY | ACCO | 89391 | 1/15/2015 | SIQU | LBY | Liberty One Lithium | (1,172,000) | deliver stock DTC | stock delivery | CAD | | - | (600.00) |
| LBY | ACCO | 82582 | 1/20/2015 | CASH | | | | debit | debit | USD | (5,000.00) | (5,250.00) | - |
| LBY | ACCO | 82584 | 1/20/2015 | CASH | | | | debit | debit | CAD | (5,000.00) | - | (5,250.00) |
| LBY | ACCO | 82632 | 1/22/2015 | REST | | | | directors fees | debit | USD | | (900.00) | - |
| LBY | ACCO | 88855 | 1/23/2015 | BEAT | | | | DTC PBA | debit | USD | | (500.00) | - |
| LBY | ACCO | 88854 | 1/23/2015 | BEAP | | | | DTC PBA | debit | USD | | (500.00) | - |
| LBY | ACCO | 89590 | 1/26/2015 | BEAG | LBY | Liberty One Lithium | 1,172,000 | receive stock DTC | buy stock | CAD | | - | (600.00) |
| LBY | ACCO | 82854 | 1/26/2015 | BEAG | | | | forex | forex debit | CAD | | (4,726.80) | - |
| LBY | ACCO | 82854 | 1/26/2015 | BEAT | | | | forex | forex credit | CAD | | - | 5,850.00 |
| LBY | ACCO | 82633 | 1/26/2015 | SGPE | LBY | Liberty One Lithium | (1,500,000) | internal transfer | stock delivery | CAD | | - | (200.00) |
| LBY | ACCO | 82633 | 1/26/2015 | BEAT | LBY | Liberty One Lithium | 1,500,000 | internal transfer | transfer stock in | CAD | | - | - |
| LBY | ACCO | 82635 | 1/26/2015 | SGPE | LBY | Liberty One Lithium | (1,083,333) | internal transfer | stock delivery | CAD | | - | (200.00) |

A4595

LBY / PBAV Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LBY | ACCO | 82635 | 1/26/2015 | BEAP | LBY | Liberty One Lithium | 1,083,333 | internal transfer | transfer stock in | CAD | | | - |
| LBY | ACCO | 83161 | 1/29/2015 | WORK | | | | interest payment | interest payment | USD | | 19.88 | |
| LBY | ACCO | 83162 | 1/29/2015 | WORK | | | | interest charge | interest charge | CAD | | | (20.99) |
| LBY | ACCO | 83430 | 2/1/2015 | WORK | | | | forex | forex debit | USD | | (16.93) | |
| LBY | ACCO | 83430 | 2/1/2015 | WORK | | | | forex | forex credit | CAD | | | 20.99 |
| LBY | ACCO | 83487 | 2/1/2015 | SGPE | | | | delivery fee PBA | debit | USD | (161.85) | (361.85) | |
| LBY | ACCO | 86130 | 2/28/2015 | WORK | | | | interest payment | interest payment | USD | | 13.67 | |
| LBY | ACCO | 86131 | 2/28/2015 | WORK | | | | interest charge | interest charge | CAD | | | (0.03) |
| LBY | ACCO | 87075 | 3/30/2015 | WORK | | | | interest payment | interest payment | USD | | 13.11 | |
| LBY | ACCO | 87200 | 3/30/2015 | WORK | | | | custody fees | debit | CAD | | | (486.61) |
| LBY | ACCO | 87262 | 3/31/2015 | WORK | | | | forex | forex debit | USD | | (388.26) | |
| LBY | ACCO | 87262 | 3/31/2015 | WORK | | | | forex | forex credit | CAD | | | 486.64 |
| LBY | ACCO | 87953 | 4/28/2015 | CASH | | | | debit | debit | CAD | (15,000.00) | | (15,750.00) |
| LBY | ACCO | 87985 | 4/29/2015 | WORK | | | | forex | forex debit | USD | | (13,203.23) | |
| LBY | ACCO | 87985 | 4/29/2015 | WORK | | | | forex | forex credit | CAD | | | 15,750.00 |
| LBY | ACCO | 88129 | 4/29/2015 | WORK | | | | interest payment | interest payment | USD | | 12.97 | |
| LBY | ACCO | 88130 | 4/30/2015 | WORK | | | | interest charge | interest charge | CAD | | | (10.36) |
| LBY | ACCO | 88499 | 5/1/2015 | WORK | | | | forex | forex debit | USD | | (8.60) | |
| LBY | ACCO | 88499 | 5/1/2015 | WORK | | | | forex | forex credit | CAD | | | 10.30 |
| LBY | ACCO | 89295 | 5/30/2015 | WORK | | | | interest payment | interest payment | USD | | 1.58 | |
| LBY | ACCO | 89466 | 6/1/2015 | WORK | | | | forex | forex debit | USD | | (809.73) | |
| LBY | ACCO | 89466 | 6/1/2015 | WORK | | | | forex | forex credit | CAD | | | 1,000.06 |
| LBY | ACCO | 89575 | 6/10/2015 | WORK | | | | director fees | debit | USD | | (500.00) | |
| LBY | ACCO | 90318 | 6/30/2015 | WORK | | | | custody fees | debit | CAD | | | (202.95) |
| LBY | ACCO | 90480 | 6/30/2015 | WORK | | | | interest payment | interest payment | USD | | 0.68 | |
| LBY | ACCO | 90481 | 6/30/2015 | WORK | | | | interest charge | interest charge | CAD | | | (0.66) |
| LBY | ACCO | 90575 | 7/2/2015 | VPQU | | | | forex | forex debit | USD | (165.76) | (167.42) | |
| LBY | ACCO | 90575 | 7/2/2015 | VPQU | | | | forex | forex credit | CAD | 203.61 | | 203.61 |
| LBY | ACCO | 91253 | 7/29/2015 | WORK | | | | interest payment | interest payment | USD | | 0.38 | |
| LBY | ACCO | 91254 | 7/31/2015 | WORK | | | | interest charge | interest charge | CAD | | | (0.13) |
| LBY | ACCO | 92018 | 8/31/2015 | WORK | | | | interest payment | interest payment | USD | | 0.38 | |
| LBY | ACCO | 92170 | 9/1/2015 | WORK | | | | forex | forex debit | USD | | (0.10) | |
| LBY | ACCO | 92170 | 9/1/2015 | WORK | | | | forex | forex credit | CAD | | | 0.13 |
| LBY | ACCO | 92991 | 9/29/2015 | WORK | | | | interest payment | interest payment | USD | | 0.35 | |
| LBY | ACCO | 92910 | 9/29/2015 | WORK | | | | custody fees | debit | CAD | | | (342.92) |
| LBY | ACCO | 92970 | 10/1/2015 | WORK | | | | forex | forex debit | USD | | (259.76) | |
| LBY | ACCO | 92970 | 10/1/2015 | WORK | | | | forex | forex credit | CAD | | | 342.92 |
| LBY | ACCO | 93830 | 10/31/2015 | WORK | | | | interest payment | interest payment | USD | | 0.17 | |
| LBY | ACCO | 93831 | 10/31/2015 | WORK | | | | interest charge | interest charge | CAD | | | (0.23) |
| LBY | ACCO | 94075 | 11/1/2015 | WORK | | | | forex | forex debit | USD | | (0.18) | |
| LBY | ACCO | 94075 | 11/1/2015 | WORK | | | | forex | forex credit | CAD | | | 0.23 |
| LBY | ACCO | 94667 | 11/30/2015 | WORK | | | | interest payment | interest payment | USD | | 0.15 | |
| LBY | ACCO | 95520 | 12/30/2015 | WORK | | | | custody fees | debit | CAD | | | (136.08) |
| LBY | ACCO | 95845 | 12/31/2015 | WORK | | | | interest payment | interest payment | USD | | 0.16 | |
| LBY | ACCO | 95846 | 12/31/2015 | WORK | | | | interest charge | interest charge | CAD | | | (0.18) |
| LBY | ACCO | 95610 | 1/1/2016 | WORK | | | | forex | forex debit | USD | | (98.15) | |
| LBY | ACCO | 95610 | 1/1/2016 | WORK | | | | forex | forex credit | CAD | | | 136.26 |
| LBY | ACCO | 96079 | 1/25/2016 | WORK | | | | director fee | debit | USD | (100.00) | (100.00) | |
| LBY | ACCO | 96410 | 1/31/2016 | WORK | | | | interest payment | interest payment | USD | | 0.01 | |
| LBY | ACCO | 97234 | 1/31/2016 | WORK | | | | interest charge | interest charge | CAD | | | (0.20) |
| LBY | ACCO | 97234 | 3/2/2016 | VERA | LBY | Liberty One Lithium | (1,000,000) | deliver stock | stock delivery | CAD | (1,240.00) | | (1,240.00) |
| LBY | ACCO | 97387 | 3/2/2016 | SILVA | LBY | Liberty One Lithium | 1,000,000 | receive stock | buy stock | CAD | (200.00) | | (800.00) |
| LBY | ACCO | 98328 | 3/30/2016 | WORK | | | | custody fees | debit | CAD | | (88.84) | |
| LBY | ACCO | 98472 | 3/30/2016 | WORK | | | | interest charge | interest charge | USD | | (0.21) | |

3 of 11

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LBY | ACCO | 98473 | 3/30/2016 | WORK | | | | interest charge | interest charge | CAD | | | (39.40) |
| LBY | ACCO | 99610 | 4/30/2016 | WORK | | | | interest charge | interest charge | USD | | (0.22) | |
| LBY | ACCO | 99611 | 4/30/2016 | WORK | | | | interest charge | interest charge | CAD | | | (46.23) |
| LBY | ACCO | 100003 | 5/16/2016 | WORK | | | | director fee | debit | USD | | (100.00) | |
| LBY | ACCO | 100631 | 5/30/2016 | WORK | | | | interest charge | interest charge | USD | | (1.21) | |
| LBY | ACCO | 100632 | 5/30/2016 | WORK | | | | interest charge | interest charge | CAD | | | (45.66) |
| LBY | ACCO | 101489 | 6/29/2016 | WORK | | | | custody fees | debit | CAD | | | (165.55) |
| LBY | ACCO | 101632 | 6/29/2016 | WORK | | | | interest charge | interest charge | USD | | (2.22) | |
| LBY | ACCO | 101633 | 6/29/2016 | WORK | | | | interest charge | interest charge | CAD | | | (46.56) |
| LBY | ACCO | 101825 | 7/7/2016 | WORK | | | | pp | debit | USD | (1,000.00) | (1,000.00) | |
| LBY | ACCO | 102231 | 7/29/2016 | BOSA | | | | forex | forex debit | CAD | (1,966.49) | (1,986.15) | |
| LBY | ACCO | 102231 | 7/29/2016 | BOSA | | | | forex | forex credit | CAD | 2,572.25 | | 2,572.25 |
| LBY | ACCO | 102837 | 7/30/2016 | WORK | | | | forex | forex debit | CAD | | | (4,089.20) |
| LBY | ACCO | 102837 | 7/30/2016 | WORK | | | | forex | forex credit | USD | | 3,121.53 | |
| LBY | ACCO | 102491 | 7/30/2016 | WORK | | | | interest charge | interest charge | USD | | (20.73) | |
| LBY | ACCO | 102492 | 7/30/2016 | WORK | | | | interest charge | interest charge | CAD | | | (49.05) |
| LBY | ACCO | 103427 | 8/31/2016 | WORK | | | | interest charge | interest charge | USD | | (87.07) | |
| LBY | ACCO | 103441 | 9/30/2016 | WORK | | | | interest charge | interest charge | USD | | (83.35) | |
| LBY | ACCO | 104548 | 9/30/2016 | WORK | | | | custody fees | debit | CAD | | | (180.37) |
| LBY | ACCO | 104883 | 10/17/2016 | CANE | LBY | Liberty One Lithium | 50,000 | buy stock | buy stock | CAD | (5,635.00) | | (5,860.40) |
| LBY | ACCO | 105164 | 10/24/2016 | WORK | | | | forex | forex debit | USD | | (7,839.28) | |
| LBY | ACCO | 105164 | 10/24/2016 | WORK | | | | forex | forex credit | CAD | | | 10,349.44 |
| LBY | ACCO | 105103 | 10/24/2016 | WORK | | | | internal transfer | credit | USD | | 40,000.00 | |
| LBY | ACCO | 105169 | 10/26/2016 | CANE | LBY | Liberty One Lithium | 233,500 | buy stock | buy stock | CAD | (51,913.70) | | (53,990.25) |
| LBY | ACCO | 105229 | 10/27/2016 | CANE | LBY | Liberty One Lithium | 10,000 | buy stock | buy stock | CAD | (3,235.00) | | (3,364.40) |
| LBY | ACCO | 105649 | 10/28/2016 | CANE | | | | forex | forex debit | USD | (45,395.87) | (45,849.83) | |
| LBY | ACCO | 105649 | 10/28/2016 | CANE | | | | forex | forex credit | CAD | 60,490.00 | | 60,490.00 |
| LBY | ACCO | 105648 | 10/28/2016 | CANE | LBY | Liberty One Lithium | 5,000 | buy stock | buy stock | CAD | (1,835.00) | | (1,935.00) |
| LBY | ACCO | 105564 | 10/28/2016 | WORK | | | | interest payment | interest payment | USD | | 4.41 | |
| LBY | ACCO | 105565 | 10/28/2016 | WORK | | | | internal transfer | credit | USD | | 100,000.00 | |
| LBY | ACCO | 105608 | 10/30/2016 | WORK | | | | internal transfer | debit | USD | | | (205.79) |
| LBY | ACCO | 105612 | 10/31/2016 | BMOS | | | | Pense River Capital TT | debit | USD | (75,006.00) | (76,881.15) | |
| LBY | ACCO | 106034 | 10/31/2016 | WORK | | | | forex | forex debit | USD | | (6,417.50) | |
| LBY | ACCO | 106034 | 10/31/2016 | WORK | | | | forex | forex credit | CAD | | | 8,526.94 |
| LBY | ACCO | 105647 | 10/31/2016 | CANE | LBY | Liberty One Lithium | 10,000 | buy stock | buy stock | CAD | (4,135.00) | | (4,300.40) |
| LBY | ACCO | 105646 | 11/1/2016 | CANE | LBY | Liberty One Lithium | 10,000 | buy stock | buy stock | CAD | (4,335.00) | | (4,508.40) |
| LBY | ACCO | 105643 | 11/22/2016 | CANE | LBY | Liberty One Lithium | 10,000 | buy stock | buy stock | CAD | (3,905.00) | | (4,061.20) |
| LBY | ACCO | 105708 | 11/4/2016 | WORK | | | | director fees pp | debit | USD | | (1,000.00) | |
| LBY | ACCO | 105709 | 11/5/2016 | WORK | | | | director fees | debit | USD | | (1,000.00) | |
| LBY | ACCO | 105711 | 11/11/2016 | WORK | | | | debit | debit | USD | | (1,000.00) | |
| LBY | ACCO | 105780 | 11/8/2016 | CANE | LBY | Liberty One Lithium | 10,000 | buy stock | buy stock | CAD | (3,805.00) | | (3,957.20) |
| LBY | ACCO | 105964 | 11/15/2016 | CANE | LBY | Liberty One Lithium | 10,000 | buy stock | buy stock | CAD | (3,130.00) | | (3,255.20) |
| LBY | ACCO | 106092 | 11/22/2016 | CANE | LBY | Liberty One Lithium | 1,000 | buy stock | buy stock | CAD | (340.00) | | (440.00) |
| LBY | ACCO | 106452 | 11/30/2016 | WORK | | | | interest charge | interest charge | USD | | (10.89) | |
| LBY | ACCO | 106453 | 11/30/2016 | WORK | | | | interest charge | interest charge | CAD | | | (151.31) |
| LBY | ACCO | 106778 | 12/6/2016 | CANE | LBY | Liberty One Lithium | 3,000 | buy stock | buy stock | CAD | (960.00) | | (1,060.00) |
| LBY | ACCO | 107072 | 12/20/2016 | CANE | LBY | Liberty One Lithium | (25,000) | sell stock | sell stock | CAD | 10,115.00 | | 9,710.40 |
| LBY | ACCO | 107210 | 12/30/2016 | WORK | | | | debit | debit | CAD | | | (2,385.70) |
| LBY | ACCO | 107302 | 12/30/2016 | WORK | | | | interest charge | interest charge | USD | | (5.76) | |
| LBY | ACCO | 107303 | 12/30/2016 | WORK | | | | interest charge | interest charge | CAD | | | (157.88) |
| LBY | ACCO | 108604 | 2/3/2017 | CANE | | | | interest charge | interest charge | CAD | | | (200.00) |
| LBY | ACCO | 108750 | 2/7/2017 | BEAG | LBY | Liberty One Lithium | 583,334 | buy stock | buy stock | CAD | (21,146.02) | | (21,991.86) |
| LBY | ACCO | 108688 | 2/7/2017 | CANE | LBY | Liberty One Lithium | 40,000 | receive stock | sell stock | CAD | 261,428.83 | | 250,971.68 |
| LBY | ACCO | | | | LBY | Liberty One Lithium | (600,000) | sell stock | sell stock | CAD | | | |
| LBY | ACCO | 108784 | 2/10/2017 | WIVA | LBY | Liberty One Lithium | 25,000 | buy stock | buy stock | CAD | (15,800.00) | | (16,432.00) |

A4597

LBY / PBAV Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LBY | ACCO | 108823 | 2/14/2017 | WIVA | LBY | Liberty One Lithium | 9,000 | buy stock | buy stock | CAD | (5,958.00) | - | (6,196.32) |
| LBY | ACCO | 108882 | 2/17/2017 | WIVA | LBY | Liberty One Lithium | 60,000 | buy stock | buy stock | CAD | (38,048.00) | - | (39,569.92) |
| LBY | ACCO | 108899 | 2/21/2017 | WIVA | | | | spin off Lexington Biosci 100k shs | debit | CAD | (40.00) | - | (140.00) |
| LBY | ACCO | 109323 | 3/1/2017 | WIVA | LBY | Liberty One Lithium | 5,000 | buy stock | buy stock | CAD | (3,361.00) | - | (3,495.44) |
| LBY | ACCO | 109446 | 3/3/2017 | WIVA | LBY | Liberty One Lithium | 46,000 | buy stock | buy stock | CAD | (28,227.65) | - | (29,356.76) |
| LBY | ACCO | 109503 | 3/7/2017 | BEAG | LBY | Liberty One Lithium | (80,000) | sell stock | sell stock | CAD | 35,859.39 | - | 34,425.01 |
| LBY | ACCO | 109532 | 3/9/2017 | WIVA | LBY | Liberty One Lithium | 14,500 | buy stock | buy stock | CAD | (8,589.50) | - | (8,933.08) |
| LBY | ACCO | 109555 | 3/10/2017 | WIVA | LBY | Liberty One Lithium | (25,000) | sell stock | sell stock | CAD | 14,922.50 | - | 14,325.60 |
| LBY | ACCO | 109571 | 3/13/2017 | WIVA | LBY | Liberty One Lithium | (40,500) | sell stock | sell stock | CAD | 24,273.32 | - | 23,302.39 |
| LBY | ACCO | 109651 | 3/17/2017 | WIVA | LBY | Liberty One Lithium | (61,000) | sell stock | sell stock | CAD | 37,325.88 | - | 35,832.84 |
| LBY | ACCO | 109753 | 3/23/2017 | BEAT | LBY | Liberty One Lithium | 79,500 | buy stock | buy stock | CAD | (48,733.77) | - | (50,683.12) |
| LBY | ACCO | 109700 | 3/23/2017 | WIVA | LBY | Liberty One Lithium | 6,000 | buy stock | buy stock | CAD | (3,938.40) | - | (4,095.94) |
| LBY | ACCO | 109761 | 3/27/2017 | WIVA | LBY | Liberty One Lithium | 15,000 | buy stock | buy stock | CAD | (9,630.00) | - | (10,015.20) |
| LBY | ACCO | 109746 | 3/27/2017 | BEAT | LBY | Liberty One Lithium | 43,500 | buy stock | buy stock | CAD | (26,699.61) | - | (27,767.59) |
| LBY | ACCO | 109767 | 3/28/2017 | WIVA | LBY | Liberty One Lithium | 37,000 | buy stock | buy stock | CAD | (22,548.31) | - | (23,450.24) |
| LBY | ACCO | 110027 | 3/30/2017 | BEAT | LBY | Liberty One Lithium | 100,000 | buy stock | buy stock | CAD | (59,240.80) | - | (61,610.43) |
| LBY | ACCO | 110109 | 3/31/2017 | WORK | | | | custody fees | debit | CAD | - | - | (4,105.47) |
| LBY | ACCO | 110193 | 4/6/2017 | CANI | | | | debit | debit | CAD | - | - | (26,250.00) |
| LBY | ACCO | 110315 | 4/19/2017 | REST | | | | director fee | debit | CAD | (25,000.00) | - | (100.00) |
| LBY | ACCO | 110623 | 4/20/2017 | BEAG | LRTTF | Liberty One Lithium | (35,000) | sell stock | sell stock | USD | 14,926.79 | 14,329.72 | - |
| LBY | ACCO | 110624 | 4/25/2017 | BEAG | LRTTF | Liberty One Lithium | 35,000 | buy stock | buy stock | USD | (14,779.91) | (15,371.11) | - |
| LBY | ACCO | 110430 | 4/28/2017 | WORK | | | | internal transfer adjust pyronts/prize | debit | USD | - | (195,100.00) | - |
| LBY | ACCO | 111122 | 5/1/2017 | WIVA | LBY | Liberty One Lithium | 101,500 | symbol exchange | symbol exchange out | CAD | - | - | - |
| LBY | ACCO | 111122 | 5/1/2017 | WIVA | LRTTF | Liberty One Lithium | 101,500 | symbol exchange | symbol exchange in | USD | - | - | - |
| LBY | ACCO | 110781 | 5/4/2017 | WIVA | LBY | Liberty One Lithium | (15,000) | sell stock | sell stock | CAD | 8,370.00 | - | 8,035.20 |
| LBY | ACCO | 110772 | 5/5/2017 | WBVA | | | | Pyronts Media TT | debit | CAD | (250,250.00) | - | - |
| LBY | ACCO | 110856 | 5/10/2017 | WBVA | | | | McMillan TT | debit | CAD | (16,032.00) | - | (16,432.80) |
| LBY | ACCO | 110962 | 5/18/2017 | WBHI | | | | Pyronts Media TT | debit | USD | (150,250.00) | (154,006.25) | - |
| LBY | ACCO | 110991 | 5/18/2017 | WORK | | | | director fee | debit | USD | (100.00) | (100.00) | - |
| LBY | ACCO | 110869 | 5/18/2017 | WBVA | | | | Inform Resources TT | debit | CAD | (24,799.50) | - | (25,419.49) |
| LBY | ACCO | 111350 | 5/29/2017 | REST | LRTTF | Liberty One Lithium | 680,000 | receive stock | buy stock | USD | - | (100.00) | - |
| LBY | ACCO | 111135 | 5/30/2017 | WIVA | LBY | Liberty One Lithium | (25,000) | sell stock | sell stock | CAD | 12,909.37 | - | 12,393.00 |
| LBY | ACCO | 111295 | 5/31/2017 | WIVA | LBY | Liberty One Lithium | (201,000) | sell stock | sell stock | CAD | 98,516.93 | - | 94,576.25 |
| LBY | ACCO | 111512 | 5/31/2017 | PESC | LBY | Liberty One Lithium | 25,000 | buy stock | buy stock | CAD | (14,430.63) | - | (15,007.86) |
| LBY | ACCO | 111392 | 5/31/2017 | WORK | | | | forex | forex debit | CAD | - | - | (92,570.92) |
| LBY | ACCO | 111392 | 5/31/2017 | WORK | | | | forex | forex credit | USD | - | 68,066.85 | - |
| LBY | ACCO | 111419 | 6/1/2017 | WIVA | | | | rebalance LBY | debit | USD | (200.00) | - | (300.00) |
| LBY | ACCO | 111422 | 6/1/2017 | CANI | LBY | Liberty One Lithium | (2,500) | sell stock | sell stock | CAD | 1,240.00 | - | 1,140.00 |
| LBY | ACCO | 111351 | 6/1/2017 | REST | LRTTF | Liberty One Lithium | (680,000) | deliver stock | stock delivery | USD | - | (200.00) | - |
| LBY | ACCO | 111351 | 6/1/2017 | REST | | | | deliver stock | debit | USD | - | (50.00) | - |
| LBY | ACCO | 111421 | 6/5/2017 | CANI | LBY | Liberty One Lithium | (17,500) | sell stock | sell stock | CAD | 9,595.00 | - | 9,211.20 |
| LBY | ACCO | 111450 | 6/5/2017 | LOAN | | | | director fees | debit | USD | - | (200.00) | - |
| LBY | ACCO | 111430 | 6/7/2017 | WORK | | | | director fees | debit | USD | - | (2,000.00) | - |
| LBY | ACCO | 111472 | 6/7/2017 | CANI | LBY | Liberty One Lithium | (40,000) | sell stock | sell stock | CAD | 22,908.00 | - | 21,991.68 |
| LBY | ACCO | 111456 | 6/7/2017 | WORK | | | | Directors fees | debit | USD | - | (200.00) | - |
| LBY | ACCO | 111475 | 6/8/2017 | WIVA | | | | rebalance LRTTF 101500 | debit | USD | - | (300.00) | - |
| LBY | ACCO | 111352 | 6/8/2017 | WIVA | LRTTF | Liberty One Lithium | 680,000 | receive stock via cert | debit | CAD | (500.00) | - | - |
| LBY | ACCO | 111706 | 6/9/2017 | CANI | LBY | Liberty One Lithium | (2,500) | sell stock | sell stock | CAD | 1,315.00 | - | 1,215.00 |
| LBY | ACCO | 111508 | 6/12/2017 | WIVA | LBY | Liberty One Lithium | (8,000) | sell stock | sell stock | CAD | 3,940.00 | - | 3,782.40 |
| LBY | ACCO | 111571 | 6/15/2017 | PESC | LBY | Liberty One Lithium | 50,000 | buy stock | buy stock | CAD | (28,604.12) | - | (29,748.28) |
| LBY | ACCO | 111538 | 6/15/2017 | WORK | LBY | Liberty One Lithium | (565,000) | sell stock | sell stock | CAD | 279,231.34 | - | 268,062.09 |
| LBY | ACCO | 111562 | 6/15/2017 | WORK | | | | forex | forex debit | USD | - | 214,706.56 | - |
| LBY | ACCO | 111562 | 6/15/2017 | WORK | | | | forex | forex credit | CAD | - | - | (287,706.79) |
| LBY | ACCO | 111530 | 6/15/2017 | REST | | | | directors fee + fedex #779376508684 | debit | CAD | - | - | (250.00) |

5 of 11

A4598

LBY / PBAV Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LBY | ACCO | 111527 | 6/15/2017 | RUST | | | | directors fee | debit | CAD | | | (700.00) |
| LBY | ACCO | 111574 | 6/16/2017 | PESC | LBY | Liberty One Lithium | 100,000 | buy stock | buy stock | CAD | (54,574.00) | | (56,756.96) |
| LBY | ACCO | 111581 | 6/16/2017 | PESC | | | | debit 3 LBY trades | debit | USD | (300.00) | (300.00) | |
| LBY | ACCO | 111541 | 6/16/2017 | WBSA | | | | Pyromix Media TT | debit | USD | (200,250.00) | (205,256.25) | (13,156.26) |
| LBY | ACCO | 111997 | 6/22/2017 | BEAP | LBY | Liberty One Lithium | 25,000 | buy stock | buy stock | CAD | (12,650.25) | | (3,197.26) |
| LBY | ACCO | 11871 | 6/29/2017 | WORK | | | | custody fees | debit | USD | | (397.34) | (4,147.20) |
| LBY | ACCO | 11872 | 6/29/2017 | WORK | | | | custody fees | debit | CAD | | | 27,492.00 |
| LBY | ACCO | 112488 | 7/24/2017 | CANI | LBY | Liberty One Lithium | (7,500) | sell stock | sell stock | CAD | 4,320.00 | | |
| LBY | ACCO | 112117 | 7/5/2017 | WIVA | LBY | Liberty One Lithium | (50,000) | sell stock | sell stock | CAD | 28,637.50 | | 65,113.90 |
| LBY | ACCO | 112151 | 7/7/2017 | WIVA | LRTF | Liberty One Lithium | (3,200) | sell stock | sell stock | USD | 1,008.24 | 908.24 | 5,231.62 |
| LBY | ACCO | 112196 | 7/11/2017 | WIVA | LBY | Liberty One Lithium | (116,500) | sell stock | sell stock | CAD | 67,826.98 | | 8,724.29 |
| LBY | ACCO | 112213 | 7/12/2017 | WIVA | LBY | Liberty One Lithium | (10,000) | sell stock | sell stock | CAD | 5,449.60 | | 12,050.78 |
| LBY | ACCO | 112219 | 7/12/2017 | BEAP | LBY | Liberty One Lithium | (15,000) | sell stock | sell stock | CAD | 9,087.80 | | 3,632.37 |
| LBY | ACCO | 112222 | 7/12/2017 | CANE | LBY | Liberty One Lithium | (20,500) | sell stock | sell stock | CAD | 12,552.90 | | |
| LBY | ACCO | 112334 | 7/13/2017 | WIVA | LBY | Liberty One Lithium | (6,500) | sell stock | sell stock | USD | 3,783.72 | 8,693.56 | 20,111.64 |
| LBY | ACCO | 112335 | 7/13/2017 | WIVA | LBY | Liberty One Lithium | (20,000) | sell stock | sell stock | CAD | 9,055.79 | | 2,622.82 |
| LBY | ACCO | 112233 | 7/13/2017 | BEAP | LRTF | Liberty One Lithium | (35,000) | sell stock | sell stock | USD | 20,949.63 | 4,272.00 | |
| LBY | ACCO | 112234 | 7/13/2017 | CANE | LBY | Liberty One Lithium | (4,500) | sell stock | sell stock | USD | 2,732.10 | 13,583.68 | 71,596.53 |
| LBY | ACCO | 112238 | 7/13/2017 | WIVA | LBY | Liberty One Lithium | (10,000) | sell stock | sell stock | CAD | 4,450.00 | | |
| LBY | ACCO | 112248 | 7/14/2017 | BEAT | LRTF | Liberty One Lithium | (122,500) | sell stock | sell stock | CAD | 74,579.72 | | 20,908.58 |
| LBY | ACCO | 112342 | 7/17/2017 | WIVA | LBY | Liberty One Lithium | (30,000) | sell stock | sell stock | CAD | 14,149.67 | | 54,597.83 |
| LBY | ACCO | 112261 | 7/17/2017 | BEAP | LRTF | Liberty One Lithium | (35,000) | sell stock | sell stock | CAD | 21,779.77 | | 102,531.30 |
| LBY | ACCO | 112278 | 7/18/2017 | BEAT | LBY | Liberty One Lithium | (90,000) | sell stock | sell stock | CAD | 56,872.74 | | 62,841.40 |
| LBY | ACCO | 112362 | 7/19/2017 | BEAP | LBY | Liberty One Lithium | (165,000) | sell stock | sell stock | CAD | 106,803.44 | | 28,719.42 |
| LBY | ACCO | 112291 | 7/20/2017 | BEAT | LBY | Liberty One Lithium | (98,000) | sell stock | sell stock | CAD | 65,459.79 | | 103,225.69 |
| LBY | ACCO | 112363 | 7/21/2017 | BEAT | LBY | Liberty One Lithium | (45,000) | sell stock | sell stock | CAD | 29,916.06 | | |
| LBY | ACCO | 112415 | 7/24/2017 | BEAT | LBY | Liberty One Lithium | (155,000) | sell stock | sell stock | CAD | 107,526.76 | | (28,478.20) |
| LBY | ACCO | 112437 | 7/25/2017 | WIVA | LRTF | Liberty One Lithium | (20,000) | sell stock | sell stock | USD | 9,931.77 | 9,534.50 | (435,719.01) |
| LBY | ACCO | 112448 | 7/14/2017 | BEAT | | | 41,000 | forex stock | forex stock | CAD | (27,382.88) | | |
| LBY | ACCO | 112305 | 7/25/2017 | WORK | | | | forex credit | forex credit | USD | | 343,085.84 | |
| LBY | ACCO | 112305 | 7/25/2017 | WORK | | | | forex | forex | CAD | | | 41,894.79 |
| LBY | ACCO | 112481 | 7/26/2017 | BEAT | LBY | Liberty One Lithium | (65,000) | sell stock | sell stock | CAD | 43,640.41 | | 19,359.36 |
| LBY | ACCO | 112487 | 7/26/2017 | CANE | LBY | Liberty One Lithium | (30,000) | sell stock | sell stock | CAD | 20,166.00 | | 71,342.01 |
| LBY | ACCO | 112511 | 7/27/2017 | BEAT | LBY | Liberty One Lithium | (110,000) | sell stock | sell stock | CAD | 74,314.59 | | 32,760.00 |
| LBY | ACCO | 112499 | 7/27/2017 | CANI | LBY | Liberty One Lithium | (50,000) | sell stock | sell stock | CAD | 34,125.00 | | 15,923.23 |
| LBY | ACCO | 112780 | 7/28/2017 | BEAT | LBY | Liberty One Lithium | (25,000) | sell stock | sell stock | CAD | 16,586.70 | | |
| LBY | ACCO | 112534 | 7/28/2017 | WIVA | LRTF | Liberty One Lithium | (10,000) | sell stock | sell stock | USD | 4,940.00 | 4,742.40 | 68,141.32 |
| LBY | ACCO | 112781 | 7/31/2017 | BEAT | LBY | Liberty One Lithium | (102,500) | sell stock | sell stock | CAD | 70,980.54 | | 110,817.30 |
| LBY | ACCO | 112782 | 8/4/2017 | BEAT | LBY | Liberty One Lithium | (162,000) | sell stock | sell stock | CAD | 115,434.69 | | |
| LBY | ACCO | 112754 | 8/2/2017 | BEAT | LRTF | Liberty One Lithium | (55,000) | sell stock | sell stock | CAD | 30,298.30 | | (134,275.00) |
| LBY | ACCO | 112750 | 8/1/2017 | WBVA | | | | Liberty One Lithium TT | debit | CAD | (131,000.00) | | (102,500.00) |
| LBY | ACCO | 112751 | 8/1/2017 | WBHI | | | | Liberty One Lithium TT | debit | CAD | (100,000.00) | | 105,200.91 |
| LBY | ACCO | 112807 | 8/2/2017 | BEAT | LBY | Liberty One Lithium | (149,500) | sell stock | sell stock | CAD | 109,584.28 | | 187,876.76 |
| LBY | ACCO | 112816 | 8/3/2017 | BEAT | LBY | Liberty One Lithium | (263,500) | sell stock | sell stock | CAD | 195,704.96 | | |
| LBY | ACCO | 112810 | 8/3/2017 | WIVA | LRTF | Liberty One Lithium | (50,000) | sell stock | sell stock | USD | 28,499.35 | 27,359.38 | 27,359.38 |
| LBY | ACCO | 112828 | 8/4/2017 | WBSA | | | | Pyromix Media TT | debit | USD | (250,250.00) | (256,506.25) | (256,506.25) |
| LBY | ACCO | 112853 | 8/4/2017 | BEAG | LBY | Liberty One Lithium | (26,000) | sell stock | sell stock | CAD | 19,406.06 | | 18,629.82 |
| LBY | ACCO | 112855 | 8/4/2017 | BEAT | LBY | Liberty One Lithium | (135,000) | sell stock | sell stock | CAD | 100,687.21 | | 96,659.72 |
| LBY | ACCO | 112826 | 8/4/2017 | WORK | | | | Directors fees | debit | USD | | (200.00) | |
| LBY | ACCO | 114850 | 8/7/2017 | WIVA | LRTF | Liberty One Lithium | (240,400) | sell stock | sell stock | USD | 141,004.65 | 135,364.46 | 135,364.46 |
| LBY | ACCO | 114859 | 8/7/2017 | WIVA | LRTF | Liberty One Lithium | (200,000) | sell stock | sell stock | USD | 120,195.25 | 115,387.44 | 115,387.44 |
| LBY | ACCO | 114961 | 8/8/2017 | BEAG | LBY | Liberty One Lithium | (431,500) | sell stock | sell stock | CAD | 338,466.98 | | 324,928.30 |
| LBY | ACCO | 114972 | 8/9/2017 | BEAG | LBY | Liberty One Lithium | (225,000) | sell stock | sell stock | CAD | 178,548.23 | | 171,406.30 |
| LBY | ACCO | 114987 | 8/10/2017 | BEAG | LBY | Liberty One Lithium | (50,000) | sell stock | sell stock | CAD | 35,370.32 | | 33,955.51 |

LBY / PBAV Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LBY | ACCO | 112514 | 8/10/2017 | WISA | | Liberty One Lithium | 1,250,000 | receive stock via drs | buy stock | CAD | (500.00) | | (1,100.00) |
| LBY | ACCO | 115023 | 8/11/2017 | PESC | LRTTF | Liberty One Lithium | 100,000 | | buy stock | USD | (60,498.73) | (62,918.68) | |
| LBY | ACCO | 115015 | 8/14/2017 | WBQU | | | | Pyromx Media TT | debit | USD | (300,250.00) | (307,756.25) | |
| LBY | ACCO | 115020 | 8/14/2017 | BEAG | LBY | Liberty One Lithium | (200,000) | sell stock | sell stock | USD | 151,036.82 | 144,995.35 | |
| LBY | ACCO | 115025 | 8/14/2017 | WIVA | LRTTF | Liberty One Lithium | (59,100) | sell stock | sell stock | USD | 33,799.15 | 32,447.18 | |
| LBY | ACCO | 115032 | 8/15/2017 | WIVA | LRTTF | Liberty One Lithium | (13,000) | sell stock | sell stock | USD | 7,194.00 | 6,906.24 | |
| LBY | ACCO | 115038 | 8/15/2017 | BEAG | LBY | Liberty One Lithium | (297,000) | sell stock | sell stock | CAD | 223,743.28 | | 214,793.55 |
| LBY | ACCO | 115031 | 8/15/2017 | WIHI | LBY | Liberty One Lithium | 1,250,000 | receive stock | buy stock | CAD | (2,000.00) | | (2,600.00) |
| LBY | ACCO | 115060 | 8/16/2017 | WIVA | LRTTF | Liberty One Lithium | (56,800) | sell stock | sell stock | USD | 32,506.92 | 31,206.64 | |
| LBY | ACCO | 115063 | 8/16/2017 | BEAG | LBY | Liberty One Lithium | (75,000) | sell stock | sell stock | CAD | 57,018.29 | | 54,737.56 |
| LBY | ACCO | 115088 | 8/17/2017 | WIVA | LBY | Liberty One Lithium | (14,000) | sell stock | sell stock | USD | 8,093.58 | 7,769.84 | |
| LBY | ACCO | 115092 | 8/17/2017 | WIHI | LBY | Liberty One Lithium | (470,000) | sell stock | sell stock | CAD | 353,350.31 | | 339,216.30 |
| LBY | ACCO | 115068 | 8/17/2017 | WBVA | | | | Paragon Webmedia TT | debit | CAD | (50,100.00) | | (51,352.50) |
| LBY | ACCO | 115111 | 8/18/2017 | WIHI | LBY | Liberty One Lithium | (46,500) | sell stock | sell stock | CAD | 34,587.90 | | 33,204.38 |
| LBY | ACCO | 115094 | 8/18/2017 | WBMO | | | | Audience Marketing TT | debit | CAD | (20,040.00) | | (20,541.00) |
| LBY | ACCO | 115144 | 8/21/2017 | BEAG | LBY | Liberty One Lithium | (25,500) | sell stock | sell stock | CAD | 19,126.78 | | 18,361.71 |
| LBY | ACCO | 115145 | 8/21/2017 | BEAP | LBY | Liberty One Lithium | (274,500) | sell stock | sell stock | CAD | 206,626.48 | | 198,361.42 |
| LBY | ACCO | 115122 | 8/21/2017 | WORK | | | | director fees | debit | CAD | | (200.00) | |
| LBY | ACCO | 115159 | 8/22/2017 | WICO | | | | Pyrmx Media TT | debit | USD | (250,250.00) | (256,506.25) | |
| LBY | ACCO | 115152 | 8/22/2017 | WORK | | | | director fees | debit | CAD | | (2,600.00) | |
| LBY | ACCO | 115238 | 8/22/2017 | AFTR | | | | forex | forex debit | CAD | (300,000.00) | | (300,000.00) |
| LBY | ACCO | 115238 | 8/22/2017 | AFTR | | | | forex | forex credit | USD | 234,705.05 | 234,705.05 | |
| LBY | ACCO | 115336 | 8/24/2017 | TENT | LBY | | 199,000 | buy stock | buy stock | CAD | (132,518.63) | | (137,819.38) |
| LBY | ACCO | 115275 | 8/25/2017 | WORK | | | | director fee | debit | USD | | (100.00) | |
| LBY | ACCO | 115436 | 8/29/2017 | WIHI | LBY | Liberty One Lithium | (212,500) | sell stock | sell stock | CAD | 115,571.66 | | 110,948.79 |
| LBY | ACCO | 115295 | 8/29/2017 | WBVA | | | | Pyrmx Media TT | debit | USD | (250,250.00) | (256,506.25) | |
| LBY | ACCO | 115429 | 8/29/2017 | WORK | | | | director fees | debit | USD | (1,000.00) | | |
| LBY | ACCO | 115504 | 8/30/2017 | WIHI | LBY | Liberty One Lithium | (180,000) | sell stock | sell stock | CAD | 103,726.27 | | 99,577.22 |
| LBY | ACCO | 115590 | 8/31/2017 | WIHI | LBY | Liberty One Lithium | (250,000) | sell stock | sell stock | CAD | 145,110.00 | | 139,305.60 |
| LBY | ACCO | 115833 | 8/31/2017 | REST | LBY | Liberty One Lithium | (50,000) | sell stock | sell stock | CAD | 30,660.00 | | 29,433.60 |
| LBY | ACCO | 115679 | 8/31/2017 | REST | | | | forex | forex debit | CAD | (7,202.76) | | (7,202.76) |
| LBY | ACCO | 115679 | 8/31/2017 | WORK | | | | forex | forex credit | USD | 5,808.68 | 5,808.68 | |
| LBY | ACCO | 115871 | 9/1/2017 | WIHI | LBY | Liberty One Lithium | (91,000) | sell stock | sell stock | CAD | 52,102.00 | | 50,017.92 |
| LBY | ACCO | 115873 | 9/1/2017 | WISA | LBY-E | Liberty One Lithium | (109,000) | stock delivery | stock delivery | CAD | 62,398.00 | | 59,902.08 |
| LBY | ACCO | 115885 | 9/5/2017 | REST | LBY | Liberty One Lithium | (1,250,000) | deliver stock | deliver stock | CAD | | | (100.00) |
| LBY | ACCO | 115885 | 9/5/2017 | REST | LBY-E | Liberty One Lithium | (1,250,000) | deliver stock | deliver stock | USD | | (50.00) | |
| LBY | ACCO | 115885 | 9/5/2017 | REST | | | | | deliver stock | USD | | | |
| LBY | ACCO | 115971 | 9/7/2017 | WIHI | | | | Paragon Webmedia TT | debit | USD | (50,100.00) | (51,352.50) | |
| LBY | ACCO | 116014 | 9/12/2017 | BEAP | LBY | Liberty One Lithium | (95,000) | sell stock | sell stock | CAD | 57,019.75 | | 54,738.96 |
| LBY | ACCO | 116012 | 9/12/2017 | TENT | LBY | Liberty One Lithium | 100,000 | buy stock | buy stock | CAD | (62,626.13) | | (65,131.18) |
| LBY | ACCO | 116013 | 9/12/2017 | TENT | LBY | Liberty One Lithium | (60,000) | sell stock | sell stock | CAD | 37,537.53 | | 34,135.23 |
| LBY | ACCO | 115978 | 9/12/2017 | CANE | LBY | Liberty One Lithium | (50,000) | sell stock | sell stock | CAD | 30,660.00 | | 29,433.60 |
| LBY | ACCO | 115886 | 9/12/2017 | TENT | LBY | Liberty One Lithium | 1,250,000 | receive stock via cert | buy stock | USD | | (100,000.00) | |
| LBY | ACCO | 116001 | 9/13/2017 | WISA | LBY | Liberty One Lithium | (239,000) | sell stock | sell stock | CAD | 146,411.36 | | 140,554.91 |
| LBY | ACCO | 116032 | 9/14/2017 | WISA | LBY | Liberty One Lithium | (250,000) | sell stock | sell stock | CAD | 154,318.80 | | 148,146.05 |
| LBY | ACCO | 116449 | 9/14/2017 | BEAP | LBY | Liberty One Lithium | (100,000) | sell stock | sell stock | CAD | 62,817.72 | | 60,305.01 |
| LBY | ACCO | 116040 | 9/15/2017 | CANE | LBY | Liberty One Lithium | (235,000) | sell stock | sell stock | CAD | 146,065.13 | | 140,222.52 |
| LBY | ACCO | 116033 | 9/15/2017 | CANE | LBY | Liberty One Lithium | (83,000) | sell stock | sell stock | CAD | 55,023.90 | | 52,822.94 |
| LBY | ACCO | 116068 | 9/18/2017 | WISA | LBY | Liberty One Lithium | (266,000) | sell stock | sell stock | CAD | 165,797.62 | | 159,165.72 |
| LBY | ACCO | 116052 | 9/18/2017 | CANE | LBY | Liberty One Lithium | (17,000) | sell stock | sell stock | CAD | 11,276.10 | | 10,825.06 |
| LBY | ACCO | 116064 | 9/19/2017 | WIHI | | | | World Wide Holdings TT | debit | CAD | (60,120.00) | (61,623.00) | |
| LBY | ACCO | 116081 | 9/19/2017 | WISA | LBY | Liberty One Lithium | (91,500) | sell stock | sell stock | CAD | 56,748.75 | | 54,478.80 |
| LBY | ACCO | 116079 | 9/19/2017 | WBMO | | | | Liberty One lithium TT | debit | CAD | (171,647.53) | | (175,938.72) |
| LBY | ACCO | 116085 | 9/20/2017 | CANE | LBY | Liberty One Lithium | (100,000) | sell stock | sell stock | CAD | 64,320.00 | | 61,747.20 |
| LBY | ACCO | 116098 | 9/21/2017 | WORK | | | | Directors fees | debit | USD | | (600.00) | |

A4600

LBY / PBAV Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LBY | ACCO | 116223 | 9/21/2017 | CANE | LBY | Liberty One Lithium | (50,000) | sell stock | sell stock | CAD | 32,145.00 | - | 30,859.20 |
| LBY | ACCO | 116114 | 9/21/2017 | BEAG | LRTTF | Liberty One Lithium | 50,000 | buy stock | buy stock | USD | (26,931.85) | (28,200.12) | - |
| LBY | ACCO | 116150 | 9/25/2017 | CANI | LBY | Liberty One Lithium | 1,250,000 | receive stock | receive stock | CAD | - | - | (20,000.00) |
| LBY | ACCO | 116177 | 9/26/2017 | WBQU | | | | Inform Resources TT | debit | CAD | (24,799.50) | - | (25,419.49) |
| LBY | ACCO | 116178 | 9/27/2017 | WORK | | | | director fee | debit | USD | - | (2,000.00) | - |
| LBY | ACCO | 116226 | 9/27/2017 | WIVA | | | | Hadley Mining TT | debit | CAD | (250,250.00) | - | (256,506.25) |
| LBY | ACCO | 116214 | 9/27/2017 | BEAG | LBY | Liberty One Lithium | 100,000 | buy stock | buy stock | CAD | (63,321.20) | - | (65,854.05) |
| LBY | ACCO | 116227 | 9/27/2017 | WBHI | | | | Hadley Mining TT | debit | CAD | (250,309.74) | - | (256,567.48) |
| LBY | ACCO | 116222 | 9/28/2017 | CANI | LBY | Liberty One Lithium | (12,500) | sell stock | sell stock | CAD | 7,615.00 | - | 7,310.40 |
| LBY | ACCO | 116221 | 9/28/2017 | CANE | LBY | Liberty One Lithium | (43,500) | sell stock | sell stock | CAD | 26,690.05 | - | 25,622.45 |
| LBY | ACCO | 116234 | 9/29/2017 | CANI | LBY | Liberty One Lithium | (409,500) | sell stock | sell stock | CAD | 261,696.30 | - | 251,228.45 |
| LBY | ACCO | 116250 | 9/30/2017 | WORK | | | | director fees | debit | USD | - | (200.00) | - |
| LBY | ACCO | 116171 | 9/30/2017 | WORK | | | | forex | forex debit | CAD | - | - | (307,407.51) |
| LBY | ACCO | 116171 | 9/30/2017 | WORK | | | | forex | forex credit | USD | - | 245,926.01 | - |
| LBY | ACCO | 116439 | 9/30/2017 | WORK | | | | custody fees | debit | USD | - | (97.99) | - |
| LBY | ACCO | 116440 | 9/30/2017 | WORK | | | | custody fees | debit | CAD | - | - | (1,250.26) |
| LBY | ACCO | 116251 | 10/1/2017 | WIHI | | | | Phillips Paul Barristers TT | debit | CAD | (250,250.00) | - | (256,506.25) |
| LBY | ACCO | 116548 | 10/2/2017 | BEAG | LBY | Liberty One Lithium | (25,000) | sell stock | sell stock | CAD | 16,441.17 | - | 15,783.52 |
| LBY | ACCO | 116549 | 10/2/2017 | BEAG | LBY | Liberty One Lithium | (378,500) | sell stock | sell stock | CAD | 244,582.50 | - | 234,799.20 |
| LBY | ACCO | 116586 | 10/3/2017 | LRTIF | LBY | Liberty One Lithium | 100,000 | buy stock | buy stock | USD | (56,668.05) | (58,934.77) | - |
| LBY | ACCO | 116555 | 10/3/2017 | CANI | LBY | Liberty One Lithium | (673,000) | sell stock | sell stock | CAD | 418,968.54 | - | 402,269.80 |
| LBY | ACCO | 116637 | 10/4/2017 | BEAP | | | (588,833) | internal transfer | internal transfer | CAD | (93.75) | - | (193.75) |
| LBY | ACCO | 116637 | 10/4/2017 | PESP | | | 588,833 | internal transfer | transfer stock in | CAD | (623.97) | - | (623.97) |
| LBY | ACCO | 116570 | 10/4/2017 | CANI | LBY | Liberty One Lithium | (35,500) | sell stock | sell stock | CAD | 22,111.35 | - | 21,226.90 |
| LBY | ACCO | 116635 | 10/5/2017 | PESP | | | | debit sell LBY | debit | USD | (100.00) | (100.00) | - |
| LBY | ACCO | 116636 | 10/5/2017 | PESP | LBY | Liberty One Lithium | (275,000) | sell stock | sell stock | CAD | 163,122.43 | - | 156,597.53 |
| LBY | ACCO | 116585 | 10/5/2017 | CANI | LBY | Liberty One Lithium | (204,334) | sell stock | sell stock | CAD | 126,127.76 | - | 121,082.65 |
| LBY | ACCO | 116609 | 10/5/2017 | CANE | LBY | Liberty One Lithium | 1,250,000 | receive stock | receive stock | CAD | - | - | (100.00) |
| LBY | ACCO | 116632 | 10/6/2017 | WBVA | | | | Paragon Webmedia TT | debit | CAD | (50,100.00) | - | (51,352.50) |
| LBY | ACCO | 116788 | 10/9/2017 | CANE | LBY | Liberty One Lithium | (188,500) | sell stock | sell stock | CAD | 123,463.29 | - | 118,524.76 |
| LBY | ACCO | 116789 | 10/9/2017 | PESC | LBY | Liberty One Lithium | (100,000) | sell stock | sell stock | CAD | 77,095.06 | - | 74,011.26 |
| LBY | ACCO | 116792 | 10/9/2017 | PESC | LBY | Liberty One Lithium | (100,000) | sell stock | sell stock | USD | 55,343.14 | 53,129.41 | - |
| LBY | ACCO | 116793 | 10/9/2017 | PESC | LRTTF | Liberty One Lithium | 100,000 | symbol exchange | symbol exchange out | USD | (93.75) | - | - |
| LBY | ACCO | 116793 | 10/9/2017 | PESC | LBY | Liberty One Lithium | 100,000 | symbol exchange | symbol exchange in | USD | - | - | - |
| LBY | ACCO | 116736 | 10/10/2017 | TENT | LRTTF | Liberty One Lithium | 150,000 | buy stock | buy stock | USD | (90,933.75) | (94,571.10) | - |
| LBY | ACCO | 116683 | 10/10/2017 | CANE | LBY | Liberty One Lithium | (650,000) | sell stock | sell stock | CAD | 470,849.45 | - | 452,015.47 |
| LBY | ACCO | 116665 | 10/10/2017 | WBVA | | | | Pyrenn Media TT | debit | CAD | (250,250.00) | - | (256,506.25) |
| LBY | ACCO | 116699 | 10/10/2017 | REST | | | | directors fee | debit | USD | (75,075.00) | (76,951.88) | - |
| LBY | ACCO | 116711 | 10/11/2017 | WIVA | | | | Upper Canyon Minerals TT | debit | CAD | (250,250.00) | - | (256,506.25) |
| LBY | ACCO | 116698 | 10/11/2017 | WBVA | | | | Pyrenn Media TT | debit | CAD | (250,250.00) | - | (256,506.25) |
| LBY | ACCO | 116694 | 10/11/2017 | CANE | LBY | Liberty One Lithium | (411,500) | sell stock | sell stock | CAD | 315,567.15 | - | 302,944.46 |
| LBY | ACCO | 116700 | 10/11/2017 | REST | | | | directors fee | debit | USD | (2,000.00) | (2,000.00) | - |
| LBY | ACCO | 116701 | 10/11/2017 | WBRI | | | | Dari International TT | debit | USD | (140,250.00) | (143,756.25) | - |
| LBY | ACCO | 116707 | 10/11/2017 | WORK | | | | director fees | debit | USD | (2,000.00) | (2,000.00) | - |
| LBY | ACCO | 116708 | 10/11/2017 | WBHI | | | | Skyleap Industries TT | debit | USD | (28,056.00) | (28,757.40) | - |
| LBY | ACCO | 116709 | 10/11/2017 | WORK | | | | director fees | debit | USD | (4,000.00) | (4,000.00) | - |
| LBY | ACCO | 116710 | 10/11/2017 | WBRI | | | | Upper Canyon Minerals TT | debit | CAD | (62,650.00) | - | (64,216.25) |
| LBY | ACCO | 116712 | 10/11/2017 | WBVA | | | | Upper Canyon Minerals TT | debit | CAD | (50,100.00) | - | (51,352.50) |
| LBY | ACCO | 116713 | 10/11/2017 | WBHI | | | | Upper Canyon Minerals TT | debit | CAD | (50,100.00) | - | (51,352.50) |
| LBY | ACCO | 116754 | 10/12/2017 | PESC | LBY | Liberty One Lithium | (175,000) | sell stock | sell stock | CAD | 134,916.35 | - | 129,519.70 |
| LBY | ACCO | 116790 | 10/12/2017 | PESC | | | | debit trade LBY | debit | USD | (200.00) | (200.00) | - |
| LBY | ACCO | 116757 | 10/12/2017 | PESP | LBY | Liberty One Lithium | (200,000) | sell stock | sell stock | USD | 154,190.11 | 148,022.51 | - |
| LBY | ACCO | 116791 | 10/12/2017 | PESP | | | | debit trade LBY | debit | USD | (300.00) | (300.00) | - |
| LBY | ACCO | 116783 | 10/13/2017 | PESP | LBY | Liberty One Lithium | (98,833) | sell stock | sell stock | CAD | 81,728.47 | - | 78,459.33 |

A4601

LBY / PBAV Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LBY | ACCO | 116740 | 10/13/2017 | WORK | | | (340,000) | Directors fees | debit | USD | | (750.00) | - |
| LBY | ACCO | 116784 | 10/16/2017 | TENT | LBY | Liberty One Lithium | (150,000) | sell stock | sell stock | CAD | 298,643.08 | - | 286,697.36 |
| LBY | ACCO | 116785 | 10/16/2017 | TENT | LRTF | Liberty One Lithium | (150,000) | sell stock | sell stock | USD | 105,112.39 | 100,907.89 | - |
| LBY | ACCO | 116796 | 10/16/2017 | BEAG | LBY | Liberty One Lithium | 678,500 | internal transfer | transfer stock in | CAD | | - | - |
| LBY | ACCO | 116834 | 10/18/2017 | WIVA | | | (125,000) | Hadley Mining TT | debit | CAD | (100,100.00) | - | (102,602.50) |
| LBY | ACCO | 116833 | 10/18/2017 | WISA | | | 50,000 | Hadley Mining TT | debit | CAD | (25,025.00) | - | (25,650.63) |
| LBY | ACCO | 116835 | 10/18/2017 | WIRI | | | 50,000 | Hadley Mining TT | debit | CAD | (100,100.00) | - | (102,602.50) |
| LBY | ACCO | 116821 | 10/18/2017 | REST | | | | directors fee | debit | USD | | (4,000.00) | - |
| LBY | ACCO | 116822 | 10/18/2017 | REST | | | | directors fee | debit | USD | | (8,000.00) | - |
| LBY | ACCO | 116841 | 10/19/2017 | WORK | | | 342,675 | Hadley Mining TT | debit | CAD | (112,250.00) | - | (115,056.25) |
| LBY | ACCO | 116867 | 10/20/2017 | WORK | | | | director fee | debit | USD | | (500.00) | - |
| LBY | ACCO | 117031 | 10/25/2017 | BEAG | LBY | Liberty One Lithium | (342,675) | sell stock | sell stock | CAD | 101,125.33 | - | 97,080.32 |
| LBY | ACCO | 117352 | 10/25/2017 | BEAG | LRTF | Liberty One Lithium | | symbol exchange | symbol exchange out | USD | | (100.00) | - |
| LBY | ACCO | 117352 | 10/25/2017 | BEAG | LBY | Liberty One Lithium | | symbol exchange | symbol exchange in | USD | (50,100.00) | - | - |
| LBY | ACCO | 117383 | 11/1/2017 | REST | LBY:E | Liberty One Lithium | 342,675 | receive stock | buy stock | CAD | | - | (100.00) |
| LBY | ACCO | 117339 | 11/1/2017 | REST | | | | Paragon Webmedia TT | debit | CAD | | - | - |
| LBY | ACCO | 117384 | 11/1/2017 | REST | | | (15,000) | deliver stock | stock delivery | CAD | | - | (200.00) |
| LBY | ACCO | 117394 | 11/3/2017 | TENT | | | (130,800) | deliver stock | debit | USD | | (50.00) | - |
| LBY | ACCO | 117485 | 11/6/2017 | TENT | | | (1,250,000) | certificate rejected | stock delivery | CAD | | - | (100.00) |
| LBY | ACCO | 117431 | 11/7/2017 | WORK | LBY:E | Liberty One Lithium | | Directors fees | debit | USD | | (1,000.00) | - |
| LBY | ACCO | 117530 | 11/7/2017 | PESP | LBY | Liberty One Lithium | (15,000) | sell stock | sell stock | CAD | 25,563.50 | - | 24,540.96 |
| LBY | ACCO | 117532 | 11/10/2017 | WIVA | LBY | Liberty One Lithium | (130,800) | sell stock | buy stock | CAD | 231,441.26 | - | 222,183.61 |
| LBY | ACCO | 117385 | 11/10/2017 | WIVA | LBY | Liberty One Lithium | 342,675 | receive stock via cert | debit | CAD | (500.00) | - | (1,100.00) |
| LBY | ACCO | 117479 | 11/14/2017 | WORK | LBY:E | Liberty One Lithium | | director fees | debit | USD | | (2,000.00) | - |
| LBY | ACCO | 117486 | 11/15/2017 | REST | LBY:E | Liberty One Lithium | 1,250,000 | receive stock | buy stock | CAD | | - | - |
| LBY | ACCO | 117494 | 11/10/2017 | WIVA | | | | Liberty One Lithium TT | debit | CAD | (98,446.50) | - | (100,987.66) |
| LBY | ACCO | 117495 | 11/10/2017 | WIVA | | | | Liberty One Lithium TT | debit | CAD | (75,150.00) | - | (77,028.75) |
| LBY | ACCO | 117561 | 11/14/2017 | WIVA | LBY | Liberty One Lithium | (176,075) | buy stock | debit | CAD | 314,099.56 | - | 301,535.58 |
| LBY | ACCO | 117563 | 11/15/2017 | REST | LBY | Liberty One Lithium | | directors fee + fedex #770750871287 | debit | USD | | (150,000) | - |
| LBY | ACCO | 117578 | 11/15/2017 | REST | | | | StartMonday TT | debit | CAD | (250,250.00) | - | (256,506.25) |
| LBY | ACCO | 117651 | 11/16/2017 | WIVA | LBY | Liberty One Lithium | (10,000) | sell stock | sell stock | CAD | 16,845.19 | - | 16,171.38 |
| LBY | ACCO | 117665 | 11/17/2017 | WIVA | LBY | Liberty One Lithium | (11,500) | sell stock | sell stock | CAD | 19,768.42 | - | 18,977.68 |
| LBY | ACCO | 117640 | 11/17/2017 | REST | LBY:E | Liberty One Lithium | (1,250,000) | deliver stock | stock delivery | CAD | | - | (200.00) |
| LBY | ACCO | 117640 | 11/17/2017 | WIVA | | | | deliver stock | debit | CAD | | - | (50.00) |
| LBY | ACCO | 117687 | 11/17/2017 | WIVA | | | | Montego Resources TT | debit | CAD | (150,000.00) | - | (153,750.00) |
| LBY | ACCO | 117744 | 11/20/2017 | WIVA | | | | Montego Resources TT | debit | CAD | (5,250.00) | - | (5,381.25) |
| LBY | ACCO | 117685 | 11/20/2017 | REST | | | | fedex #770797283363 770797289431 | debit | CAD | | - | (400.00) |
| LBY | ACCO | 117706 | 11/21/2017 | REST | | | | directors fee | debit | USD | | (100.00) | - |
| LBY | ACCO | 117702 | 11/22/2017 | BEAG | LBY | Liberty One Lithium | 200,000 | buy stock | buy stock | CAD | (281,632.15) | - | (292,897.44) |
| LBY | ACCO | 117643 | 11/24/2017 | WISA | LBY | Liberty One Lithium | 1,250,000 | receive stock via cert | debit | CAD | (500.00) | - | (1,100.00) |
| LBY | ACCO | 117802 | 11/28/2017 | WISA | LBY | Liberty One Lithium | (665,300) | buy stock | buy stock | CAD | 962,566.56 | - | 924,063.90 |
| LBY | ACCO | 117801 | 11/28/2017 | WIVA | LBY | Liberty One Lithium | (14,300) | sell stock | sell stock | CAD | 20,496.27 | - | 19,676.42 |
| LBY | ACCO | 117824 | 11/29/2017 | WISA | LBY | Liberty One Lithium | (359,100) | sell stock | sell stock | CAD | 543,902.39 | - | 522,146.29 |
| LBY | ACCO | 117998 | 11/30/2017 | WISA | LBY | Liberty One Lithium | (150,000) | sell stock | sell stock | CAD | 210,708.42 | - | 202,280.08 |
| LBY | ACCO | 118060 | 11/30/2017 | WIVA | LBY | Liberty One Lithium | 100,000 | buy stock | buy stock | CAD | (153,093.21) | - | (159,216.94) |
| LBY | ACCO | 117990 | 12/1/2017 | WISA | | | | Paragon Webmedia TT | debit | USD | (50,100.00) | (51,352.50) | - |
| LBY | ACCO | 117708 | 12/1/2017 | WHII | LBY | Liberty One Lithium | 200,000 | receive stock via cert | debit | CAD | (500.00) | - | (1,100.00) |
| LBY | ACCO | 117707 | 12/1/2017 | WIVA | LBY | Liberty One Lithium | 262,000 | receive stock via cert | debit | CAD | (500.00) | - | (1,100.00) |
| LBY | ACCO | 118075 | 12/4/2017 | WISA | | | | Pyronix Media TT | debit | USD | (250,250.00) | (256,506.25) | - |
| LBY | ACCO | 118067 | 12/4/2017 | WISA | LBY | Liberty One Lithium | (75,600) | sell stock | sell stock | CAD | 112,585.50 | - | 108,082.08 |
| LBY | ACCO | 118077 | 12/5/2017 | REST | | | | directors fee | debit | USD | | (300.00) | - |
| LBY | ACCO | 118087 | 12/6/2017 | WISA | | | | Pyronix TT | debit | USD | (200,250.00) | (205,256.25) | - |
| LBY | ACCO | 118111 | 12/6/2017 | WHII | LBY | Liberty One Lithium | (100,000) | sell stock | sell stock | CAD | 141,290.00 | - | 135,638.40 |

A4602

LBY / PBAV Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LBY | ACCO | 118143 | 12/8/2017 | WIVA | | | | Shamsy Cramer Fitterman TT | debit | CAD | (100,200.00) | | (102,705.00) |
| LBY | ACCO | 118151 | 12/9/2017 | WORK | | | | directors fee | debit | USD | | (100.00) | |
| LBY | ACCO | 118172 | 12/11/2017 | WHHI | LBY | Liberty One Lithium | (100,000) | sell stock | sell stock | CAD | 131,094.31 | | 125,850.54 |
| LBY | ACCO | 118205 | 12/12/2017 | WIVA | LBY | Liberty One Lithium | (262,600) | sell stock | sell stock | CAD | 344,318.42 | | 330,545.68 |
| LBY | ACCO | 118184 | 12/12/2017 | CANI | LBY | Liberty One Lithium | 31,000 | receive stock | buy stock | CAD | | | (200.00) |
| LBY | ACCO | 118222 | 12/14/2017 | CANI | LBY | Liberty One Lithium | (31,000) | sell stock | sell stock | CAD | 39,365.07 | | 37,790.47 |
| LBY | ACCO | 118307 | 12/19/2017 | WDIN | | | | Ascend Capital TT | debit | CAD | (250,250.00) | | (256,506.25) |
| LBY | ACCO | 118304 | 12/19/2017 | REST | | | | directors fee | debit | CAD | | | (400.00) |
| LBY | ACCO | 118852 | 12/28/2017 | WISA | | | | 114541 BC TT BK Stock | debit | CAD | (38,076.00) | | (39,027.90) |
| LBY | ACCO | 118459 | 12/31/2017 | WORK | | | | custody fees | debit | CAD | | | (405.00) |
| LBY | ACCO | 118513 | 1/2/2018 | BEAG | LBY | Liberty One Lithium | (107,400) | sell stock | sell stock | CAD | 98,357.06 | | 94,422.78 |
| LBY | ACCO | 118514 | 1/3/2018 | BEAG | LBY | Liberty One Lithium | (192,600) | sell stock | sell stock | CAD | 179,928.76 | | 172,731.61 |
| LBY | ACCO | 118681 | 1/11/2018 | REST | | | | 3 x sub agreements | debit | CAD | | | (3,000.00) |
| LBY | ACCO | 118688 | 1/12/2018 | WORK | | | | director fees | debit | USD | | (2,000.00) | |
| LBY | ACCO | 118702 | 1/14/2018 | WIN | | | | Buttonwood Law TT | debit | CAD | (45,090.00) | | (46,217.25) |
| LBY | ACCO | 118703 | 1/14/2018 | WISA | | | | Buttonwood Law TT | debit | CAD | (45,090.00) | | (46,217.25) |
| LBY | ACCO | 118717 | 1/16/2018 | REST | | | | directors fee | debit | CAD | | | (1,000.00) |
| LBY | ACCO | 118739 | 1/16/2018 | WWG | | | | Buttonwood Law TT | debit | CAD | (45,090.00) | | (46,217.25) |
| LBY | ACCO | 118788 | 1/23/2018 | REST | | | | directors fee | debit | CAD | | | (100.00) |
| LBY | ACCO | 118793 | 1/23/2018 | REST | | | | sub agreement | debit | USD | | (1,000.00) | |
| LBY | ACCO | 118821 | 1/25/2018 | REST | | | | sub agreement x 2 | debit | USD | | (2,000.00) | |
| LBY | ACCO | 118856 | 1/29/2018 | WISA | | | | Cassels Brock and Blackwell TT | debit | CAD | (350,250.00) | | (359,006.25) |
| LBY | ACCO | 118857 | 1/29/2018 | WORK | | | | director fees | debit | USD | | (1,000.00) | |
| LBY | ACCO | 118855 | 2/1/2018 | WHHI | | | | Cassels Brock and Blackwell TT | debit | CAD | (350,250.00) | | (359,006.25) |
| LBY | ACCO | 118858 | 2/1/2018 | WIVA | | | | American Lithium TT | debit | CAD | (297,750.00) | | (305,193.75) |
| LBY | ACCO | 119168 | 2/15/2018 | WHHI | | | | M&K CPAs TT | debit | USD | (3,010.00) | | (3,110.00) |
| LBY | ACCO | 10543 | 3/1/2018 | WORK | | | | director fee | debit | USD | | (100.00) | |
| LBY | ACCO | 10544 | 3/1/2018 | WISA | | | | Audience Marketing TT | debit | CAD | (25,050.00) | | (25,676.25) |
| LBY | ACCO | 119599 | 3/1/2018 | WIVA | | | | Inform Resources TT | debit | CAD | (24,799.50) | | (25,419.49) |
| LBY | ACCO | 119766 | 3/26/2018 | WISA | | | | Pyronix Media TT | debit | CAD | (250,250.00) | | (256,506.25) |
| LBY | ACCO | 120021 | 4/2/2018 | WISA | | | | Pyronix Media TT | debit | CAD | (235,250.00) | | (241,131.25) |
| LBY | ACCO | 120062 | 4/17/2018 | WISA | | | | Pyronix Media TT | debit | CAD | (250,250.00) | | (256,506.25) |
| LBY | ACCO | 120064 | 4/30/2018 | WORK | | | | director fees | debit | USD | | (400.00) | |
| LBY | ACCO | 120414 | 5/1/2018 | WISA | | | | director fees | debit | USD | | (200.00) | |
| LBY | ACCO | 120417 | 5/1/2018 | WISA | | | | Voltaic Minerals TT | debit | CAD | (90,180.00) | | (92,434.50) |
| LBY | ACCO | 120423 | 5/1/2018 | WHHI | | | | Voltaic Minerals TT | debit | CAD | (90,180.00) | | (92,434.50) |
| LBY | ACCO | 120441 | 5/3/2018 | WILA | | | | Woolfson Weinstein TT | debit | CAD | (25,050.00) | (25,676.25) | |
| LBY | ACCO | 120512 | 5/10/2018 | WORK | | | | director fees | debit | USD | | (1,000.00) | |
| LBY | ACCO | 120533 | 5/10/2018 | WISA | | | | Cambreex Pharmaceuticals TT | debit | CAD | (50,100.00) | | (51,352.50) |
| LBY | ACCO | 120612 | 5/22/2018 | WIVA | | | | Voltaic Minerals TT | debit | CAD | (90,180.00) | | (92,434.50) |
| LBY | ACCO | 120613 | 5/22/2018 | WIVA | | | | Voltaic Minerals TT | debit | CAD | (90,180.00) | | (92,434.50) |
| LBY | ACCO | 120675 | 6/1/2018 | WISA | | | | Voltaic Minerals TT | debit | CAD | (87,675.00) | | (89,866.88) |
| LBY | ACCO | 120979 | 6/11/2018 | WHHI | | | | CRM Jewelers TT | debit | USD | (52,605.00) | (53,920.13) | |
| LBY | ACCO | 121012 | 6/14/2018 | WISA | | | | Voltaic Minerals TT | debit | CAD | (84,168.00) | | (86,272.20) |
| LBY | ACCO | 121416 | 7/6/2018 | WISA | | | | Katexco TT BM | debit | CAD | (25,050.00) | | (25,676.25) |
| LBY | ACCO | 121784 | 8/21/2018 | WISA | | | | Katexco TT BM | debit | CAD | (25,050.00) | | (25,676.25) |
| LBY | ACCO | 122073 | 9/10/2018 | WISA | | | | 10823416 Canada TT BM | debit | CAD | (125,250.00) | | (128,381.25) |
| LBY | ACCO | 122092 | 9/11/2018 | REST | | | | directors fee | debit | USD | | (1,000.00) | |
| LBY | ACCO | 122499 | 9/12/2018 | LEEN | | | | 10823416 Canada Inc subscription | debit | CAD | (125,000.00) | | (125,000.00) |
| LBY | ACCO | 122163 | 9/19/2018 | REST | | | | directors fee | debit | USD | | (200.00) | |
| LBY | ACCO | 122500 | 9/20/2018 | LEEN | | | | 10823416 Canada Inc subscription | debit | CAD | (125,000.00) | | (125,000.00) |
| LBY | ACCO | 122209 | 9/26/2018 | BPIE | | | | debit | debit | CAD | (30,750.00) | | (30,750.00) |
| LBY | ACCO | 122217 | 9/27/2018 | REST | | | | directors fee | debit | CAD | | | (000.00) |
| LBY | ACCO | 122219 | 9/27/2018 | WILA | | | | 10823416 Canada TT | debit | CAD | (125,250.00) | | (128,381.25) |

A4603

LBY / PBAV Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LBY | ACCO | 122753 | 10/2/2018 | BPIE | | | | debit | debit | CAD | (2,000.00) | - | (2,100.00) |
| LBY | ACCO | 122754 | 10/2/2018 | BPIE | | | | debit | debit | CAD | (8,412.56) | - | (8,622.87) |
| LBY | ACCO | 122607 | 10/10/2018 | WORK | | | | forex | forex debit | CAD | - | - | (704,859.80) |
| LBY | ACCO | 122607 | 10/10/2018 | WORK | | | | forex | forex credit | USD | - | 529,969.77 | - |
| LBY | ACCO | 122755 | 10/11/2018 | BPIE | | | | debit | debit | CAD | (1,500.00) | - | (1,600.00) |
| LBY | ACCO | 122740 | 10/22/2018 | REST | | | | directors fee | debit | USD | - | (300.00) | - |
| LBY | ACCO | 122741 | 10/23/2018 | REST | | | | directors fee | debit | USD | - | (600.00) | - |
| LBY | ACCO | 122975 | 12/3/2018 | REST | | | | directors fee | debit | USD | - | (900.00) | - |
| LBY | ACCO | 123587 | 3/13/2019 | WORK | | | | Directors fees | debit | USD | - | (300.00) | - |
| LBY | ACCO | 123772 | 4/18/2019 | REST | | | | directors fee | debit | USD | - | (1,000.00) | - |

11 of 11

A4604

EXHIBIT 306

21-cv-11276-WGY

RIHT / RIHI Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RIHT | ACCO | 28289 | 2/27/2012 | DGMI | | | | Redrock transfer KOMK #1 | credit | USD | 100,000.00 | 100,000.00 | - |
| RIHT | ACCO | 28858 | 2/27/2012 | WORK | | | | KOMK #1 | debit | USD | - | (100,100.00) | - |
| RIHT | ACCO | 29160 | 3/7/2012 | REST | RIHT-R | Rightscorp | 3,000,000 | receive stock | buy stock | USD | - | (100.00) | - |
| RIHT | ACCO | 29159 | 3/7/2012 | REST | RIHT-E | Rightscorp | 1,900,000 | receive stock | buy stock | USD | - | (100.00) | - |
| RIHT | ACCO | 29577 | 3/16/2012 | BCEL | | | | Island ck#592 | debit | USD | (148.00) | (248.00) | - |
| RIHT | ACCO | 29576 | 3/16/2012 | REST | RIHT-E | Rightscorp | (900,000) | stock delivery | stock delivery | USD | - | (3,600.00) | - |
| RIHT | ACCO | 29576 | 3/16/2012 | REST | | | | deliver stock | debit | USD | - | (200.00) | - |
| RIHT | ACCO | 29897 | 3/26/2012 | REST | RIHT-E | Rightscorp | (400,000) | deliver stock | stock delivery | USD | - | (1,000.00) | - |
| RIHT | ACCO | 29897 | 3/26/2012 | REST | | | | deliver stock | debit | USD | - | (300.00) | - |
| RIHT | ACCO | 29898 | 3/26/2012 | BCEL | | | | Island ck#595 | debit | USD | (65.00) | (165.00) | - |
| RIHT | ACCO | 30024 | 3/29/2012 | BCEL | | | | Island ck#598 | debit | USD | (963.00) | (1,063.00) | - |
| RIHT | ACCO | 30269 | 3/29/2012 | WORK | | | | interest charge | interest charge | USD | - | (46.29) | - |
| RIHT | ACCO | 28860 | 4/1/2012 | WORK | | | | KOMK #2 | debit | USD | (100,100.00) | (100,100.00) | - |
| RIHT | ACCO | 29863 | 4/1/2012 | WORK | | | | internal transfer KOMK #2 | credit | USD | 50,000.00 | 50,000.00 | - |
| RIHT | ACCO | 29864 | 4/1/2012 | WORK | | | | internal transfer KOMK #2 | credit | USD | 50,000.00 | 50,000.00 | - |
| RIHT | ACCO | 30737 | 4/5/2012 | REST | RIHT-E | Rightscorp | 400,000 | receive stock | buy stock | USD | - | (100.00) | - |
| RIHT | ACCO | 29579 | 4/6/2012 | SIL2 | RIHT | Rightscorp | 240,000 | receive stock | buy stock | USD | - | (100.00) | - |
| RIHT | ACCO | 29578 | 4/6/2012 | BSIT | RIHT | Rightscorp | 235,000 | receive stock | buy stock | USD | - | (100.00) | - |
| RIHT | ACCO | 29581 | 4/6/2012 | VERL | RIHT | Rightscorp | 225,000 | receive stock | buy stock | USD | (500.00) | (600.00) | - |
| RIHT | ACCO | 30795 | 4/9/2012 | BCEL | | | | Island ck#604 | debit | USD | (168.00) | (268.00) | - |
| RIHT | ACCO | 30794 | 4/9/2012 | REST | RIHT-E | Rightscorp | (700,000) | stock delivery | stock delivery | USD | - | (900.00) | - |
| RIHT | ACCO | 30794 | 4/9/2012 | REST | | | | deliver stock | debit | USD | - | (300.00) | - |
| RIHT | ACCO | 30810 | 4/9/2012 | BCEL | | | | Island ck#605 | debit | USD | (140.00) | (240.00) | - |
| RIHT | ACCO | 30811 | 4/9/2012 | REST | RIHT-E | Rightscorp | (3,000,000) | deliver stock | stock delivery | USD | - | (100.00) | - |
| RIHT | ACCO | 30817 | 4/9/2012 | REST | RIHT-E | Rightscorp | (200,000) | deliver stock | stock delivery | USD | - | (500.00) | - |
| RIHT | ACCO | 30817 | 4/9/2012 | REST | | | | deliver stock | debit | USD | - | (100.00) | - |
| RIHT | ACCO | 30818 | 4/9/2012 | BCEL | | | | Island ck#606 | debit | USD | (112.00) | (212.00) | - |
| RIHT | ACCO | 29580 | 4/10/2012 | LGTC | RIHT | Rightscorp | 200,000 | receive stock | buy stock | USD | - | (100.00) | - |
| RIHT | ACCO | 31194 | 4/17/2012 | REST | RIHT-E | Rightscorp | (100,000) | deliver stock | stock delivery | USD | - | (400.00) | - |
| RIHT | ACCO | 31194 | 4/17/2012 | REST | | | | deliver stock | debit | USD | - | (150.00) | - |
| RIHT | ACCO | 31195 | 4/17/2012 | BCEL | | | | Island ck#611 | debit | USD | (59.00) | (159.00) | - |
| RIHT | ACCO | 31212 | 4/18/2012 | WORK | | | | Directors fees | debit | USD | (5,000.00) | (5,000.00) | - |
| RIHT | ACCO | 31465 | 4/20/2012 | WORK | | | | Directors fees | debit | USD | - | (100.00) | - |
| RIHT | ACCO | 31458 | 4/23/2012 | WORK | | | | Directors fees | debit | USD | - | (1,700.00) | - |
| RIHT | ACCO | 31466 | 4/23/2012 | WORK | | | | Directors fees | debit | USD | - | (200.00) | - |
| RIHT | ACCO | 31457 | 4/23/2012 | BCEL | | | | Island ck#617 | debit | USD | (53.00) | (153.00) | - |
| RIHT | ACCO | 31690 | 4/24/2012 | WORK | | | | Directors fees | debit | USD | - | (100.00) | - |
| RIHT | ACCO | 31600 | 4/25/2012 | BSIT | | | | forex | forex debit | USD | (20,692.48) | (20,899.40) | - |
| RIHT | ACCO | 31600 | 4/25/2012 | REST | | | | forex | forex credit | CAD | 20,200.00 | - | 20,200.00 |
| RIHT | ACCO | 31536 | 4/25/2012 | REST | RIHT-E | Rightscorp | 100,000 | receive stock | buy stock | USD | - | (100.00) | - |
| RIHT | ACCO | 31552 | 4/25/2012 | TDQB | | | | Pacific Words ck #1723 | debit | CAD | (20,000.00) | - | (20,200.00) |
| RIHT | ACCO | 31704 | 4/27/2012 | REST | RIHT-E | Rightscorp | 700,000 | receive stock | buy stock | USD | - | (100.00) | - |
| RIHT | ACCO | 31706 | 4/27/2012 | REST | RIHT-R | Rightscorp | 1,000,000 | receive stock | buy stock | USD | - | (100.00) | - |
| RIHT | ACCO | 31941 | 4/30/2012 | WORK | | | | interest charge | interest charge | USD | - | (337.71) | - |
| RIHT | ACCO | 32147 | 5/2/2012 | REST | RIHT-E | Rightscorp | 200,000 | receive stock | buy stock | USD | - | (100.00) | - |
| RIHT | ACCO | 32189 | 5/3/2012 | WORK | | | | Directors fees | debit | USD | - | (200.00) | - |
| RIHT | ACCO | 32178 | 5/3/2012 | TDQB | | | | Pacific Words ck #1745 | debit | CAD | (25,000.00) | - | (25,250.00) |
| RIHT | ACCO | 32228 | 5/4/2012 | WORK | | | | Directors fees | debit | USD | - | (100.00) | - |
| RIHT | ACCO | 32237 | 5/4/2012 | BSIT | | | | forex | forex debit | USD | (25,789.15) | (25,789.15) | - |
| RIHT | ACCO | 32237 | 5/4/2012 | REST | | | | forex | forex credit | CAD | - | - | 25,250.00 |
| RIHT | ACCO | 33256 | 5/7/2012 | REST | RIHT-E | Rightscorp | (1,000,000) | stock split | split stock out | USD | - | - | - |
| RIHT | ACCO | 33256 | 5/7/2012 | REST | RIHT-R | Rightscorp | 15,000,000 | stock split | split stock out | USD | - | - | - |
| RIHT | ACCO | 33257 | 5/7/2012 | REST | RIHT-R | Rightscorp | (1,000,000) | stock split | split stock out | USD | - | - | - |

1 of 14

RIHT / RIH1 Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RIHT | ACCO | 33257 | 5/7/2012 | REST | RIHT-R | Rightscorp | 15,000,000 | stock split | split stock in | USD | - | - | - |
| RIHT | ACCO | 33259 | 5/7/2012 | BSIT | RIHT | Rightscorp | (235,000) | stock split | split stock out | | - | - | - |
| RIHT | ACCO | 33259 | 5/7/2012 | BSIT | RIHT | Rightscorp | 3,525,000 | stock split | split stock in | | - | - | - |
| RIHT | ACCO | 33260 | 5/7/2012 | LGTC | RIHT | Rightscorp | (200,000) | stock split | split stock out | USD | - | - | - |
| RIHT | ACCO | 33260 | 5/7/2012 | LGTC | RIHT | Rightscorp | 3,000,000 | stock split | split stock in | | - | - | - |
| RIHT | ACCO | 33261 | 5/7/2012 | VERL | RIHT | Rightscorp | (225,000) | stock split | split stock out | USD | - | - | - |
| RIHT | ACCO | 33261 | 5/7/2012 | VERL | RIHT | Rightscorp | 3,375,000 | stock split | split stock in | | - | - | - |
| RIHT | ACCO | 33258 | 5/7/2012 | SIL2 | RIHT | Rightscorp | (240,000) | stock split | split stock out | USD | - | - | - |
| RIHT | ACCO | 33258 | 5/7/2012 | SIL2 | RIHT | Rightscorp | 3,600,000 | stock split | split stock in | | - | - | - |
| RIHT | ACCO | 32949 | 5/22/2012 | BCEL | | | | Island ck630 | debit | USD | (200,000) | (300,000) | - |
| RIHT | ACCO | 41292 | 5/31/2012 | WORK | | | | interest charge | debit | USD | | (1,315.60) | - |
| RIHT | ACCO | 33561 | 5/31/2012 | WORK | | | | interest charge | debit | CAD | | | (16.60) |
| RIHT | ACCO | 33931 | 6/1/2012 | BSIT | | | | forex | forex debit | USD | (16.18) | (16.34) | |
| RIHT | ACCO | 33931 | 6/1/2012 | BSIT | | | | forex | forex credit | CAD | 16.60 | | 16.60 |
| RIHT | ACCO | 34038 | 6/7/2012 | BCEL | | | | Island ck639 | debit | CAD | (950.00) | (1,050.00) | |
| RIHT | ACCO | 34726 | 6/25/2012 | CASH | | | | debit | debit | CAD | (1,500.00) | | (1,600.00) |
| RIHT | ACCO | 34866 | 6/25/2012 | BSIT | | | | forex | forex debit | USD | (1,567.09) | (1,582.76) | |
| RIHT | ACCO | 34866 | 6/25/2012 | BSIT | | | | forex | forex credit | CAD | 1,600.00 | | 1,600.00 |
| RIHT | ACCO | 34883 | 6/28/2012 | LGTC | RIHT | Rightscorp | (3,000,000) | LGTC DTC | stock delivery | USD | 150.00 | (250.00) | |
| RIHT | ACCO | 34883 | 6/28/2012 | VPOU | RIHT | Rightscorp | 3,000,000 | LGTC DTC | transfer stock in | USD | (46.91) | (46.91) | |
| RIHT | ACCO | 41293 | 6/30/2012 | WORK | | | | interest charge | debit | USD | | (1,408.84) | |
| RIHT | ACCO | 36092 | 7/25/2012 | WORK | | | | Directors fees | debit | USD | | (100.00) | |
| RIHT | ACCO | 41294 | 7/31/2012 | WORK | | | | interest charge | debit | USD | | (1,430.86) | |
| RIHT | ACCO | 41295 | 8/31/2012 | WORK | | | | interest charge | debit | USD | | (1,459.48) | |
| RIHT | ACCO | 37839 | 9/5/2012 | BCEL | | | | Island ck691 | debit | USD | (675.00) | (775.00) | |
| RIHT | ACCO | 38584 | 9/24/2012 | DGMI | | | | Greenberg Traurig TT | debit | USD | (8,918.00) | (9,018.00) | |
| RIHT | ACCO | 39730 | 9/29/2012 | WORK | | | | interest charge | debit | USD | | (1,572.38) | |
| RIHT | ACCO | 39663 | 10/10/2012 | DGMI | | | | Filer Support TT | debit | USD | (1,873.73) | (1,973.73) | |
| RIHT | ACCO | 39676 | 10/11/2012 | DGMN | | | | John Kinross CPA TT | debit | USD | (3,170.00) | (3,270.00) | |
| RIHT | ACCO | 39763 | 10/12/2012 | DGMI | | | | Lori Page TT | debit | USD | (1,570.00) | (1,670.00) | |
| RIHT | ACCO | 40598 | 10/31/2012 | WORK | | | | interest charge | debit | USD | | (1,769.68) | |
| RIHT | ACCO | 41689 | 11/28/2012 | DGMI | | | | Anton & Chia TT | debit | USD | (8,286.00) | (8,386.00) | |
| RIHT | ACCO | 41756 | 11/29/2012 | WORK | | | | director fees | debit | USD | | (100.00) | |
| RIHT | ACCO | 42134 | 11/30/2012 | WORK | | | | interest charge | debit | USD | | (1,810.84) | |
| RIHT | ACCO | 42691 | 12/14/2012 | WORK | | | | director fees | debit | USD | | (100.00) | |
| RIHT | ACCO | 42926 | 12/20/2012 | BCEL | | | | Island ck834 | debit | USD | (600.00) | (700.00) | |
| RIHT | ACCO | 42927 | 12/20/2012 | REST | | | | fedex #794369245862 | debit | USD | | (50.00) | |
| RIHT | ACCO | 43516 | 12/31/2012 | WORK | | | | interest charge | debit | USD | | (1,832.20) | |
| RIHT | ACCO | 44705 | 1/31/2013 | WORK | | | | director fees | debit | USD | | (100.00) | |
| RIHT | ACCO | 44748 | 1/31/2013 | DGMI | | | | Filer Support Services TT | debit | USD | (2,261.17) | (2,361.17) | |
| RIHT | ACCO | 44749 | 1/31/2013 | DGMI | | | | Lori Page TT | debit | USD | (370.00) | (470.00) | |
| RIHT | ACCO | 45866 | 1/31/2013 | WORK | | | | interest charge | debit | USD | | (2,195.27) | |
| RIHT | ACCO | 45212 | 2/4/2013 | WORK | | | | director fees | debit | USD | | (100.00) | |
| RIHT | ACCO | 45414 | 2/7/2013 | DGMI | | | | Glendale Securities TT | debit | USD | (15,070.00) | (15,220.70) | |
| RIHT | ACCO | 46495 | 2/28/2013 | WORK | | | | interest charge | debit | USD | | (2,297.29) | |
| RIHT | ACCO | 47964 | 3/29/2013 | WORK | | | | interest charge | debit | USD | | (2,485.54) | |
| RIHT | ACCO | 49031 | 4/24/2013 | WORK | | | | director fees | debit | USD | | (200.00) | |
| RIHT | ACCO | 49114 | 4/26/2013 | DGMI | | | | Filer Support Services TT | debit | USD | (1,782.81) | (1,882.81) | |
| RIHT | ACCO | 49115 | 4/26/2013 | DGMI | | | | Island Stock TT | debit | USD | (490.00) | (590.00) | |
| RIHT | ACCO | 49116 | 4/26/2013 | DGMI | | | | Lori Page TT | debit | USD | (370.00) | (470.00) | |
| RIHT | ACCO | 49687 | 4/30/2013 | WORK | | | | interest charge | debit | USD | | (2,805.56) | |
| RIHT | ACCO | 32300 | 5/1/2013 | WORK | | | | KOMK /d RIHT | debit | USD | | (100,100.00) | |
| RIHT | ACCO | 51035 | 5/24/2013 | LEMI | RIHT | Rightscorp | 2,500 | buy stock | buy stock | USD | (1,465.00) | (1,565.00) | |

A4606

RIHT / RIH1 Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RIHT | ACCO | 50935 | 5/27/2013 | VPOU | RIHT | Rightscorp | (2,500) | sell stock | sell stock | USD | 944.09 | 844.09 | - |
| RIHT | ACCO | 51597 | 5/31/2013 | WORK | | | | interest charge | interest charge | USD | - | (4,874.72) | - |
| RIHT | ACCO | 52138 | 6/12/2013 | WORK | | | | director fee | director fee | USD | - | (100.00) | - |
| RIHT | ACCO | 52472 | 6/19/2013 | WORK | | | | internal transfer | credit | USD | - | 150,000.00 | - |
| RIHT | ACCO | 52471 | 6/19/2013 | WORK | | | | internal transfer | credit | USD | - | 150,000.00 | - |
| RIHT | ACCO | 52469 | 6/19/2013 | WORK | | | | internal transfer | credit | USD | - | 250,000.00 | - |
| RIHT | ACCO | 52470 | 6/19/2013 | WORK | | | | internal transfer | credit | USD | - | 250,000.00 | - |
| RIHT | ACCO | 52525 | 6/20/2013 | WORK | | | | Director Fees | debit | USD | - | (300.00) | - |
| RIHT | ACCO | 52521 | 6/20/2013 | DOM1 | | | | Digital Rights TT | debit | USD | (200,110.00) | (202,110.00) | - |
| RIHT | ACCO | 52674 | 6/24/2013 | DOM1 | | | | Pacific Word & Images TT | debit | USD | (50,050.00) | (50,550.50) | - |
| RIHT | ACCO | 52771 | 6/26/2013 | WORK | | | | directors fees | debit | USD | - | (1,100.00) | - |
| RIHT | ACCO | 52860 | 6/28/2013 | WORK | | | | director fee | debit | USD | - | (100.00) | - |
| RIHT | ACCO | 52979 | 6/29/2013 | WORK | | | | custody fees | debit | USD | - | (16,875.00) | - |
| RIHT | ACCO | 53329 | 6/29/2013 | WORK | | | | interest charge | interest charge | USD | - | (2,790.51) | - |
| RIHT | ACCO | 53513 | 7/3/2013 | TDCH | | | | Virgin Amer ck #12 | debit | CAD | (799.70) | - | (899.70) |
| RIHT | ACCO | 53536 | 7/3/2013 | SIL2 | | | | forex | debit | USD | (858.31) | (866.89) | - |
| RIHT | ACCO | 53536 | 7/3/2013 | SIL2 | | | | forex | forex credit | CAD | 899.70 | 899.70 | 899.70 |
| RIHT | ACCO | 53673 | 7/8/2013 | VPOU | RIHT | Rightscorp | (2,000) | sell stock | sell stock | USD | 1,293.65 | 1,193.65 | - |
| RIHT | ACCO | 53737 | 7/9/2013 | DOM1 | | | | Island Stock Transfer TT | debit | USD | (1,090.00) | (1,190.00) | - |
| RIHT | ACCO | 53738 | 7/9/2013 | DOM1 | | | | Greenberg Traurig TT | debit | USD | (1,490.48) | (1,590.48) | - |
| RIHT | ACCO | 53739 | 7/9/2013 | DOM1 | | | | Flue Support Services TT | debit | USD | (1,836.66) | (1,936.66) | - |
| RIHT | ACCO | 53760 | 7/10/2013 | VPOU | RIHT | Rightscorp | (520) | sell stock | sell stock | USD | 356.13 | 256.13 | - |
| RIHT | ACCO | 53874 | 7/15/2013 | WORK | | | | Director fee | debit | USD | - | (100.00) | - |
| RIHT | ACCO | 53954 | 7/16/2013 | VPOU | RIHT | Rightscorp | (2,480) | sell stock | sell stock | USD | 1,897.52 | 1,797.52 | - |
| RIHT | ACCO | 53957 | 7/16/2013 | WORK | | | | director fee | debit | USD | - | (500.00) | - |
| RIHT | ACCO | 54002 | 7/17/2013 | WORK | | | | Director Fees | debit | USD | - | (500.00) | - |
| RIHT | ACCO | 54001 | 7/17/2013 | WORK | | | | director fee | debit | USD | - | (200.00) | - |
| RIHT | ACCO | 54058 | 7/18/2013 | WORK | | | | director fees | debit | USD | - | (300.00) | - |
| RIHT | ACCO | 54183 | 7/19/2013 | LEMI | RIHT | Rightscorp | 7,000 | buy stock | buy stock | USD | (4,258.25) | (4,364.71) | - |
| RIHT | ACCO | 54134 | 7/19/2013 | WORK | | | | director fee | debit | USD | - | (100.00) | - |
| RIHT | ACCO | 54161 | 7/22/2013 | DOM1 | | | | Digital Rights TT | debit | USD | (100,110.00) | (101,111.10) | - |
| RIHT | ACCO | 54501 | 7/26/2013 | LEMI | RIHT | Rightscorp | 2,000 | buy stock | buy stock | USD | (1,680.00) | (1,780.00) | - |
| RIHT | ACCO | 54544 | 7/30/2013 | REST | RIHT-E | Rightscorp | (2,100,000) | deliver stock | stock delivery | USD | - | (400.00) | - |
| RIHT | ACCO | 54549 | 7/30/2013 | REST | RIHT | | | deliver stock | debit | USD | - | (300.00) | - |
| RIHT | ACCO | 54546 | 7/30/2013 | BCEL | | | | Island ck#1146 | debit | USD | (31.00) | (131.00) | - |
| RIHT | ACCO | 54552 | 7/30/2013 | WORK | | | | director fees | debit | USD | - | (300.00) | - |
| RIHT | ACCO | 54955 | 7/31/2013 | WORK | | | | interest payment | interest payment | USD | - | 214.65 | - |
| RIHT | ACCO | 54547 | 8/1/2013 | VERN | RIHT | Rightscorp | 2,100,000 | receive stock via DWAC | buy stock | USD | - | (100.00) | - |
| RIHT | ACCO | 55010 | 8/1/2013 | BCEL | | | | Island ck#1148 | debit | USD | (25.00) | (125.00) | - |
| RIHT | ACCO | 55059 | 8/2/2013 | VPOU | RIHT | Rightscorp | (13,500) | sell stock | sell stock | USD | 26,987.22 | 26,187.30 | - |
| RIHT | ACCO | 55195 | 8/6/2013 | VERL | RIHT | Rightscorp | (300) | sell stock | sell stock | USD | 255.00 | 155.00 | - |
| RIHT | ACCO | 55234 | 8/7/2013 | WORK | | | | director fee | debit | USD | - | (100.00) | - |
| RIHT | ACCO | 55283 | 8/8/2013 | IRSP | | | | Bradley Hoeppner TT | debit | USD | - | (40,438.43) | - |
| RIHT | ACCO | 55405 | 8/12/2013 | VERL | RIHT | Rightscorp | (1,300) | sell stock | sell stock | USD | 1,205.00 | 1,105.00 | - |
| RIHT | ACCO | 55655 | 8/21/2013 | WORK | | | | internal transfer | credit | USD | - | 1,250,000.00 | - |
| RIHT | ACCO | 55853 | 8/28/2013 | REST | RIHT-E | Rightscorp | (2,100,000) | deliver stock | stock delivery | USD | - | (900.00) | - |
| RIHT | ACCO | 55853 | 8/28/2013 | REST | RIHT | | | deliver stock | debit | USD | - | (50.00) | - |
| RIHT | ACCO | 55854 | 8/28/2013 | BCEL | | | | Island ck#1161 | debit | USD | (56.00) | (156.00) | - |
| RIHT | ACCO | 56224 | 8/31/2013 | WORK | | | | interest payment | interest payment | USD | - | 516.01 | - |
| RIHT | ACCO | 44458 | 9/1/2013 | WORK | | | | KOMK #4 RIHT | debit | USD | - | (100,100.00) | - |
| RIHT | ACCO | 56316 | 9/3/2013 | CBHQ | | | | RightsCorp TT | debit | USD | (50,086.50) | (50,587.36) | - |
| RIHT | ACCO | 56557 | 9/5/2013 | LEMI | RIHT | Rightscorp | 2,000 | buy stock | buy stock | USD | (1,680.00) | (1,780.00) | - |
| RIHT | ACCO | 56468 | 9/5/2013 | REST | | | | directors fee | debit | USD | - | (100.00) | - |

A4607

RIHT / RIH\ Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RIHT | ACCO | 56467 | 9/6/2013 | VERL | RIHT | Rightscorp | (1,200,000) | internal transfer | stock delivery | USD | (50.00) | (150.00) | - |
| RIHT | ACCO | 56467 | 9/6/2013 | VERB | RIHT | Rightscorp | 1,200,000 | internal transfer | transfer stock in | USD | - | - | - |
| RIHT | ACCO | 56490 | 9/6/2013 | VPOU | RIHT | Rightscorp | (4,000) | sell stock | sell stock | USD | 2,749.58 | 2,649.58 | - |
| RIHT | ACCO | 56650 | 9/10/2013 | XPHO | | | | xphone 114  licenses  3 mos service | debit | USD | - | (1,500.00) | - |
| RIHT | ACCO | 56738 | 9/12/2013 | REST | | | | directors fee | debit | USD | - | (600.00) | - |
| RIHT | ACCO | 56739 | 9/12/2013 | VPOU | RIHT | Rightscorp | (1,500,000) | internal transfer | stock delivery | USD | - | (100.00) | - |
| RIHT | ACCO | 56739 | 9/12/2013 | HELH | RIHT | Rightscorp | 1,500,000 | internal transfer | transfer stock in | USD | - | - | - |
| RIHT | ACCO | 56743 | 9/12/2013 | WORK | | | | Director Fees | debit | USD | - | (300.00) | - |
| RIHT | ACCO | 56901 | 9/16/2013 | REST | | | | directors fee | debit | USD | - | (600.00) | - |
| RIHT | ACCO | 57059 | 9/17/2013 | LEMI | RIHT | Rightscorp | 2,000 | buy stock | buy stock | USD | (1,680.00) | (1,780.00) | - |
| RIHT | ACCO | 56937 | 9/17/2013 | BSIT | | | | Island Capital Mgmt TT | debit | USD | (1,895.00) | (1,995.00) | - |
| RIHT | ACCO | 57095 | 9/19/2013 | BSIP | | | | Directly Red TT | debit | USD | (28,038.44) | (28,318.82) | - |
| RIHT | ACCO | 57132 | 9/20/2013 | BSIP | | | | Anton & Chia TT | debit | USD | (1,098.43) | (1,198.43) | - |
| RIHT | ACCO | 57120 | 9/20/2013 | WORK | | | | director fee | debit | USD | - | (100.00) | - |
| RIHT | ACCO | 57144 | 9/20/2013 | REST | | | | directors fee | debit | USD | - | (400.00) | - |
| RIHT | ACCO | 57240 | 9/24/2013 | WORK | | | | director fee | debit | USD | - | (100.00) | - |
| RIHT | ACCO | 57294 | 9/25/2013 | SIL2 | RIHT | Rightscorp | (1,600,000) | internal transfer | stock delivery | USD | - | (100.00) | - |
| RIHT | ACCO | 57294 | 9/25/2013 | LENO | RIHT | Rightscorp | 1,600,000 | internal transfer | transfer stock in | USD | - | - | - |
| RIHT | ACCO | 57320 | 9/25/2013 | WORK | | | | director fee | debit | USD | - | (100.00) | - |
| RIHT | ACCO | 57324 | 9/25/2013 | WORK | | | | director fees | debit | USD | - | (200.00) | - |
| RIHT | ACCO | 57342 | 9/25/2013 | LEPA | | | | Clark Wilson TT | debit | USD | (5,200.00) | (5,300.00) | - |
| RIHT | ACCO | 57343 | 9/25/2013 | LEPA | | | | Cheshire Consulting TT | debit | USD | (25,200.00) | (25,453.00) | - |
| RIHT | ACCO | 57387 | 9/26/2013 | LEPA | | | | Fike Support Services TT | debit | USD | (5,044.39) | (5,144.39) | - |
| RIHT | ACCO | 57410 | 9/26/2013 | REST | | | | directors fee | debit | USD | - | (400.00) | - |
| RIHT | ACCO | 57749 | 9/30/2013 | WORK | | | | director fees | debit | USD | - | (400.00) | - |
| RIHT | ACCO | 57956 | 9/30/2013 | WORK | | | | interest payment | interest payment | USD | - | (29,229.19) | - |
| RIHT | ACCO | 58041 | 10/1/2013 | VERL | RIHT | Rightscorp | (3,000) | sell stock | sell stock | USD | 1,599.30 | 1,499.30 | - |
| RIHT | ACCO | 58012 | 10/1/2013 | WORK | | | | director fees | debit | USD | - | (200.00) | - |
| RIHT | ACCO | 58016 | 10/1/2013 | LEPA | | | | Blackrock Media Group TT | debit | USD | (100,200.00) | (101,202.00) | - |
| RIHT | ACCO | 44459 | 10/1/2013 | WORK | | | | KOMK #5 RIHT | debit | USD | (100,100.00) | (100,100.00) | - |
| RIHT | ACCO | 58101 | 10/2/2013 | VPOU | | | | Island Capital Mgmt TT | debit | USD | (572.19) | (672.19) | - |
| RIHT | ACCO | 58104 | 10/2/2013 | HELH | | | | Lori Page TT | debit | USD | (322.19) | (422.19) | - |
| RIHT | ACCO | 58103 | 10/2/2013 | HELH | | | | Anton & Chia TT | debit | USD | (3,942.19) | (4,042.19) | - |
| RIHT | ACCO | 58080 | 10/2/2013 | WORK | | | | director fee | debit | USD | - | (100.00) | - |
| RIHT | ACCO | 58102 | 10/2/2013 | LEPA | | | | Fike Support Services TT | debit | USD | (3,040.42) | (3,140.42) | - |
| RIHT | ACCO | 58231 | 10/3/2013 | LEPA | RIHT | Rightscorp | 5,000 | buy stock | buy stock | USD | (2,690.00) | (2,790.00) | - |
| RIHT | ACCO | 58734 | 10/3/2013 | HELI | RIHT | Rightscorp | 5,000 | buy stock | buy stock | USD | (2,605.00) | (2,705.00) | - |
| RIHT | ACCO | 58200 | 10/3/2013 | REST | RIHT-E | Rightscorp | (6,000,000) | deliver stock | stock delivery | USD | - | (400.00) | - |
| RIHT | ACCO | 58200 | 10/3/2013 | REST | RIHT-R | Rightscorp | 15,000,000 | deliver stock | stock delivery | USD | - | (50.00) | - |
| RIHT | ACCO | 58201 | 10/3/2013 | REST | RIHT | Rightscorp | (1,425,000) | Island ck#1189 | debit | USD | - | (100.00) | - |
| RIHT | ACCO | 58202 | 10/3/2013 | BCEL | RIHT | Rightscorp | 1,425,000 | internal transfer | stock delivery | USD | (40.00) | (140.00) | - |
| RIHT | ACCO | 58144 | 10/3/2013 | BSIT | RIHT | Rightscorp | 5,000 | internal transfer | transfer stock in | USD | - | (100.00) | - |
| RIHT | ACCO | 58144 | 10/3/2013 | LEPE | | | | buy stock | buy stock | USD | (2,844.87) | (2,944.87) | - |
| RIHT | ACCO | 58162 | 10/4/2013 | HYPG | | | | director fee | debit | USD | - | (100.00) | - |
| RIHT | ACCO | 58189 | 10/4/2013 | WORK | RIHT | Rightscorp | (16,300) | sell stock | sell stock | USD | 9,461.60 | 9,225.06 | - |
| RIHT | ACCO | 58275 | 10/7/2013 | VERL | | | | director fee | debit | USD | - | (100.00) | - |
| RIHT | ACCO | 58306 | 10/8/2013 | WORK | | | | director fees | debit | USD | - | (500.00) | - |
| RIHT | ACCO | 58317 | 10/8/2013 | WORK | | | | director fees | debit | USD | - | (500.00) | - |
| RIHT | ACCO | 58352 | 10/9/2013 | WORK | | | | director fees | debit | USD | - | (200.00) | - |
| RIHT | ACCO | 58482 | 10/14/2013 | VPOU | RIHT | Rightscorp | (16,025) | sell stock | sell stock | USD | 11,768.34 | 11,415.29 | - |
| RIHT | ACCO | 58523 | 10/15/2013 | BSIT | | | | Rightscorp TT | debit | USD | (125,015.00) | (126,265.15) | - |
| RIHT | ACCO | 58525 | 10/15/2013 | WORK | | | | director fees | debit | USD | - | (100.00) | - |
| RIHT | ACCO | 58633 | 10/18/2013 | WORK | | | | director fees | debit | USD | - | (800.00) | - |

4 of 14

A4608

RIHT / RIH Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RIHT | ACCO | 58692 | 10/21/2013 | WORK | | | | director fees | debit | USD | - | (300.00) | - |
| RIHT | ACCO | 58741 | 10/22/2013 | WORK | | | | director fees | debit | USD | - | (200.00) | - |
| RIHT | ACCO | 58807 | 10/23/2013 | WORK | | | | director fees | debit | USD | - | (500.00) | - |
| RIHT | ACCO | 58847 | 10/24/2013 | VPQU | RIHT | Rightscorp | (2,672) | sell stock | sell stock | USD | 1,556.12 | 1,456.12 | - |
| RIHT | ACCO | 58927 | 10/25/2013 | WORK | | | | director fees | debit | USD | - | (400.00) | - |
| RIHT | ACCO | 58992 | 10/28/2013 | WORK | | | | director fees | debit | USD | - | (900.00) | - |
| RIHT | ACCO | 59042 | 10/29/2013 | VPQU | RIHT | Rightscorp | (3,500) | sell stock | sell stock | USD | 2,134.69 | 2,034.69 | - |
| RIHT | ACCO | 59082 | 10/30/2013 | VPQU | RIHT | Rightscorp | (13,828) | sell stock | sell stock | USD | 9,307.30 | 9,028.08 | - |
| RIHT | ACCO | 59063 | 10/31/2013 | HYPG | RIHT | Rightscorp | 3,950 | buy stock | buy stock | USD | (2,924.71) | (3,024.71) | - |
| RIHT | ACCO | 59163 | 10/31/2013 | BSIP | | | | Greenberg Traurig TT | debit | USD | (80,470.00) | (81,274.70) | - |
| RIHT | ACCO | 59145 | 10/31/2013 | VPQU | RIHT | Rightscorp | (1,000) | sell stock | sell stock | USD | 551.99 | 451.99 | - |
| RIHT | ACCO | 59164 | 10/31/2013 | BSIT | | | | Rightscorp TT | debit | USD | (150,015.00) | (151,515.15) | - |
| RIHT | ACCO | 59501 | 10/31/2013 | WORK | | | | interest payment | interest payment | USD | - | 742.18 | - |
| RIHT | ACCO | 59511 | 11/1/2013 | HELH | RIHT | Rightscorp | 2,000 | buy stock | buy stock | USD | (1,676.54) | (1,776.54) | - |
| RIHT | ACCO | 59557 | 11/1/2013 | WORK | | | | director fee | director fee | USD | - | (100.00) | - |
| RIHT | ACCO | 59646 | 11/4/2013 | BSIP | | | | Beneficial Designs TT | debit | USD | (7,638.43) | (7,738.43) | - |
| RIHT | ACCO | 59888 | 11/7/2013 | HYPG | RIHT | Rightscorp | 21,000 | buy stock | buy stock | USD | (15,298.35) | (15,833.79) | - |
| RIHT | ACCO | 59767 | 11/7/2013 | VPQU | RIHT | Rightscorp | (20,000) | sell stock | sell stock | USD | 13,550.37 | 13,143.86 | - |
| RIHT | ACCO | 59904 | 11/13/2013 | VPQU | RIHT | Rightscorp | (2,034) | sell stock | sell stock | USD | 1,153.77 | 1,053.77 | - |
| RIHT | ACCO | 59972 | 11/14/2013 | LELO | | | | Blackrock Media Group TT | debit | USD | (500,200.00) | (505,202.00) | - |
| RIHT | ACCO | 60060 | 11/15/2013 | VPQU | RIHT | Rightscorp | (8,400) | sell stock | sell stock | USD | 5,719.73 | 5,503.14 | - |
| RIHT | ACCO | 61135 | 11/22/2013 | LEPE | RIHT | Rightscorp | (32,700) | sell stock | sell stock | USD | 23,734.22 | 23,506.88 | - |
| RIHT | ACCO | 60281 | 11/22/2013 | VPQU | RIHT | Rightscorp | (2,500) | sell stock | sell stock | USD | 1,488.09 | 1,388.09 | - |
| RIHT | ACCO | 61136 | 11/25/2013 | LEPE | RIHT | Rightscorp | (22,300) | sell stock | sell stock | USD | 15,957.95 | 15,798.37 | - |
| RIHT | ACCO | 60398 | 11/25/2013 | BSIP | | | | Beneficial Designs TT | debit | USD | (5,138.43) | (5,238.43) | - |
| RIHT | ACCO | 60363 | 11/25/2013 | VPQU | RIHT | Rightscorp | (11,066) | sell stock | sell stock | USD | 7,665.13 | 7,396.85 | - |
| RIHT | ACCO | 61137 | 11/26/2013 | LEPE | RIHT | Rightscorp | (25,000) | sell stock | sell stock | USD | 18,521.67 | 18,336.45 | - |
| RIHT | ACCO | 60464 | 11/26/2013 | HELH | | | | delivery RIHT | delivery | USD | (120.64) | (220.64) | - |
| RIHT | ACCO | 61138 | 11/27/2013 | LEPE | RIHT | Rightscorp | (25,000) | sell stock | sell stock | USD | 18,374.68 | 18,190.93 | - |
| RIHT | ACCO | 60564 | 11/29/2013 | TDCH | | | | Airfares ck #24 | debit | CAD | (7,301.64) | | (7,401.64) |
| RIHT | ACCO | 60870 | 11/30/2013 | WORK | | | | interest payment | interest payment | USD | - | 255.86 | - |
| RIHT | ACCO | 60871 | 11/30/2013 | WORK | | | | interest charge | interest charge | CAD | - | | (0.01) |
| RIHT | ACCO | 61002 | 12/3/2013 | HYPG | RIHT | Rightscorp | 20,000 | buy stock | buy stock | USD | (14,514.77) | (15,022.79) | - |
| RIHT | ACCO | 61060 | 12/4/2013 | WORK | | | | director fee | debit | USD | - | (100.00) | - |
| RIHT | ACCO | 61081 | 12/5/2013 | BSIT | | | | Rightscorp TT | debit | USD | (150,015.00) | (151,515.15) | - |
| RIHT | ACCO | 61217 | 12/5/2013 | WORK | | | | forex | forex debit | USD | - | (7,027.13) | - |
| RIHT | ACCO | 61217 | 12/5/2013 | WORK | | | | forex | forex credit | CAD | - | | 7,401.65 |
| RIHT | ACCO | 61295 | 12/10/2013 | WORK | | | | director fee | debit | USD | - | (100.00) | - |
| RIHT | ACCO | 61430 | 12/13/2013 | WORK | | | | director fee | debit | USD | - | (100.00) | - |
| RIHT | ACCO | 61488 | 12/16/2013 | WORK | | | | Beneficial Designs TT | debit | USD | - | (100.00) | - |
| RIHT | ACCO | 61547 | 12/17/2013 | BSIP | | | | Beneficial Designs TT | debit | USD | (7,639.47) | (7,739.47) | - |
| RIHT | ACCO | 61738 | 12/19/2013 | SIL2 | | | | delivery | debit | USD | (67.77) | (167.77) | - |
| RIHT | ACCO | 61814 | 12/20/2013 | BSIT | | | | Lori Page TT | debit | USD | (335.00) | (435.00) | - |
| RIHT | ACCO | 62213 | 12/31/2013 | WORK | | | | custody fees | debit | USD | - | (25,894.07) | - |
| RIHT | ACCO | 62410 | 12/31/2013 | WORK | | | | interest charge | interest charge | USD | - | (89.58) | - |
| RIHT | ACCO | 62411 | 12/31/2013 | WORK | | | | interest charge | interest charge | CAD | - | | (19.47) |
| RIHT | ACCO | 62091 | 1/1/2014 | VPQU | | | | 114 @/6 mos service | delivery | CAD | (122.66) | (222.66) | - |
| RIHT | ACCO | 61862 | 1/1/2014 | XPHO | | | | delivery | debit | USD | - | (1,800.00) | - |
| RIHT | ACCO | 63910 | 1/7/2014 | BSIB | | | | Rightscorp TT | debit | USD | (150,138.61) | (151,640.00) | - |
| RIHT | ACCO | 62650 | 1/8/2014 | BSIP | | | | Beneficial Designs TT | debit | USD | (5,138.54) | (5,238.54) | - |
| RIHT | ACCO | 63029 | 1/16/2014 | VERL | RIHT | Rightscorp | (8,500) | sell stock | sell stock | USD | 5,402.14 | 5,267.09 | - |
| RIHT | ACCO | 63340 | 1/16/2014 | SIMO | RIHT | Rightscorp | 700,000 | buy stock | buy stock | USD | - | (200.00) | - |
| RIHT | ACCO | 63342 | 1/16/2014 | SIQU | RIHT | Rightscorp | 1,400,000 | receive stock | buy stock | USD | - | (200.00) | - |

A4609

RHIT / RIHI Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RHIT | ACCO | 63068 | 1/17/2014 | VERL | RIHT | Rightscorp | (3,000) | sell stock | sell stock | USD | 1,860.00 | 1,760.00 | - |
| RHIT | ACCO | 63106 | 1/21/2014 | VERL | RIHT | Rightscorp | (6,600) | sell stock | sell stock | USD | 4,328.36 | 4,220.15 | - |
| RHIT | ACCO | 63179 | 1/23/2014 | VERL | RIHT | Rightscorp | (20,500) | sell stock | sell stock | USD | 12,575.30 | 12,260.92 | - |
| RHIT | ACCO | 63276 | 1/27/2014 | VERL | RIHT | Rightscorp | (11,000) | sell stock | sell stock | USD | 7,123.90 | 6,945.80 | - |
| RHIT | ACCO | 63399 | 1/30/2014 | VERL | RIHT | Rightscorp | (10,000) | sell stock | sell stock | USD | 6,474.00 | 6,312.15 | - |
| RHIT | ACCO | 63796 | 1/31/2014 | VERL | RIHT | Rightscorp | (33,000) | sell stock | sell stock | USD | 22,641.93 | 22,075.88 | - |
| RIHI | ACCO | 63564 | 1/31/2014 | WORK | | | | Priority Partners incorp | debit | USD | - | (2,900.00) | - |
| RIHI | ACCO | 63975 | 1/31/2014 | WORK | | | | interest charge | interest charge | USD | - | (18,682.82) | - |
| RIHI | ACCO | 63976 | 1/31/2014 | WORK | | | | interest charge | interest charge | USD | - | (29,230.04) | - |
| RIHI | ACCO | 63977 | 1/31/2014 | WORK | | | | interest charge | interest charge | CAD | - | - | (45.46) |
| RIHI | ACCO | 63959 | 2/1/2014 | WORK | | | | forex | forex debit | CAD | - | - | (18.14) |
| RIHI | ACCO | 63959 | 2/1/2014 | WORK | | | | forex | forex credit | CAD | - | - | 19.87 |
| RHIT | ACCO | 63858 | 2/3/2014 | SfGO | RIHT | Rightscorp | 25,000 | buy stock | buy stock | USD | (18,209.75) | (18,847.09) | - |
| RHIT | ACCO | 63906 | 2/5/2014 | BSIB | | | | Rightscorp TT | debit | USD | (150,172.44) | (151,674.16) | - |
| RHIT | ACCO | 63993 | 2/5/2014 | VERL | RIHT | Rightscorp | (17,000) | sell stock | sell stock | USD | 11,573.02 | 11,283.69 | - |
| RIHI | ACCO | 63974 | 2/5/2014 | WORK | | | | internal transfer RIHT | debit | USD | - | (50,100.00) | - |
| RIHI | ACCO | 63974 | 2/5/2014 | WORK | | | | internal transfer RIHT | credit | USD | - | 50,000.00 | - |
| RHIT | ACCO | 64036 | 2/6/2014 | VERL | RIHT | Rightscorp | (3,000) | sell stock | sell stock | USD | 2,010.99 | 1,910.99 | - |
| RHIT | ACCO | 64110 | 2/7/2014 | VERL | RIHT | Rightscorp | (20,000) | sell stock | sell stock | USD | 13,866.10 | 13,519.45 | - |
| RHIT | ACCO | 64131 | 2/10/2014 | VERL | RIHT | Rightscorp | (4,100) | sell stock | sell stock | USD | 2,843.00 | 2,743.00 | - |
| RHIT | ACCO | 64494 | 2/11/2014 | SfGO | RIHT | Rightscorp | 1,000 | buy stock | buy stock | USD | (926.56) | (1,026.56) | - |
| RHIT | ACCO | 67028 | 2/11/2014 | HEAB | | | | delivery fee | debit | USD | (58.62) | (158.62) | - |
| RHIT | ACCO | 64216 | 2/12/2014 | VERL | RIHT | Rightscorp | (1,500) | sell stock | sell stock | USD | 945.00 | 845.00 | - |
| RHIT | ACCO | 64230 | 2/13/2014 | SfGO | RIHT | Rightscorp | 7,500 | buy stock | buy stock | USD | (5,745.35) | (5,946.44) | - |
| RHIT | ACCO | 64305 | 2/14/2014 | VERL | RIHT | Rightscorp | (10,000) | sell stock | sell stock | USD | 7,060.85 | 6,884.33 | - |
| RHIT | ACCO | 64388 | 2/18/2014 | VERL | RIHT | Rightscorp | (31,500) | sell stock | sell stock | USD | 22,144.36 | 21,590.75 | - |
| RHIT | ACCO | 64442 | 2/19/2014 | VERL | RIHT | Rightscorp | (74,000) | sell stock | sell stock | USD | 52,641.28 | 51,325.25 | - |
| RHIT | ACCO | 64607 | 2/20/2014 | FINC | RIHT | Rightscorp | 8,500 | buy stock | buy stock | USD | (6,396.45) | (6,556.36) | - |
| RHIT | ACCO | 64517 | 2/20/2014 | VERL | RIHT | Rightscorp | (124,000) | sell stock | sell stock | USD | 88,197.35 | 85,992.42 | - |
| RHIT | ACCO | 64659 | 2/21/2014 | FINC | RIHT | Rightscorp | 6,000 | buy stock | buy stock | USD | (4,572.50) | (4,686.81) | - |
| RHIT | ACCO | 64560 | 2/21/2014 | VERL | RIHT | Rightscorp | (35,000) | sell stock | sell stock | USD | 25,898.74 | 25,251.27 | - |
| RHIT | ACCO | 64562 | 2/21/2014 | SfGO | RIHT | Rightscorp | (20,000) | sell stock | sell stock | USD | 14,988.00 | 14,465.42 | - |
| RHIT | ACCO | 64538 | 2/21/2014 | CASH | | | | debit | debit | CAD | (5,000.00) | - | (5,280.00) |
| RHIT | ACCO | 64694 | 2/21/2014 | LELO | | | | forex | forex debit | USD | (4,746.37) | (4,793.83) | - |
| RHIT | ACCO | 64699 | 2/21/2014 | LELO | | | | forex | forex credit | CAD | 5,258.98 | - | 5,258.98 |
| RHIT | ACCO | 64611 | 2/24/2014 | VERL | RIHT | Rightscorp | (190,000) | sell stock | sell stock | USD | 149,399.73 | 145,664.74 | - |
| RHIT | ACCO | 64622 | 2/24/2014 | BEAB | RIHT | Rightscorp | (20,000) | sell stock | sell stock | USD | 15,974.42 | 15,415.32 | - |
| RHIT | ACCO | 64623 | 2/24/2014 | BEAB | RIHT | Rightscorp | (30,000) | sell stock | sell stock | USD | 22,771.59 | 21,974.58 | - |
| RHIT | ACCO | 64614 | 2/24/2014 | VERN | RIHT | Rightscorp | (206,600) | sell stock | sell stock | USD | 166,892.82 | 163,554.53 | - |
| RHIT | ACCO | 65320 | 2/24/2014 | SfQU | RIHT | Rightscorp | (78,200) | sell stock | sell stock | USD | 63,007.40 | 60,802.14 | - |
| RHIT | ACCO | 64759 | 2/24/2014 | LEPE | RIHT | Rightscorp | (510,000) | sell stock | sell stock | USD | 401,026.49 | 397,016.23 | - |
| RHIT | ACCO | 64667 | 2/25/2014 | SfQU | RIHT | Rightscorp | (130,000) | sell stock | sell stock | USD | 110,734.49 | 106,858.78 | - |
| RHIT | ACCO | 64663 | 2/25/2014 | VERL | RIHT | Rightscorp | (219,750) | sell stock | sell stock | USD | 183,648.25 | 179,057.04 | - |
| RHIT | ACCO | 64664 | 2/25/2014 | VERN | RIHT | Rightscorp | (45,449) | sell stock | sell stock | USD | 38,420.31 | 37,651.90 | - |
| RHIT | ACCO | 65231 | 2/25/2014 | LEPE | RIHT | Rightscorp | (250,000) | sell stock | sell stock | USD | 203,398.56 | 201,364.57 | - |
| RHIT | ACCO | 64715 | 2/26/2014 | VERL | RIHT | Rightscorp | (272,059) | sell stock | sell stock | USD | 235,333.37 | 229,450.04 | - |
| RHIT | ACCO | 64678 | 2/26/2014 | BEAB | RIHT | Rightscorp | (30,000) | sell stock | sell stock | USD | 25,301.43 | 24,415.88 | - |
| RHIT | ACCO | 65332 | 2/26/2014 | LEPE | RIHT | Rightscorp | (250,000) | sell stock | sell stock | USD | 212,780.67 | 210,652.86 | - |
| RHIT | ACCO | 64725 | 2/26/2014 | SfQU | RIHT | Rightscorp | (40,343) | sell stock | sell stock | USD | 36,078.55 | 34,815.80 | - |
| RHIT | ACCO | 65130 | 2/27/2014 | FINC | RIHT | Rightscorp | 2,000 | buy stock | buy stock | USD | (1,577.60) | (1,677.60) | - |
| RHIT | ACCO | 64751 | 2/27/2014 | VERN | RIHT | Rightscorp | (36,396) | sell stock | sell stock | USD | 27,031.57 | 26,355.78 | - |
| RHIT | ACCO | 64753 | 2/27/2014 | VERN | RIHT | Rightscorp | (25,000) | sell stock | sell stock | USD | 18,890.00 | 18,512.20 | - |
| RHIT | ACCO | 64746 | 2/27/2014 | VERB | RIHT | Rightscorp | (200,000) | sell stock | sell stock | USD | 149,900.00 | 149,900.00 | - |

A4610

RIHT / RIHI Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RIHT | ACCO | 65138 | 2/28/2014 | VERN | RIHT | Rightscorp | (155,000.00) | sell stock | sell stock | USD | 117,225.42 | 114,880.91 | - |
| RIHT | ACCO | 65183 | 2/28/2014 | StGGO | RIHT | Rightscorp | 57,204 | buy stock | buy stock | USD | (44,137.90) | (45,682.73) | - |
| RIHI | ACCO | 65078 | 2/28/2014 | WORK | | | | interest charge | interest charge | USD | - | (5,219.22) | - |
| RIHI | ACCO | 65079 | 2/28/2014 | WORK | | | | interest charge | interest charge | CAD | - | - | (0.12) |
| RIHI | ACCO | 65080 | 2/28/2014 | WORK | | | | interest payment | interest payment | USD | - | 33.79 | - |
| RIHT | ACCO | 65494 | 3/3/2014 | HELI | RIHT | Rightscorp | (5,000.00) | sell stock | sell stock | USD | 3,864.59 | 3,764.59 | - |
| RIHT | ACCO | 65185 | 3/3/2014 | StGGO | RIHT | Rightscorp | 28,500 | buy stock | buy stock | USD | (22,841.98) | (23,641.45) | - |
| RIHT | ACCO | 65307 | 3/3/2014 | VERL | RIHT | Rightscorp | (45,000.00) | sell stock | sell stock | USD | 35,685.28 | 34,793.15 | - |
| RIHI | ACCO | 65152 | 3/3/2014 | WORK | | | | internal transfer | credit | USD | - | 800,000.00 | - |
| RIHI | ACCO | 65152 | 3/3/2014 | WORK | | | | internal transfer | debit | USD | - | (800,100.00) | - |
| RIHI | ACCO | 65153 | 3/3/2014 | WORK | | | | internal transfer | debit | USD | - | (429,100.00) | - |
| RIHI | ACCO | 65154 | 3/3/2014 | WORK | | | | internal transfer | debit | USD | - | (371,100.00) | - |
| RIHT | ACCO | 65210 | 3/3/2014 | VERN | RIHT | Rightscorp | (10,000.00) | sell stock | sell stock | USD | 7,609.52 | 7,457.33 | - |
| RIHT | ACCO | 65160 | 3/4/2014 | BSIB | | | | Rightscorp's TT | debit | USD | (150,139.61) | (151,641.01) | - |
| RIHT | ACCO | 65264 | 3/4/2014 | HELH | RIHT | Rightscorp | (25,000.00) | sell stock | sell stock | USD | 21,464.24 | 20,712.99 | - |
| RIHI | ACCO | 65230 | 3/4/2014 | LEPE | | | | Blackock Media TT | debit | USD | (500,200.00) | (512,705.00) | - |
| RIHT | ACCO | 65473 | 3/4/2014 | SIMO | RIHT | Rightscorp | (10,000.00) | sell stock | sell stock | USD | 7,225.87 | 6,973.96 | - |
| RIHT | ACCO | 65312 | 3/5/2014 | VERL | RIHT | Rightscorp | (25,499) | sell stock | sell stock | USD | 18,091.28 | 17,639.00 | - |
| RIHT | ACCO | 65265 | 3/5/2014 | HELH | RIHT | Rightscorp | (25,000.00) | sell stock | sell stock | USD | 21,152.24 | 20,411.91 | - |
| RIHT | ACCO | 65296 | 3/5/2014 | WORK | | | | director fee | debit | USD | - | (100.00) | - |
| RIHT | ACCO | 65302 | 3/5/2014 | WORK | | | | director fee | debit | USD | - | | - |
| RIHT | ACCO | 65365 | 3/6/2014 | VERN | RIHT | Rightscorp | (38,400) | sell stock | sell stock | USD | 27,436.88 | 26,888.14 | - |
| RIHT | ACCO | 65439 | 3/6/2014 | LEPE | RIHT | Rightscorp | (28,391) | sell stock | sell stock | USD | 22,766.70 | 22,539.03 | - |
| RIHT | ACCO | 65369 | 3/6/2014 | StGGO | RIHT | Rightscorp | 25,000 | buy stock | buy stock | USD | (18,730.00) | (19,385.55) | - |
| RIHT | ACCO | 65432 | 3/7/2014 | VERL | RIHT | Rightscorp | (97,000) | sell stock | sell stock | USD | 72,471.32 | 70,659.54 | - |
| RIHI | ACCO | 66070 | 3/7/2014 | BSIB | | | | Beneficial Designs TT | debit | USD | (5,139.80) | (5,239.80) | - |
| RIHT | ACCO | 65377 | 3/7/2014 | WORK | | | | internal transfer | debit | USD | - | (210,100.00) | - |
| RIHT | ACCO | 65378 | 3/7/2014 | WORK | | | | internal transfer | debit | USD | - | (90,100.00) | - |
| RIHI | ACCO | 65379 | 3/7/2014 | WORK | | | | internal transfer | credit | USD | - | 300,000.00 | - |
| RIHI | ACCO | 65379 | 3/7/2014 | WORK | | | | internal transfer | debit | USD | - | (300,100.00) | - |
| RIHT | ACCO | 65433 | 3/7/2014 | VERN | RIHT | Rightscorp | (105,000) | sell stock | sell stock | USD | 77,502.94 | 75,952.88 | - |
| RIHT | ACCO | 65499 | 3/10/2014 | VERL | RIHT | Rightscorp | (66,100) | sell stock | sell stock | USD | 51,007.14 | 49,731.96 | - |
| RIHI | ACCO | 65388 | 3/10/2014 | BSIB | | | | Rightscorp TT | debit | USD | (21,139.82) | (21,351.22) | - |
| RIHT | ACCO | 65494 | 3/10/2014 | LEPE | RIHT | Rightscorp | (20,000) | sell stock | sell stock | USD | 14,436.68 | 14,100.00 | - |
| RIHT | ACCO | 65552 | 3/11/2014 | VERN | RIHT | Rightscorp | (307,500) | sell stock | sell stock | USD | 254,261.08 | 247,904.55 | - |
| RIHT | ACCO | 65555 | 3/11/2014 | VERL | RIHT | Rightscorp | (92,845) | sell stock | sell stock | USD | 78,597.17 | 77,025.23 | - |
| RIHT | ACCO | 65508 | 3/11/2014 | StGGO | RIHT | Rightscorp | (60,000) | sell stock | sell stock | USD | 45,001.47 | 43,426.42 | - |
| RIHT | ACCO | 65637 | 3/11/2014 | LEPE | RIHT | Rightscorp | (15,000) | sell stock | sell stock | USD | 10,733.70 | 10,626.36 | - |
| RIHT | ACCO | 65612 | 3/12/2014 | VERL | RIHT | Rightscorp | (247,742) | sell stock | sell stock | USD | 222,088.92 | 216,536.70 | - |
| RIHT | ACCO | 65615 | 3/12/2014 | VERN | RIHT | Rightscorp | (17,000) | sell stock | sell stock | USD | 15,554.87 | 15,243.77 | - |
| RIHT | ACCO | 65698 | 3/12/2014 | SIMO | RIHT | Rightscorp | (6,700) | sell stock | sell stock | USD | 6,002.25 | 5,792.17 | - |
| RIHT | ACCO | 65615 | 3/12/2014 | LEPE | RIHT | Rightscorp | (22,000) | sell stock | sell stock | USD | 16,629.77 | 16,463.47 | - |
| RIHT | ACCO | 65638 | 3/12/2014 | FINC | RIHT | Rightscorp | 12,550 | buy stock | buy stock | USD | (10,971.97) | (11,246.27) | - |
| RIHT | ACCO | 65649 | 3/13/2014 | VERN | RIHT | Rightscorp | (10,000) | sell stock | sell stock | USD | 8,220.00 | 8,055.60 | - |
| RIHT | ACCO | 65687 | 3/13/2014 | VERL | RIHT | Rightscorp | (47,785) | sell stock | sell stock | USD | 40,393.42 | 39,383.58 | - |
| RIHT | ACCO | 65686 | 3/13/2014 | HELH | RIHT | Rightscorp | (20,000) | sell stock | sell stock | USD | 14,624.73 | 14,112.86 | - |
| RIHT | ACCO | 65769 | 3/13/2014 | LEPE | RIHT | Rightscorp | (105,500) | sell stock | sell stock | USD | 86,126.19 | 85,264.93 | - |
| RIHI | ACCO | 65639 | 3/13/2014 | LELO | | | | Blackock Media TT | debit | USD | (250,200.00) | (252,702.00) | - |
| RIHT | ACCO | 65650 | 3/13/2014 | WORK | | | | internal transfer | credit | USD | - | 375,000.00 | - |
| RIHT | ACCO | 65652 | 3/13/2014 | WORK | | | | internal transfer | debit | USD | - | (375,100.00) | - |
| RIHT | ACCO | 65653 | 3/13/2014 | WORK | | | | internal transfer | debit | USD | - | (262,600.00) | - |
| RIHT | ACCO | 65654 | 3/13/2014 | WORK | | | | internal transfer | debit | USD | - | (112,600.00) | - |
| RIHI | ACCO | 65657 | 3/13/2014 | WORK | | | | internal transfer | credit | USD | - | 250,000.00 | - |

A4611

RIHT / RIH I Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RIHT | ACCO | 65657 | 3/13/2014 | WORK | | | | internal transfer | debit | USD | | (250,100,000) | - |
| RIHI | ACCO | 65671 | 3/13/2014 | WORK | | | | internal transfer | debit | USD | | (125,100,00) | - |
| RIHI | ACCO | 65672 | 3/13/2014 | WORK | | | | internal transfer | debit | USD | | (125,100,00) | - |
| RIHI | ACCO | 65673 | 3/13/2014 | WORK | | | | internal transfer | debit | USD | | (250,100,000) | - |
| RIHT | ACCO | 65885 | 3/14/2014 | FINC | RIHT | Rightscorp | 1,000 | buy stock | buy stock | USD | (859.00) | (959.00) | - |
| RIHT | ACCO | 65763 | 3/14/2014 | VERL | RIHT | Rightscorp | (8,310) | sell stock | sell stock | USD | 6,512.68 | 6,349.86 | - |
| RIHT | ACCO | 65767 | 3/14/2014 | HELH | RIHT | Rightscorp | (40,000) | sell stock | sell stock | USD | 30,921.82 | 29,839.56 | - |
| RIHT | ACCO | 65813 | 3/14/2014 | LEPE | RIHT | Rightscorp | (21,500) | sell stock | sell stock | USD | 19,071.18 | 18,880.47 | - |
| RIHT | ACCO | 65803 | 3/14/2014 | FINC | RIHT | Rightscorp | 25,000 | buy stock | buy stock | USD | (20,810,000) | (20,910,375) | - |
| RIHT | ACCO | 65794 | 3/17/2014 | VERL | RIHT | Rightscorp | (3,200) | sell stock | sell stock | USD | 2,538.00 | 2,438.00 | - |
| RIHT | ACCO | 65717 | 3/17/2014 | BSIB | | | | sell stock | debit | USD | (10,140.15) | (10,241.55) | - |
| RIHI | ACCO | 65829 | 3/17/2014 | SIMO | RIHT | Rightscorp | (10,000) | sell stock | sell stock | USD | 8,215.81 | 7,928.26 | - |
| RIHT | ACCO | 65969 | 3/17/2014 | HELH | RIHT | Rightscorp | (65,000) | sell stock | sell stock | USD | 54,590.24 | 52,679.58 | - |
| RIHT | ACCO | 65970 | 3/17/2014 | HELH | RIHT | Rightscorp | (65,000) | sell stock | sell stock | USD | 54,140.29 | 52,245.38 | - |
| RIHT | ACCO | 65864 | 3/18/2014 | LELO | RIHT | | | Blackrock Media TT | debit | USD | (100,100,000) | (101,101,00) | - |
| RIHT | ACCO | 65971 | 3/18/2014 | HELH | RIHT | Rightscorp | (20,000) | sell stock | sell stock | USD | 18,530.52 | 17,881.95 | - |
| RIHI | ACCO | 65979 | 3/18/2014 | WORK | | | | forex | forex debit | USD | | (0.11) | - |
| RIHI | ACCO | 65979 | 3/18/2014 | WORK | | | | forex | forex credit | CAD | | | 0.12 |
| RIHT | ACCO | 65999 | 3/19/2014 | VERL | RIHT | Rightscorp | (10,600) | sell stock | sell stock | USD | 8,611.88 | 8,396.58 | - |
| RIHT | ACCO | 66000 | 3/19/2014 | VERN | RIHT | Rightscorp | (15,000) | sell stock | sell stock | USD | 12,051.50 | 11,810.47 | - |
| RIHT | ACCO | 66063 | 3/20/2014 | VERN | RIHT | Rightscorp | (50,000) | sell stock | sell stock | USD | 40,992.16 | 40,172.32 | - |
| RIHT | ACCO | 66061 | 3/20/2014 | VERL | RIHT | Rightscorp | (7,500) | sell stock | sell stock | USD | 5,812.67 | 5,667.35 | - |
| RIHT | ACCO | 66091 | 3/20/2014 | FINC | RIHT | Rightscorp | 15,175 | buy stock | buy stock | USD | (12,931.33) | (13,254.61) | - |
| RIHT | ACCO | 66115 | 3/21/2014 | VERL | RIHT | Rightscorp | (39,194) | sell stock | sell stock | USD | 32,359.15 | 31,550.17 | - |
| RIHI | ACCO | 66084 | 3/21/2014 | WORK | | | | internal transfer | credit | USD | | 125,000.00 | - |
| RIHI | ACCO | 66084 | 3/21/2014 | WORK | | | | internal transfer | debit | USD | | (125,100.00) | - |
| RIHI | ACCO | 66085 | 3/21/2014 | WORK | | | | internal transfer | debit | USD | | (87,600.00) | - |
| RIHI | ACCO | 66086 | 3/21/2014 | WORK | | | | internal transfer | debit | USD | | (37,600.00) | - |
| RIHT | ACCO | 66170 | 3/24/2014 | FINC | RIHT | Rightscorp | 25,000 | buy stock | buy stock | USD | (22,084.88) | (22,637.00) | - |
| RIHT | ACCO | 66135 | 3/24/2014 | VERB | RIHT | Rightscorp | (12,991) | sell stock | sell stock | USD | 11,038.93 | 10,762.96 | - |
| RIHT | ACCO | 66140 | 3/24/2014 | VERL | RIHT | Rightscorp | (10,000) | sell stock | sell stock | USD | 8,656.50 | 8,440.09 | - |
| RIHT | ACCO | 66162 | 3/25/2014 | LEPE | RIHT | Rightscorp | (15,050) | sell stock | sell stock | USD | 11,998.97 | 11,689.25 | - |
| RIHT | ACCO | 66283 | 3/27/2014 | VERL | RIHT | Rightscorp | (11,540) | sell stock | sell stock | USD | 7,618.11 | 7,427.66 | - |
| RIHT | ACCO | 66357 | 3/28/2014 | VERL | RIHT | Rightscorp | (19,225) | sell stock | sell stock | USD | 12,800.86 | 12,470.64 | - |
| RIHT | ACCO | 66302 | 3/31/2014 | BSIB | | | | sell stock | debit | USD | (150,139.47) | (151,640.86) | - |
| RIHT | ACCO | 66500 | 3/31/2014 | HELH | RIHT | Rightscorp | (8,600) | sell stock | sell stock | USD | 7,427.26 | 7,167.31 | - |
| RIHT | ACCO | 66501 | 3/31/2014 | HELH | RIHT | Rightscorp | (5,000) | sell stock | sell stock | USD | 4,241.25 | 4,092.81 | - |
| RIHI | ACCO | 66652 | 3/31/2014 | WORK | | | | custody fees | debit | USD | | (23,273.95) | - |
| RIHI | ACCO | 66847 | 3/31/2014 | WORK | | | | interest charge | interest charge | USD | | (302.61) | - |
| RIHI | ACCO | 66848 | 3/31/2014 | WORK | | | | interest payment | interest payment | USD | | 288.16 | - |
| RIHT | ACCO | 66981 | 4/1/2014 | VERB | RIHT | Rightscorp | (55,000) | sell stock | sell stock | USD | 30,041.19 | 29,290.16 | - |
| RIHT | ACCO | 66982 | 4/1/2014 | VERL | RIHT | Rightscorp | (63,339) | sell stock | sell stock | USD | 37,971.47 | 37,022.18 | - |
| RIHT | ACCO | 67137 | 4/1/2014 | LEPE | RIHT | Rightscorp | (70,700) | sell stock | sell stock | USD | 45,778.13 | 44,633.68 | - |
| RIHT | ACCO | 67113 | 4/2/2014 | LENO | RIHT | Rightscorp | (67,350) | sell stock | sell stock | USD | 34,795.25 | 33,925.37 | - |
| RIHT | ACCO | 67144 | 4/2/2014 | SIQU | RIHT | Rightscorp | (2,200) | sell stock | sell stock | USD | 988.97 | 888.97 | - |
| RIHT | ACCO | 67182 | 4/3/2014 | LENO | RIHT | Rightscorp | (75,000) | sell stock | sell stock | USD | 39,193.08 | 38,213.25 | - |
| RIHT | ACCO | 67261 | 4/4/2014 | LENO | RIHT | Rightscorp | (20,000) | sell stock | sell stock | USD | 11,455.40 | 11,169.01 | - |
| RIHT | ACCO | 67191 | 4/4/2014 | VERN | RIHT | Rightscorp | (10,000) | sell stock | sell stock | USD | 5,795.00 | 5,679.10 | - |
| RIHT | ACCO | 67324 | 4/8/2014 | VERB | RIHT | Rightscorp | (13,274) | sell stock | sell stock | USD | 7,486.14 | 7,298.99 | - |
| RIHT | ACCO | 67435 | 4/11/2014 | LEPE | RIHT | Rightscorp | (670) | sell stock | sell stock | USD | 223.02 | 123.02 | - |
| RIHT | ACCO | 67516 | 4/14/2014 | VERB | RIHT | Rightscorp | (18,500) | sell stock | sell stock | USD | 8,782.60 | 8,563.03 | - |
| RIHT | ACCO | 67576 | 4/15/2014 | VERB | RIHT | Rightscorp | (32,500) | sell stock | sell stock | USD | 15,228.25 | 14,847.54 | - |
| RIHT | ACCO | 67628 | 4/16/2014 | VERB | RIHT | Rightscorp | (40,000) | sell stock | sell stock | USD | 19,379.85 | 18,895.35 | - |

A4612

RIHT / RIHI Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RIHT | ACCO | 75810 | 4/16/2014 | SIQU | RIHT | Rightscorp | (5,005) | delivery RIHT | debit | USD | (230.00) | (430.00) | - |
| RIHT | ACCO | 67672 | 4/17/2014 | VERB | RIHT | Rightscorp | (1,000) | | sell stock | USD | 2,402.55 | 2,302.55 | - |
| RIHT | ACCO | 67688 | 4/21/2014 | VERB | RIHT | Rightscorp | (1,000) | | sell stock | USD | 360.00 | 260.00 | - |
| RIHT | ACCO | 67985 | 4/28/2014 | VERB | RIHT | Rightscorp | (11,200) | | sell stock | USD | 5,624.28 | 5,483.67 | - |
| RIHI | ACCO | 68419 | 4/30/2014 | WORK | | | | | interest charge | USD | - | (100.00) | - |
| RIHI | ACCO | 68420 | 4/30/2014 | WORK | | | | | interest payment | USD | - | 206.98 | - |
| RIHT | ACCO | 68853 | 5/8/2014 | LEPE | RIHT | | (11,189) | | sell stock | USD | 5,487.06 | 5,349.88 | - |
| RIHT | ACCO | 68989 | 5/16/2014 | WORK | | | | | credit | USD | - | 145,000.00 | - |
| RIHI | ACCO | 68950 | 5/16/2014 | WORK | | | | | internal transfer | USD | - | (145,000.00) | - |
| RIHT | ACCO | 68990 | 5/16/2014 | WORK | | | | | debit | USD | - | (145,100.00) | - |
| RIHI | ACCO | 69043 | 5/20/2014 | WORK | | | | | credit | USD | - | 20,000.00 | - |
| RIHI | ACCO | 69133 | 5/23/2014 | BSIB | RIHT | Rightscorp | (5,000) | Rightscorp_TT | debit | USD | (150,139.12) | (151,740.51) | - |
| RIHT | ACCO | 75844 | 5/23/2014 | SIMO | RIHT | Rightscorp | 5,000 | delivery RIHT | internal transfer | USD | (200.00) | (400.00) | - |
| RIHI | ACCO | 69721 | 5/29/2014 | WORK | | | | | interest charge | USD | - | (20.97) | - |
| RIHI | ACCO | 69722 | 5/29/2014 | WORK | | | | | interest payment | USD | - | 118.83 | - |
| RIHT | ACCO | 69961 | 6/4/2014 | VERN | RIHT | Rightscorp | (41,000) | | sell stock | USD | 17,531.98 | 17,181.34 | - |
| RIHT | ACCO | 70017 | 6/6/2014 | VERN | RIHT | Rightscorp | (110,611) | | sell stock | USD | 50,982.90 | 49,963.24 | - |
| RIHT | ACCO | 70004 | 6/6/2014 | LEPI | RIHT | Rightscorp | (5,000) | internal transfer | stock delivery | USD | - | (100.00) | - |
| RIHT | ACCO | 70004 | 6/6/2014 | LENO | RIHT | Rightscorp | 5,000 | internal transfer | transfer stock in | USD | - | - | - |
| RIHT | ACCO | 70138 | 6/10/2014 | REST | RIHT | | | directors fee | debit | USD | - | (300.00) | - |
| RIHT | ACCO | 70233 | 6/10/2014 | HELI | RIHT | Rightscorp | 35,000 | | buy stock | USD | (16,871.25) | (17,292.03) | - |
| RIHT | ACCO | 70160 | 6/10/2014 | VERB | RIHT | Rightscorp | (80,431) | | sell stock | USD | 36,394.36 | 35,387.00 | - |
| RIHT | ACCO | 71003 | 6/10/2014 | REST | RIHT-R | Rightscorp | 1,842,000 | receive stock | buy stock | USD | - | (100.00) | - |
| RIHT | ACCO | 70382 | 6/16/2014 | HELI | RIHT | Rightscorp | 15,000 | | buy stock | USD | (7,236.25) | (7,417.16) | - |
| RIHT | ACCO | 70464 | 6/18/2014 | WORK | | | | Loan | credit | USD | - | 50,000.00 | - |
| RIHT | ACCO | 70465 | 6/18/2014 | WORK | | | | Loan | credit | USD | - | 25,000.00 | - |
| RIHT | ACCO | 70540 | 6/18/2014 | LEMI | RIHT | Rightscorp | (15,500) | internal transfer | stock delivery | USD | - | - | - |
| RIHT | ACCO | 70540 | 6/18/2014 | LENO | RIHT | Rightscorp | 15,500 | internal transfer | transfer stock in | USD | - | - | - |
| RIHI | ACCO | 70567 | 6/20/2014 | BSIB | RIHT | Rightscorp | (1,458,150) | Rightscorp_TT | debit | USD | (150,139.20) | (151,740.59) | - |
| RIHT | ACCO | 70762 | 6/24/2014 | LENO | RIHT | Rightscorp | (1,458,150) | internal transfer | stock delivery | USD | - | - | - |
| RIHT | ACCO | 70762 | 6/24/2014 | BEAG | RIHT | Rightscorp | 1,458,150 | internal transfer | transfer stock in | USD | - | - | - |
| RIHT | ACCO | 70858 | 6/25/2014 | HELI | RIHT | Rightscorp | 100,000 | | buy stock | USD | (46,125.00) | (47,278.13) | - |
| RIHT | ACCO | 73685 | 6/27/2014 | WORK | | | | custody fees | debit | USD | - | (15,481.57) | - |
| RIHT | ACCO | 74077 | 6/27/2014 | WORK | | | | interest payment | credit | USD | - | 65.41 | - |
| RIHT | ACCO | 74078 | 6/27/2014 | WORK | | | | interest charge | debit | USD | - | (65.34) | - |
| RIHI | ACCO | 70528 | 7/1/2014 | XPHO | | | | 114 @ 6 mons services | debit | USD | - | (1,800.00) | - |
| RIHT | ACCO | 74386 | 7/8/2014 | XPHO | | | | #114 replace xphone_licenses | debit | USD | - | (1,600.00) | - |
| RIHT | ACCO | 70145 | 7/11/2014 | VERN | RIHT | Rightscorp | (1,158,095) | internal transfer | stock delivery | USD | (200.00) | (300.00) | - |
| RIHT | ACCO | 70145 | 7/11/2014 | BEAG | RIHT | Rightscorp | 1,158,095 | internal transfer | transfer stock in | USD | - | - | - |
| RIHI | ACCO | 75338 | 7/31/2014 | WORK | | | | | interest payment | USD | - | 5.99 | - |
| RIHI | ACCO | 75339 | 7/31/2014 | WORK | | | | | interest charge | USD | - | (1,386.45) | - |
| RIHT | ACCO | 75986 | 8/19/2014 | SIOU | RIHT | Rightscorp | (10,000) | | sell stock | USD | 3,515.77 | 3,392.72 | - |
| RIHT | ACCO | 76173 | 8/26/2014 | VERA | RIHT | Rightscorp | 40,000 | | buy stock | USD | (15,016.65) | (15,392.07) | - |
| RIHI | ACCO | 76597 | 8/31/2014 | WORK | | | | | interest payment | USD | - | 5.34 | - |
| RIHI | ACCO | 76598 | 8/31/2014 | WORK | | | | | interest charge | USD | - | (1,368.59) | - |
| RIHT | ACCO | 76766 | 9/2/2014 | SIOU | RIHT | Rightscorp | (50,000) | | sell stock | USD | 19,755.55 | 19,064.11 | - |
| RIHT | ACCO | 76812 | 9/4/2014 | SIMO | RIHT | Rightscorp | (17,596) | | sell stock | USD | 6,027.21 | 5,816.26 | - |
| RIHT | ACCO | 76983 | 9/9/2014 | SIMO | RIHT | Rightscorp | (21,840) | | sell stock | USD | 8,157.70 | 2,872.18 | - |
| RIHT | ACCO | 76987 | 9/9/2014 | SIOU | RIHT | Rightscorp | (5,000) | | sell stock | USD | 1,752.95 | 1,653.95 | - |
| RIHT | ACCO | 77021 | 9/9/2014 | LEMI | RIHT | Rightscorp | 2,000 | | buy stock | USD | (1,045.00) | (1,145.00) | - |
| RIHT | ACCO | 77236 | 9/15/2014 | LEMI | RIHT | Rightscorp | (2,000) | internal transfer | stock delivery | USD | - | (100.00) | - |
| RIHT | ACCO | 77236 | 9/15/2014 | BEAT | RIHT | Rightscorp | 2,000 | internal transfer | transfer stock in | USD | - | - | - |
| RIHT | ACCO | 77186 | 9/16/2014 | REST | RIHT-E | Rightscorp | (4,800,000) | deliver stock per acco request | stock delivery | USD | - | (800.00) | - |

A4613

RIHT / RIHI Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RIHT | ACCO | 771186 | 9/16/2014 | REST | | | | deliver stock per acco request | debit | USD | - | (50.00) | - |
| RIHT | ACCO | 771187 | 9/16/2014 | REST | RIHT-R | Rightscorp | (1,842,000) | stock delivery per acco request | stock delivery | USD | - | - | - |
| RIHT | ACCO | 773585 | 9/22/2014 | REST | | | | directors fee | debit | USD | - | (100.00) | - |
| RIHT | ACCO | 773592 | 9/24/2014 | HELH | RIHT | Rightscorp | (1,144,664) | internal transfer | stock delivery | USD | (242.75) | (442.75) | - |
| RIHT | ACCO | 773592 | 9/24/2014 | SIHA | RIHT | Rightscorp | 1,144,664 | internal transfer | transfer stock in | USD | - | - | - |
| RIHT | ACCO | 77941 | 9/30/2014 | WORK | | | | custody fees | debit | USD | - | (11,683.79) | - |
| RIHI | ACCO | 78132 | 9/30/2014 | WORK | | | | interest payment | interest payment | USD | - | 5.17 | - |
| RIHT | ACCO | 78133 | 9/30/2014 | WORK | | | | interest charge | interest charge | USD | - | (981.50) | - |
| RIHT | ACCO | 782619 | 10/5/2014 | SIHA | | | | Delivery RIHT | debit | USD | (100.00) | (100.00) | - |
| RIHT | ACCO | 78408 | 10/8/2014 | REST | | | 760,000 | receive stock | buy stock | USD | - | (100.00) | - |
| RIHT | ACCO | 786658 | 10/15/2014 | SIHA | | | (5,000) | sell stock | sell stock | USD | 1,203.22 | 1,103.22 | - |
| RIHI | ACCO | 78914 | 10/23/2014 | VPOU | RIHT | Rightscorp | | Growth Equities TT | debit | USD | (5,140.96) | (5,340.96) | - |
| RIHI | ACCO | 79580 | 10/31/2014 | WORK | | | | interest payment | interest payment | USD | - | 4.03 | - |
| RIHT | ACCO | 79581 | 10/31/2014 | WORK | | | | interest charge | interest charge | USD | - | (1,214.95) | - |
| RIHT | ACCO | 79821 | 11/5/2014 | BEAB | RIHT | Rightscorp | (7,500) | sell stock | sell stock | USD | 1,275.20 | 1,175.20 | - |
| RIHT | ACCO | 79804 | 11/5/2014 | WORK | | | | director fee | debit | USD | - | (500.00) | - |
| RIHT | ACCO | 79846 | 11/16/2014 | BEAB | RIHT | Rightscorp | (20,000) | sell stock | sell stock | USD | 3,539.92 | 3,416.02 | - |
| RIHT | ACCO | 79960 | 11/7/2014 | BEAG | RIHT | Rightscorp | (10,000) | sell stock | sell stock | USD | 1,671.20 | 1,571.20 | - |
| RIHT | ACCO | 80103 | 11/13/2014 | BEAG | RIHT | Rightscorp | (100,000) | sell stock | sell stock | USD | 10,086.35 | 9,733.33 | - |
| RIHT | ACCO | 80115 | 11/13/2014 | VERB | RIHT | Rightscorp | (40,300) | sell stock | sell stock | USD | 4,902.00 | 4,779.45 | - |
| RIHT | ACCO | 80147 | 11/14/2014 | VERB | RIHT | Rightscorp | (250,000) | internal transfer | stock delivery | USD | - | (100.00) | - |
| RIHI | ACCO | 80893 | 11/30/2014 | WORK | | | | interest payment | interest payment | USD | - | 0.79 | - |
| RIHT | ACCO | 80894 | 11/30/2014 | WORK | | | | interest charge | interest charge | USD | - | (927.58) | - |
| RIHT | ACCO | 81130 | 12/4/2014 | CCMO | | | | Paragon Web Media TT | debit | USD | (30,410.00) | (30,966.15) | - |
| RIHT | ACCO | 81131 | 12/4/2014 | WORK | | | | director fee | debit | USD | - | (100.00) | - |
| RIHT | ACCO | 81195 | 12/5/2014 | SIOU | RIHT | Rightscorp | (50,000) | sell stock | sell stock | USD | 8,123.82 | 7,839.49 | - |
| RIHT | ACCO | 81186 | 12/5/2014 | VALB | | | | Hunter Market TT | debit | USD | (50,100.00) | (51,703.00) | - |
| RIHT | ACCO | 81187 | 12/5/2014 | WORK | | | | director fee | debit | USD | - | (100.00) | - |
| RIHT | ACCO | 81254 | 12/8/2014 | SIHA | RIHT | Rightscorp | (18,578) | sell stock | sell stock | USD | 3,050.47 | 2,943.70 | - |
| RIHT | ACCO | 81284 | 12/9/2014 | SIHA | RIHT | Rightscorp | (135,000) | sell stock | sell stock | USD | 31,355.85 | 30,258.40 | - |
| RIHT | ACCO | 81301 | 12/9/2014 | BEAB | RIHT | Rightscorp | (75,000) | sell stock | sell stock | USD | 17,474.64 | 16,865.03 | - |
| RIHT | ACCO | 81268 | 12/9/2014 | WORK | RIHT | Rightscorp | (100,000) | internal transfer | stock delivery | USD | - | (100.00) | - |
| RIHT | ACCO | 81552 | 12/16/2014 | VERB | RIHT | Rightscorp | (25,000) | sell stock | sell stock | USD | 4,349.70 | 4,240.96 | - |
| RIHT | ACCO | 81567 | 12/17/2014 | WORK | RIHT | Rightscorp | (3,000) | sell stock | sell stock | USD | 390.00 | (200.00) | - |
| RIHT | ACCO | 82207 | 12/31/2014 | WORK | | | | internal transfer close account | debit | USD | - | (2,100.39) | - |
| RIHI | ACCO | 81918 | 12/31/2014 | WORK | | | | interest payment | interest payment | USD | - | 0.81 | - |
| RIHT | ACCO | 81919 | 12/31/2014 | WORK | | | | interest charge | interest charge | USD | - | (1,387.52) | - |
| RIHT | ACCO | 82040 | 12/31/2014 | WORK | | | | custody fees | debit | USD | - | (5,452.77) | - |
| RIHI | ACCO | 81059 | 1/1/2015 | XPHO | | | | interest payment | debit | USD | - | (1,800.00) | - |
| RIHT | ACCO | 81080 | 1/1/2015 | XPHO | | | | 114 @ 6 mons services | debit | USD | - | (14,400.00) | - |
| RIHT | ACCO | 82356 | 1/6/2015 | BEAP | RIHT | Rightscorp | (100,000) | internal transfer | stock delivery | USD | - | (100.00) | - |
| RIHT | ACCO | 82359 | 1/6/2015 | BEAP | RIHT | Rightscorp | (2,000) | 2 3 4 55 60/65/66(10 @ 6 mos services | sell stock | USD | 64.99 | 64.99 | - |
| RIHT | ACCO | 82386 | 1/7/2015 | BEAP | RIHT | Rightscorp | (10,000) | sell stock | sell stock | USD | 1,259.96 | 1,159.96 | - |
| RIHT | ACCO | 82411 | 1/8/2015 | BEAP | RIHT | Rightscorp | (50,000) | sell stock | sell stock | USD | 6,684.85 | 6,450.88 | - |
| RIHT | ACCO | 82792 | 1/27/2015 | SIHI | RIHT | Rightscorp | (25,000) | sell stock | sell stock | USD | 2,517.31 | 2,417.31 | - |
| RIHI | ACCO | 83193 | 1/29/2015 | WORK | | | | interest charge | interest charge | USD | - | (16.08) | - |
| RIHT | ACCO | 83403 | 2/5/2015 | SIHI | RIHT | Rightscorp | (67,226) | sell stock | sell stock | USD | 6,999.78 | 6,749.00 | - |
| RIHT | ACCO | 83493 | 2/11/2015 | VERB | RIHT | Rightscorp | (250,000) | internal transfer | stock delivery | USD | - | (100.00) | - |
| RIHT | ACCO | 83569 | 2/12/2015 | BEAG | RIHT | Rightscorp | (100,000) | sell stock | sell stock | USD | 9,654.50 | 9,316.59 | - |
| RIHT | ACCO | 83652 | 2/17/2015 | BEAG | RIHT | Rightscorp | (100,000) | sell stock | sell stock | USD | 9,664.40 | 9,326.15 | - |
| RIHI | ACCO | 85824 | 2/27/2015 | WORK | | | | internal transfer | credit | USD | - | (140.72) | - |
| RIHI | ACCO | 85824 | 2/27/2015 | WORK | | | | internal transfer | debit | USD | - | 240.72 | - |
| RIHT | ACCO | 86601 | 3/18/2015 | SIHI | RIHT | Rightscorp | (51,000) | sell stock | sell stock | USD | 5,763.21 | 5,561.50 | - |

10 of 14

A4614

RIHT / RIHI Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RIHT | ACCO | 86661 | 3/20/2015 | SIHI | RIHT | Rightscorp | (54,000.00) | sell stock | sell stock | USD | 6,092.68 | 5,879.44 | - |
| RIHT | ACCO | 86695 | 3/23/2015 | SIHI | RIHT | Rightscorp | (142,800.00) | sell stock | sell stock | USD | 18,070.94 | 17,438.46 | - |
| RIHT | ACCO | 86737 | 3/24/2015 | BEAG | RIHT | Rightscorp | (100,000.00) | sell stock | sell stock | USD | 11,056.55 | 10,669.57 | - |
| RIHT | ACCO | 86780 | 3/26/2015 | HELI | RIHT | Rightscorp | (20,000.00) | sell stock | sell stock | USD | 1,876.00 | 1,776.00 | - |
| RIHT | ACCO | 87211 | 3/30/2015 | WORK | RIHT | Rightscorp | | custody fees | debit | USD | - | (2,950.16) | - |
| RIHT | ACCO | 88470 | 5/6/2015 | SIHI | RIHT | Rightscorp | 100,000.00 | buy stock | buy stock | USD | (8,410.00) | (8,704.35) | - |
| RIHT | ACCO | 88411 | 6/1/2015 | SIOU | RIHT | Rightscorp | (54,218.00) | sell stock | sell stock | USD | 5,685.77 | 5,486.77 | - |
| RIHT | ACCO | 88440 | 6/2/2015 | SIOU | RIHT | Rightscorp | (50,000.00) | sell stock | sell stock | USD | 6,112.26 | 5,898.33 | - |
| RIHT | ACCO | 88548 | 6/9/2015 | BEAG | RIHT | Rightscorp | (50,000.00) | sell stock | sell stock | USD | 7,604.85 | 7,330.58 | - |
| RIHT | ACCO | 88714 | 6/16/2015 | SIOU | RIHT | Rightscorp | (50,000.00) | sell stock | sell stock | USD | 8,348.13 | 8,055.95 | - |
| RIHT | ACCO | 88735 | 6/16/2015 | BEAG | RIHT | Rightscorp | (5,000.00) | sell stock | sell stock | USD | 629.98 | 829.98 | - |
| RIHT | ACCO | 88721 | 6/17/2015 | WORK | RIHT | Rightscorp | | director fee | debit | USD | - | (200.00) | - |
| RIHT | ACCO | 88725 | 6/17/2015 | WORK | RIHT | | | forex | forex, debit | USD | - | (2,501.10) | - |
| RIHT | ACCO | 88725 | 6/17/2015 | WORK | RIHT | | | forex | forex, credit | CAD | - | - | 3,057.21 |
| RIHT | ACCO | 88722 | 6/17/2015 | VERA | RIHT | | | PBA Acquisition TT | debit | CAD | (41,500.00) | - | (41,915.00) |
| RIHT | ACCO | 88753 | 6/18/2015 | SIHI | RIHT | Rightscorp | 60,290 | buy stock | buy stock | USD | (11,304.98) | (11,700.65) | - |
| RIHT | ACCO | 88786 | 6/19/2015 | BEAG | RIHT | Rightscorp | (13,600.00) | sell stock | sell stock | USD | 2,193.16 | 2,093.16 | - |
| RIHT | ACCO | 88812 | 6/22/2015 | BEAG | RIHT | Rightscorp | (69,250.00) | sell stock | sell stock | USD | 12,073.36 | 11,650.79 | - |
| RIHT | ACCO | 88843 | 6/23/2015 | SIOU | RIHT | Rightscorp | 3,500 | buy stock | buy stock | USD | (1,000.91) | (1,100.91) | - |
| RIHT | ACCO | 88849 | 6/23/2015 | BEAG | RIHT | Rightscorp | (37,500.00) | sell stock | sell stock | USD | 7,046.96 | 6,870.79 | - |
| RIHT | ACCO | 88870 | 6/23/2015 | BEAG | RIHT | Rightscorp | (50,000.00) | sell stock | sell stock | USD | 9,868.35 | 9,522.96 | - |
| RIHT | ACCO | 88835 | 6/23/2015 | SGPE | RIHT | | | forex | forex, debit | USD | (32,001.92) | (32,421.94) | - |
| RIHT | ACCO | 88835 | 6/23/2015 | SGPE | RIHT | | | forex | forex, credit | CAD | 38,857.79 | - | 38,857.79 |
| RIHT | ACCO | 88871 | 6/24/2015 | SIHI | RIHT | Rightscorp | 98,593 | buy stock | buy stock | USD | (20,856.85) | (21,586.84) | - |
| RIHT | ACCO | 88880 | 6/24/2015 | BEAG | RIHT | Rightscorp | (2,500.00) | sell stock | sell stock | USD | 357.49 | 257.49 | - |
| RIHT | ACCO | 88969 | 6/25/2015 | BEAG | RIHT | Rightscorp | (57,000.00) | sell stock | sell stock | USD | 10,369.81 | 10,006.87 | - |
| RIHT | ACCO | 89020 | 6/29/2015 | VERA | RIHT | Rightscorp | (42,500.00) | sell stock | sell stock | USD | 7,206.64 | 7,026.47 | - |
| RIHT | ACCO | 89022 | 6/29/2015 | BEAG | RIHT | Rightscorp | (125,000.00) | sell stock | sell stock | USD | 21,756.88 | 20,995.39 | - |
| RIHT | ACCO | 90198 | 6/30/2015 | WORK | RIHT | | | director fees | debit | USD | - | (1,000.00) | - |
| RIHT | ACCO | 90199 | 6/30/2015 | VERA | RIHT | | | Rightscorp TT | debit | USD | (100,100.00) | (103,103.00) | - |
| RIHT | ACCO | 90330 | 6/30/2015 | WORK | RIHT | | | custody fees | debit | USD | - | (2,657.55) | - |
| RIHT | ACCO | 90201 | 7/1/2015 | XPHO | RIHT | | | debit | debit | USD | - | (12,600.00) | - |
| RIHT | ACCO | 90643 | 7/2/2015 | SIHI | RIHT | Rightscorp | 45,000 | 2 3 4 55 65/66/10/11/14 @ 6 mos services | buy stock | USD | (7,081.87) | (7,329.74) | - |
| RIHT | ACCO | 90670 | 7/2/2015 | XPHO | RIHT | | | e55 new phone and licenses | debit | USD | - | (1,050.00) | - |
| RIHT | ACCO | 90630 | 7/5/2015 | VPQU | RIHT | | | Beneficial Designs TT | debit | USD | (3,141.24) | (3,341.24) | - |
| RIHT | ACCO | 90675 | 7/6/2015 | SIHI | RIHT | Rightscorp | 100,000 | buy stock | buy stock | USD | (21,665.00) | (22,423.28) | - |
| RIHT | ACCO | 90678 | 7/6/2015 | BEAG | RIHT | Rightscorp | (50,000.00) | sell stock | sell stock | USD | 10,595.90 | 10,225.04 | - |
| RIHT | ACCO | 90744 | 7/8/2015 | SIHI | RIHT | Rightscorp | 25,000 | buy stock | buy stock | USD | (5,365.00) | (5,552.77) | - |
| RIHT | ACCO | 90811 | 7/16/2015 | SIHI | RIHT | Rightscorp | (20,000.00) | sell stock | sell stock | USD | 2,467.90 | 2,367.90 | - |
| RIHT | ACCO | 90896 | 7/20/2015 | SIHI | RIHT | Rightscorp | (50,000.00) | sell stock | sell stock | USD | 7,097.22 | 6,848.82 | - |
| RIHT | ACCO | 90944 | 7/28/2015 | SIHI | RIHT | Rightscorp | (31,500.00) | sell stock | sell stock | USD | 4,394.97 | 4,241.15 | - |
| RIHT | ACCO | 90947 | 7/29/2015 | VPQU | RIHT | | | Beneficial Designs TT | debit | USD | (2,641.77) | (2,841.77) | - |
| RIHT | ACCO | 91329 | 8/4/2015 | SIHI | RIHT | Rightscorp | (25,000.00) | sell stock | sell stock | USD | 2,898.82 | 2,797.36 | - |
| RIHT | ACCO | 91367 | 8/5/2015 | SIHI | RIHT | Rightscorp | (25,000.00) | sell stock | sell stock | USD | 2,847.11 | 2,747.11 | - |
| RIHT | ACCO | 91414 | 8/6/2015 | SIMO | RIHT | Rightscorp | (25,000.00) | sell stock | sell stock | USD | 2,867.31 | 2,766.95 | - |
| RIHT | ACCO | 91479 | 8/12/2015 | SIOU | RIHT | Rightscorp | (20,000.00) | sell stock | sell stock | USD | 2,247.00 | 2,147.00 | - |
| RIHT | ACCO | 91501 | 8/13/2015 | SIOU | RIHT | Rightscorp | (5,500.00) | sell stock | sell stock | USD | 453.51 | 353.51 | - |
| RIHT | ACCO | 91477 | 8/13/2015 | CASH | RIHT | | | debit | debit | CAD | (10,000.00) | - | (10,500.00) |
| RIHT | ACCO | 91502 | 8/14/2015 | SIOU | RIHT | Rightscorp | (50,000.00) | sell stock | sell stock | USD | 5,708.65 | 5,508.85 | - |
| RIHT | ACCO | 91554 | 8/18/2015 | SIOU | RIHT | Rightscorp | (60,000.00) | sell stock | sell stock | USD | 6,459.22 | 6,233.15 | - |
| RIHT | ACCO | 92281 | 8/20/2015 | SIOU | RIHT | Rightscorp | (27,000.00) | sell stock | sell stock | USD | 2,730.67 | 2,630.67 | - |
| RIHT | ACCO | 91634 | 8/21/2015 | SIOU | RIHT | Rightscorp | (25,000.00) | sell stock | sell stock | USD | 2,157.45 | 2,057.45 | - |
| RIHT | ACCO | 91647 | 8/24/2015 | SIOU | RIHT | Rightscorp | (50,000.00) | sell stock | sell stock | USD | 5,078.25 | 4,900.51 | - |

A4615

RIHT / RIH Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RIHT | ACCO | 91667 | 8/25/2015 | BEAG | RIHT | Rightscorp | (88,969) | sell stock | sell stock | USD | 8,634.66 | 8,332.45 | - |
| RIHT | ACCO | 91656 | 8/25/2015 | XPHO | | | | Cancel 114 4 mons | credit | USD | | 1,200.00 | - |
| RIHT | ACCO | 91679 | 8/26/2015 | XPHO | | | | #4 new phone and license | debit | USD | | (1,000.00) | - |
| RIHT | ACCO | 92150 | 9/3/2015 | CASH | | | | debit | debit | CAD | (8,000.00) | | (8,400.00) |
| RIHT | ACCO | 92185 | 9/4/2015 | BEAG | RIHT | Rightscorp | (25,000) | sell stock | sell stock | USD | 2,494.45 | 2,394.45 | - |
| RIHT | ACCO | 92238 | 9/10/2015 | TDCH | | | | airfares ckA A¼¢E'119 | debit | CAD | (1,835.32) | | (1,935.32) |
| RIHT | ACCO | 92278 | 9/16/2015 | BEAG | RIHT | Rightscorp | (30,000) | sell stock | sell stock | USD | 3,063.92 | 2,956.68 | - |
| RIHT | ACCO | 92284 | 9/17/2015 | BEAG | RIHT | Rightscorp | (25,000) | sell stock | sell stock | USD | 2,594.95 | 2,494.95 | - |
| RIHT | ACCO | 92299 | 9/18/2015 | BEAG | RIHT | Rightscorp | (25,000) | sell stock | sell stock | USD | 2,670.00 | 2,570.00 | - |
| RIHT | ACCO | 92478 | 9/18/2015 | BEAG | RIHT | Rightscorp | (25,000) | sell stock | sell stock | USD | 2,670.00 | 2,570.00 | - |
| RIHT | ACCO | 92311 | 9/21/2015 | BEAG | RIHT | Rightscorp | (20,000) | sell stock | sell stock | USD | 2,179.96 | 2,079.96 | - |
| RIHT | ACCO | 92356 | 9/22/2015 | BEAG | RIHT | Rightscorp | 134,154 | receive stock DTC | buy stock | USD | | (600.00) | - |
| RIHT | ACCO | 92421 | 9/22/2015 | SGGO | RIHT | Rightscorp | (134,154) | deliver stock DTC | stock delivery | USD | (154.16) | (100.00) | - |
| RIHT | ACCO | 92326 | 9/22/2015 | WORK | RIHT | | | director fee | debit | USD | | (100.00) | - |
| RIHT | ACCO | 92413 | 9/23/2015 | BEAG | RIHT | Rightscorp | (50,000) | sell stock | sell stock | USD | 5,698.90 | 5,499.44 | - |
| RIHT | ACCO | 92404 | 9/23/2015 | WORK | RIHT | | | forex | forex,debit | USD | | (15,991.72) | - |
| RIHT | ACCO | 92404 | 9/23/2015 | WORK | RIHT | | | forex | forex credit | CAD | | | 21,126.11 |
| RIHT | ACCO | 92454 | 9/24/2015 | BEAG | RIHT | Rightscorp | (50,000) | sell stock | sell stock | USD | 5,729.90 | 5,529.35 | - |
| RIHT | ACCO | 92376 | 9/25/2015 | BEAG | RIHT | Rightscorp | (30,000) | sell stock | sell stock | USD | 3,637.48 | 3,510.17 | - |
| RIHT | ACCO | 92497 | 9/28/2015 | BEAG | RIHT | Rightscorp | (75,000) | sell stock | sell stock | USD | 8,899.85 | 8,588.36 | - |
| RIHT | ACCO | 92924 | 9/29/2015 | WORK | RIHT | | | custody fees | debit | USD | | (353.31) | (353.31) |
| RIHT | ACCO | 93016 | 10/1/2015 | BEAG | RIHT | Rightscorp | (25,000) | sell stock | sell stock | USD | 2,491.45 | 2,391.45 | - |
| RIHT | ACCO | 93019 | 10/2/2015 | BEAG | RIHT | Rightscorp | (50,000) | sell stock | sell stock | USD | 4,806.40 | 4,638.18 | - |
| RIHT | ACCO | 93049 | 10/5/2015 | BEAG | RIHT | Rightscorp | (25,000) | sell stock | sell stock | USD | 2,549.95 | 2,449.95 | - |
| RIHT | ACCO | 93071 | 10/6/2015 | BEAG | RIHT | Rightscorp | (25,000) | sell stock | sell stock | USD | 2,735.00 | 2,635.00 | - |
| RIHT | ACCO | 93076 | 10/7/2015 | SIQU | RIHT | Rightscorp | (30,000) | sell stock | sell stock | USD | 3,291.18 | 3,175.99 | - |
| RIHT | ACCO | 93116 | 10/8/2015 | SIQU | RIHT | Rightscorp | (25,000) | sell stock | sell stock | USD | 2,584.74 | 2,484.74 | - |
| RIHT | ACCO | 93135 | 10/8/2015 | BEAG | RIHT | Rightscorp | (25,000) | sell stock | sell stock | USD | 2,760.70 | 2,660.70 | - |
| RIHT | ACCO | 93091 | 10/8/2015 | VPOU | RIHT | | | Beneficial Design TT | debit | USD | (3,340.68) | (3,340.68) | - |
| RIHT | ACCO | 93215 | 10/14/2015 | BEAG | RIHT | Rightscorp | (50,000) | sell stock | sell stock | USD | 4,860.90 | 4,690.77 | - |
| RIHT | ACCO | 93269 | 10/15/2015 | BEAG | RIHT | Rightscorp | (50,000) | sell stock | sell stock | USD | 4,817.90 | 4,649.27 | - |
| RIHT | ACCO | 93325 | 10/20/2015 | WORK | RIHT | | | forex | forex,debit | USD | | (220.17) | - |
| RIHT | ACCO | 93325 | 10/20/2015 | WORK | RIHT | | | forex | forex credit | CAD | | | 283.11 |
| RIHT | ACCO | 93492 | 10/27/2015 | CASH | | | | debit | debit | USD | (1,500.00) | (1,600.00) | - |
| RIHT | ACCO | 93496 | 10/28/2015 | WORK | RIHT | | | director fee | debit | USD | | (1,600.00) | - |
| RIHT | ACCO | 94002 | 11/5/2015 | SIQU | RIHT | Rightscorp | (200,000) | sell stock | sell stock | USD | 14,527.72 | 14,019.25 | - |
| RIHT | ACCO | 94008 | 11/9/2015 | XPHO | | | | director fee | debit | USD | | (800.00) | - |
| RIHT | ACCO | 94030 | 11/10/2015 | XPHO | | | | debit | debit | USD | | (800.00) | - |
| RIHT | ACCO | 94140 | 11/13/2015 | VPOU | RIHT | | | Beneficial Designs TT | debit | CAD | (5,140.84) | (5,340.84) | - |
| RIHT | ACCO | 94134 | 11/13/2015 | TDCH | | | | 65 New Samsung | debit | USD | (7,929.55) | | (8,029.55) |
| RIHT | ACCO | 94184 | 11/17/2015 | AFMO | | | | 55 New Samsung | debit | USD | (15,030.00) | (15,280.30) | - |
| RIHT | ACCO | 94210 | 11/18/2015 | SIQU | | | | Airfares ck #201 | debit | USD | (165.00) | (265.00) | - |
| RIHT | ACCO | | | | | | | Pyeonix Media TT | debit | USD | | | |
| RIHT | ACCO | | | | | | | rebalance 1m shares | | USD | | | |
| RIHT | ACCO | 94214 | 11/18/2015 | WORK | | | | director fee | debit | USD | | (100.00) | - |
| RIHT | ACCO | 94298 | 11/23/2015 | TDCH | | | | Philippines Hotel ck #203 | debit | CAD | (3,288.00) | | (3,388.00) |
| RIHT | ACCO | 94312 | 11/23/2015 | REST | RIHT-R | Rightscorp | 1,000,000 | receive stock | receive stock | USD | | (100.00) | - |
| RIHT | ACCO | 94341 | 11/24/2015 | BEAG | RIHT | Rightscorp | (100,000) | sell stock | sell stock | USD | 9,952.50 | 9,554.40 | - |
| RIHT | ACCO | 94392 | 11/25/2015 | SIQU | RIHT | Rightscorp | (200,000) | sell stock | sell stock | USD | 16,536.79 | 15,875.32 | - |
| RIHT | ACCO | 94871 | 1/24/2015 | SIQU | RIHT | Rightscorp | (87,011) | sell stock | sell stock | USD | 8,386.83 | 8,051.36 | - |
| RIHT | ACCO | 95007 | 12/10/2015 | SIQU | RIHT | Rightscorp | (60,000) | sell stock | sell stock | USD | 4,799.18 | 4,607.21 | - |
| RIHT | ACCO | 94997 | 12/10/2015 | CASH | | | | debit | debit | CAD | (2,500.00) | | (2,625.00) |
| RIHT | ACCO | 95067 | 12/14/2015 | SIQU | RIHT | Rightscorp | (50,000) | sell stock | sell stock | USD | 3,589.80 | 3,446.21 | - |
| RIHT | ACCO | 95143 | 12/15/2015 | SIQU | RIHT | Rightscorp | (11,600) | sell stock | sell stock | USD | 558.42 | 458.42 | - |
| RIHT | ACCO | 95180 | 12/16/2015 | SIQU | RIHT | Rightscorp | (10,000) | sell stock | sell stock | USD | 352.99 | 252.99 | - |

A4616

RIHT / RIHI Q Account Detail

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RIHT | ACCO | 93225 | 12/17/2015 | SIQU | RIHT | Rightscorp | (20,000.00) | sell stock | sell stock | USD | 1,342.00 | 1,242.00 | - |
| RIHT | ACCO | 95288 | 12/24/2015 | APMO | | | | Pyronix Media TT | debit | USD | (5,030.00) | (5,230.60) | - |
| RIHT | ACCO | 95533 | 12/30/2015 | WORK | | | | custody fees | custody fees | USD | - | (1,781.00) | - |
| RIHT | ACCO | 96576 | 2/3/2016 | WORK | | | | forex | forex debit | USD | - | (10,857.82) | - |
| RIHT | ACCO | 96576 | 2/3/2016 | WORK | | | | forex | forex credit | CAD | - | - | 14,726.46 |
| RIHT | ACCO | 98343 | 3/30/2016 | WORK | | | | custody fees | debit | USD | - | (726.50) | - |
| RIHT | ACCO | 103686 | 4/13/2016 | VERB | RIHT | Rightscorp | (486,889) | write off stock | stock delivery | USD | - | - | - |
| RIHT | ACCO | 93219 | 4/19/2016 | SIMO | | | | rebalance fee | debit | USD | (150.00) | (250.00) | - |
| RIHT | ACCO | 99127 | 4/27/2016 | SIQU | RIHT | Rightscorp | (11,000) | sell stock | sell stock | USD | 175.29 | 175.29 | - |
| RIHT | ACCO | 99262 | 4/27/2016 | SIQU | RIHT | Rightscorp | (550,000) | sell stock | sell stock | USD | 34,678.50 | 33,291.36 | - |
| RIHT | ACCO | 99275 | 4/28/2016 | SIQU | RIHT | Rightscorp | (150,000) | sell stock | sell stock | USD | 9,357.53 | 8,983.23 | - |
| RIHT | ACCO | 99709 | 4/28/2016 | REST | RIHT | Rightscorp | 4,800,000 | receive stock | buy stock | USD | - | (100.00) | - |
| RIHT | ACCO | 99710 | 4/28/2016 | REST | RIHT-R | Rightscorp | 1,842,000 | receive stock | buy stock | USD | - | (100.00) | - |
| RIHT | ACCO | 99819 | 4/29/2016 | SIMO | RIHT | Rightscorp | | rebalance RIHT | debit | USD | (200.00) | (300.00) | - |
| RIHT | ACCO | 99498 | 4/29/2016 | SIMO | RIHT | Rightscorp | (112,889) | sell stock | sell stock | USD | 6,958.68 | 6,680.33 | - |
| RIHT | ACCO | 99877 | 4/29/2016 | WORK | | | | forex | forex debit | USD | - | (6,137.43) | - |
| RIHT | ACCO | 99877 | 4/29/2016 | WORK | | | | forex | forex credit | CAD | - | - | 7,800.36 |
| RIHT | ACCO | 99283 | 4/29/2016 | CASH | | | | debit | debit | CAD | (7,400.00) | - | (7,770.00) |
| RIHT | ACCO | 99711 | 5/3/2016 | REST | RIHT-E | Rightscorp | (1,800,000) | deliver stock | stock delivery | USD | - | (200.00) | - |
| RIHT | ACCO | 99711 | 5/3/2016 | REST | | | | deliver stock | debit | USD | - | (50.00) | - |
| RIHT | ACCO | 99712 | 5/3/2016 | BESQ | | | | Island Stock Transfer | debit | USD | (50.00) | (50.00) | - |
| RIHT | ACCO | 99820 | 5/5/2016 | SIMO | RIHT | Rightscorp | (71,900) | sell stock | sell stock | USD | 4,186.77 | 4,019.30 | - |
| RIHT | ACCO | 99901 | 5/10/2016 | SIHI | | | | rebalance RIHT | debit | USD | (200.00) | (300.00) | - |
| RIHT | ACCO | 99902 | 5/10/2016 | SIHI | RIHT | Rightscorp | (110,000) | sell stock | sell stock | USD | 6,182.85 | 5,935.54 | - |
| RIHT | ACCO | 100073 | 5/10/2016 | WBMO | | | | Pyronix Media TT | debit | USD | (5,050.00) | (5,251.00) | - |
| RIHT | ACCO | 99917 | 5/11/2016 | REST | | | | directors fee + fedex 7763206J92836 | debit | USD | - | (200.00) | - |
| RIHT | ACCO | 100023 | 5/16/2016 | SIMO | RIHT | Rightscorp | (100,000) | sell stock | sell stock | USD | 5,499.00 | 5,270.40 | - |
| RIHT | ACCO | 100025 | 5/17/2016 | SIQU | | | | RIHT DWAC cancelled | debit | USD | (100.00) | (200.00) | - |
| RIHT | ACCO | 100123 | 5/19/2016 | REST | RIHT-E | Rightscorp | 1,800,000 | receive stock | buy stock | USD | - | (100.00) | - |
| RIHT | ACCO | 100697 | 5/31/2016 | SIHI | RIHT | Rightscorp | (250,000) | sell stock | sell stock | USD | 9,790.41 | 9,398.79 | - |
| RIHT | ACCO | 100724 | 5/31/2016 | SIMO | RIHT | Rightscorp | (100,000) | sell stock | sell stock | USD | 3,613.06 | 3,468.54 | - |
| RIHT | ACCO | 100694 | 6/1/2016 | WORK | | | | director fee | debit | USD | - | (100.00) | - |
| RIHT | ACCO | 100781 | 6/1/2016 | SIHI | RIHT | Rightscorp | (100,000) | sell stock | sell stock | USD | 3,589.91 | 3,359.51 | - |
| RIHT | ACCO | 100719 | 6/1/2016 | SIMO | RIHT | Rightscorp | (225,907) | sell stock | sell stock | USD | 8,156.80 | 7,830.53 | - |
| RIHT | ACCO | 100633 | 6/1/2016 | WBMO | | | | Pyronix Media TT | debit | USD | (88,080.00) | (8,341.60) | - |
| RIHT | ACCO | 100934 | 6/13/2016 | SIMO | RIHT | Rightscorp | (250,000) | sell stock | sell stock | USD | 10,675.00 | 10,248.00 | - |
| RIHT | ACCO | 100972 | 6/15/2016 | SIMO | RIHT | Rightscorp | (100,000) | sell stock | sell stock | USD | 4,103.90 | 3,939.74 | - |
| RIHT | ACCO | 101066 | 6/16/2016 | WORK | | | | cash collection EUR | debit | USD | - | (2,341.93) | - |
| RIHT | ACCO | 101049 | 6/17/2016 | SIMO | RIHT | Rightscorp | (80,000) | sell stock | sell stock | USD | 3,104.10 | 2,979.94 | - |
| RIHT | ACCO | 101040 | 6/20/2016 | WBMO | | | | Pyronix Media TT | debit | USD | (20,080.00) | (20,581.60) | - |
| RIHT | ACCO | 101498 | 6/29/2016 | WORK | | | | custody fees | debit | USD | - | (348.36) | - |
| RIHT | ACCO | 101697 | 6/30/2016 | SIMO | RIHT | Rightscorp | (450,000) | sell stock | sell stock | USD | 13,333.23 | 12,799.90 | - |
| RIHT | ACCO | 101748 | 7/5/2016 | WBMO | | | | debit | debit | USD | (10,100.00) | (10,402.00) | - |
| RIHT | ACCO | 101762 | 7/6/2016 | XPHO | | | | 65 @4 mnts & 55 @4 mons services / Adrian C Ansell TT | debit | USD | - | (2,400.00) | - |
| RIHT | ACCO | 102147 | 7/25/2016 | SIMO | RIHT | Rightscorp | (100,000.00) | sell stock | debit | USD | 2,969.38 | 2,850.60 | - |
| RIHT | ACCO | 102167 | 7/26/2016 | SIHI | RIHT | Rightscorp | (64,850) | sell stock | sell stock | USD | 2,310.66 | 2,210.66 | - |
| RIHT | ACCO | 102168 | 7/26/2016 | SIQU | RIHT | Rightscorp | (35,150) | sell stock | sell stock | USD | 1,046.34 | 946.34 | - |
| RIHT | ACCO | 102179 | 7/27/2016 | SIMO | RIHT | Rightscorp | (10,000) | sell stock | sell stock | USD | 104.75 | 4.75 | - |
| RIHT | ACCO | 102608 | 8/2/2016 | SIMO | RIHT | Rightscorp | (77,278) | sell stock | sell stock | USD | 2,681.28 | 2,574.03 | - |
| RIHT | ACCO | 102668 | 8/5/2016 | SIQU | RIHT | Rightscorp | (100,000) | sell stock | sell stock | USD | 3,610.97 | 3,466.53 | - |
| RIHT | ACCO | 102787 | 8/11/2016 | APMO | RIHT | Rightscorp | (100,000) | sell stock | sell stock | USD | 3,538.79 | 3,397.24 | - |
| RIHT | ACCO | 102893 | 8/16/2016 | SIQU | RIHT | Rightscorp | | Pyronix Media TT | debit | USD | (15,180.00) | (15,583.60) | - |
| RIHT | ACCO | 103719 | 9/9/2016 | SIQU | RIHT | Rightscorp | (279,657) | sell stock | sell stock | USD | 10,712.51 | 10,284.01 | - |

13 of 14

| Account Code | Account Title | Batch ID | Batch Date | Bank Code | Symbol | Symbol Description | Stock | Batch Description | Transaction Description | Currency Code | Cash Bank (in Curr) | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RIHT | ACCO | 103795 | 9/15/2016 | SIMO | RIHT | Rightscorp | (100,000) | sell stock | sell stock | USD | 3,915.00 | 3,758.40 | - |
| RIHT | ACCO | 103827 | 9/16/2016 | SIMO | RIHT | Rightscorp | (100,000) | sell stock | sell stock | USD | 3,915.00 | 3,758.40 | - |
| RIHT | ACCO | 103959 | 9/16/2016 | WORK | | | | forex | forex debit | USD | - | (4,259.10) | - |
| RIHT | ACCO | 103959 | 9/16/2016 | WORK | | | | forex | forex credit | CAD | (6,500.00) | - | 5,536.83 |
| RIHT | ACCO | 103820 | 9/16/2016 | CASH | | | | debit | debit | CAD | | | (6,825.00) |
| RIHT | ACCO | 103857 | 9/19/2016 | SIMO | RIHT | Rightscorp | (100,000) | sell stock | sell stock | USD | 3,865.00 | 3,710.40 | - |
| RIHT | ACCO | 104551 | 9/30/2016 | WORK | | | | custody fees | debit | USD | - | (221.57) | - |
| RIHT | ACCO | 105103 | 10/24/2016 | WORK | | | | internal transfer | debit | USD | - | (40,100.00) | - |
| RIHT | ACCO | 107231 | 12/30/2016 | WORK | | | | custody fees | debit | USD | - | (150.65) | - |
| RIHT | ACCO | 114425 | 12/31/2016 | FINC | RIHT | Rightscorp | (105,361) | write off stock | stock delivery | USD | - | - | - |
| RIHT | ACCO.REME | 110127 | 3/31/2017 | WORK | | | | custody fees | debit | USD | - | (131.50) | - |
| RIHT | ACCO.REME | 110770 | 4/24/2017 | PESC | RIHT | Rightscorp | 250,000 | buy stock | buy stock | USD | (13,217.70) | (13,746.41) | - |
| RIHT | ACCO.REME | 110839 | 4/26/2017 | SIMO | | | | rebalance RIHT | debit | USD | (90.00) | (190.00) | - |
| RIHT | ACCO.REME | 111005 | 5/18/2017 | REST | | | | directors fee | debit | USD | - | (300.00) | - |
| RIHT | ACCO.REME | 111891 | 6/29/2017 | WORK | | | | custody fees | debit | USD | - | (197.57) | - |
| RIHT | ACCO.REME | 112354 | 7/21/2017 | SIMO | | | | rebalance 733,779 shs | debit | USD | (200.00) | (300.00) | - |
| RIHT | ACCO.REME | 112359 | 7/21/2017 | SIMO | RIHT | Rightscorp | (10,000) | sell stock | sell stock | USD | 308.24 | 208.24 | - |
| RIHT | ACCO.REME | 116456 | 9/30/2017 | WORK | | | | custody fees | debit | USD | - | (186.20) | - |
| RIHT | ACCO.REME | 116646 | 10/4/2017 | BEAP | RIHT | Rightscorp | (1,779,000) | internal transfer | stock delivery | USD | (75.00) | (175.00) | - |
| RIHT | ACCO.REME | 116646 | 10/4/2017 | PESP | RIHT | Rightscorp | 1,779,000 | internal transfer | transfer stock in | USD | (600.00) | (600.00) | - |
| RIHT | ACCO.REME | 117035 | 10/30/2017 | HILI | RIHT | Rightscorp | (185,100) | deliver stock via DTC | stock delivery | USD | (100.00) | (200.00) | - |
| RIHT | ACCO.REME | 117050 | 10/30/2017 | REST | | | | directors fee | debit | USD | - | (300.00) | - |
| RIHT | ACCO.REME | 117041 | 11/2/2017 | PESP | RIHT | Rightscorp | 185,100 | receive stock via DTC | buy stock | USD | (500.00) | (1,100.00) | - |
| RIHT | ACCO.REME | 117514 | 11/11/2017 | SIMO | RIHT | Rightscorp | (723,779) | internal transfer | stock delivery | USD | - | (100.00) | - |
| RIHT | ACCO.REME | 117514 | 11/11/2017 | WILA | RIHT | Rightscorp | 723,779 | internal transfer | transfer stock in | USD | - | - | - |
| RIHT | ACCO.REME | 118055 | 11/20/2017 | WILA | RIHT | Rightscorp | (723,779) | sell stock | sell stock | USD | 10,351.29 | 9,937.24 | - |
| RIHT | ACCO.REME | 118474 | 12/31/2017 | WORK | | | | custody fees | debit | USD | - | (183.52) | - |
| RIHT | ACCO.REME | 119954 | 3/30/2018 | WORK | | | | custody fees | debit | USD | - | (157.58) | - |
| RIHT | ACCO.REME | 121669 | 6/30/2018 | WORK | | | | custody fees | debit | USD | - | (109.73) | - |
| RIHT | ACCO.REME | 122385 | 9/30/2018 | WORK | | | | custody fees | debit | USD | - | (73.06) | - |

A4618

Securities & Exchange Commission v. Frederick Sharp, et al.

Net Proceeds of Issuers' Sales of Stock Listed in Q [1], [2]

| Issuer | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|
| Vitality / Stevia First | $ - | $ 24,718,428 | $ - | $ 566,715 | $ 770,492 | $ 5,503,691 | $ 10,570,537 | $ 3,509,479 | $ 45,639,343 |
| Echo Automotive, Inc. | - | 48,115 | 23,582,539 | 30,221 | - | - | - | - | 23,660,874 |
| Arch Therapeutics | - | 189 | 11,755,408 | 257,689 | 1,220,451 | 2,738,550 | 84,091 | - | 16,056,376 |
| Stevia Corp | 6,905,120 | 2,172,356 | 971,330 | 3,175,474 | - | - | - | - | 13,224,281 |
| Liberty One Lithium Corp | - | - | - | - | - | (54,767) | 8,576,091 | 222,194 | 8,743,519 |
| Oryon Technologies, Inc. | - | 7,668,439 | 898,616 | - | - | - | - | - | 8,567,054 |
| Makism 3D Corp | - | - | 6,070,042 | 2,423,056 | - | - | - | - | 8,493,098 |
| Graphite Corp | - | 4,457,264 | 1,796,167 | (1,590) | - | - | - | - | 6,251,841 |
| OncoSec | 2,925,270 | 2,356,056 | - | - | - | - | - | - | 5,281,325 |
| NewGen Biopharma Corp | - | - | - | - | - | 7,627 | 3,859,972 | - | 3,867,599 |
| StartMonday Technology Corp | - | - | - | - | - | 296,664 | 2,134,648 | 6,339 | 2,437,651 |
| Lexinton Biosciences Holdings Corp | - | - | - | - | - | - | 422,552 | 947,039 | 1,369,592 |
| BreathTec Biomedical, Inc. | - | - | - | - | - | 421,745 | - | - | 421,745 |
| RightsCorp | - | - | 124,926 | 5,402 | - | - | - | - | 130,328 |
| Grand Total | $ 9,830,390 | $ 41,420,845 | $ 45,199,028 | $ 6,456,966 | $ 1,990,943 | $ 8,913,509 | $ 25,647,891 | $ 4,685,052 | $ 144,144,625 |

Notes:
[1] Sources: Exhibit 330 - All Q Data.
[2] Purchases and sales of the issuers' stock listed above in Q were denominated in United States dollars, Canadian dollars, and Euros. The historical daily foreign exchange rates from the Federal Reserve website were downloaded (https://www.federalreserve.gov/datadownload/Choose.aspx?rel=H10) to calculate the daily U.S. dollar value for each transaction based on the batch date recorded in Q.

EXHIBIT
307
21-cv-11276-WGY

Securities & Exchange Commission v. Frederick Sharp, et al.
*Q System Sales of Issuer Securities – Stevia First / Vitality [1]*

| Issuer | Account Name | Financial Institution | Date of First Sale | Date of Last Sale | Qty - STVF/VBIO Shares Sold | Total Entries in Q for STVF/VBIO Share Sales |
|---|---|---|---|---|---|---|
| STEVIA FIRST / VITALITY | LORNEX FINANCIAL LTD | VERDMONT CAPITAL | 3/7/2012 | 5/1/2012 | (4,406,000) | 22 |
| STEVIA FIRST / VITALITY | CALEDONIA PARTNERS LLC | LGT BANK (SINGAPORE) LTD | 3/6/2012 | 5/7/2012 | (4,220,000) | 24 |
| STEVIA FIRST / VITALITY | HILTON CAPITAL INC | WINTERCAP SA | 10/15/2015 | 9/4/2018 | (3,498,499) | 76 |
| STEVIA FIRST / VITALITY | MORRIS CAPITAL INC | BSI SA | 3/26/2012 | 3/28/2012 | (2,560,000) | 5 |
| STEVIA FIRST / VITALITY | MORRIS CAPITAL INC | WINTERCAP SA | 8/4/2016 | 2/2/2017 | (802,368) | 14 |
| STEVIA FIRST / VITALITY | TRIUS HOLDINGS LTD | BEAUFORT SECURITIES LTD | 1/21/2015 | 12/21/2016 | (3,105,366) | 82 |
| STEVIA FIRST / VITALITY | TRIUS HOLDINGS LTD | TENDALL CAPITAL MARKETS LTD | 6/23/2017 | 11/5/2018 | (90,645) | 6 |
| STEVIA FIRST / VITALITY | NAUTILUS GROWTH FUND LTD | VERDMONT CAPITAL | 3/29/2012 | 6/10/2014 | (3,075,000) | 29 |
| STEVIA FIRST / VITALITY | GOTAMA CAPITAL SA | PETER PESIC SECURITIES LTD | 3/7/2014 | 1/3/2018 | (1,899,278) | 52 |
| STEVIA FIRST / VITALITY | GOTAMA CAPITAL SA | HYPOSWISS | 5/15/2012 | 5/23/2012 | (900,000) | 7 |
| STEVIA FIRST / VITALITY | TANDEM GROWTH LLC (F.K.A. TERRA EQUITY LLC) | BSI SA | 3/6/2012 | 3/28/2012 | (2,556,000) | 7 |
| STEVIA FIRST / VITALITY | PEREGRINE CAPITAL LTD (F.K.A. PEACEFUL LION HOLDINGS LTD) | HYPOSWISS | 3/22/2012 | 5/4/2012 | (2,462,000) | 17 |
| STEVIA FIRST / VITALITY | QUEZON GROUP LLC | WINTERCAP SA | 5/31/2016 | 7/20/2017 | (2,117,427) | 59 |
| STEVIA FIRST / VITALITY | LARAMEE HOLDINGS | WINTERCAP SA | 10/26/2017 | 9/24/2018 | (1,645,680) | 54 |
| STEVIA FIRST / VITALITY | RIVERFALL GROUP LTD | WINTERCAP SA | 7/20/2016 | 6/6/2018 | (1,449,409) | 43 |
| STEVIA FIRST / VITALITY | LOTHLORIEN INC | STERLING SECURITIES GROUP | 3/13/2012 | 3/20/2012 | (1,097,000) | 3 |
| STEVIA FIRST / VITALITY | SANTOS TORRES LLC | WINTERCAP SA | 2/1/2017 | 1/2/2018 | (898,039) | 22 |
| STEVIA FIRST / VITALITY | CORBY VENTURES INC | PETER PESIC & CO SECURITIES INC | 8/18/2016 | 6/26/2017 | (765,411) | 14 |
| STEVIA FIRST / VITALITY | VARESE CAPITAL INC | WINTERCAP SA | 5/26/2016 | 12/21/2016 | (560,000) | 7 |
| STEVIA FIRST / VITALITY | FINANCIAL PACIFIC INC | COR CLEARING / LEGENT CLEARING | 3/20/2012 | 5/21/2012 | (345,000) | 3 |
| STEVIA FIRST / VITALITY | EGREDIOR HOLDINGS LTD | CANACCORD GENUITY | 10/6/2016 | 11/5/2018 | (90,000) | 4 |
| STEVIA FIRST / VITALITY | PEGASUS GLOBAL LTD (F.K.A. BAMFIELD EQUITIES) | BEAUFORT SECURITIES LTD | 10/11/2016 | 10/12/2016 | (25,000) | 2 |
| STEVIA FIRST / VITALITY | INLAND TRADING LTD | CANACCORD GENUITY | 12/22/2016 | 12/22/2016 | (5,000) | 1 |
| | | | | Total | (38,513,522) | 553 |

Notes:
[1] Source: Exhibit 330 - All Q Data.

EXHIBIT
308
21-cv-11276-WGY

A4620

Securities & Exchange Commission v. Frederick Sharp, et al.
*Q System Sales of Issuer Securities - Echo Automotive [1]*

| Issuer | Account Name | Financial Institution | Date of First Sale | Date of Last Sale | Qty - ECAU Shares Sold | Total Entries in Q for ECAU Share Sales |
|---|---|---|---|---|---|---|
| ECHO AUTOMOTIVE | QUEZON GROUP LLC | CBH COMPAGNIE BANCAIRE HELVETIQUE | 1/25/2013 | 3/6/2013 | (953,200) | 9 |
| ECHO AUTOMOTIVE | QUEZON GROUP LLC | VP BANK | 1/24/2013 | 11/26/2013 | (3,550,000) | 6 |
| ECHO AUTOMOTIVE | TANDEM GROWTH LLC (FKA TERRA EQUITY LLC) | BSI SA | 11/28/2012 | 3/14/2013 | (3,976,960) | 18 |
| ECHO AUTOMOTIVE | LORNEX FINANCIAL LTD | VERDMONT CAPITAL | 12/21/2012 | 1/24/2013 | (3,565,000) | 18 |
| ECHO AUTOMOTIVE | NAUTILUS GROWTH FUND LTD | VERDMONT CAPITAL | 2/6/2013 | 2/7/2013 | (3,375,000) | 2 |
| ECHO AUTOMOTIVE | GOTAMA CAPITAL SA | BEAUFORT SECURITIES LTD | 3/7/2014 | 4/8/2014 | (63,562) | 2 |
| ECHO AUTOMOTIVE | GOTAMA CAPITAL SA | HYPOSWISS | 2/11/2013 | 3/8/2013 | (2,875,000) | 12 |
| ECHO AUTOMOTIVE | MORRIS CAPITAL INC | BSI SA | 2/19/2013 | 12/6/2013 | (2,500,000) | 28 |
| ECHO AUTOMOTIVE | INLAND TRADING LTD | HELLENIC BANK PUBLIC COMPANY LTD (CYPRUS) | 1/28/2013 | 2/25/2014 | (616,220) | 11 |
| ECHO AUTOMOTIVE | PEGASUS GLOBAL LTD (F.K.A. BAMFIELD EQUITIES) | BEAUFORT SECURITIES LTD | 3/3/2014 | 3/7/2014 | (52,667) | 3 |
| ECHO AUTOMOTIVE | PEREGRINE CAPITAL LTD (F.K.A. PEACEFUL LION HOLDINGS LTD) | HYPOSWISS | 2/6/2013 | 2/6/2013 | (20,000) | 1 |
| ECHO AUTOMOTIVE | GRANT PARTNERS LLC | DMS BANK & TRUST LTD (LEGACY GLOBAL MARKETS) | 2/7/2013 | 2/7/2013 | (2,500) | 1 |
| ECHO AUTOMOTIVE | SHERMAN CAPITAL LLC | DMS BANK & TRUST LTD (LEGACY GLOBAL MARKETS) | 1/29/2013 | 1/29/2013 | (2,000) | 1 |
| | | | | Total | (21,552,109) | 112 |

Notes:
[1] Source: Exhibit 330 - All Q Data.

A4621

Securities & Exchange Commission v. Frederick Sharp, et al.

*Q System Sales of Issuer Securities - Arch Therapeutics [1]*

| Issuer | Account Name | Financial Institution | Date of First Sale | Date of Last Sale | Qty - ARTH Shares Sold | Total Entries in Q for ARTH Share Sales |
|---|---|---|---|---|---|---|
| ARCH | TRIUS HOLDINGS LTD | BEAUFORT SECURITIES LTD | 6/1/2015 | 11/7/2016 | (5,311,425) | 57 |
| ARCH | TRIUS HOLDINGS LTD | TENDALL CAPITAL MARKETS LTD | 12/15/2016 | 5/22/2017 | (1,101,410) | 13 |
| ARCH | GOTAMA CAPITAL SA | BEAUFORT SECURITIES LTD | 3/2/2015 | 12/17/2015 | (2,500,000) | 48 |
| ARCH | GOTAMA CAPITAL SA | HYPOSWISS | 12/28/2012 | 7/30/2013 | (1,981,350) | 11 |
| ARCH | LORNEX FINANCIAL LTD | VERDMONT CAPITAL | 6/18/2013 | 8/16/2013 | (4,040,000) | 5 |
| ARCH | QUEZON GROUP LLC | CBH COMPAGNIE BANCAIRE HELVETIQUE | 7/9/2013 | 8/20/2013 | (544,100) | 4 |
| ARCH | QUEZON GROUP LLC | VP BANK | 6/11/2013 | 8/19/2013 | (2,183,366) | 15 |
| ARCH | QUEZON GROUP LLC | WINTERCAP SA | 1/17/2014 | 3/16/2015 | (936,799) | 26 |
| ARCH | MIRABEAU COMPAGNIE SA | DMS BANK & TRUST LTD (LEGACY GLOBAL MARKETS) | 7/29/2013 | 8/20/2013 | (2,321,300) | 8 |
| ARCH | BAMFIELD EQUITIES LTD | VERDMONT CAPITAL | 7/15/2013 | 8/16/2013 | (2,173,458) | 8 |
| ARCH | MORRIS CAPITAL INC | BSI SA | 6/20/2013 | 7/26/2013 | (1,635,000) | 9 |
| ARCH | TANDEM GROWTH LLC (FKA TERRA EQUITY LLC) | BSI SA | 7/8/2013 | 7/17/2013 | (1,540,000) | 5 |
| ARCH | NAUTILUS GROWTH FUND LTD | VERDMONT CAPITAL | 6/18/2013 | 7/25/2013 | (1,540,000) | 3 |
| ARCH | PEREGRINE CAPITAL LTD (F.K.A. PEACEFUL LION HOLDINGS LTD) | HYPOSWISS | 6/20/2013 | 1/16/2014 | (1,240,320) | 23 |
| ARCH | PEREGRINE CAPITAL LTD (F.K.A. PEACEFUL LION HOLDINGS LTD) | ST. GALLER KANTONALBANK AG | 1/1/2014 | 11/18/2014 | (158,550) | 11 |
| ARCH | PARAGON CAPITAL INC | DMS BANK & TRUST LTD (LEGACY GLOBAL MARKETS) | 7/25/2013 | 8/6/2013 | (750,000) | 3 |
| ARCH | INLAND TRADING LTD | HELLENIC BANK PUBLIC COMPANY LTD (CYPRUS) | 7/17/2013 | 8/19/2013 | (526,516) | 3 |
| ARCH | PEGASUS GLOBAL LTD (F.K.A. BAMFIELD EQUITIES) | BEAUFORT SECURITIES LTD | 12/9/2015 | 6/9/2016 | (454,387) | 8 |
| ARCH | HILTON CAPITAL INC | WINTERCAP SA | 3/16/2015 | 4/14/2015 | (142,130) | 4 |
| | | | | **Total** | **(31,080,111)** | **264** |

<u>Notes:</u>
[1] Source: Exhibit 330 - All Q Data.

A4622

Securities & Exchange Commission v. Frederick Sharp, et al.

*Q System Sales of Issuer Securities - Stevia Corp. [1]*

| Issuer | Account Name | Financial Institution | Date of First Sale | Date of Last Sale | Qty - STEV Shares Sold | Total Entries in Q for STEV Share Sales |
|---|---|---|---|---|---|---|
| STEVIA CORP | TANDEM GROWTH LLC (FKA TERRA EQUITY LLC) | BSI SA | 10/6/2011 | 12/8/2011 | (4,317,000) | 25 |
| STEVIA CORP | PEREGRINE CAPITAL LTD (F.K.A. PEACEFUL LION HOLDINGS LTD) | HYPOSWISS | 1/13/2012 | 4/12/2013 | (2,039,300) | 19 |
| STEVIA CORP | PEREGRINE CAPITAL LTD (F.K.A. PEACEFUL LION HOLDINGS LTD) | ST. GALLER KANTONALBANK AG | 1/22/2014 | 4/23/2014 | (2,159,475) | 9 |
| STEVIA CORP | QUEZON GROUP LLC | CBH COMPAGNIE BANCAIRE HELVETIQUE | 11/4/2011 | 11/22/2011 | (1,810,434) | 9 |
| STEVIA CORP | QUEZON GROUP LLC | WINTERCAP SA | 3/11/2014 | 3/26/2014 | (2,123,825) | 7 |
| STEVIA CORP | LORNEX FINANCIAL LTD | DMS BANK & TRUST LTD (LEGACY GLOBAL MARKETS) | 3/6/2014 | 4/3/2014 | (673,745) | 5 |
| STEVIA CORP | LORNEX FINANCIAL LTD | VERDMONT CAPITAL | 11/28/2011 | 1/13/2014 | (2,736,555) | 44 |
| STEVIA CORP | NAUTILUS GROWTH FUND LTD | VERDMONT CAPITAL | 2/21/2014 | 3/20/2014 | (3,000,000) | 14 |
| STEVIA CORP | PEGASUS GLOBAL LTD (F.K.A. BAMFIELD EQUITIES) | BEAUFORT SECURITIES LTD | 3/27/2014 | 4/7/2014 | (3,000,000) | 7 |
| STEVIA CORP | MORRIS CAPITAL INC | WINTERCAP SA | 2/28/2014 | 3/20/2014 | (2,952,400) | 7 |
| STEVIA CORP | GOTAMA CAPITAL SA | BEAUFORT SECURITIES LTD | 8/21/2014 | 11/20/2014 | (1,698,100) | 15 |
| STEVIA CORP | GOTAMA CAPITAL SA | HYPOSWISS | 8/22/2012 | 1/14/2014 | (1,009,234) | 25 |
| STEVIA CORP | GOTAMA CAPITAL SA | ST. GALLER KANTONALBANK AG | 3/28/2014 | 3/28/2014 | (8,191) | 1 |
| STEVIA CORP | GRANT PARTNERS LLC | DMS BANK & TRUST LTD (LEGACY GLOBAL MARKETS) | 10/6/2011 | 11/23/2011 | (2,312,900) | 29 |
| STEVIA CORP | LOTHLORIEN INC | STERLING SECURITIES GROUP | 12/28/2011 | 1/12/2012 | (2,100,000) | 10 |
| STEVIA CORP | HAMPTON PARTNERS INC | WINTERCAP SA | 12/2/2014 | 12/8/2014 | (1,399,511) | 5 |
| STEVIA CORP | CALEDONIA PARTNERS LLC | LGT BANK (SINGAPORE) LTD | 10/6/2011 | 1/13/2012 | (600,000) | 12 |
| STEVIA CORP | FINANCIAL PACIFIC, INC | COR CLEARING / LEGENT CLEARING | 12/2/2011 | 1/13/2012 | (210,900) | 3 |
| | | | | Total | (34,151,570) | 246 |

Notes:
[1] Source: Exhibit 330 - All Q Data.

A4623

Securities & Exchange Commission v. Frederick Sharp, et al.

Q System Sales of Issuer Securities - Liberty One Lithium Corp. [1]

| Issuer | Account Name | Financial Institution | Date of First Sale | Date of Last Sale | Qty - LBY Shares Sold | Total Entries in Q for LBY Share Sales |
|---|---|---|---|---|---|---|
| LIBERTY ONE LITHIUM CORP | VARESE CAPITAL INC | WINTERCAP SA | 3/10/2017 | 12/12/2017 | (2,509,675) | 32 |
| LIBERTY ONE LITHIUM CORP | SANTOS TORRES LLC | WINTERCAP SA | 9/1/2017 | 12/4/2017 | (2,500,000) | 11 |
| LIBERTY ONE LITHIUM CORP | EGREDIOR HOLDINGS LTD | CANACCORD GENUITY | 12/20/2016 | 10/11/2017 | (2,273,500) | 14 |
| LIBERTY ONE LITHIUM CORP | TRIUS HOLDINGS LTD | BEAUFORT SECURITIES LTD | 7/14/2017 | 8/4/2017 | (1,723,000) | 15 |
| LIBERTY ONE LITHIUM CORP | TRIUS HOLDINGS LTD | TENDALL CAPITAL MARKETS LTD | 10/16/2017 | 10/16/2017 | (490,000) | 2 |
| LIBERTY ONE LITHIUM CORP | GOTAMA CAPITAL SA | BEAUFORT SECURITIES LTD | 3/7/2017 | 1/3/2018 | (1,895,000) | 14 |
| LIBERTY ONE LITHIUM CORP | INLAND TRADING LTD | CANACCORD GENUITY | 6/1/2017 | 12/14/2017 | (1,864,334) | 13 |
| LIBERTY ONE LITHIUM CORP | HILTON CAPITAL INC | WINTERCAP SA | 8/17/2017 | 12/11/2017 | (1,450,000) | 8 |
| LIBERTY ONE LITHIUM CORP | PEGASUS GLOBAL LTD | PETER PESIC & CO SECURITIES INC | 10/5/2017 | 11/9/2017 | (588,833) | 4 |
| LIBERTY ONE LITHIUM CORP | PEGASUS GLOBAL LTD (F.K.A. BAMFIELD EQUITIES) | BEAUFORT SECURITIES LTD | 7/12/2017 | 9/14/2017 | (519,500) | 5 |
| LIBERTY ONE LITHIUM CORP | CORBY VENTURES INC | PETER PESIC & CO SECURITIES INC | 10/9/2017 | 10/12/2017 | (375,000) | 3 |
| | | | | Total | (16,188,842) | 121 |

Notes:
[1] Source: Exhibit 330 - All Q Data.

A4624

Securities & Exchange Commission v. Frederick Sharp, et al.
Q System Sales of Issuer Securities - Oryon Technologies [1]

| Issuer | Account Name | Financial Institution | Date of First Sale | Date of Last Sale | Qty - ORYN Shares Sold | Total Entries in Q for ORYN Share Sales |
|---|---|---|---|---|---|---|
| ORYON TECHNOLOGIES | LORNEX FINANCIAL LTD | VERDMONT CAPITAL | 5/7/2012 | 4/2/2013 | (2,955,000) | 21 |
| ORYON TECHNOLOGIES | NAUTILUS GROWTH FUND LTD | VERDMONT CAPITAL | 5/7/2012 | 10/9/2013 | (2,846,822) | 11 |
| ORYON TECHNOLOGIES | PEREGRINE CAPITAL LTD (F.K.A. PEACEFUL LION HOLDINGS LTD) | HYPOSWISS | 5/8/2012 | 10/29/2012 | (2,191,833) | 18 |
| ORYON TECHNOLOGIES | TANDEM GROWTH LLC (FKA TERRA EQUITY LLC) | BSI SA | 5/9/2012 | 10/15/2012 | (1,975,000) | 20 |
| ORYON TECHNOLOGIES | CALEDONIA PARTNERS LLC | LGT BANK (SINGAPORE) LTD | 5/8/2012 | 5/8/2012 | (1,725,000) | 3 |
| ORYON TECHNOLOGIES | GOTAMA CAPITAL SA | HYPOSWISS | 6/8/2012 | 10/3/2013 | (1,490,000) | 13 |
| ORYON TECHNOLOGIES | MORRIS CAPITAL INC | BSI SA | 5/30/2012 | 4/22/2013 | (1,339,113) | 16 |
| ORYON TECHNOLOGIES | GRANT PARTNERS LLC | DMS BANK & TRUST LTD (LEGACY GLOBAL MARKETS) | 10/26/2012 | 4/11/2013 | (1,323,300) | 12 |
| ORYON TECHNOLOGIES | SHERMAN CAPITAL LLC | DMS BANK & TRUST LTD (LEGACY GLOBAL MARKETS) | 6/21/2012 | 9/26/2012 | (474,556) | 8 |
| ORYON TECHNOLOGIES | QUEZON GROUP LLC | CBH COMPAGNIE BANCAIRE HELVETIQUE | 6/21/2012 | 5/24/2013 | (349,100) | 7 |
| ORYON TECHNOLOGIES | QUEZON GROUP LLC | VP BANK | 9/26/2013 | 10/2/2013 | (113,896) | 2 |
| ORYON TECHNOLOGIES | FINANCIAL PACIFIC, INC | COR CLEARING / LEGENT CLEARING | 5/29/2012 | 9/20/2012 | (231,176) | 4 |
| ORYON TECHNOLOGIES | INLAND TRADING LTD | HELLENIC BANK PUBLIC COMPANY LTD (CYPRUS) | 5/1/2013 | 5/2/2013 | (192,065) | 2 |
| ORYON TECHNOLOGIES | LOTHLORIEN INC | STERLING SECURITIES GROUP | 9/10/2013 | 10/1/2013 | (43,216) | 2 |
| | | | | Total | (17,250,077) | 139 |

Notes:
[1] Source: Exhibit 330 - All Q Data.

A4625

Securities & Exchange Commission v. Frederick Sharp, et al.
*Q System Sales of Issuer Securities - Makism 3D Corp. [1]*

| Issuer | Account Name | Financial Institution | Date of First Sale | Date of Last Sale | Qty - MDDD Shares Sold | Total Entries in Q for MDDD Share Sales |
|---|---|---|---|---|---|---|
| MAKISM 3D CORP | GOTAMA CAPITAL SA | BEAUFORT SECURITIES LTD | 2/19/2014 | 4/8/2014 | (1,696,235) | 14 |
| MAKISM 3D CORP | GOTAMA CAPITAL SA | HYPOSWISS | 11/7/2013 | 12/5/2013 | (2,957,500) | 12 |
| MAKISM 3D CORP | GOTAMA CAPITAL SA | ST. GALLER KANTONALBANK AG | 5/28/2014 | 7/8/2014 | (2,083,765) | 13 |
| MAKISM 3D CORP | BAMFIELD EQUITIES LTD (FKA PEGASUS GLOBAL AG) | BSI SA | 8/5/2014 | 9/4/2014 | (4,733,280) | 17 |
| MAKISM 3D CORP | INLAND TRADING LTD | HELLENIC BANK PUBLIC COMPANY LTD (CYPRUS) | 10/17/2013 | 12/12/2013 | (1,854,300) | 14 |
| MAKISM 3D CORP | NORTHERN DEALERS INC (F.K.A. NORTON) | DMS BANK & TRUST LTD (LEGACY GLOBAL MARKETS) | 12/2/2013 | 4/8/2014 | (1,660,451) | 8 |
| MAKISM 3D CORP | PEGASUS GLOBAL LTD (F.K.A. BAMFIELD EQUITIES) | BEAUFORT SECURITIES LTD | 3/7/2014 | 3/27/2014 | (1,564,495) | 13 |
| MAKISM 3D CORP | PEREGRINE CAPITAL LTD (F.K.A. PEACEFUL LION HOLDINGS LTD) | ST. GALLER KANTONALBANK AG | 4/21/2014 | 6/4/2014 | (1,308,549) | 9 |
| MAKISM 3D CORP | BAMFIELD EQUITIES LTD | VERDMONT CAPITAL | 12/5/2013 | 12/6/2013 | (884,199) | 2 |
| MAKISM 3D CORP | n/a | n/a | 11/11/2013 | 11/29/2013 | (341,148) | 9 |
| MAKISM 3D CORP | ARMOR SECURITIES INC | VERDMONT CAPITAL | 4/8/2014 | 4/21/2014 | (148,275) | 2 |
| MAKISM 3D CORP | LOTHLORIEN INC | STERLING SECURITIES GROUP | 4/2/2014 | 4/7/2014 | (120,000) | 4 |
| MAKISM 3D CORP | QUEZON GROUP LLC | VP BANK | 12/9/2013 | 12/9/2013 | (5,400) | 1 |
| MAKISM 3D CORP | FINANCIAL PACIFIC, INC | COR CLEARING / LEGENT CLEARING | 12/5/2013 | 12/5/2013 | (5,000) | 1 |
| | | | | Total | (19,362,597) | 119 |

Notes:
[1] Source: Exhibit 330 - All Q Data.

A4626

Securities & Exchange Commission v. Frederick Sharp, et al.

*Q System Sales of Issuer Securities - Graphite Corp. [1]*

| Issuer | Account Name | Financial Institution | Date of First Sale | Date of Last Sale | Qty - GRPH Shares Sold | Total Entries in Q for GRPH Share Sales |
|---|---|---|---|---|---|---|
| GRAPHITE CORP | LORNEX FINANCIAL LTD | VERDMONT CAPITAL | 10/24/2012 | 9/18/2013 | (2,417,300) | 28 |
| GRAPHITE CORP | TANDEM GROWTH LLC (FKA TERRA EQUITY LLC) | BSI SA | 10/18/2012 | 6/10/2013 | (2,113,750) | 14 |
| GRAPHITE CORP | QUEZON GROUP LLC | CBH COMPAGNIE BANCAIRE HELVETIQUE | 2/13/2013 | 2/28/2013 | (205,470) | 2 |
| GRAPHITE CORP | QUEZON GROUP LLC | VP BANK | 1/23/2013 | 3/11/2013 | (1,302,000) | 14 |
| GRAPHITE CORP | PEREGRINE CAPITAL LTD (F.K.A. PEACEFUL LION HOLDINGS LTD) | HYPOSWISS | 10/29/2012 | 2/13/2013 | (1,400,000) | 19 |
| GRAPHITE CORP | NAUTILUS GROWTH FUND LTD | VERDMONT CAPITAL | 11/15/2012 | 12/3/2012 | (1,050,000) | 12 |
| GRAPHITE CORP | MORRIS CAPITAL INC | BSI SA | 11/16/2012 | 2/13/2013 | (900,000) | 13 |
| GRAPHITE CORP | GOTAMA CAPITAL SA | HYPOSWISS | 11/13/2012 | 5/31/2013 | (800,000) | 16 |
| GRAPHITE CORP | SHERMAN CAPITAL LLC | DMS BANK & TRUST LTD (LEGACY GLOBAL MARKETS) | 2/13/2013 | 6/19/2013 | (122,500) | 5 |
| GRAPHITE CORP | INLAND TRADING LTD | HELLENIC BANK PUBLIC COMPANY LTD (CYPRUS) | 2/26/2013 | 2/26/2013 | (50,000) | 1 |
| GRAPHITE CORP | LOTHLORIEN INC | STERLING SECURITIES GROUP | 6/19/2013 | 6/21/2013 | (40,461) | 3 |
| GRAPHITE CORP | GRANT PARTNERS LLC | DMS BANK & TRUST LTD (LEGACY GLOBAL MARKETS) | 6/24/2013 | 6/24/2013 | (30,000) | 1 |
| GRAPHITE CORP | ARMOR SECURITIES INC | VERDMONT CAPITAL | 3/1/2013 | 3/1/2013 | (30,000) | 1 |
| GRAPHITE CORP | FINANCIAL PACIFIC, INC | COR CLEARING / LEGENT CLEARING | 6/12/2013 | 6/18/2013 | (20,000) | 2 |
| | | | | Total | (10,481,481) | 131 |

**Notes:**
[1] Source: Exhibit 330 - All Q Data.

A4627

Securities & Exchange Commission v. Frederick Sharp, et al.

Q System Sales of Issuer Securities - OncoSec Medical Inc. [1]

| Issuer | Account Name | Financial Institution | Date of First Sale | Date of Last Sale | Qty - ONCS Shares Sold | Total Entries in Q for ONCS Share Sales |
|---|---|---|---|---|---|---|
| ONCOSEC | MORRIS CAPITAL INC | BSI SA | 4/3/2012 | 8/21/2012 | (2,607,837) | 7 |
| ONCOSEC | GRANT PARTNERS LLC | DMS BANK & TRUST LTD (LEGACY GLOBAL MARKETS) | 4/8/2011 | 3/19/2012 | (2,318,223) | 73 |
| ONCOSEC | TANDEM GROWTH LLC (FKA TERRA EQUITY LLC) | BSI SA | 7/18/2011 | 3/20/2012 | (2,070,000) | 13 |
| ONCOSEC | CALEDONIA PARTNERS LLC | LGT BANK (SINGAPORE) LTD | 6/13/2011 | 4/18/2012 | (1,920,000) | 13 |
| ONCOSEC | PEREGRINE CAPITAL LTD (F.K.A. PEACEFUL LION HOLDINGS LTD) | HYPOSWISS | 4/18/2012 | 4/18/2012 | (1,920,000) | 1 |
| ONCOSEC | GOTAMA CAPITAL SA | HYPOSWISS | 4/18/2012 | 4/18/2012 | (1,920,000) | 1 |
| ONCOSEC | SHERMAN CAPITAL LLC | DMS BANK & TRUST LTD (LEGACY GLOBAL MARKETS) | 3/31/2011 | 3/26/2012 | (1,129,313) | 40 |
| ONCOSEC | FINANCIAL PACIFIC, INC | COR CLEARING / LEGENT CLEARING | 7/6/2011 | 3/26/2012 | (208,290) | 3 |
| ONCOSEC | QUEZON GROUP LLC | CBH COMPAGNIE BANCAIRE HELVETIQUE | 3/27/2012 | 3/27/2012 | (48,100) | 1 |
| ONCOSEC | LOTHLORIEN INC | STERLING SECURITIES GROUP | 3/26/2012 | 3/26/2012 | (25,000) | 1 |
| | | | | Total | (14,166,763) | 153 |

Notes:
[1] Source: Exhibit 330 - All Q Data.

A4628

Securities & Exchange Commission v. Frederick Sharp, et al.

*Q System Sales of Issuer Securities - NewGen Biopharma Corp. [1]*

| Issuer | Account Name | Financial Institution | Date of First Sale | Date of Last Sale | Qty - NEWG Shares Sold | Total Entries in Q for NEWG Share Sales |
|---|---|---|---|---|---|---|
| NEWGEN BIOPHARAMA CORP | QUEZON GROUP LLC | WINTERCAP SA | 12/20/2016 | 2/14/2017 | (1,064,648) | 13 |
| NEWGEN BIOPHARAMA CORP | PEGASUS GLOBAL LTD (F.K.A. BAMFIELD EQUITIES) | BEAUFORT SECURITIES LTD | 1/9/2017 | 1/25/2017 | (600,000) | 8 |
| NEWGEN BIOPHARAMA CORP | HILTON CAPITAL INC | WINTERCAP SA | 1/27/2017 | 3/8/2017 | (461,450) | 20 |
| NEWGEN BIOPHARAMA CORP | MORRIS CAPITAL INC | WINTERCAP SA | 8/11/2016 | 3/27/2017 | (459,176) | 9 |
| NEWGEN BIOPHARAMA CORP | RIVERFALL GROUP LTD | WINTERCAP SA | 1/18/2017 | 3/23/2017 | (410,259) | 8 |
| NEWGEN BIOPHARAMA CORP | SANTOS TORRES LLC | WINTERCAP SA | 3/13/2017 | 3/21/2017 | (147,074) | 4 |
| NEWGEN BIOPHARAMA CORP | TRIUS HOLDINGS LTD | BEAUFORT SECURITIES LTD | 1/25/2017 | 2/1/2017 | (125,043) | 4 |
| | | | | Total | (3,267,650) | 66 |

Notes:
[1] Source: Exhibit 330 - All Q Data.

**Securities & Exchange Commission v. Frederick Sharp, et al.**
*Q System Sales of Issuer Securities - StartMonday Technology Corp.* [1]

| Issuer | Account Name | Financial Institution | Date of First Sale | Date of Last Sale | Qty - JOB Shares Sold | Total Entries in Q for JOB Share Sales |
|---|---|---|---|---|---|---|
| StartMonday | VARESE CAPITAL INC | WINTERCAP SA | 1/10/2017 | 3/1/2017 | (1,575,300) | 13 |
| StartMonday | SANTOS TORRES LLC | WINTERCAP SA | 1/3/2017 | 2/24/2017 | (1,077,520) | 9 |
| StartMonday | QUEZON GROUP LLC | WINTERCAP SA | 1/25/2017 | 2/24/2017 | (1,047,305) | 8 |
| StartMonday | GOTAMA CAPITAL SA | BEAUFORT SECURITIES LTD | 11/21/2016 | 8/17/2017 | (726,234) | 7 |
| StartMonday | PEGASUS GLOBAL LTD (F.K.A. BAMFIELD EQUITIES) | BEAUFORT SECURITIES LTD | 11/22/2016 | 2/14/2017 | (706,796) | 8 |
| StartMonday | INLAND TRADING LTD | CANACCORD GENUITY | 8/17/2017 | 8/17/2017 | (700,000) | 1 |
| StartMonday | TRIUS HOLDINGS LTD | BEAUFORT SECURITIES LTD | 11/7/2016 | 11/21/2016 | (512,500) | 8 |
| StartMonday | RIVERFALL GROUP LTD | WINTERCAP SA | 1/12/2018 | 2/7/2018 | (125,000) | 2 |
| StartMonday | MORRIS CAPITAL INC | WINTERCAP SA | 2/21/2017 | 5/2/2017 | (77,152) | 2 |
| | | | | **Total** | **(6,547,807)** | **58** |

**Notes:**
[1] Source: Exhibit 330 - All Q Data.

A4630

Securities & Exchange Commission v. Frederick Sharp, et al.

Q System Sales of Issuer Securities - Lexington Biosciences Holdings Corp. [1]

| Issuer | Account Name | Financial Institution | Date of First Sale | Date of Last Sale | Qty - LNB Shares Sold | Total Entries in Q for LNB Share Sales |
|---|---|---|---|---|---|---|
| LEXINGTON BIOSCIENCES | SANTOS TORRES LLC | WINTERCAP SA | 1/24/2018 | 8/30/2018 | (1,625,000) | 22 |
| LEXINGTON BIOSCIENCES | INLAND TRADING LTD | CANACCORD GENUITY | 8/4/2017 | 10/31/2017 | (1,383,332) | 20 |
| LEXINGTON BIOSCIENCES | HILTON CAPITAL INC | WINTERCAP SA | 2/26/2018 | 3/8/2018 | (750,000) | 8 |
| LEXINGTON BIOSCIENCES | TRIUS HOLDINGS LTD | BEAUFORT SECURITIES LTD | 7/25/2017 | 10/23/2017 | (307,500) | 4 |
| LEXINGTON BIOSCIENCES | TRIUS HOLDINGS LTD | TENDALL CAPITAL MARKETS LTD | 11/6/2017 | 3/6/2018 | (413,155) | 7 |
| LEXINGTON BIOSCIENCES | VARESE CAPITAL INC | WINTERCAP SA | 10/3/2017 | 10/23/2017 | (507,500) | 8 |
| LEXINGTON BIOSCIENCES | CORBY VENTURES INC | PETER PESIC & CO SECURITIES INC | 10/9/2017 | 3/9/2018 | (404,543) | 12 |
| LEXINGTON BIOSCIENCES | GOTAMA CAPITAL SA | BEAUFORT SECURITIES LTD | 7/26/2017 | 7/27/2017 | (137,000) | 2 |
| LEXINGTON BIOSCIENCES | PEGASUS GLOBAL LTD (F.K.A. BAMFIELD EQUITIES) | BEAUFORT SECURITIES LTD | 7/26/2017 | 8/10/2017 | (123,833) | 2 |
| | | | | Total | (5,651,863) | 85 |

Notes:
[1] Source: Exhibit 330 - All Q Data.

A4631

Securities & Exchange Commission v. Frederick Sharp, et al.

Q System Sales of Issuer Securities - BreathTec Biomedical Inc. [1]

| Issuer | Account Name | Financial Institution | Date of First Sale | Date of Last Sale | Qty - BTH Shares Sold | Total Entries in Q for BTH Share Sales |
|---|---|---|---|---|---|---|
| BREATHTEC BIOMEDICAL | EGREDIOR HOLDINGS LTD | CANACCORD GENUITY | 3/4/2016 | 12/28/2016 | (782,500) | 7 |
| BREATHTEC BIOMEDICAL | INLAND TRADING LTD | CANACCORD GENUITY | 2/1/2016 | 12/28/2016 | (691,666) | 5 |
| BREATHTEC BIOMEDICAL | HILTON CAPITAL INC | WINTERCAP SA | 4/8/2016 | 10/24/2016 | (446,500) | 10 |
| BREATHTEC BIOMEDICAL | GOTAMA CAPITAL SA | BEAUFORT SECURITIES LTD | 2/1/2016 | 10/19/2016 | (364,000) | 11 |
| BREATHTEC BIOMEDICAL | PEGASUS GLOBAL LTD (F.K.A. BAMFIELD EQUITIES) | BEAUFORT SECURITIES LTD | 2/1/2016 | 12/28/2016 | (153,333) | 6 |
| BREATHTEC BIOMEDICAL | TRIUS HOLDINGS LTD | BEAUFORT SECURITIES LTD | 2/1/2016 | 2/1/2016 | (150,000) | 1 |
| BREATHTEC BIOMEDICAL | VARESE CAPITAL INC | WINTERCAP SA | 4/8/2016 | 8/30/2016 | (140,000) | 3 |
| | | | | Total | (2,727,999) | 43 |

<u>Notes:</u>
[1] Source: Exhibit 330 - All Q Data.

A4632

**Securities & Exchange Commission v. Frederick Sharp, et al.**
*Q System Sales of Issuer Securities - RightsCorp. [1]*

| Issuer | Account Name | Financial Institution | Date of First Sale | Date of Last Sale | Qty - RHT Shares Sold | Total Entries in Q for RHT Share Sales |
|---|---|---|---|---|---|---|
| RIGHTSCORP | QUEZON GROUP LLC | VP BANK | 5/27/2013 | 11/25/2013 | (106,025) | 16 |
| RIGHTSCORP | PEACEFUL LION HOLDINGS LTD | DMS BANK & TRUST LTD (LEGACY GLOBAL MARKETS) | 11/22/2013 | 11/27/2013 | (105,000) | 4 |
| RIGHTSCORP | LORNEX FINANCIAL LTD | VERDMONT CAPITAL | 8/6/2013 | 1/16/2014 | (29,400) | 5 |
| | | | | Total | (240,425) | 25 |

Notes:
[1] Source: Exhibit 330 - All Q Data.

A4633

**EXHIBIT 310**
21-cv-11276-WGY

Source: Bloomberg

Arch Therapeutics, Inc. - Stock Price and Volume (May 2013 - September 2013)

Volume — Closing Price

M1-XM-atHome - Account: GARD

**EXHIBIT**

**311**

21-cv-11276-WGY

**Murphy Declaration
Exhibit**

**9**

21-cv-11276-WGY

**EXHIBIT**

**Friesen 1**

**GARD**    Settings ☑ B ☑ H ☑ C ✅ show filters   725 r...

| Balances as of 2021-01-21 | | Account Holdings as of 2021-01-21 | |
|---|---|---|---|
| USD | 915,047.58 | Restricted: AAPH-R | 150,000 |
| CAD | 59,156.00 | Stock: ARW | 60,000 |
| CHF | 0.00 | Restricted: UVFT-R | 35,715 |
| EUR | 0.00 | Loan: L-ARDC | 985,925 |
| GBP | 0.00 | Loan: L-DEVC | 113,000 |
| | | Loan: L-JACC | 1,000,000 |
| | | Loan: L-PINC | 962,696 |

showing 725 record(s)

| bID | Date | Ban/Brk | Smbl | Units | Descriptor | USD | CAD | CHF | EUR | GBP | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 63008 | 2014-01-16 | BCHA | L-ARDC | -59,156 | Interest payment | | 59,156.00 | | | | 59,156.00 |
| 62763 | 2014-01-01 | WORK | | | forex | | 9,920.00 | | | | 0.00 |
| 62763 | 2014-01-01 | WORK | | | forex | -9,418.13 | | | | | 915,047.58 |
| 62153 | 2013-12-31 | WORK | | | custody fees | | -34.01 | | | | -9,920.09 |
| 62313 | 2013-12-31 | WORK | | | interest charge | | -27.08 | | | | -9,886.08 |
| 62312 | 2013-12-31 | WORK | | | interest payment | 520.35 | | | | | 924,465.71 |
| 61822 | 2013-12-20 | WORK | | | forex | | 5,250.00 | | | | -9,859.00 |
| 61822 | 2013-12-20 | WORK | | | forex | -5,090.40 | | | | | 923,945.36 |
| 61786 | 2013-12-20 | CASH | | | debit | | -5,250.00 | | | | -15,109.00 |
| 61492 | 2013-12-16 | WORK | | | internal transfer | 450,000.00 | | | | | 929,035.76 |
| 61495 | 2013-12-16 | WORK | | | internal transfer | 245,000.00 | | | | | 479,035.76 |
| 61431 | 2013-12-13 | CASH | | | debit | | -31,500.00 | | | | -9,859.00 |
| 61517 | 2013-12-13 | SIL2 | | | forex | | 31,500.00 | | | | 21,641.00 |
| 61517 | 2013-12-13 | SIL2 | | | forex | -30,514.54 | | | | | 234,035.76 |
| 60970 | 2013-12-02 | BSIT | | | Ferrous Capital TT | | -287,850.00 | | | | -9,859.00 |
| 60966 | 2013-12-02 | REST | ARW-R | -400,000 | deliver stock | | -100.00 | | | | 277,991.00 |
| 61223 | 2013-12-02 | WORK | | | forex | | 329,137.30 | | | | 278,091.00 |
| 61223 | 2013-12-02 | WORK | | | forex | -312,482.95 | | | | | 264,550.30 |
| 60772 | 2013-11-30 | WORK | | | interest charge | | -0.01 | | | | -51,046.30 |
| 60771 | 2013-11-30 | WORK | | | interest payment | 704.46 | | | | | 577,033.25 |
| 60566 | 2013-11-29 | TDCH | | | Airfares ck #24 | | -7,612.40 | | | | -51,046.29 |
| 60992 | 2013-11-29 | LEMI | ARW | 60,000 | buy stock | -12,574.89 | | | | | -43,433.89 |
| 60558 | 2013-11-28 | CASH | | | debit | | -21,000.00 | | | | -30,859.00 |
| 60339 | 2013-11-22 | WORK | | | forex | | 6,795.95 | | | | -9,859.00 |
| 60339 | 2013-11-22 | WORK | | | forex | -6,589.35 | | | | | 576,328.79 |
| 60317 | 2013-11-22 | TDCH | | | Air Fares ck #23 | | -6,795.95 | | | | -16,654.95 |
| 60263 | 2013-11-21 | REST | | | directors fee | | -300.00 | | | | 582,918.14 |
| 60197 | 2013-11-20 | WORK | | | forex | -193.92 | | | | | 583,218.14 |
| 60197 | 2013-11-20 | WORK | | | forex | | 200.00 | | | | -9,859.00 |
| 60174 | 2013-11-20 | WORK | | | Directors fees | | -200.00 | | | | -10,059.00 |
| 60124 | 2013-11-19 | WORK | | | internal transfer | -400,100.00 | | | | | 583,412.06 |
| 60038 | 2013-11-15 | CASH | | | debit | | -10,500.00 | | | | -9,859.00 |
| 60026 | 2013-11-15 | BCHA | L-DEVC | 63,000 | Devon Ventures draft | | -63,637.57 | | | | 641.00 |
| 60129 | 2013-11-15 | WORK | | | forex | | 74,132.91 | | | | 64,278.57 |
| 60129 | 2013-11-15 | WORK | | | forex | -71,879.27 | | | | | 983,512.06 |
| 59897 | 2013-11-07 | BSIP | | | Cash Withdrawal 10K CHF | -11,106.40 | | | | | 1,055,391.33 |
| 59388 | 2013-10-31 | WORK | | | interest payment | 1,203.43 | | | | | 1,066,497.73 |
| 59389 | 2013-10-31 | WORK | | | interest payment | | 4.66 | | | | -9,854.34 |
| 59626 | 2013-10-29 | BSIP | | | 50% watch Payment AP | -26,838.27 | | | | | 1,065,294.30 |
| 59023 | 2013-10-28 | REST | | | directors fee | | -200.00 | | | | 1,092,132.57 |
| 59022 | 2013-10-28 | HYPP | ARW | -947,042 | deliver stock | | -100.00 | | | | -9,859.00 |
| 59022 | 2013-10-28 | VPQU | ARW | -133,958 | order certificate | | -100.00 | | | | -9,759.00 |
| 59002 | 2013-10-28 | WORK | | | internal transfer | -250,100.00 | | | | | 1,092,332.57 |
| 59097 | 2013-10-28 | WORK | | | forex | | 200.00 | | | | -9,659.00 |
| 59097 | 2013-10-28 | WORK | | | forex | -193.92 | | | | | 1,342,432.57 |
| 60442 | 2013-10-28 | VPQU | | | DHL ARW | -84.94 | | | | | 1,342,626.49 |
| 59766 | 2013-10-28 | VPQU | | | ARW cert | -323.20 | | | | | 1,342,711.43 |
| 58935 | 2013-10-25 | REST | ARW-R | 400,000 | internal transfer | | 0.00 | | | | -9,859.00 |
| 58933 | 2013-10-25 | BSIT | ARW | -400,000 | internal transfer | | 0.00 | | | | -9,859.00 |
| 58922 | 2013-10-25 | CASH | | | debit | | -105,000.00 | | | | -9,859.00 |
| 58875 | 2013-10-24 | BSIT | | | forex | | 115,400.00 | | | | 95,141.00 |
| 58875 | 2013-10-24 | BSIT | | | forex | -113,104.31 | | | | | 1,343,034.63 |
| 58850 | 2013-10-24 | CASH | | | debit | | -10,500.00 | | | | -20,259.00 |
| 62623 | 2013-10-21 | LOAN | L-ARDC | 59,156 | interest | | -9,859.00 | | | | -9,759.00 |
| 58702 | 2013-10-18 | WORK | | | forex | -10,339.88 | | | | | 1,456,138.94 |
| 58702 | 2013-10-18 | WORK | | | forex | | 10,500.00 | | | | 100.00 |
| 58646 | 2013-10-18 | CASH | | | debit | | -10,500.00 | | | | -10,400.00 |
| 58515 | 2013-10-15 | CASH | | | debit | | -21,000.00 | | | | 100.00 |
| 58555 | 2013-10-15 | WORK | | | forex | -20,573.70 | | | | | 1,466,478.82 |
| 58555 | 2013-10-15 | WORK | | | forex | | 21,000.00 | | | | 21,100.00 |
| 58437 | 2013-10-11 | CASH | | | debit | | -10,500.00 | | | | 100.00 |
| 58436 | 2013-10-11 | CASH | | | debit | | -10,500.00 | | | | 1,487,052.52 |
| 58426 | 2013-10-11 | CASH | | | forex | | 10,000.00 | | | | 1,497,552.52 |
| 58426 | 2013-10-11 | BCHA | | | forex | | -10,679.49 | | | | 10,600.00 |
| 58423 | 2013-10-08 | CASH | | | forex | | 10,600.00 | | | | 21,279.49 |
| 58423 | 2013-10-08 | SBCH | | | forex | -10,549.85 | | | | | 1,487,552.52 |
| 58289 | 2013-10-08 | CASH | | | debit | | -10,500.00 | | | | 10,679.49 |
| 58457 | 2013-10-08 | BSIT | | | forex | -20,808.65 | | | | | 1,498,102.37 |
| 58457 | 2013-10-08 | BSIT | | | forex | | 21,179.49 | | | | 21,179.49 |
| 58250 | 2013-10-07 | REST | | | directors fee | | -200.00 | | | | 1,518,911.02 |

A4635

M1-XM-atHome - Account: GARD

http://xmlive.fensolutions.com/trn.htm?aid=49

| Ref | Date | Code | Code2 | Amount | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| 58735 | 2013-10-07 | VPQU | | | ARW | -539.58 | | 1,519,111.02 |
| 58246 | 2013-10-07 | VPQU | ARW | -1,236,500 | deliver stock | | 0.00 | 0.00 |
| 58160 | 2013-10-03 | VERL | AAPH | -27,550 | sell stock | 441.75 | | 1,519,650.60 |
| 58032 | 2013-10-01 | TDCH | | | Air Fares ck #16 | -979.39 | | 0.00 |
| 58071 | 2013-10-01 | SBCH | | | forex | -2,127.35 | | 1,519,208.85 |
| 58071 | 2013-10-01 | CASH | | | forex | | 2,124.79 | 979.39 |
| 57859 | 2013-09-30 | WORK | | | interest payment | 1,304.73 | | 1,521,336.20 |
| 57694 | 2013-09-30 | WORK | | | custody fees | | -1,145.55 | -1,145.40 |
| 57860 | 2013-09-30 | WORK | | | interest payment | | 0.15 | 0.15 |
| 57693 | 2013-09-30 | WORK | | | custody fees | -722.69 | | 1,520,031.47 |
| 57648 | 2013-09-30 | WORK | | | forex | | 148,998.94 | 0.00 |
| 57648 | 2013-09-30 | WORK | | | forex | -145,974.26 | | 1,520,754.16 |
| 57487 | 2013-09-30 | CASH | | | buy 100 gold coins | | -148,998.94 | -148,998.94 |
| 57482 | 2013-09-30 | LEMI | | | forex | | 10,500.00 | 0.00 |
| 57482 | 2013-09-30 | LEMI | | | forex | -10,282.14 | | 1,666,728.42 |
| 57479 | 2013-09-30 | CASH | | | debit | | -10,500.00 | -10,500.00 |
| 57266 | 2013-09-24 | CASH | | | debit | | -5,250.00 | 0.00 |
| 57223 | 2013-09-23 | WORK | | | internal transfer | 200,000.00 | | 1,677,010.56 |
| 57209 | 2013-09-23 | BCHA | | | Vancouver Police draft | | -5,107.50 | 5,250.00 |
| 57309 | 2013-09-23 | BSIT | | | forex | 10,357.50 | | 10,357.50 |
| 57309 | 2013-09-23 | BSIT | | | forex | -10,211.91 | | 1,477,010.56 |
| 57158 | 2013-09-20 | WORK | | | internal transfer GRWD | -100,100.00 | | 1,487,222.47 |
| 56928 | 2013-09-17 | WORK | | | internal transfer | 18,750.00 | | 1,587,322.47 |
| 56539 | 2013-09-07 | WORK | | | Gardenwall Fdn 13 fees | -3,500.00 | | 1,568,572.47 |
| 56345 | 2013-09-04 | VPQU | ARW | 884,583 | internal transfer | | 0.00 | 0.00 |
| 56345 | 2013-09-04 | CBHQ | ARW | -884,583 | internal transfer | | -100.00 | 0.00 |
| 56702 | 2013-09-04 | CBHQ | | | delivery ARW | -229.20 | | 1,572,072.47 |
| 56445 | 2013-09-03 | BSIT | | | forex | -10,255.40 | | 1,572,301.67 |
| 56445 | 2013-09-03 | BSIT | | | forex | | 10,580.32 | 1,572,301.67 |
| 56303 | 2013-09-03 | CASH | | | debit | | -10,500.00 | -10,480.32 |
| 56131 | 2013-08-31 | WORK | | | interest payment | | 0.02 | 19.68 |
| 56130 | 2013-08-31 | WORK | | | interest payment | 1,014.46 | | 1,582,557.07 |
| 55657 | 2013-08-21 | WORK | | | internal transfer | 600,000.00 | | 1,581,542.61 |
| 54858 | 2013-07-31 | WORK | | | interest payment | | 19.66 | 19.66 |
| 54857 | 2013-07-31 | WORK | | | interest payment | 495.93 | | 981,542.61 |
| 54599 | 2013-07-31 | WORK | | | internal transfer | 500,000.00 | | 981,046.68 |
| 54571 | 2013-07-30 | WORK | | | forex | | 50,500.00 | 0.00 |
| 54571 | 2013-07-30 | WORK | | | forex | -50,004.90 | | 481,046.68 |
| 54294 | 2013-07-30 | BCHA | L-DEVC | 50,000 | Devon Ventures ck #76 | | -50,500.00 | -50,500.00 |
| 54297 | 2013-07-25 | WORK | | | internal transfer TUNG | 200,000.00 | | 531,051.58 |
| 53840 | 2013-07-11 | CASH | | | buy 200 gold coins | | -291,697.88 | 0.00 |
| 54070 | 2013-07-11 | WORK | | | forex | | 52,500.00 | 291,697.88 |
| 54070 | 2013-07-11 | WORK | | | forex | -51,083.74 | | 331,051.58 |
| 53701 | 2013-07-08 | DGMN | | | Ardent Strategies TT | | -424,361.60 | 239,197.88 |
| 53692 | 2013-07-08 | BCHA | | | forex | -5,100.66 | | 382,135.32 |
| 53692 | 2013-07-08 | BCHA | | | forex | | 5,250.00 | 663,559.48 |
| 53901 | 2013-07-08 | WORK | | | forex | | 663,559.48 | 658,309.48 |
| 53901 | 2013-07-08 | WORK | | | forex | -638,119.55 | | 387,235.98 |
| 53689 | 2013-07-08 | CASH | | | debit | | -961.44 | -5,250.00 |
| 52915 | 2013-06-29 | WORK | | | custody fees | | 5.69 | 0.00 |
| 53206 | 2013-06-29 | WORK | | | interest payment | | 5.69 | 961.44 |
| 52914 | 2013-06-29 | WORK | | | custody fees | -622.27 | | 1,025,355.53 |
| 53205 | 2013-06-29 | WORK | | | interest payment | 941.39 | | 1,025,977.80 |
| 53522 | 2013-06-29 | SIL2 | | | forex | -913.44 | | 1,025,036.41 |
| 53522 | 2013-06-29 | SIL2 | | | forex | | 948.01 | 955.75 |
| 52571 | 2013-06-21 | BSIT | ARW | 80,000 | buy stock | | -32,100.00 | 7.74 |
| 52559 | 2013-06-20 | WORK | | | internal transfer | 20,000.00 | | 1,025,949.85 |
| 52550 | 2013-06-20 | WORK | | | internal transfer TUNG | 112,400.00 | | 1,005,949.85 |
| 52593 | 2013-06-20 | BSIT | | | forex | | 32,100.00 | 32,107.74 |
| 52593 | 2013-06-20 | BSIT | | | forex | -31,476.70 | | 893,549.85 |
| 52472 | 2013-06-19 | WORK | | | internal transfer | -150,100.00 | | 925,026.55 |
| 52166 | 2013-06-12 | WORK | | | internal transfer | -250,100.00 | | 1,075,126.55 |
| 52020 | 2013-06-10 | CASH | | | buy 70 gold coins | | -107,971.50 | 7.74 |
| 52050 | 2013-06-10 | DGMN | | | forex | | 82,893.43 | 107,979.24 |
| 52050 | 2013-06-10 | DGMN | | | forex | -83,010.96 | | 1,325,226.55 |
| 51971 | 2013-06-07 | CASH | | | buy 30 gold coins | | -46,275.60 | 25,085.81 |
| 51963 | 2013-06-07 | DGMI | | | forex | -54,278.83 | | 1,408,237.51 |
| 51963 | 2013-06-07 | DGMI | | | forex | | 54,618.48 | 71,361.41 |
| 51474 | 2013-05-31 | WORK | | | interest payment | | 22.99 | 16,742.93 |
| 51473 | 2013-05-31 | WORK | | | interest payment | 1,251.66 | | 1,462,516.34 |
| 51205 | 2013-05-31 | VERN | | | forex | | 16,712.20 | 16,719.94 |
| 51205 | 2013-05-31 | VERN | | | forex | -16,691.94 | | 1,461,264.68 |
| 51224 | 2013-05-30 | BSIT | | | forex | | 152.50 | 7.74 |
| 51224 | 2013-05-30 | BSIT | | | forex | -151.19 | | 1,477,956.62 |
| 51190 | 2013-05-30 | TDCH | | | Airfares ck #11 | | -152.50 | -144.76 |
| 51081 | 2013-05-29 | TDCH | | | Airfares ck #8 | | -5,665.84 | 7.74 |
| 51146 | 2013-05-29 | CBHQ | | | forex | | 5,665.84 | 5,673.58 |
| 51146 | 2013-05-29 | CBHQ | | | forex | -5,640.71 | | 1,478,107.81 |
| 50925 | 2013-05-24 | VERN | ORYN | -500,000 | internal transfer | | -100.00 | 1,483,748.52 |
| 50923 | 2013-05-24 | DGMN | | | Fitzroy TT | 125,000.00 | | 1,483,848.52 |
| 50635 | 2013-05-21 | CASH | | | debit | -2,100.00 | | 1,358,848.52 |
| 50210 | 2013-05-10 | DGMN | | | Ardent Strategies TT | | -378,911.60 | 7.74 |
| 50200 | 2013-05-10 | CASH | | | debit | -3,150.00 | | 1,360,948.52 |
| 50548 | 2013-05-08 | BSIT | | | forex | -336,072.45 | | 1,364,098.52 |
| 50548 | 2013-05-08 | BSIT | | | forex | | 338,335.15 | 378,919.34 |
| 50035 | 2013-05-06 | VERN | | | forex | | 40,576.45 | 40,584.19 |
| 50035 | 2013-05-06 | VERN | | | forex | -31,296.26 | | 1,700,170.97 |
| 49986 | 2013-05-01 | DGMI | | | forex | | 50,439.84 | 7.74 |

1/21/2021, 9:54 AM

A4636

| Ref | Date | Code | | Description | Amount | Balance |
|---|---|---|---|---|---|---|
| 49986 | 2013-05-01 | DGMI | | forex | -51,113.32 | 1,731,467.23 |
| 49562 | 2013-04-30 | WORK | | interest payment | 10.16 | -50,432.10 |
| 49561 | 2013-04-30 | WORK | | interest payment | 1,601.45 | 1,782,580.55 |
| 49429 | 2013-04-30 | DGMN | | forex | 454.51 | -50,442.26 |
| 49429 | 2013-04-30 | DGMN | | forex | -448.98 | 1,780,979.10 |
| 49953 | 2013-04-30 | WORK | | internal transfer RCCV | -50,450.00 | -50,896.77 |
| 49235 | 2013-04-29 | BOCG | | Airfares ck #253 | -446.77 | -446.77 |
| 49162 | 2013-04-29 | HYPP | ARW | 25,000 buy stock | -7,478.04 | -0.00 |
| 49108 | 2013-04-26 | DGMI | | Donald Gurney Law TT | -11,966.38 | 7,478.04 |
| 49174 | 2013-04-26 | BSIT | | forex | 19,444.42 | 19,444.42 |
| 49174 | 2013-04-26 | BSIT | | forex | -19,595.76 | 1,781,428.08 |
| 48762 | 2013-04-18 | HYPP | | forex | 93,781.54 | 1,781,428.08 |
| 48762 | 2013-04-18 | HYPP | | forex | -92,824.97 | 1,801,023.84 |
| 48742 | 2013-04-18 | DGMI | | Galloway Energy TT | -25,290.40 | -93,781.54 |
| 48711 | 2013-04-18 | HYPP | ARW | 183,000 buy stock | -68,491.14 | -68,491.14 |
| 48682 | 2013-04-17 | WORK | | internal transfer | -250,100.00 | 1,893,848.81 |
| 48672 | 2013-04-17 | HYPP | | forex | -74,090.79 | 2,143,948.81 |
| 48672 | 2013-04-17 | HYPP | | forex | 74,853.70 | 74,853.70 |
| 48670 | 2013-04-17 | HYPP | ARW | 200,000 buy stock | -74,853.70 | -74,853.70 |
| 48617 | 2013-04-16 | HYPP | ARW | 200,000 buy stock | -76,927.27 | -0.00 |
| 48605 | 2013-04-15 | WORK | | internal transfer | -125,100.00 | 2,218,039.60 |
| 48639 | 2013-04-15 | WORK | | forex | 74,181.95 | 76,927.27 |
| 48639 | 2013-04-15 | WORK | | forex | -74,226.04 | 2,343,139.60 |
| 48635 | 2013-04-15 | BSIT | | forex | 90,040.47 | 2,745.32 |
| 48635 | 2013-04-15 | BSIT | | forex | -90,094.01 | 2,417,365.64 |
| 48616 | 2013-04-15 | HYPP | ARW | 200,000 buy stock | -87,295.15 | -87,295.15 |
| 48521 | 2013-04-12 | CBHQ | ARW | 200,000 buy stock | -91,688.30 | -0.00 |
| 48629 | 2013-04-11 | BSIT | | forex | 132,047.11 | 91,688.30 |
| 48629 | 2013-04-11 | BSIT | | forex | -132,125.59 | 2,507,459.65 |
| 48464 | 2013-04-11 | BOCG | | buy 40 gold coins draft | -67,880.93 | 2,639,585.24 |
| 48459 | 2013-04-11 | CBHQ | ARW | 200,000 buy stock | -91,055.55 | -40,358.81 |
| 48434 | 2013-04-10 | BOCG | | buy 20 gold coins draft | -33,834.57 | 2,707,466.17 |
| 48406 | 2013-04-10 | CBHQ | ARW | 200,000 buy stock | -87,520.65 | 50,696.74 |
| 48461 | 2013-04-09 | CBHQ | | forex | 205,603.50 | 138,217.39 |
| 48461 | 2013-04-09 | CBHQ | | forex | -208,430.73 | 2,741,300.74 |
| 48458 | 2013-04-09 | HYPP | | forex | 180,000.00 | 2,741,300.74 |
| 48458 | 2013-04-09 | HYPP | | forex | -180,089.15 | 2,949,731.47 |
| 48370 | 2013-04-09 | CBHQ | ARW | 200,000 buy stock | -84,394.91 | -247,386.11 |
| 48369 | 2013-04-09 | CBHQ | ARW | 200,000 buy stock | -86,478.74 | -162,991.20 |
| 48333 | 2013-04-08 | WORK | | internal transfer | 2,000,000.00 | 3,129,820.62 |
| 48263 | 2013-04-05 | CBHQ | ARW | 125,000 buy stock | -54,661.33 | -76,512.46 |
| 48261 | 2013-04-05 | CBHQ | ARW | 64,500 buy stock | -27,553.38 | -21,851.13 |
| 48143 | 2013-04-03 | BOCG | | Airfares ck #210 | -10,334.56 | 5,702.25 |
| 48155 | 2013-04-02 | BSIT | | forex | -10,393.21 | 1,129,820.62 |
| 48155 | 2013-04-02 | BSIT | | forex | 10,334.56 | 16,036.81 |
| 47708 | 2013-03-29 | WORK | | custody fees | -704.00 | 5,702.25 |
| 47707 | 2013-03-29 | WORK | | custody fees | -410.04 | 1,140,213.83 |
| 47847 | 2013-03-29 | WORK | | interest payment | 1,297.95 | 1,140,623.87 |
| 47998 | 2013-03-29 | WORK | | forex | -696.96 | 1,139,325.92 |
| 47998 | 2013-03-29 | WORK | | forex | 704.00 | 6,406.25 |
| 46954 | 2013-03-12 | DGMI | | forex | 631,305.41 | 5,702.25 |
| 46954 | 2013-03-12 | DGMI | | forex | -627,362.88 | 1,140,022.88 |
| 46973 | 2013-03-12 | WORK | | buy ORYN 500,000 | -125,100.00 | 1,767,385.76 |
| 46970 | 2013-03-12 | WORK | ORYN | 500,000 internal transfer | -100.00 | 1,892,485.76 |
| 46957 | 2013-03-12 | DGMI | | Donald Gurney Law TT | -580,325.00 | -625,603.16 |
| 46861 | 2013-03-08 | WORK | | Garden 13 fees | -2,500.00 | 1,892,585.76 |
| 46856 | 2013-03-08 | WORK | | forex | -150,758.38 | 1,895,085.76 |
| 46856 | 2013-03-08 | WORK | | forex | 152,311.96 | -45,278.16 |
| 46820 | 2013-03-08 | DGMN | L-JACC | 1,000,000 Donald Gurney Law TT | -1,025,230.63 | -197,590.12 |
| 46784 | 2013-03-07 | DGMN | | forex | 819,540.71 | 827,640.51 |
| 46784 | 2013-03-07 | DGMN | | forex | -811,587.58 | 2,045,844.14 |
| 46734 | 2013-03-06 | DGMI | | Ardent Strategies TT | -416,786.60 | 8,099.80 |
| 46728 | 2013-03-06 | DGMI | | Galloway Energy TT | -50,540.40 | 424,886.40 |
| 46686 | 2013-03-05 | DGMI | | Ferrous Capital TT | -157,216.60 | 475,426.80 |
| 46675 | 2013-03-05 | HYPP | | forex | 23,787.16 | 632,643.40 |
| 46675 | 2013-03-05 | HYPP | | forex | -23,523.98 | 2,857,431.72 |
| 46379 | 2013-02-28 | WORK | | interest payment | 66.72 | 608,856.24 |
| 46378 | 2013-02-28 | WORK | | interest payment | 1,074.57 | 2,880,955.70 |
| 46113 | 2013-02-27 | WORK | | Valley Drive Incorp | -600.00 | 608,789.52 |
| 46166 | 2013-02-25 | DGMI | | forex | -613,943.75 | 2,879,881.13 |
| 46166 | 2013-02-25 | DGMI | | forex | 615,988.52 | 609,389.52 |
| 45541 | 2013-02-25 | LOAN | L-PINC | 39,596 interest | -6,599.00 | -6,599.00 |
| 45774 | 2013-02-19 | WORK | | internal transfer ECAU | 2,500,000.00 | 3,493,824.88 |
| 45765 | 2013-02-19 | WORK | | internal transfer STEV | 45,000.00 | 993,824.88 |
| 45619 | 2013-02-13 | CASH | | debit | | 0.00 |
| 45651 | 2013-02-13 | BSIT | | forex | -32,129.88 | 948,824.88 |
| 45651 | 2013-02-13 | BSIT | | forex | 31,500.00 | 36,750.00 |
| 45553 | 2013-02-12 | WORK | | internal transfer ECAU | 775,000.00 | 980,954.76 |
| 45545 | 2013-02-12 | WORK | | internal transfer | 200,000.00 | 205,954.76 |
| 44949 | 2013-01-31 | WORK | | interest charge | -644.38 | 5,250.00 |
| 44948 | 2013-01-31 | WORK | | interest charge | -99.90 | 5,954.76 |
| 45188 | 2013-01-30 | WORK | | forex | 5,894.38 | 5,894.38 |
| 45188 | 2013-01-30 | WORK | | forex | -6,061.01 | 6,054.66 |
| 44583 | 2013-01-26 | BSIT | | forex | 37,606.76 | 0.00 |
| 44583 | 2013-01-26 | BSIT | | forex | -37,884.33 | 12,115.67 |
| 44551 | 2013-01-26 | WORK | | internal transfer PGroup | 50,000.00 | 50,000.00 |
| 44457 | 2013-01-23 | CASH | | debit | -5,250.00 | -37,606.76 |

1/21/2021, 9:54 AM

A4637

| | | | | | | |
|---|---|---|---|---|---|---|
| 44056 | 2013-01-14 | WORK | | internal transfer STEV | 30,000.00 | -0.00 |
| 44040 | 2013-01-14 | TDCH | | Airfares ck #2 | -6,384.61 | -32,356.76 |
| 44151 | 2013-01-14 | DGMI | | forex | 17,524.90 | -25,972.15 |
| 44151 | 2013-01-14 | DGMI | | forex | -18,079.63 | -30,000.00 |
| 43394 | 2012-12-31 | WORK | | interest charge | -904.23 | -43,497.05 |
| 43393 | 2012-12-31 | WORK | | interest charge | -165.87 | -11,920.37 |
| 43237 | 2012-12-30 | WORK | | custody fees | -4.29 | -11,754.50 |
| 43238 | 2012-12-30 | WORK | | custody fees | | -712.00 | -42,592.82 |
| 42971 | 2012-12-21 | WORK | | Fedex 794381821781 | -50.00 | -11,750.21 |
| 42968 | 2012-12-21 | XPHO | | buy phone | -300.00 | -11,700.21 |
| 42562 | 2012-12-11 | CASH | | debit | -10,500.00 | -11,400.21 |
| 42446 | 2012-12-07 | CASH | | debit | -5,250.00 | -41,880.82 |
| 42233 | 2012-12-03 | BMQB | | Airfares ck #253 | -3,520.71 | -36,630.82 |
| 42017 | 2012-11-30 | WORK | | interest charge | -1,422.45 | -33,110.11 |
| 42016 | 2012-11-30 | WORK | | interest charge | -43.99 | -900.21 |
| 41338 | 2012-11-19 | WORK | | interest charge | | -2,100.00 | -31,687.66 |
| 41337 | 2012-11-19 | CASH | | debit | -5,250.00 | -856.22 |
| 41311 | 2012-11-18 | WORK | | Gardenwall Fdn 12 fees | -3,500.00 | 4,393.78 |
| 41298 | 2012-11-15 | WORK | | internal transfer ORYN | 100,000.00 | 7,893.78 |
| 41348 | 2012-11-15 | BSIT | | forex | | 85,236.64 | -29,587.66 |
| 41348 | 2012-11-15 | BSIT | | forex | -86,478.16 | -92,106.22 |
| 41051 | 2012-11-09 | CASH | | debit | -2,625.00 | -5,628.06 |
| 40835 | 2012-11-02 | BMQB | L-ARDC | -44,317 Ardent Strategies ck #107 | 44,317.00 | -114,824.30 |
| 40747 | 2012-11-01 | BSIT | | forex | -3,049.66 | -3,003.06 |
| 40747 | 2012-11-01 | BSIT | | forex | | 3,005.58 | -159,141.30 |
| 40484 | 2012-10-31 | WORK | | interest charge | -1,034.19 | -162,146.88 |
| 40483 | 2012-10-31 | WORK | | interest payment | 46.60 | 46.60 |
| 40336 | 2012-10-30 | WORK | | debit | -5,250.00 | -161,112.69 |
| 40105 | 2012-10-23 | CASH | | debit | -3,675.00 | -155,862.69 |
| 40072 | 2012-10-22 | WORK | | forex | -49,308.10 | -0.00 |
| 40072 | 2012-10-22 | WORK | | forex | | 47,914.32 | -152,187.69 |
| 40034 | 2012-10-22 | HYPP | ARW | 440,000 buy stock | -220,000.00 | -200,102.01 |
| 40087 | 2012-10-22 | CBHQ | | forex | 27,283.99 | 19,897.99 |
| 40087 | 2012-10-22 | CBHQ | | forex | -28,013.45 | 49,308.10 |
| 40353 | 2012-10-21 | BMQB | L-ARDC | 44,317 interest | -7,386.00 | -7,386.00 |
| 38941 | 2012-09-29 | WORK | | custody fees | -11.98 | 77,321.55 |
| 39081 | 2012-09-29 | WORK | | interest payment | 151.38 | 77,333.53 |
| 38942 | 2012-09-29 | WORK | | custody fees | -295.00 | 0.00 |
| 39316 | 2012-09-29 | BSIT | | forex | | 295.00 | 295.00 |
| 39316 | 2012-09-29 | BSIT | | forex | -304.93 | 77,182.15 |
| 38813 | 2012-09-28 | WORK | | internal transfer CRCL | 77,500.00 | 77,487.08 |
| 38513 | 2012-09-21 | CASH | | debit | -5,250.00 | -12.92 |
| 38289 | 2012-09-17 | WORK | | internal transfer ECAU | -300,100.00 | 5,237.08 |
| 38304 | 2012-09-17 | CASH | | debit | -15,750.00 | -15,750.00 |
| 38339 | 2012-09-17 | CASH | | forex ck #569 | | 15,750.00 | 15,750.00 |
| 38339 | 2012-09-17 | TDCO | | forex ck #569 | -16,716.92 | 305,337.08 |
| 38096 | 2012-09-10 | WORK | | forex | -22,073.88 | 322,054.00 |
| 38096 | 2012-09-10 | WORK | | forex | | 21,000.00 | 0.00 |
| 38041 | 2012-09-10 | CASH | | debit | -21,000.00 | -21,000.00 |
| 37530 | 2012-08-31 | WORK | | interest payment | 409.71 | 344,127.88 |
| 37381 | 2012-08-27 | DGMN | | forex | | 78,732.61 | 343,718.17 |
| 37381 | 2012-08-27 | DGMN | | forex | -80,970.93 | 343,718.17 |
| 37340 | 2012-08-27 | TDCO | | forex ck #556 | -51,688.84 | 424,689.10 |
| 37340 | 2012-08-27 | CASH | | forex ck #556 | | 49,850.00 | -78,732.61 |
| 37339 | 2012-08-27 | TDQB | L-PINC | 90,250 Pine Strategies ck #1991 | -91,152.50 | -128,582.61 |
| 37338 | 2012-08-27 | TDQB | | Ferrous Capital ck #1992 | -50,904.00 | -37,430.11 |
| 37357 | 2012-08-27 | TDQB | | forex | -13,842.57 | 476,377.94 |
| 37357 | 2012-08-27 | TDQB | | forex | | 13,473.89 | 13,473.89 |
| 36419 | 2012-07-30 | WORK | | interest payment | 468.20 | 490,220.51 |
| 35964 | 2012-07-19 | BSIT | | forex | -10,490.65 | 489,752.31 |
| 35964 | 2012-07-19 | BSIT | | forex | | 10,500.00 | 0.00 |
| 35956 | 2012-07-19 | CASH | | debit | -10,500.00 | -10,500.00 |
| 35840 | 2012-07-16 | WORK | | forex | | 3,670.82 | 0.00 |
| 35840 | 2012-07-16 | WORK | | forex | -3,650.58 | 500,242.96 |
| 35837 | 2012-07-16 | TDQB | L-PINC | 145,000 Pine Strategies Corp ck #1894 | -146,450.00 | -3,670.82 |
| 35908 | 2012-07-16 | TDCO | | forex ck #525 | -60,668.35 | 503,893.54 |
| 35908 | 2012-07-16 | CASH | | forex ck #525 | | 59,820.00 | 142,779.18 |
| 35904 | 2012-07-16 | BSIT | | forex | -82,885.32 | 564,561.89 |
| 35904 | 2012-07-16 | BSIT | | forex | | 82,959.18 | 82,959.18 |
| 35292 | 2012-07-01 | WORK | | custody fees | -13.78 | 647,447.21 |
| 35293 | 2012-07-01 | WORK | | custody fees | -250.00 | 0.00 |
| 35465 | 2012-07-01 | TDCO | | forex | | 3,117.71 | 250.00 |
| 35465 | 2012-07-01 | TDCO | | forex | -3,125.45 | 647,460.99 |
| 35037 | 2012-06-30 | WORK | | interest payment | 619.97 | 650,586.44 |
| 35038 | 2012-06-30 | WORK | | interest charge | -0.01 | -2,867.71 |
| 34976 | 2012-06-29 | TDQB | | car & Hotel LA ck #1879 | -2,867.70 | -2,867.70 |
| 34640 | 2012-06-21 | CASH | | debit | -10,500.00 | 0.00 |
| 34677 | 2012-06-21 | WORK | | forex | -10,495.87 | 649,966.47 |
| 34677 | 2012-06-21 | WORK | | forex | | 10,500.00 | 10,500.00 |
| 34483 | 2012-06-19 | WORK | | internal transfer ECAU | -225,100.00 | 660,462.34 |
| 34478 | 2012-06-19 | WORK | | internal transfer CRCL | 291,500.00 | 885,562.34 |
| 34467 | 2012-06-18 | CASH | | debit | -10,500.00 | 0.00 |
| 34559 | 2012-06-18 | BSIT | | forex | -10,464.77 | 594,062.34 |
| 34559 | 2012-06-18 | BSIT | | forex | | 10,500.00 | 10,500.00 |
| 34084 | 2012-06-08 | TDCO | | forex | | 10,091.00 | 0.00 |
| 34084 | 2012-06-08 | TDCO | | forex | -10,100.00 | 604,527.11 |
| 33994 | 2012-06-08 | TDQB | | Ferrous Capital ck #1809 | -146,955.00 | -10,091.00 |
| 34059 | 2012-06-08 | BSIT | | forex | | 380,200.00 | 136,864.00 |
| 34059 | 2012-06-08 | BSIT | | forex | -372,058.91 | 614,627.11 |

A4638

M1-XM-atHome - Account: GARD

http://xmlive.fensolutions.com/trn.htm?aid=49

| # | Date | Type | Code | Shares | Description | Amount | Amount | Balance |
|---|------|------|------|--------|-------------|--------|--------|---------|
| 33993 | 2012-06-07 | TDQB | L-PINC | 450,500 | Pine Strategies ck #1808 | | -455,005.00 | -243,336.00 |
| 34155 | 2012-06-07 | BSIT | | | forex | -210,334.99 | | 986,686.02 |
| 34155 | 2012-06-07 | BSIT | | | forex | | 211,668.80 | 211,669.00 |
| 33536 | 2012-05-31 | WORK | | | interest payment | | 0.20 | 0.20 |
| 33535 | 2012-05-31 | WORK | | | interest payment | 507.41 | | 1,197,021.01 |
| 33255 | 2012-05-30 | WORK | | | internal transfer STVF | 700,000.00 | | 1,196,513.60 |
| 33086 | 2012-05-24 | WORK | | | BR repayment | 130,000.00 | | 496,513.60 |
| 33080 | 2012-05-24 | CASH | | | debit | | -21,000.00 | 0.00 |
| 33235 | 2012-05-23 | WORK | | | forex | 172,096.00 | | 21,000.00 |
| 33235 | 2012-05-23 | WORK | | | forex | -169,592.41 | | 366,513.60 |
| 33026 | 2012-05-23 | TDQB | L-PINC | 149,600 | Pine Strategies ck #1785 | | -151,096.00 | -151,096.00 |
| 32574 | 2012-05-11 | BSIT | | | forex | 5,103.75 | | 0.00 |
| 32574 | 2012-05-11 | BSIT | | | forex | -5,158.93 | | 536,106.01 |
| 32556 | 2012-05-11 | TDCO | | | Red Rock draft ck #33 | | -5,103.75 | -5,103.75 |
| 32514 | 2012-05-10 | BSIT | | | forex | 21,000.00 | | 0.00 |
| 32514 | 2012-05-10 | BSIT | | | forex | -21,226.97 | | 541,264.94 |
| 32509 | 2012-05-10 | CASH | | | debit | | -21,000.00 | -21,000.00 |
| 32105 | 2012-05-03 | TDQB | | | Ferrous cc #1742 | | -200,747.60 | 0.00 |
| 32194 | 2012-05-03 | TDQB | | | forex | 193,433.89 | | 200,747.60 |
| 32194 | 2012-05-03 | TDQB | | | forex | -199,824.19 | | 562,491.91 |
| 32142 | 2012-05-02 | TDQB | | | forex | -53,713.51 | | 762,316.10 |
| 32142 | 2012-05-02 | TDQB | | | forex | | 52,229.68 | 7,313.71 |
| 32138 | 2012-05-02 | CASH | | | forex ck #481 | | 92,628.38 | -44,915.97 |
| 32138 | 2012-05-02 | TDCO | | | forex ck #481 | -96,249.55 | | 816,029.61 |
| 32104 | 2012-05-02 | TDQB | L-ARDC | 160,925 | Ardent cc #1741 | | -162,544.35 | -137,544.35 |
| 32166 | 2012-05-02 | BSIT | | | forex | 25,000.00 | | 25,000.00 |
| 32166 | 2012-05-02 | BSIT | | | forex | -25,712.83 | | 912,279.16 |
| 32084 | 2012-05-01 | WORK | | | forex | -5.46 | | 937,991.99 |
| 32084 | 2012-05-01 | WORK | | | forex | | 5.31 | 0.00 |
| 31921 | 2012-04-30 | WORK | | | interest charge | | -5.31 | -5.31 |
| 31920 | 2012-04-30 | WORK | | | interest payment | 673.70 | | 937,997.45 |
| 31857 | 2012-04-30 | WORK | | | internal transfer ONCS | 95,000.00 | | 937,323.75 |
| 31695 | 2012-04-27 | TDQB | | | forex | | 10,500.00 | 0.00 |
| 31695 | 2012-04-27 | TDQB | | | forex | -10,846.88 | | 842,323.75 |
| 31684 | 2012-04-27 | CASH | | | debit | | -10,500.00 | -10,500.00 |
| 31192 | 2012-04-17 | BSIT | | | forex | -62,237.61 | | 853,170.63 |
| 31192 | 2012-04-17 | BSIT | | | forex | | 61,146.96 | 0.00 |
| 31168 | 2012-04-17 | CASH | | | forex ck #465 | | 99,700.00 | -61,146.96 |
| 31168 | 2012-04-17 | TDCO | | | forex ck #465 | -103,597.32 | | 915,408.24 |
| 31161 | 2012-04-17 | BSIT | | | forex | | 211,863.24 | -160,846.96 |
| 31161 | 2012-04-17 | BSIT | | | forex | -215,642.32 | | 1,019,005.56 |
| 31138 | 2012-04-17 | TDQB | L-ARDC | 199,500 | Ardent Strategies ck #1685 | | -201,505.10 | -372,710.20 |
| 31139 | 2012-04-17 | TDQB | | | Ferrous Capital ck #1686 | | -171,205.10 | -171,205.10 |
| 31029 | 2012-04-13 | HYPP | UVFT | -19,393 | sell stock | 1,424.81 | | 1,234,647.88 |
| 31026 | 2012-04-13 | SIL2 | UVFT | -39,970 | sell stock | 3,024.96 | | 1,233,223.07 |
| 30976 | 2012-04-12 | HYPP | UVFT | -72,250 | sell stock | 7,110.12 | | 1,230,198.11 |
| 30946 | 2012-04-11 | WORK | | | internal transfer ONCS | 269,000.00 | | 1,223,087.99 |
| 30864 | 2012-04-10 | HYPP | UVFT | -38,850 | sell stock | 4,422.80 | | 954,087.99 |
| 30829 | 2012-04-10 | WORK | | | Venture Capital First 12 fees | -1,200.00 | | 949,665.19 |
| 30584 | 2012-04-03 | WORK | | | forex | | 1,620.82 | 950,865.19 |
| 30584 | 2012-04-03 | WORK | | | forex | -1,677.30 | | 950,865.19 |
| 30573 | 2012-04-03 | WORK | | | forex | | 396.39 | -1,620.82 |
| 30573 | 2012-04-03 | WORK | | | forex | -410.20 | | 952,542.49 |
| 30555 | 2012-04-03 | HYPP | UVFT | -27,500 | sell stock | 3,087.59 | | 952,952.69 |
| 30545 | 2012-04-03 | WORK | | | internal transfer | 1,000,000.00 | | 949,865.10 |
| 29864 | 2012-04-01 | WORK | | | internal transfer KOMK #2 | -50,100.00 | | -50,134.90 |
| 30131 | 2012-03-29 | WORK | | | custody fees | | -380.40 | -2,017.21 |
| 30247 | 2012-03-29 | WORK | | | interest charge | | -0.01 | -1,636.81 |
| 30130 | 2012-03-29 | WORK | | | custody fees | -99.57 | | -34.90 |
| 30246 | 2012-03-29 | WORK | | | interest payment | 64.67 | | 64.67 |
| 30027 | 2012-03-29 | CASH | | | debit | | -42,000.00 | -1,636.80 |
| 30093 | 2012-03-29 | TDCO | | | forex ck #449 | -38,717.00 | | -0.00 |
| 30093 | 2012-03-29 | CASH | | | forex ck #449 | | 37,489.77 | 40,363.20 |
| 30089 | 2012-03-29 | BSIT | | | forex | -101,558.57 | | 38,717.00 |
| 30089 | 2012-03-29 | BSIT | | | forex | | 100,000.00 | 2,873.43 |
| 30088 | 2012-03-29 | TDQB | L-ARDC | 45,500 | draft to Ardent Strategies ck #1611 | | -45,962.57 | -97,126.57 |
| 29981 | 2012-03-28 | BSIT | ARW | 25,000 | buy stock | | -19,590.14 | -51,164.00 |
| 29942 | 2012-03-27 | BSIT | | | 1/2 drafts to Red Rock ck #1603 | | -31,573.86 | -31,573.86 |
| 29956 | 2012-03-27 | VERL | AAPH | -10,000 | sell stock | 2,961.35 | | 140,275.57 |
| 29899 | 2012-03-23 | BSIT | | | forex | 78,311.13 | | 137,314.22 |
| 29899 | 2012-03-23 | BSIT | | | forex | -79,873.16 | | 137,314.22 |
| 29806 | 2012-03-23 | WORK | | | internal transfer | 192,250.00 | | 217,187.38 |
| 29790 | 2012-03-23 | BSIT | ARW | 100,000 | buy stock | | -78,311.13 | -78,311.13 |
| 29641 | 2012-03-19 | DGMN | AAPH | -10,000 | sell stock | 4,009.21 | | 24,937.38 |
| 29821 | 2012-03-15 | BSIT | | | forex | | 63,435.14 | 0.00 |
| 29821 | 2012-03-15 | BSIT | | | forex | -64,171.36 | | 20,928.17 |
| 29444 | 2012-03-15 | BSIT | ARW | 75,000 | buy stock | | -63,435.14 | -63,435.14 |
| 29420 | 2012-03-14 | WORK | | | Red Rock 12 fees | -1,200.00 | | 85,099.53 |
| 28730 | 2012-02-29 | WORK | | | interest payment | 128.07 | | 86,299.53 |
| 32378 | 2012-02-29 | TDQB | L-PINC | 87,750 | loan advance re buy 135k arw | | 0.00 | 0.00 |
| 28377 | 2012-02-29 | BSIT | | | forex | -89,740.28 | | 86,171.46 |
| 28377 | 2012-02-29 | BSIT | | | forex | | 87,750.00 | 175,911.74 |
| 28363 | 2012-02-29 | WORK | | | Pine spa | -100.00 | | 175,911.74 |
| 28360 | 2012-02-29 | WORK | | | sell 135k ARW to Pine | | -87,750.00 | -87,750.00 |
| 28343 | 2012-02-28 | CASH | | | forex ck #426 | | 10,500.00 | 0.00 |
| 28343 | 2012-02-28 | TDCO | | | forex ck #426 | -10,788.74 | | 176,011.74 |
| 28331 | 2012-02-28 | CASH | | | debit | | -10,500.00 | -10,500.00 |

1/21/2021, 9:54 AM

A4639

M1-XM-atHome - Account: GARD

http://xmlive.fensolutions.com/trn.htm?aid=49

| ID | Date | Code | Sym | Qty | Description | Amt1 | Amt2 | Balance |
|---|---|---|---|---|---|---|---|---|
| 28108 | 2012-02-23 | DGMI | | | McMillan TT Monterra | -106.85 | | 186,800.48 |
| 27847 | 2012-02-20 | HYPP | UVFT | -50,000 | sell stock | 7,311.01 | | 186,907.33 |
| 27654 | 2012-02-15 | WORK | | | internal transfer STEV | 80,000.00 | | 179,596.32 |
| 27597 | 2012-02-14 | CASH | | | debit | | -10,500.00 | 0.00 |
| 27595 | 2012-02-14 | WORK | | | internal transfer | | 10,500.00 | 10,500.00 |
| 27572 | 2012-02-14 | SIL2 | UVFT | -202,117 | sell stock | 31,097.75 | | 99,596.32 |
| 27540 | 2012-02-11 | WORK | | | Graden 12 fees | -2,500.00 | | 68,498.57 |
| 27527 | 2012-02-09 | CASH | | | forex ck #414 | | 5,250.00 | 70,998.57 |
| 27527 | 2012-02-09 | TDCO | | | forex ck #414 | -5,388.51 | | 70,998.57 |
| 27354 | 2012-02-09 | CASH | | | debit | | -5,250.00 | -5,250.00 |
| 27264 | 2012-02-07 | TDQB | | | forex | -111,100.00 | | 76,387.08 |
| 27264 | 2012-02-07 | TDQB | | | forex | | 108,592.00 | 0.00 |
| 27315 | 2012-02-07 | WORK | | | forex | 22,708.00 | | -108,592.00 |
| 27315 | 2012-02-07 | WORK | | | forex | -23,378.14 | | 187,487.08 |
| 27257 | 2012-02-07 | TDQB | L-ARDC | 130,000 | loan advance | | -131,300.00 | -131,300.00 |
| 26757 | 2012-01-30 | WORK | | | interest payment | 173.84 | | 210,865.22 |
| 26474 | 2012-01-20 | HYPP | UVFT | 207,993 | stock split | 0.00 | | 210,691.38 |
| 26474 | 2012-01-20 | HYPP | UVFT | -831,972 | stock split | 0.00 | | 210,691.38 |
| 26472 | 2012-01-20 | REST | UVFT-R | -142,858 | stock split | 0.00 | | 210,691.38 |
| 26472 | 2012-01-20 | REST | UVFT-R | 35,715 | stock split | 0.00 | | 210,691.38 |
| 26469 | 2012-01-20 | SIL2 | | | stock split | | | 210,691.38 |
| 26469 | 2012-01-20 | SIL2 | UVFT | -968,348 | stock split | 0.00 | | 210,691.38 |
| 26302 | 2012-01-17 | BCEL | | | Holladay ck#547 | -120.00 | | 210,691.38 |
| 26075 | 2012-01-16 | HYPP | UVFT | 831,972 | receive stock | -557.51 | | 210,811.38 |
| 26073 | 2012-01-16 | SIL2 | UVFT | 968,348 | receive stock | -100.00 | | 211,368.89 |
| 26068 | 2012-01-09 | REST | UVFT-R | -1,800,320 | deliver stock | -250.00 | | 211,468.89 |
| 26068 | 2012-01-09 | REST | | | deliver stock: Fedex #797924885494 | -75.00 | | 211,718.89 |
| 26070 | 2012-01-09 | BCEL | | | Holladay ck #540 | -120.00 | | 211,793.89 |
| 25424 | 2011-12-31 | | | | interest charge | | -215.38 | 211,793.89 |
| 25423 | 2011-12-31 | WORK | | | interest payment | 200.58 | | 211,913.89 |
| 25576 | 2011-12-31 | WORK | | | custody fees | -27.34 | | 211,713.31 |
| 25716 | 2011-12-31 | WORK | | | forex | | 215.38 | 215.38 |
| 25716 | 2011-12-31 | WORK | | | forex | -213.48 | | 211,740.65 |
| 25130 | 2011-12-16 | WORK | | | internal transfer STEV | 250,000.00 | | 211,954.13 |
| 25187 | 2011-12-16 | TDCO | | | forex ck #381 | -32,795.87 | | -38,045.87 |
| 25187 | 2011-12-16 | CASH | | | forex ck #381 | | 33,146.52 | 0.00 |
| 25091 | 2011-12-15 | CASH | | | debit | -5,250.00 | | -5,250.00 |
| 25082 | 2011-12-15 | CASH | | | debit | | -10,500.00 | -33,146.52 |
| 24740 | 2011-12-02 | CBHQ | | | forex | -27,991.35 | | 33,146.52 |
| 24740 | 2011-12-02 | CBHQ | | | forex | | 27,853.48 | -22,646.52 |
| 26201 | 2011-12-02 | TDQB | L-ARDC | 50,000 | Ardent Strategies ck #1310 | | -50,500.00 | -50,500.00 |
| 24399 | 2011-11-29 | WORK | | | interest payment | 28.58 | | 27,991.35 |
| 24076 | 2011-11-22 | TDQB | | | Airfare fee ck #1287 | | -8,040.61 | 27,962.77 |
| 24234 | 2011-11-22 | DGMI | | | forex | -7,830.29 | | 27,962.77 |
| 24234 | 2011-11-22 | WORK | | | forex | | 8,040.61 | 8,040.61 |
| 23962 | 2011-11-20 | WORK | | | Gardenwall Fdn 11 fees | -3,500.00 | | 35,793.06 |
| 23795 | 2011-11-15 | REST | UVFT-R | 1,943,178 | receive stock | -100.00 | | 39,293.06 |
| 23165 | 2011-11-01 | TDQB | | | Airfare ck #1244 | | -1,178.31 | 0.00 |
| 23230 | 2011-10-31 | WORK | | | interest charge | | -954.07 | 1,178.31 |
| 23229 | 2011-10-31 | WORK | | | interest payment | 63.29 | | 39,393.06 |
| 23423 | 2011-10-31 | CASH | | | forex ck #339 | | 2,132.38 | 2,132.38 |
| 23423 | 2011-10-31 | TDCO | | | forex ck #339 | -2,162.51 | | 39,329.77 |
| 22969 | 2011-10-28 | CASH | | | debit | | -2,100.00 | 0.00 |
| 23084 | 2011-10-28 | CASH | | | forex ck #337 | | 1,344.76 | 2,100.00 |
| 23084 | 2011-10-28 | TDCO | | | forex ck #337 | -1,356.97 | | 41,492.28 |
| 22811 | 2011-10-25 | WORK | | | forex | | 370,512.82 | 755.24 |
| 22811 | 2011-10-25 | WORK | | | forex | -373,470.63 | | 42,849.25 |
| 22696 | 2011-10-21 | CASH | | | debit | | -15,750.00 | -369,757.58 |
| 22689 | 2011-10-21 | TDQB | L-ARDC | 400,000 | loan advance | | -404,007.58 | -354,007.58 |
| 22683 | 2011-10-21 | WORK | | | internal transfer | 400,000.00 | | 416,319.88 |
| 22200 | 2011-10-05 | CASH | | | forex ck #311 | | 416.90 | 50,000.00 |
| 22200 | 2011-10-05 | TDCO | | | forex ck #311 | -408.88 | | 16,319.88 |
| 22187 | 2011-10-05 | WORK | | | internal transfer | 50,000.00 | | 49,583.10 |
| 22175 | 2011-10-05 | TDQB | | | Brown & Jackson airfares ck #1197 | | -416.90 | -416.90 |
| 21765 | 2011-09-29 | WORK | | | interest payment | 12.86 | | 16,728.76 |
| 21651 | 2011-09-29 | WORK | | | custody fees | -35.34 | | 16,715.90 |
| 21343 | 2011-09-27 | BSIT | AAPH | -4,000 | sell stock | 1,084.70 | | 16,751.24 |
| 21224 | 2011-09-23 | TDQB | | | Airfares ck #1165 | | -450.69 | 0.00 |
| 21221 | 2011-09-23 | TDQB | | | Airfares ck #1165 | | -2,484.58 | 450.69 |
| 21268 | 2011-09-23 | CASH | | | forex ck #293 | | 2,935.27 | 2,935.27 |
| 21268 | 2011-09-23 | TDCO | | | forex ck #293 | -2,909.54 | | 15,666.54 |
| 21203 | 2011-09-23 | BSIT | AAPH | -3,000 | sell stock | 756.16 | | 18,576.08 |
| 21140 | 2011-09-22 | BSIT | AAPH | -6,000 | sell stock | 1,651.79 | | 17,819.92 |
| 21082 | 2011-09-21 | BSIT | AAPH | -7,000 | sell stock | 1,949.74 | | 16,168.13 |
| 20994 | 2011-09-20 | BSIT | AAPH | -13,672 | sell stock | 3,983.65 | | 14,218.39 |
| 20919 | 2011-09-16 | BSIT | AAPH | -5,000 | sell stock | 1,357.24 | | 10,234.74 |
| 20876 | 2011-09-15 | BSIT | AAPH | -4,258 | sell stock | 1,177.84 | | 8,877.50 |
| 20829 | 2011-09-14 | BSIT | AAPH | -5,000 | sell stock | 1,445.11 | | 7,699.66 |
| 20692 | 2011-09-07 | TDCO | | | forex ck #279 | -24,432.90 | | 6,254.55 |
| 20692 | 2011-09-07 | CASH | | | forex ck #279 | | 23,513.68 | 6,254.55 |
| 20607 | 2011-09-07 | WORK | | | forex | | 3,651.32 | 30,687.45 |
| 20607 | 2011-09-07 | WORK | | | forex | -3,821.50 | | -23,513.68 |
| 20595 | 2011-09-07 | TDQB | | | Ardent Strategeies ck #1128 | | -16,665.00 | -27,165.00 |
| 20594 | 2011-09-07 | CASH | | | debit | | -10,500.00 | -10,500.00 |
| 20264 | 2011-08-31 | WORK | | | interest payment | 97.62 | | 34,508.95 |
| 20174 | 2011-08-31 | DGMI | | | Beechmont Investments TT | -44,819.25 | | 34,411.33 |

1/21/2021, 9:54 AM

A4640

| ID | Date | Type | Symbol | Description | Amount | Amount2 | Balance |
|---|---|---|---|---|---|---|---|
| 20140 | 2011-08-26 | CASH | | forex ck #277 | 3,595.22 | | 0.00 |
| 20140 | 2011-08-26 | TDCO | | forex ck #277 | -3,762.79 | | 79,230.58 |
| 20077 | 2011-08-26 | TDQB | | Airfare ck #1100 | | -3,595.22 | -3,595.22 |
| 19989 | 2011-08-23 | BSIT | AAPH | -3,285 sell stock | 1,305.86 | | 82,993.37 |
| 20007 | 2011-08-23 | BSIT | AAPH | 3,285 buy stock | -1,531.86 | | 81,687.51 |
| 19852 | 2011-08-17 | BSIT | AAPH | -4,000 sell stock | 1,559.97 | | 83,219.37 |
| 19811 | 2011-08-16 | BSIT | AAPH | -3,285 sell stock | 1,331.86 | | 81,659.40 |
| 19765 | 2011-08-15 | TDQB | | Ardent Strategies ck #1074 | | -49,995.00 | 0.00 |
| 19812 | 2011-08-15 | CASH | | forex ck #272 | 49,995.00 | | 49,995.00 |
| 19812 | 2011-08-15 | TDCO | | forex ck #272 | -52,163.30 | | 80,327.54 |
| 19641 | 2011-08-09 | CASH | | forex ck #270 | 10,500.00 | | 0.00 |
| 19641 | 2011-08-09 | TDCO | | forex ck #270 | -10,854.78 | | 132,490.84 |
| 19591 | 2011-08-09 | TDQB | | debit | | -10,500.00 | -10,500.00 |
| 19546 | 2011-08-03 | CASH | | forex | 411.49 | | 0.00 |
| 19546 | 2011-08-03 | TDCO | | forex | -444.95 | | 143,345.62 |
| 19451 | 2011-08-03 | TDQB | | airfares ck #1058 | | -411.49 | -411.49 |
| 19466 | 2011-08-03 | BSIT | AAPH | -4,000 sell stock | 1,953.37 | | 143,790.57 |
| 19143 | 2011-07-29 | WORK | | interest payment | 123.21 | | 141,837.20 |
| 19062 | 2011-07-29 | BSIT | AAPH | -5,000 sell stock | 2,444.63 | | 141,713.99 |
| 19019 | 2011-07-28 | BSIT | AAPH | -4,807 sell stock | 2,557.17 | | 139,269.36 |
| 19392 | 2011-07-27 | BSIT | | forex | 33,936.00 | | 0.00 |
| 19392 | 2011-07-27 | BSIT | | forex | -36,172.38 | | 136,712.19 |
| 18995 | 2011-07-27 | TDQB | | Ardent ck #1033 | | -33,936.00 | -33,936.00 |
| 18978 | 2011-07-27 | BSIT | AAPH | -3,760 sell stock | 1,750.68 | | 172,884.57 |
| 18773 | 2011-07-21 | VPQU | AAPH | -12,060 sell stock | 6,461.01 | | 171,133.89 |
| 18728 | 2011-07-20 | VPQU | AAPH | -20,400 sell stock | 11,008.36 | | 164,672.88 |
| 18716 | 2011-07-20 | REST | AAPH-R | 150,000 internal transfer | 0.00 | | 153,664.52 |
| 18715 | 2011-07-20 | BSIT | AAPH | -150,000 internal transfer | 0.00 | | 153,664.52 |
| 18672 | 2011-07-19 | VPQU | AAPH | -30,820 sell stock | 17,216.74 | | 153,664.52 |
| 18631 | 2011-07-18 | BSIT | AAPH | -8,040 sell stock | 4,337.55 | | 136,447.78 |
| 18591 | 2011-07-15 | BSIT | AAPH | -10,400 sell stock | 5,714.54 | | 132,110.23 |
| 18543 | 2011-07-14 | VPQU | AAPH | -15,231 sell stock | 8,072.33 | | 126,395.69 |
| 18529 | 2011-07-14 | TDQB | | Certified Ardent Strategies ck #1001 | | -30,310.10 | 0.00 |
| 18596 | 2011-07-14 | BSIT | | forex | 30,310.10 | | 30,310.10 |
| 18596 | 2011-07-14 | BSIT | | forex | -31,988.71 | | 118,323.36 |
| 18538 | 2011-07-12 | VPQU | AAPH | -1,100 sell stock | 445.14 | | 150,312.07 |
| 18349 | 2011-07-07 | CASH | | debit | | -5,250.00 | |
| 18535 | 2011-07-07 | VPQU | AAPH | -1,600 sell stock | 719.82 | | 149,866.93 |
| 18396 | 2011-07-07 | CASH | | forex ck #249 | | 5,250.01 | 5,250.00 |
| 18396 | 2011-07-07 | TDCO | | forex ck #249 | -5,569.49 | | 149,147.11 |
| 18211 | 2011-07-05 | BSIT | AAPH | -6,000 sell stock | 2,930.35 | | 154,716.60 |
| 17849 | 2011-06-30 | WORK | | custody fees | -447.61 | | 151,786.25 |
| 17969 | 2011-06-30 | WORK | | interest charge | | -0.01 | |
| 17968 | 2011-06-30 | WORK | | interest payment | 104.30 | | 152,233.86 |
| 17687 | 2011-06-30 | VPQU | AAPH | -9,500 sell stock | 4,423.89 | | 152,129.56 |
| 17681 | 2011-06-30 | BSIT | AAPH | -2,000 sell stock | 801.10 | | 147,705.67 |
| 17675 | 2011-06-30 | CASH | | forex ck #240 | | 10,500.00 | 0.00 |
| 17675 | 2011-06-30 | TDCO | | forex ck #240 | -11,174.06 | | 146,904.57 |
| 17665 | 2011-06-30 | CASH | | debit | | -10,500.00 | -10,500.00 |
| 17685 | 2011-06-29 | VPQU | AAPH | -9,060 sell stock | 3,591.40 | | 158,078.63 |
| 17603 | 2011-06-29 | BSIT | AAPH | -7,000 sell stock | 2,783.88 | | 154,487.23 |
| 17306 | 2011-06-20 | TDQB | | Air fares ck #940 | | -2,630.28 | 0.00 |
| 17349 | 2011-06-20 | CASH | | forex ck #225 | | 3,254.24 | 2,630.28 |
| 17349 | 2011-06-20 | TDCO | | forex ck #225 | -3,434.29 | | 151,703.35 |
| 17279 | 2011-06-20 | WORK | | internal transfer | 82,500.00 | | 155,137.64 |
| 17215 | 2011-06-17 | WORK | | Garden Equities 11 fees | -2,450.00 | | 72,637.64 |
| 17076 | 2011-06-14 | VPQU | AAPH | -6,000 sell stock | 2,778.19 | | 75,087.64 |
| 16875 | 2011-06-09 | VPQU | AAPH | -6,000 sell stock | 2,941.06 | | 72,309.45 |
| 17042 | 2011-06-09 | WORK | | forex | 39,997.47 | | -623.96 |
| 17042 | 2011-06-09 | WORK | | forex | -41,948.30 | | 69,368.39 |
| 17226 | 2011-06-09 | CASH | | forex ck #224 | | 43,327.53 | -40,621.43 |
| 17226 | 2011-06-09 | TDCO | | forex ck #224 | -45,346.92 | | 111,316.69 |
| 16866 | 2011-06-09 | TDQB | | Instar Capital ck #911 | | -83,325.00 | -83,948.96 |
| 16784 | 2011-06-07 | VPQU | AAPH | -2,180 sell stock | 951.18 | | 156,663.61 |
| 16664 | 2011-06-03 | CASH | | forex ck #204 | | 20,208.00 | -623.96 |
| 16664 | 2011-06-03 | TDCO | | forex ck #204 | -21,194.02 | | 155,712.43 |
| 16562 | 2011-06-03 | TDQB | | Ferrous ck #898 | | -9,300.00 | -20,831.96 |
| 16561 | 2011-06-03 | TDQB | | Ardent ck #897 | | -10,908.00 | -11,531.96 |
| 16558 | 2011-06-03 | WORK | | internal transfer | -30,100.00 | | 176,906.45 |
| 16552 | 2011-06-03 | VPQU | AAPH | -14,000 sell stock | 7,071.77 | | 207,006.45 |
| 16549 | 2011-06-03 | VPQU | AAPH | -9,000 sell stock | 4,470.36 | | 199,934.68 |
| 16600 | 2011-06-01 | BSIT | | forex | | 10,494.15 | -623.96 |
| 16600 | 2011-06-01 | BSIT | | forex | -10,857.50 | | 195,464.32 |
| 16167 | 2011-06-01 | CASH | | debit | | -10,500.00 | -11,118.11 |
| 16363 | 2011-05-31 | WORK | | interest payment | 68.10 | | 206,321.82 |
| 16364 | 2011-05-31 | WORK | | interest payment | | 5.85 | -618.11 |
| 16546 | 2011-05-31 | VPQU | AAPH | -1,000 sell stock | 371.88 | | 206,253.72 |
| 15837 | 2011-05-25 | VPQU | AAPH | -63,440 sell stock | 37,439.09 | | 205,881.84 |
| 15803 | 2011-05-24 | VPQU | AAPH | -18,006 sell stock | 10,578.12 | | 168,442.75 |
| 17307 | 2011-05-24 | TDQB | | Air Fares ck #855 | | -623.96 | -623.96 |
| 15767 | 2011-05-23 | VERN | AAPH | -70,526 sell stock | 40,640.60 | | 157,864.63 |
| 15723 | 2011-05-23 | VPQU | AAPH | 233,487 internal transfer | 0.00 | | 117,224.03 |
| 15721 | 2011-05-23 | BSIT | UVFT | -349,030 internal transfer | 0.00 | | 117,224.03 |
| 15689 | 2011-05-20 | VERN | AAPH | -16,600 sell stock | 8,883.48 | | 117,224.03 |

A4641

M1-XM-atHome - Account: GARD                                                    http://xmlive.fensolutions.com/trn.htm?aid=49

| ID | Date | Acct | Code | Amount | Description | Col1 | Col2 | Balance |
|---|---|---|---|---|---|---|---|---|
| 15636 | 2011-05-19 | VERN | AAPH | -76,000 | sell stock | 40,460.81 | | 108,340.55 |
| 15610 | 2011-05-18 | VERN | AAPH | -96,400 | sell stock | 39,207.24 | | 67,879.74 |
| 15531 | 2011-05-17 | VERN | AAPH | -51,221 | sell stock | 20,238.74 | | 28,672.50 |
| 15475 | 2011-05-16 | DGPR | AAPH | -16,750 | sell stock | 6,313.65 | | 8,433.76 |
| 15608 | 2011-05-12 | VERN | AAPH | -4,000 | sell stock | 1,280.00 | | 2,120.11 |
| 15038 | 2011-05-06 | WORK | | | forex | 109,584.34 | | 840.11 |
| 15038 | 2011-05-06 | WORK | | | forex | | -106,688.95 | 0.00 |
| 15036 | 2011-05-06 | WORK | | | internal transfer | -145,100.00 | | -108,744.23 |
| 16025 | 2011-05-06 | BSIT | AAPH | 165,682 | receive stock | -100.00 | | 36,355.77 |
| 15019 | 2011-05-05 | VERN | AAPH | -4,720 | sell stock | 1,397.60 | | 36,455.77 |
| 15010 | 2011-05-04 | VERN | AAPH | 374,350 | imported holdings | | | 35,058.17 |
| 15074 | 2011-05-04 | VERN | AAPH | -38,044 | sell stock 2/5/11 | 12,712.48 | | 35,058.17 |
| 15076 | 2011-05-04 | VERN | AAPH | -14,088 | sell stock | 4,401.51 | | 22,345.69 |
| 15071 | 2011-05-04 | VERN | AAPH | -1,524 | sell stock 19/4/11 | 4,300.00 | | 17,944.18 |
| 14921 | 2011-05-04 | TDQB | | | 837310 BC ck #321 | | 60,000.00 | 106,688.95 |
| 14920 | 2011-05-04 | TDQB | | | Ardent ck #66 | | 40,000.00 | 46,688.95 |
| 14901 | 2011-05-04 | TDQB | | | VC Mgmt ck #208 | | 6,688.03 | 6,688.95 |
| 14608 | 2011-04-28 | WORK | | | interest charge | -29.01 | | 13,644.18 |
| 14609 | 2011-04-28 | WORK | | | interest payment | | 0.92 | 13,644.92 |
| 13879 | 2011-04-15 | BSIT | AAPH | -20,000 | sell stock | 6,791.64 | | 13,673.19 |
| 13894 | 2011-04-14 | TDCO | | | forex ck #167 | -3,725.21 | | 6,881.55 |
| 13894 | 2011-04-14 | CASH | | | forex ck #167 | | 3,485.78 | 0.00 |
| 13836 | 2011-04-14 | TDQB | | | Ferrous Capital ck #765 | -14,140.00 | | -3,485.78 |
| 13888 | 2011-04-14 | WORK | | | forex | | 9,504.22 | 10,654.22 |
| 13888 | 2011-04-14 | WORK | | | forex | -10,189.29 | | 10,606.76 |
| 13835 | 2011-04-14 | TDQB | | | CIBC VISA ck #763 | | -10,100.00 | 1,150.00 |
| 13663 | 2011-04-11 | TDQB | | | VC Management ck | | 11,250.00 | 11,250.00 |
| 13505 | 2011-04-05 | FINC | AAPH | -17,500 | sell stock | 6,067.65 | | 20,796.05 |
| 13390 | 2011-04-04 | VERL | AAPH | -61,731 | sell stock | 21,659.69 | | 14,728.40 |
| 13325 | 2011-04-04 | VERL | AAPH | -20,000 | sell stock | 6,379.76 | | -6,931.29 |
| 13147 | 2011-03-31 | VERL | AAPH | -20,000 | sell stock | 6,534.94 | | -13,311.05 |
| 12911 | 2011-03-30 | WORK | | | interest payment | | 16.55 | |
| 12910 | 2011-03-30 | WORK | | | interest charge | -130.95 | | -19,845.99 |
| 12810 | 2011-03-30 | WORK | | | custody fees | -307.97 | | -19,715.04 |
| 13498 | 2011-03-30 | WORK | | | forex | | 17.36 | -19,407.07 |
| 11498 | 2011-03-30 | WORK | | | forex | | -16.55 | |
| 12635 | 2011-03-29 | WORK | AAPH | 35,000 | internal transfer | 0.00 | | -19,424.43 |
| 12636 | 2011-03-29 | WORK | | | internal transfer | -8,750.00 | | -19,424.43 |
| 12581 | 2011-03-28 | VERL | AAPH | -20,000 | sell stock | 6,796.97 | | -10,674.43 |
| 12262 | 2011-03-18 | BSIT | AAPH | 250,000 | buy stock | -50,100.00 | | -17,471.40 |
| 11951 | 2011-03-14 | TDQB | | | 2 Drafts to 1583542 Alberta ck #649 | | -50,500.00 | 0.00 |
| 11996 | 2011-03-14 | TDCO | | | forex ck #142 | -4,206.76 | | 32,628.60 |
| 11996 | 2011-03-14 | CASH | | | forex ck #142 | | 4,028.04 | 500.00 |
| 11269 | 2011-03-01 | CASH | | | debit | -5,250.00 | | 36,835.36 |
| 11594 | 2011-02-28 | WORK | | | interest payment | | 33.03 | 42,085.36 |
| 11595 | 2011-02-28 | WORK | | | interest payment | | 37.11 | 46,471.96 |
| 10522 | 2011-02-16 | WORK | | | internal transfer | -500.00 | | 46,434.85 |
| 10013 | 2011-02-04 | LESH | ~~SMNG~~ | -40,000 | sell stock | 3,522.11 | | 42,052.33 |
| 9553 | 2011-01-30 | WORK | | | interest payment | | 41.54 | 46,934.85 |
| 9552 | 2011-01-30 | WORK | | | interest charge | -0.01 | | 38,530.22 |
| 9464 | 2011-01-27 | BSIT | ~~UVFT~~ | -61,900 | sell stock | 5,367.40 | | 38,530.23 |
| 9378 | 2011-01-27 | RANQ | ~~EDE~~ | -14,050 | sell stock | | 4,702.37 | 46,893.31 |
| 9271 | 2011-01-26 | BSIT | ~~UVFT~~ | -141,850 | sell stock | 12,791.35 | | 33,162.83 |
| 9226 | 2011-01-25 | BSIT | ~~UVFT~~ | -120,000 | sell stock | 8,212.93 | | 20,371.48 |
| 9465 | 2011-01-25 | BSIT | ~~UVFT~~ | -12,220 | sell stock | 854.93 | | 12,158.55 |
| 9247 | 2011-01-25 | LESH | ~~SMNG~~ | -60,000 | sell stock | 5,583.19 | | 11,303.62 |
| 9268 | 2011-01-24 | RANQ | ~~EDE~~ | -20,000 | sell stock | | 7,215.02 | 42,190.94 |
| 9174 | 2011-01-24 | LESH | ~~SMNG~~ | -50,000 | sell stock | 5,720.43 | | 5,720.43 |
| 8979 | 2011-01-20 | CASH | | | debit | | -5,250.00 | 34,975.92 |
| 9124 | 2011-01-19 | WORK | | | forex | 21,158.89 | | -0.00 |
| 9124 | 2011-01-19 | WORK | | | forex | | -21,582.07 | 40,225.92 |
| 9029 | 2011-01-19 | RANQ | ~~EDE~~ | -7,950 | sell stock | 2,732.01 | | 61,807.99 |
| 8950 | 2011-01-19 | LESH | ~~SMNG~~ | 150,000 | buy stock | -21,174.09 | | -21,158.89 |
| 8794 | 2011-01-13 | FINC | ~~MCTH~~ | -77,200 | sell stock | 9,264.04 | | 15.20 |
| 8846 | 2011-01-13 | DGMN | ~~EDE~~ | -15,000 | sell stock | | 4,729.24 | 59,075.98 |
| 8627 | 2011-01-07 | FINC | ~~MCTH~~ | 77,200 | buy stock | -9,248.84 | | -9,248.84 |
| 8573 | 2011-01-06 | DGMN | ~~EDE~~ | -15,000 | sell stock | | 4,150.09 | 54,346.74 |
| 8327 | 2011-01-04 | TDCH | | | ARW finders fee | | 3,600.00 | 50,196.65 |
| 8309 | 2011-01-01 | WORK | | | forex | 169.17 | | -0.00 |
| 8309 | 2011-01-01 | WORK | | | forex | | -172.38 | 46,596.65 |
| 8171 | 2010-12-31 | WORK | | | custody fees | | -50.40 | 46,769.03 |
| 8170 | 2010-12-31 | WORK | | | custody fees | -146.94 | | -169.17 |
| 8026 | 2010-12-30 | WORK | | | interest payment | | 14.69 | 46,819.43 |
| 8025 | 2010-12-30 | WORK | | | interest charge | -22.23 | | -22.23 |
| 7608 | 2010-12-22 | WORK | | | Sierra Director fees- FCPG note | -100.00 | | -0.00 |
| 7750 | 2010-12-22 | WORK | | | forex | | -66.48 | 46,804.74 |
| 7750 | 2010-12-22 | WORK | | | forex | 65.55 | | 100.00 |
| 7577 | 2010-12-17 | DGMN | ~~EDE~~ | -20,000 | sell stock | | 5,356.65 | 46,871.22 |
| 7576 | 2010-12-16 | DGMN | ~~EDE~~ | -55,000 | sell stock | | 14,877.77 | 41,514.57 |
| 7271 | 2010-12-15 | TDCO | | | forex ck #63 | -2,951.51 | | 34.45 |
| 7271 | 2010-12-15 | CASH | | | forex ck #63 | | 2,890.00 | 26,636.80 |
| 7428 | 2010-12-15 | DGMN | ~~EDE~~ | -22,000 | sell stock | | 5,655.19 | 23,746.80 |
| 7338 | 2010-12-14 | DGMN | ~~EDE~~ | -60,000 | sell stock | | 15,577.18 | 18,091.61 |
| 7281 | 2010-12-13 | DGMN | ~~EDE~~ | -20,000 | sell stock | | 5,404.43 | 2,514.43 |

A4642

| Ref | Date | Acct | Code | Qty | Description | | | |
|---|---|---|---|---|---|---|---|---|
| 7052 | 2010-12-10 | TDQB | | | Ardent cks #37-8 | | 70,000.00 | -2,890.00 |
| 7220 | 2010-12-10 | DGMN | ~~EDE~~ | 249,000 | buy stock | | -72,890.00 | -72,890.00 |
| 6980 | 2010-12-08 | BSIT | ~~UVFT~~ | -40,000 | sell stock | 7,322.71 | | 2,985.96 |
| 6244 | 2010-11-29 | WORK | | | interest charge | -116.74 | | -4,336.75 |
| 6175 | 2010-11-29 | LESH | ~~UVFT~~ | -25,000 | sell stock | 5,269.60 | | -4,220.01 |
| 6000 | 2010-11-23 | DGPR | ~~UVFT~~ | 750,000 | internal transfer | 0.00 | | -9,489.61 |
| 5792 | 2010-11-17 | WORK | | | Garden incorp | -2,900.00 | | -9,489.61 |
| 5612 | 2010-11-12 | WORK | | | Gardenwall Fdn 10 fees | -3,500.00 | | -6,589.61 |
| 5510 | 2010-11-10 | CASH | | | debit | | -2,100.00 | 0.00 |
| 5538 | 2010-11-10 | WORK | | | forex | | 2,100.00 | 2,100.00 |
| 5538 | 2010-11-10 | WORK | | | forex | -2,151.35 | | -3,089.61 |
| 5160 | 2010-11-02 | FCCN | | -9,960 | sell stock | 3,332.96 | | -938.26 |
| 4884 | 2010-10-29 | WORK | | | interest charge | -28.39 | | -4,271.22 |
| 4730 | 2010-10-20 | CASH | | | forex ck #30 | | 2,011.10 | 0.00 |
| 4730 | 2010-10-20 | TDCO | | | forex ck #30 | -2,023.56 | | -4,242.83 |
| 4537 | 2010-10-20 | TDQB | | | airfares ck #231 | | -2,011.10 | -2,011.10 |
| 4289 | 2010-10-19 | CASH | | | debit | | -5,250.01 | 0.00 |
| 4515 | 2010-10-19 | WORK | | | forex | | 5,250.01 | 5,250.00 |
| 4515 | 2010-10-19 | WORK | | | forex | -5,250.01 | | -2,219.27 |
| 4085 | 2010-10-13 | FCCN | | -5,000 | sell stock | 1,599.97 | | 3,030.74 |
| 3535 | 2010-09-30 | WORK | | | interest charge | -0.01 | | 1,430.77 |
| 3708 | 2010-09-30 | WORK | | | custody fees | -24.69 | | 1,430.78 |
| 3536 | 2010-09-30 | WORK | | | interest charge | | -0.01 | -0.01 |
| 2732 | 2010-09-17 | FCCN | AAPH | -5,000 | sell stock | 1,399.97 | | 1,455.47 |
| 2780 | 2010-09-17 | FCCN | AAPH | -5,000 | sell stock | 1,568.10 | | 55.50 |
| 2568 | 2010-09-14 | RANQ | | | forex | | 3,100.00 | 0.00 |
| 2568 | 2010-09-14 | RANQ | | | forex | -3,065.40 | | -1,512.60 |
| 2374 | 2010-09-09 | TDQB | | | Ferrous Capital Corp. ck #142 | | -3,100.00 | -3,100.00 |
| 381 | 2010-09-03 | BQUA | | | Imported Balance | | -40,050.00 | 0.00 |
| 1391 | 2010-09-03 | JCIT | | | Imported Balance | 29,191.33 | | 1,552.80 |
| 1107 | 2010-09-03 | DGPR | AAPH | -3,000 | Imported Holdings | | | |
| 78 | 2010-09-03 | BCOA | | | Imported Balance | -14,972.11 | | -27,638.53 |
| 929 | 2010-09-03 | DGMN | | | Imported Balance | | 1,379.50 | 40,050.00 |
| 584 | 2010-09-03 | BSIT | | | Imported Balance | | 680.00 | 38,670.50 |
| 1622 | 2010-09-03 | RANQ | | | Imported Balance | | 15,200.00 | 37,990.50 |
| 1415 | 2010-09-03 | JCIT | AAPH | -29,500 | Imported Holdings | | 20,420.50 | 22,790.50 |
| 308 | 2010-09-03 | WORK | | | Imported Balance | 13,407.82 | | -12,666.42 |
| 1146 | 2010-09-03 | FCCN | | | Imported Balance | | | |
| 953 | 2010-09-03 | DGMN | AAPH | 176,620 | Imported Holdings | | | |
| 928 | 2010-09-03 | DGMN | | | Imported Balance | -24,739.25 | | -26,074.24 |
| 2050 | 2010-09-03 | TDQB | | | Imported Balance | | -7,100.00 | 2,370.00 |
| 583 | 2010-09-03 | BSIT | | | Imported Balance | -370.66 | | -1,334.99 |
| 1621 | 2010-09-03 | RANQ | | | Imported Balance | -15,136.13 | | -964.33 |
| 1184 | 2010-09-03 | FCCN | AAPH | -25,900 | Imported Holdings | | | |
| 236 | 2010-09-03 | WORK | | | Imported Balance | -12,553.41 | | 14,171.79 |
| 1096 | 2010-09-03 | DGPR | | | Imported Balance | 1,910.00 | | 26,725.20 |
| 706 | 2010-09-03 | BSIT | AAPH | -1,000 | Imported Holdings | | | |
| 747 | 2010-09-03 | CASH | | | Imported Balance | | 9,470.00 | 9,470.00 |
| 1926 | 2010-09-03 | LESH | | | Imported Balance | 24,815.20 | | 24,815.20 |
| 1949 | 2010-09-03 | LESH | AAPH | -79,006 | Imported Holdings | | | |

page 1 of 1

A4643



**GARD**

Settings ☑B ☑H ☑C  **show filters**  **179** record(s)  Refresh

| Balances as of 2020-12-18 | | Account Holdings as of 2020-12-18 | |
|---|---|---|---|
| **USD** | -83,334.56 | Escrow: MAPG-E | 100 |
| **CAD** | -24,223.17 | Loan: L-ARDC | 1,751,334 |
| **CHF** | 0.00 | Loan: ~~L-DEVC~~ | 137,215 |
| **EUR** | 0.00 | Loan: L-JACC | 1,060,000 |
| **GBP** | 0.00 | Loan: L-PINC | 1,081,685 |
| | | Loan: L-SUMC | 541,237 |

showing 179 record(s)

| bID | Date | Ban/Brk | Smbl | Units | Descriptor | USD | CAD | CHF | EUR | GBP | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 83484 | 2015-02-25 | LOAN | L-PINC | 61,227 | interest | -10,205.00 | | | | | -24,223.17 |
| 83282 | 2015-02-02 | WORK | | | Graden 2015 fees | -2,500.00 | | | | | -83,334.56 |
| 83249 | 2015-01-30 | CASH | | | forex | | 2,641.02 | | | | -14,018.17 |
| 83249 | 2015-01-30 | BCHA | | | forex | -2,196.17 | | | | | -80,834.56 |
| 83090 | 2015-01-29 | WORK | | | interest charge | -1,471.46 | | | | | -78,638.39 |
| 83091 | 2015-01-29 | WORK | | | interest charge | | -311.72 | | | | -16,659.19 |
| 81823 | 2014-12-31 | WORK | | | interest charge | | -249.36 | | | | -16,347.47 |
| 81822 | 2014-12-31 | WORK | | | interest charge | -1,604.39 | | | | | -77,166.93 |
| 81662 | 2014-12-19 | CASH | | | debit | -600.00 | | | | | -16,098.11 |
| 81417 | 2014-12-15 | SBCH | L-SUMC | 100 | District of Summerland ck #39 | -200.00 | | | | | -15,498.11 |
| 81358 | 2014-12-11 | CASH | | | debit | -42,000.00 | | | | | -15,298.11 |
| 81361 | 2014-12-11 | HELH | | | forex | -28,275.43 | | | | | -75,562.54 |
| 81361 | 2014-12-11 | CASH | | | forex | | 31,380.00 | | | | 26,701.89 |
| 81332 | 2014-12-10 | WORK | | | internal transfer | -2,163.13 | | | | | -47,287.11 |
| 81326 | 2014-12-10 | WORK | | | internal transfer | 45,282.14 | | | | | -45,123.98 |
| 80794 | 2014-11-30 | WORK | | | interest charge | | -84.05 | | | | -4,678.11 |
| 80793 | 2014-11-30 | WORK | | | interest charge | -1,503.38 | | | | | -90,406.12 |
| 79831 | 2014-11-06 | CHSD | MAPG-E | 100 | receive gold coins | | | | | | -4,594.06 |
| 79803 | 2014-11-05 | WORK | | | internal transfer | -200,100.00 | | | | | -88,902.74 |
| 79673 | 2014-11-03 | CASH | | | debit | -10,500.00 | | | | | 6,005.94 |
| 79486 | 2014-10-31 | WORK | | | interest charge | | -11.57 | | | | 6,005.94 |
| 79485 | 2014-10-31 | WORK | | | interest payment | 157.71 | | | | | 111,197.26 |
| 78925 | 2014-10-24 | CASH | | | forex | | 13,135.00 | | | | 6,017.51 |
| 78925 | 2014-10-24 | SGPE | | | forex | -12,041.38 | | | | | 111,039.55 |
| 79031 | 2014-10-21 | WORK | | | forex | -1,425.24 | | | | | 123,080.93 |
| 79031 | 2014-10-21 | WORK | | | forex | 1,558.00 | | | | | -7,117.49 |
| 78707 | 2014-10-21 | LOAN | L-ARDC | 88,160 | interest | -14,693.00 | | | | | -8,675.49 |
| 78614 | 2014-10-14 | CASH | | | debit | -10,500.00 | | | | | 6,017.51 |
| 78617 | 2014-10-14 | SGGO | | | forex | 16,515.94 | | | | | 16,517.51 |
| 78617 | 2014-10-14 | SGGO | | | forex | -14,847.00 | | | | | 124,506.17 |
| 78553 | 2014-10-13 | WORK | | | Gardenwall Fdn 14 fees | -3,500.00 | | | | | 139,353.17 |
| 78526 | 2014-10-13 | VERA | | | Anthony Wonnacott TT | -101,101.00 | | | | | 142,853.17 |
| 78524 | 2014-10-13 | WORK | | | director fee | -100.00 | | | | | 243,954.17 |
| 78487 | 2014-10-09 | SGPE | | | Adisak Ploychattakool TT | -68,780.00 | | | | | 244,054.17 |
| 78407 | 2014-10-08 | SGPE | | | Buan Hau Holding TT cancel | -200.00 | | | | | 312,834.17 |
| 78038 | 2014-09-30 | WORK | | | interest payment | | 1.57 | | | | 1.57 |
| 78037 | 2014-09-30 | WORK | | | interest payment | 250.17 | | | | | 313,034.17 |
| 77357 | 2014-09-19 | WORK | | | internal transfer | 34,950.00 | | | | | 312,784.00 |
| 77174 | 2014-09-16 | CASH | | | debit | -21,000.00 | | | | | 277,834.00 |
| 77077 | 2014-09-12 | CASH | | | forex | 25,000.00 | | | | | 298,834.00 |
| 77077 | 2014-09-12 | BCHA | | | forex | -28,488.31 | | | | | -0.00 |
| 77043 | 2014-09-11 | SBCH | L-SUMC | 74 | District of Summerland ck #19 | -174.03 | | | | | 28,488.31 |
| 77092 | 2014-09-10 | WORK | | | forex | -36,600.39 | | | | | 273,834.00 |
| 77092 | 2014-09-10 | WORK | | | forex | | 39,162.34 | | | | 28,662.34 |
| 76997 | 2014-09-10 | CASH | | | debit | -10,500.00 | | | | | -10,500.00 |
| 76496 | 2014-08-31 | WORK | | | interest payment | 263.43 | | | | | 310,434.39 |
| 75728 | 2014-08-01 | WORK | | | forex | | 0.75 | | | | 0.00 |
| 75728 | 2014-08-01 | WORK | | | forex | -0.71 | | | | | 310,170.96 |
| 75234 | 2014-07-31 | WORK | | | interest payment | 488.78 | | | | | 310,171.67 |
| 75235 | 2014-07-31 | WORK | | | interest charge | | -0.75 | | | | -0.75 |
| 74969 | 2014-07-30 | BCHA | L-ARDC | 250,000 | Ardent Strategies ck #250 | -252,500.00 | | | | | 0.00 |
| 74956 | 2014-07-30 | WORK | | | forex | 1,119.00 | | | | | 252,500.00 |
| 74956 | 2014-07-30 | WORK | | | forex | -1,062.38 | | | | | 309,682.89 |
| 74490 | 2014-07-30 | LOAN | ~~L-DEVC~~ | 6,715 | interest | -1,119.00 | | | | | 251,381.00 |
| 75003 | 2014-07-30 | WORK | | | forex | 252,500.00 | | | | | 252,500.00 |
| 75003 | 2014-07-30 | WORK | | | forex | -239,723.50 | | | | | 310,745.27 |
| 74798 | 2014-07-23 | TDCH | | | Insurance ck #62 | -312.50 | | | | | -312.50 |
| 74658 | 2014-07-17 | BCEL | | | Computershare ck #178 | -121.00 | | | | | 312.50 |
| 74598 | 2014-07-16 | CASH | | | debit | -10,500.00 | | | | | 433.50 |
| 74896 | 2014-07-16 | SGPE | | | forex | | 10,933.50 | | | | 10,933.50 |
| 74896 | 2014-07-16 | SGPE | | | forex | -10,575.35 | | | | | 550,468.77 |
| 74347 | 2014-07-07 | WORK | | | forex | -19,937.40 | | | | | 561,044.12 |
| 74347 | 2014-07-07 | WORK | | | forex | | 21,000.00 | | | | 21,000.00 |
| 74338 | 2014-07-07 | WORK | | | internal transfer | 85,000.00 | | | | | 580,981.52 |
| 74337 | 2014-07-07 | CASH | | | debit | -21,000.00 | | | | | -21,000.00 |
| 74143 | 2014-06-30 | LEMI | | | forex | 619.89 | | | | | 0.00 |
| 74143 | 2014-06-30 | LEMI | | | forex | -586.79 | | | | | 495,981.52 |
| 73971 | 2014-06-27 | WORK | | | interest charge | | -619.89 | | | | -619.89 |
| 73970 | 2014-06-27 | WORK | | | interest payment | 528.99 | | | | | 496,568.31 |
| 70463 | 2014-06-18 | CASH | | | debit | -10,500.00 | | | | | 0.00 |
| 70440 | 2014-06-17 | BCHA | L-SUMC | 9,109 | District of Summerland ck #229 | -9,208.53 | | | | | 10,500.00 |
| 70328 | 2014-06-13 | VERA | | | forex | | 200.00 | | | | 19,708.53 |

A4644

| ID | Date | Code | Sub | Qty | Description | Amount | Amount2 | Balance |
|---|---|---|---|---|---|---|---|---|
| 70328 | 2014-06-13 | VERA | | | forex | -189.66 | | 496,039.32 |
| 70207 | 2014-06-11 | VERA | BXE | -50,000 | deliver stock | -300.00 | | 19,508.53 |
| 70158 | 2014-06-10 | VERA | | | forex | -448,675.12 | | 496,228.98 |
| 70158 | 2014-06-10 | VERA | | | forex | | 477,683.52 | 19,808.53 |
| 70090 | 2014-06-09 | VERA | BXE | 30,000 | buy stock | -293,102.29 | | -457,874.99 |
| 70187 | 2014-06-06 | WORK | | | forex | | 11,950.25 | -164,772.70 |
| 70187 | 2014-06-06 | WORK | | | forex | -11,224.87 | | 944,904.10 |
| 70014 | 2014-06-06 | VERA | BXE | 20,000 | buy stock | -196,523.32 | | -176,722.95 |
| 69936 | 2014-06-04 | WORK | | | internal transfer | 30,000.00 | | 956,128.97 |
| 70619 | 2014-06-02 | SGPE | | | forex | | 19,808.53 | 19,800.37 |
| 70619 | 2014-06-02 | SGPE | | | forex | -18,809.26 | | 926,128.97 |
| 69548 | 2014-05-30 | WORK | | | forex | -860.95 | | 944,938.23 |
| 69548 | 2014-05-30 | WORK | | | forex | | 921.54 | -8.16 |
| 69366 | 2014-05-30 | TDCH | | | Airfares | -930.54 | | -929.70 |
| 69623 | 2014-05-29 | WORK | | | interest payment | 0.84 | | 0.84 |
| 69622 | 2014-05-29 | WORK | | | interest payment | 784.54 | | 945,799.18 |
| 69272 | 2014-05-28 | WORK | | | internal transfer | 15,000.00 | | 945,014.64 |
| 69071 | 2014-05-20 | CASH | | | debit | -84,000.00 | | -0.00 |
| 69215 | 2014-05-20 | WORK | | | forex | | 84,000.00 | 84,000.00 |
| 69215 | 2014-05-20 | WORK | | | forex | -78,477.00 | | 930,014.64 |
| 68815 | 2014-05-08 | WORK | | | forex | | 52,500.00 | 52,500.00 |
| 68815 | 2014-05-08 | WORK | | | forex | -49,048.13 | | 1,008,491.64 |
| 68766 | 2014-05-08 | CASH | | | debit | -52,500.00 | | -52,500.00 |
| 68595 | 2014-05-02 | HELI | L-SUMC | 506,954 | Bell Alliance TT Summy | -519,628.05 | | 0.00 |
| 68547 | 2014-05-02 | WORK | | | internal transfer | 329,000.00 | | 1,057,539.77 |
| 68543 | 2014-05-02 | WORK | | | internal transfer | 325,000.00 | | 728,539.77 |
| 68617 | 2014-05-02 | HELI | | | forex | | 488,828.97 | 519,628.05 |
| 68617 | 2014-05-02 | HELI | | | forex | -454,839.09 | | 403,539.77 |
| 68514 | 2014-05-01 | TDCH | | | Airfares | -8,721.10 | | 30,799.08 |
| 68321 | 2014-04-30 | WORK | | | interest payment | 26.05 | | 39,520.18 |
| 68320 | 2014-04-30 | WORK | | | interest payment | 705.00 | | 858,378.86 |
| 67880 | 2014-04-25 | REST | AAPH-R | -150,000 | deliver stock | -100.00 | | 857,673.86 |
| 67242 | 2014-04-01 | WORK | | | forex | -1,111.19 | | 857,773.86 |
| 67242 | 2014-04-01 | WORK | | | forex | | 1,209.00 | 39,494.13 |
| 66942 | 2014-04-01 | LEBU | | | forex | -48,121.32 | | 858,885.05 |
| 66942 | 2014-04-01 | LEBU | | | forex | | 52,609.47 | 38,285.13 |
| 66753 | 2014-03-31 | WORK | | | interest charge | -415.13 | | -14,324.34 |
| 66752 | 2014-03-31 | WORK | | | interest payment | 731.46 | | 907,006.37 |
| 66525 | 2014-03-31 | CASH | | | debit | -10,500.00 | | -13,909.21 |
| 66731 | 2014-03-20 | CASH | | | forex | | 33,700.67 | -3,409.21 |
| 66731 | 2014-03-20 | LEMI | | | forex | -31,694.34 | | 906,274.91 |
| 66592 | 2014-03-20 | SGPE | L-SUMC | 25,000 | Parkside TT Summy | -25,900.88 | | -37,109.88 |
| 65905 | 2014-03-19 | WORK | | | Garden 14 fees | -2,500.00 | | 937,969.25 |
| 65672 | 2014-03-13 | WORK | | | internal transfer | 125,000.00 | | 940,469.25 |
| 65525 | 2014-03-11 | CASH | | | debit | -10,500.00 | | 815,469.25 |
| 65821 | 2014-03-11 | LEMI | | | forex | -10,922.28 | | 825,969.25 |
| 65821 | 2014-03-11 | LEMI | | | forex | | 11,991.80 | -11,209.00 |
| 65515 | 2014-03-11 | CASH | | | forex | | 10,000.00 | 836,891.53 |
| 65515 | 2014-03-11 | BCHA | | | forex | -11,430.67 | | -23,200.80 |
| 65452 | 2014-03-10 | TDCH | | | Airfares ck #37 | -583.77 | | -11,770.13 |
| 66512 | 2014-03-08 | LOAN | L-JACC | 60,000 | interest | -10,000.00 | | -11,186.36 |
| 65417 | 2014-03-07 | WORK | | | internal transfer | 110,000.00 | | 826,891.53 |
| 65416 | 2014-03-07 | WORK | | | internal transfer | 63,000.00 | | 716,891.53 |
| 64981 | 2014-02-28 | WORK | | | interest payment | 22.64 | | -1,186.36 |
| 64980 | 2014-02-28 | WORK | | | interest payment | 680.65 | | 653,891.53 |
| 64690 | 2014-02-26 | LELO | | | Blackrock Media TT | -252,601.00 | | 653,210.88 |
| 64345 | 2014-02-25 | LOAN | L-PINC | 57,762 | interest | -9,628.00 | | -1,209.00 |
| 64697 | 2014-02-25 | LELO | | | forex | | 9,228.00 | 8,419.00 |
| 64697 | 2014-02-25 | LELO | | | forex | -8,411.81 | | 905,811.88 |
| 64579 | 2014-02-24 | WORK | | | forex | -1,230.94 | | 914,223.69 |
| 64579 | 2014-02-24 | WORK | | | forex | | 1,339.29 | -809.00 |
| 64576 | 2014-02-24 | CASH | | | debit | -10,500.00 | | -2,148.29 |
| 64631 | 2014-02-24 | VERL | | | forex | | 400.00 | 8,351.71 |
| 64631 | 2014-02-24 | VERL | | | forex | -370.11 | | 915,454.63 |
| 64266 | 2014-02-14 | BCHA | L-DEVC | 17,500 | Devon Ventures ck #166 | -17,675.00 | | 7,951.71 |
| 64259 | 2014-02-14 | CASH | | | debit | -21,000.00 | | 25,626.71 |
| 64141 | 2014-02-11 | TDCH | | | Airfares | -11,246.19 | | 46,626.71 |
| 63634 | 2014-01-31 | WORK | | | interest payment | 777.16 | | 915,824.74 |
| 63635 | 2014-01-31 | WORK | | | interest payment | 25.90 | | 57,872.90 |
| 63125 | 2014-01-22 | LEMI | ARW | -60,000 | order certificate for Govinda Gill | -100.00 | | 57,847.00 |
| 63008 | 2014-01-16 | BCHA | L-ARDC | -59,156 | Interest payment | 59,156.00 | | 57,947.00 |
| 62763 | 2014-01-01 | WORK | | | forex | | 9,920.09 | -1,209.00 |
| 62763 | 2014-01-01 | WORK | | | forex | -9,418.13 | | 915,047.58 |
| 72170 | 2013-12-31 | RANQ | | | -42,000 opening balance | | | -11,129.09 |
| 71577 | 2013-12-31 | BEAB | ARW | -120,000 | opening balance | 0.00 | | -11,129.09 |
| 72477 | 2013-12-31 | TDQB | L-ARDC | 985,925 | opening balance | 0.00 | | -11,129.09 |
| 72814 | 2013-12-31 | DGPR | | 750,000 | opening balance | 0.00 | | 924,465.71 |
| 72400 | 2013-12-31 | LESH | AAPH | -79,006 | opening balance | 0.00 | | 924,465.71 |
| 71831 | 2013-12-31 | DGMN | | 42,000 | opening balance | 0.00 | | -11,129.09 |
| 73400 | 2013-12-31 | LOAN | L-PINC | 39,596 | opening balance | 0.00 | | -11,129.09 |
| 72717 | 2013-12-31 | SIQU | AAPH | 14,090 | opening balance | 0.00 | | 924,465.71 |
| 71917 | 2013-12-31 | FCCN | AAPH | -50,860 | opening balance | 0.00 | | 924,465.71 |
| 71449 | 2013-12-31 | WORK | ORYN | 500,000 | opening balance | 0.00 | | 924,465.71 |
| 72569 | 2013-12-31 | VERN | | 1,727 | opening balance | 0.00 | | 924,465.71 |
| 72905 | 2013-12-31 | CBHQ | ARW | 304,917 | opening balance | 0.00 | | -11,129.09 |
| 72240 | 2013-12-31 | REST | AAPH-R | 150,000 | opening balance | 0.00 | | 924,465.71 |

A4645

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 71578 | 2013-12-31 | BEAB | | -725,000 | opening balance | 0.00 | | 924,465.71 |
| 73553 | 2013-12-31 | BCHA | L-DEVC | 113,000 | opening balance | | 0.00 | -11,129.09 |
| 72813 | 2013-12-31 | DGPR | AAPH | -19,750 | opening balance | 0.00 | | 924,465.71 |
| 72401 | 2013-12-31 | LESH | | -25,000 | opening balance | 0.00 | | 924,465.71 |
| 71832 | 2013-12-31 | DGMN | L-ARDC | 420,000 | opening balance | | 0.00 | -11,129.09 |
| 73399 | 2013-12-31 | LOAN | L-ARDC | 66,405 | opening balance | | 0.00 | -11,129.09 |
| 72613 | 2013-12-31 | VERL | AAPH | -159,281 | opening balance | 0.00 | | 924,465.71 |
| 71977 | 2013-12-31 | FINC | AAPH | -17,500 | opening balance | 0.00 | | 924,465.71 |
| 71576 | 2013-12-31 | BEAB | AAPH | 138,460 | opening balance | 0.00 | | 924,465.71 |
| 72478 | 2013-12-31 | TDQB | L-PINC | 923,100 | opening balance | | 0.00 | -11,129.09 |
| 72843 | 2013-12-31 | JCIT | AAPH | -29,500 | opening balance | 0.00 | | 924,465.71 |
| 72241 | 2013-12-31 | REST | | 35,715 | opening balance | 0.00 | | 924,465.71 |
| 71830 | 2013-12-31 | DGMN | AAPH | 166,620 | opening balance | 0.00 | | 924,465.71 |
| 73429 | 2013-12-31 | LEMI | ARW | 60,000 | opening balance | | 0.00 | -11,129.09 |
| 72718 | 2013-12-31 | SIQU | ARW | -485,875 | opening balance | | 0.00 | -11,129.09 |
| 71154 | 2013-12-31 | WORK | | 0 | opening balance | -11,129.09 | | -11,129.09 |
| 71833 | 2013-12-31 | DGMN | L-JACC | 1,000,000 | opening balance | | 0.00 | 0.00 |
| 71448 | 2013-12-31 | WORK | AAPH | 35,000 | opening balance | 0.00 | | 924,465.71 |
| 72570 | 2013-12-31 | VERN | ORYN | -500,000 | opening balance | 0.00 | | 924,465.71 |
| 72977 | 2013-12-31 | SGPE | ARW | 300,958 | opening balance | | 0.00 | 0.00 |
| 71153 | 2013-12-31 | WORK | | | opening balance | 924,465.71 | | 924,465.71 |

<div align="center">page 1 of 1</div>

A4646



**GARD**  Settings ☑B ☑H ☑C **show filters** **120** record(s) Refresh

Balances as of 2021-01-13

| | |
|---|---|
| **USD** | 204,497.63 |
| **CAD** | -10,500.00 |
| **CHF** | 0.00 |
| **EUR** | 0.00 |
| **GBP** | 0.00 |

Account Holdings as of 2021-01-13

| | | |
|---|---|---|
| Loan: | L-DEVC | 137,215 |
| Loan: | L-JACC | 1,262,477 |

showing 120 record(s)

| bID | Date | Ban/Brk | Smbl | Units | Descriptor | USD | CAD | CHF | EUR | GBP | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 112424 | 2017-07-25 | WORK | | | internal transfer | 36,000.00 | | | | | 204,497.63 |
| 112790 | 2017-07-20 | CASH | | | debit | | -10,500.00 | | | | -10,500.00 |
| 111379 | 2017-06-02 | CASH | | | debit | | -5,250.00 | | | | 0.00 |
| 111387 | 2017-06-02 | WORK | | | forex | -3,917.91 | | | | | 168,497.63 |
| 111387 | 2017-06-02 | WORK | | | forex | | 5,250.00 | | | | 5,250.00 |
| 111356 | 2017-06-01 | WORK | | | internal transfer | 80,000.00 | | | | | 172,415.54 |
| 110977 | 2017-05-17 | WORK | | | internal transfer | 80,000.00 | | | | | 92,415.54 |
| 110917 | 2017-05-09 | WORK | | | forex | -3,493.77 | | | | | 12,415.54 |
| 110917 | 2017-05-09 | WORK | | | forex | | | | 3,147.54 | | 0.00 |
| 110814 | 2017-05-09 | AFTR | | | Nuova Accademia TT | | | | -3,147.54 | | -3,147.54 |
| 109676 | 2017-03-22 | WORK | | | forex | -9,964.96 | | | | | 15,909.31 |
| 109676 | 2017-03-22 | WORK | | | forex | | 13,153.75 | | | | -13,153.75 |
| 109525 | 2017-03-08 | WBHI | | | Dane Nicholas Stevens TT | | -50,993.75 | | | | -13,153.75 |
| 109557 | 2017-03-08 | WBHI | | | forex | -37,390.80 | | | | | 25,874.27 |
| 109557 | 2017-03-08 | WBHI | | | forex | | 49,750.00 | | | | 37,840.00 |
| 109643 | 2017-03-08 | LOAN | L-JACC | 71,461 | interest | | -11,910.00 | | | | -11,910.00 |
| 108778 | 2017-02-11 | WORK | | | internal transfer | 37,500.00 | | | | | 63,265.07 |
| 107834 | 2017-01-13 | WORK | | | internal transfer shell purchase repayment | 100,000.00 | | | | | 25,765.07 |
| 107702 | 2017-01-05 | WORK | | | internal transfer | 5,000.00 | | | | | -74,234.93 |
| 106010 | 2016-11-19 | WORK | | | Gardenwall Fdn 2016 fees | -3,500.00 | | | | | -79,234.93 |
| 104765 | 2016-10-12 | SAFE | MAPG-E | -100 | deliver gold coins | | -100.00 | | | | 0.00 |
| 102229 | 2016-07-29 | BOSA | | | forex | -4,168.26 | | | | | -75,734.93 |
| 102229 | 2016-07-29 | BOSA | | | forex | | 5,398.28 | | | | 100.00 |
| 102067 | 2016-07-21 | WORK | | | forex | -366.73 | | | | | -71,566.67 |
| 102067 | 2016-07-21 | WORK | | | forex | | 469.41 | | | | -5,298.28 |
| 101766 | 2016-07-06 | XPHO | | | 2 @6 mons services | -1,800.00 | | | | | -71,199.94 |
| 101154 | 2016-06-23 | SBCH | | | District of Summerland ck #219 Summy | -6,578.72 | | | | | -5,767.69 |
| 104727 | 2016-03-29 | CSOP | | | SA Lauramar TT EUR5,562.50 | | -8,247.08 | | | | -69,399.94 |
| 97629 | 2016-03-08 | LOAN | L-JACC | 67,416 | interest | | -11,236.00 | | | | 2,479.39 |
| 97671 | 2016-03-08 | WORK | | | forex | -8,499.92 | | | | | -62,821.22 |
| 97671 | 2016-03-08 | WORK | | | forex | | 11,236.00 | | | | 13,715.39 |
| 97556 | 2016-03-08 | WORK | | | Garden 2016 fees | -2,500.00 | | | | | -54,321.30 |
| 96574 | 2016-02-01 | WORK | | | forex | | 11,084.11 | | | | 2,479.39 |
| 96574 | 2016-02-01 | WORK | | | forex | -8,172.31 | | | | | -51,821.30 |
| 94960 | 2015-12-09 | WORK | | | internal transfer | 129,000.00 | | | | | -43,648.99 |
| 94080 | 2015-11-10 | CASH | | | debit | | -10,500.00 | | | | -8,604.72 |
| 94062 | 2015-11-10 | WORK | | | forex | | 118.85 | | | | 1,895.28 |
| 94062 | 2015-11-10 | WORK | | | forex | -90.48 | | | | | -172,648.99 |
| 93398 | 2015-10-22 | SIRI | | | forex | | 10,822.50 | | | | 1,776.43 |
| 93398 | 2015-10-22 | SIRI | | | forex | -8,352.99 | | | | | -172,558.51 |
| 93241 | 2015-10-15 | BCHA | | | District of Summerland ck #535 Summy | | -200.00 | | | | -9,046.07 |
| 93235 | 2015-10-15 | REST | | | Summy 15 fees | | -122.50 | | | | -8,846.07 |
| 93150 | 2015-10-12 | WORK | | | Gardenwall Fdn 15 fees | -3,500.00 | | | | | -164,205.52 |
| 93031 | 2015-10-05 | CASH | | | debit | | -10,500.00 | | | | -8,723.57 |
| 92994 | 2015-10-01 | WORK | | | forex | | -0.19 | | | | 1,776.43 |
| 92994 | 2015-10-01 | WORK | | | forex | 0.14 | | | | | -160,705.52 |
| 92341 | 2015-09-22 | WORK | | | Summy s/h loan | | -332.00 | | | | 1,776.62 |
| 92330 | 2015-09-22 | LOAN | L-SUMC | -550,367 | loan cancel | | 0.00 | | | | 2,108.62 |
| 92398 | 2015-09-01 | WORK | | | forex | 3,386.03 | | | | | -160,705.66 |
| 92398 | 2015-09-01 | WORK | | | forex | | -4,563.08 | | | | 2,108.62 |
| 91529 | 2015-08-17 | BCHA | L-SUMC | 100 | District of Summerland ck #513 | | -200.00 | | | | 6,671.70 |
| 91436 | 2015-08-07 | VERA | | | forex | | 10,632.77 | | | | 6,871.70 |
| 91436 | 2015-08-07 | VERA | | | forex | -8,328.07 | | | | | -164,091.69 |
| 90784 | 2015-07-15 | CASH | | | debit | | -10,500.00 | | | | -3,761.07 |
| 90654 | 2015-07-06 | VPQU | | | forex | -451.24 | | | | | -155,763.62 |
| 90654 | 2015-07-06 | VPQU | | | forex | | 551.57 | | | | 6,738.93 |
| 90607 | 2015-07-03 | VPQU | | | forex | | 9,695.03 | | | | 6,187.36 |
| 90607 | 2015-07-03 | VPQU | | | forex | -7,931.50 | | | | | -155,312.38 |
| 90666 | 2015-07-02 | VPQU | | | forex | | 1,271.43 | | | | -3,507.67 |
| 90666 | 2015-07-02 | WORK | | | forex | -1,040.16 | | | | | -147,380.88 |
| 88691 | 2015-06-25 | BCHA | L-SUMC | 8,817 | Property tax ck #471 | | -8,916.84 | | | | -4,779.10 |
| 89821 | 2015-06-23 | TDCH | L-SUMC | 213 | All West Insurance ck #112 | | -312.50 | | | | 4,137.74 |
| 89494 | 2015-06-05 | WORK | | | internal transfer close MDDD | -194.00 | | | | | -146,340.72 |
| 88987 | 2015-05-28 | TDCH | | | Hotel ck #107 | | -418.97 | | | | 4,450.24 |
| 88819 | 2015-05-14 | WORK | | | forex | -2,841.52 | | | | | -146,146.72 |
| 88819 | 2015-05-14 | WORK | | | forex | | 3,432.61 | | | | 4,869.21 |
| 88619 | 2015-05-14 | TDCH | | | Airfares & Hotel ck #105 | | -3,374.00 | | | | 1,436.60 |
| 87799 | 2015-04-21 | SGGO | | | cash | -9,824.01 | | | | | -143,305.20 |
| 87484 | 2015-04-09 | CASH | | | debit | | -10,500.00 | | | | 4,810.60 |
| 87516 | 2015-04-09 | WORK | | | forex | -12,511.25 | | | | | -133,481.19 |
| 87516 | 2015-04-09 | WORK | | | forex | | 15,185.69 | | | | 15,310.60 |
| 87311 | 2015-04-01 | CASH | | | forex | | 15,414.95 | | | | 124.91 |
| 87311 | 2015-04-01 | BCHA | | | forex | -12,692.21 | | | | | -120,969.94 |

A4647

| | | | | | | |
|---|---|---|---|---|---|---|
| 87447 | 2015-04-01 | BCHA | | forex | -26,114.63 | -108,277.73 |
| 87447 | 2015-04-01 | CASH | | forex | 31,544.41 | -15,290.04 |
| 86299 | 2015-03-08 | LOAN | L-JACC | 63,600 interest | -10,600.00 | -46,834.45 |
| 85808 | 2015-02-26 | CASH | | debit | -10,500.00 | -36,234.45 |
| 85687 | 2015-02-23 | WORK | | vote for Red Rock | -100.00 | -82,163.10 |
| 83282 | 2015-02-02 | WORK | | Garden 2015 fees | -2,500.00 | -82,063.10 |
| 83249 | 2015-01-30 | CASH | | forex | 2,641.02 | -25,734.45 |
| 83249 | 2015-01-30 | BCHA | | forex | -2,196.17 | -79,563.10 |
| 84233 | 2014-12-31 | BEAP | ARW | -120,000 opening balance | 0.00 | -28,375.47 |
| 84718 | 2014-12-31 | TDQB | L-PINC | 923,100 opening balance | 0.00 | -28,375.47 |
| 84959 | 2014-12-31 | CBHQ | ARW | 304,917 opening balance | 0.00 | -28,375.47 |
| 85373 | 2014-12-31 | LOAN | L-DEVC | 6,715 opening balance | 0.00 | -28,375.47 |
| 84163 | 2014-12-31 | WORK | AAPH | 35,000 opening balance | 0.00 | -77,366.93 |
| 84467 | 2014-12-31 | FINC | AAPH | -17,500 opening balance | 0.00 | -77,366.93 |
| 84825 | 2014-12-31 | SIQU | ARW | -485,875 opening balance | 0.00 | -28,375.47 |
| 85370 | 2014-12-31 | LOAN | L-ARDC | 154,565 opening balance | 0.00 | -28,375.47 |
| 84393 | 2014-12-31 | DGMN | L-ARDC | 420,000 opening balance | 0.00 | -28,375.47 |
| 84757 | 2014-12-31 | VERN | ORYN | -500,000 opening balance | 0.00 | -77,366.93 |
| 85003 | 2014-12-31 | SGPE | L-SUMC | 25,000 opening balance | 0.00 | -28,375.47 |
| 85504 | 2014-12-31 | BCHA | L-DEVC | 130,500 opening balance | 0.00 | -28,375.47 |
| 84232 | 2014-12-31 | BEAP | AAPH | 138,460 opening balance | 0.00 | -77,366.93 |
| 84717 | 2014-12-31 | TDQB | L-ARDC | 985,925 opening balance | 0.00 | -28,375.47 |
| 84924 | 2014-12-31 | JCIT | AAPH | -29,500 opening balance | 0.00 | -77,366.93 |
| 85372 | 2014-12-31 | LOAN | L-JACC | 60,000 opening balance | 0.00 | -28,375.47 |
| 83900 | 2014-12-31 | WORK | | 0 opening balance | -16,347.47 | -28,375.47 |
| 84436 | 2014-12-31 | FCCN | AAPH | -50,860 opening balance | 0.00 | -77,366.93 |
| 84824 | 2014-12-31 | SIQU | AAPH | 14,090 opening balance | 0.00 | -77,366.93 |
| 85207 | 2014-12-31 | HELI | L-SUMC | 506,954 opening balance | 0.00 | -12,028.00 |
| 85536 | 2014-12-31 | SBCH | L-SUMC | 174 opening balance | 0.00 | -12,028.00 |
| 84392 | 2014-12-31 | DGMN | AAPH | 166,620 opening balance | 0.00 | -77,366.93 |
| 84756 | 2014-12-31 | VERN | AAPH | 1,727 opening balance | 0.00 | -77,366.93 |
| 85002 | 2014-12-31 | SGPE | ARW | 300,958 opening balance | 0.00 | -12,028.00 |
| 85503 | 2014-12-31 | BCHA | L-ARDC | 190,844 opening balance | 0.00 | -12,028.00 |
| 84164 | 2014-12-31 | WORK | ORYN | 500,000 opening balance | 0.00 | -77,366.93 |
| 84686 | 2014-12-31 | LESH | AAPH | -79,006 opening balance | 0.00 | -77,366.93 |
| 84907 | 2014-12-31 | DGPR | AAPH | -19,750 opening balance | 0.00 | -77,366.93 |
| 85371 | 2014-12-31 | LOAN | L-PINC | 97,358 opening balance | 0.00 | -12,028.00 |
| 83899 | 2014-12-31 | WORK | L-JACC | 0 opening balance | -77,166.93 | -77,366.93 |
| 84394 | 2014-12-31 | DGMN | L-JACC | 1,000,000 opening balance | 0.00 | -12,028.00 |
| 84777 | 2014-12-31 | VERL | AAPH | -159,281 opening balance | 0.00 | -200.00 |
| 85145 | 2014-12-31 | SAFE | MAPG-E | 100 opening balance | 0.00 | -12,028.00 |
| 85505 | 2014-12-31 | BCHA | L-SUMC | 9,109 opening balance | 0.00 | -12,028.00 |
| 90627 | 2014-12-31 | WORK | | Directors fee | -200.00 | -200.00 |
| 90626 | 2014-12-31 | LOAN | L-PINC | -1,072,187 loan assignment | 0.00 | -12,028.00 |
| 83484 | 2014-12-31 | LOAN | L-PINC | 51,729 interest | -8,622.00 | -12,028.00 |
| 90625 | 2014-12-31 | LOAN | L-ARDC | -1,771,774 loan assignment | 0.00 | -3,406.00 |
| 90624 | 2014-12-31 | LOAN | L-ARDC | 20,440 interest | -3,406.00 | -3,406.00 |

page 1 of 1

A4648



**GARD**  | Settings | ☑B ☑H ☑C | show filters | 89 record(s) | Refresh |

| Balances as of 2020-12-18 | | Account Holdings as of 2020-12-18 | |
|---|---|---|---|
| USD | -500.00 | Escrow: ISOL-E | 160,000 |
| CAD | -16,454.72 | Loan: L-DEVC | 137,215 |
| CHF | 0.00 | Loan: L-FERC | 917,536 |
| EUR | 0.00 | Loan: L-JACC | 1,262,477 |
| GBP | 0.00 | | |

showing 89 record(s)

| bID | Date | Ban/Brk | Smbl | Units | Descriptor | USD | CAD | CHF | EUR | GBP | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 121484 | 2018-07-18 | REST | | | directors fee | -500.00 | | | | | -500.00 |
| 121030 | 2018-06-15 | WORK | | | Directors fees | -1,000.00 | | | | | -0.00 |
| 121029 | 2018-06-15 | REST | | | directors fee | -400.00 | | | | | 1,000.00 |
| 121328 | 2018-06-12 | WORK | | | forex | | 43,582.80 | | | | -16,454.72 |
| 121328 | 2018-06-12 | WORK | | | forex | -33,525.23 | | | | | 1,400.00 |
| 120989 | 2018-06-12 | BCHA | L-FERC | -900,000 | Ferrous loan payment | | 900,000.00 | | | | -60,037.52 |
| 120997 | 2018-06-12 | WORK | | | internal transfer Summy | | -600,000.00 | | | | -960,037.52 |
| 120995 | 2018-06-12 | WORK | | | internal transfer Summy | | -600,000.00 | | | | -360,037.52 |
| 120592 | 2018-05-18 | CANE | | | forex | -50,854.80 | | | | | 34,925.23 |
| 120592 | 2018-05-18 | CANE | | | forex | | 64,500.00 | | | | 239,962.48 |
| 120243 | 2018-04-09 | WILA | | | forex 2320 | -59,590.00 | | | | | 85,780.03 |
| 120243 | 2018-04-09 | WILA | | | forex 2320 | | 75,107.27 | | | | 175,462.48 |
| 120242 | 2018-04-05 | WIGO | | | forex 2316 | | 20,711.46 | | | | 100,355.21 |
| 120242 | 2018-04-05 | WIGO | | | forex 2316 | -16,463.00 | | | | | 145,370.03 |
| 120049 | 2018-04-02 | REST | ISOL-E | 160,000 | receive stock (returned) | | -100.00 | | | | 79,643.75 |
| 118851 | 2018-03-15 | WISA | | | Isodiol TT | | 200,000.00 | | | | 79,743.75 |
| 119669 | 2018-03-14 | BCHA | | | forex | -101,000.00 | | | | | 161,833.03 |
| 119669 | 2018-03-14 | BCHA | | | forex | | 128,250.00 | | | | -120,256.25 |
| 119127 | 2018-02-08 | WORK | | | internal transfer | 120,000.00 | | | | | 262,833.03 |
| 118833 | 2018-01-26 | REST | ISOL-E | -160,000 | deliver stock | | -100.00 | | | | -248,506.25 |
| 118831 | 2018-01-25 | REST | | | deliver stock: Fedex #771330508350 | | -50.00 | | | | -248,406.25 |
| 118831 | 2018-01-25 | REST | ISOL-E | 160,000 | receive stock | | -100.00 | | | | -248,356.25 |
| 118709 | 2018-01-16 | WISA | | | Isodiol TT | | -205,256.25 | | | | -248,256.25 |
| 118832 | 2018-01-01 | REST | | | sub agreement | | -1,000.00 | | | | -43,000.00 |
| 120990 | 2018-01-01 | LOAN | L-FERC | 1,817,536 | opening balance | 0.00 | | | | | -42,000.00 |
| 118343 | 2017-12-27 | WORK | | | director fees | -1,000.00 | | | | | 142,833.03 |
| 118337 | 2017-12-22 | CASH | | | debit | | -52,500.00 | | | | -42,000.00 |
| 118300 | 2017-12-19 | WORK | | | director fees | -1,000.00 | | | | | 143,833.03 |
| 118206 | 2017-12-13 | WORK | | | internal transfer EUR13k | -13,020.00 | | | | | 144,833.03 |
| 116697 | 2017-09-19 | WBHI | | | EUR9,000 | -11,749.02 | | | | | 157,853.03 |
| 115159 | 2017-08-21 | WBHI | | | forex | | | | 15,122.34 | | 0.00 |
| 115159 | 2017-08-21 | WORK | | | forex | -17,995.58 | | | | | 169,602.05 |
| 115138 | 2017-08-21 | AFTR | | | Nuova Accademia TT Chantel DeWaal | | | | -15,122.34 | | -15,122.34 |
| 115102 | 2017-08-18 | WORK | | | director fees | -100.00 | | | | | 187,597.63 |
| 112424 | 2017-07-25 | WORK | | | internal transfer | 36,000.00 | | | | | 187,697.63 |
| 115157 | 2017-07-20 | WORK | | | forex | -16,800.00 | | | | | 151,697.63 |
| 115157 | 2017-07-20 | WORK | | | forex | | 21,000.00 | | | | 10,500.00 |
| 112790 | 2017-07-20 | CASH | | | debit | | -10,500.00 | | | | -10,500.00 |
| 111379 | 2017-06-02 | CASH | | | debit | | -5,250.00 | | | | -0.00 |
| 111387 | 2017-06-02 | WORK | | | forex | | 5,250.00 | | | | 5,250.00 |
| 111387 | 2017-06-02 | WORK | | | forex | -3,917.91 | | | | | 168,497.63 |
| 111356 | 2017-06-01 | WORK | | | internal transfer | 80,000.00 | | | | | 172,415.54 |
| 110977 | 2017-05-17 | WORK | | | internal transfer | 80,000.00 | | | | | 92,415.54 |
| 110917 | 2017-05-09 | WORK | | | forex | | | | 3,147.54 | | 0.00 |
| 110917 | 2017-05-09 | WORK | | | forex | -3,493.77 | | | | | 12,415.54 |
| 110814 | 2017-05-09 | AFTR | | | Nuova Accademia TT | | | | -3,147.54 | | -3,147.54 |
| 109676 | 2017-03-22 | WORK | | | forex | | 13,153.75 | | | | 15,909.31 |
| 109676 | 2017-03-22 | WORK | | | forex | -9,964.96 | | | | | 15,909.31 |
| 109525 | 2017-03-08 | WBHI | | | Dane Nicholas Stevens TT | | -50,993.75 | | | | -13,153.75 |
| 109557 | 2017-03-08 | WBHI | | | forex | | 49,750.00 | | | | 37,840.00 |
| 109557 | 2017-03-08 | WBHI | | | forex | -37,390.80 | | | | | 25,874.27 |
| 109643 | 2017-03-08 | LOAN | L-JACC | 71,461 | interest | | -11,910.00 | | | | -11,910.00 |
| 108778 | 2017-02-11 | WORK | | | internal transfer | 37,500.00 | | | | | 63,265.07 |
| 107834 | 2017-01-13 | WORK | | | internal transfer shell purchase repayment | 100,000.00 | | | | | 25,765.07 |
| 107702 | 2017-01-05 | WORK | | | forex | 5,000.00 | | | | | -74,234.93 |
| 114143 | 2016-12-31 | CBHQ | ARW | 304,917 | opening balance | | 0.00 | | | | -0.00 |
| 114505 | 2016-12-31 | LOAN | L-SUMC | -550,367 | opening balance | | 0.00 | | | | -0.00 |
| 113597 | 2016-12-31 | DGMN | AAPH | 166,620 | opening balance | | 0.00 | | | | -79,234.93 |
| 113903 | 2016-12-31 | TDQB | L-PINC | 923,100 | opening balance | | 0.00 | | | | -0.00 |
| 114502 | 2016-12-31 | LOAN | L-PINC | -923,100 | opening balance | | 0.00 | | | | -0.00 |
| 113352 | 2016-12-31 | WORK | ORYN | 500,000 | opening balance | | 0.00 | | | | -79,234.93 |
| 113866 | 2016-12-31 | LESH | AAPH | -79,006 | opening balance | | 0.00 | | | | -79,234.93 |
| 114012 | 2016-12-31 | SIQU | ARW | -485,875 | opening balance | | 0.00 | | | | -0.00 |
| 114183 | 2016-12-31 | SGPE | L-SUMC | 25,000 | opening balance | | 0.00 | | | | -0.00 |
| 114626 | 2016-12-31 | BCHA | L-DEVC | 130,500 | opening balance | | 0.00 | | | | -0.00 |
| 113599 | 2016-12-31 | DGMN | L-JACC | 1,000,000 | opening balance | | 0.00 | | | | -0.00 |
| 113942 | 2016-12-31 | VERN | ORYN | -500,000 | opening balance | | 0.00 | | | | -79,234.93 |
| 114108 | 2016-12-31 | JCIT | AAPH | -29,500 | opening balance | | 0.00 | | | | -79,234.93 |
| 114504 | 2016-12-31 | LOAN | L-DEVC | 6,715 | opening balance | | 0.00 | | | | -0.00 |
| 113431 | 2016-12-31 | BEAP | ARW | -120,000 | opening balance | | 0.00 | | | | -0.00 |
| 113902 | 2016-12-31 | TDQB | L-ARDC | 985,925 | opening balance | | 0.00 | | | | -0.00 |
| 114501 | 2016-12-31 | LOAN | L-ARDC | -1,596,769 | opening balance | | 0.00 | | | | -0.00 |
| 114671 | 2016-12-31 | SBCH | L-SUMC | 174 | opening balance | | 0.00 | | | | -0.00 |
| 113351 | 2016-12-31 | WORK | AAPH | 35,000 | opening balance | | 0.00 | | | | -79,234.93 |
| 113673 | 2016-12-31 | CREC | AAPH | -17,500 | opening balance | | 0.00 | | | | -0.00 |
| 114011 | 2016-12-31 | SIQU | AAPH | 14,090 | opening balance | | 0.00 | | | | -79,234.93 |
| 114182 | 2016-12-31 | SGPE | ARW | 300,958 | opening balance | | 0.00 | | | | -0.00 |
| 114625 | 2016-12-31 | BCHA | L-ARDC | 190,844 | opening balance | | 0.00 | | | | -0.00 |
| 113598 | 2016-12-31 | DGMN | L-ARDC | 420,000 | opening balance | | 0.00 | | | | -0.00 |
| 113941 | 2016-12-31 | VERN | AAPH | 1,727 | opening balance | | 0.00 | | | | -79,234.93 |
| 114503 | 2016-12-31 | LOAN | L-JACC | 191,016 | opening balance | | 0.00 | | | | -79,234.93 |
| 113430 | 2016-12-31 | BEAP | AAPH | 138,460 | opening balance | | 0.00 | | | | -0.00 |
| 113883 | 2016-12-31 | TDCH | L-SUMC | 213 | opening balance | | 0.00 | | | | -0.00 |
| 114091 | 2016-12-31 | DGPR | AAPH | -19,750 | opening balance | | 0.00 | | | | -79,234.93 |
| 114352 | 2016-12-31 | HELI | L-SUMC | 506,954 | opening balance | | 0.00 | | | | -0.00 |
| 114627 | 2016-12-31 | BCHA | L-SUMC | 18,026 | opening balance | | 0.00 | | | | -0.00 |

A4649

| 113112 | 2016-12-31 | WORK | | 0 opening balance | -79,234.93 | -79,234.93 |
| 113642 | 2016-12-31 | FCCN | AAPH | -50,860 opening balance | 0.00 | -0.00 |
| 113962 | 2016-12-31 | VERL | AAPH | -159,281 opening balance | 0.00 | -0.00 |

page 1 of 1

12/18/2020, 12:09 PM

A4650

**EXHIBIT 313**

21-cv-11276-WGY

Securities & Exchange Commission v. Frederick Sharp, et al.
*Summary of Issuer Profit Allocations to Veldhuis, Sexton, and Friesen [1]*

| Account Code | Batch ID | Batch Date | Batch Description | Transaction Description (1) | Transaction Description (2) | Transaction Description (3) | Currency Code | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|
| ONCS | 18505 | 7/13/2011 | internal transfer GRC | Debit | | | USD | (21,357) | - |
| HEAR | 18505 | 7/13/2011 | internal transfer GRC | | Credit | | USD | 21,357 | - |
| BOND | 18505 | 7/13/2011 | internal transfer GRC | | | Bank/Broker Cash Commission | USD | 95 | - |
| STEV | 25129 | 12/16/2011 | internal transfer STEV | Debit | | | USD | (250,000) | - |
| ACCO | 25129 | 12/16/2011 | internal transfer STEV | | Credit | | USD | 250,000 | - |
| BOND | 25129 | 12/16/2011 | internal transfer STEV | | | Bank/Broker Cash Commission | USD | 100 | - |
| STEV | 25130 | 12/16/2011 | internal transfer STEV | Debit | | | USD | (250,000) | - |
| GARD | 25130 | 12/16/2011 | internal transfer STEV | | Credit | | USD | 250,000 | - |
| BOND | 25130 | 12/16/2011 | internal transfer STEV | | | Bank/Broker Cash Commission | USD | 100 | - |
| STEV | 26149 | 1/13/2012 | internal transfer STEV | Debit | | | USD | (481,933) | - |
| HEAR | 26149 | 1/13/2012 | internal transfer STEV | | Credit | | USD | 481,833 | - |
| BOND | 26149 | 1/13/2012 | internal transfer STEV | | | Bank/Broker Cash Commission | USD | 100 | - |
| STEV | 27653 | 2/15/2012 | internal transfer STEV | Debit | | | USD | (80,100) | - |
| ACCO | 27653 | 2/15/2012 | internal transfer STEV | | Credit | | USD | 80,000 | - |
| BOND | 27653 | 2/15/2012 | internal transfer STEV | | | Bank/Broker Cash Commission | USD | 100 | - |
| STVF | 27654 | 2/15/2012 | internal transfer STEV | Debit | | | USD | (80,100) | - |
| GARD | 27654 | 2/15/2012 | internal transfer STEV | | Credit | | USD | 80,000 | - |
| BOND | 27654 | 2/15/2012 | internal transfer STEV | | | Bank/Broker Cash Commission | USD | 100 | - |
| STEV | 27655 | 2/15/2012 | internal transfer STEV | Debit | | | USD | (364,100) | - |
| HEAR | 27655 | 2/15/2012 | internal transfer STEV | | Credit | | USD | 364,000 | - |
| BOND | 27655 | 2/15/2012 | internal transfer STEV | | | Bank/Broker Cash Commission | USD | 100 | - |
| STVF | 29806 | 3/23/2012 | internal transfer | Debit | | | USD | (192,350) | - |
| GARD | 29806 | 3/23/2012 | internal transfer | | Credit | | USD | 192,250 | - |
| BOND | 29806 | 3/23/2012 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| STVF | 29807 | 3/23/2012 | internal transfer | Debit | | | USD | (192,350) | - |
| ACCO | 29807 | 3/23/2012 | internal transfer | | Credit | | USD | 192,250 | - |
| BOND | 29807 | 3/23/2012 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| STVF | 29809 | 3/23/2012 | internal transfer | Debit | | | USD | (433,850) | - |
| HEAR | 29809 | 3/23/2012 | internal transfer | | Credit | | USD | 433,750 | - |
| BOND | 29809 | 3/23/2012 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| STVF | 30544 | 4/3/2012 | internal transfer | Debit | | | USD | (1,000,100) | - |
| ACCO | 30544 | 4/3/2012 | internal transfer | | Credit | | USD | 1,000,000 | - |
| BOND | 30544 | 4/3/2012 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| STVF | 30545 | 4/3/2012 | internal transfer | Debit | | | USD | (1,000,100) | - |
| GARD | 30545 | 4/3/2012 | internal transfer | | Credit | | USD | 1,000,000 | - |
| BOND | 30545 | 4/3/2012 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| STVF | 30741 | 4/5/2012 | internal transfer | Debit | | | USD | (2,250,100) | - |
| HEAR | 30741 | 4/5/2012 | internal transfer | | Credit | | USD | 2,250,000 | - |
| BOND | 30741 | 4/5/2012 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| STVF | 30750 | 4/5/2012 | Diamond Spot repayment | Debit | | | USD | (20,100) | - |
| HEAR | 30750 | 4/5/2012 | Diamond Spot repayment | | Credit | | USD | 20,000 | - |
| BOND | 30750 | 4/5/2012 | Diamond Spot repayment | | | Bank/Broker Cash Commission | USD | 100 | - |
| ONCS | 30945 | 4/11/2012 | internal transfer ONCS | Debit | | | USD | (269,100) | - |
| ACCO | 30945 | 4/11/2012 | internal transfer ONCS | | Credit | | USD | 269,000 | - |
| BOND | 30945 | 4/11/2012 | internal transfer ONCS | | | Bank/Broker Cash Commission | USD | 100 | - |
| ONCS | 30946 | 4/11/2012 | internal transfer ONCS | Debit | | | USD | (269,100) | - |
| GARD | 30946 | 4/11/2012 | internal transfer ONCS | | Credit | | USD | 269,000 | - |
| BOND | 30946 | 4/11/2012 | internal transfer ONCS | | | Bank/Broker Cash Commission | USD | 100 | - |
| ONCS | 31856 | 4/30/2012 | internal transfer ONCS | Debit | | | USD | (95,100) | - |
| ONCS | 31856 | 4/30/2012 | internal transfer ONCS | | Credit | | USD | 95,000 | - |
| ACCO | 31856 | 4/30/2012 | internal transfer ONCS | | Credit | | USD | | - |

1 of 8

A4651

Securities & Exchange Commission v. Frederick Sharp, et al.
*Summary of Issuer Profit Allocations to Veldhuis, Sexton, and Friesen  [1]*

| Account Code | Batch ID | Batch Date | Batch Description | Transaction Description (1) | Transaction Description (2) | Transaction Description (3) | Currency Code | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|
| BOND | 31856 | 4/30/2012 | internal transfer ONCS | | | Bank/Broker Cash Commission | USD | 100 | - |
| ONCS | 31857 | 4/30/2012 | internal transfer ONCS | Debit | | | USD | (95,100) | - |
| GARD | 31857 | 4/30/2012 | internal transfer ONCS | | Credit | | USD | 95,000 | - |
| BOND | 31857 | 4/30/2012 | internal transfer ONCS | | | Bank/Broker Cash Commission | USD | 100 | - |
| ONCS | 31859 | 4/30/2012 | internal transfer ONCS | Debit | | | USD | (269,600) | - |
| ONCS | 31859 | 4/30/2012 | internal transfer ONCS | | Credit | | USD | 269,500 | - |
| HEAR | 31859 | 4/30/2012 | internal transfer ONCS | | | Bank/Broker Cash Commission | USD | 100 | - |
| BOND | 31859 | 4/30/2012 | internal transfer ONCS | | | Bank/Broker Cash Commission | USD | 100 | - |
| ORYN | 32369 | 5/8/2012 | repay April 4 advance | Debit | | | USD | (75,921) | - |
| ACCO | 32369 | 5/8/2012 | repay April 4 advance | | Credit | | USD | 75,821 | - |
| BOND | 32369 | 5/8/2012 | repay April 4 advance | | | Bank/Broker Cash Commission | USD | 100 | - |
| STVF | 33254 | 5/30/2012 | internal transfer STVF | Debit | | | USD | (700,100) | - |
| ACCO | 33254 | 5/30/2012 | internal transfer STVF | | Credit | | USD | 700,000 | - |
| BOND | 33254 | 5/30/2012 | internal transfer STVF | | | Bank/Broker Cash Commission | USD | 100 | - |
| STVF | 33255 | 5/30/2012 | internal transfer STVF | Debit | | | USD | (700,100) | - |
| GARD | 33255 | 5/30/2012 | internal transfer STVF | | Credit | | USD | 700,000 | - |
| BOND | 33255 | 5/30/2012 | internal transfer STVF | | | Bank/Broker Cash Commission | USD | 100 | - |
| STVF | 33811 | 6/4/2012 | internal transfer STVF | Debit | | | USD | (1,595,100) | - |
| HEAR | 33811 | 6/4/2012 | internal transfer STVF | | Credit | | USD | 1,595,000 | - |
| BOND | 33811 | 6/4/2012 | internal transfer STVF | | | Bank/Broker Cash Commission | USD | 100 | - |
| ORYN | 41297 | 11/15/2012 | internal transfer ORYN | Debit | | | USD | (100,100) | - |
| ACCO | 41297 | 11/15/2012 | internal transfer ORYN | | Credit | | USD | 100,000 | - |
| BOND | 41297 | 11/15/2012 | internal transfer ORYN | | | Bank/Broker Cash Commission | USD | 100 | - |
| ORYN | 41298 | 11/15/2012 | internal transfer ORYN | Debit | | | USD | (100,100) | - |
| GARD | 41298 | 11/15/2012 | internal transfer ORYN | | Credit | | USD | 100,000 | - |
| BOND | 41298 | 11/15/2012 | internal transfer ORYN | | | Bank/Broker Cash Commission | USD | 100 | - |
| ORYN | 41299 | 11/15/2012 | internal transfer ORYN | Debit | | | USD | (100,100) | - |
| HEAR | 41299 | 11/15/2012 | internal transfer ORYN | | Credit | | USD | 100,000 | - |
| BOND | 41299 | 11/15/2012 | internal transfer ORYN | | | Bank/Broker Cash Commission | USD | 100 | - |
| STEV | 44055 | 1/14/2013 | internal transfer STEV | Debit | | | USD | (30,100) | - |
| ACCO | 44055 | 1/14/2013 | internal transfer STEV | | Credit | | USD | 30,000 | - |
| BOND | 44055 | 1/14/2013 | internal transfer STEV | | | Bank/Broker Cash Commission | USD | 100 | - |
| STEV | 44056 | 1/14/2013 | internal transfer STEV | Debit | | | USD | (30,100) | - |
| GARD | 44056 | 1/14/2013 | internal transfer STEV | | Credit | | USD | 30,000 | - |
| BOND | 44056 | 1/14/2013 | internal transfer STEV | | | Bank/Broker Cash Commission | USD | 100 | - |
| STEV | 44062 | 1/14/2013 | internal transfer STEV | Debit | | | USD | (36,766) | - |
| HEAR | 44062 | 1/14/2013 | internal transfer STEV | | Credit | | USD | 36,666 | - |
| BOND | 44062 | 1/14/2013 | internal transfer STEV | | | Bank/Broker Cash Commission | USD | 100 | - |
| GRPH | 44194 | 1/17/2013 | internal transfer PGroup | Debit | | | USD | (1,050,100) | - |
| HEAR | 44194 | 1/17/2013 | internal transfer PGroup | | Credit | | USD | 1,050,000 | - |
| BOND | 44194 | 1/17/2013 | internal transfer PGroup | | | Bank/Broker Cash Commission | USD | 100 | - |
| GRPH | 44550 | 1/26/2013 | internal transfer PGroup | Debit | | | USD | (50,100) | - |
| ACCO | 44550 | 1/26/2013 | internal transfer PGroup | | Credit | | USD | 50,000 | - |
| BOND | 44550 | 1/26/2013 | internal transfer PGroup | | | Bank/Broker Cash Commission | USD | 100 | - |
| GRPH | 44551 | 1/26/2013 | internal transfer PGroup | Debit | | | USD | (50,100) | - |
| GARD | 44551 | 1/26/2013 | internal transfer PGroup | | Credit | | USD | 50,000 | - |
| BOND | 44551 | 1/26/2013 | internal transfer PGroup | | | Bank/Broker Cash Commission | USD | 100 | - |
| GRPH | 44552 | 1/26/2013 | internal transfer PGroup | Debit | | | USD | (50,100) | - |
| HEAR | 44552 | 1/26/2013 | internal transfer PGroup | | Credit | | USD | 50,000 | - |
| BOND | 44552 | 1/26/2013 | internal transfer PGroup | | | Bank/Broker Cash Commission | USD | 100 | - |
| ECAU | 44551 | 2/12/2013 | internal transfer ECAU | Debit | | | USD | (775,100) | - |

A4652

**Securities & Exchange Commission v. Frederick Sharp, et al.**
*Summary of Issuer Profit Allocations to Veldhuis, Sexton, and Friesen [1]*

| Account Code | Batch ID | Batch Date | Batch Description | Transaction Description (1) | Transaction Description (2) | Transaction Description (3) | Currency Code | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|
| HEAR | 45551 | 2/12/2013 | internal transfer ECAU | | Credit | | USD | 775,000 | - |
| BOND | 45551 | 2/12/2013 | internal transfer ECAU | | | Bank/Broker Cash Commission | USD | 100 | - |
| ECAU | 45552 | 2/12/2013 | internal transfer ECAU | Debit | | | USD | (775,100) | - |
| ACCO | 45552 | 2/12/2013 | internal transfer ECAU | | Credit | | USD | 775,000 | - |
| BOND | 45552 | 2/12/2013 | internal transfer ECAU | | | Bank/Broker Cash Commission | USD | 100 | - |
| ECAU | 45553 | 2/12/2013 | internal transfer ECAU | Debit | | | USD | (775,100) | - |
| GARD | 45553 | 2/12/2013 | internal transfer ECAU | | Credit | | USD | 775,000 | - |
| BOND | 45553 | 2/12/2013 | internal transfer ECAU | | | Bank/Broker Cash Commission | USD | 100 | - |
| STEV | 45765 | 2/19/2013 | internal transfer STEV | Debit | | | USD | (45,100) | - |
| GARD | 45765 | 2/19/2013 | internal transfer STEV | | Credit | | USD | 45,000 | - |
| BOND | 45765 | 2/19/2013 | internal transfer STEV | | | Bank/Broker Cash Commission | USD | 100 | - |
| STEV | 45766 | 2/19/2013 | internal transfer STEV | Debit | | | USD | (45,100) | - |
| GARD | 45766 | 2/19/2013 | internal transfer STEV | | Credit | | USD | 45,000 | - |
| BOND | 45766 | 2/19/2013 | internal transfer STEV | | | Bank/Broker Cash Commission | USD | 100 | - |
| STEV | 45769 | 2/19/2013 | internal transfer STEV | Debit | | | USD | (55,100) | - |
| HEAR | 45769 | 2/19/2013 | internal transfer STEV | | Credit | | USD | 55,000 | - |
| BOND | 45769 | 2/19/2013 | internal transfer STEV | | | Bank/Broker Cash Commission | USD | 100 | - |
| ECAU | 45773 | 2/19/2013 | internal transfer ECAU | Debit | | | USD | (2,500,100) | - |
| ACCO | 45773 | 2/19/2013 | internal transfer ECAU | | Credit | | USD | 2,500,000 | - |
| BOND | 45773 | 2/19/2013 | internal transfer ECAU | | | Bank/Broker Cash Commission | USD | 100 | - |
| ECAU | 45774 | 2/19/2013 | internal transfer ECAU | Debit | | | USD | (2,500,100) | - |
| GARD | 45774 | 2/19/2013 | internal transfer ECAU | | Credit | | USD | 2,500,000 | - |
| BOND | 45774 | 2/19/2013 | internal transfer ECAU | | | Bank/Broker Cash Commission | USD | 100 | - |
| ECAU | 45775 | 2/19/2013 | internal transfer ECAU | Debit | | | USD | (2,000,100) | - |
| HEAR | 45775 | 2/19/2013 | internal transfer ECAU | | Credit | | USD | 2,000,000 | - |
| BOND | 45775 | 2/19/2013 | internal transfer ECAU | | | Bank/Broker Cash Commission | USD | 100 | - |
| ECAU | 48332 | 4/8/2013 | internal transfer | Debit | | | USD | (2,000,100) | - |
| ACCO | 48332 | 4/8/2013 | internal transfer | | Credit | | USD | 2,000,000 | - |
| BOND | 48332 | 4/8/2013 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| ECAU | 48333 | 4/8/2013 | internal transfer | Debit | | | USD | (2,000,100) | - |
| GARD | 48333 | 4/8/2013 | internal transfer | | Credit | | USD | 2,000,000 | - |
| BOND | 48333 | 4/8/2013 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| ECAU | 48335 | 4/8/2013 | internal transfer | Debit | | | USD | (2,000,100) | - |
| HEAR | 48335 | 4/8/2013 | internal transfer | | Credit | | USD | 2,000,000 | - |
| BOND | 48335 | 4/8/2013 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| HEAR | 48605 | 4/15/2013 | internal transfer | Debit | | | USD | (125,100) | - |
| GARD | 48605 | 4/15/2013 | internal transfer | | Credit | | USD | 125,000 | - |
| BOND | 48605 | 4/15/2013 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| STEV | 52552 | 6/20/2013 | internal transfer | Debit | | | USD | (24,100) | - |
| HEAR | 52552 | 6/20/2013 | internal transfer | | Credit | | USD | 24,000 | - |
| BOND | 52552 | 6/20/2013 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| STEV | 52557 | 6/20/2013 | internal transfer | Debit | | | USD | (20,100) | - |
| BOND | 52557 | 6/20/2013 | internal transfer | | Credit | | USD | 20,000 | - |
| ACCO | 52557 | 6/20/2013 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| STEV | 52559 | 6/20/2013 | internal transfer | Debit | | | USD | (20,100) | - |
| GARD | 52559 | 6/20/2013 | internal transfer | | Credit | | USD | 20,000 | - |
| BOND | 52559 | 6/20/2013 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| ARTH | 54598 | 7/31/2013 | internal transfer | Debit | | | USD | (500,100) | - |
| ACCO | 54598 | 7/31/2013 | internal transfer | | Credit | | USD | 500,000 | - |
| BOND | 54598 | 7/31/2013 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |

A4653

**Securities & Exchange Commission v. Frederick Sharp, et al.**
*Summary of Issuer Profit Allocations to Veldhuis, Sexton, and Friesen  [1]*

| Account Code | Batch ID | Batch Date | Batch Description | Transaction Description (1) | Transaction Description (2) | Transaction Description (3) | Currency Code | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|
| ARTH | 54599 | 7/31/2013 | internal transfer | Debit | | | USD | (500,100) | - |
| GARD | 54599 | 7/31/2013 | internal transfer | | Credit | | USD | 500,000 | - |
| BOND | 54599 | 7/31/2013 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| ARTH | 54600 | 7/31/2013 | internal transfer | Debit | | | USD | (500,100) | - |
| HEAR | 54600 | 7/31/2013 | internal transfer | | Credit | | USD | 500,000 | - |
| BOND | 54600 | 7/31/2013 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| ARTH | 55656 | 8/21/2013 | internal transfer | Debit | | | USD | (600,100) | - |
| ACCO | 55656 | 8/21/2013 | internal transfer | | Credit | | USD | 600,000 | - |
| BOND | 55656 | 8/21/2013 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| ARTH | 55657 | 8/21/2013 | internal transfer | Debit | | | USD | (600,100) | - |
| GARD | 55657 | 8/21/2013 | internal transfer | | Credit | | USD | 600,000 | - |
| BOND | 55657 | 8/21/2013 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| ARTH | 55659 | 8/21/2013 | internal transfer | Debit | | | USD | (600,100) | - |
| HEAR | 55659 | 8/21/2013 | internal transfer | | Credit | | USD | 600,000 | - |
| BOND | 55659 | 8/21/2013 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| ARTH | 57221 | 9/23/2013 | internal transfer | Debit | | | USD | (200,100) | - |
| ACCO | 57221 | 9/23/2013 | internal transfer | | Credit | | USD | 200,000 | - |
| BOND | 57221 | 9/23/2013 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| ARTH | 57223 | 9/23/2013 | internal transfer | Debit | | | USD | (200,100) | - |
| GARD | 57223 | 9/23/2013 | internal transfer | | Credit | | USD | 200,000 | - |
| BOND | 57223 | 9/23/2013 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| ARTH | 57224 | 9/23/2013 | internal transfer | Debit | | | USD | (200,100) | - |
| HEAR | 57224 | 9/23/2013 | internal transfer | | Credit | | USD | 200,000 | - |
| BOND | 57224 | 9/23/2013 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| BOND | 61490 | 12/16/2013 | internal transfer | Debit | | | USD | (500,100) | - |
| HEAR | 61490 | 12/16/2013 | internal transfer | | Credit | | USD | 500,000 | - |
| BOND | 61490 | 12/16/2013 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| MDDD | 61491 | 12/16/2013 | internal transfer | Debit | | | USD | (450,100) | - |
| ACCO | 61491 | 12/16/2013 | internal transfer | | Credit | | USD | 450,000 | - |
| BOND | 61491 | 12/16/2013 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| MDDD | 61492 | 12/16/2013 | internal transfer | Debit | | | USD | (450,100) | - |
| GARD | 61492 | 12/16/2013 | internal transfer | | Credit | | USD | 450,000 | - |
| BOND | 61492 | 12/16/2013 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| MDDD | 61494 | 12/16/2013 | internal transfer | Debit | | | USD | (245,100) | - |
| ACCO | 61494 | 12/16/2013 | internal transfer | | Credit | | USD | 245,000 | - |
| BOND | 61494 | 12/16/2013 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| MDDD | 61495 | 12/16/2013 | internal transfer | Debit | | | USD | (245,100) | - |
| GARD | 61495 | 12/16/2013 | internal transfer | | Credit | | USD | 245,000 | - |
| BOND | 61495 | 12/16/2013 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| MDDD | 61496 | 12/16/2013 | internal transfer | Debit | | | USD | (245,100) | - |
| HEAR | 61496 | 12/16/2013 | internal transfer | | Credit | | USD | 245,000 | - |
| BOND | 61496 | 12/16/2013 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| MDDD | 65414 | 3/7/2014 | internal transfer | Debit | | | USD | (223,100) | - |
| HEAR | 65414 | 3/7/2014 | internal transfer | | Credit | | USD | 223,000 | - |
| BOND | 65414 | 3/7/2014 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| MDDD | 65415 | 3/7/2014 | internal transfer | Debit | | | USD | (173,100) | - |
| ACCO | 65415 | 3/7/2014 | internal transfer | | Credit | | USD | 173,000 | - |
| BOND | 65415 | 3/7/2014 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| MDDD | 65416 | 3/7/2014 | internal transfer | Debit | | | USD | (63,100) | - |
| GARD | 65416 | 3/7/2014 | internal transfer | | Credit | | USD | 63,000 | - |

4 of 8

A4654

**Securities & Exchange Commission v. Frederick Sharp, et al.**
*Summary of Issuer Profit Allocations to Veldhuis, Sexton, and Friesen [1]*

| Account Code | Batch ID | Batch Date | Batch Description | Transaction Description (1) | Transaction Description (2) | Transaction Description (3) | Currency Code | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|
| BOND | 65416 | 3/7/2014 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| STVF | 65417 | 3/7/2014 | internal transfer | Debit | | | USD | (110,100) | - |
| GARD | 65417 | 3/7/2014 | internal transfer | | | | USD | 110,000 | - |
| BOND | 65417 | 3/7/2014 | internal transfer | | | | USD | 100 | - |
| RIHI | 65671 | 3/13/2014 | internal transfer | Debit | | | USD | (125,000) | - |
| ACCO | 65671 | 3/13/2014 | internal transfer | | | | USD | 125,000 | - |
| BOND | 65671 | 3/13/2014 | internal transfer | | Credit | | USD | 100 | - |
| RIHI | 65672 | 3/13/2014 | internal transfer | Debit | | | USD | (125,000) | - |
| GARD | 65672 | 3/13/2014 | internal transfer | | | | USD | 125,000 | - |
| BOND | 65672 | 3/13/2014 | internal transfer | | Credit | | USD | 100 | - |
| RIHI | 65673 | 3/13/2014 | internal transfer | Debit | | | USD | (250,000) | - |
| HEAR | 65673 | 3/13/2014 | internal transfer | | | | USD | 250,000 | - |
| BOND | 65673 | 3/13/2014 | internal transfer | | Credit | | USD | 100 | - |
| STEV | 68541 | 5/2/2014 | internal transfer | Debit | | | USD | (987,000) | - |
| HEAR | 68541 | 5/2/2014 | internal transfer | | | Bank/Broker Cash Commission | USD | 987,000 | - |
| BOND | 68541 | 5/2/2014 | internal transfer | | | | USD | 100 | - |
| STEV | 68543 | 5/2/2014 | internal transfer | Debit | | | USD | (325,000) | - |
| GARD | 68543 | 5/2/2014 | internal transfer | | | | USD | 325,000 | - |
| BOND | 68543 | 5/2/2014 | internal transfer | | Credit | | USD | 100 | - |
| STEV | 68544 | 5/2/2014 | internal transfer | Debit | | | USD | (325,000) | - |
| ACCO | 68544 | 5/2/2014 | internal transfer | | | | USD | 325,000 | - |
| BOND | 68544 | 5/2/2014 | internal transfer | | Credit | Bank/Broker Cash Commission | USD | 100 | - |
| MDDD | 68546 | 5/2/2014 | internal transfer | Debit | | | USD | (329,100) | - |
| ACCO | 68546 | 5/2/2014 | internal transfer | | | | USD | 329,000 | - |
| BOND | 68546 | 5/2/2014 | internal transfer | | Credit | | USD | 100 | - |
| MDDD | 68547 | 5/2/2014 | internal transfer | Debit | | | USD | (329,000) | - |
| GARD | 68547 | 5/2/2014 | internal transfer | | | | USD | 329,000 | - |
| BOND | 68547 | 5/2/2014 | internal transfer | | Credit | Bank/Broker Cash Commission | USD | 100 | - |
| STVF | 69271 | 5/28/2014 | internal transfer | Debit | | | USD | (15,100) | - |
| ACCO | 69271 | 5/28/2014 | internal transfer | | Credit | | USD | 15,000 | - |
| BOND | 69271 | 5/28/2014 | internal transfer | | | | USD | 100 | - |
| STVF | 69272 | 5/28/2014 | internal transfer | Debit | | | USD | (15,100) | - |
| GARD | 69272 | 5/28/2014 | internal transfer | | Credit | | USD | 15,000 | - |
| BOND | 69272 | 5/28/2014 | internal transfer | | | | USD | 100 | - |
| STVF | 69273 | 5/28/2014 | internal transfer | Debit | | | USD | (33,850) | - |
| HEAR | 69273 | 5/28/2014 | internal transfer | | Credit | | USD | 33,750 | - |
| BOND | 69273 | 5/28/2014 | internal transfer | | | | USD | 100 | - |
| STVF | 69275 | 5/28/2014 | internal transfer | Debit | | | USD | (52,100) | - |
| HEAR | 69275 | 5/28/2014 | internal transfer | | | | USD | 52,000 | - |
| BOND | 69275 | 5/28/2014 | internal transfer | | Credit | Bank/Broker Cash Commission | USD | 100 | - |
| ARTH | 69933 | 6/4/2014 | internal transfer | Debit | | | USD | (60,100) | - |
| HEAR | 69933 | 6/4/2014 | internal transfer | | Credit | | USD | 60,000 | - |
| BOND | 69933 | 6/4/2014 | internal transfer | | | | USD | 100 | - |
| ARTH | 69935 | 6/4/2014 | internal transfer | Debit | | | USD | (30,100) | - |
| ACCO | 69935 | 6/4/2014 | internal transfer | | Credit | | USD | 30,000 | - |
| BOND | 69935 | 6/4/2014 | internal transfer | | | | USD | 100 | - |
| ARTH | 69936 | 6/4/2014 | internal transfer | | Credit | | USD | (30,000) | - |
| GARD | 69936 | 6/4/2014 | internal transfer | | | | USD | 30,000 | - |
| BOND | 69936 | 6/4/2014 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| MDDD | 74338 | 7/7/2014 | internal transfer | Debit | | | USD | (85,100) | - |

**Securities & Exchange Commission v. Frederick Sharp, et al.**
*Summary of Issuer Profit Allocations to Veldhuis, Sexton, and Friesen [1]*

| Account Code | Batch ID | Batch Date | Batch Description | Transaction Description (1) | Transaction Description (2) | Transaction Description (3) | Currency Code | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|
| GARD | 74338 | 7/7/2014 | internal transfer | | Credit | | USD | 85,000 | - |
| BOND | 74338 | 7/7/2014 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| MDDD | 74339 | 7/7/2014 | internal transfer | Debit | | | USD | (85,100) | - |
| ACCO | 74339 | 7/7/2014 | internal transfer | | | Bank/Broker Cash Commission | USD | 85,000 | - |
| BOND | 74339 | 7/7/2014 | internal transfer | | Credit | | USD | 100 | - |
| MDDD | 74340 | 7/7/2014 | internal transfer | Debit | | | USD | (85,100) | - |
| HEAR | 74340 | 7/7/2014 | internal transfer | | | Bank/Broker Cash Commission | USD | 85,000 | - |
| BOND | 74340 | 7/7/2014 | internal transfer | | Credit | | USD | 100 | - |
| MDDD | 77356 | 9/19/2014 | internal transfer | Debit | | | USD | (35,050) | - |
| ACCO | 77356 | 9/19/2014 | internal transfer | | | Bank/Broker Cash Commission | USD | 34,950 | - |
| BOND | 77356 | 9/19/2014 | internal transfer | | Credit | | USD | 100 | - |
| MDDD | 77357 | 9/19/2014 | internal transfer | Debit | | | USD | (35,050) | - |
| GARD | 77357 | 9/19/2014 | internal transfer | | | Bank/Broker Cash Commission | USD | 34,950 | - |
| BOND | 77357 | 9/19/2014 | internal transfer | | Credit | | USD | 100 | - |
| MDDD | 77358 | 9/19/2014 | internal transfer | Debit | | | USD | (35,050) | - |
| STEV | 77358 | 9/19/2014 | internal transfer | | | Bank/Broker Cash Commission | USD | 34,950 | - |
| BOND | 77358 | 9/19/2014 | internal transfer | | Credit | | USD | 100 | - |
| STEV | 81326 | 12/10/2014 | internal transfer | Debit | | | USD | (35,525) | - |
| ACCO | 81326 | 12/10/2014 | internal transfer | | | Bank/Broker Cash Commission | USD | 35,425 | - |
| BOND | 81326 | 12/10/2014 | internal transfer | | Credit | | USD | 100 | - |
| STEV | 81329 | 12/10/2014 | internal transfer | Debit | | | USD | (35,525) | - |
| ACCO | 81329 | 12/10/2014 | internal transfer | | | Bank/Broker Cash Commission | USD | 35,425 | - |
| BOND | 81329 | 12/10/2014 | internal transfer | | Credit | | USD | 100 | - |
| STEV | 81330 | 12/10/2014 | internal transfer | Debit | | | USD | (35,525) | - |
| HEAR | 81330 | 12/10/2014 | internal transfer | | | Bank/Broker Cash Commission | USD | 35,425 | - |
| BOND | 81330 | 12/10/2014 | internal transfer | | Credit | | USD | 100 | - |
| GARD | 81331 | 12/10/2014 | internal transfer | | | Bank/Broker Cash Commission | USD | 35,425 | - |
| MDDD | 81331 | 12/10/2014 | internal transfer | Debit | | | USD | (35,525) | - |
| BOND | 81331 | 12/10/2014 | internal transfer | | Credit | | USD | 100 | - |
| GARD | 89494 | 6/5/2015 | internal transfer close MDDD | Debit | | | USD | (194) | - |
| MDDD | 89494 | 6/5/2015 | internal transfer close MDDD | | | Bank/Broker Cash Commission | USD | 194 | - |
| BOND | 89494 | 6/5/2015 | internal transfer close MDDD | | Credit | | USD | - | - |
| ARTH | 94960 | 12/9/2015 | internal transfer | Debit | | | USD | (129,000) | - |
| GARD | 94960 | 12/9/2015 | internal transfer | | | Bank/Broker Cash Commission | USD | 129,000 | - |
| BOND | 94960 | 12/9/2015 | internal transfer | | Credit | | USD | 100 | - |
| ARTH | 104853 | 12/9/2015 | internal transfer | Debit | | | USD | (129,000) | - |
| ACCO | 104853 | 12/9/2015 | internal transfer | | | Bank/Broker Cash Commission | USD | 129,000 | - |
| BOND | 104853 | 12/9/2015 | internal transfer | | Credit | | USD | 100 | - |
| ARTH | 104854 | 12/9/2015 | internal transfer | Debit | | | USD | (129,000) | - |
| HEAR | 104854 | 12/9/2015 | internal transfer | | | Bank/Broker Cash Commission | USD | 129,000 | - |
| BOND | 104854 | 12/9/2015 | internal transfer | | Credit | | USD | 100 | - |
| ARTH | 104855 | 12/9/2015 | internal transfer #2 | Debit | | | USD | (129,000) | - |
| HEAR | 104855 | 12/9/2015 | internal transfer #2 | | | Bank/Broker Cash Commission | USD | 129,000 | - |
| BOND | 104855 | 12/9/2015 | internal transfer #2 | | Credit | | USD | 100 | - |
| NEWG | 107833 | 1/13/2017 | internal transfer shell purchase repayment | Debit | | | USD | (100,100) | - |
| ACCO | 107833 | 1/13/2017 | internal transfer shell purchase repayment | | | Bank/Broker Cash Commission | USD | 100,000 | - |
| BOND | 107833 | 1/13/2017 | internal transfer shell purchase repayment | | Credit | | USD | 100 | - |
| NEWG | 107834 | 1/13/2017 | internal transfer shell purchase repayment | Debit | | | USD | (100,000) | - |
| GARD | 107834 | 1/13/2017 | internal transfer shell purchase repayment | | | Bank/Broker Cash Commission | USD | 100,000 | - |
| BOND | 107834 | 1/13/2017 | internal transfer shell purchase repayment | | Credit | | USD | 100 | - |

A4656

**Securities & Exchange Commission v. Frederick Sharp, et al.**
*Summary of Issuer Profit Allocations to Veldhuis, Sexton, and Friesen [1]*

| Account Code | Batch ID | Batch Date | Batch Description | Transaction Description (1) | Transaction Description (2) | Transaction Description (3) | Currency Code | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|
| NEWG | 107835 | 1/13/2017 | internal transfer shelf purchase repayment | Debit | | | USD | (100,100) | - |
| HEAR | 107835 | 1/13/2017 | internal transfer shelf purchase repayment | | Credit | | USD | 100,000 | - |
| BOND | 107835 | 1/13/2017 | internal transfer shelf purchase repayment | | | Bank/Broker Cash Commission | USD | 100 | - |
| JOB | 108677 | 2/7/2017 | internal transfer | Debit | | | CAD | - | (150,100) |
| ACCO | 108677 | 2/7/2017 | internal transfer | | Credit | | CAD | - | 150,000 |
| BOND | 108677 | 2/7/2017 | internal transfer | | | Bank/Broker Cash Commission | CAD | - | 100 |
| JOB | 108678 | 2/7/2017 | internal transfer | Debit | | | CAD | - | (220,100) |
| ACCO | 108678 | 2/7/2017 | internal transfer | | Credit | | CAD | - | 220,000 |
| BOND | 108678 | 2/7/2017 | internal transfer | | | Bank/Broker Cash Commission | CAD | - | 100 |
| ARTH | 108777 | 2/11/2017 | internal transfer | Debit | | | USD | (37,600) | - |
| ACCO | 108777 | 2/11/2017 | internal transfer | | Credit | | USD | 37,500 | - |
| BOND | 108777 | 2/11/2017 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| ARTH | 108778 | 2/11/2017 | internal transfer | Debit | | | USD | (37,600) | - |
| GARD | 108778 | 2/11/2017 | internal transfer | | | | USD | 37,500 | - |
| BOND | 108778 | 2/11/2017 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| ARTH | 108779 | 2/11/2017 | internal transfer | Debit | | | USD | (37,600) | - |
| HEAR | 108779 | 2/11/2017 | internal transfer | | Credit | | USD | 37,500 | - |
| BOND | 108779 | 2/11/2017 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| NEWG | 110389 | 4/27/2017 | internal transfer BL repayment | Debit | | | USD | (20,600) | - |
| ACCO | 110389 | 4/27/2017 | internal transfer BL repayment | | Credit | | USD | 20,500 | - |
| BOND | 110389 | 4/27/2017 | internal transfer BL repayment | | | Bank/Broker Cash Commission | USD | 100 | - |
| LBY | 110430 | 4/28/2017 | internal transfer adjust pyromix/prize | Debit | | | USD | (195,100) | - |
| ACCO | 110430 | 4/28/2017 | internal transfer adjust pyromix/prize | | Credit | | USD | 195,000 | - |
| BOND | 110430 | 4/28/2017 | internal transfer adjust pyromix/prize | | | Bank/Broker Cash Commission | USD | 100 | - |
| VBIO | 110977 | 5/17/2017 | internal transfer | Debit | | | USD | (80,100) | - |
| GARD | 110977 | 5/17/2017 | internal transfer | | Credit | | USD | 80,000 | - |
| BOND | 110977 | 5/17/2017 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| VBIO | 110978 | 5/17/2017 | internal transfer | Debit | | | USD | (360,100) | - |
| ACCO | 110978 | 5/17/2017 | internal transfer | | Credit | | USD | 360,000 | - |
| BOND | 110978 | 5/17/2017 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| VBIO | 110979 | 5/17/2017 | internal transfer | Debit | | | USD | (360,100) | - |
| HEAR | 110979 | 5/17/2017 | internal transfer | | Credit | | USD | 360,000 | - |
| BOND | 110979 | 5/17/2017 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| VBIO | 111356 | 6/1/2017 | internal transfer | Debit | | | USD | (80,100) | - |
| GARD | 111356 | 6/1/2017 | internal transfer | | Credit | | USD | 80,000 | - |
| BOND | 111356 | 6/1/2017 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| VBIO | 111357 | 6/1/2017 | internal transfer | Debit | | | USD | (360,100) | - |
| ACCO | 111357 | 6/1/2017 | internal transfer | | Credit | | USD | 360,000 | - |
| BOND | 111357 | 6/1/2017 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| VBIO | 111358 | 6/1/2017 | internal transfer | Debit | | | USD | (360,100) | - |
| HEAR | 111358 | 6/1/2017 | internal transfer | | Credit | | USD | 360,000 | - |
| BOND | 111358 | 6/1/2017 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| VBIO | 112422 | 7/25/2017 | internal transfer | Debit | | | USD | (102,100) | - |
| HEAR | 112422 | 7/25/2017 | internal transfer | | Credit | | USD | 102,000 | - |
| BOND | 112422 | 7/25/2017 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| VBIO | 112423 | 7/25/2017 | internal transfer | Debit | | | USD | (102,100) | - |
| ACCO | 112423 | 7/25/2017 | internal transfer | | Credit | | USD | 102,000 | - |
| BOND | 112423 | 7/25/2017 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| VBIO | 112424 | 7/25/2017 | internal transfer | Debit | | | USD | (36,100) | - |
| GARD | 112424 | 7/25/2017 | internal transfer | | Credit | | USD | 36,000 | - |

7 of 8

A4657

**Securities & Exchange Commission v. Frederick Sharp, et al.**
*Summary of Issuer Profit Allocations to Veldhuis, Sexton, and Friesen [1]*

| Account Code | Batch ID | Batch Date | Batch Description | Transaction Description (1) | Transaction Description (2) | Transaction Description (3) | Currency Code | Cash Acct (USD) | Cash Acct (CAD) |
|---|---|---|---|---|---|---|---|---|---|
| BOND | 112424 | 7/25/2017 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| VBIO | 119125 | 2/8/2018 | internal transfer | Debit | | | USD | (340,100) | - |
| HEAR | 119125 | 2/8/2018 | internal transfer | | Credit | | USD | 340,000 | - |
| BOND | 119125 | 2/8/2018 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| VBIO | 119126 | 2/8/2018 | internal transfer | Debit | | | USD | (340,100) | - |
| ACCO | 119126 | 2/8/2018 | internal transfer | | Credit | | USD | 340,000 | - |
| BOND | 119126 | 2/8/2018 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |
| VBIO | 119127 | 2/8/2018 | internal transfer | Debit | | | USD | (120,100) | - |
| GARD | 119127 | 2/8/2018 | internal transfer | | Credit | | USD | 120,000 | - |
| BOND | 119127 | 2/8/2018 | internal transfer | | | Bank/Broker Cash Commission | USD | 100 | - |

**Total Credits**

| Account Code | ACCO (Veldhuis) | GARD (Friesen) | HEAR (Sexton) | Total |
|---|---|---|---|---|
| ARTH | $ 1,496,500 | $ 1,496,500 | $ 1,655,600 | $ 4,648,600 |
| ECAU | 5,275,000 | 5,275,000 | 5,275,000 | 15,825,000 |
| GARD | - | - | 125,000 | 125,000 |
| GRPH | 50,000 | 50,000 | 1,100,000 | 1,200,000 |
| JOB [2] | 370,000 | - | - | 370,000 |
| LBY | 195,000 | - | - | 195,000 |
| MDDD | 1,316,950 | 1,207,144 | 1,087,950 | 3,612,044 |
| NEWG | 120,500 | 100,000 | 100,000 | 320,500 |
| ONCS | 364,000 | 364,000 | 290,857 | 1,018,857 |
| ORYN | 175,821 | 100,000 | 100,000 | 375,821 |
| RIH | 125,000 | 125,000 | 250,000 | 500,000 |
| STEV | 820,850 | 795,282 | 1,983,924 | 3,600,056 |
| STVF | 1,907,250 | 2,017,250 | 4,383,500 | 8,308,000 |
| VBIO | 1,162,000 | 316,000 | 1,162,000 | 2,640,000 |
| **Total** | $ 13,378,870 | $ 11,846,176 | $ 17,513,831 | $ 42,738,877 |

Notes:
[1] Source: Exhibit 330 - All Q Data.
[2] JOB Profit Allocations to ACCO are in Canadian Dollars (CAD).

8 of 8

A4658

**EXHIBIT**

**314**

21-cv-11276-WGY

| Earnings Category | Q Account Code | 2011 | 2012 | 2013 | 2014 | Year 2015 | 2016 | 2017 | 2018 | 2019 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Commissions | PEAC | $ 91,311 | $ 334,380 | $ 299,790 | $ - | $ - | $ - | $ - | $ - | $ - | $ 725,480 |
| Commissions | PERE | $ - | $ - | $ - | $ 249,089 | $ 202,403 | $ 175,103 | $ 155,663 | $ 72,641 | $ 3,454 | $ 858,352 |
| **Commissions Total** | | **$ 91,311** | **$ 334,380** | **$ 299,790** | **$ 249,089** | **$ 202,403** | **$ 175,103** | **$ 155,663** | **$ 72,641** | **$ 3,454** | **$ 1,583,832** |
| | | | | | | | | | | | |
| Christmas Bonus | PEAC | $ - | $ - | $ 94,393 | $ - | $ - | $ - | $ - | $ - | $ - | $ 94,393 |
| Christmas Bonus | PERE | $ - | $ - | $ - | $ 103,057 | $ 108,100 | $ 74,968 | $ 77,845 | $ 51,983 | $ - | $ 415,954 |
| **Christmas Bonus Total** | | **$ -** | **$ -** | **$ 94,393** | **$ 103,057** | **$ 108,100** | **$ 74,968** | **$ 77,845** | **$ 51,983** | **$ -** | **$ 510,347** |
| | | | | | | | | | | | |
| Internal Transfer | PEAC | $ - | $ - | $ 596 | $ - | $ - | $ - | $ - | $ - | $ - | $ 596 |
| Internal Transfer | PERE | $ - | $ - | $ - | $ 2,460 | $ 24 | $ 227 | $ 25,821 | $ - | $ 185,842 | $ 214,374 |
| **Internal Transfer Total** | | **$ -** | **$ -** | **$ 596** | **$ 2,460** | **$ 24** | **$ 227** | **$ 25,821** | **$ -** | **$ 185,842** | **$ 214,970** |
| | | | | | | | | | | | |
| Other | PERE | $ - | $ - | $ - | $ 3,806 | $ 2,663 | $ (585) | $ - | $ 206,984 | $ (849) | $ 212,018 |
| **Other Total** | | **$ -** | **$ -** | **$ -** | **$ 3,806** | **$ 2,663** | **$ (585)** | **$ -** | **$ 206,984** | **$ (849)** | **$ 212,018** |
| | | | | | | | | | | | |
| **Grand Total** | | **$ 91,311** | **$ 334,380** | **$ 394,778** | **$ 358,412** | **$ 313,189** | **$ 249,713** | **$ 259,329** | **$ 331,608** | **$ 188,447** | **$ 2,521,167** |

**Notes:**
[1] Source: All Q Data in Excel.
[2]                 quantified based on transfers to        Q Accounts (PEAC & PERE) via the WORK account.  Certain transactions were denominated in Canadian Dollars and the historical daily foreign exchange
rates from the Federal Reserve website were downloaded (https://www.federalreserve.gov/datadownload/Choose.aspx?rel=H10) to calculate the daily U.S. Dollar value for each transaction based on the batch date recorded in Q.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this same date, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system, which electronically served a copy on all counsel of record.

Dated:  February 6, 2025

<u>/s/ Stephen G. Topetzes</u>
Stephen G. Topetzes
Neil T. Smith
Robert S. Silverblatt
K&L Gates LLP
1601 K Street, NW
Washington, DC 20006

*Counsel for Defendant-Appellant*
*Paul Sexton*

<u>/s/ Michael Tremonte</u>
Michael Tremonte
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, New York 10004

*Counsel for Defendant-Appellant*
*Mike K. Veldhuis Rechnitz*

<u>/s/ Frank Scaduto</u>
Frank Scaduto
Kevin B. Muhlendorf
Wiley Rein LLP
2050 M Street, NW
Washington, DC 20036

*Counsel for Defendant-Appellant*
*Courtney Kelln*